AO 440 (Rev. 8/01) Subpoena in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,

Plaintiffs,

v.

E.I. DuPONT De NEMOURS AND COMPANY,

Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-126

TO: (Name and Address of Defendant)

E.I. DuPont De Nemours and Company
DuPont Legal
1007 Market Street
D-4076
Wilmington, DE 19898

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan E. Kaufman, Esquire
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    3/1/07

CLERK                                              DATE

BY DEPUTY CLERK

AO 440 (REV. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 12, 2007 (2:29 P.M.) |
| NAME OF SERVER (PRINT)  Jeffrey L. Butler | TITLE  process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Diane Norvell, DuPont Legal, E.I. DuPont de Nemours and Company, 1007 Market Street, D-8048, Wilmington Delaware 19898 - a person of suitable age and discretion then employed therein and who is authorized to accept service of process

### STATEMENT OF SERVICE FEES

| TRAVEL  n/a | SERVICES $35 | TOTAL  $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 12, 2007
        Date

Signature of Server
Legal Beagles, Inc.
P.O. Box 886
Address of Server
New Castle, Delaware 19720-0886
(302) 478-2693

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure