UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786, | ) ) ) ) ) ) ) ) ) | C.A. No. 07-126 (JJF) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| E.I. DuPONT De NEMOURS AND COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer L. Hunter, Esquire of Bredhoff & Kaiser, P.L.L.C., 805 Fifteenth, Street NW, Washington, DC 20005-2207, (202) 842-2600, Fax (202) 842-1888, to represent Plaintiff United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union Local 4-786 in this matter.

Date: March 26, 2007

/s/ Susan E. Kaufman
Susan E. Kaufman (DSB # 3381)
Heiman, Gouge & Kaufman, LLP
800 King Street
Suite 303
P.O. Box 1674

Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
Attorney for Plaintiffs


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____

Joseph J. Farnan, Jr.
United States District Judge


## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars New of York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.


Date: March 26, 2007          /s/ Jennifer L. Hunter
Jennifer L. Hunter
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street NW,
Washington, DC 20005-2207
(202) 842-2600
(202) 842-1888 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>                    Plaintiffs,<br><br>          v.<br><br>E.I. DuPONT De NEMOURS AND COMPANY,<br><br>                    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 07-126 (JJF) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2007, I electronically filed The Motion and

Order for Admission Pro Hac Vice of Jennifer L. Hunter, Esquire with the Clerk of Court

using CM/ECF which will send notification of such filing(s) to the following:

Kathleen F. McDonough, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

*/s/ Susan E. Kaufman*
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801
302-658-1800
skaufman@hgkde.com