IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-126 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the time within which Defendant E. I. du Pont de Nemours and Company must answer, move or otherwise plead with respect to Plaintiffs' Complaint is extended to and including April 9, 2007.

HEIMAN, GOUGE & KAUFMAN, LLP

By /s/ Susan E. Kaufman
   Susan E. Kaufman (#3381)
   800 King Street
   Suite 303
   Wilmington, DE 19801
   (302) 658-1800

Attorney for Plaintiffs

Dated: March 28, 2007

POTTER ANDERSON & CORROON LLP

By: /s/ Kathleen Furey McDonough
   Kathleen Furey McDonough (#2395)
   Sarah E. DiLuzio (#4085)
   1313 North Market Street
   Hercules Plaza, 6th Floor
   Wilmington, DE 19801
   (302) 984-6000

Attorney for Defendants

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge