IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>　　　　Defendant. | C.A. No. 07-126 (JJF) |

**DEFENDANT E. I. DUPONT DE NEMOURS & COMPANY'S**
**<u>MOTION TO STAY ALL PROCEEDINGS</u>**

Defendant E. I. du Pont de Nemours & Company ("DuPont") respectfully moves that this Court stay all proceedings in this matter, under the "first filed rule", pending resolution of litigation that is currently pending in the United States District Court for the Eastern District of Virginia, captioned *E. I. du Pont de Nemours & Company v. United Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union*, Case No. 03:7CV103.[1]

The grounds for this motion are fully set forth in Defendants' Opening Brief in Support of its Motion to Stay all Proceedings, filed contemporaneously herewith.

---

[1] There is another related matter, *E.I. DuPont de Nemours v. Ampthill Rayon Workers, Inc.*, Case No. 3:07CV52, also pending before the same judge in the Eastern District of Virginia.

        POTTER ANDERSON & CORROON LLP

        By */s/ Kathleen Furey McDonough*
            Kathleen Furey McDonough (#2395)
            Sarah E. DiLuzio (#4085)
            1313 North Market Street
            Hercules Plaza, 6th Floor
            Wilmington, DE  19801
            (302) 984-6000
            kmcdonough@potteranderson.com
            sdiluzio@potteranderson.com

        CROWELL & MORING LLP
        Thomas P. Gies
        Kris D. Meade
        Jennifer G. Knight
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C.  20004-2595
        (202) 624-2500

        *Attorneys for Defendant E. I. du Pont de Nemours and Company*

Dated:  May 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify this 7th day of May, 2007, that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Susan E. Kaufman
HEIMAN, GOUGE & KAUFMAN, LLP
800 King Street
Suite 303
Wilmington, DE 19801

/s/ Kathleen Furey McDonough
Kathleen Furey McDonough (#2395)
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com