**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

UNITED STEEL, PAPER AND FORESTRY,   )
RUBBER, MANUFACTURING, ENERGY,   )
ALLIED INDUSTRIAL AND SERVICE   )
WORKERS, INTERNATIONAL UNION,   )
AFL-CIO-CLC, and UNITED STEEL, PAPER   )
AND FORESTRY, RUBBER, MANUFACTURING, )
ENERGY, ALLIED INDUSTRIAL AND SERVICE )
WORKERS LOCAL 4-786   )
  )
    Plaintiffs,   )
  )
    v.   )    C.A. No. 07-126 (JJF)
  )
E. I . DU PONT DE NEMOURS AND   )
COMPANY,   )
  )
    Defendant.   )

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions

*pro hac vice* of Jennifer G. Knight, Esquire, Thomas P. Gies, Esquire, and Kris D. Meade,

Esquire, Crowell & Moring, 1001 Pennsylvania Avenue, N.W. Washington, DC  20004-2595, to

represent defendant in this matter.

POTTER ANDERSON & CORROON LLP

By: _ /s/ Kathleen Furey McDonough_____
    Kathleen Furey McDonough (#2395)
    Sarah E. DiLuzio (#4085)
    1313 North Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE  19801
    (302) 984-6000

    Attorneys for Defendant

Dated:  May 11, 2007
794917

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.


Dated: _____          _____
                                        United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid  to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 5 3 0 7

Jennifer G. Knight
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: _MAY 7 2007_

Thomas P. Gies
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/16/07

Kris D. Meade
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, the within document was filed with the Clerk of

the Court using CM/ECF which will send notification of such filing(s) to the following; that the

document was electronically served on the counsel of record and that the document is available

for viewing and downloading from CM/ECF.

> Susan E. Kaufman, Esquire
> HEIMAN, GOUGE & KAUFMAN, LLP
> 800 King Street
> Suite 303
> Wilmington, DE 19801

> */s/  Kathleen Furey McDonough*
> Kathleen Furey McDonough (#2395)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P. O. Box 951
> Wilmington, DE 19899
> (302) 984-6000
> kmcdonough@potteranderson.com