

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Kathleen Furey McDonough**
Partner
Attorney at Law
kmcdonough@potteranderson.com
302 984-6032  Direct Phone
302 778-6032  Fax

June 22, 2007

Via E-file

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union, AFL-CIO-CLC et al v. E. I. du Pont de Nemours and Company,
C. A. No. 07-126 (JJF)

Dear Judge Farnan:

On May 7, 2007, Defendant E. I. du Pont de Nemours and Company ("DuPont") filed a Motion to Stay (D.I. 8) ("Motion to Stay") in connection with the captioned matter. I am writing to inform the Court that DuPont hereby withdraws its Motion to Stay.

I am available at the Court's convenience to answer any questions that Your Honor may have concerning this matter.

Respectfully submitted,

Kathleen Furey McDonough (#2395)

KFM/aeo:810328
cc:   Clerk of the Court
      Susan E. Kaufman, Esquire