

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Kathleen Furey McDonough
Partner
Attorney at Law
kmcdonough@potteranderson.com
302 984-6032  Direct Phone
302 778-6032  Fax

July 17, 2007

<u>Via E-file</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union, AFL-CIO-CLC et al v. E. I. du Pont de Nemours and Company,
C. A. No. 07-126 (JJF)

Dear Judge Farnan:

      I represent the defendant E. I. du Pont de Nemours and Company ("DuPont") in the captioned matter. Pursuant to Rule 16.2(g) of the Local Rules of the U. S. District Court for the District of Delaware, this case, which seeks to compel DuPont to process a grievance and participate in the arbitration of that grievance pursuant to the parties collective bargaining agreement (Complaint, ¶ 1), is exempt from the scheduling conference and order requirements of Fed. R. Civ. P. 16(b) and 26(f).

      I am writing to advise the Court that the parties have agreed to proceed directly to the filing of motions for summary judgment and seek the Court's approval for the briefing schedule on the parties' cross-motions for summary judgment set forth in the enclosed Stipulation and Order.

      Counsel are available at the Court's convenience should Your Honor have any questions regarding the enclosed stipulated briefing schedule.

                                             Respectfully,

                                             Kathleen Furey McDonough (#2395)

KFM/aeo:807201
Enclosure
cc:    Clerk of the Court
        Susan E. Kaufman, Esquire