IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-126 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto that the parties' cross-motions for summary judgment shall be briefed as follows:

1. Cross-Motions and Opening Briefs on Motions for Summary Judgment due on or before July 23, 2007;

2. Answering Briefs due on or before August 24, 2007; and

3 Reply Briefs due on or before September 4, 2007.

| HEIMAN, GOUGE & KAUFMAN, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By /s/ Susan E. Kaufman<br>    Susan E. Kaufman (#3381)<br>    800 King Street<br>    Suite 303<br>    Wilmington, DE 19801<br>    (302) 658-1800<br><br>Attorneys for Plaintiffs<br><br>Dated: July 17, 2007 | By: /s/ Kathleen Furey McDonough<br>     Kathleen Furey McDonough (#2395)<br>     Sarah E. DiLuzio (#4085)<br>     1313 North Market Street<br>     Hercules Plaza, 6th Floor<br>     Wilmington, DE 19801<br>     (302) 984-6000<br><br>Attorneys for Defendant |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

804939