IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>    Plaintiffs,<br><br>v.<br><br>E. I . DUPONT DE NEMOURS AND COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-126 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiffs United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers International Union, AFL-CIO-CLC, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers Local Union 4-786 ("Local 4-786") hereby move for judgment on the pleadings. The grounds for this motion are set forth more fully in the accompanying Brief.

WHEREFORE, Plaintiffs pray that the Court:

1. Enter judgment in their favor and against Defendant E.I. DuPont de Nemours and Company ("DuPont"), finding that DuPont breached and continues to breach the collective bargaining agreement by refusing to arbitrate Local 4-786's grievance;

2. Compel DuPont to process the grievance through the grievance procedure and to arbitrate said grievance in compliance with the collective bargaining agreement;

3. Direct DuPont to pay the attorneys fees and costs incurred by Plaintiffs in prosecuting this lawsuit; and

4. Award such other relief as law, equity, and circumstances may warrant.

        Respectfully submitted,

        HEIMAN, GOUGE & KAUFMAN, LLP

        */s/ Susan E. Kaufman*
        Susan E. Kaufman (DSB # 3381)
        800 King Street
        Suite 303
        P.O. Box 1674
        Wilmington, DE 19801
        (302) 658-1800
        (302) 658-1473 (fax)
        skaufman@hgkde.com

        JEREMIAH A. COLLINS
        JENNIFER L. HUNTER
        Bredhoff & Kaiser, P.L.L.C.
        805 Fifteenth St., NW
        Washington, D.C. 20005
        Telephone:   (202) 842-2600
        Facsimile:    (202) 842-1888
        jcollins@bredhoff.com
        jhunter@bredhoff.com

        *Counsel for Plaintiffs United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers International Union* and *United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers Local 4-786*

DATED: July 23, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>                Plaintiffs,<br><br>        v.<br><br>E.I. DuPONT de NEMOURS and COMPANY,<br><br>                Defendant. | C.A. No. 07-126 (JJF) |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 23, 2007, I electronically filed the PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Kathleen F. McDonough, Esquire
    Potter, Anderson & Corroon, LLP
    1313 North Market Street
    Wilmington, DE 19899

     I hereby certify that on July 23, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

    Thomas P. Gies, Esquire
    Crowell & Moring LLP
    1001 Pennsylvania Avenue, NW
    Washington, DC 20004-2595

                                              */s/ Susan E. Kaufman*
                                              Heiman, Gouge & Kaufman, LLP
                                              800 King Street, Suite 303
                                              Wilmington, DE  19801
                                              302-658-1800
                                              skaufman@hgkde.com

3