IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>  Plaintiffs,<br><br>  v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>  Defendant. | C.A. No. 07-126 (JJF) |

### DEFENDANT E. I. DUPONT DE NEMOURS & COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

Defendant E. I. du Pont de Nemours & Company ("DuPont") hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment with respect to all claims asserted against DuPont by Plaintiffs United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("USW") and Local 4-786 (collectively, "Plaintiffs").

The specific reasons supporting DuPont's motion are set forth in DuPont's Memorandum in Support of its Motion for Summary Judgment, which is being filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By /s/ Kathleen Furey McDonough
    Kathleen Furey McDonough (#2395)
    Sarah E. DiLuzio (#4085)
    1313 North Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    (302) 984-6000
    kmcdonough@potteranderson.com
    sdiluzio@potteranderson.com

CROWELL & MORING LLP
Thomas P. Gies
Kris D. Meade
Jennifer G. Knight
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

Dated: July 23, 2007

808531/20120-433

## CERTIFICATE OF SERVICE

I hereby certify this 23rd day of July, 2007, that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

    Susan E. Kaufman
    HEIMAN, GOUGE & KAUFMAN, LLP
    800 King Street
    Suite 303
    Wilmington, DE 19801

    */s/ Kathleen Furey McDonough*
    Kathleen Furey McDonough (#2395)
    Potter Anderson & Corroon LLP
    1313 North Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    (302) 984-6000
    kmcdonough@potteranderson.com

808531/20120-433