## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786, <br><br> Plaintiffs, <br><br> v. <br><br> E. I . DU PONT DE NEMOURS AND COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) C.A. No. 07-126 (JJF) ) ) ) ) ) ) ) ) |

## DECLARATION OF MARY JO ANDERSON

I, Mary Jo Anderson, under penalty of perjury, state as follows:

1.      I have been employed by E.I. DuPont de Nemours and Company ("DuPont") in the Legal Department since 1972.  In my present capacity as Corporate Counsel, I am responsible for handling legal issues relating to DuPont's employee benefit plans and helping to ensure that DuPont complies with all of the legal requirements imposed by the Employment Retirement Income Security Act of 1974 ("ERISA").  This declaration is submitted in support of DuPont's motion for summary judgment in the above-referenced litigation.  I have personal knowledge of, and am competent to testify about, the matters contained herein.

2.      DuPont is a Delaware corporation with its principal place of business in Wilmington, Delaware.  DuPont employs more than 30,000 employees nationwide, of which more than 4,500 are unionized.

3.    DuPont is the plan sponsor and plan administrator of each of the ERISA benefit plans identified in this Declaration. DuPont, either directly or through DuPont employees or committees of such employees, is also a fiduciary of each of the ERISA benefit plans identified below. DuPont is an "employer" as defined by 29 U.S.C. §152(2).

4.    In addition to the 30,000 active employees nation-wide, DuPont has over 120,000 retirees and survivors who participate in the DuPont Pension and Retirement Plan and are eligible for post-retirement medical and other benefits.

5.    DuPont operates more than two dozen manufacturing facilities across the country, including a plant located in Edge Moor, Delaware ("Edgemoor Plant"). United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Local 4-786 ("Local 4-786") and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (collectively, the "Union") are the exclusive collective bargaining representatives for certain employees at the Edgemoor Plant, as set forth in the collective bargaining agreement between the Union and DuPont. A true and accurate copy of the collective bargaining agreement between the Union and DuPont is attached as Exhibit A to this declaration. Approximately 125 Union-represented employees work at the Edgemoor Plant.

6.    DuPont maintains more than a dozen nation-wide benefit plans for its U.S. employees, retirees and their eligible dependants, including the following six benefit plans that are at issue in this lawsuit: DuPont Savings and Investment Plan ("SIP"); Pension and Retirement Plan ("Pension Plan"); BeneFlex Employee Life Insurance Plan ("Life Insurance Plan"); BeneFlex Vacation Buying Plan ("Vacation Buying Plan"); Medical Care Assistance Program ("MEDCAP"); the Dental Assistance Plan ("Dental Plan"). Each of these plans is governed by ERISA.

7.      The SIP was originally adopted by DuPont on September 1, 1955. Employees

eligible to participate in the SIP are permitted to voluntarily contribute a percentage of their pay

to the SIP and DuPont makes a matching contribution up to a specified percentage of the

employee's monthly pay. A true and accurate copy of the SIP Plan Document, as of January 1,

2005, is attached as Exhibit B to this declaration. A true and accurate copy of the most recent

summary plan description ("SPD") pertaining to the SIP, effective July 2003, is attached as

Exhibit C to this declaration. The SIP applies to all U.S. employees of DuPont who meet the

eligibility requirements of the SIP, including employees represented by the Union.

8.      The Pension Plan, under which pension benefits are provided to employees, was

originally adopted over a hundred years ago on September 1, 1904, and currently has more than

150,000 participants. A true and accurate copy of the Pension Plan Document, last amended as

of October 31, 2002, is attached as Exhibit D to this declaration. A true and accurate copy of the

most recent SPD pertaining to the Pension Plan, effective July 2003, is attached as Exhibit E to

this declaration. The Pension Plan applies to all U.S. employees of DuPont who meet the

eligibility requirements of the SIP, including employees represented by the Union.

9.      The Life Insurance Plan provides DuPont-funded life insurance for employees at

one time their pay at no cost and allows employees to purchase additional group insurance

coverage at their own expense. A true and accurate copy of the Life Insurance Plan document,

as of January 1, 2005, is attached as Exhibit F to this declaration. A true and accurate copy of

the most recent SPD pertaining to the Life Insurance Plan, effective July 2003, is attached as

Exhibit G to these stipulations. The Life Insurance Plan applies to all U.S. employees of DuPont

who meet the eligibility requirements of the Life Insurance Plan, including employees

represented by the Union.

3

10.    Under the Vacation Buying Plan, which was originally adopted on January 1, 1992, employees may purchase up to one week of vacation time. A true and accurate copy of the Vacation Buying Plan Document, as of January 1, 1992, is attached as Exhibit H to this declaration. A true and accurate copy of the most recent SPD pertaining to the Vacation Buying Plan, effective July 2003, is attached as Exhibit I to these stipulations. The Vacation Buying Plan applies to all U.S. employees of DuPont who meet the eligibility requirements of the Vacation Buying Plan, including employees represented by the Union.

11.    DuPont also maintains a nationwide Vacation Plan, which was originally adopted on January 1, 1934, that provides employees with annual vacation benefits. A true and accurate copy of the Vacation Plan Document, as of January 1, 2003, is attached as Exhibit J to this declaration. A true and accurate copy of the most recent SPD pertaining to the Vacation Plan, effective July 1998, is attached as Exhibit K to these stipulations.

12.    Health care benefits are provided to certain DuPont employees, former employees and their eligible dependants under MEDCAP, which was initially adopted on January 1, 1983. A true and accurate copy of the MEDCAP Document, as of April 21, 2005, is attached as Exhibit L to this declaration. A true and accurate copy of the most recent SPD pertaining to MEDCAP, effective January 2005, is attached as Exhibit M to these stipulations. MEDCAP applies to all U.S. employees and former employees of DuPont and their eligible dependants who meet the eligibility requirements of MEDCAP, including certain former employees represented by the Union who otherwise meet the MEDCAP eligibility requirements.

13.    Certain dental benefits are provided to certain DuPont employees, former employees retired with a pension, eligible survivors, and their eligible dependents under the Dental Plan, which was initially adopted on September 1, 1976. A true and accurate copy of the

4

Dental Plan Document, as of April 21, 2005, is attached as Exhibit N to this declaration. A true and accurate copy of the most recent SPD pertaining to the Dental Plan, effective July 2003, is attached as Exhibit O to these stipulations. The Dental Plan applies to all U.S. employees and former employees of DuPont and their eligible dependants who meet the eligibility requirements of the Dental Plan, including certain former employees represented by the Union who otherwise meet the eligibility requirements.

14.    DuPont offers two additional benefit plans, BeneFlex Medical Care Plan, and BeneFlex Dental Care Plan, which are separate and distinct plans from MEDCAP and the Dental Plan. Virtually all active U.S. DuPont employees receive medical and dental benefits under the BeneFlex Medical Care Plan and BeneFlex Dental Care Plan, respectively. The BeneFlex Medical Care Plan and BeneFlex Dental Plan are plans that fall within and are part of DuPont's BeneFlex Flexible Benefit Plan, which is a cafeteria-style benefits program. By contrast, MEDCAP and the Dental Plan, which are at issue in this suit, are neither covered by, nor fall within, the BeneFlex Flexible Benefits Plan. A true and accurate copy of the BeneFlex Flexible Benefit Plan is attached as Exhibit P to this declaration.

15.    There are no active employees at Edgemoor Plant who currently participate in MEDCAP or the Dental Plan. At present, virtually all U.S. employees hired before January 1, 2007, including Union-represented employees working at Edgemoor Plant, will become eligible to receive medical and dental benefits under MEDCAP and the Dental Plan, respectively, upon their retirement if they otherwise satisfy the eligibility requirements set forth in MEDCAP and the Dental Plan.

16.    On August 28, 2006, DuPont Senior Vice President Jim Borel issued an announcement directed to all U.S. employees, both union and non-union, stating that DuPont

planned to make certain changes to its employee benefit offerings. Each of those changes

applies nation-wide and, with the exception of the 2008 Pension Plan changes noted below, were

effectuated through plan amendments implemented under the terms of the various plans. A true

and accurate copy of the August 28, 2006 announcement is attached as Exhibit Q to this

declaration.

17.    On December 20, 2006, DuPont amended each of the ERISA benefit plans

described herein ("the 2006 amendments"). True and accurate copies of the 2006 amendments

are attached as Exhibit R(1) and R(2) to this declaration. The 2006 amendments apply to all U.S.

DuPont employees, including employees represented by the Union.

18.    Pursuant to the 2006 SIP amendment, DuPont amended the SIP to provide that

DuPont employees hired on or after January 1, 2007, including but not limited to Union-

represented employees hired to work at the Edgemoor Plant, are ineligible to participate in the

SIP.

19.    Pursuant to the 2006 Pension Plan amendment, DuPont amended the Pension Plan

to provide, as set forth in the plan documents, that DuPont employees hired or rehired on or after

January 1, 2007, including but not limited to Union-represented employees hired to work at the

Edgemoor Plant, are ineligible to accrue benefits under the Pension Plan for service after such

hire or rehire date. This amendment will have no practical effect on new-hires for at least 5

years because pension benefits for employees do not become vested under the Pension Plan until

the employees have at least 5 years of company service.

20.    DuPont also announced two additional changes to the Pension Plan in the August

28 memorandum: (a) that the rules for calculating service credits under the Pension Plan would

be modified to provide that beginning on January 1, 2008, service credits for employees hired

prior to January 1, 2007 will be calculated at one-third of the pre-existing rate and (b) that the

company-paid survivor benefit will not continue to grow with service or pay on or after January

1, 2008. Both the pension calculation and survivor benefit remain unchanged for all of calendar

year 2007. Thus, the reduction in pension benefits referenced in this paragraph does not affect

the terms and conditions of employment for existing employees until January 1, 2008 – more

than a year after the August 2006 announcement. The Pension Plan has not yet been restated to

incorporate these two additional changes, but DuPont has nonetheless informed employees of

these future reductions, as mandated by ERISA.

      21.     DuPont adopted a new Retirement Savings Plan ("RSP") to provide enhanced

benefits for new-hires to compensate them for not being eligible to participate in the DuPont

Pension Plan and the SIP. Under the new RSP, employees hired on or after January 1, 2007 are

eligible to receive a DuPont contribution to their RSP accounts equal to 3% of earnings. They

are also eligible to contribute up to 100% of their earnings to their RSP accounts, with DuPont

making a matching contribution of 100% of that amount up to 6% of pay.

      22.     The new RSP will have no impact during 2007 upon employees who were hired

prior to January 1, 2007. Those employees remain eligible for SIP benefits at the preexisting

level for 2007 (i.e., they can contribute up to 100% of their earnings to their SIP accounts, and

DuPont will match 50% of that contribution up to a maximum match of 3%). Starting in 2008,

however, employees hired before January 1, 2007 will become eligible for the enhanced benefits

provided in the new RSP, on the same terms as those offered to new-hires during 2007.

      23.     Pursuant to the 2006 MEDCAP amendment, DuPont amended MEDCAP to

provide that DuPont employees hired on or after January 1, 2007, including but not limited to

Union-represented employees hired to work at the Edgemoor Plant, are ineligible to participate

in MEDCAP. This modification does not affect medical benefits for active employees, including

Union-represented employees, because, as explained above, active employees, both existing

employees and new-hires, receive their medical benefits under the separate BeneFlex Medical

Care Plan. The change also has no effect on retiree medical benefits for employees hired prior to

January 1, 2007. The MEDCAP amendment only affects retiree medical benefits for future-hires

(i.e., those employed on or after January 1, 2007).

24.     Pursuant to the 2006 Dental Plan amendment, DuPont amended the Dental Plan to

provide that DuPont employees hired on or after January 1, 2007, including but not limited to

Union-represented employees hired to work at the Edgemoor Plant, are ineligible to participate

in the Dental Plan. The effect of this amendment mirrors that of the modification to MEDCAP

described above. It has no practical effect on dental benefits for active employees, including

Union-represented employees, either existing or new-hires, because those employees receive

dental coverage under the separate BeneFlex Dental Care Plan. The change only affects future

retiree dental benefits for employees hired on or after January 1, 2007.

25.     Pursuant to the 2006 Life Insurance amendment, DuPont amended the Life

Insurance Plan to provide that DuPont employees hired on or after January 1, 2007, including but

not limited to Union-represented employees hired to work at the Edgemoor Plant, are ineligible

to participate in the Life Insurance Plan following retirement. As with MEDCAP and the Dental

Plan, this change has no practical effect upon new-hires until they reach retirement status.

26.     Pursuant to the 2006 Vacation Buying Plan amendment, DuPont amended the

Vacation Buying Plan to provide that DuPont employees hired on or after January 1, 2007,

including but not limited to Union-represented employees hired to work at the Edgemoor Plant,

will be ineligible to purchase vacation under the Vacation Buying Plan after their first ten years

8

of employment. This change had no impact on existing employees and will have no effect on the terms and conditions of employment of new-hires for at least a decade.

27.     Pursuant to the 2006 <u>Vacation Plan amendment</u>, DuPont amended the Vacation Plan to provide that DuPont employees hired on or after January 1, 2007, including but not limited to Union-represented employees hired to work at the Edgemoor Plant, will, in the future, only be eligible for a maximum vacation benefit of five weeks and are ineligible to bank more than three weeks of vacation under DuPont's Vacation Plan.

28.     DuPont has informed its employees, including employees represented by the Union, of the changes effectuated by each of the 2006 amendments. DuPont has also taken a number of steps to implement the recent plan amendments after they were announced. For instance, DuPont issued various communications to both active and new employees regarding the new eligibility rules for the various plans. DuPont also under took a number of additional plan administration activities associated with implementing and maintaining the benefit changes, such as providing modeling tools to enable employees to project the effects of the changes on their personal retirement plans.

29.     While no individual has filed a claim for benefits that has been denied under the plans' terms, in the time since the plans have been amended or adopted (in the case of the RSP), DuPont has made a number decisions regarding plan eligibility and has communicated these decisions, as well as additional information regarding plan coverage and participation, to active and new employees. Further, DuPont is currently actively administering the plans and paying claims, as appropriate, under the plans' terms as amended or adopted (in the case of the RSP). For example, DuPont has paid out 401k distributions, as appropriate, under the amended SIP.

30.    Historically, DuPont has been willing to permit its unionized employees to participate in the benefit plans it sponsors and administers for all its U.S. employees, subject to the terms of the plans themselves, on the condition that DuPont remained free to modify the plans at its discretion. This understanding is memorialized in the collective bargaining agreement between DuPont and the Union, in a contract provision entitled "Industrial Relations Plans and Practices" ("IRP&P"). An IRP&P provision similar to the one contained in the Union collective bargaining agreement is contained in every other collective bargaining agreement to which DuPont is a party.

31.    Responding to DuPont's announcement of changes to the ERISA employee benefit plans, on September 14, 2006, Local 4-786 filed a grievance alleging that the 2006 amendments violated the collective bargaining agreement between DuPont and the Union in several respects. A true and accurate copy of the Union's grievance is attached as Exhibit S to this declaration. This grievance was amended, and a true and accurate copy of the amended grievance is attached as Exhibit T to this declaration.

32.    On January 25, 2007, DuPont responded in writing to a grievance filed by Local 4-786 challenging the plan amendments described herein. A true and accurate copy of that response is attached as Exhibit U to this declaration.

33.    On February 27, 2007, DuPont sent a letter to Richard J. Brean, Senior Associate General Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union regarding, in part, Local 4-786's grievance. A true and accurate copy of this letter is attached as Exhibit V to this declaration.

34.    Employees of DPE, like employees of DuPont, are eligible to participate in the six benefit plans at issue here pursuant to the terms of those plans, including the 2006 amendments.

\*    \*    \*

Pursuant to 28 U.S.C. Section 1746, I declare, under penalty of perjury, that the foregoing

is true and correct.  Executed in Vancouver, British Columbia.


_____    _____
Mary Jo Anderson                    Date    July 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify this 23rd day of July, 2007, that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

> Susan E. Kaufman
> HEIMAN, GOUGE & KAUFMAN, LLP
> 800 King Street
> Suite 303
> Wilmington, DE 19801

> /s/ Kathleen Furey McDonough
> Kathleen Furey McDonough (#2395)
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> Hercules Plaza, 6th Floor
> Wilmington, DE 19801
> (302) 984-6000
> kmcdonough@potteranderson.com

808531/20120-433

# EXHIBIT A

# PART 1 OF 2

**AGREEMENT**

between

**E. I. du Pont de Nemours and Company**

and

**UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION (USW) AND ITS LOCAL 4-786**

at

**Edge Moor, Delaware**

May 20, 2006

to

May 19, 2009

DMEAST #3147359 v5

## Table of Contents

| Article | Description | Page |
|---|---|---|
|  | Agreement | 2 |
| ARTICLE I | Purpose of Agreement | 1 |
| ARTICLE II | Definitions | 1 |
| ARTICLE III | Recognition and Scope | 3 |
| ARTICLE IV | Management Responsibilities | 4 |
| ARTICLE V | Deduction of Unions Dues | 6 |
| ARTICLE VI | Grievance Procedure | 6 |
| ARTICLE VII | Arbitration | 9 |
| ARTICLE VIII | Discharge | 10 |
| ARTICLE IX | Industrial Relations Plans and Practices | 11 |
| ARTICLE X | Seniority | 12 |
| ARTICLE XI | Hours of Work and Overtime Premiums | 14 |
| ARTICLE XII | Holiday Pay | 27 |
| ARTICLE XIII | Wages | 32 |
| ARTICLE XIV | Miscellaneous Provisions | 34 |
| ARTICLE XV | Bulletin Boards | 42 |
| ARTICLE XVI | No Strike And No Lockout | 42 |
| ARTICLE XVII | Bump & Bid Procedure | 43 |
| ARTICLE XVIII | Performance Based Compensation For DuPont Edge Moor Non-Exempt Employees | 49 |
| ARTICLE XIX | Union Business | 51 |
| ARTICLE XX | Progressive Discipline | 54 |

ARTICLE XXI     Substance Use/Abuse Procedure                        63

ARTICLE XXII     Scope of The Agreement                              92

                 Supplemental Agreement No. 1                        95

                 Appendix A – Additional Supplemental Agreements     98

                 Appendix B – Grievance Forms                        107

                 Index                                               —

## AGREEMENT

Effective the 20th day of May, 2006 by and between E. I. DU PONT DE NEMOURS AND COMPANY, INC., on behalf of its Edge Moor Plant, Edgemoor, Delaware, hereinafter referred to as the Plant or Management, and the UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION (USW) AND ITS LOCAL 4-786 , Edgemoor, Delaware, hereinafter referred to as the Union, acting for and on behalf of itself and of all employees of the said Edge Moor Plant with the exception of the Administrative Secretary to the Plant Manager, Human Resources Assistant, Technologists (Training, Planning, DCS), Work Leader, Nurses, salary roll employees exempt under the Fair Labor Standards Act, and supervisory employees with the authority to hire, promote, discharge, discipline or otherwise effect changes in the status of employees or effectively recommend such action,

WITNESSETH:

### ARTICLE I

#### Purpose of Agreement

Whereas, it is the intent and purpose of the Union and the Plant to promote and improve industrial and economic relationships between the employees and the Plant, and to set forth the basic agreement covering conditions and terms of employment, the parties hereto agree with each other as follows:

### ARTICLE II

#### Definitions

Section 1.     The term "Plant," as used herein, shall mean the Edge Moor Plant and the Management of the Edge Moor Plant of E. I. du Pont de Nemours and Company, Titanium Technologies, located at Edge Moor, Delaware.

DMEAST #3147359 v5                              - 1 -

Section 2.    The term "Company" shall mean the corporate entity of E.I. du Pont de Nemours and Company, located in Wilmington, Delaware.

Section 3.    The term "Union," as used herein, shall mean the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers International Union (USW) and its Local 4-786.

Section 4.    Unless specifically qualified, the term "employee" or "employees", as used herein, shall mean those employees of the Plant included within the bargaining unit set forth in the preamble to this Agreement.

Section 5.    The term "base rate" as used herein with respect to a non-exempt salaried employee shall mean the established hourly rate for the employee on his regular job, excluding shift differential and all other payments, and shall be calculated in accordance with the following formula:

$$\frac{\text{Established Monthly Salary} \times 12 \text{ Months}}{52 \text{ Weeks} \times 40 \text{ Hours Per Week}} = \text{Base Rate Per Hour}$$

Section 6.    An employee's "regular rate" as used herein shall mean the base rate, plus any applicable shift differential.

Section 7.    The term "regularly scheduled working hours", as used herein, shall mean the hours which the employee has been assigned to work regularly.

Section 8.    The term "holiday" as used herein shall mean any one of the holidays listed in Article XII, Section 1 of this Agreement, or the day observed in lieu thereof.

Section 9.    When the term "employee(s)" or a personal noun or pronoun appears in the agreement, it shall be understood to refer to either the masculine or feminine gender or both as applicable in the context in which it appears.

DMEAST #3147359 v5                    - 2 -

Section 10.    For purposes of this agreement, the term "day(s)" shall mean calendar day(s) unless otherwise stated.

## ARTICLE III

### Recognition and Scope

Section 1.    The Union has been and is recognized by the Plant as the exclusive bargaining agent for the employees of the Edge Moor Plant for the purpose of collective bargaining with respect to rates of pay, wages, hours of work, and other conditions of employment. Nothing contained in this Agreement, however, shall limit the rights of individuals as set forth in Section 9(a) of the Labor-Management Relations Act.

Section 2.    There shall be no discrimination, coercion, interference, or restraint by the Plant or by any of its agents against any employee because of membership or non-membership in the Union; and the Union agrees that there shall be no meetings or solicitation or promotional Union activity on Plant time. Plant time shall not include break periods, meal times, and other specified periods during the workday when employees are properly not engaged in performing their work tasks.

Section 3.    This Agreement constitutes the entire Agreement between the parties hereto as of the execution date hereof. However, any existing supplements listed in Appendix A to this Agreement, and any supplements which may hereafter be mutually agreed upon by the Plant and the Union, when executed in the same manner as this Agreement, shall become and be a part of this Agreement.

Section 4.    In consideration of the Union's execution of this Agreement, in the event that the operations covered by this Agreement are conveyed, or otherwise transferred or assigned to any successor, the Plant shall notify the successor of the existence of this Agreement, provide

the successor with a copy of this Agreement, and ask that the successor consider hiring the existing workforce.

## ARTICLE IV

### Management Responsibilities

Section 1.     The Union recognizes that the Plant has the exclusive responsibility, whether or not the same was exercised heretofore, for the management, operation and maintenance of its facilities, and in furtherance thereof, has the right to select for hire, direct the work force, schedule work, establish schedules of work hours and shifts, determine what work is to be done, what products are to be produced and by what methods and means, to determine the size of the work force, to locate or remove any portion of the facilities, to expand, reduce, combine, transfer or abandon any area or operation, to establish and change job qualifications and classifications and to issue and revise job descriptions, and such shall not be subject to grievance and arbitration.

Except the Plant shall not, in exercising its rights to direct the work force, to establish work hours and shift schedules, and to assign and reassign work, violate the other express provisions of this Agreement.  Any such violations shall be subject to the grievance and arbitration procedures of this Agreement.

In exercising its other management responsibilities, the Plant shall comply with the express provisions of this Agreement, subject to the grievance and arbitration procedures.

Section 2.     The Plant may establish and revise reasonable work and safety rules as it deems necessary or desirable, provided they do not conflict with any term or provision of this Agreement.  A copy of such rules shall be sent to the Union at least twenty (20) days prior to the

rules going into effect, and the Union will be given the opportunity to meet and discuss proposed rules during this period prior to implementation.

Section 3.     The Plant has the right to arrange for work to be done by other companies, third parties, or other locations of the Company, and such shall not be subject to grievance and arbitration. Whenever practical, the Plant will discuss with the Union any types of work deemed necessary to require other companies or third parties or other locations of the Company. A log will be maintained by the Plant to record all non-capital work performed on-site or sent off-site by/to other companies or third parties. The Union will periodically review this log on a weekly basis and discuss with Plant Management as needed. These latter administrative tasks may be subject to the grievance and arbitration procedures.

Section 4.     No agreement, alteration, understanding, variation, waiver or modification of any of the terms or conditions expressly contained in this Agreement shall be made by any employee or group of employees with the Plant, and in no case shall it be binding upon the parties hereto unless made and executed in writing between the parties to this Agreement. However, this Section shall not affect the continued use of the Plant's standard form restrictive covenant/confidentiality agreement.

Section 5.     The Plant's failure to exercise any retained right of management shall not be considered a waiver of such right.

Section 6.     Management shall not perform any work normally done by bargaining unit employees, except in the case of emergency, for short periods associated with instructing or training, for work related to the installation or implementation of new processes or procedures, or when such work is incidentally related to the inspection of equipment or correcting production

DMEAST #3147359 v5                              - 5 -

difficulties. However, Management may be permitted to relieve an employee at his/her request for short periods not to exceed thirty (30) minutes.

<div align="center">

ARTICLE V

Deduction of Unions Dues

</div>

Section 1.    The Plant will deduct the regular dues prescribed by the Union from the salary of an employee who authorizes the Plant to make such deductions on a form provided by the Union. Such dues authorizations shall be canceled and deductions stopped in accordance with the provisions of the dues authorization forms or at the option of the Plant at the termination of this Agreement.

All sums deducted in this manner and a list of employees from whose earnings such deductions have been made shall be turned over by the Plant to the Treasurer of the Union.

Section 2.    The Union shall indemnify and hold the Plant harmless from any claims, actions or proceedings arising from this Article. After the funds have been remitted to the Union, the sole and exclusive obligation and responsibility for their disposition shall fall upon the Union.

<div align="center">

ARTICLE VI

Grievance Procedure

</div>

Section 1.    Definition of Grievance. During the term of this Agreement, a grievance is: (1) an allegation by an employee or the Union that the Plant has violated an express provision of this Agreement as defined in Section 3 of Article III; (2) any other dispute between the Plant and the Union or employees concerning terms or conditions of employment. In the event that a dispute or grievance shall arise between the Plant and the Union or employees, an earnest effort

shall be made to settle such dispute or grievance, provided it is reduced to writing to the Plant within thirty (30) days of the incident causing the grievance.

Section 2.    Procedure.

(a)    Step 1 - Verbal Discussion with Team Manager. The employee involved shall first attempt to resolve the grievance with his/her Team Manager. The employee may, at his/her option, be accompanied by a Union Representative in the discussion of the grievance with the Team Manager. Any resolution of the grievance at Step 1 shall be on a non-precedential basis and shall not be binding upon the parties in connection with any other grievance or be construed to modify this Agreement in any way. Note: For historical purposes only, the Union's Grievance Chairman and Plant Human Resources shall be provided a copy of any informal agreement that is reduced to writing. No resolution of a grievance will be made without a Union representative having been given the opportunity to be present.

(b)    Step 2 - Written Grievance to Area Manager. If the grievance is not resolved at Step 1, the employee or the Union must submit a written grievance to the Area Manager or designee. Within fourteen (14) days of receipt of the written grievance, the Area Manager or designee shall meet with the employee and a Union Representative to discuss the matter and give a written response to the grievance.

(c)    Step 3 - Written Appeal to Unit Manager. If the grievance is not resolved at Step 2, the employee or the Union must submit a written appeal to the Unit Manager or designee within seven (7) days of receipt of the Area Manager's response, or the Area Manager's failure to respond. Within fourteen (14) days of receipt of such appeal, the Unit Manager or designee shall meet with the employee, and up to three (3) members of the Union's Grievance

Committee and a representative of the International Union. The Unit Manager or designee shall give a written response to the appeal within fourteen (14) days after such meeting.

(d) <u>Arbitration</u>. Within forty-five (45) days of receipt of the Unit Manager's written response in Step 3, or the Unit Manager's failure to respond, the Union may initiate arbitration in accordance with the procedures set forth in Article VII of this Agreement.

(e) Any grievance involving a suspension or discharge shall be submitted directly to Step 3 within fourteen (14) days of the imposition of the discipline in order to be subject to the terms of this Agreement.

Section 3. <u>Time Limitations</u>. The time limitations contained herein shall be considered as a maximum and may be extended only by mutual consent of the parties in writing or electronically. The Plant's failure at any Step in this procedure to communicate a decision on the grievance within the specified time limits shall permit the aggrieved employee or the Union to proceed to the next Step. Any grievance not appealed to the next Step within the time limits specified in this Article shall be deemed to be settled. Note: When a grievance is filed by a shift worker, the parties will make every effort to comply with the time frames to hear and answer the grievance.

Section 4. <u>Written Presentation</u>. All grievances at Step 2 and Step 3 shall be signed and dated by the aggrieved employee(s) and/or a Union Representative. Written answers submitted by the Plant shall be signed and dated by the appropriate Plant representative.

Section 5. <u>No Loss of Pay</u>. Any employee or representative of the Union who participates during his/her working time in any grievance meeting shall do so with no loss of pay, so long as the employee is first released by his/her supervisor or area manager before leaving his/her place of work. Such permission shall not be unreasonably withheld. Where a

grievance involves more than one aggrieved employee, no more than two (2) will be allowed time off during work hours without loss of pay to participate in the above procedure.

Section 6.    Additional Management Representative.    At the Plant's option, a second management representative may attend the Step 2 or Step 3 meetings.

### ARTICLE VII

#### Arbitration

Section 1.    Any question as to the interpretation, or any alleged violation, of any provision of this Agreement, as defined in Section 3 of Article III, which is not otherwise settled to the mutual satisfaction of the parties hereto, at the request of either party, shall be submitted to arbitration in the manner provided in Section 2 of this Article. Unrelated multiple alleged violations or grievances cannot be submitted to arbitration in the manner provided in Section 2 of this Article unless the parties specifically agree thereto.

Section 2.    The party seeking arbitration shall forward a written request for arbitration, referencing the grievance number involved, to the American Arbitration Association ("AAA"), 230 S. Broad Street, 6th Floor, Philadelphia, PA 19102. A copy of such request shall be sent simultaneously to the other party. The parties shall thereafter choose an Impartial Arbitrator in accordance with the AAA's standard selection procedures.

The decision of the Impartial Arbitrator shall be final and binding upon the parties. The Impartial Arbitrator shall render his/her written opinion and award within thirty (30) days following the closing of the record of the arbitration hearing, unless otherwise agreed by the parties in writing.

The jurisdiction and authority of the Impartial Arbitrator to make an award shall be confined to the interpretation or application of the provisions of this Agreement. The Impartial

Arbitrator shall not have jurisdiction or authority to make an award which has the effect of amending, altering, enlarging or ignoring any section of the Agreement or establishing or revising rates of pay; nor shall he/she have jurisdiction or authority to determine that the parties by prior practice or implication have amended or added to this Agreement.

Section 3.    The fees and expenses of the Impartial Arbitrator, the fees of the American Arbitration Association, and the cost of the hearing room shall be borne equally between the Union and the Plant.

## ARTICLE VIII

### Discharge

Section 1.    The Plant agrees that no employee will be discharged except for just cause. Such cases of discharge or suspension will be discussed with a representative of the Union before final action is taken. The employee involved may attend such discussions if he wishes.

Section 2.    When an employee has been discharged or suspended from work, and believes that he has been unjustly discharged or suspended, such employee shall be allowed fourteen (14) days within which to register a complaint and such complaint shall be considered and dealt with in accordance with the provisions of Article VI, "Grievance Procedure," beginning at the Step 3. For the arbitration of a discharge case, the arbitration hearing will be scheduled to be held within two (2) months of the appointment of the Impartial Arbitrator.

Section 3.    Both parties shall make every effort to complete a discharge arbitration as quickly as possible. If an Impartial Arbitrator concludes that an employee has been unjustly discharged or suspended, the Arbitrator may order the employee reinstated with no loss of seniority or benefits, and reimbursement for up to twelve (12) months of pay lost at his regular

rate, including scheduled overtime allowance and any applicable interim rate increases. Recognizing an employee's duty to mitigate his losses, the Plant shall receive a credit against lost wages for all earnings by an employee through other employment (including self-employment), after discharge and before reinstatement.

<div align="center">ARTICLE IX</div>

<div align="center">Industrial Relations Plans and Practices</div>

Section 1.    All existing privileges heretofore enjoyed by the employees in accordance with the following Industrial Relations Plans and Practices of the Company shall continue, subject to the provisions of such Plans and to such rules, regulations and interpretations as existed prior to the signing of this Agreement, and to such modifications thereof as may be hereafter adopted generally by the Company to govern such privileges; provided, however, that as long as any one of these Company Plans and Practices is in effect within the Company, it shall not be withdrawn from the employees covered by this Agreement; and provided, further, that any change in the Industrial Relations Plans and Practices which has the effect of reducing or terminating benefits will not be made effective until one (1) year after notice to the Union by the Plant of such change:

> Career Transition Financial Assistance Plan
> Short Term Disability Plan
> Pension and Retirement Plan
> Special Benefits Plan
> Vacation Plan
> Service Emblem Plan
> Continuity of Service Rules
> Treatment of Employees Called or Enlisting for Military Service
> Payment to Employees on Jury Duty
> Savings & Investment Plan
> Total & Permanent Disability Income Plan

Section 2.    An employee's length of service for consideration of benefits under the Company's Industrial Relations Plans and Practices shall be the employee's continuous service with the Company, as calculated in accordance with the Company's Continuity of Service Rules.

Section 3.    In addition to receiving benefits pursuant to the Plans set forth in Section 1 above, employees shall also receive benefits as provided by the Company's Beneflex Benefits Plan, subject to all terms and conditions of said Plan.

## ARTICLE X

## Seniority

Section 1.    Seniority of an employee placed on the Edge Moor Plant roll shall be calculated and adjusted beginning with the first day he worked in the last period of his unbroken employment on the Edge Moor Plant, in accordance with provisions (a), (b), and (c) of this Section.

(a)    When a former employee is re-employed following his termination because of lack of work, he shall immediately regain the seniority he had accrued prior to his termination. It is understood that no seniority credit will be given for the period of time between termination and re-employment, and it is further understood that the seniority a former employee had at the time of termination because of lack of work shall be used only for the purpose of giving consideration to re-employment during a period limited to two (2) years following such termination.

(b)    An employee whose break in length of service is cured by action of the Plant, shall regain or be credited with the amount of seniority equivalent to the length of service credit of the cure, provided that such cured service must have been for time worked on the Edge Moor Plant in order to be credited as seniority.

(c)     The seniority of an employee shall be adjusted by deducting the time lost due to leave of absence without pay, except that time lost or leave of absence granted because of illness or injury or military service will not be deducted.

Section 2.     The seniority of an employee shall be automatically broken and terminated in case of:

(1)     Discharge for just cause;

(2)     Discontinuance;

(3)     Voluntary quit;

(4)     Termination because of lack of work;

(5)     Absence in excess of sixteen (16) consecutive days not covered by leave of absence; or

(6)     Failure to return to work following expiration of leave of absence.

Section 3.     In matters affecting terminations because of lack of work, bumping during a reduction of force, transfers, demotions and promotions of employees and re-employment of former employees, including temporary assignment of expected duration longer than three (3) months, the following factors shall apply:

(1)     Seniority;

(2)     Ability, skill, efficiency, knowledge and training; and

(3)     Physical fitness to perform the essential functions of the job, with or without reasonable accommodation (only in cases of re-employment, transfers, demotions and promotions).

In cases where the candidates have approximately the same qualifications as determined by factors (2) and (3), seniority shall govern.

Section 4.    An employee who is or has been transferred out of the bargaining unit into a non-bargaining unit position, and who is later forced out of his position and seeks to return to the bargaining unit, shall be credited with seniority for all time spent both inside and outside the bargaining unit and that seniority will be used for purposes of bidding into a vacant bargaining unit position that has been posted.  However, during the first year after returning to the bargaining unit pursuant to this Section, only Plant seniority within the bargaining unit will be used for purposes of reductions of force and related job bumping.

Section 5.    Should any difference arise with respect to the promotion, demotion, termination because of lack of work, or transfer of an employee, or re-employment of a former employee, such difference may be treated as a grievance under Article VI of this Agreement. Promotions to supervisory positions or to jobs outside the scope of this bargaining unit shall be solely a function of the Plant, and, therefore, such action shall not be subject to the terms of this Agreement.

Section 6.    A new employee shall not benefit from seniority provisions during the first six (6) calendar months of service, but after completion of the first six (6) calendar months of service, his seniority shall be established as of hiring date.

During this probationary period of six (6) calendar months, a new employee may be terminated in the sole discretion of the Plant, and such action shall not be subject to the terms of this Agreement.

## ARTICLE XI

### Hours of Work and Overtime Premiums

Section 1.    Provisions Applicable to all Employees Covered by this Agreement:

(a)     The regular workday for 12 hour shift employees shall begin at 6:00 A.M. and shall end the following day at 6:00 A.M., and for day employees shall begin at 7:00 A.M. and shall end the following day at 7:00 A.M., except in cases where the Plant may designate otherwise with respect to any individual employee or group of employees.

(b)     The regular workweek for 12 hour shift employees shall begin Monday at 6:00 A.M., and for day employees shall begin Monday at 7:00 A.M., and shall end the following Monday at the same hour, except in cases where the Plant may designate otherwise with respect to any individual employee or group of employees.

(c)     The working hours of day employees shall be from 7:00 A.M. to 3:30 P.M., with one-half hour unpaid lunch period.  The working hours of 12 hour shift employees shall either be from 6:00 A.M. to 6:00 P.M., or from 6:00 P.M. to 6:00 A.M., with one-half hour paid lunch period.  Schedules other than these may be established by the Plant and will be discussed with the Union.  Twelve hour shift employees will have an hour of flexibility for relief times (flex hour) from either 5:00 a.m. to 6:00 a.m. or 5:00 p.m. to 6:00 p.m.  Twelve hour shift employees can make relief anytime within this hour of flexibility as long as the following conditions are met:

(1)     Jobs will not be left uncovered/unmanned;

(2)     Relief will be made in the operating/work areas;

(3)     All shift employees will work twelve hours;

(4)     No overtime will be paid until after 6:00; and

(5)     No twelve hour shift employee can leave the Plant prior to 5:00.

(d)     For the purpose of determining the sixth or seventh day worked in a workweek, an employee shall be considered to have performed a day's work when:

(1)     The employee works his regularly scheduled working hours in a
        workday;

(2)     On any workday, the employee works any time or reports for
        assigned work and is sent home because of lack of work or other
        reason beyond his control, provided that if the employee in either
        of these cases absents himself for any part of his full schedule of
        work without justifiable cause as determined by the Plant, that day
        shall not be counted as a day worked;

(3)     On any holiday which falls on a day in the employee's regular
        schedule of work in that work week and occurs prior to the sixth
        day worked, and the employee is required to take the day off solely
        because it is a holiday; provided, however, that a holiday occurring
        on an employee's day of rest shall not be counted in determining
        the sixth or seventh day worked in a work week. If the employee
        scheduled to work on such a holiday is absent, he shall not receive
        credit for it as a day worked;

(4)     An employee works beyond his normal shift into his regularly
        scheduled day of rest to the extent of four (4) or more hours. In no
        case shall an employee receive credit for more than one (1) day
        worked in any workday;

(5)     Vacation occurring prior to hours over 40, or 6th or 7th day;

(6)     Emergency military duty occurring prior to hours over 40, or 6th or
        7th day;

(7)     Jury duty.

Section 2.     <u>Overtime Provisions for non-exempt salaried employees</u>:

(a)     Overtime shall be paid at one and one-half (1-1/2) times the employee's regular rate. When more than one rate is applicable to the same hours of work, the rates shall not be pyramided, but only the highest single rate applicable shall be paid. When one and one-half (1-1/2), two (2), or two and one-half (2-1/2) time rates are paid for hours worked, such hours will be considered overtime hours.

(b)     For day workers, overtime shall be paid for:

    (1)     All hours worked in excess of eight (8) hours in any workday, or in excess of forty (40) hours in any work week, whichever provision produces the greater amount of pay;

    (2)     All hours worked on the sixth day worked in a work week, subject to provisions of Section 1(d)(3) of this Article;

    (3)     All consecutive hours worked by a vacation relief employee in excess of eight (8) straight time hours in any consecutive twenty-four (24) hour period;

    (4)     Work outside of regularly scheduled working hours, except when the hours worked outside the schedule are at the employee's request.

(c)     For day workers, overtime pay at two (2) times the employee's regular rate shall be paid for all hours worked on the seventh day worked in the work week.

(d)     For twelve (12) hour shift employees

DMEAST #3147359 v5                - 17 -

(1)    Employees working 12 hour shifts shall be paid pursuant to the following table:

| WEEK IN WHICH THE FOLLOWING SCHEDULE IS WORKED | | | | | | | TOTAL HOURS WORKED | TOTAL HOURS PAID |
|------|------|------|-------|-----|-----|-----|------|------|
| MON | TUES | WEDS | THURS | FRI | SAT | SUN | | |
| 1 | 1 | 1 | 1 | | | | 48 | 52 |
| | | | | 2 | 2 | 2 | 36 | 42 |
| 2 | | | | 1 | 1 | 1 | 48 | 54 |
| | 2 | 2 | 2 | | | | 36 | 36 |

(2)    Employees working 12 hour shifts shall be eligible for overtime pay for additional hours worked under the following circumstances:

A.    All hours worked in excess of twelve (12) in any workday.

B.    Work outside of regularly scheduled working hours, except when the hours worked outside the schedule are at the employee's request.

C.    Employees working the three (3) day or thirty six (36) hour workweek:

   (i)    Day Four – Employee receives time-and-a-half his regular rate;

   (ii)    Day Five – Employee receives double his regular rate for hours worked;

   (iii)    Day Six – Employee receives time-and-a-half his regular rate;

           (iv)     Day Seven – Employee receives time-and-a-half his regular rate.

D.     Employees working the four-(4) day or forty eight (48)hour workweek:

       (i)     Day Five – Employee receives time-and-a-half his regular rate;

      (ii)     Day Six – Employee receives double his regular rate for hours worked;

     (iii)     Day Seven – Employee receives time-and-a-half his regular rate.

Section 3.    <u>Assignment of Overtime</u>:

(a)     The Plant reserves the right to schedule and require overtime work to the extent it deems necessary or desirable.

(b)     Overtime opportunities for shift employees will be offered to eligible qualified employees in the same job title on the first shift due back to work, and, if the opportunity is not accepted by the employee(s) on the first shift due back, the opportunity will be offered on the next shift due back to work using the same procedure. Relief Operators, if applicable, will be asked after the Operator with the same job title as the opportunity, on the same shift, before proceeding to the next shift.

(c)     Overtime opportunities for day shift employees will rotate by seniority in the job title.

(d)     Detailed overtime guidelines will be established and maintained with mutual agreement between the Plant and the Union. These guidelines will be set out in the Policy Manual.

(e)     If the overtime opportunity is not accepted following the above procedure, the least senior qualified employee(s) shall be required to perform overtime work. The assignment of such mandatory overtime will rotate in reverse seniority, following the same shift and job title rotations as above.

(f)     Employees required to work mandatory overtime will be provided a minimum of four (4) hours of work, if so desired by the employee. Employees will not be required to work more than sixteen (16) hours of overtime per week. Employees will not be required to work overtime in the event of a personal emergency off-Plant, provided that this is not abused.

(g)     The Plant shall provide an employee with transportation to and from his local residence when required to work mandatory overtime, provided the employee has no other means of transportation.

(h)     In the event that the Plant, as a result of a good faith error, fails to offer overtime to the appropriate employee in accordance with the above outlined procedure, that employee shall be offered the next opportunity. If it was not a good faith error, the employee shall be offered "make up" overtime work, scheduled at a mutually convenient day and time; the employee will perform any work assigned.

(i)     It continues to be the Plant's objective to minimize overtime, including the use of Call-In Allowances. After exhausting all efforts to fill a full shift opportunity for overtime (day or shift), using the above procedure and Overtime Guidelines, the Plant will offer split

shifts. However, where splitting a shift will require that more than one Call-In Allowance be paid, the Plant shall pay only a reduced Call-In-Allowance of one and one half (1 1/2) hour's pay to each employee accepting split shift overtime. If an overtime opportunity cannot be filled voluntarily by full or split shifts in accordance with the above procedure and the Overtime Guidelines, the Plant may require overtime in a full shift.

Section 4.    The Plant retains the right to assign overtime outside of the above-outlined procedure in the event of an emergency.

Section 5.    (a)    Any employee receiving an overtime opportunity by telephone who fails to answer the call shall be considered to be unavailable for the opportunity. The Plant will leave a message, if applicable. The Plant is not required to wait for a response. Nothing in this section shall be construed to require that the Plant do more than call an employee's home telephone number to offer the overtime opportunity.

(b)    The procedures of the Overtime Guidelines will be exhausted before subcontractors are assigned to do the work.

Section 6.    Working Through Lunch Period. If an employee is asked by the Plant to work through an unpaid lunch period and completes his full scheduled day, the employee has one of the following options with concurrence of supervision:

(a)    Leave early the same day (30 minutes).

(b)    Take regular pay, i.e., eight hours straight time plus 1/2 hour overtime.

(c)    Take the time (30 minutes x 1.5) off on another day during the same work week.

(d)    Employees working through lunch will be given a lunch break following their completed assignment.

Section 7.    All qualified employees within a job title will be called before a temporary supervisor is called in for the purpose of performing overtime work within his/her skill. A nonexempt Plant employee is considered a temporary supervisor from the time he/she receives detailed rate until he/she is returned to his/her normal duties, *i.e.*, when the supervisor returns.

Section 8.    If employees work outside their job title on either holdover, call-in or scheduled overtime, they remain eligible for overtime in accordance with Section 3.

Section 9.    Holdover/Job Continuity.    Employee(s) working on the job, if needed, will be asked to work overtime first. If additional help is required, the opportunity to work will be offered consistent with the procedures described in Section 3 above.

Section 10.    No overtime shall be paid unless such overtime work has been specifically authorized by Plant management.

Section 11.    Wash-Up Time.    A five (5) minute wash up period will be provided to all employees prior to break time, lunch time and quitting time.

Day employees working in the field will be permitted back in their shops at 11:55 a.m. and will normally leave their job sites at 11:50 a.m. However, appropriate travel time will be afforded for those working in remote areas.

Employees leaving the site for lunch or at quitting time may do so 5 minutes before Lunch and Quitting Time, in lieu of wash-up time.

Section 12.    Consecutive Hours of Work – Sixteen (16) Hour Rule:

(a)    Plant Management's objective continues to be to minimize all overtime, but, when it cannot be avoided, overtime must be distributed consistent with the Collective Bargaining Agreement. The parties' primary concern is for the employee's safety. It is expected that a supervisor will exercise judgment in each individual case, taking into account physical

strength, how heavy the work is, working conditions, the temperature, and other factors affecting physical condition.

(b)  Plant Management will continue to maintain the maximum limit of sixteen consecutive hours of work, which is not to be exceeded except in cases of major emergencies and/or with the prior approval of the Plant Manager or his alternate. It is the mutual responsibility of the supervisor and employee to insure that the maximum limit of sixteen consecutive hours worked is not inadvertently exceeded. Each supervisor should be aware of his employees' time on the Plant. If a supervisor does not release an employee whose time at work is approaching sixteen consecutive hours, the employee has the responsibility to advise the supervisor of the situation. Both the supervisor and the employee must work together to see that this limitation is not inadvertently exceeded.

(c)  It is desirable to restrict continuous periods of work to less than sixteen hours. When sixteen hours have been worked, a minimum rest break of six hours must be provided. Should this regulation prohibit an employee from working a part of his or her regularly scheduled hours, the employee should be given the opportunity in the immediate future to make up the straight time pay for that portion of the shift which he was obligated to rest.

Section 13.   Call-In Allowance:

(a)  A "Call-In Allowance" is to be paid whenever an employee works overtime assigned on the employee's regularly scheduled day off, or for overtime worked when the employee is called back into the Plant to report for work at times outside his/her regularly scheduled work hours.

(b)  A Call-In Allowance is not to be paid when an employee's regularly scheduled shift is extended. So long as an employee is already present at work at the Plant, any

DMEAST #3147359 v5                     - 23 -

additional overtime hours added to his/her scheduled hours are to be treated consistent with the "holdover" provisions of this Agreement, even if the additional hours are scheduled prior to the day they are worked.

     (c)    A full Call-In Allowance shall be three (3) hours of pay at the employee's base rate, and shall be paid in addition to payment for all hours worked.

     (d)    A reduced Call-In Allowance will be paid where arrangements are made with an employee on-site for work outside his/her regularly scheduled shift. This reduced Call-In Allowance shall be equal to one and one-half (1 1/2) hours pay at the employee's base rate and shall be paid in addition to payment for all hours worked.

Section 14.    <u>Make-Up Time For Overtime or Missed Call-In</u>:

     (a)    Make-up time for overtime or call-in under Section 3(h) above does not necessarily have to be made up in the same week in which the incident occurred, as overtime will be paid for this.

     (b)    If overtime missed involves work on a sixth or seventh day, the person must work the sixth or seventh day as make-up.

     (c)    Make-up will be scheduled in advance with reasonable notice to supervision. This will ensure proper time keeping as well as time card coding.

Section 15.    <u>Holdover Allowance</u>:

     (a)    An employee requested to work beyond the end of his regularly scheduled working hours, shall be given a minimum of thirty minutes' notice of such holdover prior to the end of the scheduled working hours. If the employee does not receive this notice, an allowance equal to one (1) hour's pay at regular rate shall be paid, in addition to overtime pay earned. Late

relief and similar situations beyond Management's control are excluded and will not warrant payment of this allowance.

      (b)     An employee held over at least 15 minutes beyond his regular shift shall be provided the opportunity to continue to work at least two (2) hours. This does not apply if the holdover is caused by late relief.

Section 16.   <u>Change of Schedule</u>:

      (a)     Whenever a change of schedule needs to occur, all employees in the affected job title (including Relief Operator for jobs on which they are qualified) will be asked by seniority if they want to volunteer to change their schedule. If no one accepts the offer, then the junior employee within the job title (including Relief Operator) will have his/her schedule changed. This process will work in reverse seniority starting with the most junior employee in the job title, and restarting with the junior employee once the senior employee has worked a change of schedule. Management will maintain a list for forced change of schedule for the purpose of monitoring the rotation. Change of schedule forms shall be used for all change of schedules.

      (b)     Forced Change of Schedule (8 Hour Shift): When a forced change to an eight (8) hour day employee's schedule occurs, it will be for a minimum of two (2) days and initially no longer than thirty (30) days. When the thirty (30) day period has expired, then Management will reevaluate the change of schedule and discuss with the Union whether or not the change of schedule needs to continue. For periods shorter than two (2) days, overtime or voluntary change of schedule will be utilized. When an eight (8) hour day employee is forced to work a twelve (12) hour shift, the schedule change shall be for no less than a full work week.

(c)     Forced Change of Schedule (12 Hour Shift):  When a forced change to a twelve (12) hour shift employee's schedule occurs, it will be for a minimum of one (1) full work week and initially no longer than sixty (60) days.  When the sixty (60) day period expires, then Management will reevaluate the change of schedule and discuss with the Union whether or not the change of schedule needs to continue.  For periods shorter than one (1) week, overtime or voluntary change of schedule will be utilized.

(d)     When a day employee's schedule is changed (forced or volunteer) to the 11:00 p.m. – 7:00 a.m. shift, the employee will be made whole in pay for the week in which the change of schedule occurred (ex:  the employee shall not be required to work more than eight (8) hours on any given day to obtain forty (40) hours for the week).

(e)     Whenever a forced or voluntary change of an employee's regularly scheduled working hours occurs without three (3) days (72 hours) prior notice, a change of schedule allowance of one and one-half (1-1/2) times his regular rate of pay is to be paid for those hours worked on the first day of the new schedule.  However, a change of schedule allowance will not be paid in the event of:  (1) a promotion or demotion (excluding temporary assignments); (2) personal request; (3) return to work after a shutdown; (4) return to original schedule; (5) successful applicants for advertised jobs; or (6) reassignment during vacation shutdown.

Section 17.     Overtime Maintenance – Trainees:

(a)     Holdovers:  If a trainee has been working on the job requiring overtime, he or she is considered for the overtime.  If a trainee has not been working on the job requiring overtime, then he or she would be considered only after all Senior Maintenance in that craft on the Plant have been asked.

(b)    Scheduled:  Trainees are considered only after all Senior Maintenance in that craft have been asked.

(c)    Call-Ins:  Trainees are considered only after all Senior Maintenance in that craft have been asked.  If a trainee is ultimately called in to handle a job, it should be understood that a greater degree of supervision would obviously be necessary.

NOTE:  For clarification purposes, "A" class personnel are asked for overtime before "B" class, if overtime is offered to "B" class, the Team Manager will determine whether the "B" class person is qualified to perform job/task; if "B" class personnel are not qualified for job/task, then "A" class personnel are forced per above guidelines; "B" class personnel will not be in forced rotation; continue current practice of paying "B" class rate when performing "A" class work during training, when "B" is qualified and works full "A" assignment, "B" will receive "A" rate as it is not the intent to have "A" work accomplished at "B" class rate.

## ARTICLE XII

### Holiday Pay

Section 1.    (a)  A non-exempt salaried employee (whether regularly working an 8 or 12 hour shift) who works on any of the holidays designated below shall be paid overtime pay at one and one-half (1-1/2) times his regular rate for all hours worked in addition to a holiday allowance equivalent to pay for regularly scheduled working hours not to exceed eight (8) hours at his regular rate; pay shall be at 2 1/2 times the employee's regular rate for all hours worked in excess of all hours regularly scheduled.  An employee who is required by Management to take the day off from work solely because of a Plant holiday will receive a holiday allowance equivalent to regularly scheduled hours not to exceed 12 hours at the employee's regular rate:

New Year's Day

Good Friday

Memorial Day

July Fourth

DMEAST #3147359 v5                                  - 27 -

Labor Day

Thanksgiving Day

Day After Thanksgiving Day

December 24th

Christmas Day

Two (2) Personal Holidays

When any of the foregoing holidays, except December 24th, falls on Sunday, the following Monday shall be observed as the holiday. When December 24th falls on Sunday, the following Tuesday shall be observed as the holiday.

When any of the foregoing holidays falls on a Sunday, the holiday shall be observed on a Saturday for non-exempt salaried employees working the holiday. The exception to this is if Christmas day falls on a Sunday. In that case, the holiday shall be observed on the preceding Friday for non-exempt salaried employees who work on the holiday.

When any of the foregoing holidays fall on Saturday, the preceding Friday shall be observed as the holiday by all employees regularly scheduled to work on a Monday through Friday basis. All other employees will observe such holiday on Saturday. When Christmas Day falls on Saturday and is observed on Friday, the December 24th holiday will be observed on the preceding Thursday.

Holiday hours shall coincide with the regular workday, as defined in Section 1 of Article XI.

Section 2.     Pay for hours equivalent to regularly scheduled hours not to exceed eight (8), at the employee's regular rate, shall be paid to an hourly wage roll employee for a holiday on which he does not work, provided such employee:

(a)     Does not work the holiday for the reason that

   (1)     He is required by Management to take the day off from work

           solely because it is a holiday, or

   (2)     The holiday is observed on one (1) of his scheduled days of rest

           (an employee on vacation, leave of absence without full pay, or

           absent from work for one (1) week or more due to a shutdown of

           equipment or facilities or conditions beyond Plant's control, shall

           not be considered as having "scheduled days of rest" during such

           periods of absence), and

(b)     Works on his last scheduled working day prior to the holiday and on his

next scheduled working day following the holiday unless excused by Management from work on

these days.

   Section 3.     The hours for holidays not worked under Section 2, Item (a)(2) above,

shall not be used in computing overtime payable for hours worked in excess of forty (40) in a

work week.

   Section 4.     Postponed Holiday Guidelines.

(a)     A holiday (other than personal) may be postponed if:

   (1)     A holiday falls on the employee's scheduled day of rest and the

           employee does not choose to be paid; he may choose to take a day

           (8 hours) off at another time;

   (2)     A day the employee is scheduled to work eight hours or more and

           does not choose to be paid the holiday allowance of eight hours;

           the employee may choose to receive one and one-half his regular

rate for the first eight hours work plus a postponed holiday in lieu of the eight hours holiday allowance.

(b)    The following criteria for postponing the holiday must be met:

    (1)    The holiday must be either a day on which the employee works eight hours or a scheduled day of rest, and

    (2)    An employee wishing to postpone the holiday must notify supervision during the week in which the holiday falls.

(c)    For day-workers and those on the eight-hour shift, no more than six (6) postponed holidays may be banked at any one time.  For shift-workers on the twelve-hour shift schedule, no more than six (6) postponed holidays may be banked at any one time (a total of 48 hours for four (4) 12-hour postponed holidays).

(d)    Guidelines for taking the postponed holiday are as follows:

    (1)    Requests for scheduled postponed holidays will be considered only if there is no overtime incurred.  Normal relief operating priorities, and guidelines for postponed holidays apply on all other shifts. The postponed holiday will not be granted if it interferes with production or work efficiency.

    (2)    A postponed holiday must be scheduled after the observed holiday and before December 3 of the year in which the holiday falls. Requests will be considered on a "first come, first served" basis; however, they will not take precedence over scheduled full weeks or split vacations where proper notification has been given.

(3)    If an employee is terminated for any reason or the time limit

expires and the employee has not taken the postponed holiday, an

allowance of eight hours pay at the regular rate will be made. This

allowance will not be used to compute 6th or 7th day pay.

(4)    Postponed holidays may be taken on any day except Sunday, days

of vacation or other holidays; however, shift workers should note

the following item (5).

(5)    Pay for Holiday allowance: The postponed holiday is an 8-hour

allowance. Shift workers taking a postponed holiday or a personal

holiday on a Thursday when they would normally receive 1-1/2

times pay, will not have the 1/2 times pay overtime payment

deducted from their next pay check, i.e., they will not lose 4 hours

of pay. (8 hours at 1/2 time = 4 hours).

(6)    Employees who have scheduled a postponed holiday and then

move to another work group, thereby causing scheduling conflicts,

must choose other days.

(7)    Postponed holidays cannot be rescheduled once they have started

(notification of disability, death in family, jury duty, etc., must be

received prior to the start of the day in the normal manner).

(8)    Employees off on postponed holiday will not be considered for

overtime on that day (7 a.m. to 7 a.m. for those on the 8-hour

schedule; 6 a.m. to 6 a.m. for those on the 12-hour schedule) until

all other qualified employees are considered.

ARTICLE XIII

Wages

Section 1.    Rates of pay for new job classifications will be subject to bargaining between the Union and the Plant at any mutually convenient time. Either party to this Agreement may open negotiations in connection with rates of pay for new job classifications on sixty (60) days' written notice to the other party.

Section 2.    (a)    All bargaining unit base rates of pay shall be increased by 4.5% effective in the pay period this Agreement is ratified. Effective January 1, 2007, all base rates of pay will be further increased by 3% and, effective January 1, 2008, all base rates of pay will be further increased by 3%.

(b)    Thereafter, either party to this Agreement may open negotiations in connection with general rates of pay on sixty (60) days' written notice to the other party. General rates of pay will be subject to bargaining between the Union and the Plant at any mutually convenient time, and no general changes will be made in general rates of pay without prior consultation between the Plant and the Union. Any increases to general rates of pay will be implemented on an across-the-board basis.

(c)    During the term of the Agreement, base rates of pay in effect on the date of the execution of this Agreement will not be decreased.

Section 3.    (a)    Employees regularly scheduled to work on shifts shall be paid, in addition to their base rate, the shift differential applicable to the hours worked, as follows:

(1)    For all hours worked on the afternoon eight (8) hour shift (3:00 P.M. to 11:00 P.M.), a shift differential of sixty-nine cents ($.69) per hour shall be paid.

DMEAST #3147359 v5                      - 32 -

(2)    For all hours worked on the midnight eight (8) hour shift (11:00 P.M. to 7:00 A.M.), a shift differential of one dollar and seven cents ($1.07) per hour shall be paid.

(3)    For all hours worked on the eight (8) hour day shift (7:00 A.M. to 3:00 P.M.), no shift differential shall be paid.

(4)    For all hours worked on the evening twelve (12) hour shift (6:00 PM to 6:00 AM), a shift differential of one dollar and seventeen cents ($1.17) per hour shall be paid.

(5)    For all hours worked on the day twelve (12) hour shift (6:00 AM to 6:00 PM), no shift differential shall be paid.

(6)    When an employee's regularly scheduled shift includes work in more than one of the periods specified in (1), (2) or (3) of this Section, his shift differential shall be determined by either method (i) or (ii) below, whichever yields the greater amount of pay:

    A.    he shall receive the shift differential applicable to the hours worked, or

    B.    he shall receive for all hours worked, the higher shift differential, if any, applicable to the period in which he works four (4) or more hours.

(b)    When a day worker works hours outside of his regular schedule, he shall be paid the shift differential applicable to such hours worked.

Section 4.    After a two (2) weeks' training period, a non-exempt salaried employee who has been selected for a job will receive the rate of that job, provided that in the opinion of

the Plant, he is qualified to perform the job, except for permanent transfers to Relief Operator jobs. On those jobs, the employee will receive the full rate of the job when he is qualified to cover all the job(s) or after two (2) months' time on the job, whichever happens first.

Section 5. An employee who reports on time for regularly scheduled work and has not been previously notified to remain away from work shall be worked as scheduled, or in lieu thereof, shall be sent home immediately and receive an allowance of four (4) hours' pay at his base rate plus applicable shift differential, if any.

## ARTICLE XIV

### Miscellaneous Provisions

Section 1. <u>Making Up Time For Personal Reasons</u>. Make up work for time taken off for personal reasons will be granted based on the needs of the business. Personal reasons might include such things as teacher-parent conferences, certain school activities that the parent may want to attend and certain appointments. Time lost for such reasons must be made up in the same pay week in which the lost hours occurred; to make up time in any other week would require that overtime (time and one-half) be paid in accordance with the Fair Labor Standards Act and this would cause a penalty to the Company. Therefore, time worked under this policy will be paid as straight-time rates; it is agreed that the provisions of Article XI, Section 2 will not apply to such work.

For example, two hours taken off on Monday can be made up during the balance of the week. Time taken off on Friday afternoon, if known ahead of time, can be made up Monday through Thursday of that same week. Time taken off on Friday cannot be made upon the following Monday through Thursday, as this constitutes another work week, and time and one-half would need to be paid for hours over 40.

Section 2.    No detrimental notation shall be made on the employee interview record of an employee or other record that serves the same purpose unless the employee, and his Union representative if the employee so desires, are notified that such notation is to be made and an opportunity is given the employee to present any reason why such notation should not be made.

Section 3.    <u>Clothing Allowance</u>. The Plant will provide a three hundred fifty dollar ($350.00) annual cash allotment for clothing (the "clothing allowance") to employees who are regularly engaged in work that may cause abnormal wear to their clothing, permanently assigned to operations, maintenance, R&D, I.S., or respiratory protection technician classifications (the "eligible classifications") on the payday immediately following April 30th of each year of this Agreement. In the event an employee begins permanent employment in an eligible classification after April 30th, the clothing allowance will be prorated, *i.e.*, one twelfth (1/12) of the clothing allotment will be paid for each month worked in the eligible classification after April 30th.

The Plant will provide a safety shoe allowance of up to $100.00 per employee, to obtain safety shoes twice per year. Alternatively, basic stock shoes will be provided at no cost to employees. Employees ordering approved styles, exceeding the shoe allowance, will pay the difference in price between the shoe ordered and the basic shoe allowance.

Section 4.    <u>Meal Allowance</u>. Day employees who work four (4) hours or more beyond their regularly scheduled working hours, and shift employees who work two (2) or more hours beyond their regularly scheduled working hours, shall receive a twelve dollar ($12.00) meal allowance.

Section 5.    <u>Adverse Weather</u>. In the event of an adverse weather condition, as determined by the Plant, the following shall apply:

(a)    Employees who have difficulty reporting for work at their scheduled start time are required to contact their supervisor and make every reasonable effort to report for work as close to their scheduled start time as possible. Employees will be paid only for hours worked, subject to Article XIII, Section 5. The Plant may grant an appropriate grace period for lateness due to adverse weather conditions.

(b)    Non-essential employees who are unable to report for work due to an adverse weather condition are required to contact their supervisor and may request to use a personal holiday, split vacation, postponed holiday, if applicable, or a day off without pay. Requests will be granted at the Plant's discretion.

For purposes of this Adverse Weather Section, a non-essential employee shall be defined as an employee whose duties are not directly related to the Plant's operating requirements on the day that an adverse weather condition exists, as determined by the Plant. The Plant will notify non-essential employees of their status via the Plant's 373 message system.

(c)    If an employee requests, and is given, permission to take the day off without pay due to an adverse weather condition, the partial day or full day off can be worked on an alternative day during that work week at the Plant's discretion.

(d)    The Plant may offer employees the option to leave prior to the end of their scheduled shift, if business needs permit. Employees will be paid only for hours worked unless an allowance is given at the discretion of the Plant Manager or his/her designee, subject to Article XIII, Section 5.

Section 6.    PSM Committee. The Union shall designate a representative to serve as a member on the Plant PSM Committee. The Plant shall make every effort to release such representatives for PSM Committee meetings, consistent with established practice. Additionally,

a Union Representative will be released in order to participate on all Plant teams assembled to investigate safety incidents.

Section 7.    Each bargaining unit employee will be provided with a copy of this Agreement by the Plant.

Section 8.    The Plant will replace (in kind) an employee's personal tools that are broken, lost, stolen and or need replacing for safety reasons. In certain circumstances, when deemed necessary by Management, an upgrade in the quality of a tool will be authorized.

Section 9.    Special Assignment. Employees performing work considered "special assignment," defined as temporary work outside of the bargaining unit, including temporary upgrade to a supervisory position, will receive a ten percent (10%) increase above the top base pay for the period of time while in this special assignment, provided the special assignment is at least for one-half of the employee's shift.

Section 10.    Union Notification of Temporary Job:

(a)    When there is a need for temporary jobs, regardless of whether for a term of less than or more than three (3) months, the Union President or his designee should be notified in writing of the temporary position and the actual starting date. Temporary jobs will be reviewed with the Union every three (3) months.

(b)    The Union President or his designee should also be notified in advance of any temporary upgrades.

Section 11.    Funeral Allowance. In the case of death of a member of the immediate family of an employee, the Plant will grant as an excused absence such time as may be needed in connection therewith. A maximum of three (3) working days taken during the period extending from the day of death to and including three (3) calendar days after the funeral, which are

regularly scheduled days of work for the employee, shall be paid for at the employee's regular rate for the number of hours that would normally have been scheduled for those days, but such hours paid for shall not be considered as hours worked in computing overtime payable for hours worked in excess of forty (40) in any work week, nor shall such days be counted as days worked in determining whether an employee has worked a sixth or seventh day in the regularly scheduled work week [thirty-six (36) or forty-eight (48) hours for shift workers.].

For the purpose of this Section, a member of the employee's immediate family shall be limited to father, mother, husband, wife, brother, sister, son, daughter, or current mother-in-law or father-in-law. No more than three (3) days' pay shall be given should more than one (1) death occur in the family within any three (3) day period.

An employee who is excused from work to attend the funeral service in connection with the death of his grandparent, grandchild, son-in-law, daughter-in-law, or current brother-in-law or sister-in-law shall be paid his regular rate of pay for regularly scheduled hours of work up to a maximum of one (1) working day. Current brother-in-law and sister-in-law are defined as the spouse of the employee's brother or sister and the brother or sister of the employee's current spouse.

No leave or allowance shall be granted in the case where, because of distance or other cause, the employee does not attend the funeral of deceased. Notice of such deaths must be given to the employee's supervision as soon as is reasonably possible.

Section 12. _Medical Examinations._ The Plant shall continue its current practice of providing periodic medical examinations for the Plant's TERP Team, forklift drivers, and employees who must wear respirators. The Plant will also continue its current practice of medical surveillance for those who have had known exposure to asbestos, and will continue its

Hearing Conservation Program. The Plant shall not provide regular or periodic physical examinations to Plant employees outside of these specified programs.

Section 13.   Life Saving Rules:

(a)   The following seven (7) Plant safety rules are considered "Life Saving Rules":

(1)   Vessel Entry (Tipster 1-28)

(2)   Lock, Tag, Try (Tipster 1-27 [1-10])

(3)   Exposure to Hazardous Materials (Line Break) (Tipster 1-27 [11-12])

(4)   Unauthorized Overriding of "A" Interlocks (P&P 7.7)

(5)   High Energy (Tipster 1-23 Electrical Section)

(6)   Fall Protection (Tipster 1-35)

(7)   Direct or Willfully Condone Violations of "Life Saving Rules" (refer to Section 13(b) below)

(b)   If an employee willfully violates a Life Saving Rule thereby subjecting themselves and/or others to possible serious injuries and/or subjects the site and/or surrounding community to undue risks, then the first consideration is termination. Any discipline imposed pursuant to a Life Saving Rule will be subject to the grievance and arbitration procedures of this Collective Bargaining Agreement. The term "willful" is intended to encompass concepts such as: an intent to violate safety rules; conduct at odds with an employee's training and experience; and taking extenuating circumstances into account in the decision-making process. "Life Saving Rules" are intended to prevent serious injury or death to people working at Edge Moor. They are not meant to threaten employees in any way.

(c)    Safety Rules, including the seven Life Saving Rules, will be printed in the "Tipster". The electronic "Tipster" will be the Plant's official safety manual. Eight printed versions of the electronic "Tipster" will be distributed and located as follows: Production (Control Room L1); Production (Control Room L11); Maintenance (Reaction Shop); Safety Office; North End (Maintenance Shop); Stores; R&D; USW Local 4-786.

(d)    The Seven Life Saving Rules may be changed only upon mutual agreement. All other changes to the "Tipster" are subject to Article IV Section 2.

Section 14.    <u>Short Vacations</u>.  Since departure from normal vacation schedules (*i.e.*, in full weeks) may interfere with the operation of the Plant, supervision will have full discretion for the administration of whether a short vacation may be granted or not.

(a)    All vacations for the year will be recorded in hours.

(b)    All vacation can be taken in 2-hour increments.

(c)    Forty-eight hours' notice should be given, but supervision will grant requests if mutually convenient with less notice. Requests will be considered on a "first come, first served" basis.

(d)    Requests for short vacations with less than 48 hours notice can be made to supervision at any time prior to the start of such vacation in emergency situations or at the discretion of supervision.

(e)    Short vacations may not be granted with less than 48 hours notice if it interferes with production scheduling and shutdown staffing.

(f)    Requests for short vacations will be considered only if there is no overtime or other cost penalty involved. Exception to this is where overtime is required to cover disabilities or relief operator absences. In these cases, supervision will minimize overtime costs.

(g)     Short vacations may be taken only on days the employee is scheduled to work. They may not be taken on days of rest.

(h)     Short vacations may not be rescheduled or cancelled once they have started.

(i)     Individual days taken off from scheduled work for vacation time, which preceded the sixth and seventh day, shall be counted as days worked for the purpose of determining the sixth and seventh day worked. No premium will be paid for sixth and seventh day not actually worked.

(j)     Selection of vacation by seniority should be made prior to April 1st. Any request made after April 1st will be considered on a first-come first-served basis. Full weeks and full days take precedence over half days or two-hour increments.

(k)     Employees receiving short vacation the first part of the workday must report directly to their supervisor at the time they begin the last part of the workday. This is required to determine starting time for pay purposes.

(l)     Two, four and six hour vacations will count as hours worked toward overtime hours. Example: A shift worker takes the first half day off as vacation, works the second half; then all hours worked in that day after the worker's regular shift are overtime hours.

(m)     Vacation hours will count as hours worked toward a meal allowance as referenced in Section 4 of this Article.

(n)     If the relief operator of the shift is available, any combination of hours up to 12 hours may be taken if granted by supervision for that day requested.

## ARTICLE XV

### Bulletin Boards

Bulletin boards will be made available to the Union at mutually agreed upon locations.

Notices shall be restricted to the following types:

(a)     Notices of Union recreational and social affairs;

(b)     Notices of Union elections, appointments, and results of elections;

(c)     Notices of Union meetings; and

(d)     Minutes of meetings of Union membership, and minutes of meetings with the Plant.

(e)     Any/all literature of a derogatory and/or inflammatory nature is prohibited.

### ARTICLE XVI

### No Strike And No Lockout

Section 1.     (a) During the term of this Agreement, there shall be no strikes of any kind, including sympathy strikes, work stoppages, slowdowns, or interruptions of work of any kind, on the part of the Union and/or its members, for any reason, nor lockout on the part of the Plant for any reason. In exchange for the Union's agreement not to strike during the term of this Agreement, the Plant agrees that all disputes that arise under this Agreement, including interpretation thereof, shall be settled as specified in Article VI, entitled "Grievance Procedure."

(b)     However, the parties agree that the no-strike/no lockout provisions of this Section shall not apply in the event of wage/rate negotiations as provided in Article XIII, Sections 1 and 2, above.

Section 2.     The Union further agrees that in the event an employee or a group of employees instigates and/or takes part in any strike, as defined in Section 1, above, that the

Union officers, stewards and representatives will not, in any way, participate in any such activity. The Union shall promptly disavow in writing any such action on the part of the employee or employees and the Union further agrees that it shall, through its officers, stewards and representatives make all reasonable efforts in order to terminate any such work interruption or interference. So long as the Union in good faith fulfills its responsibilities under this section, there shall be no liability on the part of the Union under this Agreement.

Section 3.     Any individual, or group of individuals participating in such activity as has been described in the preceding sections, shall be subject to disciplinary action, up to and including discharge.

## ARTICLE XVII

### Bump & Bid Procedure

Section 1.     Job Bid Procedure:

(a)     Employees available for recall to a particular function will be contacted prior to filling the vacancy through the Job Posting Procedure.

(b)     All shift movement within a job title/classification will be made prior to a job opening being posted.

(c)     Permanent job openings in the bargaining unit will be posted on the main gate job posting board from Tuesday to Tuesday (12:00 Noon to 12:00 Noon). Job descriptions for any job posted on the board will be available for review at the main gate house where the posting sheets are available for bidding.

(d)     Management will issue a Plant-wide electronic communication when a permanent job is posted. The Plant will make an effort to issue this communication the Thursday

before the job is posted. Management will also notify the Union in writing prior to lateral job openings being filled.

(e)     Any employee who wishes to be considered for a job posted during his/her vacation, or other absence from the Plant, shall inform Human Resources by completing an Extended Leave/Vacation Bid Form and putting it in the Job Bid Box.

(f)     When filling permanent job openings in the bargaining unit, the following factors shall apply:

(1)     Seniority;

(2)     Ability, skill, efficiency, knowledge and training; and

(3)     Physical fitness to perform the essential functions of the job, with or without reasonable accommodation (only in cases of reemployment, transfers, demotions and promotions).

(4)     In cases where the candidates have approximately the same qualifications as determined by factors (2) and (3), seniority shall govern.

(g)     An employee who bids on a posted job and is the most senior qualified applicant must go to this job when so requested by management.

(h)     If an employee has not moved within 180 calendar days and there has been no movement in jobs which precede his movement in the daisy chain, an employee may withdraw his application.

(i)     A job's lock-in period begins when the employee physically moves to the new job and extends for one year after the employee assumes the job's full responsibilities.

(j).    If an employee has been bumped into a job there is no lock-in period for bidding.

(k)    The successful bidder will receive the rate of the new job upon qualifying in that job. If the applicant is moving to a job with a higher rate of pay and the employee has not been moved within 180 days, the applicant will receive the starting rate of the new job.

(l)    A successful applicant who does not perform satisfactorily in the judgment of the Plant in his/her new job during a trial period of ninety (90) calendar days or less, will go back to his/her former job, and all other moves that were made as a result of the opening will revert to their former status.

(m)    Temporary job openings which are expected to exist longer than three (3) months will be posted according to the same procedure as permanent jobs.

(n)    Temporary jobs which are expected to exist for less than three (3) months, and temporary jobs pending the transfer of the successful applicant for a posted job, will be filled by an employee deemed qualified and selected by the Plant.

Section 2.   New Jobs:

(a)    If a new job is established or a job is changed 50%, the incumbent will be given the opportunity to remain on the job or accept a bump letter.

(b)    The process for filling the new job will be handled by the current bid system, of posting Tuesday to Tuesday, at the Main Gate, (12 noon to 12 noon).

(c)    Any employee who is going to be on vacation is required to inform Human Resources that he wants to be considered for any new job by completing an Extended Leave/Vacation Bid Form and putting it in the Job Bid Box.

DMEAST #3147359 v5                  - 45 -

(d)    Management will contact any employee on extended disability to determine interest in any new job.

(e)    Employees can turn down new jobs.

(f)    Any job that is an addition to head count is NOT considered a new job (*i.e.* adding another pipe fitter position to the site, even though the job is an addition, the site currently has pipe fitters). Lock-in periods will be waived to allow employees to bid on new jobs.

Section 3.    Interdepartmental Bidding:

(a)    If a job bid from one department within the site to another department will cause a bargaining unit employee to be displaced and cause a reduction of force, the bid will stop and the daisy chain of moves will be discontinued. This does not pertain to employees exercising bump rights if they are going out the gate due to a reduction of force.

Section 4.    2A Rate:

(a)    Due to the different learning curves of employees, there will be no set time frame to give employees the 2A Rate. 2A Rate will be given based on the assessment of the Training Department and the Team Manager (immediate supervisor). The assessment will be based on the proficiency on the job and the use of tools.

(b)    An operator will be evaluated at the following intervals: 30 days, 60 days, and 80 days. The criteria for awarding the 2A Rate will be based on the employee's ability to do his/her assignment with minimal supervision, and the ability to demonstrate the skills required for the job (including the use of tools) to the satisfaction of the Team Manager (immediate supervisor) and a representative of the Training Department.

(c)    If, after the first 80 days, the employee has not satisfied the required criteria, the operator may receive additional training and the evaluation process would continue or the employee may be disqualified and sent back to his/her previous function.

Section 5.    New Employee: Management retains the right to disqualify new employees for any reason for the first six (6) months.

Section 6.    Bidding on Probationary Status. Any employee who is on probationary status for unsatisfactory job performance will be permitted to bid on lateral jobs. Employees may bid on jobs with an ultimate base rate higher than their present rate of pay. However management will consider awarding these jobs on a case by case basis. The severity of and length of probation would be reasons considered in permitting an employee to bid on a job.

Section 7.    Bump Procedure. An employee is entitled to a bump letter whenever they are displaced or when their job is changed 50% or greater.

When the above occurs, Management will provide the employee(s) with a list of jobs the employee(s) are qualified for. Seniority and qualifications shall be the governing factors for bumping.

The employee(s) will be afforded 96 hours to review the list and make 3 selections in order of preference. Additional time may be granted if tests and or other pre-qualifying factors exist.

Lock-in periods will not apply to displaced employees; therefore, they can bid on jobs.

If a bump from one department within the site into another department results in a bargaining unit employee being displaced and causes a reduction of force, the bump chain will stop and be reviewed by Union and Management. If it is determined that any of the displaced

employees in the bump chain have an option to bump into another position of equal pay and not cause a reduction of force, this option will be used.

Section 8.    Recall Rights.    Recall rights will be for a period of two years.    They will start once an employee moves to a position he/she has either bumped into or bid on as a result of being displaced.

When a recall situation arises, all employees in the recall chain will be contacted by Management and asked if they wish to exercise their recall rights.

If all employees in the recall chain elect to stay in their current positions and not exercise their rights, they will not move and the open job will be filled under the Job Bid Procedure.

If any of the employees elect to exercise their rights, all employees involved in the recall chain must move back to their former positions. The exception to this is an employee who bid out of the chain; in this case the employee that bid out of the chain will be given the option of recall or staying in the current position. This would not break the chain or prevent any employee in the chain from exercising his/her rights. In the event the chain is broken, the open job will be filled under the Job Bid Procedure.

A displaced employee that later receives recall rights to a former job will receive the rate of pay for that job on the first day of return.

Displaced employees will be afforded the opportunity to bid on and accept jobs and still maintain their recall rights.

Section 9.    Job Changes:

(a)    Prior to changing any job qualifications, management will notify the Union and discuss the changes at the Union's request.

(b). Management will establish a reasonable time period for affected employees to become qualified.

## ARTICLE XVIII

Performance Based Compensation For DuPont Edge Moor Non-Exempt Employees

Section 1.    Purpose. The purpose of this Performance-based Compensation Program (the "Program") is to provide the opportunity for eligible employees to share in business results that exceed expectations.

Section 2. ·    Form of Awards. Awards under this Program shall be paid in cash through the regular payroll system. Awards shall be considered "pay" for purposes of the Company's Pension and Retirement Plan, but not for any other benefit plan.

Section 3. ·    Program Details/Award Criteria. Awards under this Program shall be determined in accordance with the written criteria determined by the Company as described in Section 4(b) below.

Section 4.·    Administration:

(a)    Except as otherwise specifically provided herein, this Program shall be administered by the Company. Decisions of management with respect to any questions arising out of the interpretation, operation, or administration of this Program shall be final and not subject to any grievance or arbitration procedures.

(b)    The financial and other performance objectives shall be established exclusively by Management of the Company.

Section 5.    Eligibility:

DMEAST #3147359 v5                    - 49 -

(a)     To be eligible for an award, an employee shall be a Full Service Employee (including U.S. Transferees or on-loan employees), and shall be employed on the nonexempt salary roll.

(b)     Eligible employees who are active employees for the entire Program year will be eligible for a full-year award. Employees who transfer into the (business/site) from another business or site during the Program year will have their full-year Program award administered by the business or site by which they are employed on December 31 of the Program year.

(c)     Eligible employees who are newly hired employees, employees not on the Full-Service Roll for the entire Program year, employees working a reduced schedule, employees on approved leave of absence, or employees who terminated employment voluntarily due to retirement, or employees who terminated because of death or disability or lack of work will be eligible to receive a partial full-year award.

(d)     Independent contractors and consultants, employees of third parties and employees of the Company terminated involuntarily or for cause are not eligible to participate.

Section 6.     <u>Term</u>. While it is the present intention of Management to continue this Program, Management reserves the right to modify the Program from time to time or to repeal the Program entirely, or to direct the discontinuance of awards.

Section 7.     <u>Access to Financial and Other Data</u>. Participants in this Program and their representatives shall waive any right they may have to information pertaining to the application, operation or administration of the Program. Management, in its sole discretion, may make such information available.

Section 8.     <u>Miscellaneous</u>:

(a)     For purposes of this Program, the term "Company" means E. I. du Pont de Nemours and Company.

(b)     All expenses and costs in connection with the operation for this Program shall be borne by the Company.

(c)     For purposes of this Program, the term "Program Year" shall mean the calendar year January 1, through December 31, to which the criteria set forth in Appendix C ("Schedule A") applies.

(d)     For proposes of this Program, "Annual Pay" shall mean pension-base earnings minus any award(s) under this Program from the previous Program Year.

(e)     Pension-base Earnings means pay as defined in the Pension and Retirement Plan.

(f)     For purposes of this Program, the term "Part Year Award" shall mean a full year award multiplied by the number of full and part months worked, divided by 12.

## ARTICLE XIX

### Union Business

Section 1.     <u>Off-Plant Union Business</u>

Union officers and representatives may request and be granted time off without pay to conduct Union business. This is business to be conducted off the Plant. Management will release Union officials provided their absence will not interfere with Plant operation or result in increased cost to the business. In no instance will more than sixteen consecutive calendar days be granted to any one (1) individual, and the Plant shall not grant time off under this Section to more than five (5) employees at any one time (or as otherwise mutually agreed).

Below is a listing of those eligible to request and receive time off under this Section:

(1)    Officers:  President; Vice President; Secretary; and, Treasurer.

(2)    Representatives:  E & I Representative; Plant Maintenance Representative; R & D Control Lab and Shipping Representative; Administrative Assistant Representative; "A" Shift Representative; "B" Shift Representative; "C" Shift Representative and "D" Shift Representative.

(3)    Trustees.

(4)    Committee Chairs of the Contract, Grievance, Safety & Health, Elections & Polls, and Bylaws Committees.

Section 2.    On-Plant Union Business

Management will schedule, by mutual agreement, all Union-Management meetings held on the Plant either by request of the Union or Management.  The party requesting the meeting shall provide the other party with a suggested agenda, to the extent practical, at least forty-eight (48) hours prior to the meeting.  The agenda shall be mutually agreed upon and both parties shall have the right to add items to the agenda.  Management will agree to release a predetermined number of employees to attend these meetings as listed below.

This procedure does not limit the number of Union officers, representatives and committee members attending meetings on their own time when their personal schedules permit.  Union officers, representatives and committee members attending meetings with Management on their off time will receive no pay.

DMEAST #3147359 v5                      -52-

# EXHIBIT A
# PART 2 OF 2

The Union will provide Management the names of officers, representatives, and committee members for use in scheduling meetings. The Union will make any changes in writing to Management, as soon as practical.

Management will release with pay those employees designated by the Union as follows:

(1)     For area negotiations – Three (3) employees will be released with pay, four (4) if mutually agreeable. This bargaining involves subjects concerning an area, work group or several areas or work groups, but less than a Department.

(2)     For departmental negotiations – Four (4) employees will be released with pay. This bargaining involving subjects concerning a whole department such as Mechanical, Operations, R&D, or Administrative Assistants.

(3)     For Plant-Wide negotiations – Five (5) employees will be released with pay. Plant-wide bargaining involves all nonexempt bargaining-unit employees.

(4)     For Union-Management Contract Negotiations – Five (5) employees will be released with pay. This bargaining is bargaining over a Collective Bargaining Agreement and Successor Agreements, and any modifications to such Agreements that affect the entire bargaining unit.

(5)     For Union Contract Chairperson – This chairperson will be released with pay for up to two (2) hours a week, considering the needs of the business.

(6)    For Union Grievance Chairperson – The Union Grievance Chairperson will be released with pay for up to three (3) hours a week, considering the needs of the business.

(7)    For Union Communication Chairperson – This Chairperson will be released with pay for up to two (2) hours/week, considering the needs of the business, to update Union Bulletin Boards.

(8)    For Local Union President – The Union President (or the Vice President in his absence) will be released with pay for up to sixteen (16) hours per week, considering the needs of the business, to conduct on-Plant Union business.

Section 3.    <u>Union Business on Company Premises</u>

The Plant will continue to provide the Union President with storage and office space on the Plant site and will continue allow the Union President and Vice President to return to the site outside of their working hours for Union/Management business in accordance with the current practice, with advance notice to Management.

ARTICLE XX

Progressive Discipline

Section 1.    <u>Objective</u>. The objectives of this procedure are to establish a uniform approach to the maintenance of discipline, high moral conduct and efficient Plant operations. It is a corrective procedure designed to correct and to improve performance. Progressive discipline involves proper training, follow-up, consistency, firmness and understanding on the part of all parties. Action is required when an employee has unsatisfactory performance in one or more phases of his/her job or fails to comply with Plant rules. While it is progressive in design, any

step or steps may be omitted when the severity of the situation dictates use of a higher level step of discipline.

There are three progressive developmental steps in the disciplinary procedure prior to discharge:

    (1)    Verbal Contact

    (2)    Formal Reprimand

    (3)    Formal Reprimand with Probation

The objective of all of these steps is to develop the employee's efforts, skill and desire and to obtain compliance with Plant rules and standards of proper workplace behavior.

Section 2.    <u>Employee Rights and Management Actions Under the Weingarten Doctrine</u>. If Management requests an investigatory interview which could reasonably lead to discipline or termination, an employee can request that a Union Representative, officer, or steward be present at this meeting. Absent extenuating circumstances, Management will honor that request and will arrange for the attendance of a reasonably available Union Representative. Without Union representation after a proper request, the employee can choose not to participate in the discussion or interview. This provision is not intended to expand or limit employee, union or management rights under the Weingarten Doctrine as interpreted by the NLRB and the courts.

Section 3.    <u>Disciplinary Steps</u>.

    (a)    <u>Verbal Contact</u>.

        (1)    Such discussions are used to correct relatively minor performance errors or less severe violations of rules/practices or to assist the employee to correct unsatisfactory performances.

DMEAST #3147359 v5

- 55 -

(2)    The verbal contact should ordinarily take place in private.  The supervisor should make sure that the employee understands:  the reason for the rule or practice; what was done wrong; and what must be done to correct the infraction.

(3)    A memo to file, rather than a Conference Report, may be made of the discussion for future reference by the Supervisor.  It will be retained by the Supervisor in his/her files for up to six months.  However, the memo to file can be removed from the employee's personnel file before the six month period if Management feels that the employee's performance has improved sufficiently in the targeted deficiency.

(b)    <u>Formal Reprimand</u>.  A Formal Reprimand can be used when:

(1)    An employee accumulates more than one Verbal Contact.

(2)    Performance continues to be unsatisfactory after receiving a verbal contact.

(3)    There is a more serious violation of a rule/practice, or a significant performance error, and a verbal contact is not regarded as an appropriate response under all of the circumstances of the incident.  Examples of significant performance errors include, but are not limited to the following:  overfilling a tank, tank truck, rail car; not following SJP's (Standard Job Procedures); causing an environmental incident.

(c)    <u>Probation</u>.  Probation can be used when:

(1)  An employee repeats the same infraction or violation after a formal reprimand.

(2)  An employee commits a different infraction or violation after a formal reprimand or another formal reprimand is not regarded as an appropriate response under all of the circumstances of the incident.

(3)  An employee's performance continues to be unsatisfactory after receiving a formal reprimand, including a failure to meet any specific requirements outlined in the Conference Report.

(4)  An employee commits an act of serious misconduct or a similarly severe act and discharge is not regarded as an appropriate response under all the circumstances of the incident.

(5)  Probation will be imposed for a term of up to one year, unless it is extended (for an additional six months due to continued unsatisfactory performance) or if additional progressive actions are taken during its term. However, probation may be reduced or ended before the one-year period, if Management feels that the employee's performance has improved sufficiently in the targeted deficiency.

Any employee who is on probationary status for unsatisfactory job performance will be permitted to bid on lateral jobs. Employees may bid on jobs with an ultimate base rate higher than their present rate of pay. However, Management will consider awarding these jobs on a

case by case basis. The severity and length of probation would be reasons considered in permitting an employee to bid on a job.

(d)     Discharge. An employee will be discharged when probation does not improve the targeted deficiency or deficiencies, when performance declines significantly in another area, or when a serious act of misconduct occurs, regardless of its relation to the targeted deficiency or deficiencies.

Section 4.     Conference Reports. A Conference Report will be written to document the meeting with the employee and the expectations conveyed in that meeting whenever a Formal Reprimand or higher step of progressive discipline is used. The Conference Report procedure must be explained to the employee and should take place as soon after the incident as is reasonable.

(1)     The employee will be given a reasonable opportunity to gather and present, in writing, his/her facts and any extenuating circumstances that pertain to the nature of the incident.

(2)     The Conference Report will be filed in the employee's personnel folder for up to one year or for the duration of probation.

(3)     The Conference Report will be removed from the employee's personnel file after one year unless it is extended or if additional progressive actions are taken during its term. However, the Conference Report can be removed from the employee's personnel file before the one-year period if Management feels that the employee's performance has improved sufficiently in the targeted deficiency.

(4) If additional progressive action is taken during the term, the existing Conference Report will be attached to the new Conference Report.

(5) Periodic reviews at 30, 60 or 90 days will be held with employees as specified in the Conference Report.

(6) An employee may request the presence of a Union Representative, officer or steward, consistent with the section on the Weingarten Doctrine, above.

(7) Whether present at the meeting where the progressive action is conveyed to the employee or not, the Union Representative will be given the Conference Report reflecting that meeting, even if it is one of commendation. The Union Representative must be given the opportunity to initial it.

Section 5.    Serious Acts of Misconduct.

(1) These rules address serious acts of misconduct obviously contrary to the ability to maintain a safe, respectful, orderly, and productive workplace. The actions and behaviors listed below will not be tolerated and are dischargeable offenses. The list of items below is not intended to represent a complete list of unacceptable conduct. There may be other acts of misconduct that result in the same consequences.

A.  Neglect, incompetence, or carelessness in performing duties including safety violations, and acts leading to environmental incidents.

B.  Engaging in hostile, abusive, threatening, or disrespectful behavior while engaging in activities on behalf of the Company, including physical intimidation, threats, sexual or other forms of harassment.

C.  Horseplay and malicious mischief.

D.  Use, sale, distribution, dispensing, and possession of drugs taken for non-medical reasons or alcohol while on site property.

E.  While engaged in activities on behalf of the Company, "presence in the body" of alcohol or drugs taken for non-medical reasons.

F.  Unauthorized use or disclosure of Company information such as process know-how, trade secrets, business data and personnel data.

G.  Use or possession of firearms, ammunition, explosives, or other dangerous weapons on site property or in the workplace.

H.  Insubordination in connection with work or work assignments, including deliberate refusal to comply with

reasonable requests or instructions, subject to the "Protocol for Addressing S.H.E. Concerns".

I. Intentional falsification of records, data, documents, or other information including giving false or incomplete information during employment, when applying for employment, or in connection with investigations.

J. Intentional damage to Plant, employee, contractor, or vendor property.

K. Fighting or acts leading to fighting.

L. Theft, unauthorized possession or removal of company property or personal items belonging to employees, contractors, vendors, or visitors.

M. Smoking in areas where prohibited.

N. Sleeping on the job.

O. Use of Company electronic communications resources, including electronic mail and internet access, in a way that does not conform to Plant rules and restrictions or access to INTERNET WEB SITES that are inconsistent with Company policies, ethics, values and business practices. REF: http://www2.lvs.dupont.com/disc/nonbususe.html.

P. Any illegal gambling or any gambling which takes place on Plant time, as that term is defined in Article III, Section 2.

The "workplace" is used in a broad sense to include acts that occur and conditions that exist at all locations where employees are engaged in activities on behalf of DuPont. "Site Property" is defined as the fence-enclosed Plant property, the Stores facility and all parking lots.

The employee involved in an act of serious misconduct must be given an opportunity to present information about the incident, consistent with the section of this policy on the Weingarten Doctrine. During the discussion, area supervision will assure the employee that a thorough effort to obtain all the facts will be made before a decision is reached on the disposition of the incident.

Section 6.    Protocol for Addressing SHE Concerns.  The following procedure provides a means for Management and employees to resolve questions on the job regarding SHE issues.

If employees reasonably believe in good faith that an assigned task could reasonably lead to a SHE incident, they should first express their concerns and attempt to clarify their concerns about the work assignment with their work group supervisor. Requesting such a review in good faith will not be considered insubordination. If a job plan cannot be agreed upon at that point, discussion will next take place by phone between employee, work group supervisor and the SHE Consultant. If a job plan cannot be agreed upon after that step, then discussion in person will take place among employee involved, the work group supervisor and SHE Consultant to identify an acceptable plan. If the SHE Consultant concludes that the job plan is safe, an employee's continued refusal at this point to perform a work assignment may be considered insubordination, unless the employee reasonably believes that the work conditions pose an imminent risk of death

or serious bodily injury and the employee has reason to believe that there is not sufficient time or opportunity to seek an effective resolution with Management.

## ARTICLE XXI

### Substance Use/Abuse Procedure

Section 1. <u>Plant Philosophy</u>. The Edge Moor Plant subscribes to the medical opinion that chemical dependency is an illness that can be treated and controlled through abstinence. Substance use/abuse is recognized as a most serious problem in our society, from the use of illegal drugs, the misuse of prescription drugs and the misuse of over-the-counter drugs and alcohol. While individual cases require individual treatment, there are certain eligibility requirements that participants must make. This procedure outlines those elements.

Rehabilitation can take many forms. The abuse of alcohol and/or drugs can sometimes be managed by regular consultation with appropriate Integrated Health Care (IHC) resources. Chemical dependency in its early stages can sometimes be helped by attending Alcoholics Anonymous (AA) or Narcotics Anonymous (NA) support groups. In its more advanced stages, chemical dependency can be managed by treatment in outpatient or inpatient facilities, both of which result in healthcare insurance claims, possible job reassignment or lost time from work.

Employees whose substance abuse problems are sufficiently severe as to require a level of treatment that is Company-assisted must agree to terms in Rehabilitation Agreements, described later in this procedure, in order to receive that assistance. "Company-assisted" means that the Company has, in whole or in part, compensated either directly or indirectly the provider or an insurance carrier.

DMEAST #3147359 v5                                    - 63 -

Awareness Programs that encourage employees to seek assistance early in their dependencies and aggressive detection programs that enable early identification of substance abusers are clearly advantageous to both employees and the site.

The following is intended to explain Edge Moor's substance use/abuse procedure for rehabilitation and corrective action.

"On the job" use, sale or possession of illegal drugs or alcohol will be handled according to standard disciplinary procedures, (Reference - "Acts of Serious Misconduct").

Management's most important responsibility is to protect the safety of Edge Moor's employees, Plant facilities, the environment, and the community. Any activity which adversely affects an employee's judgment or job performance is a most serious matter including substance use/abuse.

Section 2. ∴Rehabilitation and Discipline. In order to encourage early treatment and to meet the site's duty to protect the best interests of all, all employees must be made aware that substance abuse and dependency will not be regarded as providing an "excuse" for poor safety performance, poor job performance, poor attendance, or any violation of standards of conduct and performance applicable to all employees. Employees who choose to participate in rehabilitation programs, must understand that, consistent with our commitment to maintaining a safe and productive workplace for all, violations of such standards of conduct and poor performance will result in appropriate discipline, including discharge. Likewise, employees whose performance has been adversely affected by substance use or abuse but have declined evaluation or treatment will be advanced in the disciplinary system, as appropriate, if performance continues to be unsatisfactory or they violate rules of conduct, (Acts of Serious

Misconduct included). Employees will be discharged for repeated or serious misconduct and last minute requests for help will not override the decision to discharge.

It must be recognized that discipline and rehabilitation are separate concepts that will operate simultaneously in cases where performance is adversely affected. Discipline, including discharge, will be used to deal with misconduct, including all instances of reporting for work with alcohol or drugs in the system, occurring before or during the rehabilitation process. Thus, when an employee who is subject to follow-up testing as a term of his/her rehabilitation program tests positive in a sample taken during the workday, the employee has not only failed to comply with a term of his/her rehabilitation program but has also plainly violated an established standard of conduct regarding drugs/alcohol "in the system" while at work. This noncompliance and/or violation requires a disciplinary response. In other words, this employee should be considered for "advancement" under both the disciplinary system and the rehabilitation program.

Employees have the responsibility of contacting and reporting to site medical and consulting with the doctor or nurse when taking any prescription drugs to determine fitness for duty. Many prescription medications indicate that a side effect, *e.g.* drowsiness, may occur and site medical needs to determine if the employee can safely perform his/her function. Employees who are taking drugs prescribed by their physician should carry medication in appropriately labeled containers in order to document their acquisition.

(a)    "Voluntary" Request for Help

If an employee requests help for a chemical dependency problem, before job performance is adversely affected, and supervision and/or IHC determine that there is a problem which justifies coverage under this procedure, assistance should be offered. The employee should not be placed on probation unless performance deteriorates during or following desired treatment.

However, an employee's request to participate in the program shall not affect supervision's right to administer appropriate disciplinary action for incidents occurring before and after the request.

(b)    Deterioration of Performance

(1)    Indirect Observation - supervision has not seen the use/abuse of chemicals. Consultation should take place with another member of management to confirm observations. The employee should be informed that something is adversely affecting job performance and needs to be rectified. Supervision should request a meeting with an IHC representative for discussions concerning deterioration of performance. Supervision may refer the employee to an IHC representative for evaluation.

A.    Remaining on the Job Criteria

(i)    If the employee indicates to supervision or IHC representative that there is a chemical dependency problem, appropriate steps will be taken to assist the employee.

(ii)    If it is determined that substance use has affected performance at work, whether treatment is requested or not by the employee, the employee must be informed that follow-up testing will take place for at least the next year including numerous substance abuse tests weekly to confirm the absence

of drugs and alcohol in the system, while in the workplace.

(iii)    Employee must maintain satisfactory job performance including compliance with all standards of conduct.

(iv)    Employee may be reassigned or have job content altered if appropriate because of the nature of employee's work (safety or security sensitive).

(v)    IHC and site supervision will evaluate the employee's job to determine if restrictions are needed, (especially in safety sensitive and safety critical jobs).

(vi)    If disciplinary action is warranted due to diminished performance, disciplinary action must still be taken separate from the substance use/abuse situation.

(2)    Direct Observation - If management observes direct substance use or paraphernalia typically associated with drug use, the employee will be advised that substance abuse is suspected, will be removed from the job and required to consult with IHC resources.

A.    Supervision will take appropriate disciplinary action for violating site rules prohibiting drugs ( for non-medical reasons) and/or alcohol in the system while in the workplace.

B.    Whether treatment is requested or not by the employee, the employee must be informed that stringent follow-up testing will take place for at least the next year, including numerous substance abuse tests weekly, to confirm the absence of drugs and alcohol in the system, while in the workplace.

C.    Employee must maintain satisfactory job performance including compliance with all standards of conduct.

D.    IHC and site supervision will evaluate the employee's job to determine whether restrictions are needed (especially in safety sensitive and safety critical jobs).

E.    Employee may be reassigned or have job content altered, if appropriate because of the nature of employee's work (safety or security sensitive).

(3)    The rehabilitation assistance can take one of four courses (can be a combination of any of the following):

A.    Consultation with IHC resources.

B.    Attendance at Self-Help Meetings such as AA, NA.

C.    IOP

D.    Inpatient treatment at an approved treatment center. If the employee enters a Company-approved treatment center:

(i)    Employee will be covered by the Short Term Disability Pay Plan. The employee must comply

with the terms and conditions of the plan language

in order to be paid and continue employment.

(ii)    The employee's medical insurance, (*i.e.* MEDCAP),

will pay for 90% of the charges in a Company-

approved treatment provider.

(iii)    It is not the intent of this procedure to provide

payment for transportation charges and other

incidental expenses.  Edge Moor's supervision may,

in unusual circumstances, provide transportation to

and from the treatment center; for example, if this is

essentially the only practical way the employee can

get to the facility.

Employees are expected to utilize the Employee Assistance Program (EAP), prior to
initiating substance use/abuse treatment.  A substantial savings can be realized by the employee
when arrangements are made for treatment through the EAP instead of being handled by the
employee.

Section 3.    If the employee refuses rehabilitation treatment after a positive result for
substance use or the employee  was removed from the job due to presence of drugs/alcohol in
the workplace, the follow guidelines must be followed:

(a)    The employee is to be informed that he/she must submit to a urine test
immediately and is being sent home without pay pending a negative result in order to return to
work.  There are possible outcomes to the sample:

(1)    If the sample taken immediately prior to being sent home indicates a negative result the employee will be returned to work.

    A.    The employee must be told that he/she will be randomly tested on a very frequent basis to confirm the absence of drugs and alcohol in the system while in the workplace as a condition of continued employment. The frequency of the testing is to be determined by supervision and IHC and will last for at least one year.

    B.    Employee may be reassigned by supervision or have job content altered if appropriate because of the nature of the employee's work. (Safety-sensitive, safety critical jobs.)

    C.    Any subsequent sample that tests positive for at least the next year will subject the employee to an unpaid 90 day rehabilitative leave or termination of his/her employment at Edge Moor. The course of action will be determined by IHC representatives and site supervision.

(2)    If the sample taken immediately prior to being sent home indicates a positive result, the following criteria will be followed:

    A.    Management has the right to terminate the employee:

        (i)    An employee whose performance has deteriorated to the point that termination is appropriate.

(ii)    An employee who has repeatedly violated a standard of conduct for which termination is appropriate.

B.    Management has the ability to offer the employee a 90 day rehabilitation leave.

(i)    90 Day Rehabilitation Leave (use)

1.    Last chance action short of termination.

2.    Employee must cooperate with appropriate IHC resources and other treatment resources. (Visit IHC resources at least twice monthly - to be determined by IHC).

3.    Employee must cooperate with site supervision.

4.    No pay or service credit during 90 day leave.

5.    Aggressive testing will continue and the employee must submit to testing to confirm abstinence.

6.    If the employee test positive during the 90 day rehabilitation leave their employment WILL be terminated immediately.

(ii)    90 Day Leave will NOT be used when:

1.    Serious misconduct occurs that warrants termination considering both the employee's misconduct, disciplinary status and history.

Section 4.    If the employee accepts Management's offer of rehabilitation treatment after a positive result or it has been determined that the employee was removed from the job for presence of drugs/alcohol while in the workplace, the following guidelines must be used:

(a)    The employee requires evaluation by appropriate IHC resources.

(b)    Management will take appropriate disciplinary action for violating site rules (Acts of Serious Misconduct), prohibiting drugs (for non-medical reasons) and/or alcohol in the system while in the workplace.

(c)    If local or outplacement treatment is determined appropriate, IHC resources and site supervision will determine whether reassignment or restrictions are needed, (especially in safety sensitive, safety critical jobs).

(d)    Very aggressive follow-up testing will take place for at least one year, to determine the absence of drugs and alcohol while in the workplace.

(1)    Should the employee test positive during or after rehabilitation, management has the right to terminate the employee or offer a 90 day rehabilitation leave.

90 Day Rehabilitation Leave:

A.    Last chance action short of termination.

B.    Employee has not been out of treatment at least one year.

C.    Employee has demonstrated a period of sustained overall job performance.

D. Employee has cooperated with IHC resources and supervision.

E. No pay or service credit during 90 day leave.

F. Aggressive testing will continue and the employee must submit to testing to confirm abstinence.

G. Supervision believes, after consultation with appropriate IHC resources and the employee, that the employee has demonstrated and will continue to demonstrate a commitment to recovery.

H. If the employee tests positive during the 90 day rehabilitation leave their employment WILL be terminated immediately.

Section 5.     Edge Moor's management reserves the right, after appropriate discussions with bargaining representatives, to amend any parts of this Substance Use/Abuse Procedure or terminate it in its entirety should either action be deemed necessary by management.

Section 6.     Drug and Alcohol Searches. Drug and alcohol searches can be of either Company or personal property, and can be conducted on a random, or for cause, basis. The intent of these searches will be to act as a possible deterrent to substance use/abuse and to minimize Plant use, manufacture, or sale of drugs and alcohol.

It must be clear to all employees that searches are a condition of employment. Employees who refuse to cooperate during a search should be aware that failure to comply can result in disciplinary action up to and including discharge.

Searches that will be conducted may include but are not limited to:

DMEAST #3147359 v5

- 73 -

(a)     Gate Searches.

(b)     Unannounced random searches of employees lockers, work areas, offices may be conducted by either supervision, security, trained detection animals and/or electronic surveillance.

(c)     Parking lot - on Plant property and alcohol and drugs are forbidden. Cars are not subject to search until they pass the Gate House.

Random searches will be designed in a manner not to discriminate against any class of employees, visitors or vendors and will include all employees.

Other methods needed to stop or detect the presence of drugs on the Edge Moor Plant will be used. These may include, but are not limited to, undercover operatives, visual and electronic detection.

Management will cooperate fully with law enforcement agencies.

Section 7.     Search Procedure:

(a)     If a substance(s) is detected by supervision or trained detection animals, whether it is located in the locker, office, work area or person, the employee(s) suspected will be required to submit to testing.

(b)     If it is determined that the substance detected belongs to an employee, that employee will be immediately sent home and his/her status of employment will be evaluated by supervision. The substance may be turned over to appropriate law enforcement personnel and/or routed for analysis by a laboratory.

(c)     An employee will not be searched physically, *i.e.* stripped, searched, but could be asked to empty pockets, etc. Failure to do so will be considered failure by the employee to cooperate with supervision and disciplinary action will be taken.

(d)    Human Resources will be responsible for scheduling all searches.

(e)    After testing, an employee may return to work provided it is concluded that he/she can work safely.

(f)    If the test results are positive when received, 3-5 days later, the employee will be interviewed by the Medical Review Officer (MRO) for an explanation and will then be sent home pending the outcome of the situation.

Section 8.    Drug Detection Testing Procedures:

(a)    Overview

The entire rehabilitation process, regardless of the options used, must take a no-nonsense approach. Employees entering the process need to understand that the procedure will support their efforts to help themselves but they will be held accountable for failures. Experience shows this approach to be most effective in breaking down the barriers of denial and discouraging relapse, both common symptoms of substance dependency.

All cases will be managed in a way that protects the privacy interests of those involved employees. ONLY those people that have a need to know should be involved in managing individual cases.

(b)    Identification of Employees with a Chemical Dependency

Employees with a chemical dependency can be identified in many ways. They can identify themselves, management can identify them by their deteriorating job performance and/or positive alcohol/drug tests, family members and coworkers can identify them to management, news media can report on their off-site activities, etc.

Testing programs can both aid in detection of substance use and act as a deterrent to substance users that may threaten the safety or productivity of the work-place. A test, however,

should not replace supervisory judgment in disciplinary decisions. Testing may take one or all of the following forms:

(1)   Pre-employment/Rehire/Moving to Edge Moor Testing

    A.   All applicants for employment after January 1, 1987 will be tested for drug presence.

    B.   Failure to submit to the testing will disqualify a candidate for employment since the employment process cannot be completed.

    C.   The Plant's intention to test for substance use will be communicated to applicants by a statement on the Qualification Record stating "Employees of the DuPont Company or applicants for employment are subject to testing for substance use".

    D.   All employee's, regardless of status within the Company, will be required to pass a substance test when moving to the Edge Moor Site from another DuPont site.

      (i)   Both the receiving and sending points will receive the drug test results.

      (ii)   failure to pass the test will result in the sending point evaluating the employee for entrance into the rehabilitation process or other appropriate action.

      (iii)   Edge Moor will not offer employment should the transferring employee fail the test.

(2)     Self-Identification

An employee whose performance is satisfactory yet voluntarily asks for assistance should receive an explanation of the eligibility requirements. If the requirements are acceptable, assistance will be arranged, following one or more of the Rehabilitation Options outlined below.

The agreement will be documented and placed in the employees Medical file.

(3)     Management Identification

Management identification normally occurs because of deteriorating job performance, a positive drug or alcohol test or management observations such as smell of alcohol or other unusual behavior. Before confronting an employee, management will consult with another member of management, the guards, or someone outside the bargaining unit and appropriate IHC resources to confirm their observations. In some situations, a drug test might also be appropriate.

A.     For Cause Testing

(i)     Testing for cause will be used when supervision or an investigating committee suspects that a performance deviation, an incident, or unusual behavior of an employee may be related to substance use when there is reason to suspect that the employee has drugs in the system while at work, or when there is reason to suspect that the employee has used or possessed unauthorized drugs or alcohol while in the workplace.

(ii)     Supervisory judgment of an employee's ability to perform a job should remain as the determining

factor with the test result to be used only to assist the supervisor.

    (iii)    Supervisory Action:

        1.    Any person reporting for work whose actions indicate the influence of substance abuse should be removed from the job by the supervisor, after following the outlined guidelines, and a judgment made on the fitness of the employee for work.

        2.    In all cases, Human Resources, IHC and the Unit Manager must be informed as soon as practical of the situation.

B.    Administering the For-Cause Testing Procedure

Following the judgment that the employee is unable to perform work assignments in a safe manner because of substance use, the supervisor should inform the employee that:

    (i)    He/she will not be permitted to work because, in the supervisor's judgment, the employee is unable to work in a safe manner;

    (ii)    He/she will be tested for substance use based on a urinalysis per the procedure;

    (iii)    He/she will be subject to disciplinary action, up to and including discharge, if he/she refuses to submit to testing. (Two areas may be used to justify

DMEAST #3147359 v5        - 78 -

termination of an employee who refuses substance

testing for cause: insubordination or observed on

site evidence of substance use);

(iv)     His/her locker, work area or office may be

inspected, and;

(v)      He/she is to report to the Plant in a satisfactory

condition on the employee's next scheduled work

days.  Immediately after the results of the test are

known, the matter will be discussed further,

including possible further disciplinary action.

If an employee consents to be tested, supervision will escort him/her to Plant Medical.  If

on the back shifts or weekends/holidays, the Plant Physician or nurse will be contacted.  All tests

will be supervised by Plant Medical.

Depending on the circumstances, the supervisor may advise the employee not to report

back to the Plant until notified to do so by supervision.

C.  .    If the supervisor's judgment indicates that the employee's

ability to work in a safe manner is impaired and he/she is to

be sent home, the supervisor will:

(i)      Have a member of the employee's family or a friend

provide transportation, or

(ii)     Arrange for public transportation (taxi cab).

(iii)    In no case shall the employee be physically

restrained or detained if the offer of assistance is

declined. If, while the employee is in a state of reduced capability, the employee insists on driving his/her vehicle off of Plant property, supervision should advise against it and tell the employee that, in the interest of public safety and the employee's safety, the situation will be reported to the police and he/she should reconsider the decision to drive.

(iv)    If persuasion fails, the situation should be called to the attention of the Delaware State Police by the guard as information only. Then it is up to the police to investigate and determine whether to take action.

(v)    The supervisor should promptly escort the employee to the gate. If the employee refuses to leave, the supervisor should call "911" and ask for a patrol car response.

(vi)    The supervisor should document the incident promptly, paying particular attention to describing the actions by the employee that prompted the supervisor to believe he/she was unfit for work.

D.    Follow-Up Testing

(i)    Follow-up testing is a method by which management can assess whether employees who

have experienced substance-related problems at work, including having substances in their systems, are remaining substance-free while at work. It is also a rehabilitative deterrent used to assist employees in their recovery process. It is management's responsibility to request follow-up testing and failure can severely undermine the success of an employee's recovery. It is intended to discourage employee(s) in recovery from taking a drink or drug because of the likelihood of being follow-up tested. Follow-up testing will also be used for employees who have not entered Company-assisted treatment but have experienced substance-related performance problems at work.

(ii)     Employees who test positive after for-cause or random testing or who return from rehabilitation programs will be required to participate in a follow-up testing process, per their return to work conference which sets forth expectations of the employees' reintegration into the workplace.

(iii)    Testing will continue for at least a one-year period.

(iv)    The testing will be on an unannounced frequency as determined by IHC.

(v)     Follow-up testing should occur 2-3 times per week for the first six months and 1-2 times per week for the second six months or as recommended by appropriate IHC resources

(vi)     For employees that choose the rehabilitation process, participation in an after care program, (*i.e.* AA/NA Meetings, support groups, counseling etc.), will be strongly encouraged.

(vii)     Employees with positive tests will be disciplined up to and including discharge.

E.     **Random Testing**

(i)     Edge Moor's drug testing program is careful to balance management's concern for safety, product integrity and rehabilitation with the privacy interests of employees.

(ii)     Random testing is mandatory for those involved in performing "critical" tasks and their supervision.

(iii)     Critical jobs are defined as those that, if improperly performed, would contribute to a catastrophic event that would substantially impact large numbers of employees, off-Plant persons or the environment. In general, this catastrophe would include exposure or releases to the atmosphere which could cause

adverse community impact and reaction. Section E(iv) below delineates critical tasks.

(iv)    Listed below are the specific tasks which we deem to be "critical" and rationale we used for classifying them in this way. Anyone involved in performance of or supervision of these tasks or analogous high risk tasks will be subject to random testing. With regard to critical tasks listed below, the most commonly used hazardous materials are chlorine, titanium tetrachloride and hydrochloric acid. Critical tasks include:

1.    Putting together flanged pipelines that carry hazardous materials. (If bolts are not tightened properly or if the wrong gasket material is used, release of hazardous chemicals into the atmosphere is possible.)

2.    Welding of vessels and pipes that hold or transmit hazardous material. (If the integrity of the weld is not absolute, or if a rod of the wrong material is used, a catastrophic release could occur.)

3.    Installation, operation, and maintenance of pumps and valves used in hazardous-

chemical service. (Failure to install or maintain correctly, results in a hazardous leak; incorrect operation leads to over pressuring of process systems and results in release to the atmosphere.)

4.  Installation or repair of electrical equipment used to control the process or handling of process materials containing hazardous chemicals. (Electrical failures of equipment such as caustic scrubbers, could cause a release of toxic material into the atmosphere or contamination of the water discharge system.)

5.  Maintenance or switching of electrical distribution systems. (If improperly done, a total power outage in our Plant and fume release from our site could occur. In addition, a surge on the supplier could result in shutdown of other industries, causing numerous fume releases throughout the entire area.)

6.  Operation of lifting and/or rigging equipment such as cranes, etc. (Example:

Improper operation of rigging could result in a catastrophic release, [such as the one that occurred near Baytown, Texas.] Improper rigging caused the equipment being lifted by crane to fall on an HF line resulting in a release of a large amount of HF.)

7. Loading and/or unloading of hazardous chemicals. (Resultant spills pose a significant environmental threat in addition to being an immediate safety hazard.)

8. Control of manufacturing processes. (Any misoperation in the control room could have an extremely serious impact. Runaway reactions, over pressuring of systems, misdirected materials are all potentially destructive. Pollution of the river is also a very real possibility.)

9. Required response to emergency situations, either actively controlling the emergency or associated with the transportation and/or treatment of victims. (Obvious consequences.)

10. Maintenance of safety life support systems. (Obvious consequences.)

11. Repair and adjustment of safety relief devices. (Any deviation from near-perfect work allows possible fire, explosion, or release of toxic gas into the atmosphere.)

12. Design, operation, or maintenance of computerized process control equipment used in the control of hazardous chemicals. (Errors in judgment while making software changes, etc. could result in process control upsets that could cause a catastrophic release of hazardous chemicals.)

13. Movement or switching of tank cars containing hazardous materials. (Careless or improper methods result in damage to mechanical devices on rail equipment and permit release of hazardous materials.)

14. Research and development activities involving process and test equipment design, sampling, or modifications; changes in operating parameters, conditions, or ingredients; or any other factors effecting

Plant operation that pose the potential for a

safety or environmental incident.

(v)    System for Random Testing

Random testing will be based on the premise that all employees in critical jobs, either the

performance of, or supervision of, will be subject to being tested at any time and will be tested

for substance use at a frequency of at least once per year. We will utilize a computer based

random selection process. Two lists will be utilized using all names on both lists. After a person

has been randomly selected from List A, they will be returned to List A. After a person is

selected from List B, they will be removed from the List B. This will insure every person on the

list is tested once per year. Some will be tested more than once per year. Each year List A will

be renewed.

(vi)    Summary

Based on our experience with "for cause testing", and our assessment of the severity of

the substance problem in our community, we believe that our efforts to date have been very

positive; but we feel we need to become even more proactive. Considering the risk and

hazardous potential of our operation and the proximity of a highly populated community, the

addition of the random testing program is in the best interest of employees, the business, the

community and the environment.

Section 9.    Medical Sampling Procedure:

(a)    Urinalysis is the only test procedure that will be used.

(b)    Chain of Custody for Drug Analysis

(1)    An employee or applicant who has been requested to submit to

testing will be escorted to Medical by supervision.

DMEAST #3147359 v5    -87-

(2)    If requested, the employee/applicant may retain a copy of the form.

(3)    The form will be kept in the employee's medical file.

(4)    Donor Release Statement

    A.    Prior to giving a urine test, the employee must sign the Donor Release Statement Section prior to the collection of the urine.

    B.    Refusal to sign the Donor Release Statement will lead to disciplinary action up to and including discharge.

(5)    Donor Certification Statement: Privacy in obtaining the sample is extremely important. Sampling will be closely monitored as noted below.

    A.    During the "Day" shift - 6:00 a.m. to 3:00 p.m., Monday - Friday.

        (i)    The Plant Physician or Nurse will provide the container, obtain the sample and tamper proof it for transport by off-Plant personnel.

        (ii)    The sample will not be identified by the name of the individual, but will be coded and recorded in the log book.

        (iii)    The individual will be required to sign the Donor Certification Statement stating that the specimen the employee provided was placed in a container, sealed and labeled under his/her presence, and that

the sample provided is the employee's own urine and has not been adulterated. The employee is also required to check the Specimen Number appearing on the specimen and the form to be sure they are identical.

B.    On back shifts - weekdays, weekends, and holidays

    (i)    Medical personnel will do testing.

    (ii)    The same procedure as "Day" shift will be followed.

(6)    Recording and Notification of Results

A.    Any time there is a positive result on the first analysis, the Laboratory will check the sample again by a more sophisticated method to insure against the possibility of a false positive.

B.    Laboratory test results will be reported to Medical.

C.    The Site Physician is the designated Medical Review Officer (MRO). When Medical receives a positive result from the testing laboratory, the MRO will review that result with the employee who gave the sample before he/she advises Site Management or Employee Assistance Personnel of the result. The same practice will be used for applicants.

D.  Pending resolution of positive results, the MRO or other IHC personnel may place work restrictions on employees. Positive test results that come about for legitimate reasons will be reported to Management as negative.

E.  Contacts with employees and applicants who test positive will be made directly by the MRO with the individuals. If the employee refuses to be interviewed, the positive result can be released to management without an interview. The MRO can use designated management representative(s) to locate donors who cannot be contacted at the telephone or address in medical record.

F.  When results are positive, the immediate supervisor, after review of the situation with Human Resources and IHC, will hold a discussion with the employee to obtain an explanation.

G.  Appropriate action will be taken to either get the employee assistance or remove the employee from the site pending the outcome of a negative result. This action will not take away the need for discipline for Acts of Serious Misconduct violation should the positive result be from for cause or random testing.

H.  If the results are negative the employee will receive the information from IHC if he/she desires.

I.    A log book will be maintained by IHC with the following

information: name, reason for test, laboratory identification

number, date sample taken, date sample picked up by

carrier, and date test results received.  Test results will not

be recorded in the log book but will be kept confidentially

by the Plant Physician.  Access to the log book is restricted

to the Plant Physician and the Nurse.

J.    All documents will be considered personal medical records.

Section 10.   <u>Training</u>:  The most important part of our program is ensuring everyone on

our Plant is aware of available treatment, assistance, and possible consequences for substance

use/abuse.  Management is concerned about the problem and is taking steps to ensure that

substance use/abuse does not adversely affect the safety of our Plant.  The following Training

Program is designed to ensure all personnel are aware of the drastic problems created by

possession or use of substance.

(a)    Drug Awareness Training.  All employees (minimum 2 hours - maximum

4 hours).

Emphasis:

Awareness

Usage

Addiction Psychology

Life Affect

Availability for Help

Job Performance

Types of Substance

Safety

Symptom Recognition

(b)     Family orientation and awareness (2 hours).

### ARTICLE XXII

### Scope of The Agreement

Section 1.     Duration.  This Agreement shall become effective at 12:01 a.m. May 20, 2006, and shall continue in full force and effect through 11:59 p.m. May 19, 2009.  Thereafter, it shall renew itself automatically and continue in full force and effect from year to year, unless written notice of an election to terminate or modify this Agreement is given by one party to the other at least ninety (90) days prior to the expiration date.

Section 2.     Separability.  If any provision of this Agreement, is, at any time during the life of this Agreement, in conflict with any law, such provision shall become invalid and unenforceable, but such invalidity or unenforceability shall not impair or affect any other provision of this Agreement.

IN WITNESS WHEREOF the PLANT and the UNION have caused these presents to be executed by their duly authorized representatives on the 8th day of June, 2006.

E.I. DUPONT DE NEMOURS AND
COMPANY, INC.

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED-INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION (USW)
and ITS LOCAL 4-786

By _C. Bland Dickey_
C. Bland Dickey, Plant Manager

By _Mark Schilling_
Mark Schilling, President

By _Frank B. Ingraham_
Frank B. Ingraham, Site Bargainer

By _Thomas M. Campbell_
Thomas M. Campbell, Vice President

By _Joseph Witkowski_
Joseph Witkowski, Chairman Contract Committee

Witness:

By _Marlin Frisby_
Marlin Frisby, Contract Committee Member

_Robin P. Spangler_

By: _____
Tera Taylor, Contract Committee Member

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED-INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION (USW)

By _John Barcellona_
John Barcellona, International Representative

By _Kenneth O. Test_
Kenneth O. Test, USW DuPont Council Chairman

**E.I. du Pont de Nemours and Company**
**(on behalf of its Edgemoor Plant, Edge Moor, Delaware)**
**And**
**United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial**
**and Service Workers International Union (USW) and Its Local 4-786**

This **SIDE LETTER** between the above referenced parties shall be incorporated into and made a part of the Collective Bargaining Agreement ("Agreement") between said parties effective May 20, 2006 through May 19, 2009. The terms of this Side Letter shall be in full force and effect for the life of the Agreement.

Notwithstanding anything in the Agreement or in Supplemental Agreement No. 1 thereto, and regardless of the number of bargaining unit positions, the Plant, at its discretion, may subcontract the Coke & Ore hauling and handling functions. In that event:

(a)  The Plant shall issue four (4) "bump letters", on the basis of seniority, to the Process Operators.

(b)  The Processor Operators shall no longer perform Coke & Ore hauling and handling work but shall perform, among other things, the following duties: PET and Lift Station; Chlorine Storage; Chlorine Hook-up and Disconnect; TiCL$_4$ Hook-up and Disconnect; TiCL$_4$ Scrubber; Wash House/Equipment Cleaning.

IN WITNESS WHEREOF the PLANT and the UNION have caused these presents to be executed by their duly authorized representatives on the 8th day of June, 2006.

E.I. DUPONT DE NEMOURS AND COMPANY, INC.

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION (USW) and ITS LOCAL 4-786

By _Frank B. Ingraham_
Frank B. Ingraham, Site Bargainer

By _Mark Schilling_
Mark Schilling, President

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION (USW)

By _John Barcellona_
John Barcellona, International Representative

By _Kenneth O. Test_
Kenneth O. Test, USW DuPont Council Chairman

DMEAST #3147359 v6

## SUPPLEMENTAL AGREEMENT NO. 1

### Minimum Staffing Levels

1.    During the term of the Agreement, the Plant will not further utilize contractors which displace bargaining unit positions if the number of bargaining unit positions is reduced below the number of one-hundred thirty five (135) (this number is intended to be a minimum and not a maximum); provided however, that the Plant is not obligated to limit the use of contractors or hire new employees to backfill these positions, if any reduction below the number of 135: (i) is due to natural attrition; (ii) or results from a lack of business caused by: storms, floods, fires or other natural disasters; unavailability of power or utilities; Plant shutdown caused by order of the government; work stoppage, labor dispute; significant reduction of volume; or loss of a product line.

NOTE:  The loss of a product line or the significant reduction in volume shall only displace the employees whose work is significantly diminished by the loss of that product line or reduction in volume, and the provisions of Article XVII (Bump & Bid) shall apply.

2.    In the event that the Plant adds new processes and/or new product lines requiring additional personnel, Plant management will notify the Union at least sixty (60) days in advance and bargain over the issue of whether this new work will be assigned to new bargaining unit positions and/or to contractors, as well as, if applicable, bargain rates of pay for any new job classifications consistent with Article XIII of the Agreement.

DMEAST #3147359 v5                              - 95 -

3.   Notwithstanding the above, and regardless of the number of bargaining unit positions at the time, once the PPM Technician position becomes vacant, it will not be backfilled by a bargaining unit employee.

4.   Business Opportunities:   Over the course of this Agreement, the Plant may be presented with opportunities to reduce costs or improve efficiency by eliminating positions within the unit after the number of bargaining unit positions has dropped below 135.  The Plant may eliminate particular bargaining unit positions so long as no employee suffers a reduced regular rate of pay (including SSP and SOA) or a loss of employment, because of such elimination; the Plant and Union shall bargain to mutual agreement or impasse over such elimination before implementation.

5.   Nothing in this Supplemental Agreement is intended to limit the Plant's current levels and practices regarding subcontracting or to otherwise limit the Plant's right to subcontract as described in the Agreement.

6.   Notwithstanding the above and regardless of the number of bargaining unit positions, the Plant, at its discretion, may subcontract the Coke & Ore hauling and handling functions.  In that event:

   (a)   the Plant shall issue four (4) "bump letters", on the basis of seniority, to the Process Operators.

   (b)   The Processor Operators shall not longer perform Coke & Ore hauling and handling work but shall perform, among other things, the following duties:

         PET and Lift Station

         Chlorine Storage

Chlorine hook-up and disconnect

$TiCL_4$ Hook-up and disconnect

$TiCL_4$ scrubber

Wash House/equipment cleaning

# APPENDIX A

## ADDITIONAL SUPPLEMENTAL AGREEMENTS

### Excused Time Off With Pay (Casual Time)

Casual time is for unusual circumstances on a very infrequent basis.

The following examples will hopefully show the types of circumstances that fall under casual time with pay:

- An employee is called by a next door neighbor who states that water from a broken pipe is seen running by the window inside the employee's house,

- Someone calls the employee in his/her immediate family stating they locked their keys in the car at a local parking lot.

In these two examples, the employee would be permitted to go home, shut off the water from the broken water pipe, or drive across town to unlock the car door for a family member.

Casual time does not mean that an employee can leave early to beat the seashore traffic, watch a child play a ball game, or just because someone else got casual time off. The vacation policy was liberalized to two-hour increments to handle any planned situations.

Casual time is granted at management discretion and will not be unreasonably withheld, provided it is not abused. Casual time with pay was established to liberalize giving employees time off in very unusual situations. The procedure should not be abused.

## Disability Guidelines

The following disability guidelines must be followed by employees in order to be paid disability wages.

- The employee's supervisor (or his/her designee) must be contacted prior to the start of the shift concerning the disability.

- Employee must cooperate fully with Plant medical.

- Site medical must concur with the employee's doctor on prognosis for the return of employee. Site medical will determine when employee can return if different than family doctor.

- Disability plan will be uniformly administered throughout the site:
  - Disability will be based on a 12 month rolling calendar year.
  - Three (3) instances of disability in any rolling calendar year will cause verbal disciplinary contact and automatic loss of single day disability privilege.
    - Failure on the part of an employee to obtain a doctor's slip on the third day of illness or for those within the disciplinary procedure on the first day of illness will result in disability wages not being paid. The time off will be counted as an unexcused absence.

- Single day disability will be restored one year from date causing removal if NO disability instances occur. If further instances occur loss of single day privilege will continue.
  - Four (4) instances of disability in any rolling calendar year will cause written disciplinary action, and possible probation.
  - Five (5) or more instances of disability in any rolling calendar year will be handled on a case by case basis within the disciplinary system, up to and including termination.

*Additional Agreement 06/23/2000*

Excessive absences due to a disability may be cause for discipline up to and including discharge, consistent with governing statutory provisions. Excessive absences are considered to be more than (3) separate incidents in any rolling (12) month period. However, multiple absences caused by a single medical condition will be treated as one incident for purposes of this policy.

Discipline based upon excessive absences due to disability will follow the normal progressive discipline procedure, if no improvement is noted.

## Clarification of Progressive Discipline for Disability

**Short Term Disability:** The Short Term Disability Plan is an important employee benefit which protects eligible employees against the loss of income during a period of absence due to illness. Employees, when reporting off due to illness, must contact their Supervisor before the start of the shift. Goal is to eliminate/reduce employee disability to meet corporate standards for managing disability.

**Calling in Sick:** The determination of whether the employee really needs to be absent or whether s/he can come in on a limited assignment should be made during this discussion because certain disabilities do not normally require an employee to be absent from work for a full day. Examples of these are routine tooth extraction, common cold, headaches, minor stomach upset, and most diagnostic tests. (In some cases when a proper contact is not made, a Supervisory visit to the employee's home may be necessary.)

**Going Home Sick:** Employees should go through Medical for permission to go home sick. If Site Medical deems the employee is sufficiently ill to go home, Medical will advise the employee's Supervisor who will make the final determination as to whether the employee goes home or not. When an employee is sent home ill, that day is not considered a disability day for pay purposes or as a full day for one of the three days requiring a Physician's Statement.

**Attending Physician's Statement:** An employee who is on disability for three or more days must have a doctor's note to receive disability wages. To insure that adequate information is reported by the employee's physician, the standardized "Attending Physician's Statement" form is required. This form is to be filled out completely by the employee's doctor on the initial visit, signed by the employee, and returned to Site Medical. In the absence of the standard form, pay will be held up until the form is submitted and it is determined that the employee qualifies for pay for disability.

If the absence is an extended one, succeeding copies of the "Attending Physician's Statement" may be required to provide Plant Medical with information on the employee's progress. The Supervisor should follow up on the employee's progress at least weekly in extended illnesses. To receive pay for disability, employees must cooperate with Plant Medical. This includes following Site Medical's recommendations and permitting inquiries and examinations as requested. These recommendations may include the request to return to work on limited assignment after Plant Medical has consulted with the employee's personal physician. If an employee is on disability for more than 16 days without an "Attending Physician's Statement", the employee is considered AWOL, and is subject to termination.

All employees (including those on exempt and nonexempt salary) must report to Plant Medical upon return to work or as soon as the shift schedule allows, regardless of the length of absence.

**FMLA (Family and Medical Leave Act):** When an absence is to be monitored according to the FMLA, the appropriate paperwork will be generated. This includes requesting medical certification of the absence, notifying the employee when the absence is to be counted towards their FMLA leave, and maintaining a log of FMLA absences. All documents containing medical information will be maintained is Site Medical files. Site Medical will determine if/when absence is FMLA related and Management will determine if/when notification occurs.

**Self-Inflicted Injuries or Illnesses:** Wages will not be paid under this Plan during periods of disability resulting from illness or injuries intentionally self-inflicted or from the use of drugs or intoxicants, or from illness or injury due to willful acts contrary to law and order.

**Report of Disability**
Edge Moor Plant

Payroll No.:_____    Name:_____

Department:_____    Job Title:_____

Employee began losing time on:            at

Please choose one:  O Day Worker   O Shift Worker

**\*Is this disability work related?**        **Yes    No**

**\*If Yes response, then Supervisor to ask why employee believes
disability is work related, include any details in the 'Remarks' field
and must contact Area Manager and SHE Manager immediately.**

**\*Is this disability an off Plant related injury? Yes    No**

**\*If 'Yes' response, then Supervisor to ask what was the event that
caused the injury, include any details in the 'Remarks' field and
must contact Area Manager and SHE Manager immediately.**

**\*Communicate to Employee s/he must contact Site Medical between 8AM and
4PM to have disability time approved (disability 3 or more days, requires doctor
note) and is required to come back to work through Site Medical for a return to
work form.**

**\*Site Medical will contact Supervisor and communicate the length of disability for
their determination of whether coverage is needed for the disabled employee.**

|  | M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|---|

Shift schedule for week ending:_____  ____  ____  ____  ____  ____  ____  ____

(Week endings are on Sundays)

Remarks:_____

_____

Manager Name _____  Plant Telephone No._____  Date_____

## Medical Recommendation

Employee:_____          Date:_____

Supervisor:_____

ARTICLE XXI For the employee's safety and health, we recommend the following:
_____ Return to full duty. _____First day out.  _____ PCP note received
(date)                          (date)
_____          Return to duty with the following medical restrictions until: _____
(date)                                                                                    (date)

____ No / Limited, prolonged walking /standing
____ No / Limited, climbing ___ladders ___ stairs
____ No / Limited, stooping / bending / kneeling
____ No pushing / pulling / lifting over_____ lbs.
____ Allow rest periods of _____
____ Limit keyboarding / typing to: _____
____ No / Limited, operating power equipment / tools
____ Confined to shop / desk work
____ Confined to inside work
____ Confined to ground level work
____ No ladder or scaffold work
____ No working above ground at height of more than _____ feet
____ Avoid fume or dust exposure
____ Avoid handling or contact with _____
____ May do light housekeeping
____ Other _____

____ Unable to perform any duties. Recommend sending home.
____ Consult private physician: ___ at once ___ as work schedule allows


____ Return to Site Medical: _____
(date)

Supervisors are responsible to determine if the above restrictions can be accommodated within
their organizational area of responsibility. If they cannot be accommodated, employees should
be placed in the proper leave status. Employees are required to return to Medical as indicated.

Signature: _____  ___ Call me for further information
( Site Medical )                              Extension: # 12371

DuPont Titanium Technologies
104 Hay Road
Edge Moor Site Medical Office
Edge Moor, DE 19809
Phone (302) 761-2371
Fax   (302) 761-2391                             Date: _____

Patient Name: _____       SSN: _____

Dear Doctor: _____

In order to evaluate your patient's disability or medical leave of absence and/or continue his/her benefits, the following information is needed.  Attach copies of test results, or additional reports as appropriate. Thank you for your assistance.

**Diagnosis (If diagnosis is confidential, please note and Site Medical will contact you):**

---

History of Illness or Injury: (If you believe the condition is occupationally related, indicate why.)

€ Occupational          € Non-Occupational          € Unknown
Positive Physical Findings / Pertinent Diagnostic Studies:

Surgery: (Procedure and date)

Present Therapy: a) Medicines and dosing

b) Physical therapy (how often, how long and type)

c) Other (specify)

Prognosis for recovery:

Date of Next visit:_____
Estimated Return to Work Date:_____ €Full duty_____ €Restricted duty_____
Work Restrictions: Describe recommended work restrictions, specify activities that need to be avoided, and duration if applicable.  State whether they are temporary or permanent.  ( Note: Supervisors are generally able to provide restricted work, including different job duties, part-time, or work from home).

Thank you for your cooperation.
    Section 1.  Kathryn A. Sarnecky, RN, MSM, COHN-S/CM

**Patient Consent: I authorize the release of all information or records connected with the above illness or injury to the above DuPont Integrated Health Services clinic.**

Patient Signature_____       Date_____

Physician Signature_____       Date_____

    Section 2.  Physician Phone _____       Fax_____

Physician Address (Street, City, State, Zip)

**This report will be treated as Medical-Confidential Information.**
**Fax to 302-761-2391 or Mail directly to the above address or Employee may hand deliver.**

## Non-Occupational Disabilities and Treatment

Plant Medical cannot assume the responsibility for treating injuries or illnesses, which are personal in nature. Only first aid will be given by the Site Medical in such cases where immediate attention is indicated, and the employee will then be advised to see his/her personal physician for further consultation and treatment. This applies to all Plant personnel.

The use of the dispensary, its facilities and personnel is not intended to replace the private physician, community hospitals or laboratories.

The Disability Wage Plan provides for compensation during bona fide illness supported by a physician's statement. However, routine medical attention such as teeth filling, or exam for new glasses should be scheduled outside working hours.

To minimize time lost from work, employees should arrange appointments the first thing in the morning or late in the afternoon, if no evening appointments are available. There is no intent to deprive employees of needed medical treatment, but employees are expected to schedule routine doctor and dentist appointments, blood tests, x-rays and Blood Bank appointments on their own time.

## Pregnancy

Disability due to pregnancy, child birth, or related medical conditions must be treated the same as any other non-occupational disability.

Any employee granted a personal leave prior to actual disability should be advised that disability pay will begin when she can produce the same type of medical evidence of her inability to work as would be required by the Company if she remained in active employment. The most concrete evidence of such disability is the onset of labor but other circumstances in the final days of pregnancy may also be disabling.

Full Service Employees (FSE's) will be covered by the Short Term Disability Plan from the first full day of disabled absence, as determined by Management and Site Medical. Disability pay will continue during the entire period of disability up to a maximum of six months.



**Disability Pay**

**8-Hour & 12-Hour Shifts**
Eligible employees shall be granted regular pay during disability resulting from non-occupational illness or injury for a maximum period of six months in each separate and distinct case of disability subject to provisions outlined in the Disability Pay Plan.

Disability hours do not count towards hours worked over 40 hours in a work week.

**APPENDIX B**

The forms set out below, "Grievance Report" and "Grievance Timeline," shall be used for all grievances brought under Article VI "Grievance Procedure."

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY,
ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION (USW)

### AND ITS LOCAL 4-786

### GRIEVANCE REPORT

Grievance No. _____ Subject: _____ Date: _____

When did grievance occur? Date – On or about _____ Time: _____ Shift: _____

Who was involved?    Grievant: _____

Others: _____

Area Manager: _____ Unit Manager: _____

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Section 3.  NATURE OF GRIEVANCE

1. Fundamental Unfairness: _____
2. Violation of Contract: _____
3. Violation of Policy: _____
4. Violation of Past Practice: _____
5. Violation of Safety Policy: _____

State what happened:

_____
_____
_____
_____
_____

Remedy requested: _____ In addition,
the Union demands that the Company cease and desist from violating the Labor Agreement, that
incidents(s) be rectified, that proper compensation, including benefits and overtime, at applicable rate of
pay, be paid for all losses; and further that those affected be made whole in every respect.

Signatures: _____    _____

_____    _____

This form must be signed by all parties and given to the Grievance Chairperson

## GRIEVANCE TIMELINE

**Step II**

Filed By:                    Union:                    Management:


Presented to Area Manager: _____ Date: _____

Date Answer Due (within 14 days): _____

Date Extend To: _____ Union: _____ Management: _____

Area Manager's Answer:  See attached Step II Answer Form

**Step III**

Filed By:                    Union:                    Management:


Presented to Unit Manager: _____ Date: _____

Meeting Due (within 14 days) Date: _____ Date Meeting Held: _____

Date Answer Due (within 14 days of meeting): _____

Date Extend To: _____ Union: _____ Management: _____

Unit Manager's Answer:  See attached Step III Answer Form


Step II                                    Step III

Original to Grievance Chairman              Copies to Union Officers*
Copy to Union Representative                Copies to Other Meeting Attendees
Copy to Grievant                            Copy to Plant Manger
Copy to Human Resources                     Copies to Unit Managers
Copy to Unit Manager                        Original to Human Resources

*Union President, Union Vice President, Union Secretary, Grievance Chairperson, Contract Chairperson

# EXHIBIT B

# SAVINGS AND INVESTMENT PLAN

Originally Adopted:  September 1, 1955

Last Amended Effective – January 1, 2005

E. I. du Pont de Nemours and Company

## SIP LANGUAGE INDEX

I.    PURPOSE.................................................................................................................. 1
II.   ELIGIBILITY........................................................................................................... 1
III.  ENROLLMENT ...................................................................................................... 1
IV.   AFTER-TAX AND BEFORE TAX AMOUNTS ................................................... 2
    1.   Amount of After-Tax and Before-Tax Contributions ...................................... 2
    2.   Change in Amounts of After-Tax and Before-Tax Contributions .................... 6
    3.   Collection of After-Tax Contributions............................................................ 6
    4.   Voluntary Suspension of After-Tax and Before-Tax Contributions................. 6
V.    COMPANY CONTRIBUTION ................................................................................ 7
VI.   INVESTMENT FUNDS .......................................................................................... 7
    1.   Fund A - Reserved (Hold for possible future use) .......................................... 7
    2.   Fund B - Fixed Income .................................................................................. 7
    3.   Fund C - Equity Mutual Funds ...................................................................... 7
    4.   Fund D - Du Pont Company Common Stock.................................................... 7
    5.   Fund E - Three-way Asset Allocation Fund ................................................... 7
    6.   Fund L - Loans .............................................................................................. 8
    7.   Fund F – Conoco Common Stock................................................................... 8
VII.  INVESTMENT DIRECTION................................................................................... 8
    1.   Investment of After-Tax Contributions........................................................... 8
    2.   Investment of Before-Tax Contributions ........................................................ 8
    3.   Investment of Company Contribution.............................................................. 8
    4.   Change in Investment Direction ..................................................................... 9
    5.   Separate Accounting and Nonforfeitability .................................................... 9
VIII. FUND TRANSFERS................................................................................................ 9
    1.   Transfers Among Funds B, C, D, E and F ...................................................... 9
    2.   Transfers to Fund L from Funds B, C, D, E and F........................................... 9
    3.   Transfers to Funds B, C, D, E and F from Fund L......................................... 10
IX.   [Reserved]............................................................................................................. 10
X.    OPERATION OF FUNDS B, C AND E ................................................................ 11
    1.   Fund Investments ........................................................................................ 11
    2.   Fund Valuation ........................................................................................... 11
    3.   Fund Units or Shares................................................................................... 12
    4.   Voting of Shares.......................................................................................... 13
XI.   OPERATION OF FUND D.................................................................................... 13
    1.   Purchase of Company Common Stock .......................................................... 13
    2.   Account Holder's Account ........................................................................... 13
    3.   Valuation of Fund D .................................................................................... 14
    4.   Voting and Tender of Shares........................................................................ 15
    5.   Cash Dividends on Company Common Stock................................................. 15
XII.  OPERATION OF FUND L..................................................................................... 16
    1.   Establishment of Loan Account.................................................................... 16
    2.   Interest....................................................................................................... 16
    3.   Repayments ................................................................................................ 16
    4.   Fund Valuation........................................................................................... 16

XIII.  PARTICIPANT LOANS ....................................................................................... 17
    1.    Determination of Borrowable Account Balance ............................................. 17
    2.    Amount of Loan ............................................................................................ 17
    3.    Interest......................................................................................................... 17
    4.    Term of Loans .............................................................................................. 17
    5.    Repayment.................................................................................................... 18
    6.    Declaration and Notice of Default ................................................................ 19
    7.    Deemed Withdrawal...................................................................................... 20
    8.    General Conditions....................................................................................... 21
XIV.  WITHDRAWALS ............................................................................................... 23
    1.    General Conditions....................................................................................... 23
    2.    Withdrawal Sequence.................................................................................... 23
    3.    Withdrawal Maximums.................................................................................. 24
XV.   HARDSHIP WITHDRAWALS FROM BEFORE-TAX ACCOUNT ................. 24
    1.    Definition of Hardship ................................................................................. 24
    2.    Establishment of Immediate and Heavy Financial Need ............................... 25
    3.    Distribution Necessary to Satisfy Immediate and Heavy Financial Need ...... 25
    4.    Amount Withdrawable ................................................................................... 26
    5.    Forfeitures and Suspensions.......................................................................... 27
XVI.  TERMINATION OF PARTICIPATION ............................................................. 27
    1.    General Conditions....................................................................................... 27
    2.    Distribution of Accounts .............................................................................. 27
    3.    Periodic Payment Options............................................................................ 32
    4.    Reenrollment in Plan.................................................................................... 36
    5.    Computation Period ..................................................................................... 38
XVII. NONASSIGNMENT............................................................................................ 38
XVIII.OPERATION OF THE PLAN AS A TOP-HEAVY PLAN................................... 38
    1.    Minimum Contributions ................................................................................ 38
    2.    Definitions.................................................................................................... 38
XIX.  MISCELLANEOUS PROVISIONS ..................................................................... 39
    1.    Plan Administration ..................................................................................... 39
    2.    Administrative Expense ................................................................................ 41
    3.    Modification or Termination.......................................................................... 41
    4.    Transition to Amended Plan.......................................................................... 42
    5.    Transfer of Assets ........................................................................................ 42
    6.    No Guarantee of Security Values................................................................... 44
    7.    Limitations on Annual Additions................................................................... 44
    8.    Qualified Domestic Relations Orders ........................................................... 44
    9.    Subsidiaries with No Defined Benefit Pension Plan....................................... 45
    10.  Normal Retirement Age and Years of Participation ....................................... 45
    11.  Compensation Taken into Account................................................................. 45
    12.  No Decrease of Accrued Benefit.................................................................... 45
    13.  Change to Vesting Schedule .......................................................................... 46
    14.  Definitions.................................................................................................... 46
    15.  Military Service............................................................................................ 50
EXHIBIT A (Reserved) .............................................................................................. 51

# SAVINGS AND INVESTMENT PLAN

## I.   PURPOSE

The purpose of this Plan is to encourage and assist employees in following a systematic savings program suited to their individual financial objectives, and to provide an opportunity for employees to become stockholders in the Company. This Plan is a profit-sharing plan.

Effective October 1, 2001, Fund D – DuPont Company Common Stock Fund is converted to, and is designated as a stock bonus plan that is an employee stock ownership plan designed to invest primarily in qualifying employer securities.

## II.   ELIGIBILITY

Any employee is eligible to participate in the Plan.

Former Participants on leave of absence granted under Section IV.1 (g) of the Service Rules, after having been hired by the Company and subsequently employed by a foreign or domestic subsidiary of the Company, who under U.S. law may not be treated as employees of the Company, may not have contributions made to their accounts. If such a Former Participant's leave of absence with the Company is terminated prior to his becoming an employee again for purposes of this Plan, his participation will be terminated and distribution of the balance in his accounts will be made as provided in Paragraph 4(a) of Section XVI.

Participation in the Plan is entirely voluntary.

## III.   ENROLLMENT

An eligible employee may enroll in the Plan as of the first day of the second calendar month following his or her date of hire, or at any subsequent time, by authorizing deductions from his salary or wages or electing deferrals of compensation or both under the provisions of this Plan.

In the case of an employee transferring from a company that is owned at least 50% by the Company, however, such employee may enroll in the Plan as soon as administratively practical following such individual's becoming an employee of the Company.

## IV.   AFTER-TAX AND BEFORE TAX AMOUNTS

1.   Amount of After-Tax and Before-Tax Contributions

(a)   (1)   After-Tax and Before Tax Contributions

An individual may authorize his employer to (A) make a payroll deduction (hereafter, After-Tax Contribution) and/or (B) defer a portion of his compensation (hereafter, Before-Tax Contribution) and pay it under this Plan in an amount per month, and in the case of any applicable Variable Pay, at the time of such payment, equal to any selected whole percentage (except as required to comply with subparagraph (iii) below), provided that

(i)   amounts will be contributed as After-Tax contributions or withheld as Before-Tax Contributions only to the extent amounts are available after deduction of all other deductions, including but not limited to taxes, garnishments, loan repayments, union dues, and contributions to employer welfare benefits plans,

(ii)   during a period when Company Contributions are suspended in accordance with Section XIV, XV, or XVI of the Plan, the Participant's After-Tax rate will be limited to 10% and

(iii)   a Participant may not defer more than $7,000 per year (or such other amount as may be allowable in accordance with applicable statute, regulations or official announcements made by the Secretary of the Treasury).

(2)   Compliance with Actual Deferral Percentage and Actual Contribution Percentage Tests

(A)   If the Plan Administrator determines that the discrimination standards of Code sections 401(k) and/or 401(m) and the regulations thereunder may not be satisfied, it may take either of the following actions:

(i)   reduce Before-Tax Contributions, After-Tax Contributions and/or Company Contributions, as appropriate, of Highly Compensated Participants, as described in paragraphs (B) or (C) of this Section; and/or

- 2 -

(ii)   the Company (or any participating employer) may make a contribution (hereafter, a Qualified Non-Elective Contribution) on behalf of all or a group of Non-highly Compensated Participants, as described in paragraph (D) of this Section.

Contributions to the ESOP portion of the Plan, comprising Fund D, will be tested separately from the portion of the Plan that is not an ESOP for purposes of this paragraph.

(B)   The Plan Administrator shall determine periodically during the Plan Year whether the Before-Tax and After-Tax and Company Contributions elected by Highly Compensated Participants will, based on projections to the end of the Plan Year, cause the Plan not to comply with the limitations on contributions imposed by sections 401(k) and 401(m) of the Code.  If the projections indicate that the limitations will be exceeded, the Plan Administrator shall take the following action:

(i)   The Plan Administrator will determine the maximum percentages of Before-Tax and After-Tax and Company Contributions respectively that can be made by Highly Compensated Participants without causing the Plan, on a projected basis, to exceed such limitations ("Allowable Percentages").  The Plan Administrator will reduce the percentages of Before-Tax and After-Tax Contributions of each Highly Compensated Participant, in one percent (1%) increments,  to the Allowable Percentages in accordance with the following rules:

(I)   If the elected percentage designated by the Highly Compensated participant for the Before-Tax Contributions exceeds the Allowable Percentage for Before-Tax Contributions, and if the Participant so elects, the Plan Administrator will change the elected percentage in excess of that allowable to an After-Tax Contribution or, if the Participant does not so elect, pay the excess to him.

(II)   If the elected percentage designated by the Highly Compensated Participant for the After-Tax Contributions exceeds the Allowable Percentage for After-Tax Contributions, and if the Participants has so elected, the Plan Administrator will change the elected percentage in excess of that allowable to a Before-Tax

- 3 -

Contribution or, if the Participant does not so elect, pay the excess to him.

(III) To the extent a Before-Tax Contribution election cannot be changed to an After-Tax Contribution or vice versa without causing a projected violation of the limitations on contributions imposed by sections 401(k) and 401(m) of the Code, the excess shall be paid to the Participant.

(C) If it is determined after the close of a Plan Year that participation by Highly Compensated Participants has exceeded the discrimination standards of Code sections 401(k) ("Excess Contributions") or 401(m) ("Excess Aggregate Contributions"), the amount of the Excess Contributions or Excess Aggregate Contributions shall be refunded to the Highly Compensated Participants in accordance with the following rules:

(i) The Before-Tax Contribution and/or After-tax Contribution, as applicable, made in such year by such Highly Compensated Participants will be reduced, beginning with the Highly Compensated Participant(s) with the highest dollar amount of Before-Tax Contribution and/or After-Tax Contribution, as applicable, until the standards are satisfied.

(ii) The amount of Excess Contributions to be distributed shall be reduced by deferrals in excess of code section 402(g) limits ("Excess Deferrals") previously distributed for the taxable year ending in the same Plan Year, and Excess Deferrals to be distributed for a taxable year will be reduced by Excess Contributions previously distributed for the plan year beginning in such taxable year.

(iii) Distribution (or forfeiture, if applicable) of Excess Aggregate Contributions or of Excess Contributions will include the income allocable thereto. The income allocable to the Excess Contributions or Excess Aggregate Contributions includes income for the Plan Year for which the Excess Contributions or Excess Aggregate Contributions were made but does not include income for the period between the end of the Plan Year and the date of distribution (or forfeiture).

(iv) If a distribution of Excess Contributions or Excess Aggregate Contributions results in a distribution of matched Before-Tax or After-Tax Contributions, the

- 4 -

matching Company Contributions that relate to such Before-Tax or After-Tax Contributions will be distributed or forfeited, as applicable.

(v)   A distribution of Excess Contributions or Excess Aggregate Contributions shall be made within 2 ½ months of the end of the Plan Year in which they were made.

D.   In lieu of distributing Excess Contributions or Excess Aggregate Contributions as provided in Section IV.1.(a)(2)(C), the Company (or any Participating Employer) may make a Qualified Non-elective Contribution on behalf of Participants that is sufficient to satisfy the discrimination standards under Code section 401(k) or 401 (m) or both. Such Qualified Non-elective Contribution shall be either: (a) a Type A contribution which shall be allocated in a flat dollar amount to all or a portion of the eligible Non-highly Compensated Participants, or (b) a Type B contribution, which shall be allocated using a bottom-up approach with an allocation made first to the lowest paid Non-highly Compensated Participant, and continuing with the next lowest paid Participant and so forth, in the amounts necessary to satisfy the applicable discrimination standards, counting such Type B contribution as Before-Tax or Matching Contributions, as applicable, for purposes of such discrimination tests. Any Qualified Non-elective Contribution shall be fully vested at all times and shall be distributable only at such time as a Participant's Before-Tax Contributions may be distributed.

(3)   Distribution of Excess Before-Tax Contribution

(1)   If the Plan Administrator determines that a Participant has made Before-Tax Contributions which for any calendar year exceeds $7,000 (or such other amount as may be permitted by regulation or other official announcement by the Secretary of Treasury), the excess amount (plus any income and minus any loss allocable thereto, as calculated in accordance with regulations), shall be distributed to the Participant not later than April 15th following the close of such calendar year.

(2)   If a Participant participates in another plan which includes a qualified cash or deferred arrangement, and such Participant contributes in the aggregate more than the  corresponding provisions of the other plan and the Participant notifies the Plan Administrator not later than March 1st following the close of such calendar year then the Plan Administrator shall distribute to the Participant not later than April 15th following the close of such calendar year the excess amount (plus any

- 5 -

income and minus any loss allocable to such amount) which the Participant allocated to this Plan.

(b)    Catch-Up Contributions

All Participants who are eligible to make Before-Tax Contributions under this Plan and who have all attained age fifty (50) before the end of the calendar year shall be eligible to make catch-up contributions in accordance with, and subject to the limitations of, Code Section 414(v) and any guidance issued thereunder by the Internal Revenue Service. Such catch-up contributions shall not be taken into account for purposes of the provisions of the Plan implementing the required limitations of Code Sections 402(g) and 415. The Plan shall not be treated as failing to satisfy the provisions of Code Section 401(k)(3), 401(k)(11), 401(k)(12), 410(b), or 416, as applicable, by reason of the making of such catch-up contributions. Amounts that are contributed as catch-up contributions shall not be taken into account as Before-Tax Contributions in determining the amount of Matching Contributions to which the Participant is otherwise entitled under the Plan.

2.    Change in Amounts of After-Tax and Before-Tax Contributions

A Participant may change his After-Tax and Before-Tax amounts by authorizing the Company to deduct or defer any higher or lower amount permitted by Paragraph 1 of this Section.

3.    Collection of After-Tax Contributions

After-Tax Contributions shall be permitted only by deduction from a Participant's salary, wages, or Variable Pay, except that cash payments equivalent to the monthly After-Tax amount allowed by Paragraph 1 (a) of this Section may be accepted from a Participant on leave of absence granted under Section IV. 1. (g) of the Service Rules and shall be treated as deductions from the employee's salary, wages, or Variable Pay for purposes of this Plan.

4.    Voluntary Suspension of After-Tax and Before-Tax Contributions

A Participant who has an account balance in the Plan may authorize suspension of his After-Tax and Before-Tax Contributions without terminating his participation in the Plan. During such suspension, the related Company Contribution described in Section V. shall also be suspended. After a minimum suspension of one month, the Participant may authorize the resumption of After-Tax and Before-Tax Contributions. A Participant is not permitted to make up suspended After-Tax, Before-Tax Contributions, or amounts withdrawn except as provided in Paragraph 1 (b) of this Section and Paragraph 6(c) of Section XVI.

- 6 -

## V.    COMPANY CONTRIBUTION

Except during a period of suspension in accordance with Section IV.4., XIII.7.(b)(3), XIV.1.(c), XV. or XVI., the Company will contribute monthly, and in the case of Variable Pay at the time of such payment, to the Funds selected by each Participant in accordance with Paragraph 3 of Section VII. an amount (hereafter, Company Contribution) equal to 50% of the Participant's After-Tax and Before-Tax Contributions during that month and, if applicable, at the time of payment of any Variable Pay except that no such contribution will be made on the total of any Participant's After-Tax and Before-Tax Contributions in excess of 6% of his combined monthly pay and any applicable Variable Pay. For purposes of determining whether a Participant's After-Tax or Before-Tax Contributions are matched or unmatched, the Company Contribution will be deemed to have first matched the Before-Tax Contributions. The Company Contributions shall be for the exclusive benefit of Participants. No Company Contribution shall be made with respect to catch-up contributions made under Section IV.3. of the Plan.

## VI.    INVESTMENT FUNDS

The following Funds shall be established for the investment of After-Tax, Before-Tax, and Company Contributions.

1.    Fund A - Reserved (Hold for possible future use)

2.    Fund B - Fixed Income

Amounts deposited in the Stable Value Fund shall be invested so as to preserve principal and to pay a stable rate of return over time.

3.    Fund C - Equity Mutual Funds

Amounts deposited in Fund C shall be invested, as directed by Participants, in one or more mutual funds or other equity investment vehicles designated by the Company.

4.    Fund D - DuPont Company Common Stock

Amounts deposited in Fund D shall be invested in Company common stock.

5.    Fund E - Three-way Asset Allocation Fund

Amounts deposited in Fund E shall be invested in a three-way asset allocation fund consisting of a portfolio diversified among the stock, bond, and cash sectors of the securities marketplace. Assets in Fund E are transferred among these sectors in such manner and to such extent as the fund manager of Fund E shall select.

6.    Fund L - Loans

Amounts transferred to Fund L from the other Funds shall be loaned to
Participants.

7.    Fund F – ConocoPhillips Common Stock

Amounts deposited in Fund F shall be invested in shares of common stock of
ConocoPhillips, Inc., provided, however, that Fund F shall be offered as an
investment fund under the Plan only upon the effective date of the one-time
initial tender offer of common stock of ConocoPhillips, Inc., and no amounts
may be invested in Fund F other than as a result of such initial tender offer (or
as a transfer from another tax-qualified plan, as otherwise permitted under the
Plan). If the tender offer does not occur, this Section 7 shall not become
effective. Notwithstanding any other provision of this Plan to the contrary, an
account holder may authorize the transfer of all or part of the value of his
account invested in Fund F into any other investment fund available under the
Plan, but may not authorize any transfer into Fund F other than as a result of
the tender offer. Dividends paid with respect to shares of common stock of
ConocoPhillips Inc., shall not be invested in Fund F, but shall instead be
invested according to an account holder's current investment directions. Fund
F shall be treated as an investment fund other than Fund L for determining
availability of loans and withdrawals and for all other purposes as appropriate
under this Plan.

## VII.    INVESTMENT DIRECTION

1.    Investment of After-Tax Contributions

Each Participant shall authorize the Company to allocate his After-Tax
Contributions to his Regular Account in Funds B, C, D or E in selected
percentages in whole multiples of one percent (1%).

2.    Investment of Before-Tax Contributions

Each Participant shall authorize the Company to allocate his Before-Tax
Contributions to his Before-Tax Account in Funds B, C, D or E in selected
percentages in whole multiples of one percent (1%).

3.    Investment of Company Contribution

Each Participant shall authorize the Company to allocate Company
Contributions to his Regular Account in accordance with the
Participant's current investment direction of After-Tax Contribution or
Before-Tax Contribution, if there are no After-Tax Contributions.

- 8 -

4.    Change in Investment Direction

A Participant may change his investment direction to Funds B, C, D, and E by authorizing any other allocation permitted by Paragraphs 1 and 2 of this Section.

5.    Separate Accounting and Nonforfeitability

A Participant's Before-Tax Contributions and After-Tax Contributions and earnings thereon will be nonforfeitable. A Participant's Before-Tax Account will be maintained in a separate account from a Participant's After-Tax Contributions, Company Contributions and earnings thereon.

## VIII.  FUND TRANSFERS

1.    Transfers Among Funds B, C, D, E and F

An account holder may authorize the transfer of all or part of the value of his Regular Account in Fund B, C, D or E or his Before-Tax Account in Fund B, C, D or E, from one Fund to the other, subject to the following rules:

(1)    such Transfers may be made in any whole multiple of one percent (1%) or in any number of Fund Units and/or Shares;

(2)    all Transfers are subject to any trading restrictions imposed on each specific investment alternative; and

(3)    amounts may not be transferred into and out of the same Fund on the same business day. The determination of values for this purpose shall be made in accordance with the provisions of Sections IX., X. and XI.

2.    Transfers to Fund L from Funds B, C, D, E and F

A Participant who is granted a loan or loans from the Plan shall designate the sequence in which Funds will be liquidated and authorize the Transfer of cash to Fund L in an amount equal to the principal amount of the loan or loans. Such Transfers shall be made from the Participant's borrowable account balance in the following order:

(a)    Nonforfeitable Company Contributions contributed during the last two years of participation

(b)    Matched After-Tax Contributions contributed during the last two years of participation;

(c)    Nonforfeitable Company Contributions held for more than two years;

(d)    Matched After-Tax Contributions held for more than two years;

(e)    Earnings in Regular Account

(f)    Unmatched After-Tax Contributions;

(g)    Matched Before-Tax Contributions contributed during the last two years of participation;

(h)    Matched Before-Tax Contributions held for more than two years;

(i)    Earnings in Before-Tax Account;

(j)    Unmatched Before-Tax Contributions.

3.    Transfers to Funds B, C, D, E and F from Fund L

Repayments of principal and interest to Fund L shall be transferred to Funds B, C, D and/or E in the Before-Tax Account, or Funds B, C, D and/or E in the Regular Account. Such Transfers shall be made in the same proportion that current investment direction of After-Tax and/or Before-Tax Contributions are made to those Funds under Sections VII.1. and 2. If there is no current investment direction of After-Tax Contributions, Transfers under this Paragraph shall be made to Fund B. If there is no current investment direction of Before-Tax Contributions, Transfers under this Paragraph shall be made to Fund B. Repayments of principal under this Paragraph shall be restored to the Participant's Regular and/or Before-Tax Account in reverse order from that set forth in Paragraph 2 of this Section. Payments of interest shall be treated as Earnings and shall be allocated to the Regular and/or Before-Tax Account in the same proportion that unpaid principal from each Account bears to the total unpaid principal prior to such payment.

4.    Restrictions on Transfers and Investments

Despite any other provisions of the Plan, the Plan Administrator may at any time implement restrictions on investment options, or decline to implement investment instructions, as it deems appropriate to protect the interests of Plan participants.

IX.    [Reserved]

- 10 -

## X.    OPERATION OF FUNDS B, C AND E

Throughout this Section, the words "the Fund" shall mean Fund B, Fund C or Fund E.

1.    Fund Investments

   (a)    Amounts allocated to the Fund(s) in accordance with the terms of this Plan shall be paid by the Company to or at the direction of Trustee(s) appointed by the Company for the Fund(s), and shall be deposited in an account for the Fund(s).

   (b)    Amounts deposited in the Stable Value Fund shall be delivered to the Trustee and invested as designated by the Company pursuant to arrangements with one or more entities chosen by the Company, including, but not limited to, insurance companies, banks and other investment organizations. These arrangements shall provide for the return of principal in full plus the payment of interest at a predetermined rate applicable for a specified period of time. In addition, a portion of the Stable Value Fund shall be invested in a short-term funds(s) (i.e., a cash buffer) so as to provide sufficient liquidity to accommodate daily trading activity.

   (c)    All amounts received by the Trustee of Fund C shall be invested, as directed by account holders, in one or more mutual funds or other equity investment vehicles designated by the Company. Assets of Fund C shall be held in the name of the Trustee(s) or one or more of its/their designated nominees.

   (d)    All amounts received by the Trustee of Fund E shall be invested by the Trustee in a portfolio diversified among the stock, bond, and cash sectors of the securities marketplace in such manner and to such extent as the fund manager of Fund E shall select. Assets of Fund E shall be held in the name of the Trustee or of one or more of its designated nominees.

2.    Fund Valuation

   (a)    All deposits to the Stable Value Fund shall be expressed as units of participation in the Stable Value Fund. The Trustee of the Stable Value Fund shall determine each day's unit value based on the assets of the Stable Value Fund. Assets shall consist of all deposits to the Stable Value Fund and all interest credited or accrued to such deposits pursuant to investment arrangements. No participant in the Stable Value Fund shall have ownership in any particular investment in the Stable Value Fund.

- 11 -

(b)    The Trustees of Funds C and E shall determine the current fair market value of all assets held by such Funds, including accrued income, each day on which business is transacted on the New York Stock Exchange.

(c)    Fund valuations determined in accordance with Paragraphs 2.(a) and 2.(b) of this Section shall be made before recording in the Fund After-Tax Contributions, Before-Tax Contributions, Company Contributions, Withdrawals, Terminations of Participation, and Transfers among Funds.

3.    Fund Units or Shares

(a)    Amounts allocated to the Fund(s) shall be credited to account holder's accounts in dollars, in shares, and/or in units, as appropriate, of ownership in the Fund(s).

(i)    The value of a unit or share shall be determined as follows:

(A)    The value of a unit in Fund B or E shall be determined by dividing the total value of the Fund for that business day by the corresponding total number of units in the Fund before adding or subtracting any units for that business day (for the first month of operation, each unit in the Fund shall be valued at $10.00);

(B)    the value of each mutual fund share or other equity investment in Fund C shall be determined on each business day by the Investment Manager(s) of Fund C.

(ii)    The number of units or shares credited to each account holder's account for the current business day shall be determined by dividing the amounts of the account holder's After-Tax Contributions, Before-Tax Contributions, Company Contributions, and/or Transfers among Funds for the current business day by the value of one unit or share for that day.

(b)    The current value of an account holder's account in the Fund, as needed for Withdrawals, Termination of Participation, Loans, Transfers among Funds, or periodic reports to account holders, shall be determined by multiplying the total number of his respective Units and/or shares in the Fund (after additions for the current day) by the value of one Unit and/or share respectively for that business day; also, the number of respective Units and/or shares to be deducted from an account holder's account because of forfeiture, Loan, or Withdrawal

- 12 -

of a specified amount shall be determined by dividing such amount by the value of one Unit and/or share respectively for that day.

4.    Voting of Shares

Each account holder shall be entitled to direct the Trustee as to the manner in which voting rights with respect to the shares or units represented by the account holder's Account in the Fund are to be exercised. The Trustee shall vote the number of shares or units in accordance with such instructions. If a Participant does not return voting proper instructions in a timely manner, such inaction shall be deemed an election not to vote such shares or to vote such shares as the default option described on the proxy or voting instructions, as applicable.

## XI.    OPERATION OF FUND D

1.    Purchase of Company Common Stock

Amounts allocated to Fund D shall be used to purchase DuPont common stock. Such purchases may be made in the open market or from the Company if it shall have made treasury or authorized but unissued shares available for such purchases. In the case of stock purchased from the Company, the purchase price shall be the closing price of such stock as reported on the New York Stock Exchange - Composite Transactions on the last trading day preceding the date of such purchase from the Company. Purchases made on the open market shall be the average price for all shares purchased by the Plan during that day. Such Company common stock and any other assets of Fund D shall be held in the name of the Trustee or of one or more of its designated nominees. The Trustee may sell any stock purchase warrants or distribution of property received, and the proceeds shall be invested currently in Company common stock. Any stock dividend, split-up or other change in Company common stock, or any distributions of property applicable to the shares held by the Trustee, shall be applied for the exclusive benefit of the account holders in Fund D.

2.    Account Holder's Account

(a)    Amounts allocated to an account holder's Fund D shall be credited in dollars and in a proportionate number of full shares and fractional interests in a share of Company common stock. Such proportionate number shall be determined on the basis of the ratio of the amount allocated to his account to the total of all amounts allocated to Fund D for the business day.

- 13 -

(b)    An account holder shall be credited with a proportionate number of full shares and fractional interests in a share of any Company common stock acquired by the Trustee as a result of any addition due to stock dividends, stock purchase warrant, split-up or other change, or distribution of property applicable to such stock. Such proportionate number shall be determined on the basis of the ratio of his total shares to the total of all shares in Fund D to which such income or addition applies. In the event an account holder has transferred all funds out of Fund D prior to payment of a stock dividend, stock purchase warrant, split-up or other change, or distribution of property applicable to stock held in Fund D, the full shares or fractional interests in a share, if any, allocable to such transferred funds on account of such stock purchase, warrant, split-up or other change, or distribution or property shall be paid in cash in accordance with the account holder's current investment direction.

3.    Valuation of Fund D

(a)    Valuation: Account Status

The current value of an account in the Fund on any business day shall be the total number of shares and fractional interests in a share in the account multiplied by the closing price of Company common stock on the New York Stock Exchange for that business day, plus any proportionate ownership of accrued income and cash held for an account holder by the Trustee for Fund D.

(b)    Valuation: Fund Transfers Out, Loans, Withdrawals and Termination or Other Distributions

For purposes of Fund Transfers Out, Loans, Withdrawals and Termination or Other Distributions, the value of shares liquidated in connection with the transaction shall be the average selling price as determined by the Trustee on the date of the transaction.

(c)    Valuation: Fund Transfers In and Purchases of Company Common Stock.

For purpose of Fund Transfers In and Purchases of Company Common Stock, the value of the Company common stock purchased in connection with the transaction shall be the average purchase price as determined by the Trustee on the date of the transaction.

4.     Voting and Tender of Shares

    (a)     Each account holder shall be entitled to direct the Trustee as to the manner in which voting rights with respect to any Company stock attributable to the number of shares and fractional interest in a share represented by the account holder's account in Fund D are to be exercised.  The Trustee shall vote the number of shares in accordance with such instructions.  Any such instructions shall remain in the strict confidence of the Trustee.

    (b)     Each account holder shall be entitled to direct the Trustee as to whether to exercise a tender offer with respect to any Company stock credited to such account holder's account in Fund D. The Trustee shall tender such shares in accordance with such instructions. If an account holder does not return proper tender instructions to the Trustee in a timely manner, such inaction by the account holder shall be deemed a decision not to tender, and the Trustee shall not tender shares credited to such account holder's account.

5.     Cash Dividends on Company Common Stock

    (a)     Effective for dividends paid by the Company on or after October 1, 2001, and except as provided in Section (b), cash dividends paid with respect to shares of Company stock allocated to an account holder's accounts as of the record date will be, as elected by the account holder during the first two months of the calendar quarter prior to the payment date in the form and manner required by the Company, (1) distributed in cash to the account holder as soon as administratively practicable following the date such dividend is paid by the Company (but in no event later than 90 days following the end of the Plan Year in which such dividend is paid by the Company), or (2) retained by the Trustee for credit to the account holder's account.

        Effective for dividends paid by the Company on or after January 1, 2003, any cash dividend paid with respect to shares of Company stock allocated to an account holder's accounts as of the record date of such dividend will be, as elected by the account holder prior to the payment date in the form and matter required by the Company, (1) distributed in cash to the account holder as soon as administratively practicable following the date such dividend is paid by the Company (but in no event later than 90 days following the end of the Plan Year in which such dividend is paid by the Company) or (2) retained by the Trustee for credit to the account holder's accounts in Fund D.

    (b)     Cash dividends paid by the Company on or after October 1, 2001, but before the first date on which the Company has received from the Internal Revenue Service both a favorable determination letter with

- 15 -

respect to the Plan as amended through December 20, 2001, and a favorable private letter ruling under section 404(k), of the Code, shall be retained by the Trustee, credited to account holders' accounts and invested as described in paragraph (a). As soon as administratively practicable following the Company's receipt of both favorable rulings described in the preceding sentence, but not later than 90 days following the end of the Plan Year in which such dividends are paid by the Company, an amount equal to such dividends shall be, if elected by the account holder in the form and manner required by the Company, distributed to the account holder.

## XII.   OPERATION OF FUND L

1.   Establishment of Loan Account

Amounts transferred to this Fund shall be loaned to the Participant provided the Loan Administrator has received the documents described in Section XIII.8.(d). The promissory note executed by the Participant shall be held by a Trustee appointed by the Company for the Fund until the loan has been paid in full.

2.   Interest

Interest at the rate prescribed in the loan agreement shall accrue daily.

3.   Repayments

The Administrator shall reduce the account balance in Fund L. Respective repayments of principal and interest amounts shall be transferred to the Participant's account(s) as provided in Section VIII.3. When the account balance in Fund L has been reduced to zero, the Administrator shall notify the Trustee that the loan has been repaid and the Trustee shall cancel the promissory note and return it to the Participant, if the Participant so requests. The Administrator shall notify Participant that loan has been repaid.

4.   Fund Valuation

The current value of the account on any date shall be the outstanding loan balance plus any unpaid accrued interest.

## XIII.  PARTICIPANT LOANS

A Participant with a borrowable account balance in Funds B, C, D, E and F of $1,000 or more may request a loan subject to the conditions stated in this Section (hereafter, Loan).

1.    Determination of Borrowable Account Balance

For purposes of this Section and Section VIII., the borrowable account balance in Funds B, C, D, E and F shall equal one-half of the amount distributable from those Funds under Section XVI. on account of termination of employment from the controlled group for any reason other than those described in Section XVI.2.(b) less amounts held in account pursuant to a qualified domestic relations order.

2.    Amount of Loan

Loans shall not be for less than $1,000. The maximum amount of any Loan from this Plan may not exceed the Participant's borrowable account balance in Funds B, C, D, E and F, and, when added to the outstanding balance(s) of all other loans from this or any other qualified plans sponsored by any member of the controlled group, shall not exceed the lesser of:

(a)    $50,000, reduced by the highest outstanding balance of Loans from the controlled group profit sharing plans during the one-year period ending on the day before the date on which such Loan was made, or

(b)    one-half of the Participant's nonforfeitable account balance(s) in all controlled group profit-sharing plans.

3.    Interest

The rate of interest for Loans granted during any monthly period shall be determined as of the last working day of the month preceding the date on which the Loan application is made and shall a rate that provides the Plan with a return commensurate with the interest rates charged by persons in the business of lending money for loans which would be made under similar circumstances.

4.    Term of Loans

The term of the Loan shall be the period requested by the Participant and accepted by the Administrator. The minimum term shall be 12 months and the maximum term 60 months, except for a qualified residential Loan. The

maximum term for a qualified residential Loan shall be 120 months. The Administrator shall determine, based on information furnished by the Participant, whether a Loan is a qualified residential Loan, as defined in Paragraph 8.(e) of this Section.

5.    Repayment

(a)    Payroll Deduction

Except as provided in Subparagraph (b) below, Loans shall be repaid in monthly installments by deduction from a Participant's salary or wages according to the amortization schedule in the disclosure statement.

Notwithstanding the foregoing, a Participant shall have the right to repay at any time prior to the expiration of the term of the Loan, without penalty, the outstanding balance of the Loan plus accrued interest to the end of the month in which repayment occurs. Such payment shall be made in such form as permitted by the Administrator, or by an election on the part of the Participant to incur a Deemed Withdrawal from his account pursuant to Paragraph 7.(a) of this Section.

If the Participant's salary or wage payment is not sufficient to allow deduction of the full installment and the Participant does not make a direct payment, as provided in Paragraph 5.(b) of this Section, on or before the 45th day following the day on which such payment was due, a default will be declared under Paragraph 6.(a) of this Section.

(b)    Direct Payment

The Administrator, at the Participant's request, may permit installments of principal and interest to be repaid in a manner other than by payroll deduction under the following circumstances:

(1)    the Participant, at Company request, is transferred to an affiliated group company or is employed by a partnership or joint venture in which the Company has an ownership interest and does not elect under Section XIX.5.(b) to transfer his account to the qualified profit-sharing plan of the company, partnership or joint venture to which he is transferred or employed, or

(2)    the Participant is granted a leave of absence without pay under the Service Rules, or

(3)    the Participant's salary or wage payment is not sufficient to allow deduction of the full installment payment, or

(4)    The Participant (1) retires under Section IV., XI.A.(1) or XI.A.(2) of the Company's Pension and Retirement Plan, the Company's Special Retirement Opportunity Program provided that such retirement is coincident with retirements under the company's Voluntary Separation Program or (2) terminates employment under the Company's Voluntary Separation Program-Prime and, elects to defer distribution of his account under Section XVI.4.(d). Unless the Plan Administrator approves an alternate method, repayments in such cases must be made by deduction from the pension check or annuity check, or

(5)    Effective for loans outstanding on August 1, 2002, or taken after that date, a Participant terminates employment or transfers to an Affiliated Group company and continues to repay the loan through direct withdrawal from a bank account or other automatic payment method approved by the Plan Administrator.

6.    Declaration and Notice of Default

If, for any of the reasons described in this Paragraph, a Loan is declared in default, the Loan Administrator shall issue a Notice of Default which shall be delivered to the Participant.

(a)    Nonpayment

If, while any portion of a Loan granted under this Section is outstanding, the Participant fails to make a scheduled repayment or a direct payment as provided in Paragraphs 5.(a) and (b) of this Section, respectively, on or before the 45th day following the day on which such payment was due, the Loan shall be declared in default.

(b)    Termination of Employment

If a Participant terminates employment for any reason, other than on account of death or transfer to an Affiliated Group company or employment at Company request with a partnership or joint venture in which the Company has an ownership interest, and does not elect to defer distribution of the balance of his accounts under Section XVI.4.(d), a Deemed Withdrawal shall occur as of the last day of the month within which the Participant terminates employment unless the Participant continues to repay the loan as otherwise provided in this Section. In the event of death, notwithstanding Section XII.2., the

- 19 -

accrual of interest shall cease as of the last day of the month in which death occurs and a Deemed Withdrawal shall occur as of the date on which distribution of the balance of the Participant's accounts is made under Section XVI.4.(a) unless an election is made under Section XVI.4.(d) in which case a Deemed Withdrawal shall occur as of the last day of the month in which such election is made.

(c)    Transfers to Affiliated Group Companies, etc.

If a Participant is, at Company request, transferred to an Affiliated Group company or is employed by a partnership or joint venture in which the Company has an ownership interest and does not make an election under Section XIX.5.(b), or the Trustee of the receiving plan will not accept transfer of the Fund L account, a Deemed Withdrawal shall occur as of the last day of the month within which the Participant terminates employment from the Affiliated Group or such partnership or joint venture, as the case may be, unless the Participant continues to repay the loan as otherwise provided in this Section.

(d)    Reinstatement of Loan

The Plan Administrator may reinstate a Loan following a declaration of default, provided:

(1)    all payments of principal and interest in arrears are received by the Plan Administrator prior to a Deemed Withdrawal under Paragraph 7 of this Section; and

(2)    the Plan Administrator receives adequate assurance that future installments will be received by Fund L on a timely basis.

7.    Deemed Withdrawal

(a)    The balance of the Participant's Fund L account shall be deemed to have been withdrawn from the Plan by the Participant under Section XIV. or XVI., whichever is applicable (Deemed Withdrawal), under the following circumstances:

(1)    the Plan Administrator does not reinstate a Loan under Section XIII.6.(d) on the earlier of the date of distribution of the Participant's accounts or the 45th day after a default for any reason set forth in Section XIII.6., or

(2)    the Participant elects to repay his Loan by canceling his Fund L account.

- 20 -

A Deemed Withdrawal initiated under Clause (1) or Clause (2) above shall not be considered a withdrawal for purposes of the limitation on the number of withdrawals permitted under Section XIV.1.

(b)    Notwithstanding the foregoing, no Deemed Withdrawal shall be permitted if such withdrawal would adversely affect the status of the Plan under Section 401(a) or 401 (k) of the Code. The Plan Administrator may take such action as it deems necessary to insure repayment of Loans made under this Section and compliance with applicable law. If a Deemed Withdrawal under Section XIII.7.(a) would adversely affect the status of the Plan under Section 401 (a) or 401 (k) of the Code:

(1)    the balance of the Participant's Regular Account in Funds B, C, D, E and F shall be distributed subject to Section XIV. in accordance with the consent of the Participant given at the time of the Loan initiation;

(2)    the Participant shall deposit neither After-Tax nor Before-Tax Contributions during the period beginning with the month following the month in which the notice of default is issued and ending with the month in which the Loan is reinstated under Section XIII.6.(d); and

(3)    Company Contributions shall be suspended for a period not to extend beyond the later of six months after the month in which the notice of default is issued or the end of the month in which the Loan is reinstated under Section XIII.6.(d).

8.    General Conditions

(a)    Any Participant may receive a Loan from the Plan. For purposes only of the Loan program provided for herein, Participant shall mean any "Party in Interest", as that term is defined in Section 3(14) of the Employee Retirement Income Security Act (ERISA) who has a borrowable account balance in the Plan of at least $1,000, or to any person who has a vested account under the Plan and who is employed by an Affiliated Company. For purposes of this Article XIII., Affiliated Company shall mean a corporation that has adopted the Plan or any other profit sharing plan and is a member of the controlled group of corporations (within the meaning of Section 1663(a) of the Code, determined without regard to Code Section 1 563(a)(4) and Section 1 563(e)(3)(c)) of which the Company is parent, and any corporation which is not a member of the controlled group of corporations but in which the Company has an ownership interest.

- 21 -

(b)    A Participant may not have more than five Loans from the Plan outstanding at any time.

(c)    At all times during the term of the Loan(s), the Participant must have a balance in Fund L equal to the outstanding balance of the Loan(s).

(d)    No Loan shall be made to any Participant until the execution and/or submission by the Participant of:

    (1)    a Loan application completed in a manner prescribed by the Plan Administrator,

    (2)    a promissory note payable to the Trustee in the amount and on a form prescribed by the Plan Administrator,

    (3)    a written authorization for Loan repayment by means of payroll deductions or other method of repayment acceptable to the Plan Administrator,

    (4)    an authorization to transfer an amount described in Section VIII.2. to Fund L, and

    (5)    the consent required by Section XIII.7.(b)(1).

(e)    A "qualified residential Loan" is a Loan used to acquire or construct any dwelling unit which within a reasonable time (determined at the time the Loan is made) is to be used as a principal residence of the Participant.

(f)    All Participants granted Loans under this Section shall receive a statement disclosing the terms of the Loan, including the interest rate, amount of interest to be paid over the term of the Loan and payment conditions (disclosure statement).

(g)    No Loan may be granted that would adversely affect the status of the Plan as one which qualifies under Section 401 (a) or 401 (k) of the Code or the status of the trust as one which is exempt from Federal income tax under Section 501(a) of the Code.

(h)    Notwithstanding anything above to the contrary, the Loan Administrator may deny a Loan if in its judgment the Participant will not have sufficient income to meet his Loan payments as they become due.

(i)    The Loan Administrator is responsible for the administration of the loan program described in this section.

- 22 -

## XIV.  WITHDRAWALS

1.   General Conditions

    (a)    In addition to a distribution pursuant to Section XVI.1. an account holder may make three withdrawals in any calendar year under the provisions of this Section from his Regular and/or Before-Tax Accounts. Withdrawals shall not be permitted:

        (i)    from the Before-Tax Account before the Participant attains age 59 1/2, becomes disabled, or incurs a hardship (except that Qualified Non-elective Contributions may not be withdrawn upon hardship), or

        (ii)    from Fund L except as provided in Section XIII.7.

    (b)    Withdrawn amounts will be valued as of the valuation date on which the transaction is processed.

    (c)    Company Contributions shall be suspended for six months if a Participant withdraws any or all of:

        (i)    his Matched After-Tax Amounts deposited during the last two years of participation;

        (ii)    his Matched Before-Tax Amounts deposited during the last two years of participation;

        (iii)    the Nonforfeitable Company Contributions deposited in his Regular Account during the last two years of participation.

    (c)    Distribution from Regular Accounts and Before-Tax Accounts under this Section may be made in cash or in kind as provided in Section XVI.2, whichever is applicable.

    (e)    Participants shall designate the sequence in which Funds will be liquidated to provide for less than total withdrawals.

2.   Withdrawal Sequence

Withdrawals by the Participant shall be made from his Regular Account in the following order:

    (a)    Unmatched After-Tax Contributions;

    (b)    Rollover Assets;

    (c)    Earnings in Regular Account

    (d)    Matched After-Tax Contributions held for more than two years;

    (e)    Nonforfeitable Company Contributions held for more than two years;

    (f)    Matched After-Tax Contributions contributed during the last two years of participation; or

    (g)    Nonforfeitable Company Contributions contributed during the last two years of participation.

Withdrawals by the Participant shall be made from his Before-Tax Account in the following order:

    (a)    Unmatched Before-Tax Contributions;

    (b)    Earnings in Before-Tax Account;

    (c)    Matched Before-Tax Contributions held for more than two years;

    (d)    Matched Before-Tax Contributions contributed during the last two years of participation;

3.    Withdrawal Maximums

The maximum withdrawal from any category in Section XIV.2.. above shall be the lesser of

    (a)    the amount in such category in the Participant's Fund(s), or

    (b)    the value of the Units, shares, and/or dollars, as appropriate, attributable to such category in the Participant's Fund(s) at the valuation date on which the transaction is processed.

## XV.    HARDSHIP WITHDRAWALS FROM BEFORE-TAX ACCOUNT

1.    Definition of Hardship

A Participant may make a withdrawal in cash from his Before-Tax Account by establishing hardship. In order to prove hardship, a Participant must show (1) that he has an immediate and heavy financial need; and (2) that the hardship distribution is necessary to satisfy the immediate and heavy financial need. A committee appointed by the Company shall act on requests

- 24 -

for withdrawals and appeals under this Section. The amount of an immediate and heavy financial need may, at the participant's request, include any amounts necessary to pay any federal income taxes or penalties reasonably anticipated to result from the distribution.

2.    Establishment of Immediate and Heavy Financial Need

A Participant may establish the existence of an immediate and heavy financial need in one of two ways. A Participant may demonstrate by facts and circumstances the existence of an immediate and heavy financial need created by an emergency or extraordinary circumstance. Alternatively, a Participant may show that his immediate and heavy financial need results from one of the following deemed hardship conditions:

a.    Medical expenses described in Section 21 3(d) of the Internal Revenue Code incurred or to be obtained by the Participant, the Participant's spouse, or any dependents of the Participant;

b.    Purchase (excluding mortgage payments) of a principal residence for the Participant;

c.    Payment of tuition, related educational fees and room and board for the next twelve months of post-secondary education for the Participant, the Participant's spouse, children or dependents; or

d.    The need to prevent the eviction of the Participant from his principal residence or foreclosure on the mortgage of the Participant's principal residence.

3.    Distribution Necessary to Satisfy Immediate and Heavy Financial Need

A Participant may establish that the hardship distribution is necessary to satisfy his immediate and heavy financial need in one of two ways. Under no circumstances will a distribution be considered necessary to satisfy an immediate and heavy financial need if it is in excess of that need. A Participant may demonstrate by all relevant facts and circumstances that a distribution is necessary to satisfy the hardship need. Under this facts and circumstances option, a Participant must establish in a sworn and notarized statement that the immediate and heavy financial need cannot be relieved

(a)    through reimbursement or compensation by insurance or otherwise;

(b)    by reasonable liquidation of the Participant's assets to the extent such liquidation would not itself cause an immediate and heavy financial need;

(c)    by cessation of employee Before-Tax and After-Tax Contributions under the Savings and Investment Plan; or

(d)    by other distributions or loans from any plans maintained within the Controlled Group of companies or from plans maintained by another employer, or by borrowing from commercial sources on reasonable commercial terms unless such loan or distribution would increase the amount of the need.

For purposes of the preceding paragraph, assets of the Participant include assets of the Participant's spouse and minor children reasonably available to the Participant. Property held for a Participant's child under an irrevocable trust or under the Uniform Gifts to Minors Act shall not, however, be treated as an available resource of the Participant.

Alternatively, a Participant's request for a distribution to meet an immediate and heavy financial need may be deemed necessary to satisfy the need. Under this option, a Participant must establish in a sworn and notarized statement that:

(a)    The distribution is not in excess of the amount of the Participant's immediate and heavy financial need; and

(b)    The Participant has obtained all distributions, other than hardship distributions, and all loans currently available under all plans maintained by the Controlled Group of companies.

Should a Participant elect to have the establishment of "necessary to satisfy the immediate and heavy financial need" handled under the deemed standard, the Participant will be prohibited from making any employee Before-Tax and After-Tax Contributions under the Savings and Investment Plan and all other plans, with the exception of health and welfare benefit plans, including ones that are part of a cafeteria plan within the meaning of Section 125 of the Code maintained by the Controlled Group of companies for a period of six (6) months after receipt of the hardship distribution.

4.      Amount Withdrawable

The amount which may be withdrawn cannot exceed the total of the Participant's Before-Tax Contributions (and income allocable thereto credited to a Participant's Before-Tax Account as of December 31, 1988) nor the amount necessary to satisfy the immediate and heavy financial need created by the hardship. A Participant may direct withdrawals under this Section in accordance with Section XIV. I.(f). The withdrawal sequence will be as set forth in Section XIV.2.

In no event, however, may a Participant withdraw any Qualified Non-elective Contribution (as described in Section IV.1.(a)(2)(D) allocated to his account.

5.    Forfeitures and Suspensions

Except as provided otherwise in this Section, Hardship Withdrawals are subject to the same forfeitures and suspensions provided in Section XIV. for other withdrawals from Before-Tax Accounts, provided, however, that a Hardship Withdrawal shall not be considered a withdrawal for purposes of the limitation on the number of withdrawals permitted under Section XIV.1.

## XVI.  TERMINATION OF PARTICIPATION

1.    General Conditions

(a)    Notwithstanding the restriction on the number of withdrawals contained in Section XIV.1., a Participant, who (1) has a zero balance in his Before-Tax Account, or (2) has attained age 59 1/2, may voluntarily terminate his participation in the Plan by requesting discontinuance of After-Tax and Before-Tax Contributions and distribution of the balance in his accounts. In such event, distribution of the Participant's total interest in the Plan, will be made as described in this Section.

(b)    An individual's participation will also end because his service with the Company is terminated or the Plan is terminated. In either such event, distribution of the individual's Before-Tax Account may be made as described in this Section only after he attains age 59 ½ or terminates his service with the Controlled Group, whichever occurs first. Distribution of such Former Participant's Regular Account will be made, when the Plan or his service with the Company is terminated or, at his option, when his Before-Tax Account is distributed. A Former Participant who, prior to his termination of service, elected to defer receipt of his Regular Account balance under this Subparagraph may, at any time prior to settlement of his accounts, request immediate distribution of the balance in his Regular Account less any required forfeiture of Company Contributions.

2.    Distribution of Accounts

(a)    Subject to the conditions in Paragraph 1 of this Section and Subparagraphs (b) and (i) of this Paragraph, as soon as practicable after termination of participation in the Plan, distribution of the balance in the individual's accounts, will be made on the following bases:

(1)  For Funds B, C and E, cash equal to the value of the individual's Units and/or Shares, as appropriate, therein at the valuation date on which the termination of participation occurs, or, where termination is on account of death, the valuation date of the business day preceding the day of distribution.

(2)  For Fund D, delivery of full shares of Company common stock in the individual's account, plus the value in cash of any fractional interests in a share of such stock and accrued income at the valuation date on which termination of participation occurs or, at the election of the individual, some or all in cash.

(3)  For Fund L, delivery of any promissory note(s) in the individual's account, if requested.

(b)  Beneficiary Designation

(1)  A Participant, Former Participant, Retired Participant or Spouse Beneficiary may designate any beneficiary or beneficiaries he chooses to receive all or part of his interests in Funds B, C, D, E and F in case of his death, and he may replace or revoke such designation. However, in the event the Participant, or Spouse Beneficiary has a spouse, no designation of a person other than the spouse shall be permitted, unless such spouse has consented in writing in the manner prescribed by the Company to another beneficiary, or such consent could not be obtained because the spouse could not be located or because of such other reasons as applicable Treasury Regulations may provide in which case distribution shall be made as provided in subparagraph (a) of this Section. If no surviving spouse exists and no beneficiary designation is in effect, distribution shall be made to the decedent's estate.

With respect to non-Spouse Beneficiaries (including a beneficiary who is a spouse of a Former Participant), the balance of a deceased Participant's, Former Participant's, Alternate Payee's or Retired Participant's Plan assets will remain in the accounts and Funds as of the time of his death, pending distribution. Total distribution shall be made to such beneficiaries no later than the end of the sixtieth month following the death of the Participant, Former Participant, Alternate Payee or Retired Participant.

If in the opinion of the Company there is a question as to the legal right of any beneficiary to receive a distribution under the Plan, the amount in question may be paid to the decedent's estate, in which event the Trustee and the Company shall have

- 28 -

no further liability to anyone with respect to such amounts. Non-Spouse Beneficiaries may not designate beneficiaries; account balances remaining at the time of their death will be paid to their estates as soon as practicable following the death of the Non-Spouse Beneficiary.

(2) If the Plan Administrator receives a qualified disclaimer (as defined in Code section 2518) from any designated beneficiary entitled to benefits as a result of, and within nine months after, the death of a Participant, Former Participant, Spouse Beneficiary, Alternate Payee or Retired Participant, such benefits shall instead be paid to an alternate beneficiary determined according to a valid beneficiary designation made by the deceased. Payment to an alternate beneficiary on account of receipt of a qualified disclaimer shall not be treated as a violation of Section XVII. of the Plan.

(c) Retirement Deferral Election

(1) Notwithstanding any provisions of this Section to the contrary,

(i) a Participant, at any time prior to the effective date of his retirement under Section IV., XI.A.(1) or XI.A.(2) of the Company's Pension and Retirement Plan, the Company's Special Retirement Opportunity Program, provided such retirements occur during the effective dates of the Company's Voluntary Separation Program, the Voluntary Separation Program Prime or a similar provision of a plan of an affiliated group company, or

(ii) the Spouse Beneficiary of a deceased Participant or Retired Participant who had not reached his Required Beginning Date

may elect, revoke, or reelect an option to have the distribution in the Participant or Retired Participant's accounts made no later than April 1 of the calendar year following the year in which he attains age 70 1/2 except that, in the case of a Spouse Beneficiary, distribution of the balance in the accounts shall commence on or before the later of the end of the year in which the deceased employee would have attained age 70 1/2 or the end of the year after that in which the employee died. In the event the Retired Participant is reemployed and reenrolls in the Plan prior to the specified month, the election will be revoked and no distribution will be made on account of the prior termination of employment. A Participant, Retired Participant or Spouse Beneficiary may revoke the election and request

- 29 -

distribution of the balance in the accounts at any time prior to the time prescribed by this subparagraph.

(2) With respect to a Participant, Retired Participant, or Spouse Beneficiary who has made an election under this Section XVI.4.(d):

    (i) Transfers between Funds B, C, D, E and F of the Regular Account and Funds B, C, D, E and F of the Before-Tax Account shall be permitted as set forth in Section VIII.1.; and,

    (ii) up to three (3) Withdrawals may be made during each calendar year in accordance with Section XIV.

(3) At any time prior to settlement of the accounts under this Subparagraph, the Participant, Retired Participant, or Spouse Beneficiary may direct payment of the balance of his accounts in accordance with Paragraph 3 of this Section. In the absence of such direction, the distribution will be valued as of the date of settlement.

(d) **Application of Forfeitures**

All amounts forfeited by Participants terminating their participation in the Plan shall be applied to reduce Company Contributions required by Section V.

(e) **Sale of Business or Facility**

A Participant whose employment with the Company or with a partnership or a joint venture in which the Company has an ownership interest and with whom such Participant was employed at Company request, is to be terminated in connection with the sale by the Company of any business or facility or of the Company's interest in such entity, may, at any time prior to termination of employment (or at a later date, as permitted and determined in the sole discretion of the Company based on business conditions concerning the sale), designate that the balance in his Before-Tax and Regular Accounts (including the balances in Fund L) be paid in cash and promissory note(s) directly to the trustee of a qualified defined contribution plan maintained by the purchaser of the business or facility if such plan will accept the transfer of assets and note(s). If the transferee plan will accept a transfer of shares of stock, the Company, in its sole discretion, may permit a transfer in kind of such stock.

As of the valuation on the day of termination of the Participant's employment, the balance of his Before-Tax Account in Funds B, C,

D, E and F and his Regular Account in Funds B, C, D, E and F shall be allocated to his Regular Account in Fund B and the balance of his Before-Tax Account Fund L shall be allocated to his Regular Account Fund L.

Payment to the trustee of the receiving plan will be made as soon as practicable after the Company receives satisfactory proof that the requirements of Section 414(1) of the Code will be satisfied in the transfer of assets. At any time prior to such transfer of assets, the individual may request distribution of the balance of his accounts. Such payment to the trustee of the receiving plan or distribution to the individual will be in cash (and promissory note(s), if applicable) as of the valuation date on which such proof or request, respectively, is received by the Company.

(f)   Post Termination Participation

After termination of service, the following Former Participants may elect to participate in the Plan to the extent provided in this Subparagraph:

(i)   Individuals whose service is terminated due to lack of work, pursuant to the Company's Career Transition Plan, or due to the sale of a business or facility by the Company; and,

(ii)  all others whose vested account balances exceed $5000 at the time of termination and who do not consent to the distribution of their account balances.

No further Company Contributions or employee After-Tax Contributions or Before-Tax Contributions will be permitted. A total distribution may be taken at any time. Total distribution shall be made under this Subparagraph no later than April 1 of the calendar year following the year in which the individual attains age 70 1/2.

(g)   If a distribution is required under the terms of this Plan, pursuant to the Code, pursuant to a Qualified Domestic Relations Order, or because an account holder requested a distribution and the account holder or alternate payee to whom such a benefit must be paid or who requested payment cannot be located, such distribution shall be held without interest and forfeited six (6) months after the end of the month in which the distribution was required to be made or requested and shall be used to reduce Company Contributions as provided in Section XVI.4.(d) provided that the amount of such forfeiture shall be reinstated without interest if, prior to termination of the Plan, a claim is made by the account holder or alternate payee for the forfeited distribution.

- 31 -

(h)    If an account is created for an Alternate Payee pursuant to a Qualified Domestic Relations Order no Company Contribution or employee After-Tax and/or Before-Tax Contributions will be permitted. A total distribution may be taken at any time. Total distribution shall be made to the Alternate Payee under this Subparagraph no later than April 1 of the calendar year following the year in which the Participant, from whom the Alternate Payee's account was derived, attains age 70 1/2.

3.    Periodic Payment Options

(a)    In lieu of distribution of accounts in accordance with Paragraph 4 of this Section,

(i)    a Participant who retires under Section IV., XI.A.(1) or XI.A.(2) of the Company's Pension and Retirement Plan, the Company's Special Retirement Opportunity Program provided such retirements occur during the effective dates of the Company's Voluntary Separation Program, or the Company's Voluntary Separation Program Prime, at any time prior to settlement of his accounts, or

(ii)    the Spouse Beneficiary of a deceased Participant or Retired Participant who had not reached his Required Beginning Date;

may elect, revoke or reelect to have some or all proceeds paid out in one of the following methods of periodic payments:

(A)    Variable Periodic Payments.

Under this option, the proceeds in the Participant's, Retired Participant's, or Spouse Beneficiary's Before-Tax and Regular Accounts will be paid out in a specified number of monthly or annual periodic payments beginning in the month following that in which the Participant retires or that in which the Participant, Retired Participant, or Spouse Beneficiary elects periodic payout in lieu of deferral under Section XVI.2(c) and ending (subject to amounts available in the account) after the specified number of payments have been made or in the month of notification to the Plan Administrator of the death of the Participant, Retired Participant or Spouse Beneficiary, the remainder being paid to the designated beneficiary(ies) in accordance with this Section. The specified number of monthly periodic payments under this option cannot exceed a period based on the actuarial life expectancies specified in the Joint and Last Survivor Table in Treasury

Regulation Section 1.401(a)(9)-9 for the Participant, Retired Participant or Spouse Beneficiary and an individual 10 years younger than the Participant, Retired Participant or Spouse Beneficiary (or, if the spouse of the Participant, Retired Participant or Spouse Beneficiary is more than 10 years younger, the actual joint life expectancy). A Spouse Beneficiary may continue to receive the remaining periodic payments after the death of the Participant or Retired Participant (provided that payments to the spouse must be made at least as quickly as the spouse's life expectancy under the Single Life Table in Treasury Regulation Section 1.401(a)(9)-9, beginning on the date the Participant or Retired Participant died or reached age 70-1/2); or

(B) Lifetime Periodic Payments (Minimum Periodic Payments)

Under this option, the proceeds in the Participant's, Retired Participant's, or Spouse Beneficiary's Before-Tax Account and Regular Account will be paid out in monthly or annual periodic payments based on the actuarial life expectancies specified in the Joint and Last Survivor Tables in Treasury Regulation Section 1.401(a)(9)-9, recalculated annually, for the Participant, Retired Participant or Spouse Beneficiary and an individual 10 years younger than the Participant, Retired Participant or Spouse Beneficiary (or, if the spouse of the Participant, Retired Participant or Spouse Beneficiary is more than 10 years younger, the actual joint life expectancy, beginning with the month following that in which the Participant retires or that in which the Participant, Retired Participant, or Spouse Beneficiary elects periodic payout in lieu of deferral under Section XVI.2(c), and ending (subject to amounts available in the account) in the month of notification to the Plan Administrator of the death of the Participant, Retired Participant, or Spouse Beneficiary. Upon the Participant's or Retired Participant's death, any remainder shall be paid to the designated beneficiary(ies) in accordance with this Section except that a Spouse Beneficiary of a Participant or Retired Participant receiving Lifetime Periodic Payments under this Section XVI.3.(a)(B) may continue receiving installments which shall be recalculated annually over the Spouse Beneficiary's life expectancy determined in accordance with Treasury Regulation Section 1.401(a)(9) and the Single Life Table contained in those regulations..

(C)   Fixed Payments

Under this option, the proceeds in the Participant, Retired Participant, or Spouse Beneficiary's Before-Tax Account and Regular Account will be paid out in a specified monthly or annual amount designated by the Participant, Retired Participant, or Spouse Beneficiary. The designated amount shall be paid on a monthly or annual basis beginning in the month following that in which the Participant retires or that in which the Retired Participant, or Spouse Beneficiary elects the Fixed Payment option and end at such time as the account balance is zero.

(D)   Level Periodic Payments

Under this option, the proceeds in the Participant's, Retired Participant's, or Spouse Beneficiary's Before-Tax Account and Regular Account will be paid in equal monthly or annual payments calculated by amortizing the account balance over a number of years determined under the Single Life Table in Treasury Regulation Section 1.401(a)(9)-9 for such Participant, Retired Participant, or Spouse Beneficiary or under the Joint and Last Survivor Table for the joint life and last survivor expectancy of such Participant, Retired Participant, or Spouse Beneficiary and an individual 10 years younger than the Participant, Retired Participant or Spouse Beneficiary (or, if the spouse of the Participant, Retired Participant or Spouse Beneficiary is more than 10 years younger, the actual joint life expectancy) at reasonable interest determined on the date payments begin by the Plan Administrator.

(b)   For subparagraphs (A) variable and (B) lifetime, each periodic payment during a calendar year (subject to amounts available in the account) shall be equal to the amount determined by dividing the value of the account, at the payment commencement or the last recalculation date, by the number of months remaining in the term selected for payments under subparagraph (A), or in the life expectancy for payments under subparagraph (B), except that the last payment in a term selected under subparagraph A will be adjusted if necessary to liquidate the account. A recalculation will be performed as of each December 31.

(c)    A Participant, Retired Participant or Spouse Beneficiary who elects periodic payments may make Fund Transfers in accordance with Section VIII.1 of this Plan.

(d)    At any time during the periodic payout period, the Participant, Retired Participant, or Spouse Beneficiary may request distribution of the balance in his accounts. Such distribution will be based on the value of the account as of the valuation date on which the request is made. During each calendar year of the periodic payout period, a Retired Participant or Spouse Beneficiary is also eligible to take up to three Withdrawals in accordance with Section XIV.

(e)    If a Retired Participant receiving monthly periodic payments pursuant to this Paragraph is reemployed prior to April 1 of the calendar year following the calendar year in which he attains age 70-1/2, periodic payments shall terminate. At the earlier of (i) his retirement again under Section IV. of the Company's Pension and Retirement Plan or (ii) March 1 of the calendar year following the calendar year in which he attains age 70-1/2, he shall designate any type of distribution of the balance in his accounts permitted under Paragraph 2 of this Section or this Paragraph 3. However, if the Retired Participant is reemployed (i) as a Limited Service Employee as such term is defined in the Service Rules or (ii) after February 28 of the calendar year following the calendar year in which he attains age 70-1/2, periodic payments will continue; any increase in the balance in his account(s) attributable to After-Tax, Before-Tax, or Company Contributions made after his reemployment will be distributed in accordance with Paragraph 2 of this Section when his service with the controlled group is again terminated.

(f)    Notwithstanding any other provision of this Plan or election by a Participant, Retired Participant or Spouse Beneficiary to the contrary, distributions shall be made in such minimum amounts and at such times as required by Code section 401 (a)(9) and all regulations thereunder. If no payment election has been received by the Plan Administrator at the time minimum distributions are required to be made, the Plan will commence monthly payments under the lifetime periodic payments under Subparagraph (B).

(g)    A Participant, Former Participant, or Spouse Beneficiary who has received one or more periodic payments under the Lifetime, Variable, Fixed or Level Payments may revoke his prior election no more than once a year and elect to receive his account balance in any other periodic payment options.

- 35 -

4.    Reenrollment in Plan

(a)    After Voluntary Termination

If a Participant terminates his participation in the Plan and remains employed, he shall immediately be eligible to participate in the Plan, except that no Company Contributions will be made to the Participant's accounts for any of the six months following the month of termination. Upon reenrollment he shall be entitled to credit for his years of participation subsequent to September 30, 1976.

(b)    After Reemployment

If a Participant who has, before January 1, 1985, (1) voluntarily terminated participation as described in Paragraph 4.(a) of this Section and subsequently terminated service with the Company, or (2) had his participation terminated because his service with the Company was terminated, is reemployed, he shall immediately be eligible to participate in the Plan provided he is

(i)    reemployed during the same computation period in which his service terminated, or

(ii)   compensated with respect to more than 500 hours during the computation period in which his service is terminated and he is reemployed in the next succeeding computation period.

If a Participant who has, after December 31, 1984, (1) voluntarily terminated participation as described in Paragraph 4(a) of this Section and subsequently terminated service with the Company, or (2) had his participation terminated because his service with the Company was terminated, is reemployed, he shall immediately be eligible to participate in the Plan. For purposes of the preceding sentence and Sections XVI.4.(c)(1) and XVI.4.(c)(2), absence from employment for the following reasons which commences after December 31, 1984 shall be considered hours of service:

(i)    pregnancy or birth of a child of the individual,

(ii)   placement of a child with the individual in connection with its adoption by the individual; and

(iii)  caring for such child beginning immediately after such birth or placement.

No more than 501 hours shall be considered hours of service under the preceding sentence in connection with any pregnancy or placement. Upon reenrollment, he shall be entitled to credit for his

- 36 -

years of participation subsequent to September 30, 1976. In the case of a Participant who voluntarily terminated participation, no Company Contributions will be made to the Participant's accounts for any of the six months following the month of termination.

(c)    Buy-Back of Forfeitures

(1)    A Participant who reenrolls in the Plan as provided in (a) or (b) above, and who forfeited Company Contributions on account of his termination of participation in, and a distribution from, the Plan, may repay at any time prior to termination of employment in a single cash payment an amount equal to the value of the distribution at the valuation date on which the withdrawal occurred.

(2)    A Participant who received a Withdrawal from his Regular Account or his Before-Tax Account, and who forfeited Company Contributions on account of such Withdrawal, but did not terminate participation in the Plan, may repay in a single cash payment an amount equal to the value of either (i) the Withdrawal or (ii) the amount of Matched After-Tax and/or Matched Before-Tax Contributions withdrawn at the valuation date on which the Withdrawal occurred.

(3)    A Participant who terminated participation after December 31, 1984, or who made a Withdrawal after December 31, 1984, in either case resulting in a forfeiture of Company Contributions must make the repayment provided in (1) or (2) above in the case of a distribution on account of separation from service.

(4)    Upon repayment under (1) or (2) above, the dollar amount of the Company Contributions forfeited by the Participant will be restored to his Regular Account and allocated to Funds B, C, D or E in whole multiples of one percent (1%) in accordance with the Participant's authorization. The Participant shall authorize the Company to allocate the amount repaid to his Regular Account in Funds B, C, D or E in the manner prescribed in Section VII.1. for allocating After Tax Contributions. All repaid amounts shall be identified as Unmatched After-Tax Contributions in the Participant's accounts.

(5)    A Participant who terminates employment with the Company and does not receive a distribution from the Plan shall not have his unvested Company Contributions forfeited until he has incurred five consecutive One-Year Breaks in Service commencing with his termination.

- 37 -

5.    Computation Period

For purposes of this Section, a computation period shall be a period of 12 consecutive months commencing the later of January 1, 1976, or the employee's date of employment or reemployment, whichever is applicable, or any succeeding anniversary of such date.

## XVII. NONASSIGNMENT

Except as provided by Section 401(a)(13) of the Code, no assignment of the rights or interests of account holders under this Plan will be permitted or recognized, nor shall such rights or interests be subject to attachment or other legal processes for debts.

## XVIII. OPERATION OF THE PLAN AS A TOP-HEAVY PLAN

If it is determined that the Plan is a top-heavy plan, within the meaning of Section 41 6(g) of the Code, for any plan year, this Section will supersede all other provisions to the contrary and apply for such plan year.

1.    Minimum Contributions

Contributions by the Company under the Plan on behalf of each Participant who has not separated from service at the end of the Plan year and who is a non-key employee shall not be less than three percent (3%) of his Compensation.

2.    Definitions

For purposes of these top-heavy provisions, the following definitions shall apply:

(a)    Key employees and non-key employees. In determining which employees are key employees and which are non-key employees, the criteria set forth in Code Section 416 and the regulations thereunder shall be applied.

(b)    Top-heavy ratio. The top-heavy ratio shall be computed in accordance with Code Section 416 and the regulations thereunder.

(c)    Aggregation Group. For purposes of determining if the Plan is a top-heavy plan for a particular Plan year, each tax qualified plan of the Company in which a key employee participates in the Plan year containing the determination date, or any of the four preceding Plan years, and each other tax qualified plan of the Company, which during

this period, enables any plan, in which a key employee participates, to meet the requirements of Code Sections 401 (a)(4) or 410 shall be aggregated within the required aggregation group. All other tax qualified plans which are not required to be aggregated under the preceding sentence but that satisfy the requirements of Code Sections 401(a)(4) and 4 10 when considered together with the required aggregation group shall also be aggregated.

(d)    Determination Date. The determination date for any Plan year shall be September 30 of the preceding Plan year.

(e)    Valuation Date. The valuation date applicable to the determination date shall be September 30 of the preceding Plan year.

## XIX.  MISCELLANEOUS PROVISIONS

1.    Plan Administration

(a)    The Company shall have the authority to control and manage the operation and administration of the Plan and to designate one or more persons to carry out the responsibilities of the operation and administration of the Plan. The named fiduciary for the investment aspects of the Plan is the Vice President, Pension Fund Investment; the named fiduciary for all other aspects of the Plan is the Director, Compensation and Benefits. The named fiduciary for the investment aspects of the Plan may appoint an investment manager or managers to manage all or some of the assets invested in Fund B, and, by such appointment, unless specifically excluded in any agreement with such investment manager, delegates to such investment manager or managers the power to appoint additional investment managers with respect to all or part of the assets managed by such investment manager.

(b)    All authorizations, designations and requests concerning the Plan shall be made by employees in the manner prescribed by the Company.

(c)    The Company, or its designee by written instrument, shall have the responsibility of appointing Trustees, as provided in Paragraph 1. (a) of Section X., Paragraph 1 of Section XI. and Paragraph 1 of Section XII., and the Compensation and Benefits Committee, or its designee by written instrument, shall have the responsibility of making the designations called for pursuant Paragraph l.(b) of Section X.

(d)    The Company retains discretionary authority to determine eligibility for benefits hereunder and to construe the terms and conditions of the

Plan. The decision of the Company shall be final with respect to any questions arising as to interpretation of this Plan.

(e)    E. I. du Pont de Nemours and Company is the Plan Administrator.

(f)    Subject to the requirements of the Code, the Company may authorize the Trustees of the Plan to accept a rollover of assets in cash, stock and/or promissory notes received in an eligible rollover distribution from an eligible retirement plan as described in Code Sec. 402(c)(8)(B). Any stock received will be allocated to the corresponding Fund. The account holder shall designate the manner in which all other rollover contributions to the Plan will be invested. All taxable amounts received will be treated as earnings in the Regular Account; non-taxable amounts received will be treated as After-Tax Contributions in the Regular Account.

(g)    A newly hired employee who has made a rollover contribution to the Plan in accordance with Subparagraph (f) who has not otherwise become a Participant of the Plan may make, with respect to his rollover contribution, fund transfers in accordance with Section VIII. and withdrawals in accordance with Section XIV.; provided, however, that such employee shall not have a right to make Before-Tax Contributions, After-Tax Contributions or have Company Contributions made on his behalf or institute loans until he has otherwise satisfied the requirements imposed by Section II.

(h)    Subject to the requirements of the Code, the Company may authorize the Trustees of the Plan to accept a trust-to-trust transfer of assets requested by a Participant, Retired Participant or Spouse Beneficiary in cash, Company common stock and/or promissory notes received from a qualified defined contribution plan. The Company common stock shall be allocated to Regular Account Fund D. The account holder shall designate the manner in which all other transferred contributions to the Plan will be invested. Taxable amounts received pursuant to this Section will be treated as Earnings in the Regular Account. Nontaxable amounts will be treated as Unmatched After-Tax Contributions.

(i)    If a payment from the Plan is an eligible rollover distribution within the meaning of Section 401(f)(2)(A) of the Code, the Participant, Former Participant, Retired Participant, Spouse Beneficiary or Alternate Payee may instruct the Plan Administrator to make a direct rollover of all or a portion of his distribution to an eligible retirement plan within the meaning of Section 402(c)(8)(B) of the Code. If an eligible account holder elects not to make a direct rollover of all or any portion of an eligible rollover distribution, that portion shall be subject to the withholding specified in Section 3405 of the Code.

- 40 -

(j)    Overpayments of a distribution under this Plan shall be repaid within thirty (30) days after written demand is made for repayment by the Plan Administrator. In the event repayment is not made either within thirty (30) days of such demand or in accordance with such terms as may be agreed to by the Plan Administrator, an amount, to the extent available, equivalent to the overpaid amount shall be deemed to have been withdrawn by the account holder under Section XIV., XV. or XVI., whichever is applicable, and the limitation on the number of Withdrawals contained in Section XIV.1. shall not apply to such Withdrawal. Until any remaining overpaid amount is repaid or restored, a Participant shall neither deposit After-Tax Contributions nor make Before-Tax Contributions, and Company Contributions shall be suspended.

(k)    Notwithstanding any other provision of the Plan, benefits under the Plan shall be limited as required by the Internal Revenue Code.

2.    Administrative Expense

(a)    Reasonable expenses of administering the Plan, including, but not limited to, record keeping expenses, trustee fees, and transactional costs shall, at the election of the Plan Administrator, be paid by account holders.

(b)    Brokerage fees, transfer taxes, investment fees, wrap fees, rebalancing fees and other expenses incident to the purchase and sale of securities and other investments and incident to the administration of Funds B, C, D, E and F shall be included in the cost of such securities or investments, or deducted from the net asset value of the fund, as the case may be.

(c)    Rebates of record keeping costs or other discounts in connection with investment vehicles available in the Plan shall be used to pay the reasonable administrative expenses of the Plan. If such rebates are paid to the Plan, any excess remaining after reasonable administrative expenses have been paid shall be allocated equally among all account holders who have an account balance greater than zero on an allocation date chosen by the Plan Administrator.

3.    Modification or Termination

The Company reserves the right to change or discontinue this Plan in its discretion by action of the Company or by written instrument executed by such person or persons as the Company may designate; provided, however, any change which has the effect of reducing or terminating benefits under this Plan will not be effective until one year following announcement of such change by

- 41 -

the Company, unless earlier change is required to comply with governmental regulations. In the event of the complete or partial termination of the Plan, or complete discontinuance of Company Contributions under the Plan, distribution of full shares of Company common stock, and all cash balances including those resulting from the liquidation of Funds B, C, E and F will be made to the affected Participants in accordance with Section XVI.4.(a).

4.    Transition to Amended Plan

Where an individual is in a bargaining unit represented by a union for collective bargaining, with which discussions have been had concerning this Plan as last amended, the provisions of the amended Plan shall not become effective for such individual unless and until (i) such discussions or (ii) existing collective bargaining agreements result in favor of applicability of the amended Plan. The terms of the Plan in effect immediately prior to the last amendment shall continue to apply to an individual so excluded unless and until discussions with the union representing his unit have concluded in favor of applicability to the unit of the amended Plan or of other employee benefits in lieu thereof, or unless and until the individual is made eligible under the amended Plan by lawful unilateral action of the Company.

5.    Transfer of Assets

(a)    In the case of any merger or consolidation with, or transfer of assets or liabilities to, any other plan, each employee shall (if the Plan is then terminated) receive a benefit immediately after the merger, consolidation, or transfer which is no less than the benefit to which he would have been entitled immediately before the merger, consolidation, or transfer (if the Plan had then terminated).

(b)    In connection with an individual's transfer of employment to an Affiliated Group Company or pursuant to such individual's employment at Company request with a partnership or joint venture in which the Company has an ownership interest, he may elect to have his account in this Plan transferred to the qualified profit-sharing plan of the company to which he was last transferred or of such partnership or joint venture by which he was last employed. The transfer may be made in cash or in kind, whichever the Plan Administrator determines most appropriate under the circumstances. The balance in the individual's Before-Tax Account will not be transferred unless the plan to which it is to be transferred satisfies the requirements of Code Section 401 (k). The balance in his loan account (Fund L) will be transferred only if the trustee of the receiving plan will accept the promissory note(s). Account balances to be transferred will be valued and transferred as soon as practicable following receipt by the Plan Administrator of proof satisfactory to the Plan Administrator that the

- 42 -

Plan to which assets are being transferred is a tax-qualified plan under the Code. The individual may exercise this option at any time prior to termination of employment with the Affiliated Group Company, partnership or joint venture.

(c)     In connection with the acquisition of a business or facility, or an individual's transfer of employment from an Affiliated Group Company or an individual's employment with the Company immediately upon the termination of such individual's employment, at Company request, from a partnership or joint venture in which the Company has an ownership interest, the Company, in its discretion, may direct the Trustee to accept a transfer of assets. The Company may decide whether to permit a transfer of cash, in-kind assets, and/or promissory notes, which must be converted to promissory notes under this Plan. Cash received will be allocated to employees' accounts based on the value on the date on which the transfer takes place.

For accounts transferred from a plan with identical investment options, assets held in those options shall be transferred in kind.

For accounts transferred from a plan without identical investments, transferred amounts will be invested as follows:

    i.   For an individual who is currently participating in this Plan and has elected the investment options in which his Plan account is invested, assets shall be invested according to that election.

    ii.  If the transferring individual has not made a proper investment election, assets transferred shall be invested in the Conservative Asset Allocation Fund.

Amounts received which were employee contributions will be treated as Unmatched After-Tax Contributions; amounts which were before-tax contributions will be treated as Unmatched Before-Tax Contributions; amounts which were earnings on before-tax contributions will be treated as Earnings on Before-Tax Amounts and all other amounts received will be treated as Earnings in the Regular Account.

(d)     In connection with the previous acquisition of a business or facility in which the seller agreed to later re-employ individuals who had become employees of the Company, the Company may, in its discretion, direct the Trustee of the Plan to transfer account balances of Former Participants who are so re-employed to the trustee of the seller's qualified defined contribution plan, provided the requirements of Section 414(1) are satisfied.

- 43 -

(e)    Any benefits, rights or features required to be preserved with respect to assets transferred to the Plan through transfer or merger shall be preserved as described in Exhibit A.

6.    No Guarantee of Security Values

The Company does not guarantee or represent in any way that the value of stocks and other assets in which the account holder has an interest will increase or will not decrease. Each Participant assumes all risks in connection with any changes in the value of securities and other assets in the various Funds in which he may have an interest.

7.    Limitations on Annual Additions

This Plan provision supersedes any other Plan provision which would conflict with this one.

(a)    In no case may annual additions to a Participant's account, determined on a calendar year basis, either solely under the Plan or under an aggregation of the Plan with all other defined contribution plans maintained by the Corporate Employer, exceed the lesser of 100% of his Compensation or $40,000 (as adjusted in accordance with section 415(d) of the Code). For this purpose, "annual additions" are, for any year, the sum of (1) contributions to a defined contribution plan on behalf of a Participant by the Corporate Employer, including deferrals under Code sec. 401(k), and (2) employee contributions; provided, however, that Annual Additions for any Plan Year beginning before January 1, 1987, shall not be recomputed to treat all the employee's contributions as Annual Additions. If the limitation in this paragraph would otherwise be exceeded, After-Tax and Before-Tax Contributions will be returned or paid, and Company Contributions will be removed from the employee's account and applied to reduce the subsequent contributions of the Company under the Plan, to the extent necessary, as determined by the Plan Administrator.

(b)    From time to time, and at least annually, the level of participation in the Plan will be reviewed and, if necessary, the amount of After Tax and Before Tax Contributions which may be elected in accordance with Paragraph 1 of Section IV. will be adjusted to assure that the Plan continues to satisfy Internal Revenue Service guidelines.

8.    Qualified Domestic Relations Orders

The Plan will make payment from an account holder's Regular and/or Before-Tax Account as required by a qualified domestic relations order, as

- 44 -

defined under Sec. 414(p) of the Code. Any amounts awarded to an alternate payee, prior to the death of the Participant, Former Participant or Retired Participant pursuant to a domestic relations order determined by the Plan Administrator to be qualified shall be distributed within 90 days of such determination, unless the qualified domestic relations order specifies that the Alternate Payee shall have an account in the Plan. No Loan, Withdrawal, or other action otherwise permissible pursuant to any provision of the Plan shall be taken which, in the opinion of the Plan Administrator, may be inconsistent with the provisions of a qualified domestic relations order.

9.    Subsidiaries with No Defined Benefit Pension Plan

For purposes of Sections XVI.2(d), XVI.3(a)(i) and XVI.3(e) only, a Participant with at least 50 years of age and 15 years of service who voluntarily terminates from a subsidiary that has no defined benefit pension plan shall be treated the same as a Participant who retired under Section IV. of the Company's Pension and Retirement Plan.

10.    Normal Retirement Age and Years of Participation

Normal retirement age under the Plan is age 65. A Participant's years of participation will include (1) his period of continuous participation in the Plan immediately prior to January 1, 1976, and (2) any computation period during which an employee participates in the Plan and at the same time is compensated with respect to 1,000 or more hours or, if greater, the period of his continuous participation after January 1, 1976. For determining years of participation, an employee will be treated as being compensated with respect to 190 hours for each month in which he is compensated with respect to at least one hour. In the case of a reenrolled Participant, periods of participation prior to reenrollment will be recognized only as provided in Paragraph 6 of Section XVI.

11.    Compensation Taken into Account

The maximum amount of annual compensation of a Participant that shall be taken into account under this Plan for any year shall not exceed the amount prescribed in Code Section 401 (a)(17).

12.    No Decrease of Accrued Benefit

No amendment to the Plan shall be effective to the extent it has the effect of decreasing a Participant's accrued benefit. For purposes of this paragraph, a Plan amendment which has the effect of decreasing the Participant's account balance or eliminating an optional form of benefit, with respect to the

- 45 -

benefits attributable to service before the amendment shall be treated as reducing an accrued benefit.

13.    Change to Vesting Schedule

If the Plan's vesting schedule is amended, or the Plan is amended in any way that directly or indirectly affects the computation of the Participant's nonforfeitable percentage or if the Plan is deemed amended by an automatic change to or from a top-heavy vesting schedule, each Participant with at least three (3) Years of Service with the Employer may elect, within a reasonable period after the adoption of the amendment or change, to have the nonforfeitable percentage computed under the Plan without regard to such amendment or change.  For Participants who do not have at least one (1) Hour of Service in any Plan Year beginning after December 31, 1998, the preceding sentence shall be applied by substituting "five (5) Years of Service" for "three (3) Years of Service" where such language appears.

The period during which the election may be made shall commence with the date the amendment is adopted or deemed to be made and shall end on the latest of:

(1)    Sixty (60) days after the amendment is adopted;

(2)    Sixty (60) days after the amendment becomes effective; or

(3)    Sixty (60) days after the Participant is issued written notice of amendment by the Employer or Plan Administrator.

Furthermore, if the vesting schedule of a Plan is amended, in the case of an Employee who is a Participant as of the later of the date such amendment is adopted or the date it becomes effective, the nonforfeitable percentage (determined as of such date) of such Employee's right to his Employer-derived accrued benefit will not be less than his percentage computer under the Plan without regard to such amendment.

14.    Definitions

The term **"Affiliated Group"** means the Controlled Group, but does not include any foreign subsidiary or any domestic subsidiary which derives in excess of 50% of its gross income for a taxable year from sources without the United States (as defined in Section 7701(a.)(9) of the Code).

The term **"Before-Tax Account"** means the account in which a Participant's Before-Tax Contributions and earnings thereon are maintained.

The term **"Code"** means the Internal Revenue Code of 1986, as amended.

- 46 -

The term **"Company"** means E. I. du Pont de Nemours and Company, any subsidiary or part thereof and any joint venture or partnership in which E. I. du Pont de Nemours and Company has an ownership interest, provided that such entity (1) adopts this Plan with the approval of the E. I. du Pont de Nemours and Company, or such person or persons as the E. I. du Pont de Nemours and Company may designate and (2) agrees to make contributions in respect of any of its employees who become

The term **"Compensation"** shall mean the compensation of the Participant, as defined in Treasury Reg. 1.415-2(d), but including any elective deferrals not includible in the gross income of the employee pursuant to Code Sections 125, 402(e)(3) or, for Plan Years beginning after December 31, 2000, Code Section 132(f)(4). The annual compensation of each Participant taken into account for determining all benefits provided under the Plan for any determination period shall not exceed $200,000, for Plan Years after December 31, 1988, and shall not exceed $150,000 for Plan Years after December 31, 1993, as such limit is adjusted by the Secretary as provided under Section 415(d) of the Code. If the period for determining compensation used in calculating an allocation for a determination period is a short Plan Year (i.e., shorter than 12 months), the annual compensation limit is an amount equal to the otherwise applicable annual compensation limit multiplied by a fraction, the numerator of which is the number of months in the short Plan Year, and the denominator of which is 12.

The term **"Controlled Group"** means E. I. du Pont de Nemours and Company and its controlled group of corporations within the meaning of Section 1 563(a) of the Code.

The term **"Corporate Employer"** shall mean the Controlled Group, as modified by Code Section 415(h).

The term **"employee"**

(1)     includes all employees of the Company;

(2)     includes U.S. citizens on leaves of absence granted under Section IV.1.(g) of the Service Rules, hired by the Company and subsequently employed by a foreign or domestic subsidiary of the Company, who may be treated as employees of the Company under Section 406 or 407 of the Code;

(3)     includes a non-U.S. citizen on leave of absence granted under Section IV.I.(g) of the Service Rules, hired by the Company and subsequently employed by a member of the controlled group;

(4)     excludes an individual who is on temporary assignment with the Company from a foreign affiliate of the Company; and

- 47 -

(5)  includes an individual who must be treated as an employee under Section 414(n) of the Code (a "Leased Employee"), but only to the extent required by that Code section and final regulations thereunder. A Leased Employee shall be treated as an employee for purposes of determining Hours of Service for participation and nonforfeitability of benefits (in the event the individual becomes an employee without regard to this paragraph). A Leased Employee shall be treated as an employee for purposes of the other requirements set out in Section 414(n)(3) of the Code.

The term **"Former Participant"** shall mean an individual who had been a Participant but who terminated his service with the Company under circumstances described in Section XVI.4.(f)(i) or (ii).

The term **"Gain-Sharing Program"** shall mean a pay program that provides additional pay only if business objectives are exceeded.

The term **"Highly Compensated Employee"** shall mean an employee who:

(i)  was a five percent (5%) owner (as defined in Section 416(i)(1) of the Code) of the Employer during the Plan Year in question or the preceding Plan Year, or

(ii)  for the calendar year ending in the Plan Year, received Compensation in excess of $80,000 and was in the top-paid group of employees (as defined in Section 414(q) of the Code).

The $80,000 amount shall be automatically adjusted if and to the extent the corresponding amount applicable under Section 414(q) is adjusted by the Secretary of the Treasury.

The term **"Hour"** means each hour for which an employee is compensated or entitled to compensation for the performance of duties and includes each such hour for which back pay, irrespective of mitigation of damages, has been awarded or agreed to by the Company. An hour also includes each hour for which an employee is compensated or entitled to compensation due to vacation, holiday, illness, incapacity (including disability), jury duty, military duty or leave of absence. No more than 501 hours shall be credited hereunder to any employee on account of any single continuous period during which no duties are performed unless such period of compensation is taken into account in determining an employee's length of continuous service under the Service Rules. Hours shall be credited to the period during which the duties are performed or to which the payment relates and, in the case of a period where no duties are performed, shall be credited on the basis of the number of regularly scheduled working hours during the period. All hours shall be credited in conformance with Section 2530.200b-2(b) and (c) of Department of Labor regulations, which is incorporated herein by reference.

- 48 -

The term **"Matched Before-Tax"** means Before-Tax Contributions on which related Company Contributions are based.

The term **"Matched Regular"** means After-Tax Contributions on which related Company Contributions are based and all After-Tax Contributions deposited in the Participant's accounts prior to January 1, 1980.

The term **"Monthly Pay"** means the amount determined at the beginning of each month based on a Participant's Normal Annual Earnings.

The term **"Normal Annual Earnings"** means the employee's regular rate of pay as computed by the Company on an annual basis without consideration of occasional or temporary variations from normal working hours. For purposes of this Plan, "pay" shall not include (1) allowances in connection with transfer of employment or termination of employment and other special payments, or (2) awards, Variable Pay or payments under a gain sharing program, the Special Compensation Plan, the Incentive Compensation Plan, the Stock Option Plan, the former Dividend Unit Plan, or similar plans of the Company or any of its affiliated companies.

The term **"Participant"** shall mean an employee of the Company who is participating in this Plan in accordance with the terms of the Plan.

The term **"Plan Year"** means January 1 through December 31.  Before January 1, 2005, "Plan Year" meant October 1 through September 30 and the short "Plan Year" beginning October 1, 2004 and ending December 31, 2004.

The term **"Regular Account"** means the account in which a Participant's After-Tax Contributions, Company Contributions, and earnings thereon are maintained.

The term **"Required Beginning Date"** for an individual who is a "5% owner" as defined in Sections 401(a)(9) and 416 of the Code shall mean April 1 of the calendar year following the calendar year in which he attains 70 ½, and for any other individual shall mean April 1 of the calendar year following the later of the calendar year in which he attains age 70 ½ or retires.

The term **"Retired Participant"** shall mean such person who had been a Participant but who retired under Section IV., XI.A.(I ) or XI.A.(2) of the Company's Pension and Retirement Plan.

The term **"Service Rules"** means the Company's Continuity of Service Rules.

The term **"Settlement"** means final valuation of an account holder's accounts in preparation for distribution of the balance of his accounts.

The term **"Spouse Beneficiary"** shall mean a spouse who is designated a primary beneficiary of a Participant or Retired Participant in accordance with Section XVI.4.(c).

The term **"Transfer"** means transfer of Plan assets between or among the various Plan Funds in accordance with Section VIII. of the Plan.

The term **"Unmatched After-Tax"** means After-Tax Contributions deposited in the Participant's accounts after December 31, 1979, on which no related Company Contributions are based.

The term **"Unmatched Before-Tax"** means Before-Tax Contributions on which no related Company Contributions are based.

The term **"Variable Pay"** shall mean the variable payment under a pay program that relates a portion of total pay to business objectives such that if objectives are met, targeted pay levels are reached; but if objectives are exceeded or are not met, pay is above or below targeted levels.

15.    Military Service

Notwithstanding any provision of this Plan to the contrary, contributions, benefits and service credit with respect to qualified military service will be provided in accordance with section 414(u) of the Code.

**EXHIBIT A**

RESERVED

# EXHIBIT C

## Your DuPont Benefit Resources

# DuPont Savings and Investment Plan

**July 2003**

As of July 2003, participating employers in the DuPont Savings and Investment Plan include:

• E. I. du Pont de Nemours and Company

• DuPont Dow Elastomers L.L.C.

• Optimum Quality Grains, L.L.C.

• DuPont Textiles & Interiors, Inc.

• DuPont Photonics Technologies, L.L.C.

• DuPont Protective Apparel Marketing Company

All references to "the Company" in this document pertain to the specific company that employs you.



*The miracles of science*

# TABLE OF CONTENTS

DETAILS OF THE PLAN ....................................................................................................1
    INTRODUCTION ...........................................................................................................1
    WHEN YOU ARE ELIGIBLE .........................................................................................1
    HOW TO ENROLL ........................................................................................................1
    HOW MUCH YOU CAN SAVE ......................................................................................2
    CATCH-UP CONTRIBUTIONS .......................................................................................3
    BEFORE-TAX AND REGULAR SAVINGS .......................................................................3
    WHAT DUPONT CONTRIBUTES ..................................................................................5

INVESTMENTS .................................................................................................................5
    YOUR INVESTMENT CHOICES ....................................................................................5
    PLAN EXPENSES ........................................................................................................7
    INVESTING YOUR ACCOUNT ......................................................................................8
    HOW YOUR ACCOUNT CAN GROW ...........................................................................8
    CHANGING YOUR INVESTMENT CHOICES AND SAVINGS RATE .....................................9
    TRANSFERS AMONG FUNDS IN YOUR REGULAR OR BEFORE-TAX ACCOUNT .............10
    SECTION 404(C) OF ERISA ....................................................................................10

LOANS ...........................................................................................................................11

WITHDRAWALS ..............................................................................................................13
    WITHDRAWALS FROM YOUR REGULAR ACCOUNT ....................................................14
    SUSPENSIONS AND FORFEITURES .............................................................................15
    BUY-BACK OF FORFEITED COMPANY CONTRIBUTIONS .............................................15

TAX TREATMENT OF WITHDRAWALS AND DISTRIBUTION ...........................................16
    SPECIAL RULES FOR WITHDRAWALS OF AFTER-TAX CONTRIBUTIONS ......................17
    POSSIBLE TAX ADVANTAGES WHEN RECEIVING A LUMP-SUM DISTRIBUTION .............18

TERMINATION OF EMPLOYMENT ...................................................................................18
    IF YOU RETIRE .........................................................................................................18
    ELECTING PERIODIC PAYMENTS ...............................................................................19
    TERMINATION OF EMPLOYMENT BEFORE RETIREMENT ............................................20
    VESTING ..................................................................................................................21
    IF YOU ARE REEMPLOYED .......................................................................................21
    IF YOU DIE ...............................................................................................................21
    MISSING PARTICIPANTS ............................................................................................21
    SALE OR OUTSOURCING OF BUSINESS ......................................................................22
    HOW TO APPLY FOR PAYMENT OF YOUR ACCOUNTS ...............................................22
    CONTACTING MERRILL LYNCH .................................................................................22

ADMINISTRATIVE INFORMATION ...................................................................................22
    PLAN NAME AND IDENTIFICATION NUMBER .............................................................22
    TYPE OF PLAN AND PLAN YEAR ..............................................................................23
    PLAN ADMINISTRATION AND FUNDING ....................................................................23
    QUALIFIED DOMESTIC RELATIONS ORDER ...............................................................23
    FAIRNESS TEST AND SAVINGS LIMITS ......................................................................23
    LIENS ......................................................................................................................24
    IRS APPROVAL .........................................................................................................24
    PLAN DOCUMENTS ...................................................................................................24
    ERISA RIGHTS ........................................................................................................24
    USING ERISA'S CLAIMS PROCEDURES ....................................................................26
    FUTURE OF THE PLAN ..............................................................................................26

APPENDIX A SIP PLAN ..................................................................................................27
    INVESTMENT LIST (AS OF JULY 1, 2003) .................................................................27
    MUTUAL FUNDS AND COLLECTIVE TRUST FUNDS ....................................................27
    ASSET ALLOCATION FUNDS ....................................................................................29

# DETAILS OF THE PLAN

## Introduction

The DuPont Savings and Investment Plan (SIP) is designed to help you save for your long-term financial needs.

If you decide to join and save a percentage of your pay, DuPont will add to your savings with contributions of its own. It's a way for you to save systematically. What's more, it's a Plan with a tradition since 1955 of helping DuPont employees.

Here are the highlights:

- Generally, you can save up to 100% of your pay on a before-tax basis or an after-tax basis, subject to annual, legal limits on maximum allowable savings amounts.
- DuPont matches 50 cents of every dollar you save up to 6% of your monthly pay.
- Although savings over 6% of pay are not matched by DuPont, you can still enjoy the tax advantages and the investment opportunities available.
- Your before-tax savings, the Company's matching contributions and the earnings in your account accumulate on a tax-deferred basis while they are in the Plan. Taxes are deferred until you receive the money.
- You can direct contributions into any available investment option.
- You may borrow from your accounts.
- Administration and record-keeping services for the Plan are provided by Merrill, Lynch, Pierce, Fenner and Smith. You can contact Merrill Lynch's DuPont Participant Service Representatives at 1-877-337-5267. Note that all calls will be recorded for your protection. In addition, significant information about your SIP account, including the ability to process certain transactions via the web, is available at Merrill Lynch's Benefits OnLine℠ website (http://www.benefits.ml.com).

The SIP Statement of Account report that you receive from Merrill Lynch each quarter shows your SIP account balance plus other information about the status of your account.

This booklet constitutes part of a prospectus covering securities that have been registered under the Securities Act of 1933.

Details are in the following pages.

## When You Are Eligible

You're eligible to enroll in the Plan as of the first day of the calendar month following your date of hire.

## How to Enroll

Once you're eligible, you may enroll in the Plan at any time.

Early in the month following your date of hire, Merrill Lynch will mail enrollment information directly to your home. Enrollment is over the phone with no form to complete. To enroll or ask questions, you can contact Merrill Lynch at 1-877-337-5267.

## How Much You Can Save

Generally, you can save up to 100% (in whole percentages) of your monthly pay, on a before-tax or after-tax basis, within certain limits as explained below. The percentage you elect will be applied to your total eligible pay, but contributions will be withheld only to the extent money is left after other deductions, such as taxes, contributions to BeneFlex and other employer plans, loan repayments and union dues.

Monthly pay (figured at the beginning of each month) is based on your normal annual earnings: that is, your regular rate of pay including regularly scheduled overtime, but without considering occasional or temporary variations from normal working hours, awards under VC, GVC or other incentive or special compensation plans, payments for relocation, or allowances in connection with termination of employment.

Contributions by highly compensated employees are limited to lower amounts designed to satisfy IRS limits. You can find out the limit effective each month by checking the HR webpage at http://www1.lvs.dupont.com/hr or by calling Merrill Lynch. The IRS limits your before-tax savings to $12,000 for 2003. The limit has been adjusted each year for inflation. At the beginning of each year, the adjusted limit for that year is published in *PlainTalk*.

In addition, the IRS limits the after-tax, before-tax and total amounts that certain higher-paid employees may contribute to the SIP; see section "Fairness Test and Savings Limits" in the "Administrative Information" section for further explanation.

Because of these legal limits, there may be instances in any given processing month whereby the full expected employee contribution cannot be taken and deposited in either the employee's Before-Tax or After-Tax account. For those instances, the Plan will deposit employee contribution dollars into the designated account up to the legal limit. Any monthly residual contribution dollars not deposited will be subject to two return "Reduction" options based on an employee indicator.

The two return "Reduction" options are:

1. **Convert to other Account**—the record keeper will attempt to accept and deposit the residual employee contribution dollars to the alternate account (i.e., assume you the employee are requesting an employee contribution to be made to the Before-Tax Account). The full deduction cannot be taken to this account because the annual Before-Tax Account maximum contribution legal limit has been reached. The record keeper will attempt to accept and deposit those employee contribution dollars not taken in the After-Tax Account provided no other legal or Plan limits have been exceeded. If this condition cannot be met, the residual contribution dollars are returned to you the employee in your next available paycheck.

2. **Return by check**—the record keeper will return those residual contribution dollars not deposited directly back to your next available employee paycheck.

The Employee indicator is set at enrollment by the employee or can be changed by the employee at any time after enrollment by calling Merrill Lynch or can be changed on the Merrill Lynch Benefits OnLine℠ website.

# Catch-up Contributions

Under the Economic Growth and Tax Relief Reconciliation Act of 2001 (EGTRRA), participants 50 years or older can now defer additional pre-tax dollars into their 401(k) accounts. These additional amounts are called catch-up contributions. The government introduced catch-up contributions as a way for eligible participants to increase their retirement savings beyond IRS and Plan limits.

### Who is eligible to make catch-up contributions?

You are eligible to make catch-up contributions if:

• You are age 50 or older (or are projected to reach age 50 by the end of the calendar year), *and*

• You reach either:

— The calendar year legal limit or the Plan limit (for highly compensated employees) on the amount you contribute to your Before-Tax Account

— The calendar year legal limit on the amount you and DuPont contribute in total to your SIP account (currently the limit is $40,000)

### How will catch-up contributions be treated within the Plan?

• Catch-up contributions are not eligible for Company matching contributions under the Plan.

• Catch-up contributions will follow the investment direction you have chosen for your Before-Tax Account.

• Catch-up contributions are eligible for loans and hardship withdrawals, as are other Before-Tax contributions you make to the Plan.

### How do I make a catch-up contribution?

You can make a catch-up contribution by simply increasing your overall before-tax savings rate. To be eligible to make a catch-up contribution, you must also contribute up to the maximum IRS pre-tax savings limit for that calendar year or, if you're highly compensated, up to the Plan limit for the Plan Year for highly compensated employees.

# Before-Tax and Regular Savings

You may make your savings as either Before-Tax Savings or After-Tax Savings, or split your savings between the two. After-Tax Savings are held in your Regular Account.

In both the Before-Tax Account and the Regular Account, investment earnings on your savings grow tax-free until you withdraw the money from the Plan. However, there are major differences between saving in one account versus the other, regarding:

• the way your savings are taxed both when they're deposited and when they're withdrawn, and

• your access to the money in your accounts while you're still employed.

It's important to take these differences into consideration when you're deciding whether to save on a before-tax or after-tax basis.

In general*, you can save a combined total of 100% of your monthly pay in both accounts.

*Subject to legally required testing limitations and the $40,000 annual cap.

> **IMPORTANT NOTE: Never select a higher savings rate or combination of rates than you can afford to have deducted from your paycheck.**

### The Before-Tax Account

The money you save in the Before-Tax Account is deducted from your paycheck *before* federal and many state income taxes are figured. The amount you save in before-tax dollars reduces your taxable income, so you owe less tax now.

The taxes you save are not canceled, they're just deferred. The tax on your before-tax savings is due when the money is distributed or withdrawn. Depending on when and how you receive the money, you may be eligible for special tax treatment, or you may owe a 10% additional income tax on the amount withdrawn (see section "Tax Treatment of Withdrawals and Distribution").

An important point to keep in mind is that, in return for allowing you to defer paying taxes now, the IRS limits your right to withdraw the money in your Before-Tax Account while you're still working, as explained in section "Withdrawals."

### After-Tax Contributions in the Regular Account

Money you save as After-Tax Contributions in the Regular Account goes into the Plan *after* federal and state taxes have been deducted. Since taxes on this money have already been paid, you may withdraw your savings from this account while you're working.

The way a withdrawal of after-tax contributions from your savings in your Regular Account will be taxed depends on whether the money was contributed to your account before or after January 1, 1987. For more information, see "Tax Treatment of Withdrawals and Distribution."

### A comparison of before-tax and after-tax savings

Here's an example showing how before-tax and after-tax savings might compare for someone saving 6% of pay:

|  | Before-Tax Account | Regular Account |
|---|---|---|
| Pay | $25,000 | $25,000 |
| Before-tax savings (6%) | −1,500 | — |
| Taxable pay | $23,500 | $25,000 |
| Federal income tax* | −1,095 | −1,268 |
| Subtotal | $22,405 | $23,732 |
| After-tax savings (6%) | — | −1,500 |
| Spendable pay | $22,405 | $22,232 |

*Estimated based on 2003 federal income tax rates, married, two exemptions. Social Security, state and local taxes are not included here.

## What DuPont Contributes

For every dollar that you contribute each month—up to 6% of your pay—DuPont will contribute 50 cents. Your savings over 6% of your pay are not matched by DuPont.

The money DuPont contributes to match your contributions is deposited as matching contributions in the Regular Account regardless of where your savings are deposited.

Here is an example of how your savings and the Company's contributions can work together to increase your savings opportunity in the Plan.

Let's assume that your monthly pay is $2,000 and that you elect to save 6% of your pay, or $120 a month:

| | |
|---|---|
| Your savings (6% of $2,000) | $120 |
| Company matching contributions (50% of $120) | +60 |
| Your total monthly savings | $180 |

## INVESTMENTS

### Your Investment Choices

The SIP has several investment options. They're described briefly below and in Appendix A attached to this SPD:

**DuPont Stock Fund** helps you become a DuPont stockholder. The trustee of the DuPont Stock Fund buys and sells shares of DuPont common stock on the open market.

Your DuPont Stock Fund is not a unitized fund but is expressed in terms of whole and fractional shares of DuPont common stock. The value of your account in the DuPont Stock Fund is based on the composite market price of the stock on the valuation date, times the number of shares, including any fractional share.

Dividends earned by shares in this fund are used to buy additional stock for you. You can vote the shares you have in the DuPont Stock Fund just like any other DuPont stockholder. Except in a tender offer, if you don't give voting instructions to the trustee, the Company will hire an independent party to vote your shares (in the past, the Company has hired Wilmington Trust Company). In a tender offer, however, if you don't return the tender materials, you will be considered to have elected not to tender.

Your DuPont Stock Fund stock is held by the trustee while in your account. You may elect, at any time, to transfer the value of your shares to another investment option or to purchase DuPont stock with the value of units transferred from another option. You may also elect to withdraw (if eligible) your shares held in the Plan either in cash or in kind (subject to the vesting and/or penalty provisions of the Plan). A withdrawal of stock may result in taxable income in the year delivered.

When delivered, DuPont Stock Fund stock is registered in your name only. While it's in the trust, the stock will be registered in the name of the trustee (Merrill Lynch), but you will own it. Once delivered, dividends on those shares are paid directly to you.

The Plan's DuPont Stock Fund is considered an Employee Stock Ownership Plan, commonly referred to as an ESOP. Because the DuPont Stock Fund is an ESOP, you now have the flexibility to decide whether you want your DuPont Stock dividends reinvested in your Plan account or paid out to you as cash. If you elect to receive the dividend as cash, it is taxable to you, but there are no early withdrawal penalties. You have the ability on an ongoing basis to make decisions about how your stock dividends will be handled when dividends are declared and payable. If your wish is to have your DuPont Stock dividend paid to you as cash for a calendar quarter, you must contact Merrill Lynch at 1-877-337-5267 or make your election via the web on the Benefits OnLine℠ website. You may make or change your election during the first two months of each quarter, effective for dividends payable for that quarter. Your election stays in effect until you change it. If you wish to have your dividend reinvested in the plan, no action is required and your dividend will automatically be reinvested in DuPont Stock.

**ConocoPhillips Stock Fund.** This Fund was established to accommodate the merger and subsequent sale of Conoco Inc. The trustee holds stock while in your account. You may elect, at any time, to transfer the value of your shares to another fund. No new shares can be added to the account. The trustee of the ConocoPhillips Stock Fund only sells shares of ConocoPhillips stock on the open market. Dividends earned by shares in this fund are invested according to your current investment direction for that account and **are not reinvested** in ConocoPhillips stock.

Your ConocoPhillips Stock Fund is not a unitized fund but is expressed in terms of whole and fractional shares of common stock. The value of your account in the ConocoPhillips Stock Fund is based on the composite market price of the stock on the valuation date, times the number of shares, including any fractional share.

You can vote the shares you have in the ConocoPhillips Stock Fund just like any other ConocoPhillips stockholder. If you don't give voting instructions to the Trustee, you will be considered to have made an election not to vote your shares.

You may also elect to withdraw (if eligible) your shares held in the Plan either in cash or in kind. A withdrawal of stock may result in taxable income in the year delivered.

When delivered, ConocoPhillips stock is registered in your name only. While it's in the trust, the stock will be registered in the name of the trustee (Merrill Lynch), but you will own it. Once delivered, dividends on those shares are paid directly to you.

**Stable Value Fund** seeks to provide a steady rate of return on your savings with a high degree of safety of principal. Investments are made in contracts negotiated periodically with financial institutions including insurance companies and banks. A large portion of these contracts are backed by fixed income securities providing further diversification and security. The investment contracts provide for the return of principal in full, plus the payment of interest at a rate specified for a period of time. A portion of the Stable Value Fund (current savings plus proceeds paid from maturing contracts less any loans, transfers and withdrawals) is regularly invested throughout the year in new investment contracts at then-current interest rates. This produces a weighted average, or blended, interest rate that varies daily depending on the flow of monies into and out of the fund. It also smoothes the peak-and-valley effect of changing interest rates

on the fund's return. When interest rates fall, the Stable Value Fund's return will slowly decline; when interest rates rise, the return gradually increases. Over time, interest earned on the Stable Value Fund is expected to exceed the earnings on savings accounts, certificates of deposit and money market funds.

For record-keeping purposes, money in the Stable Value Fund is recorded both in dollar amounts and "units." In simplified terms, the value of one unit equals the total value of the fund divided by the total number of shares (or "units") held by the persons investing in that fund.

The Stable Value Fund is valued as of each business day.

**Mutual Funds and Collective Investment Trust** are funds, each having a different investment objective and risk versus potential gain profile. The investment objective for each of the funds is summarized in Appendix A. Participants will have no ownership interests in any particular securities in these funds and may not request an in-kind distribution of any such securities.

Each of the mutual and collective funds offered through SIP is valued daily. If you like to keep close track of your account, you can call Merrill Lynch to hear account value information daily or view your account via the web on the Benefits OnLine℠ website.

**Asset Allocation Funds.** Investors who are uncomfortable making asset allocation decisions may find these options attractive because the responsibility of making the allocation decision has been predetermined.

The key to using these portfolios is to determine your level of tolerance for investment risk.

Once you have done that, you simply choose the portfolio that best meets your needs. For record-keeping purposes, money in the Asset Allocation Portfolios is recorded both in dollar amounts and "units." In simplified terms, the value of one unit equals the total value of the fund divided by the total number of shares (or "units") held by the persons investing in that fund. The Asset Allocation Portfolios are valued as of each business day.

## Plan Expenses

All sales and exchange fees normally associated with any of the mutual funds and collective trusts offered through the Plan are waived for SIP participants. However, you do pay the fees for all of the investment options offered in the Plan, including investment management fees, commissions for buying and selling DuPont and ConocoPhillips stock, dividend reinvestment fees and rebalancing fees for the asset allocation funds.

Any rebates of record-keeping costs or other discounts associated with investment options offered in the Plan will be used first to reduce the administrative expenses of the Plan. If additional amounts remain after the administrative expenses have been paid, those amounts will be allocated equally among all account holders with positive account balances.

SIP may also charge your account for certain administrative fees, such as processing a Qualified Domestic Relations Order or loan.

## Investing Your Account

You may direct investment of your Plan account, in multiples of 1%, among the investment options described in the previous section.

You make separate elections for the Before-Tax and Regular Accounts. Your Regular Account includes your own After-Tax Savings and Company Matching Contributions. You could put 100% of your savings in one investment option or distribute your savings among all options. For example, you could choose to distribute your savings in the following way:

|  | Regular Account | Before-Tax Account |
| --- | --- | --- |
| Stable Value Fund | 30 | 10 |
| DuPont Stock Fund | 30 | 40 |
| Fidelity Magellan | 40 | 5 |
| Franklin Small Cap Growth |  | 5 |
| Basic Value |  | 10 |
| Capital |  | 10 |
| Equity Index Trust |  | 10 |
| Templeton Foreign I |  | 10 |
|  | 100% | 100% |

Note: The example above is for illustration only and is not intended as a suggested investment direction.

Alternatively, you may elect to invest your contributions in one or more of the four asset allocation choices described in Appendix A.

> ***Important Note about Investment Directions:*** **Decisions about where to invest your SIP assets are extremely important. Before deciding to invest, you should read carefully about each option. Additional information about any of the mutual funds, collective trust, stable value fund and the asset allocation choices may be obtained from the prospectus or brochure for each fund (available from Merrill Lynch at 1-877-337-5267) or the Benefits OnLine℠ website. Additional information about the DuPont Stock Fund may be obtained by reading the DuPont Annual Report (copies are available by calling 1-302-774-1000).**

## How Your Account Can Grow

While no one can predict future investment returns, here is an example of how much your savings might be worth in the years ahead under one set of assumptions.

Let's assume you earn $20,000, and that you elect to contribute 6% of your pay each year, or $1,200, and do not make any withdrawals. DuPont matches 50% of the first 6% you save, or $600, each year.

We'll also assume that through your investment elections your account grows at the rate of 8% compounded annually. The following table shows what your annual savings of $1,800 ($1,200 + $600 = $1,800) could be worth in the future.

As you can see in the example that follows, your own savings of $12,000 over 10 years could grow to $26,000 with the Company's contributions and interest. And, after 20 years, your own savings of $24,000 could grow to $82,000—$58,000 more than you personally saved.

Of course, this is just an example using certain assumptions. The figures in the example have been rounded to whole dollar amounts. Also, remember that this example does not include deductions for taxes you would owe when you receive distribution of the value of your account. If investment results averaged less than the assumed 8% compounded growth rate, the total account value would be less than shown here. While investment growth is the objective of each fund, the value of your assets in any investment option may increase or decrease depending on market conditions.

|  | Years of Participation | |
|---|---|---|
|  | **10 Years** | **20 Years** |
| Your contributions | $12,000 | $24,000 |
| Company contributions | +6,000 | +12,000 |
| Total amount invested | $18,000 | $36,000 |
| 8% compounded annual investment growth | +8,000 | +46,000 |
| Total account value | $26,000 | $82,000 |

Note: Keep in mind that your pay will probably increase during your DuPont career, although this example does not include any increases.

## Changing Your Investment Choices and Savings Rate

DuPont recognizes that your financial and personal situations may change. SIP has built-in flexibility that allows you to change the way it can work for you in the future.

At any time, you may change how you want your *future* savings invested. This is called an **investment direction change**. However, this change will be effective for new contributions in the month following the month in which you request the change.

You may also change the rate of your savings at any time, within the limits of the Plan; or you may stop saving temporarily without dropping out of the Plan. When you suspend your savings, the Company also suspends its contributions. However, the money already in your account continues to work for you.

Savings rate changes will also become effective in the month following the month in which you request them.

If you do decide to stop saving, it must be for at least one month.

## Transfers Among Funds in Your Regular or Before-Tax Account

You may sell assets in one fund and simultaneously purchase assets in another. This reinvestment of your current assets is called a **fund transfer**.

You may make fund transfers on any business day.* However, you may not buy *and* sell the same asset on the same business day. Transfers involving the *sale* of DuPont stock will take three business days to complete. Transfers involving the *purchase* of DuPont stock will take two business days to complete.

You may specify either a percentage (1% increments) or a number of shares/units to be sold or bought for the assets involved in the transfer.

Keep in mind that some funds reserve the right to limit the number or timing of trades for what they consider excessive trading.

## Section 404(c) of ERISA

The SIP is intended to comply with section 404(c) of the Employee Retirement Income Security Act of 1974 ("ERISA"). This means that the Plan permits participants to direct the investment of their SIP accounts, and, as long as the Plan satisfies the requirements of section 404(c), the parties that otherwise would be responsible for investment decisions are protected from liability if any losses occur as a result of participants' directions. To comply with section 404(c), the Plan must permit you to choose from among a broad range of investment options and must provide certain information about the Plan and the investment options.

In addition to the information in this booklet, you may request the following information:

- a description of the annual operating expenses of any of the investment options that reduce the rate of return;

- copies of any prospectuses, financial statements, and any other materials provided to the Plan in connection with the investment options;

- a list of the identity and value of assets in the portfolio of each investment option that is not a mutual fund, including, for any fixed rate insurance contracts issued by a bank or insurance company, the name of the insurer and the term and rate of the contract;

- information on the value of shares or units in each investment option, the past and present performance of the option, and the value of shares held in your account.

DuPont is the named fiduciary responsible for making sure this information is provided. To request any of this information, call Merrill Lynch at 1-877-337-5267.

---

*A business day ends at 3 p.m. (Eastern Time). If trouble with the telephone lines prevents your call from going through to Merrill Lynch, your transaction will be completed, at whatever prices are current, as soon as practical after your call is received by Merrill Lynch.

If Merrill Lynch is unable to complete the execution of a trade due to circumstances beyond its control, such as when the Stock Exchange suspends trading, transactions will be completed as soon as practical after trading resumes. These transactions will be combined with the day's executed trades to calculate the average price for the day.

If Merrill Lynch is unable to send trading instructions to the Stock Exchange through some fault of its own, transactions will be completed as soon as practical after Merrill Lynch is again able to send trading instructions. These transactions will be valued at the average of the high and low on the NYSE and transactions will be combined with the day's executed trades to calculate the average price for the day.

You will have the right to exercise any voting or tender decisions with respect to mutual fund shares and DuPont stock held in your account. If there is a voting decision with respect to any mutual fund, you will receive a proxy from Merrill Lynch or directly from the mutual fund sponsor, along with instructions on how to vote.

For DuPont or the ConocoPhillips stock funds, you will receive a proxy card from Merrill Lynch and you will be asked to return your proxy directly to Merrill Lynch. No one at DuPont will be able to find out how you vote your shares. DuPont is the fiduciary responsible for ensuring that these confidentiality procedures are followed. Except for a tender offer, if you do not return a proxy exercising your DuPont shares, DuPont will hire Wilmington Trust (or another independent fiduciary) to decide how to vote your DuPont shares. Wilmington Trust (or the other independent fiduciary) will be the fiduciary responsible for making voting decisions for shares of DuPont stock for which participant voting instructions are not exercised. Any shares of Conoco stock not voted will be considered as if the participant has made an election not to vote. For a tender offer, you are the fiduciary for your shares and if you do not return a tender election, your nonresponse will be considered an election of the default option.

# LOANS

SIP loans provide an alternative to loans from other sources or withdrawals from the Plan. Like any loan, a SIP loan must be repaid with interest within a specified time. But your loan repayment and the interest go into your account.

### Who is eligible

If you are an employee, you may borrow from your SIP accounts if you have a *borrowable account balance* of $1,000 or more.

Your borrowable account balance is one-half of the amount (up to $50,000) that you would be eligible to receive if you terminated your Plan participation.

### For how long

The term of a SIP loan may range from one to five years for any reason, and up to 10 years if it's to buy or build your primary residence. (Check with a Merrill Lynch Participant Service Representative in advance for specific requirements.)

### How much you may borrow

You may borrow from $1,000 to a maximum of $50,000, depending on your borrowable account balance, your highest outstanding SIP loan balance during the previous 12 months and the size of your account.

Merrill Lynch can tell you how much you can borrow from your accounts and what the monthly payments would be for various amounts and durations.

### How many loans you may have

At any time, you may have no more than five loans outstanding, each with its own repayment term. However, the total amount you borrow cannot exceed the limits discussed above.

*Interest and repayment*

The interest rate charged for new SIP loans is determined each month, based on the rate being charged by five selected banks across the nation for secured personal loans. The loan rate will be the average of these banks' rates. The interest rate you are charged at the time you initiate your loan remains in effect for the length of your loan; it doesn't fluctuate during the term of the loan. At the beginning of each month, Merrill Lynch will be able to tell you the current interest rate being charged for loans made that month.

Generally, loans are paid off through monthly payroll deductions or, if you terminate employment, through automatic deductions from your pensions check or bank account. Monthly payments depend on the size and length of the loan and interest rate charged.

You may repay your total outstanding loan balance, in full, in advance, at any time with no penalty. Partial payments, other than normal monthly payments, are not permitted.

*How the loan feature works*

When you take out a loan, the amount you borrow is transferred from either or both of your Accounts to the Loan Fund. As principal and interest are repaid, those amounts are transferred back to your accounts. Loans are not taxable to you, if repaid on schedule.

*How to borrow from your SIP accounts*

Here's how to borrow:

- **Verify how much you can borrow.** A Merrill Lynch Participant Service Representative (or the Voice Response System or the Benefits OnLine℠ website) can tell you how much money you have available to borrow and can help you "model" different loans to determine what will work best for you.

- **Request a loan from a Participant Service Representative or via Benefits OnLine℠.** Indicate how much you want to borrow and for how long. You will also need to specify the order in which your SIP investments should be sold to fund your loan (called a **fund liquidation sequence**).

- **Wait for your check/loan documents.** The check for your loan proceeds will be mailed to you by Merrill Lynch within four business days. Attached to the check will be information about your monthly payments, total finance charges and other information required by truth-in-lending laws. *You must sign the back of your loan check—do not just mark it "For Deposit Only"*—or you will be considered to have taken a withdrawal from your account, rather than a loan, with all the tax and/or penalty consequences involved in a withdrawal (see section "Tax Treatment of Withdrawals and Distribution"). Should your loan request be turned down by the Plan Administrator for any reason, you'll receive a written explanation.

*Repaying your loan*

Merrill Lynch will notify DuPont to begin taking deductions from your paycheck to repay your loan, and will also notify DuPont when your loan payments are scheduled to stop. You may repay the entire outstanding balance of your loan at any time without penalty. (Your loan payoff amount can be obtained by calling Merrill Lynch.) In addition, you may be eligible to have your loan reclassified as a withdrawal, but remember that this will have tax consequences.

### *Failure or inability to repay*

Failure to repay a loan (default) will result in the unpaid balance being deemed (reclassified as) a withdrawal. A default or reclassification will occur if your loan payment has not been received within 45 days of your scheduled payment due date. Loans that are deemed withdrawals are subject to the same rules, limitations and tax consequences as other withdrawals from the Plan. Under certain circumstances, failure to repay your SIP loan could result in a suspension of matching Company contributions for at least six months.

## WITHDRAWALS

### *Withdrawals generally*

Generally, you should know that:

- You are permitted to make only three withdrawals, not counting hardship withdrawals, in a calendar year.

- You must choose the order in which your investment options are cashed to satisfy your withdrawal.

- Under the Internal Revenue Code, if you're younger than age 59½, withdrawals from your Before-Tax Account while you're still working at DuPont are allowed only for reasons of *financial hardship,* as described below.

- Depending whether you are withdrawing *matched* or *unmatched savings,* you may incur a six-month suspension of Company contributions. (Your first 6% of savings are called **matched savings.** Your savings over 6% are called **unmatched savings.** DuPont's match of up to 6% is called **Company contributions.**)

- You may owe income taxes on all or part of any withdrawal and, if you are less than age 59½, or do not meet certain other conditions, a 10% additional income tax on the taxable portion may be owed.

- If you withdraw all of your vested account balances, you still have an obligation to repay an outstanding loan. If a withdrawal reduces your account balance to zero, but a loan is being paid, savings deductions may be stopped.

- Whole shares of DuPont stock that you request "in kind" will be delivered as a stock certificate while the remainder of your account balances will be converted to cash and delivered by check.

- You may request a direct rollover of all or any part of your withdrawal (except a hardship withdrawal) to another qualified plan that accepts rollovers or to an IRA, subject to the terms and conditions on rollover imposed by that plan or IRA.

If you're thinking about withdrawing money from the Plan, you may want to consider borrowing from your accounts instead. For discussion of loans, see section "Loans."

*Withdrawals from Your Before-Tax Account*

In return for allowing you to save on a before-tax basis in SIP, the Internal Revenue Code has imposed some limitations on withdrawals from your Before-Tax Account. While you're working, access to your savings in the Before-Tax Account before age 59½ is limited to withdrawals for financial hardship. Certain Plan-imposed penalties may also apply; see "Suspensions and Forfeitures" for more detail. There are two types of withdrawals from your Before-Tax Account:

• Age 59½ withdrawals

  You may withdraw money from your Before-Tax Account any time after you reach age 59½, even if you are still working for DuPont.

• Hardship withdrawals

  A hardship is defined by the Internal Revenue Service as an immediate and heavy financial need. If you meet the requirements for a hardship, you may make a withdrawal. In a hardship withdrawal, you cannot withdraw any investment earnings that have accrued on your before-tax contributions after December 31, 1988. Earnings that accrued on your before-tax contributions before January 1, 1989, will continue to be available for hardship withdrawals.

You must establish the existence of an immediate and heavy financial need in one or two ways. You may demonstrate by facts and circumstances the existence of an immediate and heavy financial need created by an emergency or extraordinary circumstance or show that need results from one of the following deemed hardship conditions.

• the purchase of your primary residence,

• tuition and other allowable expenses for the next year of post-high school education for you or a participant, participant spouse, children or dependent,

• to pay unreimbursed medical expenses for you or your IRS dependents, or

• to prevent eviction from your primary residence or foreclosure on the mortgage of your primary residence.

The amount withdrawn can't be more than you need to meet the hardship, and you must demonstrate that the funds sought are not available from other sources and/or agree to a six-month suspension from the Plan and other consequences required by the Internal Revenue Service.

This is only a summary of the rules governing hardship withdrawals. If you are considering a hardship withdrawal, you should contact a Merrill Lynch Participant Service Representative as soon as your need is identified to be sure you understand all the rules and to allow sufficient time for processing of your application.

## Withdrawals from Your Regular Account

You may request a withdrawal from your SIP Account by calling a Merrill Lynch Participant Service Representative.

You may request a withdrawal of your unmatched after-tax contributions account at any time.

If all your unmatched after-tax contributions have been withdrawn, you may withdraw your own matched after-tax contributions, nonforfeitable Company contributions and earnings, but see the section titled "Suspensions and Forfeitures" for consequences.

Keep in mind that some or all of a withdrawal may be taxed. For details, see "Tax Treatment of Withdrawals and Distribution."

You may make a withdrawal during a Plan penalty suspension period. Depending on the type of money withdrawn, a new Plan penalty may be imposed as a result of the new withdrawal.

## Suspensions and Forfeitures

Certain types of withdrawals result in a six-month suspension of Company contributions to your account.

You may withdraw from your account with no suspension of Company contributions:

• matched after-tax savings that have been in your Regular Account for more than two years,

• all unmatched after-tax savings in your Regular Account,

• these same savings in your Before-Tax Account after you reach age 59½,

• vested Company contributions that have been in your Regular Account for more than two years, and

• earnings on all contributions.

To determine whether your savings are "matched" or "unmatched," Company contributions match before-tax savings first. Unmatched savings are your savings that are not matched by Company contributions. Generally, these are savings that:

• are in excess of 6% of your pay, or

• you contributed during a Plan penalty suspension, or

• are unmatched supplemental deposits you made to the Plan.

Company contributions will be suspended for six months if you withdraw:

• Matched after-tax contributions deposited during last two years,

• Matched before-tax contributions deposited during last two years, or

• Company matching contributions deposited during last two years.

Merrill Lynch can tell you the amount of savings you have available for withdrawal with or without penalty.

## Buy-Back of Forfeited Company Contributions

If you forfeited Company contributions because you made a withdrawal or terminated Plan participation, you may buy back those Company contributions. To do so you must repay, in a single cash payment, the required amount. The required amount you must pay varies depending on the type of withdrawal.

Buy-back of any forfeited Company contributions must occur prior to termination of your employment with the Company.

Merrill Lynch can provide more detailed information about a buy-back.

You should be aware, however, that if the prior Plan distribution that resulted in forfeiture was considered a lump-sum distribution, a buy-back of forfeited Company contributions could result in adverse tax consequences. Be sure to consult your tax adviser if this situation applies to you.

# TAX TREATMENT OF WITHDRAWALS AND DISTRIBUTION

If you withdraw money from the Plan, some or all of your withdrawal may be taxed.

The following withdrawals are 100% taxable, even for hardship:

• Company contributions and their earnings,

• your savings in the Before-Tax Account and their earnings, and

• earnings on Regular Account savings.

Because these amounts are not taxed when they go into your account, they are fully taxed when withdrawn. So, if you withdraw money from your account during active employment, the money will be added to your other income for that year and taxed at your applicable income tax rate.

In addition to ordinary income taxes, a 10% additional income tax will be imposed on the taxable portion of your distribution *unless* at the time of the withdrawal or distribution:

• you terminated employment with DuPont at or after age 55,

• you are under age 55 in the year you terminate, retire with a right to an immediate pension under the DuPont Pension and Retirement Plan, elect periodic payments calculated over single or joint life expectancies, continue to receive those periodic payments for at least five years *and* you attain age 59½,

• the withdrawal is due to your disability or death,

• you are at least age 59½ when you receive the distribution,

• the withdrawal is used to pay unreimbursed medical expenses in excess of 7½% of your adjusted gross income,

• payment is made to an alternate payee under a Qualified Domestic Relations Order, or

• the withdrawal is rolled over to an IRA or another qualified plan within 60 days.

To the extent that any taxable money is sent directly to you (other than certain periodic payments and required distributions after age 70½), DuPont is required to withhold 20% of the taxable amount to meet federal tax requirements before mailing the distribution to you. Hardship withdrawals are not subject to the mandatory withholding requirements.

You can avoid the 20% federal withholding requirement by requesting a direct rollover of all or part of the taxable portion of your withdrawal/distribution to an IRA or to another tax-qualified plan. Merrill Lynch can tell you how to process a direct rollover request.

# Special Rules for Withdrawals of After-Tax Contributions

All of your After-Tax contributions made to the Plan *before January 1, 1987,* can be withdrawn during active employment for any reason, with no taxes applied to the withdrawal.

Your after-tax contributions to the Plan after December 31, 1986, can also be withdrawn for any reason, but they are not free from taxes. Once you have withdrawn all pre-1987 after-tax contributions, a portion of each subsequent withdrawal from your Regular Account will include investment earnings, and will be taxable. The amount of your withdrawal that is considered a return of your after-tax savings, and consequently nontaxable, will be determined by using the following formula:

total remaining* savings in your Regular Account contributed after December 31, 1986

*divided by*

total remaining* savings in your Regular Account contributed after December 31, 1986,
plus their investment earnings

*multiplied by*

the total amount of the withdrawal

*equals*

nontaxable portion of your withdrawal

For example:

- If your after-tax savings in your Regular Account contributed after 12/31/86 equal    $3,000
- And your investment earnings since 12/31/86 equal    $1,000
- The total of your after-tax savings contributed after 12/31/86
  plus investment earnings equals    $4,000
- And your withdrawal equals    $1,000
- ¾ of the withdrawal would not be taxable ($3,000 ÷ $4,000);
  ¼ of the withdrawal would be taxable
- Nontaxable amount equals    $750
- Taxable amount equals    $250

In other words, in the above example, if you withdraw $1,000 that you contributed to your Regular Account after December 31, 1986, $750 would not be taxable; $250 would be considered by the IRS to be a return of investment earnings and subject to regular income tax, the 20% withholding requirement and possibly the 10% additional tax. (See "Tax Treatment of Withdrawals and Distribution.")

*Before this withdrawal

## Possible Tax Advantages When Receiving a Lump-Sum Distribution

If you receive a lump-sum distribution of all or part of your account, you may be able to defer or reduce your tax liability. Consult your tax adviser for details.

In general, you can use only one of the following tax advantages:

### Defer your tax liability ("Rollovers")

If you take a withdrawal or distribution (other than a hardship withdrawal), you may want to consider *rolling all or part of the taxable amount into an Individual Retirement Account (IRA) or into another employer's qualified plan.* By doing so, you can continue to delay paying taxes on the money. A rollover must be made within 60 days of receipt of the distribution, or you can request that Merrill Lynch roll the specified portion of your distribution directly into an IRA or qualified plan. If your account would otherwise be subject to the 10% additional tax, this approach would let you avoid paying the additional tax if you leave your money in the IRA or other plan until you are age 59½. However, you will not be able to use five- or 10-year averaging (described below) to calculate taxes on a distribution from an IRA.

Remember that if you elect to receive your funds directly, the withholding requirements discussed in "Tax Treatment of Withdrawals and Distribution" apply.

### Reduce your tax liability

*If you were age 50 or over as of January 1, 1986,* you are "grandfathered" under pre-1987 tax laws. This means that if you receive the entire balance of your accounts in one tax year, you'll have a choice:

- 10-year averaging under 1986 tax rates, or
- five-year averaging under the rates prevailing in the year you receive your money.

If you meet this requirement, you should contact your tax advisor for advice.

# TERMINATION OF EMPLOYMENT

## If You Retire

If you retire with a right to an immediate pension under the DuPont Pension Plan, you may elect to have your account paid out to you:

- in a lump sum, or
- in periodic payments.

If you do not request immediate payout, you may elect to defer payout until anytime up to March of the year following the year in which you reach age 70½. Lump-sum distributions are taxable in the year received and may be eligible for special tax treatment. Periodic payments are taxed in the year you receive them, and a portion of each payment may be considered a tax-free return of your own after-tax savings.

If you do elect to defer distribution of your SIP accounts, you may not make any new loans. You may make withdrawals and fund transfers, just as you could as an active employee. If you die, your spouse beneficiary will have most of the distribution choices available to you.

If you have a SIP loan outstanding at the time you retire, you may:

• pay off the loan,

• authorize regular pension check deductions or ACH deductions from your checking account to continue loan payments, or

• request that your loan be deemed a withdrawal.

Some of these options may eliminate any eligibility for favorable tax treatment (e.g., five- or 10-year averaging and long-term capital gains tax treatment) on both the withdrawal amount and the remainder of your SIP account balances unless they are received in the same tax year. Withdrawals may also be subject to the 10% additional income tax. Your tax adviser can give you details.

## Electing Periodic Payments

There are four periodic payment options available at retirement or later, which are described below. With any option, you may elect to receive your payments either monthly or annually and you may elect at any time to receive the remainder of your account in a single cash payment.

In addition, once a year (until the year you reach age 71½) you may change either the type of payment you're receiving or the frequency of your payments. You can also elect to stop your payments (this counts as your one allowed change for the year). However, since any change could have tax consequences for you, you should consult your tax adviser before calling Merrill Lynch.

### Variable periodic payments

Under this option, you may request that the value of your accounts be paid to you in a fixed number of payments (either monthly or annually).

The maximum number of payments you may elect is based on your age and the age of your beneficiary 10 years younger (or your actual spouse's age, if your spouse is more than 10 years younger), based on actuarial tables at the time you retire. Payments continue until your account value is reduced to zero.

### Lifetime periodic payments

Under this option, the value of your accounts is paid out based on your life expectancy or the life expectancies of you and a selected individual, recalculated annually. The period you select may be no longer than life expectancies based on your age and the age of a beneficiary 10 years younger (or your actual spouse's age, if your spouse is more than 10 years younger), based on actuarial tables, as of your retirement. Payments continue until your account value is reduced to zero.

### Fixed periodic payments

Under this option, you select a fixed dollar amount that will be paid until your account value is reduced to zero.

### Level periodic payments

Under this option, your account value will be amortized over your life expectancy, or a joint life expectancy of you and a beneficiary 10 years younger (or your actual spouse's age, if your spouse is more than 10 years younger) at the time payments begin, using an interest rate that is based on the

expected return for the Stable Value Fund. Your payment amount will not change once it has been calculated, but will remain level until the account has been paid out. Payments continue until your account value is reduced to zero.

If your spouse is your beneficiary, he or she has several payout options depending on your age when you die. Otherwise, your beneficiary has up to 12 months to receive the remainder of the money in your account at your death. Your beneficiary for benefits after you die is the beneficiary you designate on the SIP beneficiary designation form, which may or may not be the same individual you selected for determining periodic payments.

In March of the calendar year following the year you reach age 70½, the law requires that you begin receiving a specified amount from your account. If you are already receiving periodic payments, but the payments you have elected do not meet these legal minimums, your payment amount will automatically be increased.

If you are reemployed as a Full-Service Employee after monthly payments have begun, your periodic payments will stop.

When you again retire, your Plan balance will include any additional amounts contributed to your accounts while you were reemployed. At that time, you may choose any payout option permitted by the Plan.

## Termination of Employment Before Retirement

If you leave before you are eligible to retire under the DuPont Pension Plan, you may elect to take a distribution or leave your money in the SIP. To leave your money in the SIP, your vested account balances (including the Loan Fund) must exceed $5,000, or your termination must be caused by one of the following reasons:

- due to lack of work,
- under the Company's Career Transition Program, or
- due to the sale of a business or facility by the Company.

If you leave your money in the Plan, no further savings, Company contributions or new loans are permitted, but any loans existing at termination may continue, with payments made via direct debit (ACH) from an account that you specify. You will continue to have the advantage of your savings growing on a tax-deferred basis until they are paid out to you. In addition, you may take up to three withdrawals per calendar year and request fund transfers under the same rules as an employee. However, you will be required to take a total distribution of your account no later than April 1 of the calendar year following the year in which you attain age 70½.

In addition, your spouse beneficiary may elect to defer distribution if you die before April 1 of the year following the year in which you reach age 70½.

## Vesting

If you worked for DuPont after December 31, 2001, you are always immediately vested in (that is, have a nonforfeitable right to) your own contributions to the Plan, all Company contributions to the Plan and all investment earnings.

## If You Are Reemployed

If you terminated Plan participation or left DuPont for any reason after you were eligible to participate in SIP, you will be immediately eligible to participate in SIP again if you are reemployed.

## If You Die

If you die before receiving your SIP account balances, your designated beneficiary(ies) will receive the balance in your accounts. Effective for individuals who worked for DuPont after August 22, 1984, Federal law requires that, *if you are married*, your spouse be designated as sole beneficiary of your Plan assets upon your death unless:

• your spouse has consented in writing to your naming another beneficiary (the law requires that the consent be witnessed by a notary public), or

• the consent cannot be obtained because your spouse cannot be located.

Spousal consent is not required if you and your spouse are legally separated or if you have been abandoned (within the meaning of local law) unless a Qualified Domestic Relations Order provides otherwise.

If you terminated employment before August 23, 1983, the rules of the Plan in effect at your termination apply for determining your beneficiary (generally, your estate rather than your spouse is your beneficiary unless you designated someone else).

You may also designate an irrevocable trust as the beneficiary of your SIP assets. However, such a trust will be treated by the Plan as a non-spouse beneficiary, even if your spouse is the sole beneficiary of the trust.

Whether your spouse is your sole beneficiary or one of several beneficiaries, he or she may be able to elect a total payout or periodic payments, or to defer payout until December of the year in which you would have reached age 70½, or December of the year after the year in which you died, whichever is later.

All other beneficiaries (including trusts) have up to 60 months to receive their share, which will be paid in a lump sum.

If you were repaying a loan via deductions from your pension check when you died, any remaining loan balance is automatically deducted from your account balances as of the month of death.

If you have no surviving spouse and no beneficiary has been named, distribution is made to your estate.

## Missing Participants

If your Plan assets cannot be paid out because you, your beneficiary or alternate payee cannot be found, such assets will be forfeited. However, these assets will be reinstated, without interest, if a claim is later made by the missing party.

## Sale or Outsourcing of Business

If your Plan participation is terminated because of the sale of a business or facility and you accept employment with the buyer, you may be permitted to transfer part or all of your accounts to the buyer's plan, or you may elect to take full distribution of your accounts. You may also elect to defer payout until shortly after age 70½.

The arrangements for handling SIP account balances can differ in these situations. Therefore, it is very important to review carefully all of the information provided to you if you are affected by a sale or outsourcing so that you understand exactly what options are available to you.

## How to Apply for Payment of Your Accounts

Merrill Lynch can help you authorize a withdrawal, loan or full distribution of your Plan accounts.

Payment will normally be made within four business days from the day you authorize the transaction. If the value of your account balance was ever greater than $5,000, you can defer receiving a lump-sum distribution until March of the year following the year in which you reach age 70½. If your account balance was never greater than $5,000, you cannot delay distribution unless you qualify under one of the provisions listed in "Termination of Employment Before Retirement."

## Contacting Merrill Lynch

Merrill Lynch's toll-free telephone number is 1-877-337-5267. Merrill Lynch's Participant Service Representatives are available from 7 a.m. to 8 p.m. (Eastern Time), Monday through Friday.

Dialing this toll-free number will also allow you to access the Voice Response System (VRS), which is available nearly 24 hours a day, seven days a week.

The VRS contains information about SIP in general and about your account in particular. You can also authorize certain transactions on the VRS. However, to access it, you need your Personal Identification Number (PIN), which you received from Merrill Lynch.

If you cannot remember your PIN, contact a Merrill Lynch Participant Service Representative to request a new one.

# ADMINISTRATIVE INFORMATION

## Plan Name and Identification Number

The formal name of the Plan is the DuPont Savings and Investment Plan. In any formal correspondence about the Plan, you should make reference to the Employer Identification Number assigned by the Internal Revenue Service. The DuPont number is EIN 51-0014090. The official Plan number is 002.

You can get a list of other participating employers in the Plan and their addresses by contacting the Plan Administrator.

## Type of Plan and Plan Year

This SIP is a defined contribution profit sharing plan. As such, benefits under this Plan are not insured by the Pension Benefit Guaranty Corporation. Records for the Plan are maintained on a Plan-Year basis, from October 1 through September 30.

## Plan Administration and Funding

Legal process may be served on E. I. du Pont de Nemours and Company, 1007 Market Street, Wilmington, DE 19898, 1-302-774-1000, as Plan Administrator. Legal process may be also served on the Plan trustee.

Plan participants and the Company make monthly contributions to the Trust Fund held by the Plan trustee.

Plan assets are held in trust by the Plan trustee. The trustee is:

Merrill Lynch Trust Company, FSB
c/o Retirement Group Services
1400 Merrill Lynch Drive
MSC043N
Pennington, NJ 08534

Benefits are paid directly from the trust by the Plan trustee.

## Qualified Domestic Relations Order

Generally, Plan benefits may be paid only to you or possibly your beneficiaries or survivors. However, an exception to this may be made as a result of a *Qualified Domestic Relations Order*.

A Domestic Relations Order provides for court-ordered payment of benefits in connection with a support order, divorce, legal separation or custody case. This means the Plan trustee may be obligated to pay part of your account to someone else—for example, your former spouse, children or other dependents—to comply with such an order.

There are specific legal requirements that a Qualified Domestic Relations Order must meet to be recognized by the Plan Administrator and specific procedures regarding the amount and timing of payments. You can obtain a copy of the Plan's procedures governing Qualified Domestic Relations Orders by contacting the Plan Administrator.

If you are affected by such an order, you will be notified by the Plan Administrator.

## Fairness Test and Savings Limits

In return for favorable tax treatment, the IRS requires the SIP, as a tax-qualified plan, to pass certain tests. The tests are designed to ensure a fair mix of participation and contributions among employees at all income levels. Basically these tests limit the amount the higher-paid employees of a company can contribute on an after-tax and before-tax basis, based on how much other employees contribute. If these tests are not met, it may be necessary to reduce the savings rate of certain higher-paid participants.

In addition, before-tax savings cannot exceed $12,000 per year in 2003 and total annual SIP savings cannot exceed $40,000. These amounts are subject to indexing requirements prescribed by law. You will be notified when they change.

Under the tax laws, the Plan is required to contain provisions which will take effect if the Plan becomes "top-heavy" sometime in the future. A plan is considered top-heavy only if the present value of the accounts for certain employees defined by the IRS as "key employees" exceeds 60% of all accounts of all employees.

It is very unlikely that this Plan will ever become top-heavy. If it does, certain additional minimum benefits will have to be provided. A more detailed explanation of these provisions will be provided if and when the Plan becomes top-heavy.

## Liens

Except for federal tax liens initiated by the IRS, no lien may be created on any of the funds, securities or other property held under the Plan, and any attempt to pledge, encumber or charge any of the funds, securities or other property held under the Plan shall be void.

## IRS Approval

The Plan is qualified under Section 401(a) of the Internal Revenue Code. This Plan is subject to the continuing approval of the Internal Revenue Service. If IRS regulations change, Plan provisions may also change.

> **Note: This is covered in "ERISA Rights" section.**

## Plan Documents

This Summary Plan Description is intended to provide you with a reasonably thorough explanation of the DuPont Savings and Investment Plan. Wherever possible, nontechnical language has been used to explain Plan provisions. The official Plan texts are the E. I. du Pont de Nemours and Company Savings and Investment Plan and the Trustee Agreement between the Company and the Plan trustee. These texts are the governing documents in the event questions arise.

## ERISA Rights

As a participant in the DuPont Savings and Investment Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA entitles you to:

- examine, at the Plan Administrator's office and other specified locations, including work sites and union halls if applicable, without charge, all Plan documents governing the Plan. These documents may include insurance contracts, collective bargaining agreements if applicable, and the latest annual report (Form 5500) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- obtain, after sending a written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements if applicable, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. You may be asked to pay a fee for the copies.

- receive a written summary of the Plan's annual financial report. The Plan Administrator is required by law to provide each participant with a copy of this summary annual report.

- obtain a statement telling you whether you have a right to receive a benefit at normal retirement age and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a benefit, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The Plan must provide the statement free of charge.

In addition to creating rights for Plan participants, ERISA imposes duties on the people responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries," have a duty to do so prudently and in the best interest of you and other Plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are several steps you can take to enforce your rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive it within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the Plan Administrator's control.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack of decision about the qualified status of a Qualified Domestic Relations Order or medical child support order, you may file suit in federal court. If Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about your Plan, contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory. You may also contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Using ERISA's Claims Procedures

ERISA requires that the plans it covers include certain procedures for filing claims and for reviewing claims that are denied. The intent is to make sure that all benefit claims are considered fully, clearly, and promptly.

Although the Company's procedures have been providing full and fair consideration of benefit claims for many years, ERISA requires certain formal approaches.

Keep in mind that nothing required by ERISA changes the way DuPont benefits are normally administered. ERISA's claims procedures are available if you feel you aren't getting the benefits you are entitled to through normal channels.

You should file your claim for benefits in writing with DuPont Connection, P.O. Box 1407, Lincolnshire, IL 60069-1407. If your claim doesn't include the right information, you'll be notified in writing, what you need to do to get your claim processed.

E. I. du Pont de Nemours and Company, as Plan Administrator, has full discretion and authority to interpret Plan provisions, resolve any ambiguities and evaluate claims. The Company's decisions are final and binding.

If your request for distribution from your account or other claim is denied, you will be told in writing within 90 days after your claim is received. That reply will include:

• the specific reasons for the denial;

• references to the provisions of the benefit plan or practice involved;

• a description of what, if any, additional information is necessary and why; and

• a copy of these procedures or comparable information about the steps you need to take to resubmit it.

If the reply can't be made within 90 days, you will be given a written notice explaining the reasons why. An extension will not exceed another 90 days.

If your claim is denied, you may request a review by DuPont by writing to DuPont Connection, P.O. Box 0448, Ft. Lee, NJ 07024-0448 within 60 days of the denial.

In your request, list the issues and comments you'd like to have considered. If you prefer, you may have an authorized representative send in the request on your behalf. You or your representative may, at a reasonable time and place, inspect relevant documents which may affect your claim.

Within 60 days after your request for review is received, you will receive a response in writing. In the case of a continued denial, you will be given the specific reasons and the Plan provisions on which the denial is based. If the review can't be made within 60 days, you will be notified in writing. Again, that notification will outline the reasons behind the delay.

## Future of the Plan

While the Company intends to continue the benefits and policies described in this booklet, the Company reserves the right to suspend, modify, or terminate this Plan at its discretion at any time.

# APPENDIX A SIP PLAN

**Investment List** (as of July 1, 2003)

## Mutual Funds and Collective Trust Funds

### AIM Constellation Fund

The Fund seeks aggressive capital growth primarily through shares of small- and medium-sized companies that have demonstrated superior earnings growth.

### AIM Premier Equity Fund

The Fund seeks long-term growth of capital by investing primarily in stocks of companies that are undervalued relative to the stock market as a whole due to underperformance, but show tangible evidence of turnaround.

### Fidelity Equity-Income Fund

The Fund seeks reasonable income by investing primarily in income-producing equity securities. In pursuing this objective, the Fund will also consider the potential for capital appreciation. The Fund seeks a yield for its shareholders that exceeds the Standard & Poor's 500 Composite Stock Price Index (S&P 500® Index).

### Fidelity Fund

The Fund seeks long-term capital growth by investing mainly in equity securities. In selecting some investments, the Fund also pursues current income.

### Fidelity Growth and Income Fund

The Fund seeks high total return through a combination of current income and capital appreciation.

### Fidelity Low-Priced Stock Fund

The Fund seeks capital appreciation (increase in the value of the Fund's shares).

### Fidelity Magellan Fund

The Fund seeks capital appreciation by investing in securities of domestic, foreign and multinational issuers of all sizes that offer potential for growth.

### Franklin Balance Sheet Investment Fund

The Fund seeks high total return, of which capital appreciation and income are components.

### Franklin Growth Fund

The Fund seeks capital appreciation.

### Franklin Small Cap Growth Fund

The Fund seeks long-term capital growth.

### Hotchkis & Wiley International Fund

The Fund seeks to provide current income and long-term growth of income, accompanied by growth of capital.

### International Stock Index (Merrill Lynch International Index Trust)

The Trust seeks to provide investment results that, before expenses, replicate the total return of the Morgan Stanley Capital International EAFE® (Europe, Australasia and Far East) Index. The index includes equity securities of companies, within various industries, whose primary trading markets are located outside the United States, including Australia, Austria, Belgium, Denmark, Finland, France, Germany, Hong Kong, Ireland, Italy, Japan, Malaysia, The Netherlands, New Zealand, Norway, Singapore, Spain, Sweden, Switzerland and the United Kingdom. The securities in the index are among the large-capitalization companies in these markets.

### Janus Enterprise Fund

The Fund is a nondiversified stock fund that seeks long-term growth of capital.

### Janus Mercury Fund

The Fund is a diversified stock fund that seeks long-term growth of capital.

### Large Company Stock Index (Merrill Lynch Equity Index Trust)

The Trust seeks to approximate the total return of the Standard & Poor's 500 Composite Stock Price Index (S&P 500® Index). This index is a means to measure the performance of a broad base of large U.S. corporations.

### Merrill Lynch Basic Value Fund, Inc.

The Fund seeks capital appreciation and, secondarily, income by investing in securities, primarily equities, that Fund management believes are undervalued.

### Merrill Lynch Capital Fund, Inc.

The Fund seeks the highest total investment return consistent with prudent risk. Total investment is the aggregate of income and capital value changes.

### Merrill Lynch Global Holdings Fund

The Fund seeks the highest total investment return consistent with prudent risk. Total investment return is the aggregate of income and capital value changes.

### Merrill Lynch Growth Fund

The Fund seeks growth of capital and, secondarily, income.

### MFS Research Fund

The Fund seeks long-term growth of capital and future income.

*MFS Total Return Fund*

The Fund seeks above-average income (compared to a portfolio entirely invested in equity securities) consistent with the prudent employment of capital. The Fund also seeks reasonable opportunity for growth of capital and income.

*Small Company Stock Index (Merrill Lynch Small Cap Index Trust)*

The Trust seeks to provide investment results that, before expenses, replicate the total return of the Russell 2000® Index. The Russell 2000 is composed of approximately 2,000 smaller-capitalization common stocks from various industrial sectors.

*Templeton Foreign*

The Fund seeks long-term capital growth.

*Templeton Growth Fund*

The Fund seeks long-term capital growth.

## Asset Allocation Funds

**Barclay's Global 3-Way Asset Allocation Fund** has the primary objective of providing high total returns (capital appreciation plus income) over the long-term while controlling investment risk through diversification. Unlike funds that invest in just one market segment, such as stocks, 3-Way can invest in three markets all at one time and all within one fund. At any point in time, the fund shifts its asset allocation toward the asset class that provides the most attractive trade-off between risk and return. Specifically, the fund invests in the S&P 500® Index (stocks), long-term treasuries (bonds) and money market instruments. The investment allocations are based on proportions determined by a proprietary computer model.

**Asset Allocation Portfolios.** SIP has created three asset allocation portfolios using different combinations of the Stable Value Fund and the Index Funds. Each portfolio has its own risk/return characteristics. Merrill Lynch will manage these portfolios and will periodically rebalance the assets to maintain the proper mix. See the next page for details and examples of the Conservative Asset Allocation Portfolio, the Moderate Asset Allocation Portfolio and the the Aggressive Asset Allocation Portfolio.

Note: In the following charts, SVF stands for Stable Value Fund; EIT for Merrill Lynch Equity
Index Trust; SCIT for Merrill Lynch Small Cap Index Trust; and IIT for Merrill Lynch
International Index Trust.



*Conservative Asset Allocation Portfolio*, with its 70% allocation in the Stable
Value Fund, is for those investors who are willing to accept lower returns to
lessen risk. It may be viewed as having the lowest investment risk of the three
asset allocation options.



*Moderate Asset Allocation Portfolio* is for those investors who seek higher
growth than is likely with the Conservative option and who are willing to
accept the higher level of risk.



*Aggressive Asset Allocation Portfolio* has the smallest allocation to the
Stable Value Fund. As such, it may be viewed as the riskiest of the three
asset allocation options.

This document is printed on paper containing
DuPont™ RPS Vantage® titanium dioxide.

K-01450  (7/03)



*The miracles of science*

# EXHIBIT D

# PART 1 OF 2

# PENSION

# AND

# RETIREMENT

# PLAN

Originally Adopted - September 1, 1904

Last Amended – October 31, 2002

E. I. du Pont de Nemours and Company

## PREAMBLE

Effective as of December 20, 2001, E. I. du Pont de Nemours and Company amends and restates the Pension and Retirement Plan originally adopted September 1, 1904 and last amended June 30, 2001.

The provisions of Title 1 of the Plan, entitled Benefits for Persons employed by E. I. du Pont de Nemours and Company, shall apply only to the employees of E. I. du Pont de Nemours and Company and participants in the following defined benefit pension plans which have been merged into the Plan: DuPont Agrichemicals Caribe, Inc. Pension and Retirement Plan, the Crosfield Electronics Limited Retirement Plan, the DuPont Specialty Imaging Media Inc. Pension Plan #086 and the DuPont Specialty Grains Retirement Plan.

The provisions of Title 2 of the Plan, entitled Benefits for Persons employed by Conoco Inc. which were added to the Plan effective as of July 1, 1993 when the Plan and the Retirement Plan of Conoco, Inc. were merged, shall consist of the provisions of the Retirement Plan of Conoco, Inc. as amended to reflect the divestiture of Conoco, Inc. on August 6, 1999 and transfer of assets to the Retirement Plan of Conoco, Inc.

The provisions of title 3 of the Plan, effective as of July 1, 1996, shall apply to the employees of the Sentinel Transportation Company LLC.

The Plan, as restated, is intended to be a defined benefit plan qualified under Section 401(a) of the Internal Revenue Code of 1986, as amended, and to satisfy the requirements of the Employee Retirement Income Security Act of 1974, as amended.

PENSION AND RETIREMENT PLAN.......................................................................................................1
I.    PURPOSE...................................................................................................................................1
II.   ADMINISTRATION...................................................................................................................1
III.  NORMAL RETIREMENT AGE.................................................................................................1
IV.   PENSIONS FOR RETIRED EMPLOYEES ..............................................................................1
      A.    Normal Retirement.............................................................................................................1
      B.    Early Retirement................................................................................................................2
      C.    Incapability Retirement .....................................................................................................3
      D.    Optional Retirement ..........................................................................................................4
      E.    Income-Leveling Option ....................................................................................................5
      F.    Application for Pension......................................................................................................5
      G.    Transfers to Affiliates .......................................................................................................5
      H.    Consent to Distribution......................................................................................................6
V.    VESTED RIGHT TO DEFERRED PENSION ..........................................................................6
      A.    Eligibility..........................................................................................................................6
      B.    Amount of Deferred Pension..............................................................................................6
      C.    Spouse Benefit Coverage ...................................................................................................7
      D.    Deferred Pensions of Employees Terminated Prior to January 1, 1985.................................10
      E.    Application for Deferred Pension........................................................................................10
VI.   PAYMENTS TO SURVIVORS..................................................................................................10
      A.    Company-Paid Survivor Benefits.......................................................................................10
      B.    Post-Retirement Joint and Survivor Options .......................................................................12
      C.    Spouse Benefit Option.......................................................................................................13
VII.  REEMPLOYMENT ...................................................................................................................15
VIII. NONASSIGNMENT ..................................................................................................................15
IX.   DEFINITIONS AND GENERAL CONDITIONS .....................................................................16
      A.    Definitions........................................................................................................................16
      B.    Accrued Benefit.................................................................................................................23
      C.    Payments Rounded to Next Higher Full Dollar ...................................................................23
      D.    Benefit Limitations............................................................................................................23
      E.    Pension Plans of Other Companies......................................................................................23
      F.    Non-Duplication of Benefits ..............................................................................................25
      G.    No Reduction in Benefits ...................................................................................................25
      H.    Payment of Pension and Required In-Service Distribution ....................................................26
      I.    Upward Adjustment in Benefits..........................................................................................27
      J.    Management of Plan and Assets..........................................................................................27
      K.    Right to Modify Plan .........................................................................................................28
      L.    Transfer of Excess Pension Assets to Health Benefits Account...............................................28
      M.    Military Service Credit.......................................................................................................28
X.    TEMPORARY RETIREMENT/TERMINATION INCENTIVE PROGRAM ...........................29
XI.   VOLUNTARY SEPARATION/RETIREMENT INCENTIVE PROGRAM ...............................30
XII.  TEMPORARY PENSION SYSTEM...........................................................................................77
XIII. OPTIONAL RETIREMENT IN CONNECTION WITH CERTAIN BUSINESS  TRANSACTIONS ......85
XIV.  PENSION ADJUSTMENT IN CONNECTION WITH CERTAIN BUSINESS TRANSACTIONS ..........86
      Appendices ..................................................................................................................................88

# TITLE 1

## BENEFITS FOR PERSONS EMPLOYED BY
## E. I. DU PONT DE NEMOURS AND COMPANY

## PENSION AND RETIREMENT PLAN

I.    PURPOSE

The purpose of this Plan is to provide for the retirement of employees and, under the conditions set forth below, to provide an employee who is retired or otherwise terminated with pension rights that take into account the length of his service and the pay he received during his employment with the Company.

II.   ADMINISTRATION

The administration of this Plan is vested in the Board of Benefits and Pensions appointed by the Company. The Board may adopt such rules, or delegate to one or more persons its authority to make initial determinations, as it may deem necessary for the proper administration of the Plan. The Board of Benefits and Pensions retains discretionary authority to determine eligibility for benefits hereunder and to construe the terms and conditions of the Plan. The decision of the Board in all matters involving the interpretation and application of the Plan shall be final. The Company shall have authority to control and manage the Plan and the Board of Directors shall have authority to control and manage the assets of the Pension Trust Fund as set forth in paragraph J of Section IX.

III.  NORMAL RETIREMENT AGE

The normal retirement age under this Plan is the later of age 65 or, for employees who commence participation in the Plan after age 60, the 5th anniversary of the time Plan participation commenced. The Company reserves the right to require an employee to accept retirement at or after age 65 where permitted by law.

IV.   PENSIONS FOR RETIRED EMPLOYEES

An employee who is eligible for retirement may retire at any time. An employee who retires on or after January 1, 1985 and who meets the respective eligibility requirements specified in paragraphs A through D of this Section will be entitled to a monthly pension payment beginning with the month following that in which he retires and ending with the month in which he dies. An employee who retires at other than month end will receive a pro rata pension payment for the partial month. The pro rata amount will be included with the first monthly pension payment covering the month following that in which he retires.

A.   Normal Retirement

(1)   Eligibility

An employee will be eligible for Normal Retirement after reaching age 65 with at least 15 years of service.

(2) Amount of Pension

The amount of monthly pension payable to an employee eligible for retirement under this paragraph will be the greatest of

(a) 1.2% of Average Monthly Pay multiplied by Service;

(b) 1.5% of Average Monthly Pay multiplied by Service, minus 50% of Primary Social Security Benefit;

or

(c) $9 multiplied by Service, plus 10% of Average Monthly Pay:

provided that the amount determined under (a) or (b) above may not be greater than an amount which, when added to the employee's full Primary Social Security Benefit, will equal 100% of the employee's Average Monthly Pay; provided further that the amount determined under (a), (b), or (c) above shall be reduced to reflect any pre-retirement spouse benefit coverage as provided under paragraph C of Section V and paragraph C of Section VI.

Average Monthly Pay, Service, and Primary Social Security Benefit are defined in paragraphs A(2) through (4) of Section IX.

B.   Early Retirement

(1)   Eligibility

An employee will be eligible for Early Retirement after reaching age 50 and prior to reaching age 65 with at least 15 years of service.

(2)   Amount of Pension

The amount of monthly pension payable to an employee eligible for retirement under this paragraph will be determined in the same manner as a Normal Retirement pension (paragraph A(2) of this Section) except that the result will be multiplied by the applicable percentage factor from the Early Retirement table.

## PERCENTAGE FACTORS FOR EARLY RETIREMENT PENSION

| AGE AT COMMEN- CEMENT OF PAYMENT | 15 THROUGH 20 | 21 | 22 | SERVICE YEARS 23 | 24 | 25 | 26 | 27 AND OVER |
|---|---|---|---|---|---|---|---|---|
| 65 | 100% | | | UNREDUCED PENSION | | | | |
| 64 | 95 | 100% | | | | | | |
| 63 | 90 | 95 | 100% | | | | | |
| 62 | 85 | 90 | 95 | 100% | | | | |
| 61 | 80 | 85 | 90 | 95 | 100% | | | |
| 60 | 75 | 80 | 85 | 90 | 95 | 100% | | |
| 59 | 70 | 75 | 80 | 85 | 90 | 95 | 100% | |
| 58 | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100% |
| 57 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
| 56 | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 |
| 55 | 50 | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| 54 | 50 | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
| 53 | 50 | 50 | 50 | 55 | 60 | 65 | 70 | 75 |
| 52 | 50 | 50 | 50 | 50 | 55 | 60 | 65 | 70 |
| 51 | 50 | 50 | 50 | 50 | 50 | 55 | 60 | 65 |
| 50 | 50 | 50 | 50 | 50 | 50 | 50 | 55 | 60 |

**For intermediate age and service combinations, the percentage factor will be interpolated from the above.**

    (3)    Amount of Pension in Certain Circumstances

        For an employee who terminates on or after October 15, 1994, under the circumstances specified in Section IV.D. (1)(c)(i), (ii), or (iii), the amount of Normal Retirement pension will be not less than the employee's benefit accrued on October 15, 1994, reduced under the provisions of Section IV.D.(2) at the employee's age and service at the point of termination.

   C.    Incapability Retirement

    (1)    Eligibility

        An employee may be retired by the Company if the Board of Benefits and Pensions finds that he has become, for any reason, permanently incapable of performing the duties of his position with the degree of efficiency required by the Company, and he has at least 15 years of service.

    (2)    Amount of Pension

The amount of monthly pension payable to an employee eligible for retirement under this paragraph will be determined in the same manner as a Normal Retirement pension (paragraph A(2) of this Section).

(3)     Incapability Supplement

Such employee will also receive a supplement equal to the greater of (a) 50% of Primary Social Security Benefit as defined in Section IX, or (b) $90 a month, such amount to be paid until the earliest date on which he becomes eligible for an old-age benefit or unless he is receiving a disability benefit under the Federal Social Security Act.

D.     Optional Retirement

(1)     Eligibility

(a)     An employee will be eligible for Optional Retirement after reaching age 50 with at least 15 years of service if his employment would otherwise be involuntarily terminated for reasons other than discharge for dishonesty, insubordination or other misconduct.

(b)     An employee will be eligible for Optional Retirement after reaching age 45 and prior to reaching age 50 with at least 25 years of service if his employment would otherwise be involuntarily terminated due to lack of work. The length of service required for eligibility shall be reduced by two months, or a proportionate part thereof, for each month or portion thereof which has elapsed since the employee reached age 45.

(c)     Effective October 15, 1994, an employee will not be eligible for Optional Retirement under the following circumstances but will be eligible for the right described in Section V.A.(2):

(i)     the employee is offered and accepts employment with the buyer or joint venture at the site in conjunction with a sales agreement between the Company and a buyer of company assets or in conjunction with the formation of a joint venture; or

(ii)     the employee is offered and refuses employment with the buyer or joint venture at the site in conjunction with a sales agreement between the Company and a buyer of Company assets or in conjunction with the formation of a joint venture unless the offer is less than 80% of the employee's Company wage or salary level or the rejection results in a job for another employee who would otherwise have been terminated for lack of work.

(iii)     the employee is transferred to or employed by a wholly-owned subsidiary of the Company, or is transferred to or employed by a subsidiary of the Company or a joint venture in which the Company participates that recognized Company service.

(d)     Effective April 15, 1997, an employee will not be eligible for Optional Retirement under the following circumstances but will be eligible for the right described in Section V.A.(2):

4

(i)     the employee is offered and accepts similar employment at the site with a service provider which is providing or will provide services to the Company pursuant to a service agreement with the Company; or

(ii)    the employee is offered and refuses similar employment at the site with a service provider which is providing or will provide services to the Company pursuant to a service agreement with the Company, unless the offer is less than 80% of the employee's Company wage or salary level or the rejection results in a job for another employee who would otherwise have been terminated for lack of work.

(2)    Amount of Pension

The amount of monthly pension payable to an employee eligible for retirement under this paragraph will be determined in the same manner as a Normal Retirement pension (paragraph A(2) of this Section) except that the result will be reduced by five-twelfths of 1% for each month by which the month of his retirement precedes the earliest month in which, with continued employment, he would have become eligible for an unreduced pension under the Normal or Early Retirement provisions (paragraph A or B) of this Section.

E.    Income-Leveling Option

An employee who retires prior to age 62 under the Early or Optional Retirement provisions (paragraph B or D) of this Section may elect to have his pension increased prior to age 62 and reduced thereafter, using the investment return rate determined in accordance with Appendix A and the factors in Appendix B, to provide, as far as practicable, a level retirement income before and after Federal Social Security payments begin. In the application of this option, the amount of pension payable after age 62 may not be reduced below $25 per month. This election shall be made in such manner as the Board of Benefits and Pensions may prescribe and may not be changed after the employee's retirement.

F.    Application for Pension

An employee who retires or is about to retire may make application for a pension to the Board of Benefits and Pensions in such manner as the Board may prescribe. Such application may also be submitted on an employee's behalf by the head of his department or by any official of the Company to whom the employee reports.

G.    Transfers to Affiliates

Notwithstanding the foregoing, an employee who has been transferred to an affiliated group company will not be eligible to retire under this Section; provided, however, that an employee who had 15 years of service at the time of such transfer may, should he become incapable within the meaning of Section IV.C of this Plan but not be eligible for incapability or equivalent retirement benefits under the defined benefit pension plan of such Company, be retired under this Plan as though he were an employee of this Company and will be entitled to benefits as prescribed in Section IV.C, including any incapability supplement.

H.   Consent to Distribution

An employee (and when applicable, the employee's spouse) shall consent to any plan distribution (where the present value of the nonforfeitable accrued benefit is in excess of $3,500) which would occur prior to the later of age 62 or normal retirement age.

## V.   VESTED RIGHT TO DEFERRED PENSION

A.   Eligibility

(1)   An employee shall acquire a nonforfeitable right to a deferred pension if his employment within the affiliated group is terminated on or after July 1, 1988 for any reason other than retirement under the provisions of Section IV and (1) he has had at least 5 years of service or (2) he has reached the normal retirement age as set forth in Section III. Such a terminated employee may elect to receive a monthly payment in accordance with the age and service categories as shown in the following table, subject to the provisions of paragraph V.C.

| Years of Service At Termination | Age When Payment May Begin Reduced | Unreduced |
|---|---|---|
| Less than 10 | Not Available | 65 and over |
| 10 through 14 | 60 through 64 | 65 and over |
| 15 through 29 | 50 through 64 | 65 and over |
| 30 or more | 50 through 59 | 60 and over |

Payments may begin with the month following that in which the employee becomes eligible, or any month thereafter, and will end with the month in which he dies. Service performed as a Leased Employee (as defined in Section IX.(A)(1)(g)) shall be recognized in determining whether a Participant has attained 5 or more Years of Service for vesting purposes only.

(2)   An employee who met the age and service requirements of Section IV.D.(1)(b) at his termination prior to age 50 for lack of work but who is not eligible for Optional Retirement pursuant to the requirements of Section IV.D. (1)(c) or (d) will be eligible to receive a monthly payment determined in accordance with Section B.(3) below, beginning with the month following the month in which he terminates and ending with the month in which he dies.

B.   Amount of Deferred Pension

(1)   The amount of unreduced monthly deferred pension payable in accordance with paragraph A(1) of this Section will be determined in the same manner as a Normal Retirement pension (paragraph A(2) of Section IV) except that, in applying paragraph A(2)(c) of Section IV, 2/3% of Average Monthly Pay times Service shall be substituted for 10% of Average Monthly Pay where Service is less than 15 years. The amount of

pension payable to an employee transferred to an affiliated group company will be based on his Service and Average Monthly Pay at the time of transfer. An employee who elects to receive reduced payments will have his payments reduced by five-twelfths of 1% for each month by which the first month of such payments precedes the month in which he would have been entitled to receive an unreduced deferred pension payment.

(2) Any reduction in monthly deferred pension will be determined after application is made - after any reduction to reflect spouse benefit coverage under paragraph C of this Section or paragraph C of Section VI prior to commencement of monthly pension payments - and a reduced pension will be paid to the former employee until he dies.

(3) The amount of monthly pension payable in accordance with Section V.A.(2) will be the greater of:

(i) either the employee's benefit accrued on October 15, 1994, for those employees who terminate on or after October 15, 1994, under the circumstances specified in Section IV.D.(1)(c) or the employee's benefit accrued on April 15, 1997, for those employees who terminate on or after April 15, 1997, under the circumstances specified in Section IV.D.(1)(d), whichever is applicable, reduced under the provisions of Section IV.D.(2) at the employee's age and service at the point of termination; or

(ii) The employee's vested deferred benefit payable beginning immediately; provided that, if the employee is under age 50, the amount of the employee's monthly benefits otherwise payable at age 50 determined under Section V.B.(1) will be further reduced ½% for each month by which the first month of payments precedes the month after the month of the employee's 50th birthday.

C.    Spouse Benefit Coverage

(1)    An employee who would be entitled to monthly pension payments under paragraph A of this Section if his employment were terminated will have benefit coverage for his spouse prior to the commencement of monthly pension payments. A former employee who is entitled to monthly pension payments under paragraph A of this Section will have benefit coverage for his spouse prior to the commencement of monthly pension payments unless (i) the former employee provides satisfactory evidence that his spouse cannot be located; (ii) he is legally separated or abandoned, pursuant to a court order to that effect; (iii) spousal consent is otherwise not required by regulations issued by the Secretary of the Treasury, or the former employee and spouse specify otherwise in writing in the manner prescribed by the Board of Benefits and Pensions. A former employee may revoke or reelect his coverage at any time beginning with termination of employment and prior to the former employee's death.

(2)    In the event of a covered employee or former employee's death, payments to the spouse will be made as provided below which benefit constitutes the "qualified joint and survivor annuity" as described under IRC Section 417 and is at least as valuable as any other optional form of benefit payable under the Plan at the same time for eligible employees:

(a)    If the employee had attained earliest benefit commencement age, monthly

7

payments will be made to the spouse equal to 50% of the employee's pension calculated under paragraph B of this Section as though he had terminated employment immediately prior to death and elected to have monthly payments commence, and reduced as provided in subparagraph (4) below. Payments to the spouse will begin with the month following that in which the employee dies and end with the month in which the spouse dies.

(b) If the employee had not attained earliest benefit commencement age, monthly payments will be made to the spouse equal to 50% of the employee's

pension calculated under paragraph B as though the employee had terminated employment immediately prior to death and applied for monthly pension payments to commence at earliest benefit commencement age, and reduced as provided in subparagraphs (4) below. Payments to the spouse will begin with the month following that in which the employee would have attained earliest benefit commencement age and end with the month in which the spouse dies.

(c) If the former employee had attained earliest benefit commencement age, monthly payments will be made to the spouse equal to 50% of the former employee's pension calculated under paragraph B of this Section as though he had applied for benefits immediately prior to death and reduced as provided in subparagraphs (3) and (4) below. Payments to the spouse will begin with the month following that in which the former employee dies and end with the month in which the spouse dies.

(d) If the former employee had not attained earliest benefit commencement age, monthly payments will be made to the spouse equal to 50% of the former employee's pension calculated under paragraph B of this Section as though he had applied for benefits at earliest benefit commencement age and reduced as provided in subparagraphs (3) and (4) below. Payments to the spouse will begin with the month following that in which the employee would have attained earliest benefit commencement age and end with the month in which the spouse dies.

(e) For purposes of Section V.C(2) "earliest benefit commencement age" shall mean the earliest age, given the employee or former employee's service, that benefits could commence under the table in Section V.A.

(f) Notwithstanding the foregoing paragraphs, the spouse must consent to any plan distribution, where the accrued benefit is in excess of $3,500, which would occur prior to the time the employee would have attained the latter of age 62 or normal retirement age.

(g) Not less than 30 and not more than 90 days prior to the date that pension payments commence, the former employee shall be provided with a written explanation of:

    (a) Each form of payment available under the Plan along with the respective values.

    (b) Any right of the employee to defer commencement of his retirement income.

    (c) The right of a single employee to elect a form of payment other than the form described in Section V(C)(2).

(d)    The terms and conditions under which a married employee may elect a form of payment other than the form described in V(C)(1).

Notwithstanding the foregoing, the employee may elect in writing to waive the 30-day notice requirement in accordance with applicable Treasury Regulations.

(3)    To provide the monthly 50% payment coverage to the spouse hereunder, a former employee's monthly pension payments will be reduced for coverage after April 1, 1985 as provided below:

### COVERAGE DURING EMPLOYMENT

| Age at Time of Coverage | Charge Per Month of Coverage |
|---|---|
| less than 35 | .0002% |
| 35-44 | .0006% |
| 45-54 | .0060% |
| 55-64 | .0400% |
| 65 and over | .1250% |

### COVERAGE AFTER TERMINATION OF EMPLOYMENT BUT BEFORE COMMENCEMENT OF PENSION PAYMENTS

| Age at Time of Coverage | Charge Per Month of Coverage |
|---|---|
| less than 35 | .004% |
| 35-44 | .007% |
| 45-54 | .025% |
| 55-64 | .055% |
| 65 and over | .125% |

The charge for employment coverage during 1989 for those former employees who did not attain age 35 before January 1, 1989 will not be applied.

For employees terminating employment on or after January 1, 1996, the charge for coverage after termination of employment but before commencement of pension payments will not be applied until the earlier of commencement of pension payments or six months following the termination of employment.

For employees terminating employment on or after April 1, 1985, who have not commenced payment before March 1, 1998, the charge for coverage after termination of employment but before commencement of pension payments will not be applied. The charge will be applied to the pension payments of former employees who have commenced payment or who are deceased before March 1, 1998.

(4)    Unless the employee or former employee and his spouse specify otherwise in writing in the manner prescribed by the Board of Benefits and Pensions at the time he makes his application hereunder, or (i) the employee provides satisfactory evidence that his spouse cannot be located; (ii) he is legally separated or abandoned, pursuant to a court

9

order to that effect; (iii) spousal consent is otherwise not required by regulations issued by the Secretary of the Treasury at the time he makes his application hereunder, his deferred pension as calculated under paragraph B will be reduced using the investment return rate determined in accordance with Appendix A and the factors in Appendix C. A former employee may revoke or re-elect his coverage at any time and any number of times beginning with termination of employment and prior to the date benefit payments commence or in accordance with Treasury Regulations. Payments will be made to the spouse named at application and will begin with the month following that in which the former employee dies and end with the month in which the spouse dies.

(5)  For purposes of this subsection, the term "employee" does not include an active employee with at least 15 years of service or a former employee who had at least 15 years of service upon transfer to an affiliated group company and who (i) is still employed within the affiliated group or (ii) retired from the affiliated group under a provision similar to Section IV.

D.  Deferred Pensions of Employees Terminated Prior to January 1, 1985

The deferred pension benefits payable to a former employee whose employment terminated prior to January 1, 1985 will remain as determined in accordance with the provisions of the Plan in effect on the date of his termination subject to the following conditions.

(1)  A former employee who terminated employment after September 2, 1974 and before January 1, 1976 and has not yet started to receive payments under this Section may elect to have his deferred pension reduced to provide the spouse benefit coverage described in Section V.C(4) in such manner as prescribed by the Board of Benefits and Pensions.

(2)  A former employee who terminated employment on or after January 1, 1976 and before August 23, 1984 and who has not yet started to receive payments may elect the spouse benefit described in Section V.C in such manner as prescribed by the Board of Benefits and Pensions.

(3)  A former employee whose employment terminated on or after August 23, 1984 but before January 1, 1985 and who first applies for benefit payments after January 1, 1985 or who dies prior to the commencement of benefits will have his payments (or calculated benefit) reduced to provide a spouse payment as provided in Section V.C.

E.  Application for Deferred Pension

A former employee who has terminated and who becomes entitled to receive monthly pension payments will receive such payments if he makes application in such manner as the Board of Benefits and Pensions may prescribe within three months of the time he wishes payments to begin. No payment will be made for any period before the employee reaches normal retirement age or terminates his employment, whichever is later, which elapses before the application is filed.

VI.  PAYMENTS TO SURVIVORS

A. Company-Paid Survivor Benefits

(1) Eligibility

Except as provided in paragraph D of this Section, following the death on or after January 1, 1985 of (a) an active employee with 15 or more years of service, (b) a former employee who retired with pension under Section IV on or after January 1, 1985 or (c) a former employee who had 15 years of service upon transfer to an affiliated group company and (i) was employed within the affiliated group at his death, (ii) was at least 50 years of age when he retired from the affiliated group under a provision similar to paragraph A or B of Section IV, or (iii) retired from the affiliated group under a provision similar to paragraph C of Section IV, monthly payments will be made to: the surviving spouse of an active employee; the spouse at retirement of a former employee; or a survivor or survivors specified by him in such a manner as the Board of Benefits and Pensions may prescribe. These payments will begin with the month following that in which the employee dies. Provided the conditions of paragraph VI.A(4) are satisfied, the specified survivor or survivors will be limited to one of the following and may be changed at any time:

(a) the employee's spouse, in which case payments will be made until death, and upon death of the spouse, the amount of the monthly payment will be divided among the employee's specified minor children in equal shares, each child's share to be paid until death or attainment of age 21, whichever first occurs; or

(b) any or all of the employee's minor children, in which case the amount of the monthly payment will be divided among the specified minor children in equal shares, each child's share to be paid until death or attainment of age 21, whichever first occurs; or

(c) a parent or stepparent of the employee in which case payments will be made until death of the specified survivor.

In the absence of a survivor specification it will be presumed that he has specified his spouse and all minor children under category (a) above.

(2) Amount of Benefit

The amount of monthly payment under this paragraph A will be 0.5% of the deceased employee's Average Monthly Pay multiplied by his Service, but not less than $4 per year of Service plus 4% of Average Monthly Pay, provided that

(a) the benefit will be reduced in accordance with Paragraph IV.B.(2) for employees who retired under the Early Retirement provisions of Paragraph IV.B. or in accordance with Paragraph IV.D.(2) for employees who retired under the Optional Retirement provisions of Paragraph IV.D.

(b) if the survivor entitled to payments (except in the case of minor children) is more than five years younger than the employee, monthly payments under paragraph A of this Section will be reduced in accordance with Appendix E; and

(c) with respect to benefits for the survivor(s) of a former employee who had been transferred to an affiliated group company,

(i) Average Monthly Pay and Service at the time of transfer will be used to calculate the benefit payments, (ii) if the former employee had retired from the

affiliated group under a provision similar to paragraph A or B of Section IV, the percentage reduction specified in paragraph B(2) of Section IV corresponding to the former employee's age at retirement from the affiliated group and Service at time of transfer will be applied to the monthly payments to the survivor(s), and (iii) if the former employee had retired from the affiliated group under a provision similar to paragraph C of Section IV, no reduction will be applied.

(3) Company-Paid Benefits for Survivors of Former Employees Retired Prior to January 1, 1985

Following the death on or after January 1, 1985 of a former employee who retired with pension under Section IV prior to January 1, 1985 benefits payable to the survivor(s) specified in accordance with the Plan in effect prior to January 1, 1985 will be calculated as follows.

(a) If retirement took place on or after December 1, 1976, benefits will be calculated as set forth in paragraph VI.A(2).

(b) If retirement took place prior to December 1, 1976, benefits will be calculated as set forth in paragraph VI.A(2) except that "$2 per year of Service" will be substituted for "$4 per year of Service" and in determining Average Monthly Pay the five calendar years in which the employee's pay was highest will be substituted for the period specified in IX.A(2)(a)(i). However, the reduction specified in VI.A(2)(b) shall not apply in the case of minor children.

(4) An employee may specify a nonspouse survivor provided: (a) he has no spouse; (b) he provides evidence satisfactory to the Board of Benefits and Pensions that (i) his spouse cannot be located; (ii) he is legally separated or abandoned, pursuant to a court order to that effect; (iii) spousal consent is otherwise not required by regulations issued by the Secretary of the Treasury; or (c) his spouse has consented to waive benefit coverage under Section VI.A - and, where applicable, Section VI.C - in the manner prescribed by the Board of Benefits and Pensions. The employee and his spouse may waive coverage under Section VI.A at any time on or after the first day of the calendar year in which the employee attains age 35 and prior to the earlier of age 55 or his death.

B. Post-Retirement Joint and Survivor Options

Except as provided in paragraph D of this Section, an employee who retires (a) after age 50 with at least 25 years of service, or (b) after attaining eligibility for an unreduced pension under the Normal or Early Retirement provisions (paragraph A or B) of Section IV, may elect a joint and survivor option and thereby have his pension reduced, using the investment return rate determined in accordance with Appendix A and the factors in Appendix D, in order to provide monthly payments after his death to a person named by him, subject to the following provisions.

(1) The election, in order to be effective, must be made in such manner as the Board of Benefits and Pensions may prescribe.

(2) The determination of amounts under this option will be made prior to the determination, if any, of amounts under the Income-Leveling Option of paragraph E of Section IV.

12

(3)     The amount payable to the person named may be any multiple of 10% of the employee's pension, as determined in accordance with Section IV, except that

      (a)     any incapability supplement payable under paragraph C(3) of Section IV shall not be included,

      (b)     the sum of the amount payable to the person so named plus any amount payable to a specified survivor under paragraph A or to a spouse under paragraph C of this Section shall not exceed the reduced pension (excluding any incapability supplement) payable to the retired employee, and

      (c)     the amount payable under this option shall not be less than $25 if the person so named is not a specified survivor under paragraph A or C of this Section.

(4)     The reduction in the employee's monthly pension will be determined at the time of retirement and the reduced pension will be paid to him until death.

(5)     Upon death of the retired employee, monthly payments determined in accordance with the option elected will be made to the person named beginning with the month following that in which the retired employee dies and ending with the month in which the person named dies.

(6)     If the person named dies before the employee retires, the option shall terminate and the employee may elect another option at any time prior to the date of his retirement.

(7)     If an employee who has elected an option is to be retired under the Incapability or Optional Retirement provisions of paragraph C or D of Section IV, he may revoke the option, or replace it with another option which provides the person named a lower percentage of his pension, at any time prior to his retirement.

C.     Spouse Benefit Option

(1)     This option provides a benefit which is a combination of a survivor payment in accordance with paragraphs A(1) and A(2) of this Section, and a monthly payment to the spouse equal to 10% of the employee's pension as determined under paragraph C(5) or C(6) of this Section. This combined benefit, increased as necessary under paragraph (C)(9) of this Section constitutes the "qualified joint and survivor annuity" as described under IRC Section 417. The combined benefit for a married participant will be at least as valuable as any other optional form of benefit payable under the Plan at the same time for eligible employees.

(2)     To provide the monthly 10% payment for the spouse under this option, an employee's calculated pension will be reduced

      (a)     0.015% for each month up to and including the month in which the employee reaches age 65, and 0.025% for each month thereafter, that the option is in effect before retirement, and

      (b)     using the investment return rate determined in accordance with Appendix A and the factors in Appendix D for coverage after retirement.

    (c)    For employees terminating employment on or after March 1, 1998, the charge for coverage will not be applied.

          For former employees terminating employment before March 1, 1998, who are living and have not commenced payment before March 1, 1998, the charge for coverage after termination of employment and before commencement of pension payments will be waived.

(3)    Pre-retirement coverage will be effective when an employee reaches age 55 with at least 15 years of service, unless (i) the employee provides satisfactory evidence that his spouse cannot be located; (ii) he is legally separated or abandoned, pursuant to a court order to that effect; (iii) spousal consent is otherwise not required by regulations issued by the Secretary of the Treasury, or the employee and his spouse specify otherwise in writing in the manner prescribed by the Board of Benefits and Pensions. An employee may revoke or reelect this option at any time prior to his death.

(4)    Post-retirement coverage will become effective on retirement unless (i) the employee provides satisfactory evidence that his spouse cannot be located; (ii) he is legally separated or abandoned, pursuant to a court order to that effect; (iii) spousal consent is otherwise not required by regulations issued by the Secretary of Treasury, or the employee and his spouse specify otherwise in writing in the manner prescribed by the Board of Benefits and Pensions within 90 days prior to the date of his retirement which specification may be revoked at any time and any number of times during the 90 day period ending on the date that benefit payments commence or in accordance with applicable Treasury Regulations. Benefit coverage under Sections VI.A and VI.C is provided for the spouse named at the time of retirement.

(5)    In the event of pre-retirement death, the monthly 10% payment will be based on the employee's pension calculated as though he had retired immediately prior to death under paragraph B(2) of Section IV.

(6)    The monthly 10% payment to the spouse of a retired employee will be based on the employee's pension as determined under Section IV (Section V for an employee described in Section VI.C(10)) except that

    (a)    any incapability supplement shall not be included, and
    (b)    all calculations will be made prior to the determination of amounts under the Income-Leveling Option.

(7)    To provide the monthly 10% payment and, if necessary, the supplement described in paragraph (9) below, for post-retirement coverage the employee's monthly pension payments will be reduced using the investment return rate determined in accordance with Appendix A and the factors in Appendix D.

(8)    Payments under this option will begin with the month following that in which the employee or retired employee dies and end with the month in which the spouse dies.

(9)    The benefit provided under paragraph C(1) of this Section will be supplemented if necessary to yield a monthly payment to the spouse equivalent to 50% of the employee's pension calculated as if such pension had been reduced to reflect the value of the 50% spouse benefit; using the investment return rate as determined in accordance with Appendix A and the factors in Appendix C. For purposes of this paragraph (9), coverage will be provided to employees under age 55 with at least 15

years of service provided that the employee and his spouse have not waived benefit coverage under Section VI.A(4).

(10)  The term "employee" in this subsection includes a former employee transferred to an affiliated group company who had at least 15 years of service at the time of transfer.

(11)  A written explanation of the pre-retirement coverage will be provided to the employee by the end of the three-year period beginning with the first day of the plan year in which the employee becomes a participant, where the participant becomes a participant after age 32.

(12)  Not less than 30 and not more than 90 days prior to the date that pension payments commence, the employee shall be provided with a written explanation of:

    (1)  Each form of payment available under the Plan along with the respective values.
    (2)  Any right of the employee to defer commencement of his retirement income.
    (3)  The right of a single employee to elect a form of payment other than the form described in Section VI.
    (4)  The terms and conditions under which a married employee may elect a form of payment other than the form described in VI(C)(4).

Notwithstanding the foregoing, the employee may elect in writing to waive the 30-day notice requirement in accordance with applicable Treasury Regulations.

D.  Survivor Elections of Former Employees Whose Benefits Commenced on or Before January 1, 1985

Other provisions of Section VI notwithstanding effective January 1, 1985 a former employee whose benefits commenced on or before that date may specify a survivor(s) in accordance with paragraph VI.A without regard to the conditions of subparagraph (4) of that Section.

## VII.  REEMPLOYMENT

A former employee of an affiliated group company receiving pension payments under any such company's pension plan may be reemployed by the Company only upon approval of the Board of Benefits and Pensions.  A former employee of the Company receiving pension payments under the Pension and Retirement Plan may be reemployed by an affiliated group company only upon approval of the Board of Benefits and Pensions.  No approval of the Board is required for reemployment of a former employee terminated with a right to a deferred pension, if such reemployment is before his pension payments begin.  If a former employee of the Company who was retired or otherwise terminated is reemployed by an affiliated group company, any pension payments due him by reason of his service will be suspended during the period of reemployment. When he again retires or is otherwise terminated, his pension rights will again be determined in accordance with this Plan.  He may elect to receive either the newly determined rights or the pension rights he had prior to reemployment.  If he is reemployed on less than a full-time basis, however, his pension payments may be continued upon approval of the Board of Benefits and Pensions.

## VIII.  NONASSIGNMENT

No assignment of the rights and interests of employees,  pensioners and beneficiaries under this Plan will be  permitted or recognized under any circumstances, nor shall  such rights and interests

be subject to attachment or other legal processes for debts, except as required by Section 401(a)(13) of the Code; provided that, if more than one individual is treated as a surviving spouse pursuant to Section 401 (a)(13), the total amount to be paid will not exceed the amount that would be paid if there were only one surviving spouse. Where an assignment is made, benefits otherwise payable under this Plan will be reduced to reflect such assignment.

IX.   DEFINITIONS AND GENERAL CONDITIONS

The provisions of this Pension and Retirement Plan are subject to the definitions and general conditions stated below.

A.   Definitions

(1)   The term "employee"

(a)   includes all employees of the Company;

(b)   includes a U.S. citizen employed by a foreign or domestic subsidiary of the Company before July 1, 1987, who may be treated as an employee of the Company under Section 406 or 407 of the Code;

(c)   includes a U.S. citizen or resident on leave of absence granted under Section IV.1(g) of the Continuity of Service Rules, hired by the Company and subsequently employed by a foreign or domestic subsidiary of the Company, who may be treated as an employee of the Company under Section 406 or 407 of the Code;

(d)   includes a non-U.S. citizen on leave of absence granted under Section IV.1(g) of the Continuity of Service Rules, hired by the Company and subsequently employed by a member of a controlled group of corporations (within the meaning of Section 1563(a) of the Code) of which the Company is a member.

(e)   excludes an individual who is on temporary assignment with the Company from a foreign affiliate of the Company with the expectation that he will return to duties with the foreign affiliate at the end of a period not exceeding three years;

(f)   excludes an individual in a bargaining unit represented by a union for collective bargaining, with which discussions have been had concerning this Plan as amended unless and until (i) such discussions or (ii) existing collective bargaining agreements result in favor of applicability of the amended Plan. The terms of the Plan in effect immediately prior to the amendment shall continue to cover an individual so excluded unless and until discussions with the union representing his unit have concluded in favor of applicability to the unit of the amended Plan or of other employee benefits in lieu thereof, or unless and until the individual is made eligible under the amended Plan by lawful unilateral action of the Company;

(g)   excludes individuals who must be treated as employees of the Company for limited purposes under the "Leased Employee" provisions of the Internal Revenue Code. For Plan Years commencing after December 31, 1996, "Leased Employee" shall mean an individual, not otherwise an Employee, who

16

pursuant to an agreement between a business entity within the "controlled group" and a leasing organization, has performed, on a substantially full-time basis, for a period of at least 12 months, services under the primary direction or control of the business entity within the Controlled Group, unless:

(i) the individual is covered by a money purchase pension plan maintained by the leasing organization and meeting the requirements of Code section 414(n)(5)(B), and

(ii) such individuals do not constitute more than 20% of all Non-Highly Compensated Employees of all Controlled Group business entities (within the meaning of Code section 414(n)(5)(C)(ii).

(2) (a) The term "Average Monthly Pay" means the higher of

(i) total pay for the thirty-six consecutive calendar months for which the employee's pay is the highest, divided by 36; or

(ii) average pay per month based on total pay over a number of calendar years, and a fraction of total pay for a calendar year if necessary, sufficient to obtain an aggregate amount of service equivalent to three full years. Such calendar years shall be selected beginning with the calendar year in which average pay per month was the highest and taking in turn calendar years of successively lower average pay per month. A fraction of total pay for a calendar year shall be calculated by multiplying average pay per month for that year by the number of months needed to yield an aggregate amount of service equivalent to three full years.

Where a retired or terminated employee is granted a Variable Compensation Award and/or variable pay for the calendar year in which his retirement is effective, his Average Monthly Pay will be computed to reflect the amount of the award and, if applicable, his monthly pension will be increased. The increased monthly pension will be paid effective with the date that the monthly pension payments commenced.

(b) The term "pay" does not include

(i) allowance in connection with transfer of employment or termination of employment and other special payments;

(ii) awards and payments under a gain sharing program, the Special Compensation Plan, the Stock Option Plan, the former Dividend Unit Plan or similar plans of the Company or any of its affiliated companies;

(iii) for employees retiring before August 1994, the greater of 1) one half the Variable Compensation Award or 2) any deferred Variable Compensation Award, or for employees retiring after July 1994, but before January 1996, any deferred Variable Compensation Award;

(iv) for employees retiring before March 18, 1987, pay for service after the end of the month in which the employee reaches age 70; or

(v)  for years beginning on or after January 1, 1989, and before January 1, 1994, compensation of each employee under the Plan for any Plan year exceeding $200,000. This limitation shall be adjusted by the Secretary of the Treasury at the same time and in the same manner as under Section 415(d) of the Internal Revenue Code, except that the dollar increase in effect on January 1 of any calendar year is effective for Plan years beginning in such calendar year and the first adjustment to the $200,000 limitation is effective on January 1, 1990.

For years beginning on or after January 1, 1994, the annual compensation limit of each employee taken into account for determining all benefits provided under the Plan for any determination period shall not exceed $150,000, as adjusted for the cost-of-living in accordance with Section 401(a) (17) (B) of the Code. The cost-of-living adjustment in effect for a calendar year applies to any period no to exceed 12 months, over which compensation is determined ("determination period") beginning in such calendar year. If a determination period consists of fewer than 12 months, the compensation limit in effect for that determination period will be multiplied by a fraction, the numerator of which is the number of months in the determination period, and the denominator of which is 12.

In determining the compensation of an employee for purposes of this limitation, the rules of Section 414 (q) (6) of the Code shall apply before January 1, 1997, except that in applying such rules, the term "family" shall include only the spouse and lineal dependents who have not attained age nineteen (19) before the close of the year. If as a result of the application of such rules the adjusted annual compensation limitation is exceeded, then the limitation shall be prorated among the affected individuals in proportion to each such individual's compensation as determined under this Section prior to the application of this limitation.

When compensation for any prior determination period is taken into account in determining an employee's benefit accruing in the current Plan year, the compensation for that prior determination period is subject to the annual compensation limit in effect for that prior determination period. For this purpose, for determination periods beginning before January 1, 1994, the annual compensation limit is $150,000.

In the case of employees who have compensation in excess of the annual compensation limit and who have service before and after the effective dates of the $200,000 and/or the $150,000 limits on annual compensation, their benefits shall be calculated by making a fresh start as of January 1, 1989 and another fresh start as of January 1, 1994 (the "fresh start dates"). In each case, the fresh start shall be calculated as described in proposed or final Treasury Regulations 1.401(a) (17)-1, using the formula with wear-away so that the employee's accrued benefit under this Plan will be the greater of the accrued benefit determined for the employee under (aa) or (bb) below:

18

(aa) the employee's accrued benefit as of the last day of the last Plan year beginning before the fresh start date, frozen in accordance with Section 1.401(a) (4) -13 of the Treasury Regulations;

(bb) the employee's accrued benefit determined under the benefit formula applicable for the Plan year beginning on the fresh start date, as applied to the employee's total years of service credited to the employee for purposes of benefit accrual.

(c) The term "Variable Compensation Award" means the total award value under the Variable Compensation Plan, or any predecessor or successor plan thereto, including but not limited to the Global Variable Compensation Plan, the Variable Compensation Plan for the U.S. Region and any Performance Based Compensation Plan. The value of each award will be divided evenly over the period for which an employee was compensated during the award year. All Variable Compensation Awards preceding retirement or termination will be taken into account in computing "Average Monthly Pay".

(d) The term "gain sharing program" means a pay program that provides additional pay only if business objectives are exceeded. Performance Based Compensation Plans, or successors thereto, shall not be considered to be gain sharing programs for purposes of this Plan.

(e) The term "variable pay" means the variable payment under a pay program that relates a portion of total pay to business objectives such that if objectives are met, targeted pay levels are reached, but if objectives are exceeded or are not met, pay is above or below targeted levels. The variable pay will be divided evenly over the period of an employee's service to which the payment is attributable.

(3) (a) The term "Service" means the length, in years and fractions of a year, of an employee's period of "continuous service" for computing the amount of a pension as determined under the provisions of the Company's Continuity of Service Rules; provided that in the case of an employee described in Section IX.A(1)(b), the term "Service" shall not include any period after June 30, 1987.

For employees retiring before March 18, 1987, service after the end of the month in which the employee reaches age 70 will not be counted for computing the amount of pension.

The following conditions shall also apply for purposes of determining eligibility for benefits under Section V of this Plan.

(i) An employee terminating employment before January 1, 1999 who is compensated with respect to 1,000 or more hours during a computation period will be credited with one year of service. Once having established such a year of service, such employee will be credited with an additional year of service for each computation period during which he is compensated with respect to 1,000 or more hours.

(ii) An employee will not incur a break in service if he is compensated with respect to more than 500 hours during a computation period.

(iii) An employee will be credited with up to 501 hours to avoid a break in service if the employee provides evidence satisfactory to the Board of Benefits and Pensions or its delegate that the absence (i) commenced on or after January 1, 1985 and (ii) was due to the employee's pregnancy, the birth of the employee's child, or the legal adoption of a child by the employee. Service to avoid such a break will be credited in either the computation period in which the absence commenced or the next succeeding computation period, whichever is necessary to prevent the first break in service.

(b) An employee whose service is not credited under the Continuity of Service Rules, pursuant to Section II.1(c) of such Rules, will be credited with service only for purposes of determining eligibility for benefits under Section V of this Plan as follows:

(i) Such an employee compensated with respect to 1,000 or more hours during a computation period will be credited with one year of service. Once having established such a year of service, an employee will be credited with an additional year of service for each computation period during which he is compensated with respect to 1,000 or more hours.

(ii) Such an employee will not receive service credit if he is compensated for less than 1,000 hours during a computation period.

(iii) Such an employee will incur a break in service if he is compensated with respect to 500 or less hours in a computation period. For employees reemployed after March 1, 1997, or awaiting a service cure on March 1, 1997, following a break in service, prior service will be taken into account immediately upon reemployment.

(iv) An employee will be credited with up to 501 hours to avoid a break in service if the employee provides evidence satisfactory to the Board of Benefits and Pensions or its delegate that the absence (i) commenced on or after January 1, 1985 and (ii) was due to the employee's pregnancy, the birth of the employee's child, or the legal adoption of a child by the employee. Service to avoid such a break will be credited in either the computation period in which the absence commenced or the next succeeding computation period, whichever is necessary to prevent the first break in service.

(v) Such an employee will not incur a break in service if he is compensated with respect to more than 500 hours during a computation period.

The amount of benefit attributable to any years of service so determined under (b)(i) above, will be calculated as though that service had been credited under paragraph A(3)(a) of this Section.

(c) For purposes of paragraph A(3) of this Section, a computation period shall be a period of 12 consecutive months commencing the later of January 1, 1976,

or the employee's first day of employment or reemployment, whichever is applicable, or any succeeding anniversary of such date.

Effective March 1, 1998, an initial computation period shall be a period of 12 consecutive months commencing on the employee's first date of employment. All succeeding computation periods shall be determined on the basis of time worked in a calendar-year basis, beginning January 1 and ending on December 31. Succeeding calendar year computation periods will begin with the calendar year which includes the first anniversary of an employee's employment commencement date.

(d)     For purposes of paragraph A(3) of this Section, the term "hour" means each hour for which an employee is compensated or entitled to compensation for the performance of duties and includes each such hour for which back pay, irrespective of mitigation of damages, has been awarded or agreed to by the Company. The term "hour" also includes each hour for which an employee is compensated or entitled to compensation due to vacation, holiday, illness, incapacity (including disability), jury duty, military duty or leave of absence. No more than 501 hours shall be credited hereunder to any employee on account of any single continuous period during which no duties are performed unless such period of compensation is taken into account in determining an employee's length of continuous service under the Continuity of Service Rules. Hours shall be credited to the period during which the duties are performed or to which the payment relates and, in the case of a period where no duties are performed, shall be credited on the basis of the number of regularly scheduled working hours during the period. To the extent provided above, the rules set forth in Department of Labor Regulations 2530.200b-2(b) and (c), which are hereby incorporated by reference, shall be followed.

(e)     For purposes of determining eligibility for benefits under Section V of this Plan, an employee's service with any member of the controlled group shall be recognized with respect to the period of affiliation.

(f)     Each employee shall become a participant in the Plan on his first day of employment or reemployment, except that an employee whose service is not credited under the Continuity of Service Rules shall not be eligible to participate in the Plan prior to January 1, 1976.

(4)     The term "Primary Social Security Benefit" means the monthly primary old-age benefit to which the employee would be immediately entitled (if age 62 or over) or to which he would be entitled at age 62 (if younger than 62), in accordance with the Federal Social Security Act in effect on January 1 of the year of his retirement or termination and based on his actual earnings on which the Company (or any other company, to the extent that service therewith is recognized in computing a benefit under this Plan) has paid taxes under the Federal Insurance Contributions Act. In determining the Primary Social Security Benefit for purposes of this Plan, the employee shall be treated as fully insured under the Federal Social Security Act. For years for which the Company has no record of his actual earnings, an estimate will be calculated by projecting backwards from the last known year using rates equal to the actual changes in national average earnings, as determined by the Social Security Administration. However, the employee may elect to have his Primary Social Security Benefit calculated using his actual earnings, provided he supplies

documentation of such earnings from the Social Security Administration within 30 days following the later of the date of his separation from service and the date he is notified by the Company of his entitlement to a benefit.

(5)    The terms "actuarially reduced" and "actuarially increased" mean such reduction or increase in the monthly payment to the retired employee or his survivor under this Plan as shall be determined by the Board of Benefits and Pensions, with the advice of an actuary, taking into account the age of the employee or of the survivor entitled to receive payments, or both, as appropriate. The actuarial reduction or actuarial increase will be calculated using:

    (a)    the investment return rate determined in accordance with Appendix A, and

    (b)    mortality rates for pensioners and for survivors using, respectively, the 1985 Du Pont Pensioner Mortality Table and the 1985 Du Pont Survivor Mortality Table.

(6)    The term "Company" means E. I. du Pont de Nemours and Company and/or any wholly owned subsidiary or part thereof which adopts this Plan with the approval of the Office of the Chief Executive, or such person or persons as the Office of the Chief Executive may designate.

(7)    The term "Plan Year" means calendar year.

(8)    The term "controlled group" means E. I. du Pont de Nemours and Company and its controlled group of corporations within the meaning of Section 1563(a) of the Code.

(9)    The term "affiliated group" means E. I. du Pont de Nemours and Company and its controlled group of corporations within the meaning of Section 1563(a) of the Code, but does not include any foreign subsidiary or any domestic subsidiary which derives in excess of 50% of its gross income for a taxable year from sources without the United States (as defined in Section 7701(a)(9) of the Code).

(10)    The term "Code" means the Internal Revenue Code of 1986, as amended.

(11)    Effective for years beginning after December 31, 1996, the term "Highly Compensated Employees" means any employee who (i) was a 5-percent owner at any time during the year of the preceding years, or (ii) for the preceding year had compensation from the Company in excess of $80,000 and, was in the top-paid group for the preceding year. The $80,000 amount is adjusted at the same time and in the same manner as under Section 415(d) of the Code, except that the base period is the calendar quarter ending September 30, 1996. For this purpose the applicable year of the plan for which a determination is being made is called a determination year and the preceding 12-month period is called a look-back year. The determination of who is a Highly Compensation Employee, including the determination of the number and identity of Employees in the top-paid group, the number of Employees treated as officers and the compensation that is considered, will be made in accordance with Section 414(q) of the Code and the regulations thereunder.

B.  Accrued Benefit

An employee's accrued benefit under the Plan at any point in time shall be the amount of monthly benefit determined pursuant to paragraph A(2) of Section IV, based on his Average Monthly Pay, Service, and Primary Social Security Benefit at that time and taking into account any reductions that might be applicable in the case of payment before normal retirement age.  Where Service is less than 15 years, 2/3% of Average Monthly Pay times Service shall be substituted for 10% of Average Monthly Pay in paragraph A(2)(c) of Section IV.

C.  Payments Rounded to Next Higher Full Dollar

Each monthly pension, deferred pension and survivor benefit payment, and each supplemental monthly payment made in connection with Incapability Retirement, which is computed in accordance with this Plan will, if not in whole dollars, be increased to the next higher whole dollar.  Such rounding shall be made after applying any applicable reduction factors.

D.  Benefit Limitations

(1)  In no case will an annual benefit payable under this Plan with respect to any employee, when added to benefits payable to such employee from all other Defined Benefit Plans of the controlled group, exceed the maximum amount permissible, as described in Appendix F.

(2)  In the event the Plan becomes top-heavy within the meaning of the Code, provisions of Appendix G will apply, notwithstanding any other Plan provisions to the contrary.

E.  Pension Plans of Other Companies

(1)  Acquisitions

The Company, or such person or persons as the Company may designate, may grant pension, deferred pension or survivor benefit rights under this Plan in recognition of those which had been accrued under the pension or retirement plan of another company provided

(a)  such company shall have been acquired, or its assets acquired, in whole or in part, by this Company; and

(b)  the employee with respect to whom such pension or other benefit is payable shall have become entitled thereto by retirement or other termination prior to such acquisition, or shall have become an employee of this Company or an affiliate of this Company coincident with or as a result of such acquisition; and

(c)  the Company, or such person or persons as the Company may designate, shall have designated such plan to be a Covered Plan for purposes of this paragraph.

The Company, or such person or persons as the Company may designate, may prescribe reasonable rules under this paragraph for each acquisition, such rules to be uniformly applicable to all employees and former employees affected thereby.

23

(2)    Merger or Consolidation of Plan or Transfer of Assets

(a)    The Company may in its discretion, direct the trustee of the Pension Trust Fund to accept the transfer of assets from the trustee of another qualified defined benefit pension plan, provided the requirements of Section 414(1) of the Code will be satisfied in such transfer. An employee's benefit entitlement will not be diminished as the result of any merger or consolidation with, or transfer of assets or liabilities to, or from, any other plan.

(b)    With respect to an employee who was a participant in the New England Nuclear Corporation Pension Plan and Trust on December 31, 1983, if the employee's accrued benefit under that plan on such date, actuarially increased to the life annuity equivalent, exceeds the amount calculated under Section IV.A(2) of this Plan, such actuarially increased accrued benefit equivalent shall be used in place of the amount calculated under Section IV.A(2) in determining the benefit payable under Section IV or Section V of this Plan.

(c)    The Company may, in its discretion, direct the trustee of the Pension Trust Fund to transfer assets to the trustee of a qualified defined benefit pension plan, provided the requirements of Section 414(1) of the Code will be satisfied in such transfer. Upon the effective date of such transfer of assets, the assumed liabilities shall be transferred to the plan receiving the assets and affected participants shall no longer have any right to benefits under this Plan.

(d)    With respect to an ICI Melinar employee who was a participant in the ICI Americas Pension Plan on December 31, 1997 or an ICI Melinex employee who was a participant in the ICI Americas Pension Plan on March 31, 1998, if the employee attained 20 years of service prior to January 1, 1997, the ICI Early Retirement Factors as set forth in Appendix I will apply in place of the Percentage Factors for Early Retirement Pension in Section IV.B(2).

(e)    With respect to an employee whose compensation is subject to Puerto Rico income taxes, the "Special Rules for Employees in Puerto Rico" as identified in Appendix J shall apply.

(3)    Benefits for Employees of Subsidiaries

Employees who have service with Endo Laboratories, Inc., prior to April 18, 1974, will have the amount of monthly pension attributable to such service determined in accordance with the Employee Retirement Plan of Endo Laboratories, Inc., in effect immediately prior to June 30, 1981. Effective January 1, 1982 and thereafter, an employee who continues to work after attaining age 65, or a former employee who was receiving pension payments and was reemployed after attaining age 65, who has an accrued benefit based on employee contributions made with respect to the Employee Retirement Plan of Endo Laboratories, Inc., will have that portion of his accrued benefit attributable to his employee contributions actuarially increased for the period of time between attainment of age 65, or the date of reemployment (if later), and the date that pension payments commence.

24

F.    Non-Duplication of Benefits

In order to avoid duplication of benefits, any benefit otherwise payable under this Plan will be reduced on account of

    (a)   any retirement, disability, death, survivor or profit-sharing benefit received, or to which the employee or survivor is or will become entitled, from any other private organization; and

    (b)   any retirement, disability, death, survivor, discharge or dismissal benefit received from or to which the employee or survivor is or will become entitled under the law of, any foreign government;

provided such benefit is attributable to any service recognized pursuant to the Company's Continuity of Service Rules in computing a benefit under this Plan and provided the Company (or any other company to which such recognized service was rendered) contributed, directly or indirectly, toward the cost of such benefit. Any increase in such benefit which may result from a change in the plan or program of such other private organization or foreign government after the employee's retirement, termination or death will not be taken into account.

The amount of such reduction shall be determined by the Board of Benefits and Pensions so as to assure fair and equitable treatment among employees as nearly as may be practicable. Benefits payable in a different form or at a different time or frequency or in a different currency from those payable under the Plan may be converted for purposes of this paragraph to an actuarially equivalent benefit of the form or forms provided under this Plan on the basis of such actuarial factors, assumptions and methods and such currency conversion rates as the Board of Benefits and Pensions may prescribe. When necessary or desirable to assure fair and equitable treatment, the Board of Benefits and Pensions may waive, in whole or in part, any reduction in benefits hereunder in consideration of the payment or assignment to or for the benefit of the Company or an affiliated company of all or part of the benefit which would otherwise occasion such reduction.

G.    No Reduction in Benefits

Any accrued benefit calculated under the provisions of this Plan immediately after any new amendment shall be no less than such accrued benefit would have been if calculated in accordance with the provisions of the Plan in effect immediately prior thereto.

If the plan's vesting schedule is amended or the plan is amended in any way that directly or indirectly affects the computation of a participant's nonforfeitable percentage, or if the plan is deemed amended by an automatic change to or from a top-heavy vesting schedule, each participant with at least three years of service with the employer may elect within a reasonable period after the adoption of the amendment or change, to have his nonforfeitable percentage computed under the plan without regard to such amendment or change.

H.    Payment of Pension and Required In-Service Distribution

Except as otherwise required by law, benefits are determined based on the Plan in effect at the time of retirement/separation.

Pension payments and required in-service distributions for employees who attain age 70 ½ on or before December 31, 1998 will commence no later than April 1 of the calendar year following the calendar year in which the employee or former employee attains age 70 ½. For employees who attain age 70 ½ after December 31, 1998, pension payments will commence at the date of retirement. The preceding sentence shall not apply to any Participant who is a more than five-percent owner as defined in Code Section 416 with respect to the Plan Year ending in the calendar year in which the Participant attained age 70 ½. Notwithstanding any other provision of this Plan or election by a participant or beneficiary to the contrary, pension payments and required in-service distributions to participants and beneficiaries, including 5% owners for the purpose of Section 401 (a)(9) of the Code, shall be made in such minimum amounts and at such times as required by Section 401 (a)(9) and shall not be less than the amount needed to satisfy the minimum distribution incidental death benefit requirements of Section 401 (a)(9)(G). Required in-service distributions hereunder shall not be considered benefits payable under Section IV, for purposes of Section IX.I. or a pension payment for purposes of Section VII.

The amount of a required in-service distribution hereunder shall be redetermined and payments shall be adjusted, as necessary, as of January 1, of each year following the year of the initial in-service distribution. The in-service distribution following each redetermination, or pension benefit at time of retirement, shall be the benefit calculated as of the date of redetermination or retirement, less the present value of benefit distributions made since the amount of the benefit was last determined, but in no event less than the benefit being paid before the redetermination or retirement.

Effective January 1, 1993, any distribution made under any Section of the Plan that is an Eligible Rollover Distribution and is not designated by the employee, a survivor or an alternate payee under a qualified domestic relations order as defined in Section 414(p) of the Code as a Direct Rollover shall be subject to 20 percent withholding specified in Code Section 3405.

An employee may elect in the manner prescribed to have any distribution under this Plan that is an Eligible Rollover Distribution paid directly in a Direct Rollover to one Eligible Retirement Plan specified by the employee.

An "Eligible Rollover Distribution" is any distribution from the Plan that does not include any distribution that is one of a series of substantially equal periodic payments made (not less frequently than annually) for the life (or life expectancy) of the employee or the joint lived (or joint life expectancies) of the employee and the employee's beneficiary or for a period of ten years or more; any distribution to the extent such distribution is required under Section 401(a)(9) of the Code; and the portion of any distribution that is not iincludible in gross income (determined without regard to the exclusion for net unrealized appreciation with respect to employer securities).

An "Eligible Retirement Plan" is an individual retirement account described in Section 408(a) of the Code, an annuity Plan described in Section 403(a) of the Code, or a qualified trust described in Section 401(a) of the Code that accept the employee's Eligible Rollover Distribution. However, in the case of Eligible Rollover Distribution to the surviving spouse,

an Eligible Retirement Plan is an individual retirement account or individual retirement annuity.

Unless the employee elects otherwise, distribution of benefits to former employees will begin no later than the 60th day after the latest of the close of the plan year in which:

(1)    the employee attains age 65 (or normal retirement age, if earlier);
(2)    occurs the 10th anniversary of the year in which the employee commenced participation in the plan; or
(3)    the employee terminates service with the employer.

I.    Upward Adjustment in Benefits

The Office of the Chief Executive of the Company may from time to time make upward adjustments in benefits payable under Section IV of this Plan with respect to former employees. The Office of the Chief Executive of the Company shall prescribe specific rules for each such adjustment, and such adjustment shall be uniformly applicable within a classification of such employees determined solely by reference to the date payment of benefits with respect to such employees commenced.

J.    Management of Plan and Assets

The Company shall have authority to control and manage the operation and administration of the Plan and to designate one or more persons to carry out the responsibilities of administering the Plan.  The Company, or such person or persons as the Company may designate, may employ one or more persons to render advice with regard to any responsibility of the Company or any such person under the Plan.

The Board of Directors shall establish a funding policy and method consistent with the objectives of the Plan, and shall establish investment policies in regard to the assets of the Pension Trust Fund.  The Compensation and Benefits Committee shall appoint a primary trustee to hold the assets of the Pension Trust Fund in trust.  The Board of Directors, or such person or persons as the Board of Directors may designate, may employ one or more persons to render advice with regard to any responsibility of the Board of Directors or any such person under the Plan.

Within the limits of the investment policies established by the Board of Directors, the Vice President - Pension Fund Investment, shall have the authority to control and manage the assets of the Pension Trust Fund, including the authority to direct the trustee or trustees with respect to investment of the assets thereof and to appoint one or more investment managers to manage any of such assets.  To the extent necessary or prudent to conform to the law of any jurisdiction, the Vice President - Pension Fund Investment may appoint a co-trustee or separate trustee, approved by the primary trustee, with respect to any assets of the Pension Trust Fund.

All contributions to provide benefits under this Plan shall be made by the Company.  The trustee fees and expenses, independent accounting and actuarial consultant fees, premiums to the Pension Benefit Guaranty Corporation, the expenses of administering the Plan, and the expenses related to investment of the Pension Trust Fund shall be paid from the assets of the Pension Trust Fund, unless the Company directs otherwise.  All other expenses of this Plan shall be borne by the Company, which is the plan administrator.

K.    Right to Modify Plan

The Company reserves the right to change or discontinue this Plan in its discretion by action of the Office of the Chief Executive, or by written instrument executed by such person or persons as the Office of the Chief Executive may designate. Upon the complete or partial termination of this Plan, an employee who is affected by such termination and is not otherwise entitled to benefits under this Plan shall acquire a vested right to benefits accrued under this Plan to the date of such termination, to the extent then funded. Any change which has the effect of reducing or terminating benefits under this Plan will not be effective until one year following announcement of such change by the Company unless the Company deems that the change is necessary or appropriate to qualify or maintain the Plan as one meeting the requirements of the Code with respect to qualified pension plans. Pensions granted pursuant to this Plan, to former employees who were retired or otherwise terminated prior to any such change may not be reduced, cancelled or suspended except as provided under Section VII and paragraph F of this Section.

L.    Transfer of Excess Pension Assets to Health Benefits Account

A health benefits account, within the meaning of Section 401(h) of the Code, is established for the purpose of paying qualified current retiree health liabilities. The Company may direct the Trustee to transfer "excess assets", as defined in Section 420(e) (2) of the Code, to the health benefits account provided that any assets transferred and any income allocable to such assets, shall be used only to pay qualified current retiree health liabilities for the taxable year of the transfer and provided further that transferred assets cannot be used for key employees as that term is defined in Section 416(i)(1) of the Code.

Only one transfer shall be made to the health benefits account in a taxable year; however, for purposes of determining whether a transfer has been made, a transfer will not be taken into account if it is a transfer that:

(a)    is made after the close of the taxable year preceding the first taxable years beginning after December 31, 1990, and before the earlier of (i) the due date (including extensions) for the filing of the return of tax for such preceding taxable years, or (ii) the date such return is filed; and

(b)    does not exceed the expenditures for "qualified current retiree health liabilities" as defined in Section 420(e)(1) for such preceding taxable year.

A transfer may not be made unless each group health plan, or arrangement pursuant to which retiree health care benefits are delivered, provides that the "applicable employer cost" during the "cost maintenance period", as those terms as defined in Section 420(c)(3) of the Code, shall not be less than the higher of the applicable employer costs for each of the two (2) taxable years immediately preceding the taxable year of the transfer.

The amount transferred to the health benefits account shall not exceed the amount which is reasonably estimated to be the amount that will be paid out (whether directly or through reimbursement) of the health benefits account during the taxable year of the transfer for qualified current retiree health liabilities. The amounts paid out of the health benefits account will be treated as paid first out of transferred assets and income attributable to those assets.

The accrued pension benefits for participants and beneficiaries shall become nonforfeitable as if the Plan had terminated immediately prior to the transfer (or in the case of a participant

who separated during the one-year period ending on the date of transfer, immediately before such separation). In the case of a transfer relating to 1990, the accrued benefit of a participant who separated from service during the taxable year to which such transfer relates will be recomputed and treated as nonforfeitable immediately before such separation.

The medical benefits account will benefit retirees receiving a pension under this Plan, but the medical benefits will be subordinate to retirement benefits. Any amounts transferred to a health benefits account (and the income attributable to such amounts) which are not used to pay qualified current retiree health liabilities shall be transferred back to the defined benefit portion of the Plan.

M.    Military Service Credit

Notwithstanding any provision of this plan to the contrary contributions, benefits and service credit with respect to qualified military service will be provided in accordance with Section 414(u) of the Internal Revenue Code.

X.    TEMPORARY RETIREMENT/TERMINATION INCENTIVE PROGRAM

A.    For any "qualified employee" who, between 3/1/85 and 4/8/85, voluntarily elects to retire or terminate under the incentive program provided in this Section X,

(1)    in determining eligibility under Section IV.A., IV.B., V.A. and VI.B. and in calculating the amount of monthly benefit payable, the service of such employee shall be deemed to be the lowest of:

(a)    actual service plus five years;

(b)    actual service plus the difference between 70 and such employee's actual age; or

(c)    40 years; and

(2)    in determining eligibility under Section IV.B. and VI.B., the age of such employee shall be deemed to be the actual age of such employee at retirement plus five years; provided, however, that such employee's actual age at retirement shall be used in extracting actuarial factors from Appendices B through E and in determining any other actuarial reduction or increase as required under the Plan. In order to receive the incentive, a "qualified employee" making the election under this Section must retire or terminate between 3/1/85 and 4/30/85, or if the Company so elects, on a date selected by the Company which date in no event shall be later than 11/30/85.

B.    For the purpose of this Section only, a "qualified employee" means any employee other than those

(1)    in the Atomic Energy Division of the Petrochemicals Department;

(2)    in the Engineering Department assigned to work full time on matters related to Contract No. DE-AC09-76SR00001 with the U.S. Government;

(3)    in the Remington Arms Division of the Finishes and Fabricated Products Department permanently located at the Lake City site;

(4)    in Salary Scale Guide Levels 8 and above; and

(5)    who accept payment under any other voluntary termination incentive program of the Company.

## XI.    VOLUNTARY SEPARATION/RETIREMENT INCENTIVE PROGRAM

A.    Any qualified Employee who voluntarily elects to retire or separate under the incentive program provided in this Section XI will be eligible to receive one of the following benefits in lieu of his accrued benefit:

    (1)    Separation Incentive

Qualified Employees who do not meet the age and service requirements for an Optional Retirement pursuant to Section IV.D. of this Plan will be eligible to receive a benefit equal to two (2) weeks of Current Pay for each year of service up to five (5) years of service plus four (4) weeks of Current Pay for each year of service in excess of five (5) years of service. A Qualified Employee may elect to receive the benefit in the form of either:

    (a)    a monthly pension calculated in accordance with Appendix H and payable in accordance with the terms of Section V.A. of this Plan;
        or
    (b)    a lump-sum payment consisting of a single cash payment of the entire benefit payable to the Qualified Employee under the Plan as of the end of the month following the month in which the employee separates.

For purposes of this section, the term "Current Pay" shall mean an employee's regular rate of pay as computed by the Company on a weekly basis, including shift differentials and regularly scheduled overtime, without consideration of occasional or temporary variations from normal working hours; provided however that Current Pay does not include allowances in connection with the transfer of employment, awards, variable pay or payments under a gain sharing program, the Special Compensation Plan, the Incentive Compensation Plan, the Stock Option Plan, or similar plans of the Company or any of its affiliated companies, or amounts contributed to any welfare benefit plans maintained by the Company pursuant to Section 125 of the Code, or compensation in excess of the amount specified in Section 401(a)(17) of the Code.

    (2)    Retirement Incentive

Qualified Employees who meet the age and service requirements for an Optional Retirement pursuant to Section IV.D. of this Plan will be eligible to receive a monthly pension under Section IV of this Plan equal to 1.5% of Average Monthly Pay multiplied by Service without application of any percentage reduction factors for early retirement or offset for the Primary Social Security Benefit.

B.    For purposes of this Section only, "Qualified Employee" means any Full-Service Employee, as defined in the Company's Continuity of Service Rules, who is designated as a Qualified Employee by the Company by subsequent amendment of this Plan.

C.  In order to receive the incentive, a Qualified Employee making the election to retire or separate under this Section must retire or separate during the period specified by the Company by subsequent amendment of this Plan.

D.  If the benefit payable under the Plan with respect to any Qualified Employee who elects to retire or separate under the provisions of this Section has an actuarial equivalent single-sum value which is less than or equal to $3,500, the full nonforfeitable amount of the benefit automatically shall be paid to the Qualified Employee in one single-sum, cash-out distribution payable as of the end of the month following the month in which the employee separates.

E.  Any benefits paid pursuant to this Section are paid subject to any modifications that are required to obtain the approval of the Internal Revenue Service.

F.  In no event will the benefits provided under this Section XI be less than the actuarial equivalent of (1) the employee's accrued benefit under this Plan without regard to this Section XI, plus (2) one week of Current Pay for each year of service. Actuarial equivalence for purposes of this Section shall be computed using factors consistent with those in Appendix H.

G.  (1)  For purposes of this Section XI, all employees on the rolls of Du Pont Engineering, up to a total of 550, and the Du Pont Fibers roll are designated as "Qualified Employees", other than the following:

(a)  Employees in Salary Scale Guide Levels 8 and above.

(b)  Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States.

(c)  Employees assigned to the Field Engineering Section (Salary Code 85-77).

(d)  Employees assigned to Environmental Engineering (Salary Code 85-341) except 6 in codes 85-342, 85-343, 85-344, 85-345, 85-346 who are included. Employees in Regional Consulting Offices (Code 85-314) who functionally report to the Environmental Engineering Group are considered to be assigned to Environmental Engineering for purposes of this Section XI.

(e)  Employees assigned to Process Engineering Section (Salary Code 85-38) except 18 who are included. Employees in Regional Consulting Offices (Code 85-314) who functionally report to the Process Engineering Section are considered to be assigned to Process Engineering for purposes of this Section XI.

(f)  Employees assigned to Materials Engineering Section (Salary Code 85-363) except 4 who are included. Employees in Regional Consulting Offices (Code 85-314) who functionally report to the Materials Engineering are considered to be assigned to Materials Engineering for purposes of this Section XI.

(g)  Employees assigned to Maintenance Engineering Section (Salary Code 85-355) except 4 who are included. Employees in Regional Consulting Offices (Salary Code 85-314) who functionally report to the Maintenance Engineering Section are considered to be assigned to Maintenance Engineering for purposes of this Section XI.

(h)  Employees assigned to the Power & Energy Consultant Section (Salary Code 85-351) except 4 who are included. Employees in Regional Consulting Offices (Code 85-314) who functionally report to the Power & Energy Consultant Section are considered to be assigned to Power & Energy Consultant Section for purposes of this Section XI.

(i)  Employees assigned to the Electrical Consultant Section (Salary Code 85-352) except 4 who are included. Employees in Regional Consulting Offices (Code 85-314) who functionally report to the Electrical Consultant Section are considered to be assigned to the Electrical Consultant Section for purposes of this Section XI.

(j)  Employees assigned to the Quality Management and Technology Center Section (Salary 85-37) except 8 who are included. Employees in Regional Consulting Offices (Code 85-314) who functionally report to the Quality Management and Technology Center are considered to be assigned to Quality Management and Technology Center Section for purposes of this Section XI.

(k)  Employees assigned to the Business Engineering Construction Organization (Salary Codes 85-221, 85-223, 85-245, 85-259, 85-291, 85-292, 85-293, 85-294) except 20 who are included.

(l)  Employees assigned to Business Engineering - Polymers Site Engineering Section (Salary Codes 2471, 2491 and 2492).

(m)  Employees exempt under the Fair Labor Standards Act assigned to Fibers Research and Development Division and Technology Transfer Group (Salary Codes 70-30 through 70-39 and 70-95) except 130 who are included.

(n)  Employees who are medical supervisors, physicians, physicians' assistants, and nurses assigned to Fibers Manufacturing (Salary Codes 70-70 through 70-89).

(o)  Other employees exempt under the Fair Labor Standards Act in Fibers Manufacturing (Salary Codes 70-70 through 70-89) except for 280 who are included.

(p)  Employees exempt under the Fair Labor Standards Act assigned to Fibers Business Services, Quality, Human Resources, and Management (Salary Codes 70-01, 70-09, 70-10, and 70-20) except 40 who are included.

(q)  Employees exempt under the Fair Labor Standards Act assigned to Fibers Business Marketing (Salary Codes 70-02 through 70-05 and 70-40 through 70-69) except 75 who are included.

(r)  All employees not exempt under the Fair Labor Standards Act (wage roll and nonexempt salary roll) except who are 26 at Kinston (Location Code 2261), 32 at Waynesboro (Location Code 2481), 5 at Spruance (Location Code 2461-ELEC), 170 at Spruance (other than Location Code 2461-ELEC), 200 at Camden (Location Code 2311), 20 wage-roll and 5 nonexempt salary roll employees at Cape Fear (Location Code 2221), 16 wage-roll and 4 nonexempt salary roll employees at Chattanooga (Location Code 3411), 50 wage-roll and 12 nonexempt salary roll employees at Seaford (Location Code 1131), 14 nonexempt salary roll employees in Wilmington (Location Codes 1890, 1897, and 1910), 4 nonexempt salary roll employees in New York (Location Code 1263), 1 nonexempt salary

roll employee in Akron (Location Code 4303), and 1 nonexempt salary roll employee in Orange (Location Code 9300) who are included.

(s)   Employees who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(2)   In the event more employees than are designated as Qualified Employees in this Section XI.G. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI.G., those Qualified Employees who are eligible will be determined in the following manner:

(a)   Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

(b)   Those Qualified Employees at Company manufacturing sites will be determined in accordance with site procedures for reductions of force.

(3)   Qualified Employees designated in this Section XI.G. must make the election to voluntarily retire or separate not earlier than October 1, 1991, but prior to November 1, 1991. In order to receive the incentive, Qualified Employees must retire or separate on November 30, 1991, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than November 30, 1992.

H.   (1)   For purposes of this Section XI, the following employees are designed as "Qualified Employees":

(a)   Employees on the roll of Du Pont Chemicals exempt under the Fair Labor Standards Act assigned to Salary Codes 40-58-03-00, 40-58-05-00, 40-58-06-00, 40-58-07-00, 40-59-00-00, up to a total of 6.

(b)   Employees not exempt under the Fair Labor Standards Act assigned to the Chestnut Run site (Site Code 1897) as technicians (Salary Structure Code 0021) in Salary Codes 34-11-12-00, 34-11-13-00, 34-12-06-00, 34-12-11-00, 34-12-12-00, 34-13-01-00, 34-13-02-00, 34-13-04-00, 34-14-01-00, 34-21-02-00, 34-21-03-00, 34-24-01-00, 34-26-02-00, 34-26-03-00, 34-26-04-00, 34-26-05-00, 34-31-02-00, 34-31-03-00, 34-31-09-00, 34-31-08-00, 13-44-09-00, 40-31-40-00, 60-42-00-00, 60-56-04-00, 65-20-21-05, 60-58-02-00, 60-57-05-00, 65-70-11-00, 66-52-20-00, 66-52-23-00, 66-52-24-00, 66-52-25-00, 66-52-26-00, 66-52-27-00, 90-51-15-41, 90-51-15-92, 90-51-15-91, up to a total of 76.

(c)   Employees on the roll of Remington Arms Company Ilion Firearms site as follows:

33

(i) Employees assigned to the Operations Group (Salary Codes 15-33-60-00NY MPD 076, 15-82-53-00NY C PD 050, 15-82-53-00NY C SH 420, 15-82-53-00NY M PC 432, 15-82-53-00NY M PD 050, 15-82-53-00NY M PD 076, 15-82-53-00NY M PD 420, 15-82-53-00NY M PD 432, 15-82-53-00NY M QC 345, 15-82-53-00NY M TE 162, 15-82-53-00NY O MU 345, 15-82-53-00NY O MU 420, 15-82-53-00NY O SH 420, 15-82-53-00NY O TE 086, 15-82-53-00NY P PL 122, 15-82-53-10NY M PD 078, 15-82-53-10NY M PD 080, 15-82-53-13NY M PD 076, 15-82-53-13NY M PD 080, 15-82-53-13NY M PD 081, 15-82-53-14NY P PD 078, 15-82-53-16NY M PD 076, 15-82-53-16NY O MU 050, 15-82-53-17NY M PD 078, 15-82-53-17NY M PD 080, 15-82-53-40NY M TE 166, 15-82-53-45NY O MU 076, 15-82-53-95NY C PL 077, up to a total of 9.

(ii) Employees assigned to the Research/Technical Group (15-68-46-01NY M TE 345, 15-68-46-01NY O TE 080, 15-68-47-00NY O MU 166, 15-68-47-00NY R RI 147, 15-68-47-00NY R RI 150, 15-68-47-10NY O DE 633, 15-68-47-10NY R RI 345, 15-68-47-10NY R RI 633, 15-68-47-15NY R RI 345, 15-68-47-15NY R RI 405, 15-68-47-16NY R RI 405, 15-68-47-20NY M PD 153, 15-68-47-20NY O TE 345, 15-68-47-20NY R RI 080, 15-68-47-20NY S TE 171, 15-82-53-00NY M TE 166, 15-82-53-00NY M TE 345, up to a total of 4.

(d) Employees on the roll of Remington Arms Company assigned to the Marketing and Sales Organization (Salary Code 15-41), except those employees assigned to Salary Code 15-41-90-00DE, up to a total of 34 in the Captive Field Sales Group (Site Codes 0053, 1231, 2243, 6123, 9093, and 9993) and up to a total of 4 in the Marketing and Product Planning Group (Site Code 1150).

(e) Employees on the roll of Du Pont External Affairs up to a total of 67 other than the following:

(i) Employees assigned to Investor Affairs(Salary Code 81-06-00-00).

(ii) Employees assigned to Information Systems 81-03-00-00, 81-03-01-00, 81-03-02-00.

(iii) Employees assigned to State Affairs(Salary Code 81-10-00-00).

(iv) Employees assigned to Federal Affairs(Salary Code 81-15-00-00) in Lobbyist and Support Staff functions (Job Codes 083, 687, 690).

(v) Employees assigned to Corporate Tele-Marketing Center Operational Staff (Salary Code 81-31-02-00, Job Codes 615, 333, 432).

(vi) Employees assigned to Communications and Marketing Services, Printer Communications (Salary Code 81-41-21-02, 81-40-22-02, 81-40-23-02, 81-40-23-04, 81-40-24-01) in Technical Writing, Technical Illustration and Graphic Arts Functions (Job Codes 642, 447, 342).

(f) Employees on the roll of Chemicals at the Potomac River Site (Salary Code 40-52-81-00) up to a total of 22, as follows:

34

(i)  Exempt Team Manager (Job Code 076).

(ii)  Employees not exempt under the Fair Labor Standards Act other than nurses (Job Code 387).

(2)  Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)  Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)  Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)  In the event more employees than are designated as Qualified Employees in this Section XI. H. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI. H., those Qualified Employees who are eligible will be determined in the following manner:

(a)  Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary grade levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

(b)  Those Qualified Employees at the Chestnut Run site will be determined in accordance with site procedures for reduction of force.

(6)  Qualified Employees designated in this Section XI. H. must make the election to voluntarily retire or separate not earlier than December 2, 1991, but not later than January 31, 1992. In order to receive the incentive, Qualified Employees must retire or separate on February 29, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than January 31, 1993.

I.  (1)  For purposes of this Section XI, all employees on the roll of Du Pont Electronics, up to a total of 436, and all employees on the rolls of Du Pont Imaging and Du Pont Medical Products, up to a total of 1021, are designated as "Qualified Employees", other than the following:

(a)  Employees in Salary Scale Guide Levels 8 and above.

(b)  Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States.

(c)  Employees assigned to Du Pont Photomask Manufacturing and Business (Salary Codes 47-00-00-00, 47-20-00-00, 47-30-00-00, 47-40-00-00. 47-50-00-00. 47-51-00-00, 65-61-0095).

35

(d)  Employees assigned to Semiconductor Fabricating Materials (Salary Code 65-61-00-05).

(e)  Employees assigned to Bayport (Salary Code 65-80-80-00).

(f)  Employees assigned to Circleville (Salary Codes 65-80-82-00, 65-20-40-00 and 65-20-45-00).

(g)  Employees assigned to Towanda (Salary Codes 65-20-10-00 and 65-20-15-00).

(h)  Employees assigned to Sun Valley (Salary Code 65-80-23-00).

(i)  Employees assigned to the Electronics Technology Center (Salary Codes 65-20-20-06, 65-20-20-05, 65-20-20-10, and 65-20-21-05).

(j)  Employees assigned to Morrisville (Salary Code 65-50-50-00).

(k)  Employees not exempt under the Fair Labor Standards Act assigned to Holly Run (Salary Codes 65-46-70-00 and 65-80-70-00) except 10 employees who are included.

(l)  Employees not exempt under the Fair Labor Standards Act assigned to Holly Run (Salary Code 65-80-70-01).

(m)  Employees not exempt under the Fair Labor Standards Act assigned to Florence (Salary Codes 65-35-83-00 and 65-80-83-00) except 79 who are included.

(n)  Employees not exempt under the Fair Labor Standards Act assigned to Chestnut Run Plaza (Salary Code 70-11-00-00).

(o)  Employees not exempt from the Fair Labor Standards Act assigned to Electronics at Barley Mill Plaza (Site Code 1840).

(p)  Employees assigned to Diagnostic Imaging(Salary Code 13-44-10-00; Job Codes 330, 333, 417, 414, 426, 116, 432, 113, 306, 132, 166, 171).

(q)  Employees who are Field Technical Representatives assigned to Diagnostic Imaging (Salary Code 13-44-00-00, Job Codes 077, 306, 083, 110, 414, 116, 417, 426, and 432).

(r)  Employees assigned as field secretaries/receptionists (Salary Code 13-44-10-00, Job Code 309 and 690).

(s)  Sales Representatives in Biotechnology Systems(Salary Code 13-31-00-00, Job Code 417).

(t)  Employees assigned to Research and Development at Newtown (Salary Code 13-50-00-00, Job Code 076, 147, 150, 166, 312, 345, and 633).

(u)  Employees assigned to Customer Service in Boston(Salary Codes 60-53-50-00 and 60-53-51-00, Job Codes 050, 133, 414, 166 and 615).

(v)  Employees assigned as Customer Service Representatives at Barley Mill Plaza (Salary Code 60-53-05-00, Job Codes 333 and 414; Salary Code 60-53-06-00, Job Codes 113 and 414; Salary Code 60-53-07-00, Job Codes 166 and 615; Salary Code 60-53-10-00, Job Codes 119, 306 and 615; and Salary Code 60-53-52-00, Job Codes 166, 414 and 615).

(w)  Employees assigned to Customer Service at Irving(Salary Code 60-53-03-00).

(x)  Employees assigned to the Printing and Publishing Electronics System Technical Support organization(Salary Code 60-45-80-00).

(y)  Employees assigned to Equipment Service as Field Engineers, Application Specialists, Chemistry Specialists, Technical Support/Call Specialists, Training Specialists, Inventory Planning Specialists, System Support Engineers and System Support Technicians (Salary Codes 60-43-00-00 through 60-43-31-00; Salary Codes 60-43-40-00 through 60-43-45-00; Salary Codes 65-20-10-00 and 65-20-15-00).

(z)  Non-exempt and wage roll employees assigned to Newtown (Salary Code 60-80-15-00).

(aa)  Employees exempt under the Fair Labor Standards Act assigned to Human Resources (Salary Code 60-00-00-00).

(bb)  Employees exempt under the Fair Labor Standards Act assigned to Finance (Salary Code 60-10-00-00).

(cc)  Employees assigned to Information Systems (Salary Code 60-15-00-00).

(dd)  Employees assigned to the Custom Synthesis Laboratory in Boston (Salary Code 60-80-25-00, Job Codes 050 and 327).

(ee)  Employees who are technicians assigned to Chestnut Run (Salary Codes 60-45-00-00 and 60-42-00-00, 60-56-04-00, 60-57-05-00, 60-58-02-00, 13-44-00-00; Job Code 441).

(ff)  Employees not exempt under the Fair Labor Standards Act in the Wilmington Office Group and University Plaza (Site Codes 1840, 1150, 1180, 1890, 1897, 1140).

(gg)  All wage roll and nonexempt salary roll except 165 at Parlin (Site Codes 0481 and 0487); 162 at Rochester (Site Codes 1281 and 1287); 170 at Brevard (Site Codes 2201 and 2207); 33 at Towanda (Site Codes 1421 and 1427); 89 at Eagle Run/Glasgow (Site Codes 1621 and 1831); and 10 at Boston (Site Code 0210) who are included.

(hh)  Employees assigned to Customer Service at Burbank (Site Codes 9130, 9133, 9135).

(ii)  Employees in Customer Service at Clifton/Glen Rock (Site Code 043, 0363, and 0367).

(jj)  Employees who are medical supervisors, physicians, physicians' assistants and nurses assigned to Site Codes 1312, 1441, 2341, 2347, 0481, 0210, 1281, 1305, 1621, 1831, 1421, and 2201.

(kk)  Employees who have volunteered to terminate under any voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(2)  In the event more employees than are designated as Qualified Employees in this Section XI. I. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI. I., those Qualified Employees who are eligible will be determined in the following manner:

(a)  Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fraction to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

(b)  Those Qualified Employees at Company manufacturing sites will be determined in accordance with site procedures for reductions of force.

(3)  Qualified Employees designated in this Section XI. I., must make the election to voluntarily retire or separate not earlier than October 1, 1991, but no later than December 2, 1991. In order to receive the incentive, Qualified Employees must retire or separate on December 31, 1991, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than November 30, 1992.

J.  (1)  (a)  Employees on the roll of Du Pont Materials, Logistics and Services, including employees not exempt under the Fair Labor Standards Act in the Charlotte office (Salary Codes 70-48-61-00-NC, 70-78-53-00-NC, 70-01-99-00-NC, 66-82-80-00-NC, 94-80-28-00-NC, 94-10-76-00-NC), up to a total of 386, other than the following:

(i)  Employees who are medical supervisors, medical managers, physicians, physicians' assistants, nurses, x-ray technicians and medical technicians(Salary Codes 90-51-12-00, 90-51-12-22, 90-51-13-70, 90-51-14-00, 90-51-14-30, 90-51-15-00, and 90-51-15-41).

(ii)  Employees assigned to Aviation (Salary Codes 90-30-10-00-PA, 90-30-20-00-TX, 90-30-20-01-TX, 90-30-30-00-OK, 90-30-30-01-OK, and 90-30-00-01-DE) except for employees assigned to Salary Code 90-30-00-00-DE who are included.

(iii)  Employees who are laboratory technicians assigned to Chestnut Run Plaza (Salary Code 90-51-15-91 and 90-51-15-92).

(iv)    Employees on the wage roll and RSTUV salary roll(Salary Structure Code 9999) at the Hotel Du Pont and Playhouse and the employees on the wage and salary roll (Salary Structure Code 9999) at the Du Pont Country Club.

(v)    Employees on the wage roll at Wilmington Shops(Site Code 1671) except for 25 who are included.

(b)  All employees on the roll of Du Pont Central Research and Development, including employees in Agricultural Support Services (Salary Code 05-04-10-02), up to a total of 373, other than the following:

(i)    Employees assigned to the Nylon Enterprise (Salary Code 82-48-63-30).

(ii)    Employees assigned to Particle Science (Salary Code 82-48-63-60).

(iii)    Employees assigned to Microbial Detection (Salary Code 82-48-64-32).

(iv)    Employees assigned to Process Control(Salary Code 82-48-64-62).

(v)    Employees assigned to Environmental (Salary Code 82-48-66-10).

(vi)    Employees assigned to Development Division(Salary Codes 82-50-15-00, 82-50-15-01, 82-50-20-00 and 82-50-40-00).

(vii)    Employees who are technicians assigned to Services Division (Salary Code 82-10) except for 127 who are included.

(ix)    Employees assigned to Engineering Laboratories (Salary Codes 82-48-60-00, 82-48-61-00, 82-48-63-20, 82-48-63-21, 82-48-63-31, 82-48-63-40, 82-48-63-81, 82-48-64-00, 82-48-64-10, 82-48-64-20, 82-48-64-30, 82-48-64-31, 82-48-64-33, 82-48-64-34, 82-48-64-40, 82-48-64-50, 82-48-64-60, 82-48-64-61, 82-48-65-20, 82-48-65-21, 82-48-65-30, 82-48-65-31, 82-48-67-00) except for 28 who are included.

(c)  All employees on the roll of the Du Pont Finance Function, other than employees assigned to Actuarial Analysis and Consulting, (Salary Code 93-50-01-00) and including the following, up to a total of 210:

(i)    Employees assigned to Agricultural Chemical Financial Service (Salary code 05-03-01-00).

(ii)    Employees assigned to Automotive Products Accounting, Financial Service and Financial Services-Remington (Salary Code 22-10-10-10, 22-10-10-30, 22-10-20-20, 22-10-20-30, 22-10-20-40, 22-12-10-00, 22-12-15-00, 22-12-20-00, 22-12-25-00, 22-12-25-01).

(iii)    Employees assigned to Chemicals Business Services and Business Services-Chestnut Run (Salary Codes 40-19-00-00 and 40-19-04-00).

(iv)    Employees assigned to Electronics, Imaging and Medical Products Business Services (Salary Code 60-10).

    (v)    Employees assigned to Polymers Business Services(Salary Codes 66-12-00-00, 66-12-01-00, 66-12-02-22, 66-12-03-00, 66-12-04-00, 66-12-05-00, 66-12-06-00, 66-12-07-00, 66-12-08-00, 66-12-11-00, 66-12-12-00, 66-12-14-00, 66-12-16-00, 66-12-17-00, 66-12-18-00).

    (vi)    Employees exempt under the Fair Labor Standards Act assigned to Employee Financial and Administrative Services Division (Salary Code 84-15) except Human Resources Information Systems (Salary Code 84-15-07) and Human Resources Salary Code 84-15-08 who are excluded.

(d)    All employees on the rolls of Du Pont Human Resources and Du Pont Corporate Plans, including employees exempt under the Fair Labor Standards Act assigned to Human Resources in Agricultural Chemicals (Salary Code 05-02-00-00-DE), Automotive Products (Salary Codes 22-21-00-00-DE and 22-22-00-00-DE), Chemicals (Salary Codes) 40-05-00-00, 40-05-00-98, 40-29-00-98, 40-31-02-98, 40-58-07-98, 40-59-00-98, 40-69-00-98, 40-79-00-98, 40-96-00-98), Imaging Systems (Salary Code (60-00) and Polymers (Salary Code 66-01), up to a total of 180, other than the following:

    (i)    Employees exempt under the Fair Labor Standards Act in Environmental Affairs (Salary Code 84-80).

    (ii)    Employees exempt under the Fair Labor Standards Act assigned to the Corporate Plans Field Marketing Program (Salary Code 83-40-10).

    (iii)    Employees who are licensed counselors assigned to the Employee Assistance Plan (Salary Code 84-60-40-00-DE).

    (iv)    Employees exempt under the Fair Labor Standards Act assigned to Employee Financial and Administrative Services Division (Salary Code 84-15) and all employees in Human Resources Information System (Salary Code 84-15-07) except Human Resources employees assigned to Salary Code 84-15-08 who are included.

(e)    Employees at Du Pont Agricultural Products-Mobile Manufacturing Center as follows:

    (i)    Employees assigned to the Contract Formulation group (Salary Code 05-10-31-43) and nonprofessional Salary Guide Level 3A (Salary Code 05-10-31-41) up to a total of 13.

    (ii)    Employees assigned to the Mobile Leadership Team (Salary Code 05-10-31-40) up to a total of 8.

(f)    Employees on the roll of Du Pont Agricultural Products - Belle site, up to a total of 25, as follows:

    (i)    Employees not exempt from the Fair Labor Standards Act assigned to Salary Code 05-10-08-00-WV, except for nurses and hospital technicians in Job Code 387 who are excluded.

    (ii)    Employees exempt from the Fair Labor Standards Act in Salary Code

05-10-08-00-WV, Job Codes 076, 080, 086, 327, 330, 429, 432, 408, 333, and 633.

(g) Employees not exempt under the Fair Labor Standards Act on the rolls of Imaging Systems assigned to Salary Codes 60-46-10-00 and 60-46-30-00 in Job Codes MPD 441, MPD 642, MPD 648, MPD 669, MPD 681, MSH 360, MSH 420 and MSH 642, up to a total of 13.

(h) Employees on the roll of Du Pont Chemicals, as follows:

    (i)    Employees not exempt under the Fair Labor Standards Act, up to a total of 13, in Salary Codes 40-05-00-00, 40-19-00-00, 40-19-04-00, 40-29-00-00, 40-29-01-00, 40-29-07-00, 40-30-07-00, 40-30-08-00, 40-31-02-00, 40-39-00-00, 40-49-00-00, 40-49-04-00, 40-49-05-00, 40-58-07-00, 40-59-00-00, 40-67-40-00, 40-69-40-00, 40-69-00-00, 40-79-00-00, 40-70-03-00, 40-79-05-00, 40-79-06-00, 40-91-00-00, 40-91-04-00, 40-91-05-00, 40-96-00-00, 40-96-07-00.

    (ii)    Employees exempt under the Fair Labor Standards Act, up to a total of 55, in Salary Codes 40-01-00-00, 40-19-00-94, 40-19-04-95, 40-29-00-00, 40-29-01-00, 40-29-02-00, 40-29-03-00, 40-29-04-00, 40-29-05-00, 40-29-08-00, 40-30-07-00, 40-30-08-00, 40-31-00-00, 40-31-01-00, 40-31-02-00, 40-39-00-00, 40-49-00-00, 40-49-03-00, 40-49-04-00, 40-49-05-00, 40-79-00-00, 40-79-01-00, 40-79-02-00, 40-79-03-00, 40-79-04-00, 40-79-05-00, 40-79-06-00, 40-91-00-00, 40-91-03-00, 40-91-04-00, 40-91-05-00, 40-29-07-00.

(i) Employees on the rolls of Du Pont Polymers, up to a total of 75 employees exempt under the Fair Labor Standards Act and 25 employees not exempt under the Fair Labor Standards Act, as follows:

    (i)    Employees assigned to Acrylic and Consumer Products Division in Salary Codes 66-20-01-72, 66-20-02-30, 66-20-03-00, 66-20-03-10, 66-20-03-30, 66-20-09-00, 66-20-11-40, 66-20-12-49, 66-20-13-40, 66-20-21-50, 66-20-22-50, 66-20-22-59, 66-20-23-50, 66-21-00-00, 66-21-01-69, 66-21-02-20, 66-21-02-21, 66-21-02-30, 66-21-02-36, 66-21-02-49, 66-21-02-59, 66-21-02-69, 66-21-03-20, 66-21-03-30, 66-21-03-40, 66-22-12-00, 66-23-00-00, 66-23-01-20, 66-23-01-30, 66-23-02-10, 66-23-02-19, 66-23-02-39, 66-23-02-40, 66-23-02-49, 66-23-03-00, 66-23-03-10, 66-20-03-30, 66-23-02-49, 66-23-03-00, 66-23-03-10, 66-20-03-30, 66-23-03-40, 66-24-00-00, 66-25-00-00, 66-32-35-00.

    (ii)    Employees assigned to Business Services Division in Salary Codes 66-10-01-00, 66-10-04-00, 66-11-00-00, 66-11-02-00, 66-11-03-00, 66-11-22-00, 66-11-25-00, 66-11-26-00, 66-11-32-00, 66-11-33-00, 66-11-40-00, 66-11-41-00, 66-11-42-00, 66-11-43-00, 66-11-51-00, 66-11-52-00, 66-11-53-00, 66-11-56-00, 66-11-61-00, 66-12-19-00, 66-13-43-00, 66-14-00-00, 66-14-06-00.

    (iii)    Employees assigned to Engineering Polymers Division in Salary Codes 66-90-00-00, 66-91-00-00, 66-91-10-00, 66-91-15-00, 66-91-20-00, 66-91-22-00, 66-91-23-00, 66-91-24-00, 66-91-25-00, 66-91-27-00, 66-91-30-00, 66-91-40-00, 66-91-40-01, 66-91-42-00, 66-91-43-00, 66-91-44-00, 66-91-

44-01, 66-91-45-00, 66-91-53-00, 66-91-53-01, 66-91-56-00, 66-91-57-00, 66-91-63-00, 66-91-65-00, 66-91-70-00, 66-91-72-00, 66-91-72-01, 66-91-80-00, 66-91-90-00, 66-91-90-01, 66-92-00-00.

(iv)   Employees assigned to General Management in Salary Codes 66-00-02-00, 66-00-03-00, 66-00-03-01 and 66-00-04-00.

(v)    Employees not exempt under the Fair Labor Standards Act assigned to Human Resources Division in Salary Codes 66-01-00-00, 66-01-10-00, 66-01-40-00.

(vi)   Employees assigned to Industrial Polymers Division in Salary Codes 66-80-00-00, 66-81-10-00, 66-81-20-00, 66-81-21-00, 61-81-25-00, 66-81-41-00, 66-82-10-00, 66-82-15-00, 66-82-20-00, 66-82-20-01, 66-82-30-00, 66-82-40-00, 66-82-45-01, 66-82-50-00, 66-82-80-00, 66-82-80-01, 66-82-85-00, 66-83-50-00, 66-82-80-00, 66-82-85-00, 66-83-40-00, 66-83-44-00, 66-83-45-00, 66-83-50-00, 66-83-70-00, 66-83-80-00, 66-84-00-00, 66-84-00-01.

(vii)  Employees assigned to Manufacturing Division in Salary Code 66-62-05-00 and 66-62-05-01; employees not exempt under the Fair Labor Standards Act in Salary Codes 66-60-00-00, 66-65-00-00, 66-60-04-00, 66-60-07-00, 66-64-00-00; employees in Salary Codes 66-67-10-01-KY and 40-56-20-93 up to a total of 11; employees in Salary Code 66-67-10-01-KY up to a total of 4.

(viii) Employees assigned to the Packaging Products Division in Salary Codes 66-70-00-00, 66-70-01-00, 66-71-10-00, 66-71-10-01, 66-71-11-00, 66-71-17-00, 66-71-20-00, 66-71-20-01, 66-71-30-00, 66-71-31-00; employees not exempt under the Fair Labor Standards Act assigned to the Packaging Products Division in Salary Codes 66-71-12-00, 66-71-12-01, 66-71-15-00, 66-71-16-00, 66-71-16-01, 66-71-18-00, 66-71-21-00, 66-71-22-00, 66-71-23-00, 66-73-10-00.

(ix)   Employees assigned to the Specialty Polymers Division in Salary Codes 66-40-00-00, 66-40-00-01, 66-40-01-00, 66-41-10-00, 66-41-20-00, 66-42-00-00, 66-42-01-00, 66-42-02-00, 66-42-10-00, 66-42-10-01, 66-42-20-00, 66-42-20-01, 66-42-30-00, 66-42-30-01, 66-42-40-00, 66-42-50-00, 66-42-60-00, 66-42-61-00, 66-42-70-00, 66-42-80-00, 66-43-00-00, 66-43-10-00, 66-43-20-00, 66-43-30-00, 66-43-40-00, 66-43-50-00, 66-43-50-01, 66-43-51-00, 66-43-60-00, 66-43-61-00, 66-44-00-00, 66-45-00-00, 66-45-00-01, 66-45-00-02, 66-45-01-00, 66-45-01-01, 66-46-00-00, 66-46-10-00, 66-46-20-00, 66-46-30-00, 66-46-30-01, 66-46-31-00, 66-46-32-00, 66-46-41-00.

(x)    Employees not exempt under the Fair Labor Standards Act assigned to the Technology Division in Salary Codes 66-50-03-00, 66-51-00-00, 66-52-31-00, 66-52-32-00, 66-52-33-00, 66-52-34-00, 66-52-35-00, 66-52-36-00, 66-52-37-00, 66-52-38-00.

(2)   Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)    Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)    In the event more employees than are designated as Qualified Employees in this Section XI. J. or any subsection thereof desire to voluntarily separate or retire during the period specified under this section XI. J., those Qualified Employees who are eligible will be determined in the following manner:

(a)    Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

(b)    Those Qualified Employees at Company manufacturing sites will be determined in accordance with site procedures for reductions of force.

(6)    Qualified Employees designated in this Section XI. J., must make the election to voluntarily retire or separate not earlier than November 1, 1991, but no later than December 31, 1991. In order to receive the incentive, Qualified Employees must retire or separate on January 31, 1992, except that is the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than December 31, 1992.

K.    (1)    For purposes of this Section XI, employees on the roll of Du Pont Chemicals assigned to the Repauno Site (Salary Code 40-50-78-00) are designated as "Qualified Employees":

(a)    Employees exempt under the Fair Labor Standards Act not to exceed 8.

(b)    Salaried employees not exempt under the Fair Labor Standards Act, except for instrument mechanics, electricians and clerical employees, not to exceed 38.

(c)    Instrument Mechanics not to exceed 1.

(d)    Electricians not to exceed 1.

(e)    Clerical employees not exempt under the Fair Labor Standards Act not to exceed 2.

(2)    Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4) Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the company.

(5) In the event more employees than are designated as Qualified Employees in this Section XI. K. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI. K., those Qualified Employees who are eligible will be determined in the following manner:

 (a) Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

 (b) Those Qualified Employees will be determined in accordance with site procedures for reduction of force.

(6) Qualified Employees designated in this Section XI. K. must make the election to voluntarily retire or separate not earlier than December 30, 1991, but not later than February 28, 1992. In order to receive the incentive, Qualified Employees must retire or separate on April 30, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than February 28, 1993.

L. (1) For purposes of this Section XI, employees on the roll of Du Pont Fibers assigned to the Chattanooga Site (Location Code 3411) are designed as "Qualified Employees" other than the following:

 (a) Salaried employees exempt under the Fair Labor Standards Act except 12 in the site manufacturing unit (Salary Code 70801000TN) who are included.

 (b) Salaried employees not exempt under the Fair Labor Standards Act except 8 who are included.

 (c) Wage-roll employees not exempt under the Fair Labor Standards Act except 100 who are included.

 (d) Employees who are health services supervisors and nurses.

 (e) Employees is Salary Scale Guide Levels 8 and above.

 (f) Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States.

(g)    Employees who have volunteered to separate or retire pursuant to Section XI.G. and were determined to be eligible or who have volunteered to terminate under the Special Termination Incentive Program.

(2)    In the event more employees than are designated as Qualified Employees in this Section XI. L. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI.L., those Qualified Employees who are eligible will be determined in the following manner:

(a)    Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

(b)    Those Qualified Employees not exempt under the Fair Labor Standards Act who are eligible will be determined in accordance with site procedures for reduction of force.

(3)    Qualified Employees designated in this Section XI.L. must make the election to voluntarily retire or separate not earlier than December 30, 1991, but not later than February 28, 1992. In order to receive the incentive, Qualified Employees must retire or separate on March 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than February 28, 1993.

M.    (1)    For purposes of this Section XI., employees on the roll of Du Pont Chemicals assigned to the Grasselli Site (Salary Code 40-04-61-00), not to exceed a total of 26, are designated as "Qualified Employees".

(2)    Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)    Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)    In the event more employees than are designated as Qualified Employees in this Section XI.M. desire to voluntarily separate or retire during the period specified under this Section XI.M., those Qualified Employees who are eligible will be determined in the following manner:

(a)    Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

EXHIBIT D

PART 2 OF 2

      (b)   Those Qualified Employees other than salaried employees exempt under the Fair Labor Standards Act who are eligible will be determined in accordance with site procedures for reduction of force.

  (6)  Qualified Employees designated in this Section XI.M. must make the election to voluntarily retire or separate not earlier than March 16, 1992, but not later than May 8, 1992. In order to receive the incentive, Qualified Employees must retire or separate on May 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than May 8, 1993.

N.  (1)  For purposes of this Section XI., the following employees on the roll of Du Pont Chemicals assigned to the Memphis Site are designated as"Qualified Employees":

      (a)   Represented employees (Salary Code 40-34-31-00), not to exceed a total of 50.

      (b)   Nonrepresented employees not exempt under the Fair Labor Standards Act (Salary Code 40-50-67-00) not to exceed a total of 15.

      (c)   Employees exempt under the Fair Labor Standards Act (Salary Code 40-50-67-00)except the site medical personnel(sub-function "MD") and research personnel (Salary Code 40-67-10-00).

  (2)  Employees in Salary Scale Guide Levels 7 and above are not eligible.

  (3)  Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

  (4)  Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

  (5)  In the event more employees than are designated as Qualified Employees in this Section XI.N. desire to voluntarily separate or retire during the period specified under this Section XI.N., those Qualified Employees who are eligible will be determined in the following manner:

      (a)   Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

      (b)   Those Qualified Employees other than salaried employees exempt under the Fair Labor Standards Act who are eligible will be determined in accordance with site procedures for reduction of force.

(6)   Qualified Employees designated in this Section XI.N. must make the election to voluntarily retire or separate not earlier than March 17, 1992, but not later than May 15, 1992. In order to receive the incentive, Qualified Employees must retire or separate on July 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than May 15, 1993.

O.   (1)   For purposes of this Section XI., employees on the roll of Du Pont Chemicals assigned to the Niagara Site (Salary Codes 40-12-51-00 and 40-50-75-00), not to exceed a total of 66 employees not exempt under the Fair Labor Standards Act and 19 employees exempt under the Fair Labor Standards Act are designated as "Qualified Employees".

(2)   Employees in Salary Scale Guide Levels 8 and above and the plant physician are not eligible.

(3)   Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)   Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)   In the event more employees than are designated as Qualified Employees in this Section XI.O. desire to voluntarily separate or retire during the period specified under this Section XI.I., those Qualified Employees who are eligible will be determined in the following manner:

(a)   Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

(b)   Those Qualified Employees other than salaried employees exempt under the Fair Labor Standards Act who are eligible will be determined in accordance with site procedures for reduction of force.

(6)   Qualified Employees designated in this Section XI. O. must make the election to voluntarily retire or separate not earlier than April 1, 1992, but not later than June 1, 1992. In order to receive the incentive, Qualified Employees must retire or separate on July 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than June 1, 1993.

P.   (1)   For purposes of this Section XI., employees on the roll of Du Pont Chemicals and Du Pont Polymers assigned to the Chambers Works site (Salary Codes 40-54-30-00 through 40-54-30-99-NJ, 40-67-00-90-NJ, 66-68-20-90-NJ and 40-05-99-00-NJ), not to exceed a total of 92 employees exempt under the Fair Labor Standards Act and a total 176 not exempt under the Fair Labor Standards Act, are designated as "Qualified Employees".

(2)    Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)    Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)    In the event more employees than are designated as Qualified Employees in this Section XI.P. desire to voluntarily separate or retire during the period specified under this Section XI.P., those Qualified Employees who are eligible will be determined in the following manner:

    (a)    Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

    (b)    Those Qualified Employees other than salaried employees exempt under the Fair Labor Standards Act who are eligible will be determined in accordance with site procedures for reduction of force.

(6)    Qualified Employees designated in this Section XI.P. must make the election to voluntarily retire or separate not earlier than March 20, 1992, but not later than May 8, 1992. In order to receive the incentive, Qualified Employees must retire or separate on May 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than May 8, 1993.

Q.    (1)    For purposes of this Section XI., employees on the roll of Du Pont Fibers assigned to the May Plant (Salary Code 70-76-40-00), not to exceed 179 employees in manufacturing and 1 employee in the site medical unit not exempt under the Fair Labor Standards Act, are designated as "Qualified Employees".

(2)    Employees in Salary Scale Guide Levels 8 and above and exempt salaried and non-exempt medical technician employees assigned to the site medical unit are not eligible.

(3)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)    Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5) In the event more employees than are designated as Qualified Employees in this Section XI. Q. desire to voluntarily separate or retire during the period specified under this Section XI.Q., those Qualified Employees who are eligible will be determined in the following manner:

    (a) Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

    (b) Those Qualified Employees other than salaried employees exempt under the Fair Labor Standards Act who are eligible will be determined in accordance with site procedures for reduction of force.

(6) Qualified Employees designated in this Section XI. Q. must make the election to voluntarily retire or separate not earlier than March 16, 1992, but not later than May 8, 1992. In order to receive the incentive, Qualified Employees must retire or separate on May 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than May 8, 1993.

R. (1) For purposes of this Section XI., employees on the roll of Du Pont Automotive Products assigned to the Oklahoma City Refinish Service Center (Salary Code 22-52-43-00, Site Code 7246) and employees exempt under the Fair Labor Standards Act assigned to the Colombus Refinish Service Center (Salary Code 22-52-36-00, Site Code 4346) are designated as "Qualified Employees", not to exceed a total of 10.

(2) Employees in Salary Scale Guide Levels 5A and above are not eligible.

(3) Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4) Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5) In the event more employees than are designated as Qualified Employees in this Section XI.R. desire to voluntarily separate or retire during the period specified under this Section XI.R., those Qualified Employees who are eligible will be determined in the following manner:

    (a) Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

(b)    Those Qualified Employees other than salaried employees exempt under the Fair Labor Standards Act who are eligible will be determined in accordance with site procedures for reduction of force.

(6)    Qualified Employees designated in this Section XI.R. must make the election to voluntarily retire or separate not earlier than March 16, 1992, but not later than May 8, 1992. In order to receive the incentive, Qualified Employees must retire or separate on May 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than May 8, 1993.

S.    (1)    For purposes of this Section XI, the following employees on the roll of Du Pont Polymers are designated as "Qualified Employees":

(a)    Employees not exempt under the Fair Labor Standards Act assigned to the Manufacturing Division (Salary Codes 66-63-40-00 and site code 2561), not to exceed a total of 125.

(b)    Employees assigned to the Manufacturing Division in Salary Codes 66-61-05-01, 66-61-10-01 and 66-69-20-00 and employees assigned to the Technology Division (Salary Code 66-54-06-00), not to exceed a total of 4.

(c)    Employees exempt under the Fair Labor Standards Act assigned to the Manufacturing Division (Salary Codes 66-60-00-00, 66-60-04-00, 66-60-05-00, 66-60-06-00, 66-60-16-00, 66-60-17-01, 66-60-18-00, 66-61-05-00, 66-61-10-00, 66-62-05-00, 66-62-05-01, 66-64-00-00, 66-64-00-01, 66-68-20-00, 66-69-20-01), up to a total of 10.

(d)    Employees exempt under the Fair Labor Standards Act assigned to the Technology Division (Salary Codes 66-52-01-00, 66-52-04-00, 66-52-05-00, 66-53-01-00, 66-53-13-00, 66-53-14-00, 66-53-20-00, 66-54-03-00, 66-55-01-00, 66-55-04-00, 66-55-05-00, 66-55-22-00, 66-56-00-00, 66-56-03-00, 66-56-12-00, 66-56-13-00, 66-56-20-00, 66-57-18-00, 66-57-19-00, 66-57-22-00, 66-57-49-00, 66-58-26-00, 66-58-27-00, 66-58-29-00, 66-59-05-00, 66-59-06-00, 66-59-07-00) up to a total of 11.

(2)    Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)    Employees are not eligible who have volunteered to terminated under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)    In the event more employees than are designated as Qualified Employees in this Section XI. S. desire to voluntarily separate or retire during the period specified under this Section XI. S., those Qualified Employees who are eligible will be determined in the following manner:

(a) Those salaried Qualified Employees exempt under the Fair Labor Standards Act who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels.

(b) Those Qualified Employees other than salaried employees exempt under the Fair Labor Standards Act who are eligible will be determined by length of Company service.

(6) Qualified Employees designated in this Section XI.S. must make the election to voluntarily retire or separate not earlier than April 1, 1992, but not later than June 1, 1992. In order to receive the incentive, Qualified Employees must retire or separate on June 30, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than June 1, 1993.

T. (1) For purposes of this Section XI., manufacturing employees on the roll of Du Pont Fibers assigned to the Seaford site (Site Code 1131, Location Codes 70-77-60-00, 70-35-26-00, and 70-70) not to exceed at total of 300, are designated as "Qualified Employees".

(2) Employees in Salary Scale Guide Levels 7A and above and the site doctor are not eligible.

(3) Employees on Leave of Absence under Section IV. 1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4) Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5) In the event more employees than are designated as Qualified Employees in this Section XI.T. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI. T., those Qualified Employees who are eligible will be determined in the following manner:

Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

(6) Qualified Employees designated in this Section XI. T. must make the election to voluntarily retire or separate not earlier than April 1, 1992, but not later than June 1, 1992. In order to receive the incentive, Qualified Employees must retire or separate on June 30, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than June 1, 1993.

U.    (1)    For purposes of this Section XI., employees not exempt under the Fair Labor Standards Act on the roll of Du Pont Fibers assigned to the Martinsville Site (Location Codes 70-73-50, 70-32-14 and 70-32-17, Site Code 2441), not to exceed a total of 308, are designated as "Qualified Employees".

(2)    Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program; provided that any limitation set forth above on the number of Qualified Employee will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(3)    In the event more employees than are designated as Qualified Employees in this Section XI. U. desire to voluntarily separate or retire during the period specified under this Section XI. U., those Qualified Employees who are eligible will be determined by length of site service.

(4)    Qualified Employees designated in this Section XI. U. must make the election to voluntarily retire or separate not earlier than May 1, 1992, but not later than June 30, 1992. In order to receive the incentive, Qualified Employees must retire or separate on July 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than June 30, 1993.

V.    (1)    For purposes of this Section XI, the following are designated as "Qualified Employees":

(a)    Employees on the roll of Du Pont Agricultural Products - Belle site, up to a total of 80, as follows:

(i)    Employees not exempt from the Fair Labor Standards Act assigned to Salary Code 05-10-08-00-WV, except for nurses and hospital technicians in Job Code 387 who are excluded.

(ii)    Employees exempt from the Fair Labor Standards Act in Salary Code 05-10-08-00-WV, Job Codes 076, 080, 086, 327, 330, 429, 432, 408, 333, and 633.

(b)    Employees in the Information Systems function, up to a total of 275, in the following Salary Codes:

```
05 AG 1840 BARLML 10 GLBLOP 06 00 077 E
05 AG 1840 BARLML 10 GLBLOP 06 00 083 E
05 AG 1840 BARLML 10 GLBLOP 06 00 166 E
05 AG 1840 BARLML 10 GLBLOP 06 00 306 E
05 AG 1840 BARLML 10 GLBLOP 06 00 330 E
05 AG 1840 BARLML 10 GLBLOP 06 00 420 E
05 AG 1840 BARLML 10 GLBLOP 06 00 432 E
05 AG 1840 BARLML 10 GLBLOP 06 00 441 N
05 AG 1840 BARLML 10 GLBLOP 06 00 615 N
05 AG 1840 BARLML 10 GLBLOP 06 00 618 N
05 AG 1840 BARLML 10 GLBLOP 06 00 684 E
```

```
22 AP 8141 LOUVRS  13 BUSSER 20 50 306 E
22 AP 8141 LOUVRS  13 BUSSER 20 50 432 E
22 AP 8141 LOUVRS  13 BUSSER 20 50 615 N
22 AP 1120 RED MIL 13 BUSSER 60 60 153 E
22 AP 1120 RED MIL 13 BUSSER 60 60 432 E
22 AP 1150 WILM    13 BUSSER 30 10 306 E
22 AP 1150 WILM    13 BUSSER 10 10 330 E
22 AP 1150 WILM    13 BUSSER 10 20 432 E
22 AP 1150 WILM    13 BUSSER 20 10 153 E
22 AP 1150 WILM    13 BUSSER 20 20 306 E
22 AP 1150 WILM    13 BUSSER 20 20 309 N
22 AP 1150 WILM    13 BUSSER 20 20 405 E
22 AP 1150 WILM    13 BUSSER 20 20 432 E
22 AP 1150 WILM    13 BUSSER 20 20 615 N
22 AP 1150 WILM    13 BUSSER 30 10 153 E
22 AP 1150 WILM    13 BUSSER 30 20 077 E
22 AP 1150 WILM    13 BUSSER 30 20 306 E
22 AP 1150 WILM    13 BUSSER 30 20 330 E
22 AP 1150 WILM    13 BUSSER 30 20 333 N
22 AP 1150 WILM    13 BUSSER 30 20 405 E
22 AP 1150 WILM    13 BUSSER 30 20 432 E
22 AP 1150 WILM    13 BUSSER 30 20 615 N
22 AP 1817 MSH LAB 13 BUSSER 40 10 153 E
22 AP 1817 MSH LAB 13 BUSSER 40 40 306 E
22 AP 1860 DELDON  13 BUSSER 20 40 432 E
22 AP 4283 TROY    13 BUSSER 50 50 076 E
22 AP 4283 TROY    13 BUSSER 50 50 405 E
22 AP 4283 TROY    13 BUSSER 50 50 432 E
40 CHEM 0421 CH WKS  96 INFSYS 01 00 166 E
40 CHEM 0421 CH WKS  96 INFSYS 01 00 306 E
40 CHEM 0421 CH WKS  96 INFSYS 01 00 330 E
40 CHEM 0421 CH WKS  96 INFSYS 01 00 432 E
40 CHEM 0557 JACK LB 96 INFSYS 01 00 306 E
40 CHEM 0557 JACK LB 96 INFSYS 01 00 432 E
40 CHEM 0557 JACK LB 96 INFSYS 02 00 166 E
40 CHEM 0557 JACK LB 96 INFSYS 02 00 306 E
40 CHEM 0557 JACK LB 96 INFSYS 02 00 330 E
40 CHEM 0557 JACK LB 96 INFSYS 02 00 432 E
40 CHEM 1061 EDGMOOR 96 INFSYS 09 00 080 E
40 CHEM 1080 LOUVRS  96 INFSYS 11 00 306 E
40 CHEM 1080 LOUVRS  96 INFSYS 11 00 432 E
40 CHEM 1120 RED MIL 96 INFSYS 10 00 345 E
40 CHEM 1150 WILM    96 INFSYS 00 00 083 E
40 CHEM 1150 WILM    96 INFSYS 00 00 110 E
40 CHEM 1150 WILM    96 INFSYS 00 00 153 E
40 CHEM 1150 WILM    96 INFSYS 00 00 166 E
40 CHEM 1150 WILM    96 INFSYS 00 00 306 E
40 CHEM 1150 WILM    96 INFSYS 00 00 312 E
40 CHEM 1150 WILM    96 INFSYS 00 00 330 E
40 CHEM 1150 WILM    96 INFSYS 00 00 432 E
40 CHEM 1890 CHESRPL 96 INFSYS 04 00 432 E
40 CHEM 1890 CHESRPL 96 INFSYS 07 00 153 E
40 CHEM 1890 CHESRPL 96 INFSYS 07 00 306 E
```

```
40 CHEM 1890 CHESRPL 96 INFSYS 07 00 330 E
40 CHEM 1890 CHESRPL 96 INFSYS 07 00 432 E
40 CHEM 2221 CP FEAR 96 INFSYS 06 00 345 E
40 CHEM 3331 DELISLE 96 INFSYS 06 00 077 E
40 CHEM 3331 DELISLE 96 INFSYS 06 00 330 E
40 CHEM 3331 DELISLE 96 INFSYS 06 00 405 E
40 CHEM 3331 DELISLE 96 INFSYS 06 00 432 E
40 CHEM 3461 OLD HKY 96 INFSYS 05 00 081 E
40 CHEM 3461 OLD HKY 96 INFSYS 05 00 306 E
40 CHEM 3461 OLD HKY 96 INFSYS 05 00 312 E
40 CHEM 3461 OLD HKY 96 INFSYS 05 00 345 E
40 CHEM 3461 OLD HKY 96 INFSYS 05 00 405 E
40 CHEM 3461 OLD HKY 96 INFSYS 05 00 432 E
40 CHEM 7381 SABINE  96 INFSYS 05 00 050 E
40 CHEM 7381 SABINE  96 INFSYS 05 00 153 E
40 CHEM 7381 SABINE  96 INFSYS 05 00 306 E
40 CHEM 7381 SABINE  96 INFSYS 05 00 312 E
40 CHEM 7381 SABINE  96 INFSYS 05 00 345 E
40 CHEM 7381 SABINE  96 INFSYS 05 00 405 E
40 CHEM 7381 SABINE  96 INFSYS 05 00 432 E
40 CHEM 7391 VICTORI 96 INFSYS 04 00 050 E
40 CHEM 7391 VICTORI 96 INFSYS 04 00 306 E
40 CHEM 7391 VICTORI 96 INFSYS 04 00 312 E
40 CHEM 7391 VICTORI 96 INFSYS 04 00 345 E
40 CHEM 7391 VICTORI 96 INFSYS 04 00 432 E
60 IMG  0071 NEWTOWN 15 INFSYS 23 00 432 E
60 IMG  0210 BOSTON  15 INFSYS 22 00 306 E
60 IMG  0210 BOSTON  15 INFSYS 22 00 396 E
60 IMG  0210 BOSTON  15 INFSYS 22 00 432 E
60 IMG  0250 BILLER  15 INFSYS 22 00 306 E
60 IMG  0250 BILLER  15 INFSYS 22 00 396 E
60 IMG  0250 BILLER  15 INFSYS 22 00 432 E
60 IMG  0481 PARLIN  15 INFSYS 83 00 083 E
60 IMG  0481 PARLIN  15 INFSYS 83 00 166 E
60 IMG  0481 PARLIN  15 INFSYS 83 00 306 E
60 IMG  0481 PARLIN  15 INFSYS 83 00 432 E
60 IMG  1150 WILM    15 INFSYS 10 00 306 E
60 IMG  1150 WILM    15 INFSYS 32 00 432 E
60 IMG  1180 CONC PL 15 INFSYS 50 00 166 E
60 IMG  1180 CONC PL 15 INFSYS 54 00 306 E
60 IMG  1180 CONC PL 15 INFSYS 54 00 432 E
60 IMG  1281 ROCHSTR 15 INFSYS 00 00 306 E
60 IMG  1281 ROCHSTR 15 INFSYS 80 00 306 E
60 IMG  1281 ROCHSTR 15 INFSYS 80 00 432 E
60 IMG  1281 ROCHSTR 15 INFSYS 84 00 083 E
60 IMG  1281 ROCHSTR 15 INFSYS 84 00 166 E
60 IMG  1281 ROCHSTR 15 INFSYS 84 00 306 E
60 IMG  1281 ROCHSTR 15 INFSYS 84 00 432 E
60 IMG  1305 BOOTHWY 15 INFSYS 24 00 166 E
60 IMG  1305 BOOTHWY 15 INFSYS 24 00 405 E
60 IMG  1305 BOOTHWY 15 INFSYS 24 00 432 E
60 IMG  1421 TOWANDA 15 INFSYS 82 00 166 E
60 IMG  1421 TOWANDA 15 INFSYS 82 00 306 E
```

```
60 IMG  1421 TOWANDA 15 INFSYS 82 00 432 E
60 IMG  1441 EMGSVIL 15 INFSYS 26 00 166 E
60 IMG  1531 VALYGRN 15 INFSYS 24 00 095 E
60 IMG  1531 VALYGRN 15 INFSYS 24 00 166 E
60 IMG  1531 VALYGRN 15 INFSYS 24 00 405 E
60 IMG  1531 VALYGRN 15 INFSYS 24 00 432 E
60 IMG  1621 GLASGOW 15 INFSYS 23 00 095 E
60 IMG  1621 GLASGOW 15 INFSYS 23 00 166 E
60 IMG  1621 GLASGOW 15 INFSYS 23 00 306 E
60 IMG  1621 GLASGOW 15 INFSYS 23 00 405 E
60 IMG  1621 GLASGOW 15 INFSYS 23 00 432 E
60 IMG  1621 GLASGOW 15 INFSYS 23 01 153 E
60 IMG  1621 GLASGOW 15 INFSYS 23 01 306 E
60 IMG  1621 GLASGOW 15 INFSYS 23 01 432 E
60 IMG  1840 BARLML  15 INFSYS 23 01 153 E
60 IMG  1840 BARLML  15 INFSYS 23 01 083 E
60 IMG  1840 BARLML  15 INFSYS 23 01 306 E
60 IMG  1840 BARLML  15 INFSYS 23 01 432 E
60 IMG  1840 BARLML  14 INFSYS 20 00 083 E
60 IMG  1840 BARLML  15 INFSYS 00 00 083 E
60 IMG  1840 BARLML  15 INFSYS 00 00 153 E
60 IMG  1840 BARLML  15 INFSYS 10 00 107 E
60 IMG  1840 BARLML  15 INFSYS 10 00 122 E
60 IMG  1840 BARLML  15 INFSYS 10 00 153 E
60 IMG  1840 BARLML  15 INFSYS 10 00 306 E
60 IMG  1840 BARLML  15 INFSYS 10 00 333 E
60 IMG  1840 BARLML  15 INFSYS 10 00 432 E
60 IMG  1840 BARLML  15 INFSYS 10 00 615 N
60 IMG  1840 BARLML  15 INFSYS 10 00 618 N
60 IMG  1840 BARLML  15 INFSYS 10 00 627 N
60 IMG  1840 BARLML  15 INFSYS 20 00 083 E
60 IMG  1840 BARLML  15 INFSYS 20 00 122 E
60 IMG  1840 BARLML  15 INFSYS 20 00 432 E
60 IMG  1840 BARLML  15 INFSYS 30 00 166 E
60 IMG  1840 BARLML  15 INFSYS 31 00 083 E
60 IMG  1840 BARLML  15 INFSYS 31 00 095 E
60 IMG  1840 BARLML  15 INFSYS 31 00 166 E
60 IMG  1840 BARLML  15 INFSYS 31 00 306 E
60 IMG  1840 BARLML  15 INFSYS 31 00 330 E
60 IMG  1840 BARLML  15 INFSYS 31 00 432 E
60 IMG  1840 BARLML  15 INFSYS 31 00 627 N
60 IMG  1840 BARLML  15 INFSYS 32 00 166 E
60 IMG  1840 BARLML  15 INFSYS 32 00 306 E
60 IMG  1840 BARLML  15 INFSYS 32 00 330 E
60 IMG  1840 BARLML  15 INFSYS 32 00 405 E
60 IMG  1840 BARLML  15 INFSYS 32 00 432 E
60 IMG  1840 BARLML  15 INFSYS 32 00 618 N
60 IMG  1840 BARLML  15 INFSYS 32 00 627 N
60 IMG  1840 BARLML  15 INFSYS 33 00 095 E
60 IMG  1840 BARLML  15 INFSYS 33 00 306 E
60 IMG  1840 BARLML  15 INFSYS 33 00 432 E
60 IMG  1840 BARLML  15 INFSYS 33 00 615 N
60 IMG  1840 BARLML  15 INFSYS 33 00 627 N
```

```
60 IMG 1840 BARLML  15 INFSYS 40 00 306 E
60 IMG 1840 BARLML  15 INFSYS 50 00 083 E
60 IMG 1840 BARLML  15 INFSYS 50 00 122 E
60 IMG 1840 BARLML  15 INFSYS 50 00 166 E
60 IMG 1840 BARLML  15 INFSYS 51 00 166 E
60 IMG 1840 BARLML  15 INFSYS 52 00 306 E
60 IMG 1840 BARLML  15 INFSYS 52 00 432 E
60 IMG 1840 BARLML  15 INFSYS 52 00 618 N
60 IMG 1840 BARLML  15 INFSYS 53 00 306 E
60 IMG 1840 BARLML  15 INFSYS 53 00 330 E
60 IMG 1840 BARLML  15 INFSYS 53 00 432 E
60 IMG 1840 BARLML  15 INFSYS 53 00 627 N
60 IMG 1840 BARLML  15 INFSYS 54 00 306 E
60 IMG 1840 BARLML  15 INFSYS 54 00 432 E
60 IMG 1840 BARLML  15 INFSYS 60 00 083 E
60 IMG 1840 BARLML  15 INFSYS 60 00 166 E
60 IMG 1840 BARLML  15 INFSYS 60 00 306 E
60 IMG 1840 BARLML  15 INFSYS 60 00 330 E
60 IMG 1840 BARLML  15 INFSYS 60 00 432 E
60 IMG 1840 BARLML  15 INFSYS 70 00 432 E
60 IMG 1840 BARLML  15 INFSYS 80 00 083 E
60 IMG 1840 BARLML  15 INFSYS 80 00 306 E
60 IMG 1840 BARLML  15 INFSYS 80 00 330 E
60 IMG 1840 BARLML  15 INFSYS 80 00 432 E
60 IMG 1840 BARLML  15 INFSYS 80 00 627 N
60 IMG 2201 BREVARD 15 INFSYS 81 00 050 E
60 IMG 2201 BREVARD 15 INFSYS 81 00 306 E
60 IMG 2201 BREVARD 15 INFSYS 81 00 330 E
60 IMG 2201 BREVARD 15 INFSYS 81 00 432 E
60 IMG 2299 RES-TRI 15 INFSYS 00 00 166 E
60 IMG 2299 RES-TRI 15 INFSYS 70 00 122 E
60 IMG 2299 RES-TRI 15 INFSYS 70 00 166 E
60 IMG 2297 RES-TRI 15 INFSYS 70 00 306 E
60 IMG 2297 RES-TRI 15 INFSYS 70 00 432 E
60 IMG 2299 RES-TRI 15 INFSYS 70 00 306 E
60 IMG 2299 RES-TRI 15 INFSYS 70 00 432 E
60 IMG 3316 ALTDIST 15 INFSYS 51 01 095 E
60 IMG 3316 ALTDIST 15 INFSYS 51 01 166 E
60 IMG 3316 ALTDIST 15 INFSYS 51 01 432 E
60 IMG 9993 STWIDE  15 INFSYS 31 00 330 E
66 POLY 1077 EXP ST 13 BSD    21 00 432 E
66 POLY 1111 PENCADR 13 BSD   33 00 432 E
66 POLY 1120 RED MIL 13 BSD   00 01 153 E
66 POLY 1150 WILM   13 BSD    00 00 153 E
66 POLY 1150 WILM   13 BSD    00 00 166 E
66 POLY 1150 WILM   13 BSD    02 00 166 E
66 POLY 1150 WILM   13 BSD    03 00 306 E
66 POLY 1150 WILM   13 BSD    03 00 330 E
66 POLY 1150 WILM   13 BSD    03 00 432 E
66 POLY 1150 WILM   13 BSD    04 00 166 E
66 POLY 1150 WILM   13 BSD    04 00 306 E
66 POLY 1150 WILM   13 BSD    04 00 330 E
66 POLY 1150 WILM   13 BSD    04 00 432 E
```

```
66 POLY 1150 WILM    13 BSD    04 00 618 N
66 POLY 1150 WILM    13 BSD    05 00 306 E
66 POLY 1150 WILM    13 BSD    05 00 432 E
66 POLY 1150 WILM    13 BSD    05 00 618 N
66 POLY 1150 WILM    13 BSD    06 00 405 N
66 POLY 1150 WILM    13 BSD    06 00 618 N
66 POLY 1150 WILM    13 BSD    07 00 306 E
66 POLY 1150 WILM    13 BSD    07 00 432 E
66 POLY 1150 WILM    13 BSD    07 00 618 N
66 POLY 1150 WILM    13 BSD    09 00 306 E
66 POLY 1150 WILM    13 BSD    09 00 432 E
66 POLY 1150 WILM    13 BSD    10 00 306 E
66 POLY 1150 WILM    13 BSD    10 00 432 E
66 POLY 1150 WILM    13 BSD    10 00 618 N
66 POLY 1150 WILM    13 BSD    13 00 306 E
66 POLY 1150 WILM    13 BSD    13 00 618 N
66 POLY 1150 WILM    13 BSD    17 00 306 E
66 POLY 1150 WILM    13 BSD    17 00 330 E
66 POLY 1150 WILM    13 BSD    17 00 432 E
66 POLY 1150 WILM    13 BSD    17 00 618 N
66 POLY 1150 WILM    13 BSD    18 00 405 N
66 POLY 1150 WILM    13 BSD    18 00 432 E
66 POLY 1150 WILM    13 BSD    18 00 618 N
66 POLY 1150 WILM    13 BSD    20 00 330 E
66 POLY 1150 WILM    13 BSD    24 00 306 E
66 POLY 1150 WILM    13 BSD    24 00 432 E
66 POLY 1150 WILM    13 BSD    24 00 618 N
66 POLY 1150 WILM    13 BSD    31 00 330 E
66 POLY 1150 WILM    13 BSD    31 00 432 E
66 POLY 1150 WILM    13 BSD    31 00 618 N
66 POLY 1150 WILM    13 BSD    36 00 306 E
66 POLY 1150 WILM    13 BSD    36 00 330 E
66 POLY 1150 WILM    13 BSD    44 00 306 E
66 POLY 1150 WILM    13 BSD    46 00 166 E
66 POLY 1150 WILM    13 BSD    47 00 166 E
66 POLY 1843 BARLML  13 BSD    22 00 618 N
66 POLY 1843 BARLML  13 BSD    32 00 306 E
66 POLY 1843 BARLML  13 BSD    32 00 405 N
66 POLY 1890 CHESRPL 13 BSD    16 00 618 N
66 POLY 1890 CHESRPL 13 BSD    35 00 306 E
66 POLY 1890 CHESRPL 13 BSD    35 00 615 N
66 POLY 1931 TRALEE  13 BSD    41 00 306 E
66 POLY 1931 TRALEE  13 BSD    41 00 618 E
70 FIBR 7391 VICTOR  01 BSD    99 00 432 E
70 FIBR 7381 SABINE  01 BSD    99 00 306 E
81 EA   1150 WILM    32 ALS    00 00 166 E
81 EA   1150 WILM    32 ALS    00 00 306 E
81 EA   1150 WILM    32 ALS    00 00 441 N
81 EA   1840 BARLML  32 ALS    00 01 306 E
81 EA   1840 BARLML  32 ALS    00 01 441 N
84 HR   1080 LOUVRS  95 PTE    00 01 684 E
84 HR   1150 WILM    20 ESAD   07 00 083 E
84 HR   1150 WILM    20 ESAD   07 00 153 E
```

```
84 HR   1150 WILM    20 ESAD   07 00 166 E
84 HR   1150 WILM    20 ESAD   07 00 306 E
84 HR   1150 WILM    20 ESAD   07 00 330 E
84 HR   1150 WILM    20 ESAD   07 00 333 E
84 HR   1150 WILM    20 ESAD   07 00 405 E
84 HR   1150 WILM    20 ESAD   07 00 432 E
84 HR   1150 WILM    20 ESAD   07 00 441 N
84 HR   1150 WILM    20 ESAD   07 00 627 E
84 HR   1150 WILM    20 ESAD   07 00 627 N
84 HR   1150 WILM    20 ESAD   07 00 690 N
87 LEGL 1150 WILM    40 WILM   10 00 306 E
87 LEGL 1150 WILM    40 WILM   11 00 309 E
87 LEGL 1831 EAGLRUN 40 WILM   90 01 441 N
87 LEGL 1840 BARLML  40 WILM   11 01 333 N
87 LEGL 1840 BARLML  40 WILM   11 01 618 N
90 MLS  1150 WILM    31 PETERS 26 05 405 E
90 MLS  1150 WILM    50 POWEL  15 05 083 E
90 MLS  1150 WILM    50 POWEL  15 05 306 E
90 MLS  1150 WILM    50 POWEL  15 05 306 N
90 MLS  1150 WILM    50 POWEL  15 05 333 E
90 MLS  1150 WILM    50 POWEL  15 05 405 E
90 MLS  1150 WILM    50 POWEL  15 05 432 E
90 MLS  1150 WILM    50 POWEL  15 05 618 E
90 MLS  1150 WILM    50 POWEL  15 05 615 N
90 MLS  1150 WILM    50 POWEL  15 05 618 N
90 MLS  1150 WILM    50 POWEL  15 05 627 N
90 MLS  1890 CHESRPL 50 POWEL  15 05 306 E
90 MLS  1890 CHESRPL 50 POWEL  15 05 615 N
90 MLS  1890 CHESRPL 50 POWEL  15 05 153 E
90 MLS  1890 CHESRPL 50 POWEL  15 05 330 E
90 MLS  1180 CONC PL 50 POWEL  15 05 306 E
90 MLS  1180 CONC PL 50 POWEL  15 05 306 N
93 FIN  1150 WILM    10       05 77 318 E
94 IS   0250 BILLER  80 HRD   89 00 306 E
94 IS   0421 CH WKS  80 HRD   49 00 306 E
94 IS   1061 EDGMOOR 80 HRD   80 00 306 E
94 IS   2511 BELLE   80 HRD   64 00 306 E
94 IS   1080 LOUVRS  10 COMNET 77 00 306 E
94 IS   1080 LOUVRS  15 NCCRS  23 00 306 E
94 IS   1080 LOUVRS  15 NCCRS  23 00 432 E
94 IS   1080 LOUVRS  15 NCCRS  23 00 618 N
94 IS   1080 LOUVRS  15 NCCRS  23 00 627 N
94 IS   1080 LOUVRS  15 NCCRS  33 00 081 E
94 IS   1080 LOUVRS  15 NCCRS  33 00 306 E
94 IS   1080 LOUVRS  15 NCCRS  33 00 432 E
94 IS   1080 LOUVRS  15 NCCRS  33 00 618 N
94 IS   1080 LOUVRS  15 NCCRS  33 00 627 N
94 IS   1080 LOUVRS  15 NCCRS  41 00 081 E
94 IS   1080 LOUVRS  15 NCCRS  41 00 306 E
94 IS   1080 LOUVRS  15 NCCRS  41 00 432 E
94 IS   1080 LOUVRS  15 NCCRS  41 00 615 N
94 IS   1080 LOUVRS  15 NCCRS  41 00 618 N
94 IS   1080 LOUVRS  15 NCCRS  41 00 627 N
```

```
94 IS  1080 LOUVRS 30 T&SC   10 00 081 E
94 IS  1080 LOUVRS 30 T&SC   10 00 086 E
94 IS  1080 LOUVRS 30 T&SC   10 00 153 E
94 IS  1080 LOUVRS 30 T&SC   10 00 306 E
94 IS  1080 LOUVRS 30 T&SC   10 00 330 E
94 IS  1080 LOUVRS 30 T&SC   10 00 432 E
94 IS  1080 LOUVRS 30 T&SC   10 00 618 N
94 IS  1080 LOUVRS 30 T&SC   10 00 627 N
94 IS  1080 LOUVRS 30 T&SC   10 00 690 N
94 IS  1080 LOUVRS 55 DDMD   51 00 306 E
94 IS  1080 LOUVRS 55 DDMD   51 00 330 E
94 IS  1080 LOUVRS 55 DDMD   51 00 432 E
94 IS  1080 LOUVRS 55 DDMD   51 00 618 N
94 IS  1080 LOUVRS 55 DDMD   51 00 627 N
94 IS  1080 LOUVRS 55 DDMD   51 00 690 N
94 IS  1080 LOUVRS 80 HRD    45 00 306 E
94 IS  1080 LOUVRS 80 HRD    45 00 432 E
94 IS  1080 LOUVRS 90 D&APSE 01 00 153 E
94 IS  1080 LOUVRS 90 D&APSE 23 00 432 E
94 IS  1080 LOUVRS 90 D&APSE 45 00 081 E
94 IS  1080 LOUVRS 90 D&APSE 45 00 083 E
94 IS  1080 LOUVRS 90 D&APSE 45 00 330 E
94 IS  1080 LOUVRS 90 D&APSE 45 00 432 E
94 IS  1080 LOUVRS 90 D&APSE 45 00 690 N
94 IS  1080 LOUVRS 90 D&APSE 51 00 306 E
94 IS  1080 LOUVRS 90 D&APSE 51 00 432 E
94 IS  1080 LOUVRS 90 D&APSE 51 00 627 N
94 IS  1080 LOUVRS 90 D&APSE 53 00 306 E
94 IS  1080 LOUVRS 90 D&APSE 53 00 432 E
94 IS  1080 LOUVRS 90 D&APSE 55 00 077 E
94 IS  1080 LOUVRS 90 D&APSE 55 00 306 E
94 IS  1080 LOUVRS 90 D&APSE 55 00 330 E
94 IS  1080 LOUVRS 90 D&APSE 55 00 432 E
94 IS  1080 LOUVRS 90 D&APSE 55 00 618 N
94 IS  1080 LOUVRS 90 D&APSE 55 00 627 N
94 IS  1080 LOUVRS 90 D&APSE 55 00 690 N
94 IS  1111 PENCADR 80 HRD    86 00 306 E
94 IS  1120 RED MIL 25 MCSD   15 00 086 E
94 IS  1120 RED MIL 70 GLBSAP 00 00 153 E
94 IS  1120 RED MIL 70 GLBSAP 00 00 330 E
94 IS  1120 RED MIL 70 GLBSAP 00 00 432 E
94 IS  1120 RED MIL 70 GLBSAP 00 00 615 N
94 IS  1120 RED MIL 70 GLBSAP 00 00 690 N
94 IS  1120 RED MIL 70 GLBSAP 15 00 081 E
94 IS  1120 RED MIL 70 GLBSAP 15 00 306 E
94 IS  1120 RED MIL 70 GLBSAP 15 00 432 E
94 IS  1120 RED MIL 70 GLBSAP 15 00 627 N
94 IS  1120 RED MIL 70 GLBSAP 20 00 306 E
94 IS  1120 RED MIL 70 GLBSAP 20 00 432 E
94 IS  1120 RED MIL 70 GLBSAP 30 00 166 E
94 IS  1120 RED MIL 70 GLBSAP 30 00 306 E
94 IS  1120 RED MIL 70 GLBSAP 30 00 432 E
94 IS  1120 RED MIL 70 GLBSAP 30 00 618 N
```

```
94 IS   1120 RED MIL 70 GLBSAP 30 00 627 N
94 IS   1120 RED MIL 70 GLBSAP 40 00 330 E
94 IS   1120 RED MIL 70 GLBSAP 40 00 432 E
94 IS   1120 RED MIL 80 HRD    92 00 306 E
94 IS   1120 RED MIL 90 D&APSE 05 00 153 E
94 IS   1150 WILM   00 ADMIN   20 00 690 E
94 IS   1150 WILM   10 COMNET 00 00 081 E
94 IS   1150 WILM   10 COMNET 00 00 122 E
94 IS   1150 WILM   10 COMNET 00 00 153 E
94 IS   1150 WILM   10 COMNET 00 00 690 N
94 IS   1150 WILM   10 COMNET 05 00 306 E
94 IS   1150 WILM   10 COMNET 05 00 330 E
94 IS   1150 WILM   10 COMNET 05 00 432 E
94 IS   1150 WILM   10 COMNET 05 00 627 E
94 IS   1150 WILM   10 COMNET 05 00 627 N
94 IS   1150 WILM   10 COMNET 15 00 306 E
94 IS   1150 WILM   10 COMNET 15 00 330 E
94 IS   1150 WILM   10 COMNET 15 00 432 E
94 IS   1150 WILM   10 COMNET 15 00 690 N
94 IS   1150 WILM   10 COMNET 25 00 081 E
94 IS   1150 WILM   10 COMNET 25 00 166 E
94 IS   1150 WILM   10 COMNET 25 00 306 E
94 IS   1150 WILM   10 COMNET 25 00 330 E
94 IS   1150 WILM   10 COMNET 25 00 432 E
94 IS   1150 WILM   10 COMNET 25 00 615 N
94 IS   1150 WILM   10 COMNET 25 00 627 N
94 IS   1150 WILM   10 COMNET 25 00 690 N
94 IS   1150 WILM   10 COMNET 55 00 081 E
94 IS   1150 WILM   10 COMNET 55 00 153 E
94 IS   1150 WILM   10 COMNET 55 00 306 E
94 IS   1150 WILM   10 COMNET 55 00 330 E
94 IS   1150 WILM   10 COMNET 55 00 432 E
94 IS   1150 WILM   10 COMNET 55 00 615 N
94 IS   1150 WILM   10 COMNET 55 00 618 N
94 IS   1150 WILM   10 COMNET 55 00 627 N
94 IS   1150 WILM   10 COMNET 55 00 690 N
94 IS   1150 WILM   10 COMNET 55 00 817 N
94 IS   1150 WILM   10 COMNET 73 00 306 E
94 IS   1150 WILM   10 COMNET 73 00 330 E
94 IS   1150 WILM   10 COMNET 73 00 432 E
94 IS   1150 WILM   10 COMNET 73 00 627 N
94 IS   1150 WILM   10 COMNET 73 00 690 N
94 IS   1150 WILM   10 COMNET 95 00 053 E
94 IS   1150 WILM   10 COMNET 95 00 153 E
94 IS   1150 WILM   10 COMNET 95 00 432 E
94 IS   1150 WILM   10 COMNET 95 00 627 N
94 IS   1150 WILM   10 COMNET 95 00 690 N
94 IS   1150 WILM   15 NCCRS  00 00 153 E
94 IS   1150 WILM   15 NCCRS  15 00 081 E
94 IS   1150 WILM   15 NCCRS  15 00 306 E
94 IS   1150 WILM   15 NCCRS  15 00 432 E
94 IS   1150 WILM   15 NCCRS  15 00 627 N
94 IS   1150 WILM   15 NCCRS  20 00 166 E
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 IS | 1150 WILM | 15 NCCRS | 20 00 306 E |
| 94 IS | 1150 WILM | 15 NCCRS | 20 00 330 E |
| 94 IS | 1150 WILM | 15 NCCRS | 20 00 432 E |
| 94 IS | 1150 WILM | 15 NCCRS | 20 00 618 N |
| 94 IS | 1150 WILM | 15 NCCRS | 20 00 627 N |
| 94 IS | 1150 WILM | 15 NCCRS | 20 00 817 N |
| 94 IS | 1150 WILM | 15 NCCRS | 30 00 077 E |
| 94 IS | 1150 WILM | 15 NCCRS | 30 00 306 E |
| 94 IS | 1150 WILM | 15 NCCRS | 30 00 432 E |
| 94 IS | 1150 WILM | 15 NCCRS | 30 00 618 N |
| 94 IS | 1150 WILM | 15 NCCRS | 30 00 627 N |
| 94 IS | 1150 WILM | 15 NCCRS | 50 00 166 E |
| 94 IS | 1150 WILM | 15 NCCRS | 50 00 618 N |
| 94 IS | 1150 WILM | 15 NCCRS | 50 00 627 N |
| 94 IS | 1150 WILM | 20 A&PD | 10 00 083 E |
| 94 IS | 1150 WILM | 20 A&PD | 10 00 086 E |
| 94 IS | 1150 WILM | 20 A&PD | 10 00 153 E |
| 94 IS | 1150 WILM | 20 A&PD | 10 00 330 E |
| 94 IS | 1150 WILM | 20 A&PD | 10 00 432 E |
| 94 IS | 1150 WILM | 20 A&PD | 10 00 627 N |
| 94 IS | 1150 WILM | 20 A&PD | 10 00 690 N |
| 94 IS | 1150 WILM | 20 A&PD | 15 00 153 E |
| 94 IS | 1150 WILM | 20 A&PD | 15 00 306 E |
| 94 IS | 1150 WILM | 20 A&PD | 15 00 432 E |
| 94 IS | 1150 WILM | 20 A&PD | 15 00 615 N |
| 94 IS | 1150 WILM | 20 A&PD | 20 00 153 E |
| 94 IS | 1150 WILM | 20 A&PD | 20 00 330 E |
| 94 IS | 1890 CHESRPL | 20 A&PD | 22 00 083 E |
| 94 IS | 1890 CHESRPL | 20 A&PD | 22 00 330 E |
| 94 IS | 1150 WILM | 25 MCSD | 10 00 083 E |
| 94 IS | 1150 WILM | 25 MCSD | 10 00 690 N |
| 94 IS | 1150 WILM | 55 DDMD | 00 00 081 E |
| 94 IS | 1150 WILM | 55 DDMD | 00 00 083 E |
| 94 IS | 1150 WILM | 55 DDMD | 00 00 153 E |
| 94 IS | 1150 WILM | 55 DDMD | 00 00 330 E |
| 94 IS | 1150 WILM | 55 DDMD | 00 00 690 N |
| 94 IS | 1150 WILM | 55 DDMD | 20 00 330 E |
| 94 IS | 1150 WILM | 55 DDMD | 20 00 432 E |
| 94 IS | 1150 WILM | 55 DDMD | 30 00 306 E |
| 94 IS | 1150 WILM | 55 DDMD | 30 00 330 E |
| 94 IS | 1150 WILM | 55 DDMD | 30 00 432 E |
| 94 IS | 1150 WILM | 55 DDMD | 30 00 615 N |
| 94 IS | 1150 WILM | 55 DDMD | 30 00 618 N |
| 94 IS | 1150 WILM | 55 DDMD | 30 00 627 N |
| 94 IS | 1150 WILM | 55 DDMD | 50 00 306 E |
| 94 IS | 1150 WILM | 55 DDMD | 50 00 330 E |
| 94 IS | 1150 WILM | 55 DDMD | 50 00 432 E |
| 94 IS | 1150 WILM | 55 DDMD | 50 00 627 N |
| 94 IS | 1150 WILM | 55 DDMD | 60 00 306 E |
| 94 IS | 1150 WILM | 80 HRD | 25 00 817 N |
| 94 IS | 1150 WILM | 80 HRD | 27 00 166 E |
| 94 IS | 1150 WILM | 80 HRD | 27 00 432 E |
| 94 IS | 1150 WILM | 80 HRD | 27 00 615 N |

```
94 IS  1150 WILM   80 HRD    27 00 690 N
94 IS  1150 WILM   80 HRD    40 00 306 E
94 IS  1150 WILM   80 HRD    40 00 432 E
94 IS  1150 WILM   90 D&APSE 00 00 153 E
94 IS  1150 WILM   90 D&APSE 00 00 166 E
94 IS  1150 WILM   90 D&APSE 00 00 690 N
94 IS  1150 WILM   90 D&APSE 20 00 053 E
94 IS  1150 WILM   90 D&APSE 20 00 077 E
94 IS  1150 WILM   90 D&APSE 20 00 083 E
94 IS  1150 WILM   90 D&APSE 20 00 306 E
94 IS  1150 WILM   90 D&APSE 20 00 330 E
94 IS  1150 WILM   90 D&APSE 20 00 432 E
94 IS  1150 WILM   90 D&APSE 20 00 615 N
94 IS  1150 WILM   90 D&APSE 20 00 627 N
94 IS  1150 WILM   90 D&APSE 30 00 081 E
94 IS  1150 WILM   90 D&APSE 30 00 306 E
94 IS  1150 WILM   90 D&APSE 30 00 330 E
94 IS  1150 WILM   90 D&APSE 30 00 432 E
94 IS  1150 WILM   90 D&APSE 30 00 618 N
94 IS  1150 WILM   90 D&APSE 30 00 627 N
94 IS  1150 WILM   90 D&APSE 30 00 690 N
94 IS  1150 WILM   90 D&APSE 50 00 306 E
94 IS  1150 WILM   90 D&APSE 50 00 432 E
94 IS  1150 WILM   90 D&APSE 60 00 153 E
94 IS  1150 WILM   90 D&APSE 60 00 306 E
94 IS  1150 WILM   90 D&APSE 60 00 330 E
94 IS  1150 WILM   90 D&APSE 60 00 432 E
94 IS  1150 WILM   90 D&APSE 60 00 618 N
94 IS  1150 WILM   90 D&APSE 60 00 627 N
94 IS  1150 WILM   90 D&APSE 60 00 648 N
94 IS  1150 WILM   90 D&APSE 60 00 690 N
94 IS  1150 WILM   90 D&APSE 60 00 817 N
94 IS  1150 WILM   90 D&APSE 66 00 053 E
94 IS  1150 WILM   90 D&APSE 66 00 153 E
94 IS  1150 WILM   90 D&APSE 66 00 166 E
94 IS  1150 WILM   90 D&APSE 66 00 306 E
94 IS  1150 WILM   90 D&APSE 66 00 432 E
94 IS  1150 WILM   90 D&APSE 66 00 627 N
94 IS  1150 WILM   90 D&APSE 66 00 690 N
94 IS  1150 WILM   90 D&APSE 70 00 330 E
94 IS  1150 WILM   90 D&APSE 90 00 153 E
94 IS  1150 WILM   90 D&APSE 90 00 081 E
94 IS  1150 WILM   90 D&APSE 90 00 166 E
94 IS  1150 WILM   90 D&APSE 90 00 306 E
94 IS  1150 WILM   90 D&APSE 90 00 330 E
94 IS  1150 WILM   90 D&APSE 90 00 432 E
94 IS  1150 WILM   90 D&APSE 90 00 618 N
94 IS  1150 WILM   90 D&APSE 90 00 627 N
94 IS  1150 WILM   90 D&APSE 90 00 690 N
94 IS  1180 CONC PL 80 HRD    94 00 306 E
94 IS  1180 CONC PL 90 D&APSE 66 00 306 E
94 IS  1281 ROCHSTR 80 HRD    95 00 306 E
94 IS  1281 ROCHSTR 80 HRD    93 00 306 E
```

```
94 IS   1281 ROCHSTR 80 HRD    94 00 306 E
94 IS   1305 BOOTHWY 80 HRD    85 00 306 E
94 IS   1421 TOWANDA 80 HRD    56 00 306 E
94 IS   1580 CDC    10 COMNET 01 00 153 E
94 IS   1580 CDC    10 COMNET 10 00 077 E
94 IS   1580 CDC    10 COMNET 10 00 081 E
94 IS   1580 CDC    10 COMNET 10 00 153 E
94 IS   1580 CDC    10 COMNET 10 00 306 E
94 IS   1580 CDC    10 COMNET 10 00 330 E
94 IS   1580 CDC    10 COMNET 10 00 432 E
94 IS   1580 CDC    10 COMNET 10 00 615 N
94 IS   1580 CDC    10 COMNET 10 00 618 N
94 IS   1580 CDC    10 COMNET 10 00 627 N
94 IS   1580 CDC    10 COMNET 10 00 648 N
94 IS   1580 CDC    10 COMNET 10 00 690 N
94 IS   1580 CDC    10 COMNET 50 00 081 E
94 IS   1580 CDC    10 COMNET 50 00 166 E
94 IS   1580 CDC    10 COMNET 50 00 306 E
94 IS   1580 CDC    10 COMNET 50 00 432 E
94 IS   1580 CDC    10 COMNET 50 00 615 N
94 IS   1580 CDC    10 COMNET 50 00 618 N
94 IS   1580 CDC    10 COMNET 50 00 627 N
94 IS   1580 CDC    10 COMNET 50 00 690 N
94 IS   1580 CDC    10 COMNET 90 00 081 E
94 IS   1580 CDC    10 COMNET 90 00 306 E
94 IS   1580 CDC    10 COMNET 90 00 330 E
94 IS   1580 CDC    10 COMNET 90 00 432 E
94 IS   1580 CDC    10 COMNET 90 00 648 N
94 IS   1580 CDC    10 COMNET 90 00 690 N
94 IS   1580 CDC    15 NCCRS  21 00 306 E
94 IS   1580 CDC    15 NCCRS  21 00 627 N
94 IS   1580 CDC    15 NCCRS  51 00 432 E
94 IS   1580 CDC    15 NCCRS  51 00 615 N
94 IS   1580 CDC    15 NCCRS  51 00 627 N
94 IS   1580 CDC    80 HRD    41 00 306 E
94 IS   1580 CDC    80 HRD    41 00 432 E
94 IS   1621 GLASGOW 80 HRD    46 00 306 E
94 IS   1680 GRNHILL 15 NCCRS  34 00 166 E
94 IS   1680 GRNHILL 15 NCCRS  34 00 306 E
94 IS   1680 GRNHILL 15 NCCRS  34 00 615 N
94 IS   1680 GRNHILL 15 NCCRS  34 00 618 N
94 IS   1680 GRNHILL 15 NCCRS  34 00 627 N
94 IS   1817 MSH LAB 80 HRD    84 00 306 E
94 IS   1831 EGLRUN  55 DDMD   75 00 153 E
94 IS   1831 EGLRUN  55 DDMD   75 00 330 E
94 IS   1831 EGLRUN  55 DDMD   75 00 432 E
94 IS   1840 BARLML  10 COMNET 57 00 615 N
94 IS   1840 BARLML  55 DDMD   55 00 432 E
94 IS   1840 BARLML  15 NCCRS  05 00 153 E
94 IS   1840 BARLML  15 NCCRS  05 00 166 E
94 IS   1840 BARLML  15 NCCRS  05 00 330 E
94 IS   1840 BARLML  15 NCCRS  05 00 432 E
94 IS   1840 BARLML  15 NCCRS  05 00 690 N
```

```
94 IS  1840 BARLML  15 NCCRS  10 00 081 E
94 IS  1840 BARLML  15 NCCRS  10 00 330 E
94 IS  1840 BARLML  15 NCCRS  10 00 432 E
94 IS  1840 BARLML  15 NCCRS  10 00 627 N
94 IS  1840 BARLML  15 NCCRS  22 00 306 E
94 IS  1840 BARLML  15 NCCRS  22 00 432 E
94 IS  1840 BARLML  15 NCCRS  31 00 081 E
94 IS  1840 BARLML  15 NCCRS  31 00 306 E
94 IS  1840 BARLML  15 NCCRS  31 00 432 E
94 IS  1840 BARLML  15 NCCRS  31 00 618 N
94 IS  1840 BARLML  15 NCCRS  31 00 627 E
94 IS  1840 BARLML  15 NCCRS  31 00 627 N
94 IS  1840 BARLML  15 NCCRS  31 00 648 N
94 IS  1840 BARLML  15 NCCRS  44 00 306 E
94 IS  1840 BARLML  15 NCCRS  63 00 306 E
94 IS  1840 BARLML  15 NCCRS  63 00 618 N
94 IS  1840 BARLML  15 NCCRS  63 00 627 N
94 IS  1840 BARLML  80 HRD    58 00 306 E
94 IS  1840 BARLML  80 HRD    58 00 432 E
94 IS  1840 BARLML  90 D&APSE 67 00 432 E
94 IS  1860 DELDON  25 MCSD   06 00 330 E
94 IS  1890 CHESRPL 10 COMNET 16 00 330 E
94 IS  1890 CHESRPL 15 NCCRS  24 00 306 E
94 IS  1890 CHESRPL 15 NCCRS  24 00 432 E
94 IS  1890 CHESRPL 15 NCCRS  32 00 432 E
94 IS  1890 CHESRPL 20 A&PD   22 00 153 E
94 IS  1890 CHESRPL 20 A&PD   22 00 432 E
94 IS  1890 CHESRPL 20 A&PD   22 00 690 N
94 IS  1890 CHESRPL 25 MCSD   05 00 330 E
94 IS  1890 CHESRPL 55 DDMD   05 00 153 E
94 IS  1890 CHESRPL 55 DDMD   05 00 306 E
94 IS  1890 CHESRPL 55 DDMD   05 00 330 E
94 IS  1890 CHESRPL 80 HRD    44 00 306 E
94 IS  1890 CHESRPL 90 D&APSE 32 00 153 E
94 IS  1890 CHESRPL 90 D&APSE 32 00 432 E
94 IS  1890 CHESRPL 90 D&APSE 52 00 330 E
94 IS  1890 CHESRPL 90 D&APSE 68 00 330 E
94 IS  2210 CHRLT   10 COMNET 42 00 432 E
94 IS  2210 CHRLT   10 COMNET 76 00 306 E
94 IS  2210 CHRLT   10 COMNET 76 00 432 E
94 IS  2210 CHRLT   90 D&PSE  31 00 330 E
94 IS  2210 CHRLT   90 D&PSE  58 00 432 E
94 IS  2461 SPRNCE  70 GLBSAP 21 00 432 E
94 IS  2461 SPRNCE  90 D&PSE  21 00 432 E
94 IS  2461 SPRNCE  90 D&PSE  56 00 306 E
94 IS  3331 DELISLE 80 HRD    50 00 432 E
94 IS  4283 TROY    80 HRD    54 00 306 E
94 IS  7161 PONTCH  90 D&PSE  54 00 432 E
94 IS  7250 PONCA   10 COMNET 03 00 330 E
94 IS  7310 BEAUMT  90 D&PSE  59 00 330 E
94 IS  7340 HOUSTON 10 COMNET 75 00 081 E
94 IS  7340 HOUSTON 10 COMNET 75 00 306 E
94 IS  7340 HOUSTON 10 COMNET 75 00 432 E
```

```
94 IS  7340 HOUSTON 10 COMNET 26 00 615 N
94 IS  7340 HOUSTON 90 D&APSE 24 00 330 E
94 IS  7340 HOUSTON 90 D&APSE 34 00 306 E
94 IS  7340 HOUSTON 90 D&APSE 57 00 432 E
94 IS  7381 SABINE  10 COMNET 85 00 432 E
94 IS  7381 SABINE  80 HRD    51 00 306 E
94 IS  7381 SABINE  90 D&APSE 22 00 330 E
94 IS  9993 STWIDE  30 T&SC   14 00 306 E
94 IS  9993 STWIDE  90 D&PSE  51 00 432 E
94 IS  9993 STWIDE  90 D&PSE  66 00 432 E
95 FOR FSI  SINGAPR 70  29 00 432 E
```

(2)   Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)   Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)   Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)   In the event more employees than are designated as Qualified Employees in this Section XI.V. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI.V., those Qualified Employees who are eligible will be determined in the following manner:

   (a)   Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

   (b)   Those Qualified Employees at Company manufacturing sites will be determined in accordance with site procedures for reductions of force.

(6)   Qualified Employees designated in this Section XI.V. must make the election to voluntarily retire or separate not earlier than June 1, 1992, but no later than July 31, 1992. In order to receive the incentive, Qualified Employees must retire or separate on August 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than July 31, 1993.

W.   (1)   For purposes of this Section XI, all employees on the roll of Du Pont Chemicals - Pomona site(organization code 40-55-30-00CA) are designated as "Qualified Employees", up to a total of 4.

   (2)   Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke

the election to terminate under such other voluntary termination incentive program provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(3)   In the event more employees than are designated as Qualified Employees in this Section XI.W. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI.W., those Qualified Employees who are eligible will be determined in the following manner:

   (a)   Those salaried Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

   (b)   Those Qualified Employees at Company manufacturing sites will be determined in accordance with site procedures for reductions of force.

(4)   Qualified Employees designated in this Section XI.W. must make the election to voluntarily retire or separate not earlier than July 15, 1992, but no later than September 15, 1992. In order to receive the incentive, Qualified Employees must retire or separate on November 30, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than September 15, 1993.

X.   (1)   For purposes of this Section XI, all employees on the roll of Du Pont Finance Function (Salary Code 93), other than actuaries assigned to the Financial Analysis -- Corporate Actuarial and Human Resources (Salary Code 93-50-01-00), and including the following are designated as "Qualified Employees", up to a total of 160.

   (a)   Employees assigned to Du Pont Fibers (Salary Codes 70-01 (Major Function C only), 70-02 (Site 1897 and Major Function C only), 70-04 (Major Function C only), 70-34 (Major Function C only), 70-41 (Major Function C only), 70-42 (Major Function C only), 70-43 (Major Function C only), 70-59 (Major Function C only), 70-61 (Major Function C only), 70-66 (Major Function C only), 70-68 (Major Function C only).

   (b)   Employees assigned to Du Pont Chemicals (Salary Code 40-19 (Major Function C only) and Salary Code 40-56 (Major Function C only).

   (c)   Employees assigned to Du Pont Polymers(Salary Code 66-12 and 66-52-35-00, Site 1897).

   (d)   Employees assigned to Du Pont Automotive Products (Salary Code 22-52 (Major Function C only), 22-10-20-20-1150, 22-10-10-10-1150, 22-10-20-40-1150, 22-11 (Major Function C only), 22-56 (Major Function C only) and 22-12 (Major Function C only).

   (e)   Employees assigned to Du Pont Agricultural Chemicals (Salary Code 05-03-01-00-1840).

(f)     Employees assigned to Du Pont Imaging and Medical Products Salary Code 60-10-89-01-1840, 60-10-22-00-1840, 60-10-80-00-1140, 60-10-89-00-1140, 60-10-40-00-1840, 60-10-81-00-1140 (employees exempt under the Fair Labor Standards Act only), 60-10-31-00-1840 (employees exempt under the Fair Labor Standards Act only), 60-10-60-00-1840, 60-10-30-00-1840, 60-10-40-00-9600, 60-10-82-01-1840, 60-10-00-00-1281, 60-10-10-00-1840, 60-10-90-00-1840, and 60-10-70-00-1840.

(g)     Employees assigned to Human Resources exempt under the Fair Labor Standards Act in Salary codes 84-20-03-00-1150, 84-20-04-00-1150, 84-20-05-00-1150, 84-20-05-01-1150, and 84-20-08-1150.

(h)     Employees assigned to Materials and Logistics in Salary code 90-40-30-00-1150 (Major Function C only).

(i)     Employees assigned to Service, Aviation, Security and Hospitality in Salary Code 88-20-40-00-1150 (Major Function C only).

(2)    For purposes of this Section XI, the following employees are hereby designated as "Qualified Employees," up to a total of 200.

(a)     Employees assigned to Du Pont Agricultural Products (Salary Code 05-04-30-01).

(b)     Employees assigned to Du Pont Engineering(Salary Codes 85-22-40-00, 85-22-40-01, 85-22-40-02, 85-22-40-03).

(c)     Employees assigned to Du Pont Central Research and Development (Salary Codes 82-10-00-00, 82-10-31-00, 82-10-31-20, 82-10-31-30, 82-10-32-10, 82-10-32-20, 82-10-37-00, 82-10-37-20, 82-10-37-30, 82-10-38-20, 82-10-39-00, 82-10-39-10, 82-10-39-20, 82-10-39-30, 82-10-40-00, 82-10-40-11, 82-10-40-32, 82-10-40-36, 82-10-40-90, 82-10-41-10, 82-10-41-20, 82-10-42-10, 82-10-42-20, 82-10-42-30, 82-10-42-40, 82-10-42-50, 82-10-42-60, 82-10-42-64, 82-10-45-10, 82-10-45-30, 82-10-45-40, 82-10-45-60, 82-10-45-85, 82-10-50-00, 82-10-50-10, 82-10-50-20, 82-10-50-30, 82-10-75-00, 82-10-81-10, 82-10-84-00, 82-10-85-10, 82-10-85-20, 82-10-87-00, 82-10-88-00, 82-10-88-10, 82-10-89-00, 82-10-90-00, 82-10-90-01, 82-10-90-02, 92-10-90-09, 82-10-90-10, 82-10-90-11, 82-10-90-13, 82-10-90-16, 82-10-90-19, 82-10-90-20, 82-10-90-22, 82-10-90-23, 82-10-90-27, 82-10-90-28, 82-10-90-33, 82-10-90-34, 82-10-90-35, 82-10-90-37, 82-10-90-40, 82-10-90-45, 82-10-90-52, 82-10-90-55, 82-10-90-56, 82-10-90-60, 82-10-90-61, 82-10-90-63, 82-10-90-66, 82-10-90-67, 82-10-90-70, 82-10-90-71, 82-10-90-76, 82-10-90-81, 82-10-90-84, 82-10-90-85, 82-10-90-86, 82-10-90-88, 82-10-90-89, 82-10-91-10, 82-10-91-20, except those in job codes 387, 397 and 441).

(d)     Employees assigned to Du Pont Facilities Services (Salary Codes 88-00-00-01, 88-30-00-00, 88-30-00-01, 88-30-00-02, 88-30-10-00, 88-30-10-01, 88-30-10-02, 88-30-10-03, 88-30-10-04, 88-30-15-00, 88-30-15-01, 88-30-15-02, 88-30-15-03, 88-30-15-04, 88-30-20-00, 88-30-20-01, 88-30-20-02, 88-30-20-03, 88-30-30-00, 88-30-30-01, 88-30-30-02, 88-30-30-03, 88-30-30-04, 88-30-30-05, 88-30-35-00, 88-30-35-01, 88-30-35-02, 88-30-40-00, 88-30-40-01, 88-30-50-00, 88-30-51-00, 88-30-51-01, 88-30-51-02, 88-30-51-03, 88-30-51-04, 88-30-

51-05, 88-30-52-00, 88-30-52-01, 88-30-52-02, 88-30-52-04, 88-30-45-00, 88-30-45-01, 88-30-45-02, 88-30-45-03).

(3)    Employees in Salary Scale Guide Levels 8 and above are not eligible.

(4)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(5)    Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(6)    Employees who have been eligible to participate in two voluntary incentive programs under Section XI. are not eligible to participate under this Section XI. X.

(7)    In the event more employees than are designated as Qualified Employees in this Section XI. X. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI. X., those Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level.

(8)    Qualified Employees designated in this Section XI.X. must make the election to voluntarily retire or separate not earlier than September 1, 1992, but no later than October 30, 1992. In order to receive the incentive, Qualified Employees must retire or separate on December 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than October 30, 1993.

Y.   (1)    For purposes of this Section XI, the following employees are designated as "Qualified Employees":

(a)    Employees at the Cape Fear site assigned to Du Pont Fibers in Salary Codes 70-42-15-00-2221, 70-71-30-00-2221, 70-01-71-00-2221, 70-35-00-00-2221, and employees at the Cape Fear site assigned to Du Pont Chemicals in Salary Code 40-53-30-00-2221, up to a total of 130.

(b)    Employees at the Kinston site not exempt under the Fair Labor Standards Act assigned to Du Pont Fibers Administrative Support(Salary Code 70-70-10-01-NC), up to a total of 19, and all other employees at the Kinston site not exempt under the Fair Labor Standards Act up to a total of 116, and all employees at the Kinston site exempt under the Fair Labor Standards Act in Salary Codes 70-70-10-00-NC and 70-42-17-00-NC up to a total of 23.

(c)    Employees on the roll of Du Pont Electronics and Du Pont Imaging/Medical Products up to a total of 611 other than the following:

(i)     Employees assigned to the Parlin site(Site Codes 0481 and 0487) except for 7 employees exempt under the Fair Labor Standards Act in Salary Codes 60-70-00-00 and 60-21-11-02; 7 employees not exempt under the Fair Labor Standards Act in Salary Codes 60-70-00-00 and 60-21-11-02; and 34 wage roll employees in Salary Code 60-00-All-All who, except for those employees assigned to Polymer Products, are included.

(ii)    Employees assigned to the Rochester site(Site Codes 1281 and 1287) except for 35 employees exempt under the Fair Labor Standards Act in Salary Codes 60-72-All-All and 60-79-40-00; 25 employees not exempt under the Fair Labor Standards Act in Salary Codes 60-72-All-All and 90 wage roll employees in Code 60-05-All-All who are included.

(iii)   Employees assigned to the Glasgow/Newtown site (Site Codes 1621 and 0071)except for 12 employees exempt under the Fair Labor Standards Act in Assignment Codes 60-80-10-15 and 60-81-00-00 and Salary Code 60-80-15-00; 4 employees exempt under the Fair Labor Standards Act in Assignment Code 60-80-10-02; 9 employees not exempt under the Fair Labor Standards Act in Assignment Code 60-80-10-03; 7 employees not exempt under the Fair Labor Standards Act in Assignment Code 60-80-10-05; 19 employees not exempt under the Fair Labor Standards Act in Assignment Code 60-80-10-06; and 5 employees not exempt under the Fair Labor Standards Act in Assignment Code 60-80-10-04 who are included.

(iv)    Employees assigned to the Brevard site(Site Codes 2201 and 2207) except for 20 employees exempt and not exempt under the Fair Labor Standards Act in Salary Codes 60-71-All-All and employees not exempt under the Fair Labor Standards Act in Salary Code 60-21-All-All who are included.

(v)     Employees not exempt under the Fair Labor Standards Act in Du Pont Imaging/Medical Products and Du Pont Electronics except for 57 employees at Site codes 1840, 1180, 1183, 1890, 1897, 1140, 1483 in salary codes 60-00-All-All, 60-02-All-All, 60-04-All-All, 60-10-All-All (excluding Job Code 615), 60-15-All-All (excluding Job Codes 627 and 618), 60-21-All-All, 60-25-All-All, 60-31-All-All, 60-34-All-All (excluding Job Code 441), 60-40-All-All, 60-41-11-All (excluding Job Code 441), 60-42-All-All (excluding Job Code 441), 60-45-All-All, 60-47-All-All, 60-49-All-All, 60-52-All-All, 60-53-All-All, 60-55-All-All, 60-59-All-All, 60-65-All-All, 60-66-All-All, 60-67-All-All, 60-68-All-All, (excluding Job Code 441), 60-69-All-All, 60-79-20-00, 60-79-30-00, 60-80-00-00, 65-00-00-00, 65-01-00-00, 65-20-20-00, 65-20-70-00, 65-50-00-00, 65-60-11-00, 65-60-13-00, 65-50-14-00, 65-50-80-00, 65-60-00-00, 65-60-01-00, 65-60-02-00, 65-60-03-00, 65-60-04-00, 65-60-05-00, 65-60-06-00, 65-60-07-00, 65-60-08-00, 65-60-09-00, 65-60-10-00, 65-60-11-00, 65-60-15-00, 65-60-16-00, 65-60-18-00, 65-60-20-00, 65-60-21-00, 65-60-22-00, 65-60-31-00, 65-60-44-00, 65-61-00-00, 65-61-05-00, 65-61-95-00, 60-09-All-All, 60-56-All-All, 65-80-00-00, 65-80-90-00, 60-80-05-00 who are included.

(vi)    Employees exempt and not exempt under the Fair Labor Standards Act in Du Pont Imaging/Medical Products in Division Codes 02-05, 09, 30, 31, 34, 40-42, 45, 46-49, 52, 53, 55, 56, 59, 65-69, 74, 79 and 80 and employees exempt and not exempt under the Fair Labor Standards

Act in Du Pont Electronics except for 280 employees assigned to the following groups who are included:

(aa)   Employees on the roll of Du Pont Electronics

(bb)   Employees assigned to Industrial (Salary Codes 60-65-00-00 through 60-69-99-99 (excluding employees not exempt under the Fair Labor Standards Act in site codes 1840, 1180, 1183, 1890, 1897, 1140, and 1483));

(cc)   Employees assigned to Printing and Publishing Operations (Salary Codes 60-74-60-00 through 60-74-66-99 and 60-74-20-00 through 60-74-21-99, and employees not exempt under the Fair Labor Standards Act in Salary Codes 60-74-10-01, 60-74-10-02, and 60-74-41-01);

(dd)   Employees assigned to Marketing Services (Salary Codes 60-53-02-00, 60-53-04-00, 60-53-03-00,  60-53-94-All, 60-53-95-All, 60-53-06-All, 60-59-00-00, 60-53-52-00, 60-53-52-01, 60-53-07-All, 60-53-09-All, 60-55-00-00, 60-56-00-00, 60-53-05-All, 60-53-10-All,

60-53-20-00 (excluding employees not exempt under the Fair Labor Standards Act in Site Codes 1840, 1180, 1183, 1890, 1897, 1140 and 1483));

(ee)   Employees assigned to Service and Support (Salary Codes 60-52-90-All (excluding employees not exempt under the Fair Labor Standards Act in Site Codes 1840, 1180, 1183, 1890, 1897, 1140 and 1483));

(ff)   Employees assigned to Printing and Publishing (Salary Codes 60-40-00-00, 60-40-20-00, 60-40-30-00, 60-40-41-00, 60-40-59-00, 60-40-90-00, 60-41-10-00, 60-41-20-00, 60-41-30-00, 60-41-40-00, 60-41-59-00, 60-41-59-01, 60-42-49-00, 60-42-50-00, 60-42-70-00, 60-42-90-00, 60-45-30-00, 60-45-51-00, 60-45-60-00, 60-45-61-00, 60-45-99-00, 60-47-00-00, 60-47-90-00, 60-41-90-00, 60-46-00-00, 60-49-91-01, (excluding employees not exempt under the Fair Labor Standards Act in Site Codes 1840, 1180, 1183, 1890, 1897, 1140 and 1483));

(gg)   Employees assigned to Newtown Research & Development (Salary Code 60-30-50-00 (Site Code 0071)).

(hh)   Employees assigned to Wilmington Management (Salary Codes 60-80-00-00, 60-80-05-00, 60-80-06-00, 60-03-00-00, 60-04-00-00, 60-05-00-00, 60-09-00-00, 60-02-00-00, 60-79-All-All (excluding employees not exempt under the Fair Labor Standards Act in Site Codes 1840, 1180, 1183, 1890, 1897, 1140 and 1483)).

(ii)   Employees assigned to High Performance Films (Salary Code 60-25-All-All, excluding employees not exempt under the Fair Labor Standards Act in Site Codes 1840, 1180, 1183, 1890, 1897, 1140 and 1483).

      (jj)   Employees assigned to Medical Products (Salary Codes 34-70-All-All, 34-33-All-All; Division 34, Job Code 062 at Site Codes 1483, 0433, 3223, 9133, 6123; Division 34, Job Codes 083, 132, 168, 174, 306, 309, 110, 153 at Site Codes 1840, excluding Sections 33 and 70); Division 34, Job Code 083 at Site Codes 0433, 3223, 9133, 6123; Division 34, Job Code 432, Site Codes 6123, 9133, 3223 and 1483; Division 34, Job Code 690 at Site Codes 3223, 6123, 9993; Salary Code 60-31-All-All except Job Code 417; Division 34, Job Codes 083, 168, 306, 312, 432, 438, 076 at Site Code 1897; Division 34, Job Codes 110, 116, 113, 137, 166, 171, 312, 438 at Site Code 7503, excluding employees not exempt under the Fair Labor Standards Act in Site Codes 1840, 1180, 1183, 1890, 1897, 1140, and 1483.

(vii)  All employees on the rolls of Du Pont Imaging/Medical Products who are not included as Qualified Employees in Sections (i) through (v) above.

(viii) Employees assigned to Du Pont Photomasks (Salary Codes 47-00-00-00 through 47-51-00-00)

(vix)  Employees assigned to Towanda (Salary Codes 65-20-10-00 and 65-20-15-00)

(x)     Employees not exempt under the Fair Labor Standards Act assigned to the Electronics Technology Center (Salary Codes 65-20-20-00 NC, 65-20-20-05 through 65-20-20-10, 65-20-21-05 and 65-20-21-07).

(xi)    Employees not exempt under the Fair Labor Standards Act assigned to Research and Development at Chestnut Run Plaza (Salary Code 65-20-21-05).

(xii)   Employees assigned to Research and Development at Valley Green, Electronics Technology Center and  Statewide  (Salary Codes 65-20-25-03 through 65-20-25-09).

(xiii) Employees exempt under the Fair Labor Standards Act assigned to Connector Systems (Salary Codes 65-50-00-00 through 65-50-14-00 and 65-50-80-00).

(xiv)  Employees assigned to Connector Systems (Salary Codes 65-50-15-00 through 65-50-60-00 and 65-50-91-00).

(xv)   Employees exempt from the Fair Labor Standards Act assigned to Manufacturing at Barley Mill (Salary Code 65-80-00-00).

(xvi)  Employees assigned to Manufacturing at Clearfield (Salary Code 65-80-10-00).

(xvii)Employees assigned to Manufacturing at Emigsville (Salary Codes 65-80-20-00 and wageroll Division 29).

(xviii)Employees assigned to Manufacturing at Manati (Salary Code 65-80-50-00).

        (xix) Employees assigned to Manufacturing at Valley Green (Salary Codes 65-80-21-00 through 65-80-40-58).

        (xx)  Employees assigned to Manufacturing at Niagara (Salary Code 65-80-60-00).

  (d)    Employees exempt under the Fair Labor Standards Act assigned to Du Pont Fibers up to a total of 35 in Salary Codes 70-01-01, 70-01-30, 70-20-00 through 70-02-50, 70-02-52 through 70-02-80, 70-02-82 through 70-02-99, 70-04-00 through 70-05-90, 70-05-92 through 70-05-99, 70-09-00, 70-41-00 through 70-42-14, 70-42-18 through 70-49-99, 70-50-00 through 70-59-99 at Location 1890, 70-60-00 through 70-69-99, 70-78-00 through 70-78-99, 70-79-00 through 70-79-42, excluding Major Function C.

  (e)    Employees on the roll of Du Pont Agricultural Products up to a total of 77 in Salary Codes 05-01-01, 05-01-03, 05-02-01, 05-02-02, 05-02-02-00-FL, 05-02-02-04-DE, 05-03-02, 05-04-01, 05-04-04, 05-04-05, 05-04-60, 05-04-70, 05-04-80, 05-07-00, 05-07-01, 05-07-02, 05-07-04, 05-08-00, 05-08-02, 05-08-03-00-DE, 05-09-00, 05-09-03-00-DE, 05-09-04-00-DE, 05-09-05-00-DE, 05-09-15-00-DE, 05-09-60-00-DE, 05-10-00-00-DE, 05-10-01-00-DE, 05-10-02-00-DE, 05-10-02-01-DE, 05-10-03-00-DE, 05-10-04-00-DE, 05-10-05-00-DE, 05-10-05-00-FL, 05-10-05-00-PA, 05-10-05-00-AL, 05-10-07-00-DE, and 05-10-26.

  (f)    Employees on the roll of Du Pont Human Resources and employees exempt under the Fair Labor Standards Act in Salary Codes 22-21-00, 22-22-00, 05-02-00, 40-05-00, 60-00-00, 66-01-00, 70-20-00 up to a total of 51 other than the following:

      (i)    Employees exempt under the Fair Labor Standards Act in Salary Codes 84-20-03-00, 82-20-04-00, 84-20-05-00, 84-20-08-00,

      (ii)   Employees in Salary Codes 84-20-07, 84-60-40, and 84-97-12, 84-97-13, 84-97-31, 84-97-32, 84-97-33, 84-97-53, 84-97-54, 84-97-55, 84-97-56, 84-97-60, and 84-97-70.

(2)    Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3)    Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4)    Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5)    Employees who have been eligible to participate in two voluntary incentive programs under Section XI. are not eligible to participate under this Section XI. Y.

(6)    In the event more employees than are designated as Qualified Employees in this Section XI. Y. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI. Y., those Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level, except as provided below:

(a)    At Cape Fear, the Qualified Employees not exempt under the Fair Labor Standards Act who are eligible will be determined on the basis of site seniority in lieu of Company service.

(b)    At Parlin, the Qualified Employees represented by I.C.W.U., Local 527, will be determined on the basis of length of Company service.

(7)    Qualified Employees designated in this Section XI. Y. must make the election to voluntarily retire or separate not earlier than October 1, 1992, but no later than November 30, 1992. In order to receive the incentive, Qualified Employees must retire or separate on December 31, 1992, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than November 30, 1993.

Z.   (1)    For purposes of this Section XI, the following employees are designated as "Qualified Employees":

(a)    All wage employees, all employees not exempt under the Fair Labor Standards Act and all employees exempt under the Fair Labor Standards Act at the Spruance site (Site Code 2461) assigned to Du Pont Fibers in Location Codes 70-75, 70-81-20, 70-01, 70-05, 70-33, 70-34, 70-36, and 70-95, except the site medical doctor, up to a total of 614; electricians up to a total of 6; and all plant nurses assigned to Site Code 2461 and Location Code 70-81-20 in the Medical Section, up to a total of 2.

(b)    Employees on the roll of Du Pont Polymers and Automotive (Department Code 22), in Location Codes 228075, 228036, 228085, 228890, 226080 (Site Code 4211), 225080, 2281, 2282; employees exempt under the Fair Labor Standards Act in Location Codes 2256, 229101, 229103, 229104 and 229106; employees not exempt under the Fair Labor Standards Act in Location Codes 22210000DE, 22220000DE, 22000000MI, 22211000MI, 22212000MI, 22213000MI, 22214000MI, 22500000MI, 22500500MI, 22501000MI, 22502000MI, 22505600MI, 22506500MI, 22507101MI, 22526102MI, 22604100MI, 22605100MI, 22690000MI, 22909800MI, 22900000MI; and all wage employees in Site Codes 4211 and 4391, up to a total of 319.

(c)    All employees on the roll of Du Pont Polymers and Automotive (Department Code 22) not exempt under the Fair Labor Standards Act in Salary Codes 22-52-32-00 up to a total of 1;22-52-38-00 up to a total of 1; 22-52-41-00 up to a total of 1; 22-52-40-00 up to a total of 1; 22-52-50-00 up to a total of 1; 22-52-52-00 up to a total of 1; 22-52-56-00 up to a total of 2; 22-52-44-00 up to a total of 2; 22-52-31-00 up to a total of 2; 22-52-21-00 up to a total of 3; 22-52-42-00 up to a total of 4; and all employees in Salary Codes 22-52-90-11, 22-52-54-11, 22-52-24-11 up to a total of 2.

(d)  All employees on the roll of Du Pont Chemicals at the Memphis site (Site Code 3431) on Location Codes 40-67-10-00TN up to a total of 21 employees represented by a bargaining agent; 8 employees not exempt under the Fair Labor Standards Act; 6 employees who are first-line supervisors; and 5 employees exempt under the Fair Labor Standards Act other than first-line super-visors, excluding employees in Salary Scale Guide Level 6A and above and employees in the Medical Section.

(e)  All employees on the roll of Du Pont Fibers at the Waynesboro site (Site Code 2481) in Location Codes 70-75-20 and 70-80, up to a total of 246.

(f)  All employees on the roll of Du Pont Fibers at the Cooper River site (Site Code 2321) in Salary Scale Guide Level 6A and below who are exempt under the Fair Labor Standards Act in Location Codes 70-72-50 and 70-42-16, up to a total of 8.

(g)  All employees on the roll of Du Pont External Affairs up to a total of 27 in the following Location Codes 81-01-00-00, 81-02-00-00, 81-03-00-00, 81-04-00-00, 81-12-00-00, 81-18-00-00, 81-18-01-00, 81-20-00-00, 81-29-00-00, 81-29-00-01, 81-29-00-03, 81-29-00-04, 81-31-02-00, 81-40-03-04, 81-40-05-00, 81-40-09-00, 81-40-09-01, 81-40-09-04, 81-40-11-00, 81-40-11-04, 81-40-11-05, 81-40-13-00, 81-40-21-00, 81-40-21-01, 81-40-22-01, 81-40-24-01, 81-31-02-01, 81-30-00-00, 81-31-00-00, 81-40-01-00.

(h)  All employees exempt under the Fair Labor Standards Act at the Chambers Works site in Location Codes 40-54-30-00NJ through 40-54-30-99NJ, 40-67-00-90NJ, 66-68-20-90NJ and 40-05-00-99NJ, up to a total of 55, and all employees not exempt under the Fair Labor Standards Act in Location Codes 40-54-30-00NJ through 40-54-30-99NJ, up to a total of 245.

(i)  All laboratory technicians located at Chestnut Run Plaza in the following Salary Codes, except for the site medical technician: 40-30-08-00, 40-31-14-00, 60-34-09-00, 60-42-40-00, 60-68-04-00, 65-20-21-05, 66-52-20-00, 66-52-21-00, 66-52-22-00, 66-52-23-00, 66-52-24-00, 66-52-25-00, 66-52-26-00, 66-52-27-00, 66-52-38-00, 66-54-05-00, 70-34-11-01, 70-34-12-01, 70-34-12-06, 70-34-13-01, 70-34-14-01, 70-34-21-01, 70-34-21-02, 70-34-21-03, 70-34-21-04, 70-38-07-00, 88-30-40-01, 88-30-45-04, up to a total of 25.

(j)  All employees exempt under the Fair Labor Standards Act on the roll of Du Pont Chemicals up to a total of 63 in Salary Codes 40-01-00-00DE, 40-01-01-00DE, 40-19-00-00DE, 40-29-00-00DE, 40-29-00-00TX, 40-29-02-00NY, 40-29-03-00PA, 40-29-03-00TN, 40-29-10-00DE, 40-29-10-01DE, 40-29-10-01NJ, 40-29-10-02DE, 40-29-10-02NJ, 40-29-10-03DE, 40-29-10-03GA, 40-29-10-03NJ, 40-29-10-03SC, 40-29-10-04CA, 40-29-10-04OH, 40-29-10-04PA, 40-29-10-04TX, 40-29-10-05DE, 40-29-10-06DE, 40-29-10-06NJ, 40-29-10-06TX, 40-29-10-07GA, 40-29-10-07NJ, 40-29-10-08NJ, 40-29-10-09DE, 40-29-10-10DE, 40-29-10-10IL, 40-29-20-00DE, 40-29-20-00NY, 40-29-30-00DE, 40-29-30-00MD, 40-29-40-01DE, 40-29-40-02DE, 40-29-40-04DE, 40-29-40-04OH, 40-29-40-10CA, 40-29-40-10DE, 40-29-40-11DE, 40-29-40-12DE, 40-29-40-13DE, 40-29-40-15DE, 40-29-40-20CA, 40-29-40-20DE, 40-29-40-21PA, 40-29-40-22CA, 40-29-40-22DE, 40-29-40-22IL, 40-29-40-22OH, 40-29-40-22TX, 40-29-40-23DE, 40-29-40-23NJ, 40-29-60-00DE, 40-29-90-00PA, 40-29-90-00WV, 40-29-90-10IN, 40-29-90-10KY, 40-29-90-10PA, 40-29-90-10VA, 40-29-90-10WV, 40-29-90-

20NJ, 40-29-90-20PA, 40-29-90-30DE, 40-29-90-30TX, 40-30-07-00DE, 40-30-07-11DE, 40-30-07-13DE, 40-30-07-13NJ, 40-30-07-14DE, 40-30-07-16DE, 40-30-07-18DE, 40-30-07-19DE, 40-30-08-00DE, 40-30-08-40DE, 40-31-02-00DE, 40-31-02-10DE, 40-31-02-12DE, 40-31-02-13DE, 40-31-02-14DE, 40-31-02-14TX, 40-31-08-00CO, 40-31-08-00DE, 40-31-08-00IL, 40-31-08-00MD, 40-31-08-00NC, 40-31-08-00NJ, 40-31-08-00TX, 40-31-08-01DE, 40-31-08-01MA, 40-31-08-01NJ, 40-31-08-01NY, 40-31-08-01OH, 40-31-08-03CA, 40-31-08-03LA, 40-31-08-03TX, 40-31-08-04IL, 40-31-08-04IN, 40-31-08-04OH, 40-31-08-5GA, 40-31-08-05NC, 40-31-08-08CO, 40-31-08-08NV, 40-31-08-08UT, 40-31-08-08WA, 40-31-08-09DE, 40-31-10-00DE, 40-31-14-10DE, 40-31-20-00DE, 40-31-20-00TN, 40-31-30-00DE, 40-31-30-10DE, 40-31-41-10CT, 40-31-41-10DE, 40-31-41-10MO, 40-31-41-10NC, 40-31-41-10NJ, 40-31-41-11DE, 40-31-50-00DE, 40-31-60-00DE, 40-49-00-00DE, 40-49-04-00DE, 40-49-10-00CA, 40-49-10-00DE, 40-49-10-02DE, 40-49-10-03CT, 40-49-10-03DE, 40-49-10-03FL, 40-49-10-03GA, 40-49-10-03MI, 40-49-10-03MO, 40-49-10-03NJ, 40-49-10-03VA, 40-49-10-04CA, 40-49-10-04DE, 40-49-10-04IL, 40-49-10-04LA, 40-49-10-04TX, 40-49-10-05DE, 40-49-10-06DE, 40-49-30-00DE, 40-49-40-00DE, 40-49-40-01DE, 40-49-40-01NJ, 40-49-40-02DE, 40-49-40-03DE, 40-49-40-03GA, 40-49-40-03IL, 40-49-40-03OH, 40-49-50-00DE, 40-49-70-00DE, 40-58-02-00DE, 40-58-02-03DE, 40-58-03-00DE, 40-58-05-00DE, 40-58-05-00PA, 40-58-05-10DE, 40-58-05-11DE, 40-58-05-12DE, 40-58-05-13DE, 40-58-05-14DE, 40-58-06-00DE, 40-58-07-00DE, 40-58-10-00DE, 40-59-00-00DE, 40-59-01-00DE, 40-59-02-00DE, 40-59-03-00DE, 40-59-06-00DE, 40-59-08-00DE, 40-59-09-00DE, 40-59-09-01DE, 40-59-12-00DE, 40-91-08-00CA, 40-91-08-00DE, 40-91-08-00IL, 40-91-08-00OH, 40-91-08-01FL, 40-91-08-01NJ, 40-91-08-01PA, 40-91-08-02AL, 40-91-08-02DE, 40-91-08-02ME, 40-91-08-02NC, 40-91-08-02NY, 40-91-08-03IL, 40-91-08-03KS, 40-91-08-03KY, 40-91-08-03MI, 40-91-08-03OH, 40-91-08-04CA, 40-91-08-04TX, 40-91-08-05CA, 40-91-08-05MN, 40-91-08-05OH, 40-91-08-05TN, 40-91-08-05WA, 40-91-08-05WI, 40-91-10-00DE, 40-91-10-00GA, 40-91-10-10CA, 40-91-10-10DE, 40-91-10-11DE, 40-91-10-12DE, 40-91-10-12TN, 40-91-10-13DE, 40-91-20-00DE, 40-91-20-11DE, 40-91-20-20DE, 40-91-20-21DE, 40-91-20-30DE, 40-91-20-31DE, 40-91-20-41DE, 40-91-40-00DE; and all employees not exempt under the Fair Labor Standards Act on the roll of Du Pont Chemicals in Salary Codes 40-05-00-00DE, 40-08-20-01DE, 40-19-00-00DE, 40-19-00-10DE, 40-19-00-12DE, 40-19-30-00DE, 40-19-60-00DE, 40-29-10-00DE, 40-29-10-01DE, 40-29-10-03DE, 40-29-10-06DE, 40-29-20-00DE, 40-29-30-00DE, 40-29-40-01DE, 40-29-40-02DE, 40-29-40-04DE, 40-29-40-06DE, 40-29-40-10DE, 40-29-40-11DE, 40-29-40-12DE, 40-29-40-13DE, 40-29-40-15DE, 40-29-40-20DE, 40-29-40-22DE, 40-29-40-23DE, 40-29-40-30DE, 40-29-60-00DE, 40-29-90-00DE, 40-29-90-20PA, 40-29-90-30DE, 40-30-07-00DE, 40-30-07-11DE, 40-30-07-13DE, 40-30-07-14DE, 40-30-07-16DE, 40-30-07-18DE, 40-30-07-19DE, 40-30-08-00DE, 40-30-08-40DE, 40-31-02-10DE, 40-31-02-11DE, 40-31-02-12DE, 40-31-02-13DE, 40-31-02-14DE, 40-31-08-01NJ, 40-31-08-03TX, 40-31-08-04IL, 40-31-08-08CO, 40-31-08-09DE, 40-31-10-00DE, 40-31-20-00DE, 40-31-30-00DE, 40-31-40-00DE, 40-31-41-10DE, 40-31-41-11DE, 40-31-50-00DE, 40-31-60-00DE, 40-31-60-01DE, 40-49-00-00DE, 40-49-10-00DE, 40-49-10-02DE, 40-49-10-03DE, 40-49-30-00DE, 40-49-40-00DE, 40-49-40-03DE, 40-49-50-00DE, 40-49-70-10DE, 40-58-05-10DE, 40-58-07-00DE, 40-59-01-00DE, 40-59-02-00DE, 40-59-03-00DE, 40-59-03-00PA, 40-59-06-00DE, 40-59-08-00DE, 40-59-09-00DE, 40-59-10-00DE, 40-59-12-00DE, 40-69-00-00DE, 40-79-00-00DE, 40-79-40-00DE, 40-91-00-00DE, 40-91-08-01DE, 40-91-10-00DE, 40-91-20-00DE, 40-91-40-00DE.

(k) All employees on the roll of Du Pont Chemicals at the Pompton Lakes Works in Location Code 40-52-80-00NJ up to a total of 4 employees exempt under the Fair Labor Standards Act and 9 employees not exempt under the Fair Labor Standards Act.

(2) Employees in Salary Scale Guide Levels 8 and above are not eligible.

(3) Employees on Leave of Absence under Section IV.1.(g) of the Continuity of Service Rules who are temporarily on assignment outside of the United States are not eligible.

(4) Employees are not eligible who have volunteered to terminate under any other voluntary termination incentive program of the Company and do not revoke the election to terminate under such other voluntary termination incentive program provided that any limitation set forth above on the number of Qualified Employees will be reduced by the number of employees to whom it applies who do not revoke the election to terminate under such other voluntary termination incentive program of the Company.

(5) Employees who have been eligible to participate in two voluntary incentive programs under Section XI. are not eligible to participate under this Section XI. Z.

(6) In the event more employees than are designated as Qualified Employees in this Section XI. Z. or any subsection thereof desire to voluntarily separate or retire during the period specified under this Section XI. Z., those Qualified Employees who are eligible will be determined on a pro rata basis by salary grade and then by length of Company service within salary grade, fractions to be resolved by giving priority to lower salary levels, and all employees not exempt under the Fair Labor Standards Act being deemed to be in a single salary level, except as provided below:

(a) At Spruance, the Qualified Employees in the Medical Section who are eligible will be determined on the basis of length of Company service.

(b) In Du Pont Polymers and Automotive, the Qualified Employees in each Refinish Service Center who are eligible will be determined on the basis of length of Company service.

(c) At Memphis, the Qualified Employees among the represented employees and among the employees not exempt under the Fair Labor Standards Act will be determined on the basis on site seniority.

(d) At Chambers Works, the Qualified Employees among the employees not exempt under the Fair Labor Standards Act will be determined on the basis of site seniority.

(7) Qualified Employees designated in this Section XI. Z. must make the election to voluntarily retire or separate not earlier than November 2, 1992, but no later than December 31, 1992. In order to receive the incentive, Qualified Employees must retire or separate on January 31, 1993, except that if the Company so elects, Qualified Employees must retire or separate on a date selected by the Company, which date in no event shall be later than December 31, 1993.

XII.  TEMPORARY PENSION SYSTEM

A.  Any full-service employee who is terminated for lack of work and is designated as a Qualified Employee in this Section XII will be eligible to receive a benefit in addition to his accrued benefit equal to one month's Current Pay for each two (2) years of service, with a minimum of two (2) months' pay and a maximum of twelve (12) months' pay. The additional benefit will be available, at the election of the employee, in the form of either:

   (1)  an actuarially equivalent (using an investment return rate of 4%) monthly pension and payable in addition to the accrued benefit in accordance with the terms of this Plan.

   (2)  a lump-sum payment consisting of a single payment of the additional benefit payable as of the end of the month following the month in which the employee separates from service.

B.  For purposes of this Section, "Current Pay" shall mean an employee's regular rate of pay as computed by the Company on a monthly basis, including shift differentials; payments made under the Incentive Compensation Plan in the previous 12 months converted to a monthly basis; and regularly scheduled overtime, without consideration of occasional or temporary variations from normal working hours; provided, however, that "Current Pay" does not include allowances in connection with the transfer of employment, awards, the Special Compensation Plan, the Stock Option Plan or similar plans of the Company or any of its affiliated companies. For purposes of this Section, "service" shall mean the period of time which has elapsed since the employee's original date of employment, or the date of the employee's reemployment following the last break in service, whichever is later except as provided in the Continuity of Service Rules.

C.  In order to receive the benefit provided in this Section XII, a Qualified Employee must retire or separate within twelve (12) months of the off-roll date specified in this Section XII.

D.  In order to receive the benefit provided in this Section XII, a Qualified Employee must complete the applications required by the Company and agree to waive the right to receive any benefit under any severance pay plan, program or policy of the Company.

E.  This Temporary Pension System is intended not to discriminate in favor of highly-compensated participants and to comply in this respect with the requirements of the Code. If, in the judgment of the Company, the operation of this Section XII results in such discrimination, the Company shall exclude from eligibility to participate such highly compensated participants by salary grade level beginning with the highest Salary Scale Guide Level as shall be necessary to assure that, in the judgment of the Company, this Plan complies with the requirements of the Internal Revenue Code.

F.  Employees in Salary Scale Guide Levels 8 and above are not eligible to participate.

G.  Employees terminated for lack of work from the following strategic business units or functions with an off-roll date of September 30, 1993, are hereby designated as "Qualified Employees" for purposes of this Section XII:

   (1)  Fibers' Spruance Site
   (2)  Fibers' Seaford Site
   (3)  Material and Logistics Function (Department 90), Information Systems (Department 94), and Engineering Function (Department 85)
   (4)  Films' Rochester Site

    (5)   White Pigments and Mineral Products
    (6)   Agricultural Products' Mobile Site
    (7)   Automotive Products' Technology Division

H.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of October 31, 1993, are hereby designated as "Qualified Employees" for purposes of this Section XII:

    (1)   Advanced Fibers Systems' Applications Research Organization
    (2)   Safety, Health and Environment Function
    (3)   Elastomers' Louisville Site
    (4)   Specialty Chemicals
    (5)   Fibers' Seaford Site
    (6)   White Pigments and Mineral Products
    (7)   Automotive Products' Engineered Services Business Segment
    (8)   Corporate Aviation

I.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of November 30, 1993, are hereby designated as "Qualified Employees":

    (1)   Engineering Function
    (2)   Information Systems
    (3)   Packaging and Industrial Polymers' Marketing Operations and Regulatory Affairs Divisions
    (4)   Medical Products
    (5)   Printing and Publishing's Boothwyn Site
    (6)   Electronic Materials and Photomasks
    (7)   Printing and Publishing's Parlin Site
    (8)   External Affairs Function
    (9)   Fibers' Kinston Site
    (10)  Agricultural Products' Wilmington areas Office and Field Sales
    (11)  Fibers' Cooper River Site
    (12)  Automotive Products' Technology Division (formerly the Polymers and Automotive Sector Technology Division)
    (13)  Fibers' Cape Fear Site Manufacturing Organization
    (14)  Finance Function
    (15)  Corporate Plans Function
    (16)  Integrated Health Care Function, Northeast Region
    (17)  Polymers Yerkes Site
    (18)  Nonwoven's Sontara Manufacturing Organization
    (19)  "Dacron" Technology Transfer Group, Financial Management Function
    (20)  Pension Fund Investment Function
    (21)  Advanced Fibers Systems' Aramids and Core Structures Business
    (22)  Advanced Fibers Systems' Technical Organization
    (23)  Advanced Fibers Systems' Protective Systems Organization
    (24)  Wilmington Shops
    (25)  "Lycra" Operations Organization
    (26)  Legal Function
    (27)  Human Resources Function
    (28)  Films' Old Hickory Site
    (29)  Films' Imaging Environmental Services
    (30)  Films' Secretarial Support at Barley Mill Plaza

(31)  Films' Holly Run Site
(32)  Materials and Logistics Function
(33)  Continuous Business Improvement Function
(34)  Advanced Composites' Wilmington Organization
(35)  Laboratory Technicians' not exempt under the Fair Labor Standards Act at the
       Experimental Station and Chestnut Run Sites
(36)  DuPont Facilities Services Function
(37)  Nashville Procurement Center
(38)  White Pigments and Mineral Products' Office and Clerical Organization
(39)  Fibers' Nylon Manufacturing Sites (Seaford, Waynesboro, Athens, Camden,
       Chattanooga, Martinsville, Sabine, Victoria, Wilmington)
(40)  Engineering Polymers' Washington Works and Pencader
(41)  Films' Innografix
(42)  Films' NDT Films Enterprise
(43)  Elastomers' Sites (Beaumont, Pontchartrain, Louisville, Elkton, Tralee Park and
       Wilmington)
(44)  "Corian" Customer Service Organization
(45)  "Corian" Sales and Marketing Organization
(46)  "Dacron" Office and Clerical Organization
(47)  Automotive Products' Office and Clerical Organization
(48)  Specialty Chemicals
(49)  Central Research and Development's Haskell Laboratory
(50)  White Pigments and Mineral Products' North American Northeast Regional Sales
       Organization
(51)  White Pigments and Mineral Products' Research and Development Organization,
       Finance Planning Organization, Administrative Organization and DeLisle Site
(52)  Fluoroproducts' Technology Division
(53)  Engineering Polymers' Technology Organization
(54)  White Pigments and Mineral Products' Edgemoor Site
(55)  Fluoroproducts' Office and Clerical Organization
(56)  White Pigments and Mineral Products' Research and Development Group
(57)  Fluorochemicals' "Freon" Business, Renewable Resources, Cleaning Agents and
       Wilmington Office and Clerical Organizations
(58)  Automotive Products' Quality Resource Group
(59)  Central Research and Development's Science and Engineering Laboratory
(60)  Fluoropolymers' Marketing Organization exempt under the Fair Labor Standards Act
(61)  Engineering Polymers' Office and Clerical Organization in Wilmington
(62)  Specialty Chemicals' Memphis Site
(63)  Engineering Polymers' Domestic Marketing Group
(64)  Engineering Materials' Domestic Marketing Group
(65)  Fibers' Cape Fear "Dacron" Site

J.   Employees terminated for lack of work from the following strategic business units or
     functions with a designated off-roll date of January 31, 1994, are hereby designated
     as "Qualified Employees":

     (1)   White Pigments and Mineral Products: DeLisle
     (2)   White Pigments and Mineral Products: EdgeMoor
     (3)   White Pigments and Mineral Products: Singapore UST
     (4)   White Pigments and Mineral Products: Customer Service Group
     (5)   Printing & Publishing: Sales, Marketing, R&D Finance & Tech. Serv. & Support
     (6)   Agricultural Products: Walker's Mill
     (7)   Nonwoven: "Tyvek" Organization

    (8)   "Dacron": Cooper River & Kinston
    (9)   Integrated Health Care: Southeast & Mid-America Regions
   (10)  Film Enterprises: Rochester, Florence & Wilmington
   (11)  Specialty Chemicals: Potomac River
   (12)  Specialty Chemicals: Repauno

K.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of March 31, 1994, are hereby designated as "Qualified Employees":

    (1)   Printing & Publishing: Sales, Customer Service, Tech. Service, Marketing, Research & Development and Support
    (2)   Medical Products: Diagnostics & Equipment Customer Service & Warehousing
    (3)   Human Resources
    (4)   Electronic Materials: PCM Business
    (5)   Executive Office: Protocol Office
    (6)   Elastomers: Louisville
    (7)   Agricultural Products: Stine-Haskell

L.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of April 30, 1994, are hereby designated as "Qualified Employees":

    (1)   Specialty Chemicals: Pompton Lakes
    (2)   Nylon: Wilmington Shops
    (3)   CR&D: New Business Development Division
    (4)   Fluoroproducts
    (5)   "Dacron", Nylon and "Lycra": Marketing
    (6)   Photomasks
    (7)   DuPont Facilities Services
    (8)   P&IP: LaPorte
    (9)   SASH: Security/Hospitality
   (10)  Finance

M.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of May 31, 1994, are hereby designated as "Qualified Employees":

    (1)   Films: Rochester
    (2)   Printing and Publishing: Operations
    (3)   Agricultural Products: Communications Group
    (4)   Printing and Publishing: Towanda
    (5)   Packaging & Industrial Polymers

N.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of June 30, 1994, are hereby designated as "Qualified Employees":

    (1)   Medical Products: Field Sales, Customer Service and Distribution Group
    (2)   Legal: Litigation Support Team

O.  Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of August 31, 1994, are hereby designated as "Qualified Employees":

(1)  Elastomers: Technology, Wilmington
(2)  White Pigments & Mineral Products and Medical Products: DeLisle
(3)  Integrated Health Care : Southeast Region
(4)  Medical Products: Wilmington
(5)  Printing & Publishing: Technical Service and Imagitex
(6)  Medical Products: Washington, D.C.

P.  Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of September 30, 1994, are hereby designated as "Qualified Employees":

(1)  Elastomers: Louisville
(2)  Photomasks
(3)  Dacron: Cape Fear

Q.  Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of November 30, 1994, are hereby designated as "Qualified Employees":

(1)   Human Resources
(2)   Printing & Publishing: Parlin
(3)   Specialty Chemicals: Belle
(4)   Specialty Chemicals: Memphis
(5)   "Dacron": SP
(6)   "Dacron": Cape Fear/Cooper River
(7)   "Dacron": Kinston
(8)   "Dacron": Operations and Support
(9)   "Dacron": FiberFill
(10)  "Dacron": ATT
(11)  "Dacron": Business Management
(12)  SASH: DuPont Facilities Services
(13)  Engineering Polymers: Vespel Marketing
(14)  Information Systems
(15)  External Affairs
(16)  Electronic Materials and Photomasks
(17)  Engineering: Organizational Development
(18)  Engineering: Management
(19)  Central Research and Development: Admin. Planning
(20)  Sourcing
(21)  Elastomers: Beaumont
(22)  Films Enterprise
(23)  Advanced Fiber Systems
(24)  Printing and Publishing: Sales, Marketing, Finance, R&D, Technical Services and Integrated Operations
(25)  Nylon: Martinsville
(26)  Finance
(27)  Nylon: North America

R.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of March 31, 1995, are hereby designated as "Qualified Employees":

    (1)   Printing and Publishing
    (2)   Integrated Health Care
    (3)   Medical Products
    (4)   White Pigments and Mineral Products
    (5)   Agricultural Chemicals: Latin America Region
    (6)   Nylon
    (7)   Specialty Chemicals: Belle Site
    (8)   Engineering Function
    (9)   Engineering Polymers
    (10)  Specialty Chemicals: East Chicago Site
    (11)  Films

S.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of March 31, 1996 are hereby designated as "Qualified Employees":

    (1)   Specialty Chemicals
    (2)   Fluoroproducts

T.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of April 30, 1996 are hereby designated as "Qualified Employees":

    (1)   Electronics Materials
    (2)   Nylon
    (3)   Integrated Health Care
    (4)   "Dacron"
    (5)   Human Resources
    (6)   White Pigments and Mineral Products
    (7)   Printing and Publishing
    (8)   Central Research and Development
    (9)   Finance
    (10)  Specialty Chemicals
    (11)  Automotive
    (12)  Information Systems
    (13)  Services, Aviation, Security and Hospitality
    (14)  Packaging and Industrial Polymers
    (15)  Fluoroproducts
    (16)  External Affairs
    (17)  Engineering Polymers
    (18)  Safety, Health and Environment Excellence Center

U.    Employees terminated for lack of work from the following strategic business units or functions with a designated off-roll date of May 31, 1998, are hereby designated as "Qualified Employees":

    (1)   Agricultural Chemicals
    (2)   Fluoroproducts
    (3)   Central Research and Development

    (4)   Human Resources
    (5)   Specialty Chemicals

V.    Employees terminated for lack of work from the Nylon site at Martinsville, Virginia with an off-roll date of June 30, 1998 are hereby designated as "Qualified Employees".

W.    Employees terminated for lack of work from the following strategic business units or functions with an off-roll date of July 31, 1998 are hereby designated as "Qualified Employees":

    (1)   Advanced Fiber Systems
    (2)   Dacron®
    (3)   DuPont Facilities Services
    (4)   External Affairs
    (5)   Engineering Polymers
    (6)   Fluoroproducts
    (7)   Human Resources
    (8)   Lycra®
    (9)   Legal
    (10)  Nylon
    (11)  Packaging & Industrial Polymers
    (12)  SASH
    (13)  Specialty Chemicals
    (14)  Sourcing
    (15)  White Pigments and Mineral Products
    (16)  Printing and Publishing: Printing Services
    (17)  Polyester Films

X.    Employees terminated for lack of work from the following strategic business or functions with an off-roll date of October 31, 1998 are hereby designated as "Qualified Employees":

    (1)   Advanced Fiber Systems
    (2)   Central Research and Development
    (3)   Dacron®
    (4)   Finance
    (5)   Legal
    (6)   Packaging & Industrial Polymers
    (7)   Polyester Films
    (8)   Polyester Resins & Intermediates
    (9)   Specialty Chemicals

Y.    Employees terminated for lack of work from the following strategic business units or functions with an off-roll date of November 30, 1998 are hereby designated as "Qualified Employees":

    (1)   Agricultural Chemicals
    (2)   Automotive Products
    (3)   Continuous Business Improvement
    (4)   Central Research & Development
    (5)   External Affairs
    (6)   Engineering Polymers
    (7)   Finance
    (8)   Fluoroproducts

(9)   Hospitality
(10)  Human Resources
(11)  Lycra®
(12)  Nonwovens
(13)  Photopolymers and Electronic Materials
(14)  Packaging and Industrial Polymers
(15)  Printing and Publishing
(16)  Specialty Chemicals
(17)  SASH; Security
(18)  White Pigments and Mineral Products
(19)  Engineering
(20)  Nylon
(21)  Polyester Films

Y-1.  Employees terminated for lack of work from the following strategic business units or functions with an off-roll date of August 31, 1999 are hereby designated as "Qualified Employees":

(1)   "Dacron"
(2)   Polyester Resins and Intermediates
(3)   Films
(4)   Central Research and Development

Y-2.  Employees terminated for lack of work from the following strategic business units or functions with an off-roll date of October 31, 1999 are hereby designated as "Qualified Employees":

(1)   Crop Protection
(2)   Nylon
(3)   Fluoroproducts
(4)   Specialty Chemicals
(5)   Performance Coatings
(6)   Packaging & Industrial Polymers
(7)   Engineering Polymers
(8)   Global Service Business
(9)   Corporate Services
(10)  Nutrition and Health
(11)  White Pigments and Mineral Products

Z.    Employees terminated for lack of work from the following strategic business units or functions with an off-roll date of June 30, 2001 are hereby designated as "Qualified Employees":

(1)   Chemical Solutions
(2)   Corian®
(3)   Corporate
(4)   Corporate Services
(5)   Crop Protection
(6)   Dacron®
(7)   DSRB
(8)   Fluoroproducts
(9)   GSB
(10)  iTech

    (11)  Lycra®
    (12)  Nutrition & Health
    (13)  Nonwovens
    (14)  Nylon
    (15)  Packaging & Industrial Polymers
    (16)  Performance Coatings
    (17)  Teijin Films
    (18)  White Pigments & Mineral Products

## XIII.  OPTIONAL RETIREMENT IN CONNECTION WITH CERTAIN BUSINESS

Any full-service employee who is designated by subsequent amendment of this Section will be eligible for an Optional Retirement in accordance with Section IV.D., provided that the employee meets the age and service requirements set forth in Section IV.D.

A.    Employees who are hired by Tech Services International, Inc., on April 1, 1997, in connection with the Asset Purchase and Sale Agreement between E. I. du Pont de Nemours and Company and Tech Services International, Inc., for the Printing and Publishing Technical Marketing and Services Business dated January 2, 1997.

B.    Employees who are hired by Xymid LLC on October 1, 1998 in connection with the Purchase and Sales Agreement for the sale of Assets related to the Sorptive Products; Wound Shells; Lanx Nuclear, Biological and Chemical Protective Fabrics; Multi-Threat Protective Apparel and Xymid® Nonwoven Fabrics Business between E. I. du Pont de Nemours and Company and Xymid LLC.

C.    Employees who are hired by American President Line on October 1, 1998 in connection with the agreement for scheduling services for E. I. du Pont de Nemours and Company's Fluoroproducts business.

D.    Employees who are hired on December 31, 1998 by U.S. Salt Corporation in connection with the Purchase and Sales Agreement for the sale of Assets related to the Sodium Nitrite Business by E. I. du Pont de Nemours and Company to Repauno Products LLC.

E.    Employees who are hired on May 1, 1999 by Mypodiamond, Inc. in connection with the Purchase and Sales Agreement for the sale of Assets related to the Industrial Diamond business by E. I. du Pont de Nemours and Company to Mypodiamond, Inc.

F.    Employees who are hired by VWR on September 1, 2001 in connection with the agreement for materials management services between E. I. du Pont de Nemours and Company and VWR International, Inc.

G.    Employees hired by AVEVA, Inc. or Cadcentre on July 1, 2002 in connection with the Master Outsourcing Services Agreement between E. I. du Pont de Nemours and Company and AVEVA, Inc., for Engineering IT services, dated June 24, 2002.

## XIV. PENSION ADJUSTMENT IN CONNECTION WITH CERTAIN BUSINESS TRANSACTIONS

Full-service employees who are designated by subsequent amendment of this section will be eligible for an upward adjustment of their Section IV or Section V benefit as described in each subsequent paragraph below:

A.  Employees who are hired by AGFA in connection with the sale of the P&P business, as outlined in the Purchase and Sale Agreement, will be provided the following adjustment to the benefit under Section IV or Section V (whichever is applicable) on the day after their termination from DuPont:

    1.  Accrued benefits for those under age 60 will be increased 4% for each year between their date of termination from DuPont and age 60, compounded annually,

    2.  For the purpose of this section, employees with less than 10 years of service on the date of their termination will be eligible under Section V(A)(1) for reduced pension payments beginning at age 60.

B.  Employees who are hired by Allied Signal in connection with the sale of DuPont Lanxide Composites on August 12, 1998 will be provided the following adjustment to the benefit under Section IV or Section V (whichever is applicable) on the day after their termination from DuPont:

    1.  Accrued benefits for those under age 60 will be increased 4% for each year between their date of termination from DuPont and age 60, compounded annually.

    2.  For purposes of this section employees with less than 10 years of service on the date of their termination will be eligible under Section V. (A)(1) for reduced pension payments beginning at age 60.

C.  Employees who are hired by The Standard Register Company in connection with the sale of DuPont's printing business located in Boothwyn, PA on March 1, 1999 will be provided the following adjustment to the benefit under Section IV or Section V (whichever is applicable) on the day after their termination from DuPont"

    1.  Accrued benefits for those under age 60 will be increased 4% for each year between their date of termination from  DuPont and age 60, compounded annually,

    2.  For purposes of this section employees with less than 10 years of service on the date of their termination will be eligible under Section V. (A) (1) for reduced pension payments beginning at age 60.

D.  Employees who are hired by Bemis in connection with the sale of the Clysar business, as outlined in the Asset Purchase and Sale Agreement between E. I. du Pont de Nemours and Company and Bemis Company, Inc., will be provided with the following adjustment to their unreduced pension payable under Section IV. or V. (whichever is applicable) based

on their service as of July 30, 2002: the pension will be increased by $16.66 multiplied by the individual's Years of Service in excess of 5, for a maximum increase of $250 per month.

APPENDICES

A    -    DETERMINATION OF INVESTMENT RETURN RATE

B    -    INCOME-LEVELING OPTION FACTORS

C    -    SPOUSE BENEFIT COVERAGE FACTORS

D    -    JOINT AND SURVIVOR OPTION FACTORS

E    -    REDUCTION OF COMPANY-PAID SURVIVOR BENEFIT

F    -    BENEFIT LIMITATION

G    -    OPERATION OF THE PLAN AS A TOP-HEAVY PLAN

H    -    VOLUNTARY SEPARATION (SECTION XI.) --
         CALCULATION OF MONTHLY PENSION

I    -    EARLY RETIREMENT FACTORS APPLICABLE TO FORMER ICI MELINAR
         AND MELINEX EMPLOYEES

J    -    SPECIAL RULES FOR EMPLOYEES IN PUERTO RICO

         [All Appendices are additions to the Plan]

## APPENDIX A

### PENSION AND RETIREMENT PLAN
### DETERMINATION OF INVESTMENT RETURN RATE

Investment return rates will be established quarterly, rounded to the nearest whole percentage and based on the average Pension Benefit Guaranty Corporation immediate annuity rates for the preceding quarter. In no event will the rate be less than 5% or greater than 15%.

A-1

APPENDIX B

PENSION & RETIREMENT PLAN
INCOME-LEVELING OPTION FACTORS

CHARTS SUPPLIED BY FINANCE
(USE CHARTS FROM CURRENT ORIGINAL PACKET)

APPENDIX C

PENSION & RETIREMENT PLAN
SPOUSE BENEFIT COVERAGE FACTORS

CHARTS SUPPLIED BY FINANCE

(USE WHAT IS IN THE CURRENT ORIGINAL PACKET)

APPENDIX D

PENSION & RETIREMENT PLAN
JOINT AND SURVIVOR OPTION FACTORS

CHARTS SUPPLIED BY FINANCE

(USE WHAT IS IN THE CURRENT ORIGINAL PACKET)

## APPENDIX E

### PENSION AND RETIREMENT PLAN
### REDUCTION OF COMPANY-PAID SURVIVOR BENEFIT

| Survivor Younger By (nearest full year of age difference) | Percentage of Company-Paid Survivor Benefit That is Payable |
|---|---|
| Less than 6 years | 100.0% |
| 6 years | 98.0 |
| 7 " | 96.0 |
| 8 " | 94.0 |
| 9 " | 92.0 |
| 10 " | 90.0 |
| 11 " | 88.5 |
| 12 " | 87.0 |
| 13 " | 85.5 |
| 14 " | 84.0 |
| 15 " | 82.5 |
| 16 " | 81.0 |
| 17 " | 79.5 |
| 18 " | 78.0 |
| 19 " | 76.5 |
| 20 " | 75.0 |
| 21 " | 74.5 |
| 22 " | 74.0 |
| 23 " | 73.5 |
| 24 " | 73.0 |
| 25 " | 72.5 |
| More than 25 years | Reduced an additional 0.5% for each year over 25 |

E-1

APPENDIX F

PENSION AND RETIREMENT PLAN
BENEFIT LIMITATION

I.    **MAXIMUM ANNUAL BENEFIT**

In no case will an annual benefit payable under this Plan with respect to any employee, when added to the annual benefits payable to such employee from all other Defined Benefit Plans of the controlled group, exceed the lesser of the Dollar Limitation or the Compensation Limitation, as defined in paragraph IV. below. For purposes of applying this limitation:

(a)    The annual benefit shall be a benefit that is payable annually in the form of a straight life annuity, excluding any portion of the benefit that is attributable to employee contributions. Where a benefit is payable in a form other than a straight life annuity, except for a benefit described in Section 415(b)(2)(B) of the Code, the benefit shall be adjusted so that it is the actuarial equivalent of a straight life annuity. For benefit commencements on or after January 1, 2000, the actuarially equivalent straight life annuity shall be equal to the greater of an annuity benefit computed using the interest rate and mortality table, or tabular factor, specified in the Plan for actuarial equivalence for the particular form of benefit payable or an annuity benefit computed using 5% interest and the Applicable Mortality Table as defined in paragraph IV (k) of this appendix. In determining the actuarially equivalent straight life annuity for any form of benefit which is subject to Section 417 (e) of the Code, the Applicable Interest Rate as defined in paragraph IV (j) of this appendix shall be substituted for 5% in the preceding sentence.

(b)    If payment of a benefit begins prior to the Social Security Retirement Age, but on or after attainment of age 62, the Dollar Limitation shall be reduced in a manner consistent with the reduction for old-age insurance benefits commencing before the Social Security Retirement Age under the Social Security Act. If payment of a benefit begins prior to age 62, the Dollar Limitation applicable at such earlier age shall be an annual benefit payable in the form of a straight life annuity that is the actuarial equivalent of the Dollar Limitation applicable at age 62. For benefit commencements on or after January 1, 2000, the Dollar Limitation applicable at an age prior to age 62 is determined as the lesser of the actuarial equivalent of the Dollar Limitation for age 62 computed using the interest rate and mortality table, or tabular factor, specified in the Plan for determining actuarial equivalence for early retirement benefits or the actuarial equivalent of the Dollar Limitation for age 62 computed using 5% interest and the Applicable Mortality Table as defined in paragraph IV (k) of this appendix.

(c)    If payment of a benefit begins after the Social Security Retirement Age, the Dollar Limitation applicable at the later age shall be an annual benefit payable in the form of a straight life annuity that is the actuarial equivalent of the Dollar Limitation applicable at the participant's Social Security Retirement Age. For benefit commencements on or after January 1, 2000, the Dollar Limitation is determined as the lesser of the actuarial equivalent of the Dollar Limitation at the Social Security Retirement Age computed using the interest rate and mortality table, or tabular factor, specified in the Plan for determining actuarial equivalence for delayed retirement benefits or the actuarial equivalent of the

F-1

Dollar Limitation at the Social Security Retirement Age computed using 5% interest and the Applicable Mortality Table as defined in paragraph IV (k) of this appendix. For these purposes, mortality between the Social Security Retirement Age and the age at which benefits commence will be ignored.

(d)     In the case of an employee with fewer than 10 years of participation in the Plan, the Dollar Limitation shall be multiplied by a fraction, the numerator of which is his years of participation in the Plan and the denominator of which is 10.  In the case of an employee with fewer than 10 years of service with the members of the controlled group, the Compensation Limitation shall be multiplied by a fraction, the numerator of which is his years of service and the denominator of which is 10.

Where a Defined Benefit Plan Fraction is calculated, the adjustments of this paragraph (d) shall be applied in the denominator of the fraction based upon years of service.

(e)     If the benefits payable to an employee under this Plan and all other Defined Benefit Plans of the controlled group do not exceed $10,000 for the Plan Year or any prior Plan Year and the employee has never participated in a Defined Contribution Plan maintained by any member of the controlled group, the limitations set forth in this appendix shall  be deemed not to be exceeded.

(f)     If an employee is not married at the time benefits commence, such employee shall nonetheless be assumed to have a spouse of the same age for purposes of determining the maximum annual benefit.

## II.     COMBINED LIMITATION

Notwithstanding the provisions of paragraph I. above, for benefit commencements prior to 1/1/2000, the otherwise permissible annual benefit payable under this Plan with respect to an employee will be further reduced, if necessary, to comply with Section 415(e) of the Code as follows: If a participant in this Plan is or has ever been a participant in one or more Defined Contribution Plans maintained by a member of the controlled group, the sum of the Defined Benefit Plan Fraction and the Defined Contribution Plan Fraction for any Plan Year may not exceed 1.0.  For purposes of this limitation, all Defined Benefit Plans of the controlled group whether or not terminated are treated as one Defined Benefit Plan and all Defined Contribution Plans of the controlled group whether or not terminated are treated as one Defined Contribution Plan.

## III.     ADJUSTMENT OF BENEFITS

In the event the sum of the employer-provided annual benefits payable under all Defined Benefit Plans of the members of the controlled group exceed the limitations of Section 415 of the Code, such annual benefits shall be reduced sequentially based on the order of plan participation with the annual benefit attributable to the most recent participation being reduced first; provided, however, that participation under Title II of this Plan will be deemed to have occurred first and the annual benefit, if any, attributable to such participation will be reduced last.  For benefit commencements prior to January 1, 2000, if the sum of the Defined Contribution Plan Fraction and Defined Benefit Plan Fraction exceeds 1.0, the annual benefits otherwise payable under all Defined Benefit Plans will be reduced as described in the preceding sentence and then the annual benefits under all Defined Contribution Plans will be reduced sequentially based on the order of plan participation until the sum of all annual benefits comply with Section 415 of the Code.

F-2

IV.  **DEFINITIONS**

For purposes of this Appendix:

(a)  The term "Dollar Limitation" shall mean $90,000 or such other amount as may be prescribed under Section 415(b)(1)(A) of the Code or by regulations, rulings or other official announcements issued by the Secretary of the Treasury.  The $90,000 limitation above will be automatically adjusted, effective January 1 of each year, under Section 415(d) of the Code in such manner as the Secretary of the Treasury shall prescribe and the new limitation will apply to benefit commencements during the calendar year of the adjustment.

(b)  The term "Compensation Limitation" means 100 percent of the employee's average compensation for his high three years as computed under Treas. Reg. 1.415-3(a)(3). An employee's high three years of service is the period of three consecutive calendar years (or, the actual number of consecutive years of employment if less than three) during which the employee had the greatest aggregate compensation from the member's of the controlled group.

(c)  The term "Projected Annual Benefit" shall mean the benefits which are projected to be paid annually under all Defined Benefit Plans of the controlled group to an employee payable as a straight life annuity commencing at normal retirement age. Such projection shall be based on the assumption that:

(i)  the employee's compensation for all future years will equal his compensation for the year of computation,

(ii)  the employee's future participation in the Defined Benefit Plans of the controlled group will continue uninterrupted until he has reached normal retirement age and that he will earn a full year of service for each full year he participates in the Defined Benefit Plans of the controlled group during that period, and

(iii)  all other relevant factors considered in computing the benefits will remain constant with the year of computation.

(d)  The terms "Defined Benefit Plan" and "Defined Contribution Plan" shall have the definitions provided in Section 415(k) of the Code.

(e)  The "Defined Benefit Plan Fraction" for any year shall be a fraction, the numerator of which is an amount representing the total Projected Annual Benefit of the employee under all Defined Benefit Plans of the controlled group, determined as of the close of the year, and the denominator of which is the lesser of (I) the product of 1.25 multiplied by $90,000 (or such other amount as may be prescribed in accordance with regulations, rulings, or other official announcements issued by the Secretary of Treasury), or (ii) the product of 1.4 multiplied by 100 percent of the employee's average compensation for his high three years.

F-3

(f)    The "Defined Contribution Plan Fraction" for any year shall be a fraction, the numerator of which is the sum of the Annual Additions to the employee's account in all Defined Contribution Plans of the controlled group as of the close of the year, and the denominator of which is the sum of the lesser of the following amounts determined for such year and for each prior year of service with the controlled group; (I) the product of 1.25, multiplied by the dollar limitation under Section 415(c)(1)(A) of the Code for such year (determined without regard to Section 415(c)(6) of the Code, or (ii) the product of 1.4 multiplied by 25 percent of the employee's compensation for such year. In applying this definition with respect to years beginning before January 1, 1976:

    (i)    the aggregate amount taken into account in determining the numerator of the Defined Contribution Plan Fraction may not exceed the aggregate amount taken into account in determining the denominator of the Defined Contribution Plan Fraction, and

    (ii)    the amount taken into account in determining the amount of an employee's contributions in excess of six percent of his compensation for any year concerned shall be an amount equal to the excess of the aggregate amount of employee contributions for all years beginning before January 1, 1976, during which the employee was an active participant in the Defined Contribution Plan(s) of the controlled group, over 10 percent of the employee's aggregate compensation for all such years, multiplied by a fraction, the numerator of which is one and the denominator of which is the number of years beginning before January 1, 1976, during which the employee was an active participant in the Defined Contribution Plan(s). For such purpose, employee contributions made on or after October 2, 1973, shall be taken into account only to the extent that the amount of such contributions does not exceed the maximum amount of employee contributions permissible under the Defined Contribution Plans as in effect on October 2, 1973.

(g)    The term "Compensation" shall mean the compensation of the employee from a member of the controlled group for the Plan Year and shall include, but not be limited to, the employee's wages, salary and other amounts received for personal services actually rendered. Income from sources without the United States, otherwise excluded from the gross income of an employee for purposes of his federal income tax return, shall be considered compensation for purposes of this definition. Compensation does not include deferred compensation, stock options (unless includible in gross income under the election described in Section 83(b) of the Code) and other distributions which receive special tax benefits. For Plan Years beginning after December 31, 1997, compensation shall include any elective deferral (as defined in Section 402 (g)(3) of the code), and any amount which is contributed or deferred by the employer at the election of the employee and which is not includible in the gross income of the employee by reason of Sections 125 or 457 of the Code. For Plan Years beginning after December 31, 1999, compensation shall also include any elective amounts that are not includible in the gross income of the employee by reason of Section 132 (f) (4) of the code.

(h)    The term "Annual Addition" means the sum for any Plan Year of:

    (i)    contributions to a Defined Contribution Plan made on behalf of the employee by a member of the controlled group, and

F-4

(ii)    employee contributions to a Defined Contribution Plan; or, for Plan Years beginning before January 1, 1987, the lesser of: the employee's contributions to a

Defined Contribution Plan in excess of six percent of his compensation, or one-half of the employee contributions.

(i)    The term "Social Security Retirement Age" means the age used as the retirement age under Section 216(1) of the Social Security Act, except that such section shall be applied – a) without regard to the age increase factor, and b) as if the early retirement age under Section 216(1)(2) of such Act were 62.

(j)    The term "Applicable Interest Rate" means, for benefit commencement dates during a calendar quarter, the average of the annual rate of interest on 30-year Treasury securities for the fourth and fifth month preceding the first day of the calendar quarter; provided, however, that for the calendar year 2000 only, the "Applicable Interest Rate" for benefit commencements in any month shall not be greater than the annual rate of interest on 30-year Treasury securities for the second month preceding the first day of such month.

(k)    The term "Applicable Mortality Table" means the table prescribed by the Secretary of the Treasury as required by Section 417(e) (3) of the Code.

## V.    PRIORITY OF SECTION 415 OF THE CODE

The limitations of this Appendix are intended to comply with Section 415 of the Code so that the maximum benefits provided under plans maintained by members of the controlled group shall be no greater than the maximum amounts allowed under Section 415 of the Code. To the extent there is any conflict between this appendix and the provisions of Section 415, the provisions of Section 415 shall be controlling.

F-5

## APPENDIX G

### PENSION AND RETIREMENT PLAN
### OPERATION OF THE PLAN AS A TOP-HEAVY PLAN

In the unlikely event that the Plan becomes a top-heavy plan within the meaning of Section 416(g) of the Code, the following provisions will apply, notwithstanding any other Plan provisions to the contrary.

### I.    MINIMUM BENEFIT

The minimum benefit payable at normal retirement age shall be equal to two percent of the employee's average compensation (as described in Section 416(c)(1)(D) and any Treasury regulations issued thereunder) during his five highest-paid consecutive calendar years of service times each of the first 10 years of service after December 31, 1983 in which the Plan is a top-heavy plan. For purposes of determining average compensation, years ending before January 1, 1984, or beginning after the close of the last year in which a plan was top-heavy shall not be taken into account.

### II.    MINIMUM VESTING

Notwithstanding the provisions of Section V, an employee shall be eligible for a deferred pension if, while the Plan is a top-heavy Plan, his employment is terminated before death or retirement after he has completed three years of service. The amount of such deferred pension, calculated as a single life annuity commencing at normal retirement age, shall be equal to his accrued benefit.

### III.    COMPENSATION LIMITATION

For any Plan Year in which the Plan is a top-heavy Plan, the Compensation limitation described in Section 416(d) shall apply.  For purposes of this Section, "Compensation" means a Participant's earned income, wages, salaries, fees for professional services, and other amounts received (without regard to whether or not an amount is paid in cash) for personal services actually rendered in the course of employment with the Participating Companies and Affiliated Companies to the extent that the amounts are includible in gross income (including, but not limited to, commissions paid salespersons, compensation for services on the basis of a percentage of profits, commissions on insurance premiums, tips, bonuses, fringe benefits, and reimbursements or other expense allowances under a nonaccountable plan described in Treasury Regulation Section 1.62-2(c)), and excluding the following:

(i)    Employer contributions to a plan of deferred compensation which are not includible in the Participant's gross income for the taxable year in which contributed, employer contributions under a simplified employee pension plan to the extent such contributions are deductible by the Participant, and any distributions from a plan of deferred compensation. However, any amounts received by an employee pursuant to an unfunded non-qualified plan of deferred compensation may be considered as Compenation in the year such amounts are includible in the employee's gross income. Notwithstanding the foregoing, for Plan Years commencing on or after January 1, 1988, Compensation includes any elective deferrals which are not includible in the gross income of the employee under Code Sections 125, 401(k), 402(h)(1)(B), 403(b), or 457.

G-1

(ii)   Amounts realized from the exercise of a non-qualified stock option, or when restricted stock (or property) held by the Participant either becomes freely transferable or is no longer subject to a substantial risk of forfeiture.

(iii)  Amounts realized from the sale, exchange, or other disposition of stock acquired under a qualified stock option.

(iv)   Other amounts which received special tax benefits.

IV.   **IMPACT ON MAXIMUM BENEFITS**

For any plan year beginning prior to January 1, 2000 in which the Plan is top-heavy, the Defined Benefit and Defined Contribution Plan Fractions described in Appendix F shall be applied by substituting "1.0" for "1.25" wherever it appears therein.

V.    **DEFINITIONS AND ASSUMPTIONS**

For purposes of determining whether the plan is a top-heavy plan under Section 416(g) of the Code, the following assumptions shall apply:

A.    Actuarial Assumptions

The present value of the accrued benefit shall be determined using:

(i)    an interest rate equal to the rate in effect for deferred annuities prescribed by the Pension Benefit Guaranty Corporation and

(ii)   the mortality rates provided in the DuPont Employee, Pensioner, and Survivor Mortality Tables.

B.    Determination Date

The determination date for any Plan year shall be December 21st of the preceding Plan year.

C.    Valuation Date

The valuation date for any Plan Year shall be the annual date (June 30) on which plan assets are valued for the purposes of determining assets, liabilities and plan costs for minimum funding purposes.

G-2

D.    Key Employees and Non-Key Employees

A key employee is any employee or former employee (and the beneficiaries of such employee) who at any time during the determination period was an officer of the employer if such individual's annual compensation exceeds 50 percent of the dollar limitation under Section 415(b)(1)(A) of the Internal Revenue Code, an owner (or considered an owner under Section 318 of the Code) of one of the ten largest interests in the employer if such individual's compensation exceeds 100 percent of the dollar limitation under Section 415 (c)(1)(A) of the Internal Revenue Code, a five percent owner of the employer, or a one percent owner of the employer who has an annual compensation of more than $150,000. Annual compensation means annual pay as pay is defined in Section IX.A.(2) b) but including amounts contributed by the employer pursuant to a salary reduction agreement which are excludable from the employee's gross income under Section 125, Section 402 (e)(3), Section 402 (h)(1)(B) or Section 403(b) of the Internal Revenue Code. The determination period is the plan year containing the determination date and the four preceding plan years. The determination of who is a key employee will be made in accordance with Section 416(I)(1) of the Internal Revenue Code and the regulations thereunder.

E.    Top Heavy Ratio

The top heavy ratio shall be computed in accordance with Code Section 416 and the regulations thereunder.

F.    Required and Permissive Aggregation

For purposes of determining if the Plan is a top-heavy plan for a particular plan year, each tax qualified plan of the Company in which a key employee participates in the plan year containing the determination date, or any of the four preceding plan years, and each other tax qualified plan of the Company which, during this period, enables any plan, in which a key employee participates, to meet the requirements of Section 401(a)(4) or 410 of the Code shall be aggregated within the required aggregation group. All other tax qualified Plans which are not required to be aggregated under the previous sentence but that satisfy the requirements of Code Section 401(a)(4) and 410 when considered together with the required aggregation group shall also be aggregated.

G.    Accrued Benefit

The accrued benefit of any employee (other than a key employee) shall be determined in accordance with Code Section 416(g)(4)(F).

VI.    **PRIORITY OF SECTION 416**

The provisions of this section are intended to comply with Section 416 of the Code with respect to the operation of the Plan as a top-heavy Plan. To the extent there is any conflict between this section and the provisions of Section 416 of the Code, the provisions of Section 416 shall be controlling.

G-3

## APPENDIX H

### PENSION AND RETIREMENT PLAN
### VOLUNTARY SEPARATION (SECTION XI.) – CALCULATION
### OF MONTHLY PENSION

A monthly pension elected under Section XI.A.(1)(a) shall be computed by multiplying the lump sum benefit by the factor in the following table. For this purpose, age is defined as the employee's age at his nearest birthday.

| AGE | FACTOR | AGE | FACTOR | AGE | FACTOR |
|---|---|---|---|---|---|
| I | 0.27384 | | | | |
| I | 0.25582 | | | | |
| I | 0.23898 | | | | |
| | | | | | |
| 21 | 0.22325 | 41 | 0.05676 | 61 | 0.01299 |
| 22 | 0.20855 | 42 | 0.05296 | 62 | 0.01196 |
| 23 | 0.19481 | 43 | 0.04941 | 63 | 0.01100 |
| 24 | 0.18197 | 44 | 0.04608 | 64 | 0.01011 |
| 25 | 0.16928 | 45 | 0.04297 | 65 | 0.00928 |
| 26 | 0.15877 | 46 | 0.04005 | 66 | 0.00953 |
| 27 | 0.14830 | 47 | 0.03732 | 67 | 0.00981 |
| 28 | 0.13851 | 48 | 0.03476 | 68 | 0.01011 |
| 29 | 0.12937 | 49 | 0.03236 | 69 | 0.01043 |
| 30 | 0.12082 | 50 | 0.03012 | 70 | 0.01078 |
| | | | | | |
| 31 | 0.11284 | 51 | 0.02801 | 71 | 0.01115 |
| 32 | 0.10538 | 52 | 0.02603 | 72 | 0.01154 |
| 33 | 0.09840 | 53 | 0.02417 | 73 | 0.01196 |
| 34 | 0.09189 | 54 | 0.02244 | 74 | 0.01240 |
| 35 | 0.08579 | 55 | 0.02081 | 75 | 0.01287 |
| 36 | 0.08010 | 56 | 0.01928 | 76 | 0.01337 |
| 37 | 0.07478 | 57 | 0.01785 | 77 | 0.01391 |
| 38 | 0.06981 | 58 | 0.01652 | 78 | 0.01448 |
| 39 | 0.06516 | 59 | 0.01526 | 79 | 0.01509 |
| 40 | 0.06082 | 60 | 0.01409 | 80 | 0.01575 |

H-1

APPENDIX I

EARLY RETIREMENT FACTORS APPLICABLE TO
FORMER ICI MELINAR AND MELINEX EMPLOYEES

YEARS OF VESTING

| AGE | 20 | 21 | 22 | 23 | 24 | 25 & UP |
|-----|-----|-----|-----|-----|-----|---------|
| 65 | | | | | | |
| 64 | | | | | | |
| 63 | | | | | | |
| 62 | | | | | | |
| 61 | | | | | | |
| 60 | 1.000 | | | | | |
| 59 | .958 | 1.000 | | | | |
| 58 | .916 | .958 | 1.000 | | | |
| 57 | .874 | .916 | .958 | 1.000 | | |
| 56 | .833 | .874 | .916 | .958 | 1.000 | |
| 55 | .791 | .833 | .874 | .916 | .958 | 1.000 |
| 54 | .750 | .791 | .833 | .874 | .916 | .958 |
| 53 | .708 | .750 | .791 | .833 | .874 | .916 |
| 52 | .666 | .708 | .750 | .791 | .833 | .874 |
| 51 | .625 | .666 | .708 | .750 | .791 | .833 |
| 50 | .583 | .625 | .666 | .708 | .750 | .791 |

I-1

APPENDIX J

E. I. du Pont de Nemours and Company
Pension and Retirement Plan

Special Rules for Employees in Puerto Rico

1) **Purpose and Effect** – The purpose of this Appendix J is to comply with the requirements of Section 1165(a) of the Puerto Rico Internal Revenue Code of 1994, as amended (the "PR-Code"). The provisions of this Appendix J shall be effective July 1, 1993, and shall only apply to those employees whose compensation is subject to Puerto Rico income taxes ("Appendix J Participant").

2) **Type of Plan** – It is the intent of the Company that the Plan be a defined benefit pension plan as defined in Article 1165-1 of the Puerto Rico Internal Revenue Code Regulations.

3) **Highly Compensated Appendix J Participant** – Any Appendix J Participant who, determined on the basis of compensation for each Plan Year, has compensation greater than the compensation of two-thirds of all other Appendix J Participants will be considered a Highly Compensation Appendix J Participant.

4) **Non-Highly Compensated Appendix J Participant** – Any Appendix J Participant who is not a Highly Compensated Appendix J Participant pursuant to paragraph 3 above will be considered a Non-Highly Compensated Appendix J Participant.

5) **Use of Terms** – All terms and provisions of the Plan shall apply to this Appendix J, except that where the terms and provisions of the Plan and this Appendix J conflict, the terms and provisions of this Appendix J shall govern.

J-1

# EXHIBIT E

**Your DuPont Benefit Resources**

# DuPont Pension and Retirement Plan

July 2003

As of July 2003, participating employers in the DuPont Pension and Retirement Plan include:

• E. I. du Pont de Nemours and Company

• Optimum Quality Grains, L.L.C.

• DuPont Textiles & Interiors, Inc.

All references to "the Company" in this document pertain to the specific company that employs you.



*The miracles of science*

# TABLE OF CONTENTS

DETAILS OF THE PLAN .....................................................................................................................1

    PREFACE ......................................................................................................................................1
    INTRODUCTION .............................................................................................................................1
    WHO IS ELIGIBLE ........................................................................................................................2
    WHEN YOU MAY RETIRE .............................................................................................................2
    YOUR PLAN BENEFIT FORMULAS .................................................................................................5
    DEFINITIONS ...............................................................................................................................5
    EXAMPLES OF RETIREMENT BENEFITS .........................................................................................8
    OPTION TO DELAY START OF PENSION PAYMENTS .........................................................................9
    INCOMB-LEVELING OPTION FOR PRE-AGE 62 RETIREMENT .........................................................10
    SUMMARY OF SURVIVOR BENEFITS UNDER THE DUPONT PENSION AND RETIREMENT PLAN ............12
    COMPANY-PAID SURVIVOR BENEFITS .........................................................................................13
    SPOUSE BENEFIT OPTION ...........................................................................................................15
    WAIVER RULES FOR MARRIED PARTICIPANTS ..............................................................................17
    POST-RETIREMENT JOINT AND SURVIVOR OPTION ........................................................................17
    SUMMARY OF SURVIVOR BENEFITS .............................................................................................19
    VESTED DEFERRED PENSION .......................................................................................................19
    SPOUSE BENEFIT COVERAGE UNDER VESTED DEFERRED PENSION .................................................21

PRIOR SERVICE RECOGNITION ......................................................................................................22

    (1) BREAKS IN SERVICE AND COMPUTATION PERIODS ...................................................................22
    (2) IF YOU ARE RE-EMPLOYED ...................................................................................................23
    (3) TIME WORKED WHILE EMPLOYED BY ACQUIRED OR AFFILIATED COMPANY ...............................24
    APPLYING FOR BENEFITS ...........................................................................................................25

ADMINISTRATIVE INFORMATION ..................................................................................................25

    PLAN NAME AND IDENTIFICATION NUMBERS ...............................................................................25
    TYPE OF PLAN AND PLAN YEAR .................................................................................................25
    PLAN ADMINISTRATION AND FUNDING .......................................................................................25
    QUALIFIED DOMESTIC RELATIONS ORDER ..................................................................................26
    LIENS .......................................................................................................................................26
    INSURED BENEFITS ....................................................................................................................26
    MAXIMUM BENEFIT LIMITATION .................................................................................................27
    IRS APPROVAL ..........................................................................................................................27
    PLAN DOCUMENTS ....................................................................................................................27
    ERISA RIGHTS .........................................................................................................................27
    USING ERISA'S CLAIMS PROCEDURES .......................................................................................29
    IF YOUR CLAIM IS DENIED ........................................................................................................29
    FUTURE OF THE PLAN ................................................................................................................29

# DETAILS OF THE PLAN

## Preface

This **Summary Plan Description (SPD)** provides a concise description of Plan coverage available for you and your eligible dependents.

While this SPD contains detailed and important information about your benefit Plan, every attempt has been made to communicate that information clearly and in easily understandable terms.

While the **Company** intends to continue the benefits and policies described in this booklet, the Company reserves the right to change, modify or discontinue the Plan at its discretion at any time. This SPD does not constitute a contract of employment or guarantee any particular benefit.

In the event of a discrepancy between this SPD and the Plan document, the Plan document will govern.

## Introduction

The DuPont Pension and Retirement Plan is designed to provide you with a lifetime retirement income based on your length of service and your earnings with DuPont.

The Plan provides four kinds of pensions for Full-Service Employees:

### *Normal Retirement Pension*

You can retire with a normal retirement pension if you are at least age 65 with at least 15 years of service.

### *Early Retirement Pension*

You are eligible to retire with an early retirement pension as early as age 50 with 15 or more years of service.

### *Optional Retirement Pension*

If you are involuntarily terminated, you may be eligible to retire with an optional pension at age 50 with at least 15 years of service or as early as age 45 with 25 years of service if you are terminated for lack of work.

### *Incapability Retirement Pension*

You may qualify for an incapability pension if the Company determines you have become permanently incapable of performing your job and you have at least 15 years of service.

---

*Planning for Your Survivors*

**The DuPont Pension and Retirement Plan offers a number of options for providing income to your survivors following your death. Some of these options are paid for entirely by the Company. While DuPont is pleased to offer these Company-paid benefits to you, they are intended only to ASSIST in providing for your survivors. The ultimate responsibility for the financial well-being of your survivors rests with you rather than with the Company. You should consider their circumstances carefully when making survivor benefit elections in connection with your retirement.**

---

*Other Retirements*

You or a beneficiary may also be entitled to a benefit from the Plan:

• If you leave the Company, you may still be entitled to a Plan benefit, provided you have at least five years of service. However, under certain circumstances, you may become vested before acquiring five years of service.

• If you die before or after retirement, your spouse or other survivor(s) may be entitled to a benefit from the Plan, provided you are vested in the Plan.

## Who is Eligible

Employees of DuPont (as defined by the provisions of the Plan) are eligible to participate in the DuPont Pension and Retirement Plan beginning on the first day of DuPont employment.

*Normal Retirement Age*

The normal retirement age under the Plan is the later of age 65 or, for employees who begin participation in the Plan after age 60, the fifth anniversary of the date when Plan participation began.

## When You May Retire

*Normal Retirement*

You are eligible for an unreduced normal pension if you are a Full-Service Employee, at least 65 years old, and have at least 15 years of service. If you qualify for a normal retirement, your pension is calculated by the three Plan Benefit formulas described in "Your Plan Benefit Formulas." The formula producing the highest benefit is used.

*Early Retirement*

You are eligible for an early pension after reaching age 50 (but before reaching age 65) with at least 15 years of service if you are a Full-Service Employee. If you qualify for an early retirement, your pension is calculated by the three Plan benefit formulas described in "Your Plan Benefit Formulas."

The formula producing the highest benefit is used. An unreduced benefit is available if you retire between ages 58 and 65, and if your service and age add up to 85 or more; otherwise, you can retire with a reduced pension.

The graph at the top of the next page indicates the various age and service combinations necessary for an unreduced early pension. It also shows the percentage of pension you can receive under other age and service combinations.

**DuPont Pension and Retirement Plan**

| Age | 16-20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 & over |
|-----|-------|-----|-----|-----|-----|-----|-----|-----------|
| 65 | 100% | | | | | | | |
| 64 | 95 | 100% | | | | | | |
| 63 | 90 | 95 | 100% | | | | | |
| 62 | 85 | 90 | 95 | 100% | | | | |
| 61 | 80 | 85 | 90 | 95 | 100% | | | |
| 60 | 75 | 80 | 85 | 90 | 95 | 100% | | |
| 59 | 70 | 75 | 80 | 85 | 90 | 95 | 100% | |
| 58 | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100% |
| 57 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
| 56 | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 |
| 55 | 50 | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| 54 | 50 | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
| 53 | 50 | 50 | 50 | 55 | 60 | 65 | 70 | 75 |
| 52 | 50 | 50 | 50 | 50 | 55 | 60 | 65 | 70 |
| 51 | 50 | 50 | 50 | 50 | 50 | 55 | 60 | 65 |
| 50 | 50 | 50 | 50 | 50 | 50 | 50 | 55 | 60 |

**Years of Service**

Let's say, for example, that your pay and service entitle you to a benefit of $1,000 per month, payable at age 65. You have 23 years of service and you are age 60. This graph indicates that, if you decide to retire now, you would receive 90% of your $1,000 pension—or $900 per month. If you wait until you are 61 to retire, you would then have another year of service and age and would be entitled to an unreduced benefit.

### Optional Retirement at Involuntary Termination

The pension plan may also provide benefits for Full-Service Employees who are terminated involuntarily. You are eligible for an optional pension if you are over age 50 with at least 15 years of service and are terminated involuntarily for reasons other than termination to permit you to be employed by a subsidiary, a buyer of Company assets, a joint venture of the Company, or a service provider; or are terminated for dishonesty, insubordination, or other misconduct.

If you are terminated involuntarily for lack of work and have at least 25 years of service, you may be eligible for an optional pension as early as age 45. The 25-year service requirement is reduced by two years for each year past your 45th birthday.

| Age | Service Required |
|-----|------------------|
| 45 | 25 |
| 46 | 23 |
| 47 | 21 |
| 48 | 19 |
| 49 | 17 |
| 50 | 15 |

If you qualify for optional retirement, your pension is calculated using the three Plan formulas described in "Your Plan Benefit Formulas." The formula producing the highest benefit is used. Your benefit is then reduced by 5/12ths of 1% for each month between the time you leave and the time you would have become eligible for an unreduced pension.

| Age | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 & over |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 65 | 100% | 100% | 100% | 100% | 100% | 100% | | | | | | | |
| 64 | 95 | 95 | 95 | 95 | 95 | 97.5 | 100% | | | | | | |
| 63 | 90 | 90 | 90 | 92.5 | 95 | 97.5 | | 100% | | | | | |
| 62 | 85 | 85 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | | | |
| 61 | 80 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | | |
| 60 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | |
| 59 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | |
| 58 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% |
| 57 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 95 |
| 56 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 90 | 90 |
| 55 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 85 | 85 | 85 |
| 54 | 60 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 80 | 80 | 80 | 80 |
| 53 | 57.5 | 60 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 75 | 75 | 75 | 75 | 75 |
| 52 | 55 | 57.5 | 60 | 62.5 | 65 | 67.5 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| 51 | 52.5 | 55 | 57.5 | 60 | 62.5 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 |
| 50 | 50 | 52.5 | 55 | 57.5 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| 49 | — | — | 52.5 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| 48 | — | — | — | — | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| 47 | — | — | — | — | — | — | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 46 | — | — | — | — | — | — | — | — | 40 | 40 | 40 | 40 | 40 |
| 45 | — | — | — | — | — | — | — | — | — | — | 35 | 35 | 35 |

Unreduced Pension 100%

**Years of Service**

The chart of optional reduction factors above is used in the same manner as under the "Early Retirement" section to determine the amount of the reduction that will be applied to the pension benefit in the event of an involuntary retirement.

### Incapability Retirement

As a Full-Service Employee with at least 15 years of service, you may be able to retire with an incapability pension—if you are deemed permanently incapable of doing your job with the required degree of efficiency. If you qualify for an incapability retirement, your pension is calculated using the three formulas described in "Your Plan Benefit Formulas." The formula producing the highest benefit is used, and there is no reduction for early retirement. In addition, you may receive an incapability supplement equal to either:

• 50% of your Primary Social Security Benefit (PSSB), or

• $90 a month

…whichever is greater. You receive this supplement until you either begin receiving a Social Security disability benefit or reach age 62, whichever is the first to occur.

More information on DuPont disability income resources can be found in the Total and Permanent Disability Income Plan booklet.

# Your Plan Benefit Formulas

Because there are many different jobs, functions, and pay histories at DuPont, the pension plan uses three formulas to ensure that your retirement income is based on your individual situation. Payments are automatically based on the formula that generates the highest pension for you. However, your benefit, as calculated under Formula A or Formula B, when added to your Primary Social Security Benefit (PSSB)—as determined at the time of your retirement—may not exceed your average monthly pay.

Formula A involves your years of service, Average Monthly Compensation, and a multiplier percentage.

### Formula A

1.2% × Service × Average Monthly Compensation = Your Monthly Pension

Formula B is like Formula A, but it uses a somewhat higher multiplier percentage and includes consideration of your Primary Social Security Benefit (PSSB).

### Formula B

1.5% × Service × Average Monthly Compensation − 50% of your PSSB = Your Monthly Pension

Formula C uses a dollar multiplier, your service, and a percentage of your Average Monthly Compensation.

### Formula C

$9 × Service + (10% of High-Average Monthly Compensation) = Your Monthly Pension

## Definitions

### Service for Full- and Limited-Service Employees

Your service is important for three different purposes under the Plan. The first is to *determine whether you are vested.* Vested means you have a nonforfeitable right to the benefits you have earned. Generally, you need five years of service in order to become vested in the Plan. For Full-Service Employees (FSEs), vesting requires five full years of service. For Limited-Service Employees (LSEs), every time you work at least 1,000 hours in your 12-month computation period, you receive credit for a year of vesting service. (See section titled "Breaks in Service and Computation Periods" for an explanation of computation periods.)

Service is also important for the purpose of *benefit accrual in the calculation of your benefit.* For Full-Service Employees (FSEs), length of service for benefit accrual purposes is "continuous service" as determined under the Company's Continuity of Service Rules, that is, the time elapsed since your date of hire (or rehire) including any prior service which has been restored. For Limited-Service Employees (LSEs), length of service is determined by "actual time" worked. For example, if an LSE works 1,040 hours in a 12-month computation period, the LSE is credited with one-half year of service for benefit calculation purposes. (Note that in this example, LSEs are credited with one year of vesting service but only one-half year of service for benefit accrual purposes.)

The type and length of your service are also important in *determining the benefits for which you are eligible under the Plan.* For example, Full-Service Employees with 15 years or more of service are eligible for Company-paid survivor benefits and early retirement benefits as described above.

LSEs, however, are entitled only to benefits under the provision of vested deferred pensions (see section titled "Vested Deferred Pensions") and are not eligible for the same retirement options and survivor benefits as FSEs. For more information on LSEs, see "Breaks in Service and Computation Periods."

### Pension Bearing Earnings (PBE)

Certain types of earnings are considered as earnings for pension plan calculations, and are used to determine your Average Monthly Compensation under the Plan. In general, your monthly salary and wages, including certain overtime pay, are considered as PBE. This also includes wages for periods in which you were paid for excused time off. These payments will be considered in the month in which they were paid.

Certain payments, such as Variable Compensation, Local Performance Based Compensation, and other approved payments, are considered as PBE for the time period that the payment was earned.

PBE does not include: awards or payments under any special compensation plans other than noted above); payments for severance, relocation, or other special payments; payments under a Gain Sharing plan; or pay in excess of legally restricted amounts.

In most cases your annual Compensation considered under the Pension Plan will **not** match your Taxable Wages reported to the Internal Revenue Service, due to the timing of payments considered.

### Average Monthly Compensation

Your Average Monthly Compensation (AMC) pay is the average of your monthly compensation during your highest-paid 36 consecutive months, or during the three calendar years in which your pay is the highest. The idea here is to base your benefits on your living standard near retirement.

AMC is calculated using two methods, and your pension benefit is based on the greater of the two calculations.

In the **High 36-Month Method,** your monthly earnings are added together for each 36 consecutive month period, and the period with the highest average is your High 36-Month AMC.

In the **High 3-Year Method,** your average pay for each calendar year is ranked, from highest to lowest, and the highest years that total three complete calendar years are averaged to produce your High 3-Year AMC.

Your final AMC is the greater of your High 36-Month AMC and your High 3-Year AMC.

For example, Bob is retiring at the end of 2003 at age 65 after 30 years of service. His average monthly pay for the years 1997 through 2003 is:

| Year | Average Monthly Pay |
|------|---------------------|
| 1997 | $1,625 |
| 1998 | $1,700 |
| 1999 | $1,790 |
| 2000 | $1,875 |
| 2001 | $1,975 |
| 2002 | $2,070 |
| 2003 | $2,175 |

The three years which represent his highest monthly pay are 2001, 2002 and 2003. The average monthly pay for these three years is $2,073.33, which is the Average Monthly Compensation. The 36-Month method produces the same Average Monthly Compensation.

> **NOTE: If you leave DuPont and are later reemployed, you may incur a break in service which could affect the amount of your benefit. For more details, see "Breaks in Service and Computation Periods."**

> **NOTE: If you receive a Variable Compensation Award for the final year of your employment, that award will be divided across ALL months during that final year for which you were paid (including any time during which you may be employed as a limited-service employee) for purposes of determining your Average Monthly Compensation.**

### *Primary Social Security Benefit (PSSB)*

Your Primary Social Security Benefit (PSSB) used in Formula B is the Social Security benefit you are entitled to receive based on:

• your DuPont earnings, and

• the Social Security law in effect on January 1 of the year you retire or terminate.

If DuPont has no record of your actual earnings, estimated earnings based on changes in national average earnings as determined by the Social Security Administration will be used to calculate your PSSB. You have the right to supply documentation of your actual earnings from the Social Security Administration within 30 days following the later of the date you leave DuPont and the date you received benefit entitlement notification. Using actual earnings can increase or decrease your PSSB.

It is important to keep in mind that while Formula B uses PSSB to calculate your pension benefit, this has no effect on the amount of Social Security benefit you actually receive from the government. The Plan considers only the Social Security benefit you earn while on the DuPont payroll (rather than over your total employment history). This may work to your advantage if you worked somewhere else prior to joining DuPont because your actual Social Security benefit may be higher when all your earnings are considered.

Once your pension benefit is determined at retirement, any future increases in Social Security do not affect it.

Today, Social Security benefits are payable as early as age 62. If you are younger than 62 when you retire, the Social Security figure used for Formula B is an estimate of what you are likely to receive at age 62.

## Examples of Retirement Benefits

Here are three examples that show how the three pension plan formulas work. Your benefit—and which formula yields the highest pension amount—depends on your age, service, pay, and Primary Social Security Benefit amounts.

### John Austin

John is retiring at age 65 with 35 years of DuPont service. His Average Monthly Compensation is $2,750 per month. His Social Security benefit is $922 per month. However, his Primary Social Security Benefit based only on his DuPont earnings is $916 per month. John's pension benefit is calculated below:

- FORMULA A
  $1.2\% \times 35 \times \$2,750 = \$1,155$
- FORMULA B
  $1.5\% \times 35 \times \$2,750 - (50\% \times \$916) = \$986$
- FORMULA C
  $\$9 \times 35 + (10\% \times \$2,750) = \$590$

In John's case, Formula A yields the highest amount. The pension John receives is $1,155 per month for life. Combined with his Social Security benefit of $922 per month, John's total retirement income is $2,077 a month.

### Sarah Gladstone

Sarah is retiring at age 65 after a 30-year career with DuPont. Her Average Monthly Compensation is $4,000 per month, and her Social Security benefit (for purposes of this example) is $1,019 per month. The PSSB, based only on her DuPont earnings, is $994 per month. Sarah's benefits are figured below:

- FORMULA A
  $1.2\% \times 30 \times \$4,000 = \$1,440$
- FORMULA B
  $1.5\% \times 30 \times \$4,000 - (50\% \times \$994) = \$1,303$
- FORMULA C
  $\$9 \times 30 + (10\% \times \$4,000) = \$670$

In Sarah's case, Formula A provides the highest pension. Combined with her $1,019 Social Security benefit, Sarah's total retirement income is $2,459 per month.

*Al Stevens*

Al retires early at age 62 after completing 30 years of service. His Average Monthly Compensation is $5,000 per month, and he is eligible for a Social Security benefit of $816 per month. His PSSB, based on his DuPont earnings only, is $778 per month. Al's pension calculations are:

- FORMULA A
  $1.2\% \times 30 \times \$5,000 = \$1,800$
- FORMULA B
  $1.5\% \times 30 \times \$5,000 - (50\% \times \$778) = \$1,861$
- FORMULA C
  $\$9 \times 30 + (10\% \times \$5,000) = \$770$

Formula B yields the highest amount. Al receives $1,861 per month from the Plan plus $816 from Social Security (his actual age 62 benefit)—a total of $2,677 per month.

*A few notes about these examples*

First, the examples do not take into account any survivor benefit options these employees may choose (Company-paid survivor benefits do not affect the amount of a pension). Choosing another survivor benefit option may reduce the amounts shown.

Second, due to the age and service combinations used in the examples, they do not include any reduction for early retirement.

Third, the examples do not take taxes into account. This is important because Average Monthly Compensation is based on before-tax (gross) earnings and people live on their after-tax earnings (take-home pay). A comparison between these employees' take-home pay and their after-tax retirement income may be even more favorable than these figures suggest. Therefore, spendable income may be even closer to take-home pay.

## Option to Delay Start of Pension Payments

When you retire, you may elect to receive pension payments immediately or choose to delay the beginning of payments until some time in the future. If you decide to delay pension payments, other retiree benefits such as health care and life insurance coverage may begin immediately upon retirement. See Company Health Care SPD for detailed eligibility rules. The Company's health care contribution toward medical and dental coverage is based on your age and service *at retirement*.

When you elect to start pension payments, the pension is based on (1) service at retirement and (2) age at the time pension payments begin (payment start date).

After reaching age 58, if your years of service plus your age equal at least 85, you are eligible to receive 100% of your pension. If, for example, you retire at age 55 with 27 years of service, you are entitled to 85% of your pension (see graph under "When You May Retire").

However, if you wait to commence your pension payment until age 58, you will receive an unreduced pension for as long as you live. You should initiate the process to commence pension payments no later than 90 days prior to your planned payment start date. The start date is the first of the chosen month, with payment made at the end of that month. During this process, the following elections are made (in lieu of making them at retirement):

• Income leveling, if you are under age 62 when payments start.

• Post-retirement Spouse Benefit option (see section titled "Post-Retirement Spouse Benefit Option" for detailed explanation).

• Post-retirement joint and survivor option. (See section titled "Post-Retirement Joint and Survivor Option" for detailed explanation.)

The pre-retirement spouse benefit option will continue, unless waived, until the benefit commencement date.

## Income-Leveling Option for Pre-Age 62 Retirement

If you retire with an early or optional pension before age 62 (the earliest age that you can begin receiving Social Security benefits), you may choose the income-leveling option. The income leveling option provides an increased monthly benefit from the Plan during the years before you are eligible for Social Security. Then, once Social Security becomes payable, benefits from the Plan are reduced, so that your monthly benefit is approximately the same throughout your retirement. *This reduction will be made whether or not you actually apply for Social Security beginning at age 62.*

If you are considering the income-leveling option, remember that you must choose the option before pension payments begin; it cannot be elected after the pension payment start date. In addition, once elected, this option may not be revoked.

Two examples of how the income-leveling option might work follow.

### Examples

### Dave Palmer

Dave Palmer, a 60-year old DuPont employee, is thinking about retirement. He has 30 years of service and is eligible for an unreduced retirement benefit. Using 30 years of service and Average Monthly Compensation of $3,000 per month, Dave's benefit beginning at age 60 is $1,080. Since Dave is not eligible for Social Security retirement benefits until age 62, he considers the income-leveling option. The income leveling option basically provides more level income stream from both Social Security and the DuPont pension plan throughout retirement. Plan payments are increased until Social Security becomes payable and decreased thereafter.

Depending on the Plan's interest rate when he retires, Dave may receive $1,690 per month from the Plan until he reaches age 62, at which time his Plan benefit drops to $950 per month; however, he will then be eligible to collect a Social Security benefit of at least $740 per month. His total retirement income from the Plan plus Social Security is about the same before and after age 62 (see the chart on Income Leveling on the next page).



*Income Leveling, Dave Palmer*

*Income Leveling, Sarah Gladstone*

☒ DuPont Pension
☐ Social Security Benefit

### Sarah Gladstone

Earlier we outlined an example of benefits for Sarah Gladstone. Sarah retires at age 65 with 30 years of service and Average Monthly Compensation of $4,000 per month. Her age 65 Plan benefit is $1,440 per month plus $1,019 per month in Social Security for a total retirement income of $2,459 per month.

Now let's assume Sarah decided to retire at age 58 with 23 years of service. This is how the income leveling option would work for her. Her Average Monthly Compensation ($3,400 per month at age 58), 23 years of service and estimated age 62 Social Security benefit of $766 are put through the three formulas. The result is a Plan benefit of $939 per month. Note, however, that Sarah would collect a reduced benefit at age 58. The $939-per-month benefit is multiplied by 80%; the result would be rounded to $751 per month. Note also that Sarah has another option: she could delay the start of her pension payments until age 62 and receive $939 per month.

If Sarah chooses the income-leveling option, she receives about $1,294 per month throughout retirement. From age 58 to 62, the $1,294 is paid entirely by the DuPont Pension and Retirement Plan. At age 62, Sarah applies for Social Security and begins receiving a benefit of at least $766 per month which, when added to her new Plan payment of $528 per month, keeps her retirement income at $1,294 a month* (see the chart on Income Leveling above).

*The combination of Plan payments and Social Security payments may not be exactly equal before and after age 62.

## Summary of Survivor Benefits Under the DuPont Pension and Retirement Plan

Under federal laws, plans like the DuPont Pension and Retirement Plan are required to make available a benefit for the spouses of eligible employees and pensioners. There are many spouse and survivor benefit coverages under the Plan:

- spouse survivor coverage for vested employees (usually five but fewer than 15 years of service);
- Company-paid survivor benefits for Full-Service Employees with at least 15 years of service;
- pre-retirement spouse benefit option;
- post-retirement spouse benefit option;
- post-retirement joint and survivor option.

Federal law requires that the DuPont Pension and Retirement Plan provide at least a minimum level of survivor benefit coverage.

For active, Full-Service Employees with 15 years or more of continuous service and those retiring with optional or incapability retirement pension, here is how the DuPont Plan provides the surviving spouse coverage that meets the test required by law:

- When you attain 15 years of service, the Company-paid survivor benefit, by itself, meets the test of the law until you attain age 55.
- When you reach age 55, the Company-paid survivor benefit, combined with the pre-retirement spouse benefit option, meets the test of the law.
- When you retire on a normal, early, incapability or optional pension, the Company-paid survivor benefit, combined with the post-retirement spouse benefit option (for which you are charged by having your pension reduced), meets the test of the law at any age.

Details of these benefits follow. You may choose from a variety of survivor benefit options. But remember—if you are married and do not wish to provide the legally mandated coverage for your spouse, you must have your spouse's written consent in order to decline the applicable options.

IMPORTANT NOTE: **The formulas for the Company-paid survivor benefit are based on the final pension amount calculated for you *at the time of your separation from the Company due to retirement or death.* Thus, any pension adjustments that may be granted by DuPont following your retirement are not included in the survivor benefit calculations.**

## Company-paid Survivor Benefits

The DuPont Pension and Retirement Plan includes survivor income features that span both your active career and your retirement years. One of the most important is the Company-paid survivor benefit.

### When You Are Eligible

If you are a Full-Service Employee, have at least 15 years of service with DuPont, and die while an employee or after you retire with a normal, early, incapability or optional pension, survivor benefits are paid after your death to your designated eligible survivors.

### Who Can be Named as a Survivor

Under the Plan, you can specify as your survivor(s):

• your spouse only;

• your spouse and minor children*;

• your minor children only*; or

• one of your parents or one of your stepparents.

If you do not include your spouse as a survivor, you must have his or her written consent. See "Waiver Rules for Married Participants."

You may change your survivor designations at any time. If the change is in favor of a non-spouse beneficiary and you are married, you must obtain spousal consent. If you do not specify a survivor or a designated survivor is no longer eligible under the Plan rules, the Plan pays benefits to your spouse and then to all minor children after your spouse's death.

If you designate your spouse and minor children as your survivors, payments continue for as long as your spouse lives. When your spouse dies if there are still children under age 21 (whom you have specified), benefits will continue to them. Payments to your children are made in equal shares until they reach age 21. If you name a parent or stepparent as your survivor, payments stop at his or her death.

### Amount of Benefit

Separate formulas are used to calculate the Company-paid survivor benefit. Specifically, the amount paid is the greater of either:

Service × Average Monthly Compensation × 0.5% = Survivor Monthly Income

or

Service × $4 + 4% of Average Monthly Compensation = Survivor Monthly Income

> **NOTE: Employees are restricted from specifying a non-spouse beneficiary until the year in which employees become age 35.**

*You may designate ALL minor children or specific, named minor children.

In addition:

• If your specified survivor (other than a minor child) is more than five years younger than you, the benefit is actuarially reduced to reflect the age difference.

• Also, if your pension is reduced because of early or optional retirement, the same reduction also applies to the Company-paid survivor benefit

### Cost of Benefit

The cost of providing this benefit coverage is paid entirely by DuPont.

### Examples of Company-paid Survivor Benefits

Here are two examples of how Company-paid survivor benefits are calculated. In each case, the higher of the two benefits is payable.

### Eric Mason

Eric Mason is a 60-year-old DuPont employee with 25 years of service. His Average Monthly Compensation is $2,500 per month. Eric designated his spouse and two minor children as his survivors. The Company-paid survivor benefit that Eric's wife would receive at his death as an *active* employee is calculated as follows:

$25 \times \$2,500 \times 0.5\% = \$312.50$, rounded to $313

or

$25 \times \$4 + (4\% \times \$2,500) = \$200$

So, in this case, the benefit for Eric's wife is $313 (the higher amount) a month. Then, if Eric's two children are still minors at the death of his wife, each receives $157 per month ($313 divided by 2 = $156.50, rounded up) until reaching age 21. Unless waived with her consent, Eric's wife also receives an amount based on the pre-retirement spouse benefit option.

Here is another example of the Company-paid survivor benefit.

### Betty Elliott

Betty Elliott retired at age 65 with 35 years of service. Her Average Monthly Compensation was $2,900 per month at retirement. At her death, the Company-paid benefit to her survivor is figured below:

$35 \times \$2,900 \times 0.5\% = \$507.50$, rounded to $508

or

$35 \times \$4 + (4\% \times \$2,900) = \$256$

The larger amount, $508 per month, is paid to Betty's husband for life; at his death, it is divided among any specified minor children until age 21; or Betty can specify, with her husband's consent, that the benefit be paid to a parent or stepparent for his or her lifetime.

### Sarah Gladstone

A hypothetical benefit for Sarah Gladstone was calculated in an earlier example, based on age 58 with 23 years of service. Sarah's pension is reduced by 20% for early retirement. Assuming her husband is age 52, his survivor benefit also is reduced by 20% to account for Sarah's early retirement and further reduced by 2% because he is six years younger than Sarah.

## Spouse Benefit Option

In addition to the Company-paid survivor benefit, the Plan includes a pre-retirement spouse benefit option and a post-retirement spouse benefit option for Full-Service Employees. Each option combines with your Company-paid survivor benefit to meet the surviving spouse coverage test required under federal law.

### Pre-Retirement Spouse Benefit Option

#### When Coverage Begins

Coverage under the pre-retirement spouse benefit option is automatically combined with the Company-paid survivor benefit when you, as a Full-Service Employee, reach age 55 and have at least 15 years of service, unless you and your spouse notify the Company in writing that you wish to waive the legally required coverage. (See "Waiver Rules for Married Participants.") You may revoke, with spousal consent, or reelect this coverage at any time while you are still actively working at DuPont. At the time your pension payment starts, this coverage ends, but post-retirement spouse benefit coverage begins, unless you waive it.

#### Amount of Benefit

First, note that the pre-retirement spouse benefit option applies only to your legal spouse (not children or parents or any other beneficiary). Payments to your spouse under this option are combined with the Company-paid survivor benefits described in the previous section. Under the pre-retirement spouse benefit option, your wife or husband receives a lifetime benefit equal to 10% of the pension you would have received had you retired at the time of your death. When this 10% benefit is added to the benefit provided under the Company-paid survivor benefit, the total is at least equal to the payment amount required by law.

#### Cost of Benefit

The cost of providing this pre-retirement spouse benefit coverage is paid entirely by DuPont.

### Example of Pre-Retirement Spouse Benefit Option

Bill Remsky elected the pre-retirement spouse benefit option at age 55 and died 36 months later at age 58, while still an active employee. Let's assume that under the Plan formulas, Bill's pension at age 58 is $700 per month.

Under this option, Bill's wife receives 10% of his pension, $70 per month. This $70 is added to the Company-paid survivor benefit amount and paid monthly for her lifetime. At her death, payment of the spouse benefit option portion ($70) stops, but the Company-paid survivor benefit is divided among any specified minor children and paid to them until age 21.

Remember, if Bill's widow is more than five years younger than he is, her Company-paid survivor benefit amount is subject to reduction.

### *Post-Retirement Spouse Benefit Option*

### When Coverage Begins

Coverage under the post-retirement spouse benefit option is automatically combined with the Company-paid survivor benefit if:

• you are married when you retire; and

• you retire with a normal, early, incapability or optional pension.

If you do not want this coverage, you must waive the coverage with your spouse's written consent. (See "Waiver Rules for Married Participants.") You may not revoke or reelect this coverage after your pension payment start date. If, after your retirement, your spouse dies before you do, no survivor benefits are payable under this post-retirement spouse benefit option, but the reduction applied to your pension to provide this option remains unchanged. However, you can then designate a Plan-qualified survivor for the Company-paid survivor benefit—minor children, parent, stepparent, or a spouse, if you remarry.

### Amount of Benefit

The post-retirement spouse benefit option, like the pre-retirement option, applies only to your legal spouse (not children or parents or any other beneficiary). Payments to your spouse under this option are combined with the Company-paid survivor benefit described previously.

Under the post-retirement spouse benefit option, your spouse receives a lifetime benefit equal to approximately 10% of the pension (before reduction for the cost of the spouse benefit) you received at the time of your death. When this benefit is added to the benefit provided under the Company-paid survivor benefit, the total spouse benefit is at least equal to the payment amount required by law. At the death of your spouse, all benefits under this option end, but payments under the Company-paid survivor benefit continue to your eligible minor children until age 21.

### Cost of Benefit

The cost for the post-retirement spouse benefit option comes out of the pension you receive when you retire and start pension payments. The amount your pension reduces is actuarially determined, taking into account your age and the age of your spouse as of your retirement date, and the Plan's investment-return rate. More information about this actuarial reduction is contained in the example for "Frank Warren" under the "Post-Retirement Joint and Survivor Option" section.

### *Example of Post-Retirement Spouse Benefit Option*

**Barbara Miller** chooses the post-retirement spouse benefit option upon taking a normal retirement (age 65). Her gross DuPont pension amount came to $1,417 per month. At Barbara's death, her husband receives 10% of that amount (rounded to $142 per month) for life from the post-retirement spouse benefit option. This $142 payment is combined with the amount payable to Barbara's husband under the Company-paid survivor benefit. However, Barbara's own monthly pension benefit while she is living is reduced from the $1,417 amount to $1,395 to pay for the cost of providing the post-retirement spouse benefit option.

> **NOTE: If you retire but choose to defer the commencement of your pension benefit (see section "Option to Delay Start of Pension Payments"), you will be covered under the provisions of the "Pre-Retirement Spouse Benefit Option" until you choose to commence your pension benefit.**

## Waiver Rules for Married Participants

Under the provisions of a federal law enacted in 1984, if you are married and do not want to provide survivor benefits for your spouse under the pension plan, both you and your spouse must agree to waive these coverages, in writing, at various times throughout your career and before you retire. You may obtain a waiver form from DuPont Connection (1-800-775-5955). Your spouse's signature on the waiver form must be witnessed by a notary public. If your spouse cannot be located, or if you are legally separated pursuant to a court order, contact DuPont Connection (1-800-775-5955) to obtain a "Missing Spouse Affidavit."

## Post-Retirement Joint and Survivor Option

The DuPont Pension and Retirement Plan also provides a post-retirement joint and survivor option for Full-Service Employees. Under this option, you may name anyone to be the beneficiary, not just your spouse or the survivor you specified for the Company-paid survivor benefits described previously.

### When You Are Eligible

You are eligible to elect this option after you reach age 50 with at least 25 years of service or at any age-plus-service combination that entitles you to an unreduced pension, e.g.:

| Employee's Age | Required Service |
|---|---|
| 61 | 24 |
| 62 | 23 |
| 63 | 22 |
| 64 | 21 |
| 65 or older | 15 or more |



NOTE: The survivor benefit at most can be no more than 100% of the employee's pension benefit.

### Benefit Amount

You may choose to provide your beneficiary with any multiple of 10% of your calculated pension as long as the sum of all survivor benefits does not exceed your actuarially reduced pension. Your pension is reduced to pay this benefit (see "Cost of Coverage"). Benefits paid under this option begin the month after your death and continue for the lifetime of your beneficiary. Note that no benefit is paid under this option if you die before you retire and start pension payments from DuPont—even if you elected the option.

### Cost of Benefit

If you choose the post-retirement joint and survivor option, the reduction in your monthly pension is actuarially determined at the time you retire and commence pension payments. The amount of the reduction depends on the percentage of your pension you want paid to your beneficiary, the Plan's investment-return rate, and the age of you and your beneficiary. For more information on this type of actuarial reduction, see the upcoming example for "Frank Warren." The amount payable to your beneficiary, when combined with your Company-paid survivor benefit and any post-retirement spouse benefit option, cannot be more than the pension payable to you excluding any amounts determined under the income-leveling option or any incapability supplement, and after the reductions required to pay for these joint and survivor benefits.

### Election and Revocation

Generally, once you elect the option, you may revoke it or change your beneficiary up to the date of your retirement. If your beneficiary dies before you retire, the option you chose terminates. You may choose another option and name another beneficiary anytime before retirement. If your beneficiary dies before you, but after you retire and start pension payments, no survivor benefit under this option is paid. Your own pension continues to reflect the reduction to pay for the option.

### Example of Post-Retirement Joint and Survivor Option

**Frank Warren** retires at age 65 and the pension he earns, after all other applicable adjustments, is $1,400 per month, payable for life. His wife is 62. Before retiring, Frank elects to provide additional monthly payments to his wife after his death equal to 20% of his pension under this option. Remember, these benefits are in addition to any other survivor benefits for which Frank's wife may be eligible under the post-retirement spouse benefit option and/or Company-paid survivor benefits.

Let's assume the Plan's investment return rate is 8% at the time of Frank's retirement. DuPont checks age tables that are part of the DuPont Pension and Retirement Plan document. The tables show that, using the 8% investment-return rate, the cost for lifetime payments equal to 20% of Frank's pension to his wife (age 62) is 5.78%. This means Frank's pension is reduced as follows: $1,400 × 5.78% = $80.92; so $1,400 − $80.92 = $1,319.08, rounded up to $1,320. Thus, Frank's reduced monthly pension amount is $1,320. At Frank's death after retiring, his wife begins receiving 20% of his calculated monthly pension, or $280 per month for life. Frank may elect a different percentage for his wife—10%, 30%, 40%, or maybe even 50% of his pension, with a corresponding reduction in his own pension.

## Summary of Survivor Benefits

| | Company-Paid Survivor Benefits | Spouse Benefit Options* | | Joint & Survivor Benefits |
|---|---|---|---|---|
| | | **Pre-Retirement** | **Post-Retirement** | |
| **Available to:** | | | | |
| Employees | Yes | Yes | No | No |
| Pensioners | Yes | No | Yes | Yes |
| **Eligibility Criteria**** | | | | |
| Age | | N/A | 50 | 50 |
| Service | | 15 | 15 | 25 |
| Other | Available to FSEs | Applies to FSEs unless waived as prescribed by law | Must be elected by all FSEs at retirement unless waived as prescribed by law | Activated upon retirement |
| **Benefit Description** | Higher of: Service × P3 × 0.5% or Service × $4 + (4% × P3) | 10% of pension to which employee would have been entitled had he/she been retired at time of death (i.e., the accrued pension benefit) | 10% of pension (before reduction for the cost of the spouse benefit) that retiree was receiving at time of death | Participant designates percentage (in 10% increments) of his/her pension amount that will be available following his/her death (see Note) |
| **Beneficiary(ies)** | Spouse & minor children; minor children; parent or stepparent | Legal spouse | Legal spouse | No restrictions |
| **Funding Mechanism** | Paid entirely by DuPont | Paid by DuPont | Paid by reduction in participant's pension | Paid by reduction in participant's pension |

*These benefits combine with the Company-Paid Survivor Benefit to meet legal requirements (QJSA) for survivor options in tax-qualified pension plans.

**Defines when benefit may first be elected.

Note: Total of all survivor benefits cannot exceed the reduced pension amount that the participant was receiving.

## Vested Deferred Pension

If you leave DuPont after you become vested in the DuPont Pension and Retirement Plan, but before you are eligible to retire as a pensioner, you are entitled to a vested deferred pension. It is called vested because you have a nonforfeitable right to it, and deferred because payment of the pension is postponed until you become eligible to receive benefits and you apply for benefits. *Even if you are eligible for them when you leave, payments do not begin until after you apply for them.*

## When You Are Vested

After you complete five years of service, you are vested under the Plan. Furthermore, if you are not vested when the Company transfers certain pension plan assets to a health benefits account, as permitted by law, you will vest as of the transfer date or your termination date if you left the Company within the 12-month period before the transfer.

## Benefit Amount

The amount of your vested deferred pension is calculated according to the pension plan's three formulas. However, if you have fewer than 15 years of service, "2/3% of avg. monthly pay × service" will be substituted for "10% of avg. monthly pay" in Formula C. If you choose to begin receiving your pension before you are entitled to unreduced benefits (as shown in the chart), the pension is reduced by 5/12th of 1% for each month before the month you would be entitled to an unreduced benefit.

## When Payments Begin

The age at which you may begin receiving a vested deferred pension payment depends on how much service you have when you leave and on whether you want a reduced or unreduced pension. Here is how it works:

| If This is Your Service When You Leave | Then This is the Age Payments Can Begin | |
|---|---|---|
| | Reduced | Unreduced |
| less than 10 years | Not available | 65 and over |
| 10 through 14 | 60 through 64 | 65 and over |
| 15 through 29 | 50 through 64 | 65 and over |
| 30 or more | 50 through 59 | 60 and over |

For example, if you leave DuPont at age 45 after 24 years of service, you can begin receiving an unreduced benefit after reaching age 65 but can receive a reduced benefit anytime after age 50. The reduction is 5/12th of 1% for each month your payments start before age 65.

Here's how the reduction is calculated, assuming you are age 60 and are eligible to receive a pension of $600 a month five years later, at age 65:

**STEP 1:**

| 60 | × | 5/12th OF 1% | = | 25% |
|---|---|---|---|---|
| Number of months before you are eligible for an unreduced pension | × | Reduction Factor | = | % your pension is reduced |

**STEP 2:**

| $600 | − | (25% × $600 = $150) | = | $450 |
|---|---|---|---|---|
| Pension Amount | − | Reduction Factor | = | Reduced Pension |

When you leave DuPont, if you are eligible for a vested deferred pension, you receive a personal statement showing the amount of your benefit and how to begin receiving it. Generally, you may choose to start your benefits at any time after you become eligible. You may apply up to three months before your expected commencement date. Payments begin within three months after your application. When you become eligible for a vested right to a deferred pension, you are also eligible for pre-payment spouse benefit coverage, described below.

## Spouse Benefit Coverage Under Vested Deferred Pension

### Pre-Payment

When you become eligible for a vested deferred pension, you are also able to ensure that benefits continue to your spouse after your death. This is true whether or not you are still working at DuPont at the time of your death.

Coverage is automatic under the pre-payment benefit (so called because it provides spouse survivor coverage before you begin receiving pension payments) unless, as a former employee, you and your spouse agree, in writing, to waive it (see "Waiver Rules for Married Participants"). As a former employee, coverage may be revoked, with spousal consent, or reelected at any time. If you are actively employed at DuPont as a Full-Service Employee, this coverage stops when you attain 15 years of service, and you become eligible for the Company-paid survivor benefit (see previous description).

### Amount of Benefit

If you are eligible for deferred pension payments to begin at the time of your death, your spouse receives monthly payments equal to 50% of the amount you would have received had you terminated employment with the spouse benefit coverage in effect on the day before you died. In calculating the amount payable to your spouse, the reduction for post-payment spouse coverage is included. Payments to your spouse begin the month following the month in which you die and end with the month in which your spouse dies.

If you are not yet eligible for deferred pension payments to begin on the date of your death, your spouse receives monthly payments equal to 50% of the amount you would have been eligible to receive had you terminated employment with the spouse benefit coverage in effect on the day before you died and applied for a reduced monthly benefit to begin on the earliest date you would have become eligible for a benefit. In calculating the amount payable to your spouse, the reduction for post-payment spouse coverage is included. Payments to your spouse begin the month following your earliest eligible benefit commencement date. Benefits end the month in which your spouse dies.

### Cost of Pre-Payment Benefit

The cost of providing this benefit coverage is paid entirely by DuPont.

*Post-Payment*

The federal law that requires a survivor benefit be made available to the spouses of married pensioners also requires that spouse survivor benefits be available to terminated employees who are receiving a deferred pension payment from DuPont.

If you are married when your deferred pension payments begin, coverage is automatic under the post-payment spouse benefit coverage unless you and your spouse agree, in writing, to waive it (see "Waiver Rules for Married Participants").

You may not revoke or reelect this coverage after your pension payments begin. If, after your deferred pension payments begin, your spouse dies before you do, no survivor benefits are payable under this option and your deferred pension payment is not readjusted.

*Amount of Benefit*

If you die while receiving a deferred pension payment with the spouse survivor coverage in effect, your spouse receives monthly payments equal to 50% of the amount you were receiving at the time of your death. At your spouse's death, all payments under this coverage stop.

*Cost of Post-Payment Benefit*

You pay for post-payment spouse coverage through a reduction in your own monthly deferred pension payment. The amount your monthly pension payment is reduced depends on your age and the age of your spouse at the time payment begins and on the Plan's investment-return rate. For more details on how this reduction is made, see the "Frank Warren" example under "Post-Retirement Joint and Survivor Option."

# PRIOR SERVICE RECOGNITION

1. Breaks in Services and Computation Periods
2. If You Are Re-Employed
3. Time Worked while Employed by Acquired or Affiliated Company

## (1) Breaks in Service and Computation Periods

DuPont has continuity-of-service rules to determine how employment interruptions—called breaks in service—affect your pension. The wording of these rules govern; however, the following highlights provide a general understanding of how they work.

You do not have a break in service for periods when you are away from work for:

• excused absences of no more than 16 consecutive days;

• occupational or non-occupational disability;

• vacation;

• approved leave for temporary duties outside the Company;

• annual training with the Reserve forces or National Guard;

- active military service and training, provided you return to DuPont within prescribed time limits;
- voluntary leave of absence to save another employee's job at a site where there are excess employees for a temporary period;
- leave of absence with full or partial pay.

The Employee Retirement Income Security Act of 1974 (ERISA) also sets some minimum service credit standards for determining when you become eligible for a vested deferred pension.

You are credited with a year of service if you are paid for at least 1,000 hours in a computation period. A "computation period" means a 12-consecutive-month period beginning the later of:

- January 1, 1976; or
- your first day of employment (or reemployment); or
- January 1 of the year following employment (or reemployment).

You have a break in service for any computation period in which you earn less than 501 hours of service. If you have a break in service, your prior service is restored and your service date is adjusted accordingly when you are reemployed.

For certain family leaves beginning on or after January 1, 1985, you are credited with up to 501 hours in a computation period in order to avoid a break in service.

## (2) If You Are Re-employed

### Before Retirement

If you leave DuPont and are later rehired, you once again become a Plan participant and begin earning service. Also, for those rehired on or after March 1, 1997, your credit for your prior service is restored for both vesting and benefit calculation purposes.

When you subsequently retire or terminate employment, your right to a pension and the amount of your pension is determined based on your second period of employment plus the service that was restored from your first period of employment.

If your prior termination is a result of a divestiture and pension assets were transferred at the time of termination, upon subsequent rehire, only DuPont service is recognized for your pension calculation. When you eventually retire from DuPont (or commence benefits following your termination with a vested right), your DuPont pension benefit is reduced. This reduction is oftentimes referred to as an offset. The reduction (offset) is in recognition of the value of the pension assets that were transferred to the buyer on your behalf. In this case, your final DuPont retirement benefit will be calculated using both periods of service with DuPont but will contain an offset for the actuarially equivalent amount that will be paid from the buyer's plan. If pension assets were not transferred in conjunction with your termination, no reduction in benefit (offset) is applied to your retirement calculation.

*Special Rule for VSP Participants*

If you left the Company under the Voluntary Separation/Retirement Program (Section XI of the Pension Plan) and received the value of your pension benefits as a lump-sum payment, your prior service will be restored for vesting purposes

*After Retirement*

Once you retire and begin receiving pension payments, you may be reemployed only after approval of the Board of Benefits and Pensions. Generally, your pension payments are suspended during any period of full-time reemployment. When you again retire or terminate, DuPont recalculates your pension, taking into account your pay and service during the time you were reemployed. You may elect to take either the newly determined pension or to resume your original pension.

## (3) Time Worked while Employed by Acquired or Affiliated Company

*Service with an Acquired Company*

It has been our practice if you:

• have had time worked with an acquired company, and

• you were an active employee with that acquired company at the time of acquisition

prior service with the acquired company might be recognized for pension vesting and benefit accrual purposes provided:

• related pension assets of the acquired company are transferred into the DuPont Pension Trust, or

• in the case where related pension assets are not transferred into the DuPont Pension Trust, an offset representing the pension benefit under the acquired company pension plan will be taken.

Both actions may result in an offset. The amount of such offsets may be actuarially determined to assure fair and equitable treatment. In some cases, benefits attributable to service with the acquired company may be payable in a different form, or at a different time, frequency or currency. Your pension calculation will reflect any offsets applied. Benefits payable from pension plans other then DuPont's may require the employee to contact the Plan Administrator of that particular plan or plan(s) directly for additional pension estimate and retirement application information.

*Service with an Affiliated Company*

In some cases, an employee may have time worked with a DuPont Affiliated Company. The Affiliated Company may sponsor a separate pension plan and you may have earned a benefit under this Plan for those periods of service with the Affiliated Company. In this case, an offset (reduction) may be applied to the DuPont pension formula to avoid a duplication of benefit. The same fair and equitable treatment will be used in determining what offset values will be applied in the DuPont pension formula.

## Applying for Benefits

In order to apply for retirement, it is recommended that you notify DuPont Connection (1-800-775-5955) of your plans *at least 90 days before your retirement date* so that your pension application can be processed in a timely fashion. Any delay either in contacting DuPont Connection to begin the retirement process or in submitting a properly executed application for benefits may delay the start of your pension payments.

# ADMINISTRATIVE INFORMATION

## Plan Name and Identification Numbers

The formal name of the Plan is the DuPont Pension and Retirement Plan. In any formal correspondence about the Plan, refer to the Employer Identification Number assigned by the Internal Revenue Service. **The DuPont number is EIN 51-0014090.** The official Plan number is 001.

## Type of Plan and Plan Year

The Plan is a defined benefit pension plan. The Plan Year is January 1 to December 31.

## Plan Administration and Funding

Legal process may be served on E. I. du Pont de Nemours and Company, 1007 Market Street, Wilmington, DE 19898, as Plan Administrator.

The Company makes contributions to the Pension Trust Fund as necessary in order to meet the current and actuarially projected obligations of the Plan.

Pension benefits described in the DuPont Pension and Retirement Plan are paid solely from the Pension Trust Fund, except as otherwise required by law.

The trustee for the DuPont Pension and Retirement Plan is State Street Corporation, 225 Franklin St., Boston, MA 02110.

Benefits are paid to retirees and beneficiaries directly from the Trust Fund. The paying agent is State Street Corporation, P.O. Box 550868, Jacksonville, FL 32255-0868.

The Board of Benefits and Pensions has the full authority to interpret and apply the provisions of the Plan document.

## Qualified Domestic Relations Order

Generally, Plan benefits are paid only to you or possibly your beneficiaries or survivors. However, an exception to this may be made as a result of a qualified domestic relations order ("QDRO").

A domestic relations order is a court-ordered payment of benefits in connection with a support order, divorce, legal separation, or custody case. This means the Plan trustee may be obligated to pay part of your Plan benefit to someone else—for example, your former spouse, children, or other dependent—to comply with such an order.

There are specific legal requirements that a domestic relations order must meet to be recognized by the Plan Administrator and specific procedures regarding the amount and timing of payments. You can obtain a copy of the Plan's procedures governing Qualified Domestic Relations Orders by contacting the Plan Administrator.

If you are affected by such an order, you will be notified by the Plan Administrator. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court.

## Liens

Except for federal tax liens initiated by the IRS, no lien may be created on any of the funds, securities, or other property held under the Plan, and any attempt to pledge, encumber, or change any of the funds, securities, or other property held under the Plan shall be void.

## Insured Benefits

Your pension benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people receive all of the pension benefits they would have received under their plan, but some people may lose certain benefits.

The PBGC guarantee generally covers: (1) normal and early retirement benefits; (2) disability benefits if you become disabled before the Plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than five years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the company; (4) benefits for which you have not met all of the requirements at the time the Plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money your Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan Administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call 1-202-326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

## Maximum Benefit Limitation

Federal law limits the amount of pension benefits payable to or on behalf of any individual. Since this limitation generally applies only to highly compensated employees or, in some circumstances, younger employees retiring under the Incapability Retirement provision, anyone whose benefit may be affected is notified individually. Detailed information on the amount of this limitation is contained in the official text of the pension plan.

## IRS Approval

The Plan is qualified under section 401(a) of the Internal Revenue Code and is subject to the continuing approval of the Internal Revenue Service. If IRS regulations change, Plan provisions may also change.

## Plan Documents

This Summary Plan Description is intended to provide you with a reasonably thorough explanation of the DuPont Pension and Retirement Plan. Wherever possible, nontechnical language has been used to explain plan provisions. The official Plan texts are The DuPont Pension and Retirement Plan and the Trust Agreement between the Company and the Plan trustee. These texts are the governing documents in the event of a discrepancy.

## ERISA Rights

As a participant in the DuPont Pension and Retirement Plan, you are entitled to certain rights and protections under ERISA. ERISA entitles you to:

- examine, at the Plan Administrator's office and other specified locations, including work sites and union halls if applicable, without charge, all Plan documents governing the Plan. These documents may include insurance contracts, collective bargaining agreements if applicable, and the latest annual report (Form 5500) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- obtain, after sending a written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements if applicable, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. You may be asked to pay a fee for the copies.

- receive a written summary of the Plan's annual financial report. The Plan Administrator is required by law to provide each participant with a copy of this summary annual report.

- obtain a statement telling you whether you have a right to receive a benefit at normal retirement age and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a benefit, the statement will tell you how many more years you have to work to get a right to a benefit. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The Plan must provide the statement free of charge.

In addition to creating rights for Plan participants, ERISA imposes duties on the people responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries," have a duty to do so prudently and in the best interest of you and other Plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are several steps you can take to enforce your rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive it within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the Plan Administrator's control.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack of decision about the qualified status of a domestic relations order or medical child support order, you may file suit in federal court. If Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about your Plan, contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory. You may also contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Using ERISA's Claims Procedures

ERISA requires that the plans it covers include certain procedures for filing claims and for reviewing claims that are denied. The intent is to make sure that all benefit claims are considered fully, clearly, and promptly.

Although DuPont's procedures have provided full and fair consideration of benefit claims for many years, ERISA requires certain formal approaches. Keep in mind that nothing required by ERISA changes the way DuPont benefits are normally administered. ERISA's claims procedures are available if you feel you aren't getting the benefits you are entitled to through normal channels.

File your claim for benefits in writing with DuPont Connection, P.O. Box 1407, Lincolnshire, IL 60069-1407. If your claim does not include the correct information, you will be notified, in writing, what you need to do to get your claim processed.

## If Your Claim Is Denied

If your claim is denied, you will be told in writing within 90 days after your claim is received. That reply will include:

• specific reasons for the denial;

• references to the provisions of the benefit plan or practice involved;

• a description of what additional information is necessary and why; and

• a copy of these procedures or comparable information about the steps you need to take to resubmit it.

If the reply cannot be made within 90 days, you will be given a written notice explaining the reasons why. Extensions will not exceed another 90 days.

If your claim for a benefit is denied, you may request a review by the DuPont Board of Benefits and Pensions by writing to DuPont Connection within 60 days of the denial.

In your request, list the issues and comments you want considered. If you prefer, you may have an authorized representative send in the request on your behalf. You or your representative may, at a reasonable time and place, inspect relevant documents which may affect your claim.

Within 60 days after your request for review is received, you will receive a written response. In the case of a continued denial, you will be given the specific reasons and plan provisions on which the denial is based. If the review cannot be made within 60 days, you will be notified in writing. Again, that notification will outline the reasons behind the delay. DuPont, as Plan Administrator, has final authority and discretion to interpret the Plan, resolve any ambiguities and determine eligibility for benefits, and its decisions are final and binding.

## Future of the Plan

While the Company intends to continue the benefits and policies described in this booklet, the Company reserves the right to suspend, modify, or terminate this Plan at its discretion at any time.

This document is printed on paper containing
DuPont™ RPS Vantage® titanium dioxide.

K-01449   (7/03)



*The miracles of science*™

# EXHIBIT F

# BENEFLEX

# EMPLOYEE LIFE INSURANCE PLAN

Originally Adopted - January 1, 1992

Last Amended – January 1, 2005

E. I. du Pont de Nemours and Company

BENEFLEX
EMPLOYEE LIFE INSURANCE PLAN

## I.    PURPOSE

The purpose of this Plan is to provide group life insurance as hereinafter described for employees of the Company.

The insurance provided under this Plan is term life insurance which provides no cash, loan or paid-up values.

## II.    INSURANCE CARRIER

The Company shall have the right to enter into a contract with one or more insurance companies for the purposes of providing any benefits under this Plan and to replace any of such insurance companies.

## III. DEFINITIONS

1    The term "Code" means the Internal Revenue Code of 1986, as amended.

2.    The term "Company" means E. I. du Pont de Nemours and Company, any wholly owned subsidiary or part thereof and any partnership or joint venture in which E. I. du Pont de Nemours and Company is joined which adopts this Plan with the approval of the Company, or such person or persons as the Company may designate.

3.    The term "employee" means a "Full Service Employee" as such term is defined in the Company's Continuity of Service Rules.

4.    The term "Plan" means the BeneFlex Employee Life Insurance Plan as set forth herein, with any and all amendments hereto.

5    The term "Plan Year" means the calendar year January 1 through December 31

6.    The term "Normal Annual Earnings" means the employee's regular rate of pay as computed by the Company on an annual basis without consideration of occasional or temporary variations from normal working hours. For purposes of this Plan, "pay" shall not include (1) allowances in connection with transfer of employment or termination of employment and other special payments, or (2) awards, variable pay or payments under a gain sharing program, the Special Compensation Plan, the Incentive Compensation Plan, the Stock Option Plan, the

-2-

former Dividend Unit Plan, or similar plan of the Company or any of its affiliated companies.

7.  The term "gain sharing program" means a pay program that provides additional pay only if business objectives are exceeded.

8.  The term "variable pay" means the variable payment under a pay program that relates a portion of total pay to business objectives such that if objectives are met, targeted pay levels are reached, but if objectives are exceeded or are not met, pay is above or below the targeted levels.

9.  The term "pay adjustment amount" means the amount equal to the variable pay which would be paid if business objectives are met, but not exceeded, calculated on an annual basis for purposes of this Plan.

10. The term "affiliated group" means E. I. du Pont de Nemours and Company and its controlled group of corporations within the meaning of Section 1563(a) of the Code, but does not include any foreign subsidiary or any domestic subsidiary which derives in excess of 50% of its gross income for a taxable year from sources without the United States (as defined in Section 7701(a)(9) of the Code).

## IV.    ELIGIBILITY

Employees are eligible to participate in this Plan without regard to length of Company service, except as specified in Section XIII.1.  In order to avoid duplication of benefits, a former employee of the Company entitled to benefits under this Plan or any plan of the Company providing similar benefits who is employed by a subsidiary or joint venture of the Company that maintains a similar plan offering comparable benefits to which the Company contributed directly or indirectly will not be eligible to participate in this Plan during the period of coverage by the subsidiary or joint venture.

## V.    PARTICIPATION

Participation in this Plan shall become effective only if the employee elects to participate in this Plan in connection with the BeneFlex Flexible Benefits Plan.  An employee who fails to make an election for the BeneFlex Flexible Benefits Plan for the succeeding Plan Year will be deemed to have made the election specified as the default election.  A new employee will be covered for one times Normal Annual Earnings until an election is made.

## VI.    AMOUNT OF COVERAGE

An Employee may elect insurance coverage in an amount equal to the following amounts:

$10,000

$50,000

   times Normal Annual Earnings

2 times Normal Annual Earnings

3 times Normal Annual Earnings

4 times Normal Annual Earnings

5 times Normal Annual Earnings

6 times Normal Annual Earnings

7 times Normal Annual Earnings

Alternative Coverage

In no event shall coverage under this Plan exceed $7,000,000. For purposes of this Section, Normal Annual Earnings includes the pay adjustment amount, if applicable, and the resulting coverage amount is adjusted to the next higher $1,000, if not a multiple of $1,000.

## VII.    PRICE OF COVERAGE

The price of coverage under this Plan during each Plan Year will be determined by the Company. The price of coverage will be deducted from the participating employee's compensation.

## VIII.    ALTERNATIVE COVERAGE

Alternative Coverage is coverage under the Noncontributory Group Life Insurance Plan of the Company or coverage under that plan and the Contributory Group Life Insurance Plan of the Company in effect December 31, 1991, the terms of which are hereby incorporated herein by reference.

Alternative Coverage will be available to employees as follows:

1   Employees who were enrolled in Alternative Coverage on December 31, 1991 and elected Alternative Coverage for the 1992 Plan Year;

2.  Employees who were enrolled in Alternative Coverage on December 31, 1991 and elected corresponding Alternative Coverage for the 1993 Plan Year; and

-4-

3  Employees who as a result of collective bargaining are not permitted to participate in the BeneFlex Flexible Benefits Plan until after January 1, 1992, provided such employee is enrolled in such coverage on the day prior to the day first permitted to participate in the Plan.

Alternative Coverage will continue to be available to employees described in subsections 1, 2, or 3 above until other coverage is elected (or deemed to be elected). No employee participating in this Plan shall be eligible for Alternative Coverage after January 1, 1993, if not then enrolled.

## IX.    EFFECTIVE DATE OF COVERAGE

1  Any newly hired employee who makes application to the Company prior to the end of the Plan Year following his employment date shall be covered under this Plan effective on the first day of the month following the date he makes application. Proof of insurability requirements are waived for this initial application for coverage up to two times Normal Annual Earnings. Initial applications for coverage greater than two times Normal Annual Earnings require submission of proof of insurability, satisfactory to the Insurance Carrier, before coverage will become effective.

2.  Any employee who makes application to the Company during the annual enrollment period for the BeneFlex Flexible Benefits Plan or as the result of an allowable qualifying life event may increase coverage by submitting proof of insurability, satisfactory to the Insurance Carrier, and shall be insured under this Plan effective on the later of:

   a.  The first date of the next Plan Year in the event of an application during the annual open enrollment period, or

   b.  the first day of the following month in the event of an election change in accordance with Section XIX, or

   c.  the date proof of insurability, satisfactory to the Insurance Carrier, is submitted

3  Any employee who applies for insurance under this Plan except as specified in (1) or (2) above or who cancels or reduces coverage and later reapplies for coverage, shall be required to submit proof of insurability, satisfactory to the Insurance Carrier, in order to obtain or increase coverage under this Plan. If such proof of insurability is approved by the Insurance Carrier, the coverage will become effective as of the first day of the month following the date such proof of insurability was submitted for an election change in accordance with Section XIX. If such proof of insurability is not approved by the Insurance Carrier, the price paid

–5–

for coverage for which proof of insurability is not approved will be refunded to the employee on an after-tax basis.

## X.    DESIGNATION OF BENEFICIARY

1    The coverage amount in effect on the date of death will be paid to the first surviving class of the following classes of beneficiaries unless the employee makes a designation in accordance with Section 2, below:

    a.    wife or husband;
    b.    child or children;
    c.    mother or father;
    d.    sisters or brothers.

If there is no surviving member of any of the above classes, the benefits will be paid to the estate of the employee.

2.    An insured employee may designate any person or trust without receiving consideration and may from time to time change the beneficiary. Every request for change of beneficiary must be made in the manner as the Company may prescribe. Upon receipt of a request to change the beneficiary, the change will be entered into the records maintained by the Company and the change will relate back to and take effect as of the date the employee requested the change.

## XI.    PAYMENT UPON DEATH

1    Upon proof of death the amount of insurance in effect on the date of death shall be paid to the beneficiary. If no beneficiary designation is in effect, distribution shall be made to the decedent's estate.

2.    Payment will be made in accordance with the available settlement plans of the Insurance Carrier.

## XII.    TERMINATION OF COVERAGE

Any insurance under this Plan shall be cancelled automatically at the end of the month (a) the employee ceases to be an employee of the Company or (b) the employee or assignee discontinues the payment for coverage.

## XIII.    CESSATION OF EMPLOYMENT

### 1    CESSATION OF EMPLOYMENT DUE TO LACK OF WORK

Each employee participating in this Plan whose employment with the Company is terminated on account of lack of work shall continue to receive insurance coverage in the amount for which he was insured under this Plan at the time his employment was terminated. The coverage will be provided by the Company. Such coverage shall continue from the date of termination for a period of one (1) year but shall terminate upon reemployment by the Company, at which time the employee may reapply for coverage.

### 2.    CESSATION OF EMPLOYMENT DUE TO RETIREMENT

Each participating employee who either (1) retires under Section IV of the Company's Pension and Retirement Plan except that those former employees described in Section IV.D.(1)(c) of that plan who are not otherwise eligible for retirement under Sections IV.A., IV.B., and IV.C. will not be eligible after October 14, 1994, (2) transfers to an affiliated group company after attaining 15 years of service and retires from the affiliated group under a provision similar to Section IV of the Company's Pension and Retirement Plan after reaching age 50, or (3) who retired from employment under the terms of the DuPont Pharmaceuticals Company Pension and Retirement Plan prior to October 1, 2001 will become participants in this Plan and shall continue to receive insurance coverage provided by the Company at the same level as he had prior to retirement up to one times Normal Annual Earnings and may purchase additional insurance coverage provided that the total amount of combined coverage does not exceed the amount of coverage in effect prior to retirement. The amount of insurance provided by the Company will decrease at the former employee's age 65 to 25% of Normal Annual Earnings at retirement, but not less than $10,000 (or one times Normal Annual Earnings if less than $10,000). The former employee may also purchase additional insurance coverage in specified increments so that the total combined coverage is not more than the lesser of the amount of the coverage in effect prior to retirement, two times Normal Annual Earnings or $250,000.

### 3.    CESSATION OF EMPLOYMENT DUE TO TOTAL AND PERMANENT DISABILITY

Each participating employee terminated due to total and permanent disability, as defined in the the Company's Total and Permanent Disability Income Plan, and former employees of DuPont Pharmaceuticals Company eligible to receive benefits under the DuPont Pharmaceuticals Company Total and Permanent Disability Income Plan prior to October 1, 2001 will become participants in this

-7-

Plan and shall continue to receive insurance coverage in the amount of coverage in effect up to one times Normal Annual Earnings at the time employment was terminated. The coverage will be provided by the Company. Insurance coverage in excess of one times Normal Annual Earnings, if in effect at the time employment was terminated, will be paid to the beneficiary of the former employee if the former employee's death occurs within one year after the termination of employment. Such coverage shall continue until the end of the month in which the former employee is found to be no longer totally and permanently disabled, in accordance with the provisions of the Total and Permanent Disability Income Plan.

4.    CESSATION OF EMPLOYMENT PURSUANT TO THE 2001 VOLUNTARY UNIT RENEWAL INITIATIVE (VURI) AND THE 2001 DIRECTED RENEWAL INITIATIVE (DRI)

Each employee participating in this Plan whose employment with the Company is terminated under the terms of the 2001 Voluntary Unit Renewal Initiative or Directed Renewal Initiative programs shall continue to receive insurance coverage in the amount for which he was insured under this Plan at the time his employment was terminated. The coverage will be paid for by the Company unless the employee retires under Section IV of the Company's Pension and Retirement Plan. Such coverage shall continue for one (1) year, but shall terminate upon re-employment by the Company, at which time the employee may re-apply for coverage.

## XIV.    (RESERVED)

## XV.    ACCELERATED PAYMENT OF DEATH BENEFITS

Upon receipt of proof satisfactory to the Insurance Carrier that an employee with coverage under this Plan has a life expectancy of 12 months or less, an amount up to fifty percent (50%) of the coverage in effect at the time of application may be paid to the employee as an accelerated death benefit. The maximum amount of accelerated death benefit that will be paid to the participating employee is the lesser of fifty percent (50%) of the coverage in force at the time the application is approved or $250,000.

The accelerated death benefit proceeds will be reduced if, within twelve (12) months after the application is approved, a reduction of coverage in force for any reason would have been applied. In the case of such a reduction, the amount of the accelerated death benefit payable may not exceed the amount of coverage in force after applying the reduction.

The accelerated death benefit proceeds paid under this provision will reduce the life insurance amount otherwise payable upon the death of the employee. In addition, the amount

−8−

paid under the accelerated death benefit will also reduce the amount of coverage available under the conversion privilege in section XVII.

To apply for accelerated payment of death benefits, the employee must make written application to the Insurance Carrier. Such application by the employee must be voluntary and will not be accepted if:

coverage under this Plan is assigned, or

2. the employee is required by law to use the accelerated death benefit to meet the claims of creditors, whether in bankruptcy or otherwise, or

3. the employee is required by a government agency to use the accelerated death benefit in order to apply for, get or keep a government benefit or entitlement.

## XVI.    OCCUPATIONAL ACCIDENTAL DEATH BENEFIT

Participating employees shall be insured for occupational accidental death benefits in an amount equal to three times the employee's Normal Annual Earnings plus the pay adjustment amount, if applicable, adjusted to the next higher $1,000, if not a multiple of $1,000. Occupational accidental death benefits provided by this Section shall be in addition to any other benefits for which any participating employee may be eligible under this Plan.

2. Upon receipt of proof that any participating employee shall have sustained bodily injury arising out of and in the course of his employment with the Company and caused directly and exclusively by external, violent and purely accidental means, and that such employee's death shall have occurred within 90 days after the date of such injuries and as a result, directly and independently of all other causes, of such injury, the amount of insurance in effect to cover occupational accidental death benefits shall be paid to the beneficiary, provided that the death of the employee is not due to:

a. infections (except infections caused by pyogenic organisms which shall occur with and through an accidental cut or wound) or disease or illness of any kind, or

b. self-destruction or self-inflicted injury while sane or insane, or

c. war or act of war in which the United States is a participant at the time of injury, or

d. participation in or in consequence of having participated in the commission of a felony.

–9–

## XVII.  PORTABILITY AND CONVERSION PRIVILEGES

In the event of cancellation of an employee's insurance coverage, the following privileges apply:

1    Portability

The employee shall have the privilege of applying to transition coverage, except for coverage provided in Section XVI above, without medical examination and in lieu of conversion, to a similar term life insurance policy as customarily issued by the Insurance Carrier.  The maximum amount of coverage available is the lesser of five times the employee's Normal Annual Earnings or $1,000,000. Application to port the coverage must be made directly to the Insurance Carrier within 31 days after cancellation of coverage under this Plan and the first premium payment must be made within 31 days of the date the first bill is issued. This privilege applies only to insured persons under age 70 who lose coverage due to reasons other than retirement, disability, failure to pay premiums when due, or cancellation or reduction of coverage requested by the employee.

2.    Conversion

The employee shall have the privilege of converting the coverage then in effect, except coverage provided in Section XVI above, in lieu of portability, without medical examination, into any type of insurance (except Term Insurance) customarily issued by the Insurance Carrier, upon payment of the premium applicable to the class of risk to which he belongs at his then attained age. Application to convert the coverage must be made directly to the Insurance Carrier and the first premium payment made within 31 days after cancellation of coverage under this Plan.  This privilege applies only to insured persons who lose coverage due to reasons other than failure to pay premiums when due or cancellation or reduction of coverage requested by the employee.

## XVIII.  ASSIGNMENT OF COVERAGE

Insurance provided under this Plan shall not be subject to attachment or other legal process for debts of the employee.  No assignment of insurance coverage provided under this Plan shall be permitted or recognized, except an assignment made without consideration to one or more of the following persons or their estates, or to a trustee of a trust under which any such person is one of the beneficiaries:

1    the employee's spouse

2. brothers or sisters of the employee or the employee's spouse

3. lineal ascendants or descendants of the employee, the employee's spouse or the brothers or sisters of the employee or the employee's spouse, or

4. brothers or sisters of lineal ascendants of the employee or the employee's spouse.

No such assignment shall be effective unless it is made in writing and is accepted by the Company and the Insurance Carrier. No such assignment shall be accepted as a viatical settlement or as collateral security.

## IRREVOCABLE ELECTIONS

Elections made under this Plan (or deemed to have been made) shall be irrevocable and binding for the balance of the Plan Year, provided, however, that such elections may be revoked or changed prospectively, as to the balance of the Plan Year, but only in the event of, and consistent with, a change in the employee's family status or benefit coverage related to employment.

## ADMINISTRATION

The Company is the Plan Administrator. The Company shall have the authority to control and manage the operation and administration of this Plan and to designate one or more persons to carry out the responsibilities of the operation and administration of this Plan. The Company shall have the discretionary right to determine eligibility for benefits hereunder and to construe the terms and conditions of this Plan. The decision of the Company shall be final with respect to any questions arising as to the interpretation of this Plan.

## MODIFICATION OR TERMINATION OF THE PLAN

The Company reserves the sole right to change or discontinue this Plan in its discretion provided, however, that any change in price or level of coverage shall be announced at the time of enrollment and shall not be changed during a Plan Year unless coverage provided by an independent, third-party provider is significantly curtailed or decreased during the Plan Year. Termination of this Plan will not be effective until one year following announcement of such change by the Company.

If any provision of this Plan is or in the future becomes contrary to any applicable law, rule, regulation or order issued by competent government authority, the Company reserves the sole right to amend or discontinue this Plan in its discretion without notice.

*BeneFlex Employee Life Insurance Plan*

# APPENDIX A

Former employees of the Company will be eligible for coverage under this Plan provided they (1) retire from the Company under the provisions of Section IV of the Pension and Retirement Plan (or a provision similar to Section IV of the Pension and Retirement Plan provided by an affiliated group company's pension plan) and (2) meet the following age and service criteria:

An employee is eligible for coverage under this Plan after reaching age 50 and attaining at least 15 years of service with E. I. du Pont de Nemours and Company, Inc. as determined under the provisions of the Continuity of Service Rules or recognized by the Board of Benefits & Pensions for purposes of this Plan.

An employee who is terminated involuntarily by the Company for lack of work will be eligible for coverage under this Plan after (1) attaining eligibility for an Optional Pension under the Pension and Retirement Plan and (2) after reaching age 45 and prior to reaching age 50 with at least 25 years of service with E. I. du Pont de Nemours and Company, Inc., as determined under the provisions of the Continuity of Service Rules, or recognized by the Board of Benefits & Pensions for purposes of this Plan. The length of service required for eligibility shall be reduced by two months, or a proprortionate part thereof, for each month or portion thereof, which has elapsed since the employee reached age 45.

# EXHIBIT G

## Your DuPont Benefit Resources

# BeneFlex Employee Life Insurance

**July 2003**

As of July 2003, participating employers in the BeneFlex Employee Life Insurance Plan include:

- E. I. du Pont de Nemours and Company

- DuPont Dow Elastomers L.L.C.

- Solae, L.L.C.

- DuPont Textiles & Interiors, Inc.

- DuPont Photonics Technologies, L.L.C.

- DuPont Protective Apparel Marketing Company

All references to "the Company" in this document pertain to the specific company that employs you.



*The miracles of science™*

# TABLE OF CONTENTS

DETAILS OF THE PLAN ...................................................................................................................1

    PREFACE ...................................................................................................................................1
    INTRODUCTION .........................................................................................................................1
    ELIGIBILITY ..............................................................................................................................1
    ENROLLMENT ............................................................................................................................2
    COST ........................................................................................................................................4
    PLAN BENEFIT ..........................................................................................................................5
    RESTRICTIONS AND EXCLUSIONS ...............................................................................................6
    FILING A CLAIM .......................................................................................................................6
    ABOUT YOUR COVERAGE ..........................................................................................................7
    FUTURE OF THE PLAN ...............................................................................................................9

ADMINISTRATIVE INFORMATION ...................................................................................................9

    ERISA RIGHTS .......................................................................................................................11
    PLAN SPONSOR .......................................................................................................................13
    PLAN NAME ...........................................................................................................................13
    TYPE OF PLAN AND ADMINISTRATION .....................................................................................13
    PLAN ADMINISTRATOR ...........................................................................................................13
    PLAN INSURER ........................................................................................................................13
    PLAN SPONSOR'S EMPLOYER IDENTIFICATION NUMBER (EIN) ..................................................13
    PLAN NUMBER .......................................................................................................................13
    PLAN YEAR ............................................................................................................................13
    SOURCE OF BENEFITS FUNDING ...............................................................................................14
    AGENT FOR SERVICE OF LEGAL PROCESS .................................................................................14

CONTACTS ....................................................................................................................................14

    FOR QUESTIONS REGARDING ELIGIBILITY AND ENROLLMENT ....................................................14
    FOR APPEALING A CLAIM .......................................................................................................14
    TO CONVERT OR TO PORT YOUR COVERAGE .............................................................................14
    FOR FILING A CLAIM ..............................................................................................................14
    FOR PROVIDING EVIDENCE OF INSURABILITY (EOI) ..................................................................15
    FOR REVIEW OF BENEFICIARY ON FILE ....................................................................................15
    FOR BENEFICIARY DESIGNATIONS ............................................................................................15

DICTIONARY TERMS ......................................................................................................................15

# DETAILS OF THE PLAN

## Preface

This **Summary Plan Description (SPD)** provides a concise description of Plan coverage available for you.

While this SPD contains detailed and important information about your benefit Plan, every attempt has been made to communicate that information clearly and in easily understandable terms.

While the **Company** intends to continue the benefits and policies described in this booklet, the Company reserves the right to change, modify or discontinue the Plan at its discretion at any time. This SPD does not constitute a contract of employment or guarantee any particular benefit.

In the event of a discrepancy between this SPD and the Plan document, the Plan document will govern.

## Introduction

For additional financial protection for you and your dependents, you can elect to purchase BeneFlex Employee Life Insurance Plan coverage. Providing peace of mind and securing your family's financial future are key features of BeneFlex Employee Life Insurance. This Plan provides you with a wide range of life insurance options, enabling you to purchase coverage that best meets your needs. The Company provides coverage of one times your **pay** at no cost to you, and you can purchase additional group **term life insurance** coverage that best suits your circumstances. The Plan also offers additional features, including an accelerated death benefits option that allows you to access funds if you are considered **terminally ill** and a feature that allows you to port your coverage under certain conditions.

You will need to satisfy the requirements described in this SPD to receive BeneFlex Employee Life Insurance Plan coverage.

## Eligibility

### Eligible employees

You are eligible for BeneFlex Employee Life Insurance Plan coverage if you are one of the following:

• a **Full-Service Employee** of DuPont U.S. Region

• a Full-Service Employee of a participating DuPont subsidiary or joint venture that has adopted this Plan

Since January 1, 1992, the BeneFlex Flexible Benefits Plan has been offered to all DuPont U.S. Region employees. However, you are not eligible for the BeneFlex Employee Life Insurance Plan if you are an employee, or dependent of such employee, in a bargaining unit represented by a union for collective bargaining unless and until the site manager has authorized the benefit, collective bargaining on the subject has taken place, and any requisite obligations thereunder have been fulfilled.

## Enrollment

### Enrolling in the Plan

The Company-paid coverage of one times your pay is **automatic**.

You can enroll in additional life insurance during the **BeneFlex Election Change Period**, when you experience a **Qualifying Life Event**, or when you first become eligible. You can enroll:

- by calling DuPont Connection toll-free at 1-800-775-5955
- by visiting BeneFlex OnLine at http://resources.hewitt.com/dupont

Your benefit elections will stay in effect for the **Plan Year** (January 1 through December 31).

You do not have to re-enroll each year. If you do not make a change during the BeneFlex Election Change Period, you will remain enrolled in the same BeneFlex Employee Life Insurance Plan option for the following year. Your coverage amount will change as your pay changes.

If you are a newly hired employee, you must call DuPont Connection to make your benefit elections within 31 days from the date on your new hire package that is mailed to you.

You are required to provide acceptable **Evidence of insurability** to the insurance company if:

- you are a newly hired employee, and you elect coverage more than two times your pay
- you are increasing the amount of your coverage at any time, including during the BeneFlex Election Change Period or after a Qualifying Life Event

Refer to the "Providing Evidence of insurability" section for more information.

### When coverage begins

Your Company-paid life insurance of one times your pay is effective on your date of hire.

If you elect additional BeneFlex Employee Life Insurance Plan during the Plan Year, your coverage will become effective on the first of the month following approval of any increase in coverage by the insurance company.

All changes in coverage made during the BeneFlex Election Change Period will become effective on the first day of the new Plan Year or the first of the month following approval of any increase in coverage by the insurance company.

### Making changes

If you have a Qualifying Life Event, you can change your existing BeneFlex Employee Life Insurance Plan coverage. A change in election due to a Qualifying Life Event must be consistent with the event and cannot be for financial reasons. You must make changes to your coverage within 31 days of the Qualifying Life Event. The following is a list of events that are each considered to be a Qualifying Life Event:

• marriage or divorce

• birth or adoption of a child

• death of your **spouse** or dependent child

• gain or loss of an eligible dependent

• the start or termination of your spouse's employment

• a change in your or your spouse's employment from part-time to full-time or vice versa

• unpaid leave of absence by your spouse

Changes you make after a Qualifying Life Event become effective the first of the month after your election or the first of the month following approval of any increase in coverage by the insurance company.

### Changes during the BeneFlex Election Change Period

You may change your BeneFlex Employee Life Insurance Plan coverage election once each year during the BeneFlex Election Change Period.

During the annual BeneFlex Election Change Period, you may do any of the following:

• increase your level of coverage

• reduce your level of coverage

If you are increasing the level of your coverage, you will be required to provide Evidence of insurability.

All changes in coverage made during the BeneFlex Election Change Period will become effective on the first day of the new Plan Year or the first of the month following approval of any increase in coverage by the insurance company.

### Providing Evidence of insurability

Under most circumstances, you must provide Evidence of insurability satisfactory to the insurance company before your BeneFlex Employee Life Insurance Plan coverage is approved. If required to provide Evidence of insurability, you will need to answer questions regarding your health, and you may have to undergo a physical exam to prove your insurability to the insurance company. Any costs associated with obtaining Evidence of insurability are your responsibility.

Evidence of insurability is required if:

• you are a new employee and you elect coverage more than two times your pay

• you already have coverage and you elect to increase your coverage at any time

# Cost

### Cost of coverage

The Company provides you with coverage up to one times your pay at no cost to you. The cost of any Employee Life Insurance coverage you elect above one times your pay is based upon the option you elect, your age and your pay. Your pay as of October 1 of each year is used to calculate your cost.

**2003 Employee Life Insurance Rates per $1,000 of coverage**

| Age at 12/31 of Plan Year | Rate |
|---|---|
| Under 25 | $ 0.054 |
| 25–29 | $ 0.060 |
| 30–34 | $ 0.080 |
| 35–39 | $ 0.090 |
| 40–44 | $ 0.125 |
| 45–49 | $ 0.223 |
| 50–54 | $ 0.374 |
| 55–59 | $ 0.587 |
| 60–64 | $ 0.917 |
| 65–69 | $ 1.646 |
| 70–74 | $ 2.951 |
| 75–79 | $ 5.150 |
| 80–84 | $ 7.270 |
| 85–89 | $13.200 |
| 90+ | $19.830 |

Your cost is deducted from your pay on a **before-tax** and/or an **after-tax** basis, depending on your pay and the coverage you select. The IRS limits the amount of tax-free life insurance coverage to $50,000. As a result, any amount of life insurance over $50,000 is purchased on an after-tax basis.

If you select the $10,000 or $50,000 coverage options and these amounts are less than your pay, the cost of the difference between the coverage amount you select and one times your pay is returned to you in your paycheck.

Your deductions are reviewed annually and are subject to change. Any adjustments to your deductions will be effective January 1; you will be notified in advance of any changes.

Your **beneficiary** does not pay income taxes on the death benefit they receive.

# Plan Benefit

### Benefit amount

Your BeneFlex Employee Life Insurance Plan benefit coverage amount is based on the option you elect.

You can elect to purchase BeneFlex Employee Life Insurance Plan coverage, less any reductions that apply, equal to:

- $10,000
- $50,000
- $1 \times NAE$
- $2 \times NAE$
- $3 \times NAE$
- $4 \times NAE$
- $5 \times NAE$
- $6 \times NAE$
- $7 \times NAE$
- Option Z: Alternative Coverage

NAE, or **Normal Annual Earnings**, is your regular rate of pay computed on an annual basis, without considering occasional or temporary variations from your normal working hours, payments for awards, special compensation plans, incentive compensation plans, relocation allowances, severance or other special payments.

Option Z, Alternative Coverage (the **"Grandfather" Option**), allows you to continue your participation in the NonContributory Group Life Insurance Plan and, if eligible, the Contributory Group Life Insurance Plan. Alternative Coverage is available only to individuals who were Full-Service Employees on December 31, 1992, who elected and continue to elect this coverage.

The insurance under BeneFlex Employee Life Insurance Plan is group term life insurance which provides no cash, loan or paid-up values.

### Maximum benefit

The Plan will pay a maximum death benefit amount of $7,000,000.

### Minimum benefit

The Plan will pay a minimum death benefit of $10,000, without considerations for age reductions.

### When benefits are paid

The Plan will pay a benefit to your beneficiary(ies) when you die for any reason while covered by the Plan. The Plan may also pay benefits to you if you are eligible for an accelerated death benefit. Accelerated death benefits paid to you are subtracted from the benefit paid to your beneficiaries.

BeneFlex Employee Life Insurance Plan payments are not offset by any other Company-provided survivor benefits.

## Restrictions and Exclusions

There are no restrictions under BeneFlex Employee Life Insurance Plan coverage. The **Occupational Accidental Death** Benefit provision under this Plan does not pay benefits if you die as a result of any of the following:

- infections (except infections caused by pyogenic organisms which shall occur with and through an accidental cut or wound) or disease or illness of any kind

- participation in or in consequence of having participated in the commission of a felony

- self-destruction or self-inflicted injury while sane or insane

- war or act of war in which the United States is a participant at the time of injury

## Filing a Claim

### How to file a claim

Upon your death or terminal illness, if you are applying for an accelerated death benefit, you or your beneficiary should contact DuPont Connection. DuPont Connection will work with you or your beneficiary and the insurance company to process the claim. You or your beneficiary will need to file a claim and submit proof of death or terminal illness to receive benefits.

There is no deadline for filing a claim.

If the claim is approved, you or your beneficiary will be notified in writing and will receive payment information. The payment will be a **lump sum** if insurance proceeds are less than $10,000. A payout into an interest-bearing checking account set up in the name of the beneficiary is made if proceeds are $10,000 or more.

### If a claim is denied

If the claim for benefits is denied, a written notice with the reason for the denial will be provided within 90 days after the claim is received. The notice will include references to the provisions of the benefit Plan or practice involved, a description of what additional information is necessary and why, the specific reasons for the denial and a copy of these procedures or comparable information about steps you need to take to resubmit the claim.

### Appealing a denied claim

If the decision to deny or reduce the amount of the claim is not explained to your satisfaction or you have additional information that may change the decision, you should follow these steps to try to bring the claim denial to a resolution:

- Step 1: Contact the insurance company for a clearer explanation of the denial.

- Step 2: Provide additional information to the insurance company that may allow reconsideration of your claim.

You also have the right to request, free of charge, access to and copies of all documents, records and other information relevant to your claim for benefits. If, after contacting the insurance company and requesting additional information, you still have not received an adequate explanation concerning your claim for benefits under the Plan, you have a legal right to appeal the denial or partial denial of your claim.

Your final **appeal** is to DuPont. To appeal the denial, you should notify DuPont Connection in writing requesting a claim review. The request for the appeal should include additional documentation supporting the claim and the reasons why you disagree with the decision.

You or your beneficiary must make this request in a timely manner, preferably within 60 days after receiving the original claim decision or after receiving a claim denial..

You or your beneficiary will receive information about the final decision from DuPont within a maximum of 60 days of the date the written request is received. Special circumstances may cause the review to take longer. If an extension is needed, a written notice and the reason for the extension will be provided.

When you or your beneficiary is notified of the final decision, the notice will provide the reason for the decision and the specific Plan provisions on which it is based. DuPont, as Plan Administrator, has full discretion and authority to interpret Plan provisions, resolve any ambiguities and evaluate claims. The decision made by DuPont is final and binding.

Also, if your survivors question your beneficiary designation on record, they can ask for a review. Your survivors should send a request for a review to DuPont Connection and should state why they question the beneficiary on record.

The exhaustion of the claim and appeal procedure is mandatory for resolving claims arising under this Plan. Applicable law requires you or your beneficiary to pursue all your claim and appeal rights on a timely basis before seeking any other legal recourse regarding claims for benefits.

### How the Plan will handle your appeal

In reviewing your appeal, all information that is submitted, regardless of whether that information was considered at the time of the initial claim, will be considered and a new review will be completed. The party reviewing your appeal will not have participated in the original claim determination and will not be a subordinate of the party who made the original claim determination, the insurance company.

## About Your Coverage

### If you leave the Company

Your BeneFlex Employee Life Insurance Plan coverage ends at the end of the month in which you leave the Company or are no longer eligible. Under some circumstances, you may be eligible to convert your BeneFlex Employee Life Insurance Plan coverage to an individual policy or apply for the **portability** feature of the Plan. Refer to the "Conversion rights" and the "Applying for the portability feature" sections for more information.

### Coverage when you are not working

Taking a leave of absence does not affect your BeneFlex Employee Life Insurance Plan coverage. You are responsible for any insurance **premiums** in the event you are taking an unpaid leave of absence.

### If you retire

If you are eligible to retire under the Pension and Retirement Plan and are less than age 65, you are entitled to continue the total amount of life insurance coverage in force when you retire. The Company will pay for coverage equal to one times your pay at retirement. You may purchase the difference between one times your pay and the total amount of coverage at retirement.

When you reach age 65, the Company-provided coverage will reduce to 25% of your pre-retirement pay ($10,000 minimum coverage). You may purchase additional coverage. The total amount of coverage, including the Company-paid and any additional retiree-paid coverage, may not exceed the amount of coverage you had at retirement, two times your pay, or $250,000, whichever is less.

### When your coverage ends

Under certain circumstances you may be eligible to continue your life insurance coverage. In the event your coverage ends, you may apply to convert your coverage in effect into an individual policy. You must contact the insurance company within 31 days of the end of your coverage under this Plan to be eligible to convert coverage.

You may also be eligible to apply for coverage under the portability feature of the Plan. You must contact the insurance company within 31 days of the end of your coverage under this Plan to be eligible to port your coverage.

### If you become disabled

If you are eligible to terminate the Company due to a total and permanent **disability**, as defined by the Company's disability plans, and are totally and permanently disabled at the time you leave the Company, you will continue to receive insurance coverage equal to one times your pay at the time of your employment termination.

You will be covered by this Company-paid insurance for as long as you remain totally and permanently disabled.

### If you are terminated due to lack of work

If your employment with the Company is terminated due to lack of work, and you are not eligible to retire under the Pension and Retirement Plan, you will continue to receive the insurance coverage in place at the time of your employment termination for one year. The continued coverage is provided by the Company, at no cost to you. This Company-provided coverage ends if you are re-employed by the Company.

*If you die as a result of an occupational accident*

In the event you die as a result of an injury that was caused by sudden, external, violent and purely accidental means, sustained while in the course of your employment with the Company, the Plan will pay your beneficiary an occupational accidental death benefit equal to three times your pay. This payment is in addition to any other benefits that apply. Your death must occur within 90 days of having sustained these injuries to be covered.

There are some exclusions to this benefit, however. A benefit will not be paid if the death is due to one of the following:

• infections (except infections caused by pyogenic organisms which shall occur with and through an accidental cut or wound) or disease or illness of any kind

• participation in or in consequence of having participated in the commission of a felony

• self-destruction or self-inflicted injury while sane or insane

• war or act of war in which the United States is a participant at the time of injury

*If you are terminally ill*

You may be eligible to receive an accelerated death benefit under the Plan if you are certified to be terminally ill. If your life expectancy is less than 12 months as certified by a licensed physician, the Plan will advance a benefit payment to you of up to one-half the value of your life insurance coverage in force when you apply, up to $250,000. Any benefit payments made in advance of death will be deducted from the benefit paid to your beneficiaries. You are not eligible to receive an accelerated death benefit if you previously assigned your benefit.

## Future of the Plan

While the Company intends to continue the benefits and policies described in this booklet, the Company reserves the right to suspend, modify, or terminate this Plan at its discretion at any time.

# ADMINISTRATIVE INFORMATION

The information presented in this Summary Plan Description is intended to comply with the disclosure requirements of the regulations issued by the U.S. Department of Labor under the Employee Retirement Income Security Act (**ERISA**) of 1974.

*Overpayments and other errors*

If a benefit is paid that is larger than the amount allowed by the Plan, the Plan has a right to recover the excess amount from the person or agency who received it. Erroneous statements will not change the rights or obligations under the Plan and will not operate to grant additional benefits or coverage.

### Assignment of benefits

Under the Plan, you have the right to assign your benefits. You can transfer those rights by assigning them to someone else, called the assignee. There are restrictions on whom you can name as an assignee. The restrictions include the following:

- Assignment must be made in writing, without consideration, to one or more of the following, their estates, or to a trustee under which they are a beneficiary: the employee's spouse; brothers or sisters of the employee or the employee's spouse; lineal ascendants or descendants of the employee, the employee's spouse or the brothers or sisters of the employee or the employee's spouse; brothers or sisters of lineal ascendants of the employee or the employee's spouse.

Making an assignment of rights transfers ownership of your Plan benefit to someone else. Once coverage has been assigned, the new "owner" has all the rights you once had. Assignment of benefits under the Plan is irrevocable.

Assignment of benefits to a viatical settlement company is not permitted under the Plan.

### Conversion rights

To exercise your conversion rights, you must be enrolled in BeneFlex Employee Life Insurance Plan coverage at the time of the event that results in the loss of or reduction in coverage. You must contact the insurance company within 31 days of the end of your coverage under this Plan to exercise your conversion rights for BeneFlex Employee Life Insurance Plan coverage.

You may convert the entire amount of your current BeneFlex Employee Life Insurance Plan coverage. Premiums for the converted policy are determined by the insurance company and are based on the amount of coverage, your age and the type of plan you apply for.

### Applying for the portability feature

Portability is an option that enables you, as a BeneFlex Employee Life participant, to obtain similar group term life insurance coverage after you terminate employment for any reason except:

- retirement
- termination under the terms of the Total and Permanent Disability Income Plan
- termination under a voluntary or involuntary termination initiative

You cannot choose to port coverage if you previously assigned your benefits under this Plan. The assignee, however, may port the coverage on your life.

You can chose the portability feature only if you are less than age 70.

You must contact the insurance company within 31 days of the loss of your coverage under this Plan to obtain a portability application.

The minimum coverage amount that you can port is $20,000; the maximum amount is $1,000,000. You may request an increase in the amount of your coverage at the time of application only. Any request for an increase in coverage requires Evidence of insurability.

When you reach age 65, coverage is reduced to 60% of the coverage amount and coverage terminates at age 70.

You will be direct-billed for premiums due by the insurance company.

### *Naming a beneficiary*

To name one or more beneficiaries, you must contact DuPont Connection. You may name anyone you choose as your beneficiary. Your beneficiary can be one individual or several individuals.

If you want benefits to be shared among two or more individuals, you can arrange to have them share the benefit equally or according to a percentage of the total.

You may designate a beneficiary as primary or contingent. A primary beneficiary is the person you name to receive any benefits provided by the Plan if you die. You can name more than one primary beneficiary. A contingent beneficiary is an alternate beneficiary who receives your benefit if your primary beneficiary dies before you.

If you do not designate beneficiaries or if your beneficiary does not survive you, benefits will be paid in order to the first of the following survivors: your wife or husband, followed by your child or children (equally), followed by your mother and/or father (equally), followed by your sisters and/or brothers (equally), followed by your estate.

If you would like to assign your benefit, refer to the "Assignment of benefits" section.

You may change your beneficiary at any time by contacting DuPont Connection and requesting a new beneficiary designation. You cannot change your beneficiary, however, if you assigned your benefits.

If you switch *from* Alternative Coverage *to* one of the other BeneFlex Employee Life Insurance options and do not make a new beneficiary designation, any beneficiaries that you previously named under the NonContributory and Contributory Life Insurance Plans will remain as beneficiaries until you make a change.

## ERISA Rights

As a participant in the BeneFlex Employee Life Insurance Plan, you are entitled to certain rights and protections under ERISA. ERISA entitles you to:

- examine, at the Plan Administrator's office and other specified locations, including work sites and union halls if applicable, without charge, all Plan documents governing the Plan. These documents may include insurance contracts, collective bargaining agreements if applicable, and the latest annual report (Form 5500) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- obtain, after sending a written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements if applicable, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. You may be asked to pay a fee for the copies.

- receive a written summary of the Plan's annual financial report. The Plan Administrator is required by law to provide each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties on the people responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries," have a duty to do so prudently and in the best interest of you and other Plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are several steps you can take to enforce your rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive it within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the Plan Administrator's control.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack of decision about the qualified status of a domestic relations order or medical child support order, you may file suit in federal court. If Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about your Plan, contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory. You may also contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Plan Sponsor

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

Other companies related to DuPont also adopt the Plan for the benefit of their employees from time to time. You can get a list of adopting employers and their addresses from the Plan Administrator.

## Plan Name

This summary describes benefits for the BeneFlex Employee Life Insurance Plan.

## Type of Plan and Administration

The Plan is a welfare plan as defined by the Employee Retirement Income Security Act of 1974 (ERISA) that provides group life insurance benefits. The Company may have contracts with one or more insurance companies for the purpose of providing any benefits under this Plan.

## Plan Administrator

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

## Plan Insurer

The Prudential Insurance Company of America
290 West Mount Pleasant Avenue
Livingston, NJ 07039
Phone: 1-888-257-0412

## Plan Sponsor's Employer Identification Number (EIN)

The EIN is 51-0014090.

## Plan Number

The Plan number is 501.

## Plan Year

The Plan Year is January 1 through December 31.

## Source of Benefits Funding

The Company pays the entire cost of coverage up to one times your Normal Annual Earnings. You pay the entire cost of additional coverage.

## Agent for Service of Legal Process

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

# CONTACTS

## For Questions Regarding Eligibility and Enrollment

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955
Online: http://resources.hewitt.com/dupont

## For Appealing a Claim

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955
Online: http://resources.hewitt.com/dupont

## To Convert or to Port your Coverage

The Prudential Insurance Company of America
250 Gibraltar Road
Horsham, PA 19044
Phone: 1-800-778-3827

## For Filing a Claim

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955
Online: http://resources.hewitt.com/dupont

## For Providing Evidence of Insurability (EOI)

The Prudential Insurance Company of America
290 West Mount Pleasant Avenue
Livingston, NJ 07039
Phone: 1-888-257-0412

## For Review of Beneficiary on File

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-755-5955
Online: http://resources.hewitt.com/dupont

## For Beneficiary Designations

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955
Online: http://resources.hewitt.com/dupont

# DICTIONARY TERMS

The following terms are highlighted throughout the SPDs. In this section, you will find the definitions for these terms to help clarify their meaning and to provide information to better help you understand the provisions of your benefit plans.

### *After-tax paycheck deductions*

Contributions taken from your pay after applicable federal, state and local taxes are withheld.

### *Appeal*

A request for reconsideration of a denied claim. Either the Claims Administrator or the Plan Administrator reviews the appeal and decides if the claim's previous denial should be overturned. Certain inquiries are governed by requirements set forth by the Employee Retirement Income Security Act of 1974 (ERISA), including how appeals are submitted and responded to, relevant time frames and responsibilities of the claimant, the Claims Administrator and the Plan Administrator.

### *Automatic enrollment*

The Plan does not require the employee, upon becoming eligible for coverage, to make an election for coverage to begin.

### *Before-tax paycheck deductions*

Contributions taken from your paycheck before applicable federal, state, local and other taxes are withheld.

**Beneficiary**

The person entitled to benefits if you or a covered person dies. You name or designate the beneficiary.

**BeneFlex Election Change Period**

The period of time each year designated by the Company when employees may generally make changes to their benefit elections.

**Company**

The organization you work for and that provides your benefit program.

**Disability**

A condition that causes you to be unable to perform regular job duties.

**ERISA** (Employee Retirement Income Security Act of 1974)

This federal law requires employee benefit plans to disclose information about the plan to participants and establish claims procedures.

**Evidence of insurability** (proof of good health)

In some cases, the insurance company may require you to complete a medical questionnaire or have a physical exam to receive coverage.

**Full-Service Employee**

Any person designated by the Company as a full-time employee. Any employee who works at least 20 hours per week on a regular basis is considered a Full-Service Employee.

**Grandfather Option/Grandfathering**

The ability of an employee who participated in NonContributory and Contributory Group Life Insurance Plans, before the introduction of BeneFlex Employee Life Insurance in 1992, to make an election to retain the rights and benefits under those plans.

**Lump-sum payment**

A one-time payment of your entire benefit.

**Monthly premium**

The amount of money you pay each month for your benefit coverage.

**Normal Annual Earnings (NAE)**

See "Pay."

### Occupational accidental death

A death caused by, and as a direct result of, a sudden, external, violent and purely accidental means, sustained out of, and as a direct result of, employment with the Company.

### Plan Year

The 12-month period, or policy or fiscal year on which the Plan's records are kept. The Plan Year runs from January 1 through December 31.

### Pay (Normal Annual Earnings)

For purposes of these plans, your pay is defined as your regular rate of pay computed on an annual basis without considering occasional or temporary variations from normal working hours, awards under special compensation plans or payments for relocation, severance, or other special payments. It includes such pay as shift differential, regular scheduled overtime and Sunday premium pay.

### Portability

Subject to restrictions, the right to apply for similar life insurance coverage without Evidence of insurability in the event you are no longer eligible under the group coverage.

### Qualifying Life Event

An event recognized by Section 125 of the Internal Revenue code that entitles you to make a change in the benefit election you made.

### Spouse

Your lawful husband or wife.

### Summary Plan Description (SPD)

A legally required document intended to help you understand your benefits, how the Plan operates, how to file claims, and your rights and responsibilities as a Plan participant. It does not describe every feature in the Plan and it is not intended to be a full statement of the Plan documents.

### Term life insurance

Provides you with pure death coverage equal to the face value for the period the coverage is paid for and effective. There is no cash, loan or paid-up value.

### Terminally ill

A medical condition from which you are expected to die within 12 months.

### Total disability (totally and permanently disabled)

An illness or injury that prevents you from engaging in any type of gainful employment, as defined by the Company.

This document is printed on paper containing
DuPont™ RPS Vantage® titanium dioxide.

K-01441   (7/03)



The miracles of science™

# EXHIBIT H

BENEFLEX

VACATION BUYING PLAN

Originally Adopted - January 1, 1992

E. I. du Pont de Nemours and Company

BENEFLEX
VACATION BUYING PLAN

I.    PURPOSE

The purpose of this Plan is to provide employees with the opportunity to buy up to one week (maximum forty (40) hours) of vacation time.

II.    DEFINITIONS

1.    The term "Company" means E. I. du Pont de Nemours and Company, any wholly owned subsidiary or part thereof and any partnership or joint venture in which E. I. du Pont de Nemours and Company is joined which adopts this Plan with the approval of the Company, or such person or persons as the Company may designate.

2.    The term "employee" means a "Full Service Employee" as such term is defined in the Company's Continuity of Service Rules.

3.    The term "Plan" means the BeneFlex Vacation Buying Plan as set forth herein, with any and all amendments hereto.

4.    The term "Plan Year" means the calendar year January 1 through December 31.

5.    The term "earned vacation" means the vacation with pay to which the employee is entitled under the Vacation Plan of the Company.

6.    The term "banked vacation" means the portion of an employee's earned vacation that has been carried forward to a succeeding year under the terms of the Vacation Plan of the Company.

III.    ELIGIBILITY

Employees are eligible to participate in this Plan without regard to length of Company Service.

IV. PARTICIPATION

Participation in this Plan shall become effective only if the employee elects to participate in this Plan in connection with the BeneFlex Flexible Benefits Plan. An employee who fails to make an election for the BeneFlex Flexible Benefits Plan for the succeeding Plan Year will be deemed to have made the election specified as the default election. A new employee will have no coverage under this Plan until an election is made.

## V.    VACATION BUYING BENEFITS

An Employee may elect to buy up to one week (maximum forty (40) hours) in hourly increments consistent with the following conditions:

1.    Purchased vacation shall be scheduled in advance and in accordance with the vacation scheduling practices of the employee's work group, considering both the wishes of the employee and the efficient operation of the group.

2.    Purchased vacation must be taken in accordance with the employee's work group practices regarding vacation increments.

3.    Purchased vacation shall be scheduled in the Plan Year and may not continue into a succeeding year.

4.    Earned and banked vacation must be used before purchased vacation.

## VI.    PRICE OF COVERAGE

The price of coverage under this Plan during each Plan Year will be determined by the Company. The price of coverage will be deducted from the participating employee's compensation. A new employee will have the annual price deducted on a monthly basis over the remaining months in the Plan year.

## VII.    PAY FOR PURCHASED VACATION

1.    When the purchased vaction is taken, the amount of vacation pay for each week of purchased vacation shall be the employee's current hourly rate of pay or current average hourly earnings, or equivalent for salary employees, including pay for regularly scheduled overtime, applicable shift differential and any premium pay for Sunday work as such, multiplied by the number of hours constituting the work week at the employee's point of employment but by not less than forty hours; provided, however, that in cases where the individual employee's regular work week is less than forty hours, the number of hours in his regular work week shall govern.

2.    Pay for purchased vacation may not be drawn in advance.

## VIII.    ORDERING VACATION DAYS

An employee will be deemed to have used earned vacation and banked vacation before purchased vacation.

## IX.    CASHING OUT UNUSED PURCHASED VACATION

An employee may elect to receive in cash the price paid for unused purchased vacation provided that the election is made in accordance with specified procedures. Any purchased

vacation not taken during the Plan Year or cashed out in accordance with specified procedures shall be forfeited.

## X.    TERMINATION OF EMPLOYMENT

An employee who has unused purchased vacation at the time of termination or retirement will be reimbursed the price paid for the unused purchased vacation. An employee who has not paid for all purchased vacation used before the time of termination or retirement will pay for the used purchased vacation in a lump-sum reduction of his final pay.

## XI.    IRREVOCABLE ELECTIONS

Elections made under the Plan (or deemed to have been made) shall be irrevocable and binding for the balance of the Plan Year.

## XI.    ADMINISTRATION

The Company is the Plan Administrator. The Company shall have the authority to control and manage the operation and administration of this Plan and to designate one or more persons to carry out the responsibilities of the operation and administration of this Plan. The Company shall have the discretionary right to determine eligibility for benefits hereunder and to construe the terms and conditions of this Plan. The decision of the Company shall be final with respect to any questions arising as to the interpretation of this Plan.

## XII.    MODIFICATION OR TERMINATION OF THE PLAN

The Company reserves the sole right to change or discontinue this plan in its discretion provided, however, that any change in price or level of coverage shall be announced at the time of annual enrollment and shall not be changed during a Plan Year unless coverage provided by an independent, third-party provider is significantly curtailed or decreased during the Plan Year. Termination of this Plan will not be effective until one year following announcement of such change by the Company.

If any provision of this Plan is or in the future becomes contrary to any applicable law, rule, regulation or order issued by competent government authority, the Company reserves the sole right to amend or discontinue this Plan in its discretion without notice.

5

# EXHIBIT I

## Your DuPont Benefit Resources

# BeneFlex Vacation Buying Plan

**July 2003**

As of July 2003, participating employers in the BeneFlex Vacation Buying Plan include:

- E. I. du Pont de Nemours and Company

- DuPont Dow Elastomers L.L.C.

- Solae, L.L.C.

- DuPont Textiles & Interiors, Inc.

- DuPont Photonics Technologies, L.L.C.

- DuPont Protective Apparel Marketing Company

All references to "the Company" in this document pertain to the specific company that employs you.



*The miracles of science™*

# TABLE OF CONTENTS

DETAILS OF THE PLAN ......................................................................................................1

    PREFACE ..........................................................................................................................1

    INTRODUCTION ...............................................................................................................1

    ELIGIBILITY .....................................................................................................................1

    ENROLLMENT ..................................................................................................................2

    PLAN BENEFIT ................................................................................................................3

    ABOUT YOUR COVERAGE ..............................................................................................5

    FUTURE OF THE PLAN .....................................................................................................5

ADMINISTRATIVE INFORMATION .....................................................................................6

    ERISA RIGHTS ..............................................................................................................6

    PLAN SPONSOR ...............................................................................................................7

    PLAN NAME ....................................................................................................................7

    TYPE OF PLAN AND ADMINISTRATION ..........................................................................7

    PLAN ADMINISTRATOR ...................................................................................................7

    PLAN SPONSOR'S EMPLOYER IDENTIFICATION NUMBER (EIN) ...................................8

    PLAN NUMBER ...............................................................................................................8

    PLAN YEAR ....................................................................................................................8

    SOURCE OF BENEFITS FUNDING .....................................................................................8

    AGENT FOR SERVICE OF LEGAL PROCESS .....................................................................8

CONTACTS ..........................................................................................................................8

    FOR QUESTIONS REGARDING ELIGIBILITY OR ENROLLMENT ........................................8

    TO CASH OUT UNUSED PURCHASED VACATION HOURS ................................................8

    TO APPEAL A CLAIM FOR PURCHASED VACATION .......................................................9

DICTIONARY TERMS ..........................................................................................................9

# DETAILS OF THE PLAN

## Preface

This **Summary Plan Description (SPD)** provides a concise description of Plan coverage available for you.

While this SPD contains detailed and important information about your benefit Plan, every attempt has been made to communicate that information clearly and in easily understandable terms.

While the **Company** intends to continue the benefits and policies described in this booklet, the Company reserves the right to change, modify or discontinue the Plan at its discretion at any time. This SPD does not constitute a contract of employment or guarantee any particular benefit.

In the event of a discrepancy between this SPD and the Plan document, the Plan document will govern.

## Introduction

Sometimes the amount of **earned vacation** time we have just is not enough for that special trip or event we are planning. The Company offers Vacation Buying, through BeneFlex. You can purchase up to a week (maximum of 40 hours) of extra vacation time—that is time off in addition to your earned and **banked vacation**.

BeneFlex Vacation Buying may be the right choice for you if:

• you're a new employee with limited vacation time

• you need extra time off for a special vacation

• your spouse has more vacation time than you

• you just want some extra time off

You can spread the cost over the **Plan Year** on a before-tax basis. You receive your pay when you take the time off - simply schedule your purchased vacation in advance, just like regular vacation.

## Eligibility

### *Eligible employees*

You are eligible for BeneFlex Vacation Buying if you are:

• **a Full-Service Employee** of DuPont U.S. Region

• a Full-Service Employee of a participating DuPont subsidiary or joint venture that has adopted this Plan

Since January 1, 1992, the BeneFlex Flexible Benefit Plan has been offered to all DuPont U.S. Region employees. However, you are not eligible for BeneFlex Vacation Buying if you are an employee, or dependent of such employee, in a bargaining unit represented by a union for collective bargaining unless and until the site manager has authorized the benefit, collective bargaining on the subject has taken place, and any requisite obligations thereunder have been fulfilled.

# Enrollment

### Enrolling in the plan

You can enroll in BeneFlex Vacation Buying during the annual **BeneFlex Election Change Period** or when you first become eligible. You enroll:

- by calling DuPont Connection toll-free at 1-800-775-5955
- by visiting BeneFlex OnLine at http://resources.hewitt.com/dupont

Coverage will stay in effect for the entire **Plan Year**, January 1 through December 31.

You do not have to re-enroll each year. If you do not make a change during the annual BeneFlex Election Change Period, you will remain enrolled in Vacation Buying for the following year.

If you are a newly hired employee, you must call DuPont Connection to make your benefit elections within 31 days of the date on your new hire package that is mailed to you. If you do not enroll, you will be defaulted to no coverage.

If you do not enroll when you first become eligible, you may elect BeneFlex Vacation Buying during the next annual BeneFlex Election Change Period.

You may not elect BeneFlex Vacation Buying during the Plan Year even if you have a **Qualifying Life Event**.

### When coverage begins

When you elect BeneFlex Vacation Buying during the annual BeneFlex Change Period, your coverage begins January 1 of the new Plan Year.

If you are a new hire that elected Vacation Buying during the Plan Year, your election becomes effective the first of the month following your election.

### Making changes

You may not change your BeneFlex Vacation Buying election during the Plan Year, even if you have a Qualifying Life Event.

### Changes during the annual BeneFlex Election Change Period

You may change your BeneFlex elections once each year during the annual BeneFlex Election Change Period.

During the annual BeneFlex Election Change Period, you may do any of the following:

- enroll to participate,
- cancel your participation,
- change the number of hours you purchase.

All changes in the BeneFlex Vacation Buying Plan made during the BeneFlex Election Change Period will become effective on the first day (January 1) of the new Plan Year.

## Plan Benefit

### *How BeneFlex Vacation Buying works*

You may buy additional vacation with **before-tax deductions** from your paycheck. Purchase up to one week (a maximum of 40 hours) for the year. Purchase any number of whole hours up to 40, consistent with vacation practices for your work group. If your normal work week is less than 40 hours, you can purchase up to the total number of hours in your work week. Purchase the time and follow the usual vacation scheduling practices of your work group.

### *Basic rules*

The extra vacation time that you purchase is available at the beginning of the Plan Year. However, *you must use all your earned and banked vacation days before you can use purchased time.*

You must use your purchased vacation time by the end of the Plan Year. If you find that you are not able to use all your purchased hours, contact DuPont Connection before December 1 to arrange for a taxable cash reimbursement, known as a "**vacation cash-out**," in December.

Once you elect a vacation cash-out, your election cannot be changed.

If you elect to cash out your unused purchased vacation, your deductions will continue and the value of the reimbursed vacation hours will be included in your last paycheck in December.

If you do not arrange for reimbursement by December 1 and do not use your purchased hours by the end of the year, you lose these hours and the money you paid for them.

You cannot bank purchased vacation, nor can you sell earned vacation days.

Pay for purchased vacation may not be advanced.

If you terminate employment during the year, the remaining annual cost for the elected purchased vacation will be deducted from your final pay. If you have not used all the purchased vacation, you will receive a taxable refund in your final pay for the unused hours.

### *Buying extra vacation*

The price of extra vacation hours is based on your **Normal Annual Earnings** when BeneFlex prices are established each year and the number of extra vacation hours you want to buy. The following example illustrates how your price is determined:

| *Example* | |
|---|---|
| Your Normal Annual Earnings | $33,200 divided by 2,080 hours = |
| Your Annual Price per Hour | $15.96 divided by 12 months = |
| Your Monthly Price per Hour | $1.33 |

| | Your Monthly Price Per Hour | | Number of Extra Vacation Hours You Want | | Your Monthly Price |
|---|---|---|---|---|---|
| Example 1 | $1.33 | × | 8 | = | $10.64 |
| Example 2 | $1.33 | × | 20 | = | $26.60 |
| Example 3 | $1.33 | × | 40 | = | $53.20 |

Each fall, prior to the BeneFlex Election Change Period, you will receive your personal monthly price per hour for any vacation you want to buy. Just multiply this number by the number of extra vacation hours you want to buy and that is your monthly price. Keep in mind that these figures are only examples and have been rounded for simplicity. Your actual monthly price may be more or less, depending on your pay rate.

When you purchase extra vacation hours through deductions from your paycheck, the monthly price is deducted in equal amounts throughout the Plan Year. This amount does not increase during the year, even if you receive a pay raise.

### *How to use your purchased vacation*

To use the vacation hours that you purchase, you must schedule time off in advance and in accordance with the vacation scheduling practices of your work group. In addition, you must schedule time off in increments that are consistent with how your work group takes vacation time; for example, in hours or in days. You must schedule and use the purchased vacation hours in the same Plan Year you bought them.

You must contact your Site Human Resources representative if you believe you are:

• denied the ability to use the vacation hours your purchase, or

• denied the ability to be reimbursed for unused vacation hours, or

• do not believe that the price of the hours you purchase or are reimbursed is accurate

You should seek a clearer explanation of any denial of the vacation hours you purchase or the calculations used to determine the price of your hours from your Site Human Resources representative.

### *Appealing a claim for purchased vacation benefits*

You have the right to request, free of charge, access to and copies of all documents, records and other information relevant to your claim for purchased vacation benefits. If, after contacting your Site Human Resources representative and requesting additional information, you still have not received an adequate explanation concerning your claim for benefits under the Plan, you have a legal right to appeal the denial or partial denial of your claim.

Your final **appeal** is to DuPont. To appeal the denial, you should notify DuPont Connection in writing requesting a claim review. The request for the appeal should include additional documentation supporting the claim for purchased vacation benefits and the reasons why you disagree with the decision.

The request for appeal should include:

• the specific reasons why you think the claim should be reconsidered and approved

• any additional documentation that supports the approval of the claim

You must make this request in a timely manner, preferably within 60 days after you receive the original claim decision or after you receive a claim denial.

You will receive information about the final decision from DuPont Connection which will respond within 60 days for post-service claims (or 15 days for pre-service claims).

Special circumstances may cause the review to take longer. You will be notified if the review is extended and the reason for the extension.

When you are notified of the final decision, the notice will provide the reason for the decision and the specific Plan provisions on which it is based. DuPont, as Plan Administrator, has full discretion and authority to interpret Plan provisions, resolve any ambiguities and evaluate claims. The decision made by DuPont is final and binding.

The exhaustion of the claim and appeal procedure is mandatory for resolving any claim arising under this Plan. Applicable law requires you to pursue all claim and appeal rights on a timely basis before seeking any other legal recourse regarding claims for benefits.

### *How the Plan will handle your appeal*

In reviewing your appeal, all information that you submit, regardless of whether that information was considered at the time you submitted your initial claim, will be considered and a new review will be completed. The party reviewing your appeal will not have participated in the original claim determination and will not be a subordinate of the party who made the original claim determination.

## About Your Coverage

### *If you leave the Company*

Your BeneFlex Vacation Buying Plan ends when you leave the Company for any reason, including retirement, and are no longer employed as an active Full-Service Employee.

If you terminate during the Plan Year, the remaining annual cost for purchased vacation you elected will be deducted from your final pay. If you have not used all of the vacation you purchased, you will receive a taxable reimbursement for unused hours in your final pay.

### *Coverage when you are not working*

Taking a leave of absence does not affect your BeneFlex Vacation Buying Plan.

You may use purchased vacation only during periods of scheduled work.

You are responsible for continued payment of your purchased vacation cost while you are on an unpaid leave of absence.

## Future of the Plan

While the Company intends to continue the benefits and policies described in this booklet, the Company reserves the right to suspend, modify, or terminate this Plan at its discretion at any time.

# ADMINISTRATIVE INFORMATION

The information presented in this Summary Plan Description is intended to comply with the disclosure requirements of the regulations issued by the U.S. Department of Labor under the Employee Retirement Income Security Act of 1974 (**ERISA**).

### Overpayments and other errors

If a benefit is paid that is larger than the amount allowed by the Plan, the Plan has a right to recover the excess amount from the person or agency who received it. Erroneous statements will not change the rights or obligations under the Plan and will not operate to grant additional benefits or coverage.

## ERISA Rights

As a participant in the BeneFlex Vacation Buying Plan, you are entitled to certain rights and protections under ERISA. ERISA entitles you to:

- examine, at the Plan Administrator's office and other specified locations, including work sites and union halls if applicable, without charge, all Plan documents governing the Plan. These documents may include insurance contracts, collective bargaining agreements if applicable, and the latest annual report (Form 5500) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- obtain, after sending a written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements if applicable, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. You may be asked to pay a fee for the copies.

- receive a written summary of the Plan's annual financial report. The Plan Administrator is required by law to provide each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties on the people responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries," have a duty to do so prudently and in the best interest of you and other Plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to **appeal** any denial, all within certain time schedules.

Under ERISA, there are several steps you can take to enforce your rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive it within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide


the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the Administrator's control.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack of decision about the qualified status of a domestic relations order or medical child support order, you may file suit in federal court. If Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about your Plan, contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory. You may also contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Plan Sponsor

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

Other companies related to DuPont also adopt the Plan for the benefit of their employees from time to time. You can get a list of adopting employers and their addresses from the Plan Administrator.

## Plan Name

This summary describes benefits for the BeneFlex Vacation Buying Plan.

## Type of Plan and Administration

The Plan is a welfare plan as defined by the Employee Retirement Income Security Act of 1974 (ERISA) that makes additional vacation available. The Plan is administered by the Company.

## Plan Administrator

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

## Plan Sponsor's Employer Identification Number (EIN)

The EIN is 51-0014090.

## Plan Number

The BeneFlex Vacation Buying Plan is part of the BeneFlex Flexible Benefit Plan number 513.

## Plan Year

The Plan Year is January 1 through December 31.

## Source of Benefits Funding

The benefit is purchased by payroll deductions of the employees who select it.

## Agent for Service of Legal Process

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

# CONTACTS

## For Questions Regarding Eligibility or Enrollment

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955
http://resources.hewitt.com/dupont
or your Site Human Resources representative.

## To Cash Out Unused Purchased Vacation Hours

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955
http://resources.hewitt.com/dupont

## To Appeal a Claim for Purchased Vacation

DuPont Connection
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955
http://resources.hewitt.com/dupont

# DICTIONARY TERMS

The following terms are highlighted throughout the SPDs. In this section, you will find the definitions for these terms to help clarify their meaning and to provide information to better help you understand the provisions of your benefit Plan.

### Appeal

A request for reconsideration of a denied claim. Either the Claims Administrator or the Plan Administrator reviews the appeal and decides if the claim's previous denial should be overturned. Certain appeals are governed by requirements set forth by the Employee Retirement Income Security Act of 1974 (ERISA), including how appeals are submitted and responded to, relevant time frames and responsibilities of the claimant, the Claims Administrator and the Plan Administrator.

### Banked vacation

Earned vacation that you did not take in the year it was accrued but were eligible to "carry over" under provisions of the Company's Vacation Plan.

### Before-tax paycheck deductions

Contributions taken from your pay before applicable federal, state and local taxes are withheld.

### BeneFlex Election Change Period

The period of time each year designated by the Company when employees may generally make changes to their benefit elections.

### Company

The association or organization you work for and that provides your benefit program.

### Earned vacation

The amount of vacation you have accrued under the Company's Vacation Plan based on your length of service with the Company.

### ERISA (Employee Retirement Income Security Act of 1974)

This federal law requires employee benefit plans to disclose information about the plan to participants and establish claims procedures.

### Full-Service Employee

Any person designated by the Company as a full-time employee. Any employee who works at least 20 hours per week on a regular basis is considered a Full-Service Employee.

### Normal Annual Earnings

Your regular rate of pay without considering occasional or temporary variations from normal working hours, awards under special compensation plans or payments for relocation, severance, or other special payments. Includes such things as shift differential, regular scheduled overtime and Sunday premium pay.

### Plan Year

The 12-month period, or policy or fiscal year on which the Plan's records are kept. The Plan Year runs from January 1 through December 31.

### Qualifying Life Event (QLE)

An event recognized by Section 125 of the Internal Revenue Code that entitles you to make a change in the benefit elections you made. No changes to Vacation Buying elections are permitted mid-year due to a Qualifying Life Event.

### Summary Plan Description (SPD)

A legally required document intended to help you understand your benefits, how the Plan operates, how to file claims, and your rights and responsibilities as a Plan participant. It does not describe every feature in the Plan and it is not intended to be a full statement of the Plan documents.

### Vacation cash-out

The taxable, cash reimbursement of the price paid for unused vacation hours. An active employee must elect a vacation cash-out prior to December 1 for reimbursement in the final pay in December. A terminating employee receives reimbursement for unused purchased vacation in their final pay.

This document is printed on paper containing DuPont™ RPS Vantage® titanium dioxide.



*The miracles of science*™

# EXHIBIT J

VACATION PLAN

Originally Adopted - January 1, 1934

Last Amended – January 1, 2003

E. I. du Pont de Nemours and Company

# VACATION PLAN

I.        PURPOSE

       The purpose of this Plan is to provide annual vacations with pay for the Company's employees.

II.       DEFINITIONS

       1. The term "employee" means a "Full Service Employee" as such term is defined in the Company's Continuity of Service Rules.

       2. The term "Company" means E. I. du Pont de Nemours and Company and/or any wholly owned subsidiary which adopts this Plan with the approval of the Executive Committee, or such person or persons as the Executive Committee may designate.

       3. The term "service" means the length of an employee's period of "continuous service" as determined under the provisions of the Company's Continuity of Service Rules.

       4. The term "week" means seven consecutive calendar days including Saturday and Sunday.

III.       ELIGIBILITY AND LENGTH OF VACATION

       The following shall determine when an employee is eligible for vacation with pay:

       1. An employee who is on the payroll on December 31 of the preceding year is eligible for vacation in the current calendar year as shown below:

| Years of Continuous Service | Weeks of Vacation |
|---|---|
| One but less than five | Two |
| Five but less than ten | Three |
| Ten but less than twenty | Four |
| Twenty but less than thirty | Five |
| Thirty or more | Six |

       2. An employee placed on the roll prior to July 1 of the current calendar year is eligible for one week of vacation during the current calendar year.

       3. An employee who is placed on the roll following a period of prior employment for which immediate service credit is granted and whose adjusted service date, as determined under the provisions of the Company's Continuity of Service Rules, precedes January 1 of the

current calendar year, is eligible for vacation in the current calendar year under the following conditions:  a) full vacation if reemployed before July 1 of the current calendar year, b) one half of a full vacation if reemployed after June 30 but prior to September 1 of the current calendar year and c) no vacation if reemployed on or after September 1 of the current calendar year.

4. A portion of a current year's vacation may be carried forward to a succeeding year or years to the extent shown below:

| Years of Continuous Service | Weeks Carried Forward For Any Year | Maximum Weeks Carried Forward |
|---|---|---|
| Five but less than ten | One | Three |
| Ten but less than twenty | Two | Four |
| Twenty but less than thirty | Three | Five |
| Thirty or more | Four | Six |

5. If a holiday falls within the employee's regularly scheduled vacation period and the holiday is one that has been designated at the employment point as being recognized for the purpose of extending vacations under this Plan, he shall be granted additional vacation for the holiday.

## IV.    VACATION PAY

1. The amount of vacation pay for each week of vacation shall be the employee's current hourly rate of pay or current average hourly earnings, or equivalent for salary employees, including pay for regularly scheduled overtime, applicable shift differential and any premium pay for Sunday work as such, multiplied by the number of hours constituting the workweek at the employee's point of employment but by not less than forty hours; provided, however, that in cases where the individual employee's regular workweek is less than forty hours, the number of hours in his regular workweek shall govern.

2. Vacation pay may be drawn in advance.

## V.    SCHEDULING VACATIONS

1. Vacations will be scheduled in advance, and at such times during the year as Management finds most suitable, considering both the wishes of the employees and the efficient operation of the unit concerned.

2. A vacation may be rescheduled for a later date for reasons approved by Management, or in case of disability occurring prior to the beginning of an employee's vacation. In case disability occurs during an employee's vacation, any remaining full days of vacation may be rescheduled if approved by Management.

VI.    GENERAL REGULATIONS

1.    Except as provided in paragraph 4 of Section III, vacations should not be postponed from one year to another and made cumulative. However, the final week of an employee's vacation may continue into the succeeding year providing such week begins in the current calendar year.

2.    A vacation may not be waived by an employee and extra pay received for work during that period.

3.    An employee who is not eligible for a vacation at the time of a plant shutdown for vacation purposes, and who receives no pay from the Company during the shutdown period, may later be granted the vacation pay for such period if and when he becomes entitled to a vacation for the same calendar year.

VII.    TERMINATION OF SERVICE

1. An employee with at least one year's service who is retired or terminated for any reason is entitled to a vacation allowance for any unused vacation for which he is eligible, unless he is transferred to or employed by a subsidiary of DuPont or a joint venture of DuPont that participates in this Plan or that recognizes DuPont service. If he has less than a year's service, he is similarly entitled to a vacation allowance for any unused vacation unless the reason for termination is discharge, failure to return from a leave of absence or voluntary resignation, unless he is transferred to or employed by a subsidiary of DuPont or a joint venture of DuPont that participates in this Plan or that recognizes DuPont service.

2. An employee who is transferred to or employed by a subsidiary of DuPont or a joint venture of DuPont that participates in this Plan or that recognizes DuPont service will not be eligible for a vacation allowance at the time of termination or retirement from DuPont. An employee who is eligible for a vacation at the time of termination or retirement will be granted an allowance in an amount equal to the current hourly rate of pay or current average hourly earnings, or equivalent for salary employees, including pay for regularly scheduled overtime, applicable shift differential and any premium pay for Sunday work as such, multiplied by 40 hours for each week accrued; provided, however, that in cases where the individual employee's regular workweek was less than forty hours, the number of hours in his regular workweek shall govern.

VIII.    CHANGES TO OR DISCONTINUANCE OF THE PLAN

The Company reserves the right to change or discontinue this Plan if it determines that such action is advisable; provided, however, no change in the Plan will be made which has the effect of reducing vacation benefits for any calendar year unless such change has been announced in the preceding year.

# EXHIBIT K



## Your DuPont
## Benefit Resources

# Vacations,
# Holidays
# and
# Additional
# Benefits



July 1998

## Vacations, Holidays & Additional Benefits -- Summary

*DuPont recognizes the importance of having time away from work for fun and relaxation.*

*Each year, you are eligible for paid vacation time that ranges from one to six weeks, depending on your length of service with DuPont or with a subsidiary or affiliated company that has adopted this plan.*

*In addition, you get 11 paid holidays each year.*

*The additional benefits described in the following pages represent the DuPont plans and programs designed*

- *to allow time away from work for*
  - *leave of absence*
  - *death in the family, and*
  - *jury duty*

- *to recognize your contributions during your career with the Company through Service Awards*

- *to help you build financial security for your future through the Group IRA Program.*

*Details are in the following pages.*

# Vacations, Holidays & Additional Benefits – Table of Contents

## Details of the Plan

YOUR VACATION BENEFIT ...................................................................................................4

If You Are Rehired Following Termination.............................................................................4

Carrying Vacation Forward.....................................................................................................4

HOLIDAYS..............................................................................................................................4

LEAVES OF ABSENCE..........................................................................................................4

Military Leaves .....................................................................................................................4
Emergency and Training Duty ..............................................................................................5
How Military Duty Affects Your Service ..............................................................................5
Personal Leaves Without Pay................................................................................................5
Death in the Family...............................................................................................................5
Jury Duty...............................................................................................................................5

SERVICE EMBLEMS..............................................................................................................5

Fifth and Tenth Anniversaries...............................................................................................5
Fifteenth and Twentieth Anniversaries .................................................................................6
Twenty-Fifth Anniversary.....................................................................................................6
Thirtieth Anniversary and Above..........................................................................................6

GROUP IRA PROGRAM .........................................................................................................6

How Your Contributions Are Invested ..................................................................................6
How Much You May Contribute.............................................................................................6
Tax-Deductible Contributions ...............................................................................................6
How to Enroll........................................................................................................................7
If You Leave...........................................................................................................................7
When Your IRA Is Paid Out ..................................................................................................7

ADMINISTRATIVE INFORMATION ......................................................................................8

PLAN ADMINISTRATION.....................................................................................................8
FUTURE OF THESE PLANS AND PROGRAMS....................................................................8

## Vacations, Holidays & Additional Benefits

### YOUR VACATION BENEFIT

Your vacation benefit depends on your service with DuPont.

If you are hired as a full-service employee prior to July 1, you are eligible to receive one week's vacation during the current calendar year.

Once you've completed a year of service, you are eligible for two weeks of vacation. As your service grows, you become eligible for more vacation, as this schedule shows:

| With This Many Years Of Service | You're Entitled to This Many Weeks Each Year |
|---|---|
| 1 through 4 | 2 |
| 5 through 9 | 3 |
| 10 through 19 | 4 |
| 20 through 29 | 5 |
| 30 or more | 6 |

### If You Are Rehired Following Termination

If you are rehired and receive immediate credit for your past service, you may also qualify for vacation eligibility in the year of rehire. When your adjusted service date (ASD) is before January 1 of your year of rehire, and you are rehired prior to July 1, you qualify to take full vacation (as shown in the above table) based on your total DuPont service. If rehired between July 1 and August 31, you are eligible for half the weeks of vacation shown on the table.

If rehired between September 1 and December 31, no vacation is granted in your rehire year. Of course, if you had already been paid for the current year's vacation entitlement at termination, you would not receive it again in the same year.

For example, if an employee had been terminated last year and was rehired on June 1 of this year, that employee would have a new adjusted service date (ASD). If the ASD was prior to January 1 of the current year, that employee would qualify for the full vacation shown in the table above.

### Carrying Vacation Forward

After five years of service, you may carry some of your vacation forward to the next year. Specifically, the carry-forward feature works like this:

| With This Many Years Of Service | You May Carry Forward This Many Weeks Each Year | But the Total Carried at Any One Time Cannot Exceed |
|---|---|---|
| 5 through 9 | 1 | 3 |
| 10 through 19 | 2 | 4 |
| 20 through 29 | 3 | 5 |
| 30 or more | 4 | 6 |

### HOLIDAYS

DuPont provides 11 paid holidays each year. The exact dates may vary from one year to the next and from site to site, so check with your supervision or Human Resources for the details.

### LEAVES OF ABSENCE

DuPont recognizes that there are circumstances that may sometimes require you to need time away from work. This section summarizes the Company's policies in such situations. In addition to the items discussed here, DuPont also provides **Family Leave**. For details, see the **Work/Life Benefits** booklet.

### Military Leaves

If you have at least one year of service and join the regular armed forces on active duty for a year or more, you receive two months' pay from DuPont. If you enlist in the Reserves, National Guard, or Coast Guard requiring you to go on active duty (usually three to six months, but not less than two weeks), you receive one-half month's pay.

## Vacations, Holidays & Additional Benefits

**Emergency and Training Duty**
Emergency and Training Duty are also recognized in the military leave policy. For regularly scheduled training encampments in the Reserves or National Guard, DuPont will make up the difference between your regular DuPont pay and your military pay, which can be for up to 17 consecutive calendar days of military duty each year.

If you are called in an emergency for civil disturbances or the like, DuPont continues your regular pay for up to 60 days. That means you receive your full pay from DuPont as well as your military pay.

**How Military Duty Affects Your Service**
You continue earning service under DuPont's Continuity of Service Rules during your time away from DuPont for military emergency and training duty, and you do not lose any vacation time in either case.

If you spend time in active military service and return to DuPont within the time limits prescribed by law (generally, within 90 days of discharge, provided the absence does not exceed 51 months), your military service is generally treated as DuPont service to determine your eligibility for other DuPont benefits, such as pension. See the **Pension and Retirement Plan** booklet for more details.

**Personal Leaves Without Pay**
Personal leave without pay is granted only for specific/exceptional purposes and requires approval by your supervision.

If you're out on personal leave without pay, your contributory DuPont benefits, such as Contributory Group Life Insurance, can continue if you pay the premiums. Notify DuPont Connection at 1-800-775-5955 that you want to continue your coverage before going on leave. Service credit is not given.

**Death in the Family**
DuPont recognizes that, in the case of a death in the immediate family, an employee may require time off to make necessary arrangements and attend the funeral of a loved one. For many years, DuPont employment locations have allowed an employee to be excused with pay when there is a death in the immediate family. Speak with your supervision or site Human Resources group to determine your site's policy.

**Jury Duty**
DuPont supports employees who fulfill their civic obligations by serving on jury duty. If you are called to jury duty, you receive your normal pay in addition to any jury-duty pay you receive.

If time allows, you are expected to report to work each day before and after jury duty, and to give as much attention as possible to your regular duties.

On the days you come to work and have jury duty, you are not expected to spend more than the total number of hours in your normal work schedule.

**SERVICE AWARDS**
You'll receive your first service award when you reach your five-year service anniversary. You may choose a new award at each five-year anniversary as follows:

**Fifth and Tenth Anniversaries**
- a gold emblem (based on the DuPont logo) in the form of a pin, necklace, charm, tie bar or tac, cuff links, money clip, key ring, or bracelet;
- a wood clock, wood desk set or wooden jewelry box;
- a pewter candy dish, pewter bud vase, or stainless service bowl;
- a crystal bowl, crystal glasses, crystal picture frame, crystal candy dish, crystal candlesticks;
- belt buckles;
- Scrimshaw pocket knife

# Vacations, Holidays & Additional Benefits

**Fifteenth and Twentieth Anniversaries**
- a gold emblem (based on the DuPont logo) in the form of a pin, necklace, charm, tie bar or tac, money clip, key ring, or bracelet;
- a gold-filled pen and pencil set;
- a black onyx necklace and earrings;
- a brass serving tray;
- a pewter set of coasters;
- a road traveler kit or portfolio case;
- a desk set or bookend set of Corian;
- a crystal vase, barware set or bowl/vase set;
- a DuPont-themed cotton throw

**Twenty-Fifth Anniversary**
- a gold emblem with a diamond (based on the DuPont logo) in the form of a pin, necklace, tie chain, tie bar or tac, belt buckle, knife, money clip, brooch, pendant, or cuff links;
- a mantle clock;
- a wrist watch;
- a pocket watch;
- a stainless serving tray;
- a 3-piece brass serving set;
- a 2-piece luggage set;
- a ring;
- a pair of crystal lamps

**Thirtieth Anniversary and Above**
- a gold emblem with diamonds (based on the DuPont logo) in the form of a pin, bracelet, tie chain, tie bar or tac, belt buckle, brooch, pendant, cuff links, knife, or money clip;
- a telescope;
- a collectible knife with display case;
- a wall clock, desk clock/weather instrument, or a wall clock/barometer;
- a crystal clock;
- binoculars;
- a pearl necklace, bracelet and earrings;
- a camera;
- a glass punch bowl set or a crystal clock;
- a flatware set with wooden storage chest;
- a brass lamp or desk set

At each five-year anniversary, you may select an award from the selection for that anniversary or any previous one.

Non-emblem items are subject to change, based on availability from suppliers.

## GROUP IRA PROGRAM

An IRA is a tax-sheltered investment designed to help you save for retirement. Taxes are deferred (not paid) on your investment earnings until the value of your account is paid out to you. Also, depending on your income level, your own contributions to an IRA may be tax deductible (see **Tax-Deductible Contributions**).

Through DuPont's Group IRA Program, you may contribute to an IRA through direct lump-sum contributions.

**How Your Contributions Are Invested**
Contributions to DuPont's Group IRA are invested in the funds of Fidelity Investments, Inc. There are a wide variety of Fidelity funds from which to choose. These various Fidelity funds with their individual investment options are described in brochures/prospectuses which are available from Fidelity by calling 1-800-962-1375.

**How Much You May Contribute**
You and your spouse may each contribute up to $2,000 each year to an IRA.

**Tax-Deductible Contributions**
The Tax Reform Act of 1986 established limits on the deductibility of IRA contributions for those people who are "active participants" in an employer-sponsored retirement plan, such as the DuPont Pension and Retirement Plan.

# Vacations, Holidays & Additional Benefits

Although you may continue to contribute up to $2,000 a year to an IRA, your income level determines whether your IRA contribution is tax deductible, as follows:

- If you are a single person with an Adjusted Gross Income[1] of less than $25,000 a year, or a married couple filing jointly with an Adjusted Gross Income of less than $40,000 a year, you can take the full IRS deduction for your contribution.

- If you are a single person with an Adjusted Gross Income of between $25,000 and $35,000 a year, or if you are a married couple filing jointly with an Adjusted Gross Income of between $40,000 and $50,000 a year, you may take a reduced IRA deduction. The percentage of reduction is determined by your exact income. However, as a rule of thumb, for each additional dollar of Adjusted Gross Income above the $25,000 (if filing singly) or $40,000 (if filing jointly), you can figure that your deduction will be reduced by 20 cents for each dollar over the $25,000/$40,000.

- If your Adjusted Gross Income as a single person exceeds $35,000 or $50,000 as a married couple filing jointly, you may not take an IRA tax deduction.

The income levels for the phase-out of deductible contributions will be increased in stages between 1998 and 2007. The AGI limits will rise to $50,000 - $60,000 for single filers and $80,000 - $100,000 for joint filers in 2007.

[1]Income Subject to Federal Income Tax

If you are interested in using an IRA as part of your retirement planning, you should consult your financial advisor for more specific information.

Even if your IRA contribution is not tax deductible, the earnings on your investment continue to grow on a tax-deferred basis until the money is paid out to you.

**How to Enroll**
To enroll in the Group IRA program, call Fidelity at 800-962-1375 for enrollment materials, prospectuses, and brochures for the Fidelity funds you are considering.

**If You Leave**
If you leave DuPont and go to work for another employer, you may continue contributing to your IRA. However, since you are no longer a member of DuPont's Group IRA, you are required to pay the full maintenance fee and any applicable sales charge.

**When Your IRA Is Paid Out**
You may begin making withdrawals without penalty from your IRA when you reach age 59 1/2; you must begin taking withdrawals by the time you reach age 70 1/2. Keep in mind that you are subject to tax penalties if you:

- fail to begin taking withdrawals at age 70 1/2;

- contribute more than $2,000 a year to an IRA ($4,000 including a spouse), or

- take a withdrawal before age 59 1/2.

The additional tax penalties do not apply if: you are disabled; you die; you use the distribution for first time home purchase ($10,000 lifetime cap) or for higher education; or you receive equal payments over your life or life expectancy.

# Administration Information

## PLAN ADMINISTRATION

The additional benefits described in this booklet are administered by E. I. DuPont de Nemours and Company, 1007 Market Street, Wilmington, DE 19898. Under federal law, these additional benefits are not under the jurisdiction of the Employee Retirement Income Security Act of 1974 (ERISA).

## FUTURE OF THESE PLANS AND PROGRAMS

While DuPont intends to continue the plans and programs described in this booklet, the Company reserves the right to change, modify, or discontinue these plans and programs at its discretion.

# EXHIBIT K



Your DuPont
Benefit Resources

# Vacations, Holidays and Additional Benefits



July 1998

## Vacations, Holidays & Additional Benefits -- Summary

*DuPont recognizes the importance of having time away from work for fun and relaxation.*

*Each year, you are eligible for paid vacation time that ranges from one to six weeks, depending on your length of service with DuPont or with a subsidiary or affiliated company that has adopted this plan.*

*In addition, you get 11 paid holidays each year.*

*The additional benefits described in the following pages represent the DuPont plans and programs designed*

- *to allow time away from work for*
  - *leave of absence*
  - *death in the family, and*
  - *jury duty*

- *to recognize your contributions during your career with the Company through Service Awards*

- *to help you build financial security for your future through the Group IRA Program.*

*Details are in the following pages.*

# Vacations, Holidays & Additional Benefits – Table of Contents

## Details of the Plan

YOUR VACATION BENEFIT ........................................................................................................4

If You Are Rehired Following Termination................................................................................4

Carrying Vacation Forward........................................................................................................4

HOLIDAYS.................................................................................................................................4

LEAVES OF ABSENCE............................................................................................................4

    Military Leaves .......................................................................................................................4
    Emergency and Training Duty ................................................................................................5
    How Military Duty Affects Your Service ...............................................................................5
    Personal Leaves Without Pay..................................................................................................5
    Death in the Family .................................................................................................................5
    Jury Duty .................................................................................................................................5

SERVICE EMBLEMS................................................................................................................5

    Fifth and Tenth Anniversaries.................................................................................................5
    Fifteenth and Twentieth Anniversaries ..................................................................................6
    Twenty-Fifth Anniversary.......................................................................................................6
    Thirtieth Anniversary and Above............................................................................................6

GROUP IRA PROGRAM ..........................................................................................................6

    How Your Contributions Are Invested ...................................................................................6
    How Much You May Contribute..............................................................................................6
    Tax-Deductible Contributions .................................................................................................6
    How to Enroll ..........................................................................................................................7
    If You Leave.............................................................................................................................7
    When Your IRA Is Paid Out ...................................................................................................7

ADMINISTRATIVE INFORMATION .....................................................................................8

    PLAN ADMINISTRATION....................................................................................................8
    FUTURE OF THESE PLANS AND PROGRAMS................................................................8

## Vacations, Holidays & Additional Benefits

### YOUR VACATION BENEFIT

Your vacation benefit depends on your service with DuPont.

If you are hired as a full-service employee prior to July 1, you are eligible to receive one week's vacation during the current calendar year.

Once you've completed a year of service, you are eligible for two weeks of vacation. As your service grows, you become eligible for more vacation, as this schedule shows:

| With This Many Years Of Service | You're Entitled to This Many Weeks Each Year |
|---|---|
| 1 through 4 | 2 |
| 5 through 9 | 3 |
| 10 through 19 | 4 |
| 20 through 29 | 5 |
| 30 or more | 6 |

### If You Are Rehired Following Termination

If you are rehired and receive immediate credit for your past service, you may also qualify for vacation eligibility in the year of rehire. When your adjusted service date (ASD) is before January 1 of your year of rehire, and you are rehired prior to July 1, you qualify to take full vacation (as shown in the above table) based on your total DuPont service. If rehired between July 1 and August 31, you are eligible for half the weeks of vacation shown on the table.

If rehired between September 1 and December 31, no vacation is granted in your rehire year. Of course, if you had already been paid for the current year's vacation entitlement at termination, you would not receive it again in the same year.

For example, if an employee had been terminated last year and was rehired on June 1 of this year, that employee would have a new adjusted service date (ASD). If the ASD was prior to January 1 of the current year, that employee would qualify for the full vacation shown in the table above.

### Carrying Vacation Forward

After five years of service, you may carry some of your vacation forward to the next year. Specifically, the carry-forward feature works like this:

| With This Many Years Of Service | You May Carry Forward This Many Weeks Each Year | But the Total Carried at Any One Time Cannot Exceed |
|---|---|---|
| 5 through 9 | 1 | 3 |
| 10 through 19 | 2 | 4 |
| 20 through 29 | 3 | 5 |
| 30 or more | 4 | 6 |

### HOLIDAYS

DuPont provides 11 paid holidays each year. The exact dates may vary from one year to the next and from site to site, so check with your supervision or Human Resources for the details.

### LEAVES OF ABSENCE

DuPont recognizes that there are circumstances that may sometimes require you to need time away from work. This section summarizes the Company's policies in such situations. In addition to the items discussed here, DuPont also provides **Family Leave**. For details, see the **Work/Life Benefits** booklet.

### Military Leaves

If you have at least one year of service and join the regular armed forces on active duty for a year or more, you receive two months' pay from DuPont. If you enlist in the Reserves, National Guard, or Coast Guard requiring you to go on active duty (usually three to six months, but not less than two weeks), you receive one-half month's pay.

4

## Vacations, Holidays & Additional Benefits

**Emergency and Training Duty**
Emergency and Training Duty are also recognized in the military leave policy. For regularly scheduled training encampments in the Reserves or National Guard, DuPont will make up the difference between your regular DuPont pay and your military pay, which can be for up to 17 consecutive calendar days of military duty each year.

If you are called in an emergency for civil disturbances or the like, DuPont continues your regular pay for up to 60 days. That means you receive your full pay from DuPont as well as your military pay.

**How Military Duty Affects Your Service**
You continue earning service under DuPont's Continuity of Service Rules during your time away from DuPont for military emergency and training duty, and you do not lose any vacation time in either case.

If you spend time in active military service and return to DuPont within the time limits prescribed by law (generally, within 90 days of discharge, provided the absence does not exceed 51 months), your military service is generally treated as DuPont service to determine your eligibility for other DuPont benefits, such as pension. See the **Pension and Retirement Plan** booklet for more details.

**Personal Leaves Without Pay**
Personal leave without pay is granted only for specific/exceptional purposes and requires approval by your supervision.

If you're out on personal leave without pay, your contributory DuPont benefits, such as Contributory Group Life Insurance, can continue if you pay the premiums. Notify DuPont Connection at 1-800-775-5955 that you want to continue your coverage before going on leave. Service credit is not given.

**Death in the Family**
DuPont recognizes that, in the case of a death in the immediate family, an employee may require time off to make necessary arrangements and attend the funeral of a

loved one. For many years, DuPont employment locations have allowed an employee to be excused with pay when there is a death in the immediate family. Speak with your supervision or site Human Resources group to determine your site's policy.

**Jury Duty**
DuPont supports employees who fulfill their civic obligations by serving on jury duty. If you are called to jury duty, you receive your normal pay in addition to any jury-duty pay you receive.

If time allows, you are expected to report to work each day before and after jury duty, and to give as much attention as possible to your regular duties.

On the days you come to work and have jury duty, you are not expected to spend more than the total number of hours in your normal work schedule.

**SERVICE AWARDS**
You'll receive your first service award when you reach your five-year service anniversary. You may choose a new award at each five-year anniversary as follows:

**Fifth and Tenth Anniversaries**
- a gold emblem (based on the DuPont logo) in the form of a pin, necklace, charm, tie bar or tac, cuff links, money clip, key ring, or bracelet;
- a wood clock, wood desk set or wooden jewelry box;
- a pewter candy dish, pewter bud vase, or stainless service bowl;
- a crystal bowl, crystal glasses, crystal picture frame, crystal candy dish, crystal candlesticks;
- belt buckles;
- Scrimshaw pocket knife

# Vacations, Holidays & Additional Benefits

**Fifteenth and Twentieth Anniversaries**
- a gold emblem (based on the DuPont logo) in the form of a pin, necklace, charm, tie bar or tac, money clip, key ring, or bracelet;
- a gold-filled pen and pencil set;
- a black onyx necklace and earrings;
- a brass serving tray;
- a pewter set of coasters;
- a road traveler kit or portfolio case;
- a desk set or bookend set of Corian;
- a crystal vase, barware set or bowl/vase set;
- a DuPont-themed cotton throw

**Twenty-Fifth Anniversary**
- a gold emblem with a diamond (based on the DuPont logo) in the form of a pin, necklace, tie chain, tie bar or tac, belt buckle, knife, money clip, brooch, pendant, or cuff links;
- a mantle clock;
- a wrist watch;
- a pocket watch;
- a stainless serving tray;
- a 3-piece brass serving set;
- a 2-piece luggage set;
- a ring;
- a pair of crystal lamps

**Thirtieth Anniversary and Above**
- a gold emblem with diamonds (based on the DuPont logo) in the form of a pin, bracelet, tie chain, tie bar or tac, belt buckle, brooch, pendant, cuff links, knife, or money clip;
- a telescope;
- a collectible knife with display case;
- a wall clock, desk clock/weather instrument, or a wall clock/barometer;
- a crystal clock;
- binoculars;
- a pearl necklace, bracelet and earrings;
- a camera;
- a glass punch bowl set or a crystal clock;
- a flatware set with wooden storage chest;
- a brass lamp or desk set

At each five-year anniversary, you may select an award from the selection for that anniversary or any previous one.

Non-emblem items are subject to change, based on availability from suppliers.

## GROUP IRA PROGRAM

An IRA is a tax-sheltered investment designed to help you save for retirement. Taxes are deferred (not paid) on your investment earnings until the value of your account is paid out to you. Also, depending on your income level, your own contributions to an IRA may be tax deductible (see **Tax-Deductible Contributions**).

Through DuPont's Group IRA Program, you may contribute to an IRA through direct lump-sum contributions.

**How Your Contributions Are Invested**
Contributions to DuPont's Group IRA are invested in the funds of Fidelity Investments, Inc. There are a wide variety of Fidelity funds from which to choose. These various Fidelity funds with their individual investment options are described in brochures/prospectuses which are available from Fidelity by calling 1-800-962-1375.

**How Much You May Contribute**
You and your spouse may each contribute up to $2,000 each year to an IRA.

**Tax-Deductible Contributions**
The Tax Reform Act of 1986 established limits on the deductibility of IRA contributions for those people who are "active participants" in an employer-sponsored retirement plan, such as the DuPont Pension and Retirement Plan.

## Vacations, Holidays & Additional Benefits

Although you may continue to contribute up to $2,000 a year to an IRA, your income level determines whether your IRA contribution is tax deductible, as follows:

- If you are a single person with an Adjusted Gross Income[1] of less than $25,000 a year, or a married couple filing jointly with an Adjusted Gross Income of less than $40,000 a year, you can take the full IRS deduction for your contribution.

- If you are a single person with an Adjusted Gross Income of between $25,000 and $35,000 a year, or if you are a married couple filing jointly with an Adjusted Gross Income of between $40,000 and $50,000 a year, you may take a reduced IRA deduction. The percentage of reduction is determined by your exact income. However, as a rule of thumb, for each additional dollar of Adjusted Gross Income above the $25,000 (if filing singly) or $40,000 (if filing jointly), you can figure that your deduction will be reduced by 20 cents for each dollar over the $25,000/$40,000.

- If your Adjusted Gross Income as a single person exceeds $35,000 or $50,000 as a married couple filing jointly, you may not take an IRA tax deduction.

The income levels for the phase-out of deductible contributions will be increased in stages between 1998 and 2007. The AGI limits will rise to $50,000 - $60,000 for single filers and $80,000 - $100,000 for joint filers in 2007.

[1]Income Subject to Federal Income Tax

If you are interested in using an IRA as part of your retirement planning, you should consult your financial advisor for more specific information.

Even if your IRA contribution is not tax deductible, the earnings on your investment continue to grow on a tax-deferred basis until the money is paid out to you.

**How to Enroll**
To enroll in the Group IRA program, call Fidelity at 800-962-1375 for enrollment materials, prospectuses, and brochures for the Fidelity funds you are considering.

**If You Leave**
If you leave DuPont and go to work for another employer, you may continue contributing to your IRA. However, since you are no longer a member of DuPont's Group IRA, you are required to pay the full maintenance fee and any applicable sales charge.

**When Your IRA Is Paid Out**
You may begin making withdrawals without penalty from your IRA when you reach age 59 1/2; you must begin taking withdrawals by the time you reach age 70 1/2. Keep in mind that you are subject to tax penalties if you:

- fail to begin taking withdrawals at age 70 1/2;

- contribute more than $2,000 a year to an IRA ($4,000 including a spouse), or

- take a withdrawal before age 59 1/2.

The additional tax penalties do not apply if: you are disabled; you die; you use the distribution for first time home purchase ($10,000 lifetime cap) or for higher education; or you receive equal payments over your life or life expectancy.

## Administration Information

### PLAN ADMINISTRATION

The additional benefits described in this booklet are administered by E. I. DuPont de Nemours and Company, 1007 Market Street, Wilmington, DE 19898. Under federal law, these additional benefits are not under the jurisdiction of the Employee Retirement Income Security Act of 1974 (ERISA).

### FUTURE OF THESE PLANS AND PROGRAMS

While DuPont intends to continue the plans and programs described in this booklet, the Company reserves the right to change, modify, or discontinue these plans and programs at its discretion.

# EXHIBIT L

# MEDICAL CARE ASSISTANCE PROGRAM

Originally Adopted - January 1, 1983

Last Amended - April 21, 2005

E. I. du Pont de Nemours and Company

# MEDICAL CARE ASSISTANCE PROGRAM

### I.    PURPOSE

The purpose of this Program is to provide medical benefits for employees, former employees and their eligible dependents by assisting in the payment of medically necessary expenses.

### II.   CONTRACT ADMINISTRATOR

Benefits under this Program are administered by a Contract Administrator, as agent for the Company.

### III.  DEFINITIONS

1. The term "Company" means E. I. du Pont de Nemours and Company, any wholly owned subsidiary or part thereof and any partnership or joint venture in which E. I. du Pont de Nemours and Company is joined which adopts this Program with the approval of the Company, or such person or persons as the Company may designate.

2. The term "employee" means a "Full Service Employee" as such term is defined in the Company's Continuity of Service Rules or former employee.

3. The term "dependent" means

    a.  the lawful spouse of the employee who is (i) not working, (ii) not eligible for coverage under his or her employer's medical plan at less than a premium for individual coverage, as determined by the Company, or (iii) enrolled in his or her employer's medical plan.

    b.  any child who is unmarried; lives with the employee in a regular parent-child relationship (except full time students living at school); claimed by the employee as a dependent for federal tax purposes (except full time students age 24); and

        (i)  less than 19 years old, except full-time students under age 25; or

        (ii) mentally or physically incapable of earning a living, regardless of age, if the condition has been established prior to loss of coverage providing the employee submits proof of the child's incapacity and dependency to the Company at reasonable intervals upon request.

2.

   c.  the natural or legally adopted unmarried child under age 25 of an employee who, as the result of a qualified medical child support order, must be provided with medical coverage by the employee, provided such child(ren) meet the full-time student requirement if age 19 or older.

   d.  a person who is not covered as an employee and as a dependent of an employee, or as a dependent of more than one employee.

   e.  the same sex partner of an employee, provided that the employee files an affidavit in the form and in the manner prescribed by the Company affirming that the employee and domestic partner:

      (i.)    are the same sex
      (ii.)   live in a committed relationship and intend to remain each other's partner indefinitely
      (iii.)  reside together in the same permanent residence
      (iv.)  are financially interdependent and jointly responsible for the common welfare and financial obligations of the household or the partner is chiefly dependent upon the employee for care and financial assistance
      (v.)   are not (1) legally married to anyone else, (2) the domestic partner or anyone else, or (3) the common law spouse of anyone else, and they agree to marry to obtain or continue benefits coverage if marriage between same sex partners becomes a legal option
      (vi.)  do not have a blood relationship that would bar marriage under applicable laws of the state in which they reside
      (vii.) do not live in an area where domestic partnerships are prohibited by law or where same sex marriages are recognized
      (viii.) are both at least eighteen (18) years of age.

4.  The term "Program" means the Medical Care Assistance Program as set forth herein, with any and all amendments hereto.

5.  The term "Plan Year" means the calendar year January 1 through December 31.

6.  The term "reasonable and customary" means the actual fee charged by a doctor or facility providing a service for a service rendered or a supply furnished, but only to the extent the fee is reasonable, in the sole judgement of the Company, taking into account the following:

   a.  the usual fee which the doctor or facility most frequently charges the majority of patients for the particular service rendered or supply furnished; and

   b.  the prevailing range of fees charged in the same geographical area by similar health care providers for similar services, or

   c.  special circumstances or medical complications, which require additional time, skill, experience or services to provide the necessary treatment.

3.

7. The term "covered expenses" means expenses described in Section VII that are incurred by the employee or covered dependents after the date of the commencement of participation in this Program.

8. The term "medically necessary" means a service or supply, which is reasonable and necessary for the diagnosis or treatment of an illness or injury, in view of the customary practice in the geographical area, and is given at the appropriate level of care.

9. The term "custodial care" means treatment of persons who have reached the maximum level of recovery which can reasonably be expected, or care primarily for purposes of meeting a person's needs which could be provided by persons without professional skill or training.

10. The term "hospital" means

   a. An institution which is primarily engaged in providing for compensation and on an inpatient basis, for the surgical and medical care, diagnosis and treatment of persons through medical, diagnostic and major surgical facilities. These facilities must be provided on the institution's premises, under the supervision of a staff of physicians and with twenty-four-hour-a-day registered graduate nursing services; or

   b. An institution which is accredited as a hospital by the Joint Commission on Accreditation of Hospitals, or which the Contract Administrator designates.

   The term "hospital" shall not include any institution (or any part of an institution), which is used other than incidentally as a convalescent facility, nursing home, rest home, or a facility for the aged.

11. The term "experimental or investigational" means procedures or drugs which have not been broadly accepted among the relevant medical community as a standard part of medical practice.

12. The term "network" or "managed care network" means a contract arrangement with doctors, hospitals, pharmacies and other health care professionals.

13. The term "Mail Service" means a mail order pharmacy service designated by the Contract Administrator.

14. The term "generic drug" means a drug not protected by a trademark and usually descriptive of its chemical nature.

15. The term "Employee Assistance Program" means the organization designated to authorize treatment for mental health and chemical dependency.

4.

## IV.    ELIGIBILITY

Employees who do not participate in the BeneFlex Flexible Benefits Program and former employees and their survivors for whom coverage is provided by the Company are eligible to participate in this Program. Dependents shall become eligible for benefits under this Program only when such dependent is enrolled as a dependent by the participant, provided, however, that the same sex partner of former employees described in Section V.B. will only be eligible for coverage under this Program if that partner was also covered under the Program, or a similar program offered by the Company, by the former employee prior to his/her retirement from the Company.

## V.    PARTICIPATION

A. Active Employees

Active Employees will become participants in this Program only if they elect to participate by enrolling.

B. Former employees retired under Section IV of the Pension and Retirement Plan

Former employees retired under Section IV of the Pension and Retirement Plan and who meet the age and service criteria for coverage under this Program that is defined in Appendix A, will become participants unless they elect not to participate. In the event such former employees elect not to participate, they will have no coverage and will not be eligible to participate until they have met the conditions established by the Company.

C. Former Employees Terminated because of Total and Permanent Disability Plan

Former employees terminated because of disability under the Total and Permanent Disability Income Plan will become participants for a period of 24 months immediately following termination of service, or until death, whichever occurs sooner, unless they elect not to participate.

D. Former Employees Transferred to an Affiliated Group Company

Former employees who, after attaining 15 years of service for purposes of this Program, transfer to an affiliated group company and retire from the affiliated group company under a provision similar to Section IV of the Pension and Retirement Program after attaining age 50 will become participants.

The term "affiliated group" means E. I. du Pont de Nemours and Company and its controlled group of corporations within the meaning of Section 1563(a) of the Internal Revenue Code, but does not include any foreign subsidiary or any domestic subsidiary which derives in excess of 50% of its gross income for a taxable year from sources without the United States.

5.

E.  Former Employees Terminated on Account of Lack of Work

Former employees terminated on account of lack of work will become participants for a period not to extend beyond the earlier of the last day of (a) the twelfth calendar month following the month in which the employee was terminated on account of lack of work, (b) the calendar month in which the former employee dies, or (c) the calendar month in which the former employee refuses recall to the site from which the employee was terminated.

F.  Former Employees Terminated pursuant to Section XI. A. (1) of the Pension and Retirement Plan

Former employees who terminate employment pursuant to Section XI.A.(1) of the Company's Pension and Retirement Plan will become participants for a period of one year and will be offered continuation coverage for an additional period of eighteen months at a cost of 102% of applicable costs.  If continuation coverage is elected, the initial premium must be paid within 45 days of the election and premium payments must be made within 30 days of the due date or coverage will end.

G.  Former Employee Employed by Subsidiaries, Joint Ventures, Buyers of Company Assets or Service Providers

A former employee of the Company who is offered and accepts employment with the buyer in conjunction with a sales agreement between the Company and a buyer of Company assets or is employed by a subsidiary or joint venture of the Company or by a service provider providing services to the Company pursuant to a services agreement with the Company which maintains a similar plan offering comparable benefits at less than the average national premium for individual coverage, as determined by the Company, will not be eligible for coverage under this Program during the period of coverage by the subsidiary or joint venture or buyer of Company assets or service provider, provided that if the joint venture, buyer of Company assets, or service provider does not maintain a similar plan offering comparable benefits at less than the average national premium for individual coverage, as determined by the Company, the former employee will be eligible for coverage under this Program for a period of one (1) year from termination of employment.

H.  Survivors

The following categories of survivors will become participants:

(1)  eligible survivors entitled to benefits under Section II.(g) of the Special Benefits Plan

(2)  Specified Survivors, eligible for survivor benefits under Section VI.A. of the Pension and Retirement Plan, of deceased employees with 15 or more years of service

6.

(3)   A surviving spouse and eligible dependent children under age 21 of a deceased former employee who retired under Section IV of the Pension and Retirement Plan unless an eligible parent or stepparent is receiving payments under Section VI.A. of the Pension and Retirement Plan, in which case benefits will be provided to that parent or stepparent instead.

(4)   Eligible dependents of the survivor who were dependents of the deceased employee or former employee

I.   Former Employees Of Remington Arms Company, Inc.

Former employees of Remington Arms Company, Inc., who were eligible on November 30, 1993, to retire from employment and receive post-employment medical benefits, and the dependents of each such employee, will become participants on the date on which each such retirement eligible Remington employee terminates employment with Remington Arms Acquisition Corporation or any successor company, and will be treated for all purposes under this Plan as if he or she had retired on November 30, 1993.

J.   Former Employees Terminated Pursuant to the 2001 Directed Renewal Initiative and the 2001 Voluntary Unit Renewal Initiative

Former employees terminated under the terms of the 2001 Directed Renewal Initiative (DRI) and the 2001 Voluntary Unit Renewal Initiative (VURI) programs will become participants for a period not to extend beyond the earlier of the last day of (a) the twelfth calendar month following the month in which the employee terminated under the terms of the VURI or DRI programs, (b) the calendar month in which the former employee dies, or (c) the calendar month in which the former employee refuses recall or returns to work at any Company location.

K.   Former Employees of DuPont Pharmaceuticals Company

Effective October 1, 2001, former employees of DuPont Pharmaceuticals Company who retired from employment under the terms of the DuPont Pharmaceuticals Company Pension and Retirement Plan prior to October 1, 2001 and former employees of DuPont Pharmaceuticals Company eligible to receive benefits under the DuPont Pharmaceuticals Company Total and Permanent Disability Income Plan prior to October 1, 2001 and the eligible dependents of each such former employee will become participants in this Plan.

## VI.   COVERAGE

A participant may elect coverage for the participant only, the participant and spouse/partner, the participant and dependent child(ren) or participant and family

7.

(spouse/partner and dependent children).  A participant who declines coverage will not have any benefits except as a dependent or except as approved by the Employee Assistance Program for the treatment of mental health or chemical dependency.

## VII.   MEDICAL CARE BENEFITS

Subject to the provisions of Section VIII, covered expenses will be paid as follows:

1.  Hospitalization Expenses - Inpatient

    a.  Unlimited Days of confinement

        (i)  semiprivate room and board

        (ii)  use of operating and recovery rooms and related equipment

        (iii)  use of intensive care unit

        (iv)  general nursing care

        (v)  drugs and medicines

        (vi)  laboratory tests

        (vii)  dressings, ordinary splints and casts

        (viii) X-ray examinations, electrocardiograms and electroencephalograms

        (ix)  X-ray therapy, radiation therapy, chemotherapy, and electroshock therapy

        (x)  oxygen therapy, physical therapy, and hydrotherapy

        (xi)  anesthetic materials

        (xii)  administration of blood and blood plasma (but not the blood or plasma itself)

        (xiii) routine nursery care for newborns

        (xiv) blood typing and cross matching

        (xv)  use of cystoscopic room

        (xvi) special diets

    b.  Unlimited days of confinement for treatment of mental or nervous disorders.

8.

2. Hospitalization Expenses - Outpatient

   a.  reasonable and customary hospital charges will be paid as follows:

      (i)  Hospital facility charges for outpatient surgery but only charges incurred on the day the surgery is performed

      (ii)  Diagnostic X-ray and laboratory services except those done for routine physical examinations

      (iii)  X-ray therapy, radiation therapy, chemotherapy and electroshock therapy.

3. Surgical Benefits

   a.  In-patient surgery

      (i)  Surgeon's reasonable and customary fee for surgery and normal preoperative and postoperative care

      (ii)  Assistant surgeon's charge when medically necessary

      (iii)  Anesthesiologist charges when anesthesia is not administered by the surgeon.

   b.  Second surgical opinions regarding elective surgery rendered out-of-network by a Board-certified or Board-qualified surgeon capable of performing the surgery who is not associated with or in partnership with the first surgeon, and a third opinion in the event the first and second opinions are not in agreement.

   c.  Out-patient surgery at surgeon's reasonable and customary fees.

   d.  Emergency Room surgery by a surgeon not part of the emergency room team at reasonable and customary fees.

   e.  Multiple surgical procedures performed during the same operative setting will have the reasonable and customary fee for each additional procedure reduced on a schedule established by the Company before benefits are paid.

   f.  Dental Work and Oral Surgery

      (i)  Accidental Injury

          Charges for repair of natural teeth or other body tissues required as a result of accidental injury, including anesthesiologist and hospital charges.

9.

    (ii) Oral Surgery

        (a) Inpatient hospitalization charges must be certified for medical necessity by a physician other than a dentist.

        (b) Outpatient hospitalization charges that an oral surgeon certifies for medical necessity.

    (iii) Integration with Dental Assistance Plan

        For treatment covered under this Program and the Dental Assistance Plan, the total benefit paid will be equal to the benefit provided by the plan providing the higher payment.

4. Other Medical Benefits

    a. Pre-admission testing for hospitalization that is accepted by the hospital at which surgery is later performed, done before the date of hospital admission but not out-of-date, and medically useful at the time of confinement.

    b. Professional fees for out-patient diagnostic X-ray and laboratory test, including certain allergy tests.

    c. Charges for outpatient kidney dialysis.

    d. Charges for chemotherapy or radiation.

    e. Professional fees for X-ray therapy, radiation therapy, chemotherapy and electroshock therapy performed on an outpatient basis.

    f. Doctor's visits other than for outpatient psychiatric treatment, including emergency care in a doctor's office or qualified freestanding clinic.

    g. X-ray therapy, radiation therapy, chemotherapy, and electroshock therapy when patient is hospitalized.

    h. Medically necessary service of a private duty registered nurse or a licensed practical nurse for skilled care, excluding services by a nurse who is a member of the family or the spouse's family or resides in the patient's home and any custodial services.

    i. Physical therapy including speech and occupational therapy prescribed by a physician to restore a skill or ability lost through illness or injury.

    j. Developmental therapy for dependent children necessary and reasonable for the treatment of conditions resulting from brain dysfunction or other

10.

congenital abnormality that is prescribed by a physician and preauthorized by the Contract Administrator.

k.  Durable medical and surgical equipment necessary and reasonable for the treatment of an illness or injury or required to replace a body function lost or impaired due to a disease, injury or congenital abnormality, such as wheelchairs and braces.

l.  Artificial limbs and eyes that are medically necessary.

m.  Consultations by an attending physician with other physicians, where special skill or knowledge is required for diagnosis or treatment but not for consultations when the patient is not an inpatient, for radiological consultations when the consultation is done solely to meet hospital regulations, when a patient is being referred to another doctor for treatment or for more than one consultation by any one physician during any one hospital confinement.

n.  Professional ambulance service to the nearest facility that can provide the needed services when medically necessary, but not transport service.

o.  Anesthetics and oxygen.

p.  Blood and blood plasma if not covered by other programs such as blood banks.

q.  Drugs and legend vitamins obtainable only by written prescription of a physician when purchased outside of a hospital confinement. This includes oral contraceptives. Effective January 1, 2006, drugs and legend vitamins obtainable only by written prescription of a physician when purchased outside of a hospital confinement are obtainable only through enrollment in a Medicare part D plan designated by the Company for the participant and the participant's dependents who are eligible for Medicare if the participant is not still employed by the Company.

r.  Treatment for problems associated with the temporomandibular joint (TMJ) and associated muscles for chewing, subject to review for medical necessity. These services include, but are not limited to, splints, physical therapy, trigger point injections and surgical procedures.

5.  Preventive Care Benefits

Preventive care, as set forth in Summary Plan Description, at 100%; Physicians' fees in connection therewith subject to co-payment and deductibles.

6.  Infertility treatment and in vitro fertilization

All treatments must be preauthorized with the Contract Administrator and are subject to the per family lifetime infertility and in vitro fertilization maximums of $15,000 for medical services and $10,000 for prescription drugs. Services under

11.

this benefit will be paid in accordance with the appropriate provisions of this Program (i.e., office visits, testing, surgery, etc.) and include:

a.  Surgical reconstruction procedures and all associated charges.

b.  All charges included as any part of an in vitro fertilization program, except that no payments will be made in connection with the purchase of donor sperm.

c.  All charges included as any part of hormonal dysfunction treatment or infertility treatment.

All treatment and procedures must be performed on a covered female employee or dependent spouse or same sex partner, and the covered female employee or dependent spouse or same sex partner must carry the embryo.

The treatment and procedures must be performed at medical facilities that conform to the American College of Obstetrics and Gynecology guidelines for in vitro fertilization clinics or to the American Fertility Society's standards for in vitro fertilization procedures.

The physician must determine, based on medical evidence, that all other viable covered hormonal dysfunction treatment, infertility treatment or procedures (except tubal reconstruction) have already been utilized or are not appropriate.

The Contract Administrator reserves the right to request an examination by another physician.

7.  Alternate Care facilities

a.  Extended Care Facility - unlimited days within 14 days of discharge from a hospital stay of at least 3 days provided that treatment must be for continued recuperation of the illness or injury for which the patient was hospitalized.

b.  Home Health Care - unlimited days provided that treatment begins within 7 days after discharge as an inpatient from a hospital or extended care facility and be treatment for the same or related condition for which the patient was hospitalized.

c.  Hospice - unlimited days in a hospice program.

d.  Christian Science Facility - unlimited days for room and board and nursing care in lieu of inpatient hospital care.

e.  Birthing Center expenses at a qualified free standing Birth Clinic for the 24-hour period, which includes labor, delivery and postpartum phases, related x-ray and laboratory services and well baby care while the infant is still in the facility.

12.

    f.  Ambulatory Surgical Center expenses incurred in a qualified facility and for expenses incurred on the day of the surgery. Surgeon's fee is paid in accordance with Section VII.3.

## VIII.  AMOUNT OF BENEFIT

1. Where a managed care network is available, a participant will have medical coverage in the following amounts:

| Type of Coverage | Individual/ Family Deductible or Co-payment | Coverage | Out of Pocket Limit |
|---|---|---|---|
| In-network | $20.00 per office visit | 90% | $1,600/$3,200 |
| Out-of-network | $500 per individual $1,000 per family | 70% | $4,000/$8,000 |

2. All participants where a managed care network is not available, and all former participants who are eligible for Medicare will have the following coverage:

| Type of Coverage | Individual/ Family Deductible or Co-payment | Coverage | Out of Pocket Limit |
|---|---|---|---|
| Non-network | $500/$1,000 | 80% | $1,600/$3,200 |

3. The amount of the pharmacy benefit is described in the following chart:

| | Point-of-Service and MEDCAP Standard Co-payments |
|---|---|
| Participating Retail Pharmacy (up to 30 days' supply) Brand Generic Maintenance Brand or Generic*** | 30%*, minimum $20.00** 30%*, minimum $7.00** 40%, subject to above minimums |
| Mail Service Pharmacy (up to 90 days' supply) Brand Generic | 25%*, minimum $45.00** 25%*, minimum $16.00** |

\*    Percentage is based on discounted price.
\*\*  If the discounted price is less than the minimum co-payment, the participant pays the actual discounted price.
\*\*\* Applies after receipt of a 90-days' supply (usually 3 fills) during a 180-day period.

4.    The amount of the Mental Health and Chemical Dependency Benefit is dependent upon the approval of the Employee Assistance Program.

13.

## WHEN USING THE EMPLOYEE ASSISTANCE PROGRAM

| Coverage | MEDCAP Network | | MEDCAP/Std. | Decline |
|---|---|---|---|---|
| | In-Network | Out-of-Network | | |
| Inpatient* Mental Health, or Chemical Dependency | 90% for days 1-30; 100% thereafter for the year | N/A | 90% for days 1-30; 100% thereafter for the yr. | 90% for days 1-30; 100% thereafter for the yr. (Ees only) |
| Outpatient Mental Health | 90% | N/A | 90%** | 90%(Ees only) |
| Chemical Dependency | 90% | N/A | 90%** | 90%(Ees only) |

The annual out-of-pocket limit does not apply.

\*     Inpatient days apply to any/all inpatient stays during the calendar year. The Plan may authorize an exchange of 3 days of intensive outpatient treatment for 1 inpatient day, and 2 days of partial outpatient treatment for 1 inpatient day. Benefits shown are for one individual per year.

\*\*     80% R&C subject to the deductible if a participant or a participant's dependent is eligible for primary coverage through Medicare.

## WHEN NOT USING THE EMPLOYEE ASSISTANCE PROGRAM

| Coverage | MEDCAP Network | | MEDCAP Standard. | Decline |
|---|---|---|---|---|
| | In-Network | Out-of-Network | | |
| Inpatient Mental Health or Chemical Dependency* | N/A | 70% R&C for days 1-60, 100% thereafter for the yr. - Precert. | 80% R&C for days 1-60, 100% thereafter for the yr.*** | No Benefit |
| Outpatient Mental Health | N/A | 70% R&C - Lic. MH Provider - Precert. | 80% R&C - Deductible - Precert. | No Benefit |
| Outpatient Chemical Dependency** | N/A | No Benefit | No Benefit | No Benefit |

\*     Inpatient days apply to any/all inpatient stays during the calendar year. The Plan may authorize an exchange of 3 days of intensive outpatient treatment for 1 inpatient day, and 2 days of partial outpatient treatment for 1 inpatient day. Benefits shown are for one individual per year.

\*\*     There are no benefits available for out-of-network chemical dependency treatment.

\*\*\*     80% R&C subject to the deductible if a participant or a participant's dependent is eligible for primary coverage through Medicare.

5.     Participants located at sites where a network is available may choose to enroll in network coverage, whether or not their residence zip code falls within the network area.

6.     The deductibles and coverage limitations in Section VIII.1 and Section VIII.2 above apply to all benefits provided, except for Preventive Care Benefits and for Outpatient Mental Health Care and Rehabilitation for Chemical Dependency approved by the Employee Assistance Program.

7.     For family deductible and annual maximum, one person must meet the individual and then the combined expenses of all other family members' expenses apply toward the family deductible and annual maximum.

14.

8. The maximum amount payable for all covered medical expenses incurred on account of any one person in any one Plan Year shall not exceed $1.5 million, except as authorized by the Company, and payment for infertility treatment and in vitro fertilization procedures shall not exceed a lifetime maximum of $15,000 for medical services and $10,000 for prescription drugs per family.

9. The participant's share of covered charges applies toward the individual and family out-of-pocket limits, except that infertility treatment and in vitro fertilization treatment (including hormonal dysfunction), co-payments, charges above reasonable and customary, prescription co-payments or coinsurance, and non-eligible charges are not included in the medical out-of-pocket calendar-year limit. A separate out-of-pocket calendar-year limit applies to prescription co-payments and coinsurance.

10. Alternative Coverage may be elected, including but not limited to Blue Cross/Blue Shield or a health maintenance organization (HMO), if it is available to the participant under this Program. In the event of such election, the Company contribution toward the coverage will be adjusted to reflect the cost-sharing percentage established by the Company and the Pharmacy Benefit shall not apply.

## IX.    PRE-CERTIFICATION

Pre-certification is advance verification that a hospital inpatient admission is medically necessary. Any emergency admission for inpatient hospitalization should be certified within forty-eight (48) hours or on the first business day after the admission or at least sixty (60) days before the expected delivery date in maternity cases.

## X.    EXCLUSIONS

Charges for the following services and supplies shall in no event be considered covered medical expenses:

1. Charges due to an occupational illness or injury.

2. Charges relating to past or present military service.

3. Charges resulting from any occupation or work outside the company for compensation or profit.

4. Charges for treatment to a person before that person becomes eligible for coverage under this Plan.

5. Charges covered under any national or local law (except charges relating to a government group insurance plan for that government's own civilian employees).

15.

6. Charges which would not have been made had the patient not been covered under this Plan, or charges which the participant or his or her eligible dependents are not legally obligated to pay.

7. Charges which are associated with injuries suffered due to the act or omission of a third party.

8. Charges for services or supplies not recommended by a physician.

9. Charges for services or supplies not medically necessary for the diagnosis and treatment of the illness or injury, except for preventative procedures described herein.

10. Charges for services or supplies specifically to maintain a level of well-being.

11. Charges in excess of carrier-negotiated fees or reasonable and customary charges.

12. Charges for services and associated expenses considered experimental or investigative.

13. Charges for services not widely accepted by the U.S. medical community as safe and effective treatment for illness or injury (e.g., most applications of acupuncture).

14. Charges for custodial care, regardless of who recommends or provides the care.

15. Charges for cosmetic surgery unless it is necessary for prompt repair of a nonoccupational injury or is related to a visible congenital defect of an eligible newborn child.

16. Charges related to an act of war, declared or undeclared, if the injury or illness occurs after the person is covered under this Plan.

17. Charges for nonmedical equipment or items intended for the comfort/convenience of the patient such as exercise cycles, hot tubs, stairway elevators, and humidifiers.

18. Charges incurred for any medical observation or diagnostic study when no disease or injury is revealed unless:

   a. The covered person had definite symptoms of illness or injury other than hypochondria

   b. The observation or studies were not part of a routine physical examination

   c. The request for benefit is in order in all other respects

16.

19. Charges for personal services such as phone, TV, guest meals.

20. Charges for items available for purchase over the counter, regardless of who recommends the purchase.

21. Charges for travel other than what may be authorized under "Centers of Excellence" Transplant Program.

22. Charges for any services performed by a resident physician or intern of a hospital when billed directly. Their services are included in the hospital's bill.

23. Charges for hospitalization primarily for diagnostic studies, X-ray or laboratory examinations, electrocardiograms, electroencephalograms or physical therapy except when medically necessary.

24. Charges for inpatient hospitalization for dental care, unless confinement is due to accidental bodily injury, or when a physician other than a dentist certifies that the hospital setting is necessary to safeguard the life or health of a patient.

25. Charges for eyeglasses, contact lenses, and hearing aids (or examinations for the prescription or fitting of them) except for one pair of eyeglasses or contact lenses following cataract surgery.

26. Charges for orthopedic appliances (including orthotics) when they are primarily used as supportive devices for the feet.

27. Charges for care rendered to a dependent child after his or her marriage.

28. Charges not reported for more than two years.

29. Charges for services or supplies not specifically defined as covered expenses.

30. Charges for in-hospital physician visits for any day the physician does not visit the covered patient.

31. Charges related to dental treatment except charges for repair of natural teeth or other body tissues required as a result of accidental injury.

32. Charges for TMJ diagnosis, and for TMJ treatment involving the teeth, such as crowns, inlays/onlays, bridges, full and partial dentures, or orthodontics.

33. Second or third opinions concerning procedures not covered by this Plan or required by a hospital.

34. Charges covered by any other plan of the company.

35. Charges for chiropractic care other than X-rays, manipulations of the spine, heat and ultrasound treatments.

17.

36. Charges for physical examinations outside the scope of the Basic Preventive Services Schedule.

37. Charges for communication equipment such as augmentive speech devices.

38. Charges for immunizations required for personal international travel.

39. Charges for missed appointments of copying medical records.

## XI.    MAINTENANCE OF BENEFITS

1. If the total of benefits payable with respect to any individual under this Program and any other medical plan would exceed such individual's allowable reimbursement under this Program, and when this Program is secondary to such other medical plan, benefits otherwise payable hereunder shall be reduced so that the total of benefits payable under this Program and any other medical plan does not exceed allowable reimbursement. The determination of which plan is secondary shall be made in accordance with the following rules:

   a. A plan that does not have a coordination of benefits clause is presumed to be the primary program and pay first.

   b. If one plan covers the individual as an employee, pensioner or survivor and the other covers the individual as a dependent, the plan, which covers the individual as a dependent, is secondary.

   c. If one plan covers the individual as an employee and the other covers the individual as a pensioner or survivor, the plan that covers the individual as a pensioner or survivor is secondary.

   d. If two plans cover the individual as a dependent child, the parent whose birthday falls first in the year is primary for dependent children over the plan, which covers the parent whose birthday falls later in the year.

   e. When rules (a) - (d) do not establish which plan is secondary, then the plan that has covered the individual for the shorter period of time is secondary.

   f. If a participant or a participant's dependent is eligible for primary coverage through Medicare, this Program provides secondary coverage to Medicare Parts A, B, C, and, effective January 1, 2006, to Medicare Part D for the participant and the participant's dependents who are eligible for Medicare.

   g. Former employees of INVISTA who were eligible on April 30, 2004 to retire from employment with the Company and receive post-employment medical benefits and the dependents of such employees will become eligible for primary coverage in this Program on the date which is three (3) years from

18.

the date on which each such retirement-eligible employee terminates employment with Koch Industries or an affiliated entity which is directly or indirectly in control of or under common control of Koch Industries.

2. The term "other medical plan" means any plan or plans providing benefits or services for or by reason of medical care or treatment, which benefits or services are provided by group insurance, government programs, or any other arrangement of coverage for individuals in a group, whether insured or uninsured, excluding the Company's plans providing hospital, surgical or medical services or benefits. When a plan provides benefits in the form of services, the reasonable cash value of each service rendered shall be deemed to be both a benefit paid and an allowable expense.

3. For the purpose of implementing this provision or any similar provision of any other medical plan the Company may, without consent of or notice to any person, release to or obtain from the administrator of any other medical plan such information regarding benefit coverage as it deems necessary for such purpose. Any person claiming benefits under this Program shall provide the Company with such information as may be necessary to implement this provision.

4. Whenever payments which should have been made under this Program have been made under any other medical plan, the Contract Administrator shall have the right, in its sole discretion, to pay to any organizations making such other payments in such amount as it determines to be necessary to satisfy the intent of this provision. The amount so paid shall be deemed to be benefits paid under this Program. Similarly, whenever the Contract Administrator has made payments under this Program which should have been made under any other medical plan, or payments in excess of this amount necessary to satisfy the intent of this section, the Contract Administrator shall have the right to recover such payments from any individual to or with respect to whom such payments were made, or from any organization making payments under any other medical plan.

## XII.   PRO RATA COVERAGE

For any participant who has retired under Section IV of the Pension and Retirement Plan on or after January 1, 1994, who is not eligible for an unreduced (100%) pension, and his or her survivors, the amount of premium payable under this Program will be adjusted to reflect the multiplication of the Company's contribution by the applicable percentage factor from the Early Retirement table set forth in Section IV. B. (2) or the applicable percentage factor for the Optional Retirement set forth in Section IV. D. (2) of the Pension and Retirement Plan, except that such adjustment will not be effective for former employees whose employment was terminated because of lack of work for a period of 12 months after termination.

For any employee who is working less than a full schedule per week, the Company's contribution to benefits payable under this Program will be reduced based on the reduction in the employee's work schedule compared to a full schedule.

19.

## XIII.  DISCONTINUANCE OF COVERAGE

An employee's coverage under this Program with respect to the employee and any eligible dependents shall terminate on the last day of the calendar month in which employment terminates, and a dependent's coverage under this Program will terminate on the last day of the calendar month in which such individual ceases to be a dependent. Former employees and survivor's coverage under this Program shall terminate on the last day of the calendar month in which eligibility or participation, as defined herein, terminates.

## XIV.  CONTINUATION OF COVERAGE

Continuation of coverage under this Program will be provided to Qualified Beneficiaries according to the following terms:

1.  If coverage under this Program ceases with respect to any employee or his dependent, continuation of coverage under this Program is extended to those employees and dependents (herein designated "Qualified Beneficiaries") to whom the following qualifying event(s) have occurred resulting in a loss of coverage under this Program:

    a.  termination of Company employment for any reason except gross misconduct;

    b.  divorce or legal separation (when the latter causes loss of coverage);

    c.  death of an employee; or

    d.  loss of eligible dependence status.

2.  Subject to paragraph 3 below, qualified beneficiaries will be entitled to continuation of coverage beginning upon the first occurrence of a qualifying event and terminating after:

    a.  18 months in the case of termination of work;

    b.  36 months in the case of divorce, separation, or death of an employee or loss of eligible dependence status.

3.  Conditions governing the loss of continuation of coverage.

    a.  coverage will end if the applicable premium is not paid by or on behalf of the qualified beneficiary;

    b.  coverage will end if the qualified beneficiary becomes covered under any other group health plan as an employee, or otherwise;

20.

    c.   coverage will end if the qualified beneficiary becomes eligible for Medicare;

    d.   coverage will end if this Program is terminated.

4.  Election to Continue Coverage

    a.   Qualified beneficiaries may elect to continue coverage by notifying the Company within 60 days of either the qualifying event or the day at which notice of rights is conveyed to such qualified beneficiaries, whichever is later; provided that in the case of an event in 1.(b) or (d) above, the Company has been notified by the qualified beneficiary within 60 days of the event.

    b.   Any election of coverage available under this Program by the employee on behalf of a spouse/partner or dependents shall be considered effective as to such individuals unless:

        (i) a separate election is made by the affected dependents;

        (ii) an election by a spouse/partner (or ex-spouse or ex-same sex partner) is made on behalf of an affected dependent.

5.  Premiums Paid by Qualified Beneficiaries

    a.   Where continuation coverage is elected by qualified beneficiaries, a premium in the amount of 102% of the applicable costs shall be paid monthly.

    b.   Initial premiums for such continuation of coverage must be paid within 45 days of election.

    c.   Premium payments must be made within 30 days of the due date or coverage will end.

## XV.   RIGHT TO REIMBURSEMENT AND SUBROGATION

      If a Program participant is injured or becomes ill and another party is at fault or potentially responsible, this Program will pay medical benefits subject to the following:

1.  Immediately upon paying or providing any benefit under this Program to a Program participant, the Program shall be subrogated to all rights of recovery the Program participant has against any party potentially responsible for making any payment to the Program participant as a result of an injury or illness, to the full extent of benefits provided or to be provided.

2.  If a Program participant receives any payment from any potentially responsible party, whether by settlement, judgment or otherwise, the Program has the right to recover from, and be reimbursed by, the Program participant for all amounts the

21.

Program has paid and will pay as a result of the injury or illness, up to and including the full amount the Program participant receives.

3. The Program, by providing benefits hereunder, is hereby granted a lien on the proceeds of any settlement, judgment or other payment intended for, payable to or received by the Program participant, and the Program participant hereby consents to said lien and agrees to take whatever steps are necessary to help the Program secure said lien.

4. By accepting benefits hereunder, the Program participant hereby grants a lien and assigns to the Program an amount equal to the benefits paid against any recovery made by or on behalf of the Program participants. This assignment is binding on any attorney who represents the Program participant and any insurance company or other financially responsible party against whom a Program participant may have a claim provided that the attorney, insurance carriers or others have been notified by the Program or its representatives. No Participants may assign rights to recover medical expenses without the prior written consent of the Program.

5. The Program participant shall do nothing to prejudice the subrogation and reimbursement rights of the Program and, shall, when requested, cooperate fully with the efforts of the Program and representatives of the Program to recover the benefits paid, including completing such forms and in giving such information surrounding any accident that the Program or its representatives deem necessary to investigate a claim.

6. A Program participant receiving benefits under this Program acknowledges that the subrogation and reimbursement rights of the Program are a first priority claim against all potentially responsible parties and are to be paid before any other claim for the Program participant's damages. The Program shall be entitled to full reimbursement first from any payments by a potentially responsible party, even if such payment to the Program will result in a recovery to the Program participant that is insufficient to make the Program participant whole or to compensate the Program participant in part or in whole for the damages sustained.

7. The Program is not required to participate in or pay attorney fees to the attorney hired by the Program participant to pursue the Program participant's damage claim. No Program participant shall incur any expenses on behalf of the Program in pursuit of the Program's rights hereunder, specifically no court costs nor attorney fees may be deducted from the Program's recovery without the prior express written consent of the Program.

8. The terms of this subrogation and reimbursement provision shall apply and the Program is entitled to full recovery regardless of whether any liability for payment is admitted by any potentially responsible party and regardless of whether the settlement or judgment received by the Program participant identifies the medical benefits the Program provided. The Program is entitled to recover from any and all settlement or judgments, even those designated as pain and suffering or non-economic damages only.

22.

9.  For purposes of this provision, the following terms shall have the meaning
    indicated:

    "Program participant" means any person on whose behalf the Program pays
    or provides any benefit, including but not limited to the minor child or
    dependent of a participating employee or any person entitled to receive any
    benefits from the Program.

    "Responsible Party" means any party possibly or potentially responsible for
    making any payment to a Program participant due to a Program participant's
    injuries or illness or any insurance coverage, including but not limited to
    uninsured motorist coverage, underinsured motorist coverage, personal
    umbrella coverage, med-pay coverage, workers compensation coverage, no-
    fault automobile insurance coverage or any first party insurance coverage.

## XVI.  PREMIUMS

The premiums under this Program during each Plan Year will be determined by the
Company. The premium will be deducted from the participating employee's compensation.
The price of coverage for former employees receiving a pension benefit and survivors will
be deducted from the pension payment or other payment, unless alternative arrangements for
payment are made. If alternate arrangements for payments are made, payment must be
made in advance of the month of coverage.

## XVII.  APPLICATION FOR BENEFITS

Application for benefits under this Program must be filed with the Contract
Administrator on the forms provided. Filing any claim for benefits under this Plan will
constitute an authorization to any physician, hospital, dentist, pharmacy, insurance company,
employer or organization to release any information regarding the claim for the purpose of
validating and determining benefits payable or for audit or statistical purposes.

## XVIII. INCORPORATION

This Program incorporates and amends the Hospital and Medical-Surgical Coverage
Policy, ER87-59, ER87-60, ER87-61, ER87-62, ER87-63, ER87-64, ER88-01, ER88-02,
ER88-03 and ER88-97.

## XIX.  ADMINISTRATION

The Company is the Plan Administrator. The Company shall have the authority to
control and manage the operation and administration of this Program and to designate one or
more persons to carry out the responsibilities of the operation and administration of this

23.

Program. The Company shall have the discretionary right to determine eligibility for benefits hereunder and to construe the terms and conditions of this Program. The decision of the Company shall be final with respect to any questions arising as to the interpretation of this Program.

## XX.    MODIFICATION OR TERMINATION OF THE PROGRAM

The Company reserves the right to amend any provision of this Program or terminate the Program in its entirety should either course of action be deemed necessary by the Company.

*Appendix A*

## Medical Care Assistance Program

Former employees of the Company will be eligible for coverage under this Plan provided they (1) retire from the Company under the provisions of Section IV of the Pension & Retirement Plan (or a provision similar to Section IV of the Pension & Retirement Plan provided by an affiliated group company's pension plan) and (2) meet the following age & service criteria:

(A)    An employee is eligible for coverage under this Plan after reaching age 50 and attaining at least 15 years of service with E. I. du Pont de Nemours and Company, Inc. as determined under the provisions of the Continuity of Service Rules, or recognized by the Board of Benefits & Pensions for purposes of this Plan.

The amount of the Company subsidy toward the cost of this Plan will be determined each year by the Company. Individuals who retire from the Company after reaching age 58 with 27 years of service, as determined for purposes of this Plan, will receive the full amount of the Company subsidy each year.

Individuals who retire from the Company prior to reaching age 58 with 27 years of service, as defined above, will have the amount of the Company subsidy multiplied by the applicable percentage factor from the table below:

| AGE AT RETIREMENT | SERVICE YEARS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 15 - 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 & OVER |
| 65 | 100% | | | | | | | |
| 64 | 95 | 100% | | | | | | |
| 63 | 90 | 95 | 100% | | | | | |
| 62 | 85 | 90 | 95 | 100% | | | | |
| 61 | 80 | 85 | 90 | 95 | 100% | | | |
| 60 | 75 | 80 | 85 | 90 | 95 | 100% | | |
| 59 | 70 | 75 | 80 | 85 | 90 | 95 | 100% | |
| 58 | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100% |
| 57 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
| 56 | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 |
| 55 | 50 | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| 54 | 50 | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
| 53 | 50 | 50 | 50 | 55 | 60 | 65 | 70 | 75 |
| 52 | 50 | 50 | 50 | 50 | 55 | 60 | 65 | 70 |
| 51 | 50 | 50 | 50 | 50 | 50 | 55 | 60 | 65 |
| 50 | 50 | 50 | 50 | 50 | 50 | 50 | 55 | 60 |

*For intermediate age and service combinations, the percentage factor will be interpolated from the above.*

(B)    An employee who is terminated involuntarily by the Company for lack of work will be eligible for coverage under this Program after (1) attaining eligibility for an Optional Retirement under the Pension & Retirement Plan and (2) after reaching age 45 and prior to reaching age 50 with at least 25 years of service with E. I. du Pont de Nemours and Company, Inc., as determined under the provisions of the Continuity of

2.

Service Rules, or recognized by the Board of Benefits & Pensions for purposes of this Program. The length of service required for eligibility shall be reduced by two months, or a proportionate part thereof, for each month or portion thereof which has elapsed since the employee reached age 45.

Such individuals will have the amount of the Company subsidy they receive for this Plan multiplied by the applicable factor from the table below.

| AGE AT RETIRE-MENT | SERVICE YEARS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 & OVER |
| 65 | 100% | 100% | 100% | 100% | 100% | 100% | | | | | | | |
| 64 | 95 | 95 | 95 | 95 | 95 | 97.5 | 100% | | | | | | |
| 63 | 90 | 90 | 90 | 90 | 92.5 | 95 | 97.5 | 100% | | | | | |
| 62 | 85 | 85 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | | | |
| 61 | 80 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | | |
| 60 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | |
| 59 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | |
| 58 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% |
| 57 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 95 |
| 56 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 90 | 90 |
| 55 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 85 | 85 | 85 |
| 54 | 60 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 80 | 80 | 80 | 80 |
| 53 | 57.5 | 60 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 75 | 75 | 75 | 75 | 75 |
| 52 | 55 | 57.5 | 60 | 62.5 | 65 | 67.5 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| 51 | 52.5 | 55 | 57.5 | 60 | 62.5 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 |
| 50 | 50 | 52.5 | 55 | 57.5 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| 49 | -- | -- | 52.5 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| 48 | -- | -- | -- | -- | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| 47 | -- | -- | -- | -- | -- | -- | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 46 | -- | -- | -- | -- | -- | -- | -- | -- | 40 | 40 | 40 | 40 | 40 |
| 45 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 35 | 35 | 35 |

*For intermediate age and service combinations, the percentage factor will be interpolated from the above.*

## HIPAA APPENDIX
### HIPAA Privacy Compliance

**Section 1. Purpose.** The provisions of this Appendix are intended to comply with the administrative simplification provisions of the Health Insurance Portability and Accountability Act of 1996, as amended, and the regulations promulgated thereunder, as they may be amended from time to time (collectively, "HIPAA") and, in particular, the rules under HIPAA pertaining to the privacy of Individually Identifiable Health Information set forth in 45 C.F.R. Subtitle A, Part 164, as it may be amended from time to time (the "Privacy Rule"). This amended Appendix shall be effective as of April 21, 2005.

**Section 2. Inconsistent Provisions.** This Appendix shall supersede any provisions of the Plan to the extent those provisions are inconsistent with this Appendix.

**Section 3. Definitions.** Each capitalized term used in this Appendix that is not otherwise defined in this Appendix shall have the meaning ascribed to it under HIPAA. For purposes of this Appendix, the following terms shall have the following meanings:

(a) Covered Individual means an individual who is enrolled in and covered under the terms of the Plan, as an employee or otherwise.

(b) Plan Sponsor means E. I. du Pont de Nemours and Company

**Section 4. Disclosures to Plan Sponsor for Plan Administration.** The Plan may disclose Protected Health Information to the Plan Sponsor for purposes of administering the Plan. These purposes shall include the following:

(a) Confirmation of and other administrative actions and decisions relating to enrollment, contributions to the Plan, premium payments, and the payment of administrative fees;

(b) Response to individual complaints, grievances, or inquiries relating to claims or other Plan administrative matters;

(c) Audits and investigations of claims, systems, network operations, and other matters relating to Plan administration and the review of reports relevant to Plan administration;

(d) Placement of information on a web site or in other accessible form or media;

(e) Legally required reporting, disclosure and other obligations, including: (i) use and disclosure to the Secretary of Health and Human Services when required by the Secretary for its investigation or determination of the compliance of the Plan with the Privacy Rule; (ii) use and disclosure in response to a valid exercise by a Plan Participant, Spouse, or Dependent/Covered Individual of that individual's rights to gain access to or amend Protected Health Information in his or her own Designated Record Set or obtain information necessary to provide an accounting of certain disclosures of his or her own Protected Health Information; and (iii) appropriate use and disclosure in connection with certain law enforcement or public health activities or judicial or administrative proceedings;

ii.

and (iv) imposition of sanctions for the failure to need the requirements of HIPAA other laws, or applicable policies and procedures.

(f) De-identification and removal of certain individually identifiable information; and

(g) The transfer of assets or liabilities under the Plan or due diligence in connection with such a transfer.

The Plan may disclose Protected Health Information to the Plan Sponsor for purposes of Payment or Health Care Operations. However, all such disclosures under this Section 4, including these specifically identified must be for administration of the Plan.

Section 5. Requirements of Plan Sponsor. With respect to Protected Health Information that the Plan Sponsor receives pursuant to Section 4, the Plan Sponsor shall:

(a) Not use or disclose the Protected Health Information other than for Plan administration, or as otherwise required by law, and specifically not use or disclose the Protected Health Information for employment-related actions or decisions or in connection with any employee benefit plan or benefit provided by the Plan Sponsor other than the Plan or a health benefit provided under the Plan;

(b) Ensure that any agent (including a subcontractor) to whom the Plan Sponsor provides the Protected Health Information agrees to the same restrictions and conditions with respect to that information as apply to the Plan Sponsor under this Appendix;

(c) Report to the Plan any use or disclosure of the Protected Health Information that is inconsistent with the uses or disclosures set forth in Section 4 of this Appendix and of which the Plan Sponsor becomes aware;

(d) Make the Protected Health Information of a Covered Individual available to that individual, upon the individual's written request, in accordance with the requirements of the Privacy Rule;

(e) Incorporate amendments of information included in the Designated Record Set of a Covered Individual as and to the extent required by the Privacy Rule;

(f) Make available to a Covered Individual upon the individual's written request, the information necessary to provide an accounting of the disclosures of Protected Health Information as and to the extent required by the Privacy Rule;

(g) Make the Plan Sponsor's internal practices, books and records relating to the use and disclosure of the Protected Health Information available to the Secretary of Health and Human Services for determinations as to the compliance of the Plan with HIPAA;

(h) If feasible, return or destroy all of the Protected Health Information that the Plan Sponsor maintains and retain no copies thereof; or, if such return or destruction is not feasible, limit further uses and disclosures of Protected Health Information to the purposes that make the destruction or return infeasible; and

iii.

(i) Ensure that members of its Workforce shall have access to the Protected Health Information only in connection with performance of the administrative functions that the Plan Sponsor performs for the Plan. The following individuals or classes of individuals shall have access to such Protected Health Information:

1. Members of the Benefits Health Care Policy & Administration Team

2. Employee Assistance Manager, US Region

3. Employee Assistance Counselors

4. Corporate Medical, Senior Consultant

5. Medical Director, US Region

6. Chief Privacy Official

7. Select Members of the following groups:
   i. Legal, Employee Benefits
   ii. Benefits Accounting
   iii. Health Care Actuarial
   iv. Internal Auditing
   v. Contract Management and Administration
   vi. HRIT

in accordance with the rules set forth in any applicable internal policies and procedures.

In addition, support staff assisting the above members of the Plan Sponsor's workforce, including clerical, mailroom, fax delivery, and information technology staff may have access to Protected Health Information.

(j) Ensure that, if the Plan Sponsor becomes aware of any issues relating to non-compliance with the requirements of Section 4 or 5 of this Appendix, the Plan Sponsor shall undertake an investigation to determine the extent, if any, of such non-compliance; the individuals, policies, or practices responsible for the non-compliance; and, to the extent feasible, appropriate means for curing or mitigating the effects of non-compliance and preventing such non-compliance in the future. Any individual who is determined by the Plan Sponsor to be responsible for such non-compliance, shall be subject to disciplinary action, as determined by the Plan Sponsor, in its sole discretion. Such disciplinary action may include one or more of the following to the extent not inconsistent with other applicable law: warning or reprimand, required additional training and education with respect to the use or disclosure of or requests for Protected Health Information, limitations on or revocation of access to Protected Health Information, diminution of duties, suspension, disqualification for bonus or other pay or promotion, demotion in pay or status, removal from position or discharge.

**Section 6. Access to Protected Health Information.** The Plan shall disclose Protected Health Information to the Plan Sponsor and to the individuals described in Section 5(i) pursuant to disclosures described in Section 4 only if the Plan Sponsor has certified to such entity that the Plan has been amended to incorporate the provisions of Sections 4 and 5 of this Appendix and that the Plan Sponsor agrees with the restrictions and other rules set forth in Section 5.

iv.

**Section 7. Personal Representative.** The Plan shall recognize an individual who is the Personal Representative of a Covered Individual as if the individual were the Covered Individual himself or herself, provided that the individual satisfies the procedures established by the Plan Sponsor for verifying a Personal Representative's status and authority.

**Section 8. Other Disclosures to Plan Sponsor.** Nothing in this Appendix shall prohibit or, in any way limit the Plan from disclosing Protected Health Information to the Plan Sponsor where HIPAA permits such disclosure in the absence of the provisions set forth in Sections 4 and 5, including the disclosure of Protected Health Information:

(a) Pursuant to and in accordance with a valid individual authorization under the Privacy Rule;

(b) That is Summary Health Information upon the Plan Sponsor's request for purposes of modifying, amending or terminating the Plan or obtaining bids from a Health Insurance Issuer;

(c) Contained in a Limited Data Set pursuant to and in accordance with a valid Data Use Agreement for purposes of research, public health activities and health care operations;

(d) Pursuant to a Business Associates Contract;

(e) Regarding enrollment in or disenrollment from the Plan or option under the Plan;

(f) For purposes of Treatment;

(g) For epidemiology research; or

(h) To employees who work in Legal to the extent necessary to respond to, defend against, and provide necessary information to outside counsel for responding to and defending against, lawsuits by Plan participants against the Plan and/or Plan Sponsor, or other lawsuits that require benefits information or Protected Health Information, or to the extent necessary to enforce subrogation provisions of the Plan;

to the extent permitted by HIPAA.

**Section 9. Electronic Security.** The Plan Sponsor agrees to:

(a) implement administrative, physical and technical safeguards that reasonably and appropriately protect the confidentiality, integrity and availability of the Electronic Protected health Information that it creates, receives, maintains or transmits on behalf of the Plan; and

(b) ensure that the adequate separation between Plan and Plan Sponsor as required by the Privacy Rule is supported by reasonable and appropriate security measures; and

v.

       (c) ensure that any agent, including a subcontractor, to whom it provides this information agrees to implement reasonable and appropriate security measures to protect the information; and

       (d) report to the Plan any Security Incident of which it becomes aware.

**Section 10. Effect on Health Insurance Issuers.** Health Insurance Issuers providing benefits under the Plan may disclose information to the Plan Sponsor under the same terms and conditions as apply to the Plan under other Sections of this Appendix. With respect to Protected Health Information received from a Health Insurance Issuer, the Plan Sponsor shall have the same obligations to that Health Insurance Issuer that it has to the Plan with respect to Protected Health Information received from the Plan.

**Section 11. Action by the Plan Sponsor.** The Plan Sponsor may act as prescribed in this Appendix or may delegate, in writing and in its sole discretion, any and all of its functions under this Appendix to the relevant privacy officer or other officer(s) or employee(s) of the Plan Sponsor. The Plan Sponsor or such delegate shall have the authority to establish rules and prescribe forms and procedures for performing its functions hereunder.

# EXHIBIT M

**Your DuPont Benefit Resources**

# BeneFlex Medical Care Plan and Medical Care Assistance Program

January 2005

As of January 2005, participating employers in the BeneFlex Medical Care Plan and/or Medical Care Assistance Program include:

- E. I. du Pont de Nemours and Company

- DuPont Dow Elastomers L.L.C.

- DuPont Photonics Technologies, L.L.C.

- DuPont Protective Apparel Marketing Company

- Building Media Inc.

All references to "the Company" in this document pertain to the specific company that employs you.



**The miracles of science™**

# TABLE OF CONTENTS

DETAILS OF THE PLAN .............................................................................................................1
  PREFACE ..................................................................................................................................1
  INTRODUCTION ........................................................................................................................1
  ELIGIBILITY ...........................................................................................................................2
  ENROLLMENT AND PREMIUM INFORMATION FOR EMPLOYEES ....................................................4
  PARTICIPATION AND PREMIUM INFORMATION FOR PENSIONERS AND SURVIVORS .......................8
  COST-SHARING PLAN DESIGN PROVISIONS ..............................................................................10
  PLAN BENEFIT GENERAL INFORMATION ..................................................................................11

PLAN OPTIONS ........................................................................................................................15
  GENERAL INFORMATION .........................................................................................................15
  CONSUMER CHOICE OPTION ...................................................................................................18
  POINT-OF-SERVICE OPTION ....................................................................................................21
  PREFERRED PROVIDER ORGANIZATION OPTION .......................................................................23
  ALTERNATIVE COVERAGE OPTION ..........................................................................................23
  HIGH-DEDUCTIBLE PPO OPTION ............................................................................................24
  INDEMNITY OPTION/MEDCAP STANDARD ...............................................................................24
  NO COVERAGE OPTION ...........................................................................................................25
  COVERED SERVICES ...............................................................................................................26
  EMERGENCY CARE .................................................................................................................28
  HOSPICE CARE ......................................................................................................................29
  PREVENTIVE CARE SERVICES .................................................................................................29
  PRESCRIPTION DRUGS ............................................................................................................32
  MATERNITY HOSPITAL STAY LIMIT ........................................................................................33
  WOMEN'S HEALTH AND CANCER RIGHTS ACT .........................................................................34
  MENTAL HEALTH AND CHEMICAL DEPENDENCY TREATMENT ...................................................34
  PRECERTIFICATION ................................................................................................................36
  SECOND SURGICAL OPINIONS .................................................................................................36
  CENTERS OF EXCELLENCE ......................................................................................................37
  RESTRICTIONS AND EXCLUSIONS ...........................................................................................37
  PRE-EXISTING CONDITIONS ....................................................................................................39
  FILING A CLAIM ....................................................................................................................39
  ABOUT YOUR COVERAGE .......................................................................................................42
  COBRA ................................................................................................................................43
  FUTURE OF THE PLAN ............................................................................................................46

ADMINISTRATIVE INFORMATION ..............................................................................................47
  ERISA RIGHTS .....................................................................................................................48
  PLAN SPONSOR .....................................................................................................................49
  PLAN NAME ..........................................................................................................................49
  TYPE OF PLAN AND ADMINISTRATION .....................................................................................49
  PLAN ADMINISTRATOR ...........................................................................................................49
  PLAN SPONSOR'S EMPLOYER IDENTIFICATION NUMBER (EIN) .................................................49
  PLAN NUMBER ......................................................................................................................49
  PLAN YEAR ...........................................................................................................................49
  SOURCE OF BENEFITS FUNDING ..............................................................................................50
  AGENT FOR SERVICE OF LEGAL PROCESS ................................................................................50
  CLAIMS ADMINISTRATOR ........................................................................................................50
  PHARMACY NETWORK ............................................................................................................50
  MENTAL HEALTH AND CHEMICAL DEPENDENCY (MH/CD) NETWORK ......................................50

CONTACTS ..............................................................................................................................51
  FOR APPEALING A CLAIM .......................................................................................................51
  FOR CLAIM FORMS/ISSUES, PRECERTIFICATION INFORMATION
    OR NETWORK PROVIDER INFORMATION (WHERE APPLICABLE) .............................................51
  GETTING PREAPPROVAL FOR MENTAL HEALTH AND SUBSTANCE ABUSE ..................................51
  PRESCRIPTION PROGRAM ........................................................................................................52
  FOR COBRA COVERAGE .......................................................................................................52

DICTIONARY TERMS ................................................................................................................52

# DETAILS OF THE PLAN

## Preface

This **Summary Plan Description (SPD)** provides a concise description of Plan coverage available for you and your eligible dependents.

While this SPD contains detailed and important information about your benefit Plan, every attempt has been made to communicate that information clearly and in easily understandable terms.

While the **Company** intends to continue the benefits and policies described in this booklet, the Company reserves the right to change, modify or discontinue the Plan at its discretion at any time. This SPD does not constitute a contract of employment or guarantee any particular benefit.

In the event of a discrepancy between this SPD and the Plan document, the Plan document will govern.

## Introduction

The Medical Plan benefits reflect the Company's health care principles. The Medical Plan:

• encourages wellness, illness prevention and the wise use of health care dollars,

• provides you with prevention coverage and catastrophic financial protection, and

• allows for the appropriate sharing of costs between you and the Company.

If you are an employee, you can select from the BeneFlex Medical Care Plan options available in your area or elect no coverage for yourself and your eligible dependents. Refer to your personal benefits enrollment materials for the BeneFlex Medical Care Plan options available to you.

If you are a Pensioner or Survivor, you receive the Medical Care Assistance Program (MEDCAP) coverage. Your benefit coverage depends on where you live and whether you and your covered dependents are eligible for Medicare. If you and your covered dependents are not yet eligible for Medicare and you live in a managed care area, you will receive MEDCAP Network coverage (the Point-of-Service Option). All other Pensioners and Survivors will receive MEDCAP Standard coverage (the Indemnity Option). Participation is voluntary.

You will need to satisfy the requirements described in this Summary Plan Description to receive Medical Plan coverage.

## Eligibility

### *Eligible employees, Pensioners and Survivors*

You are eligible for Medical Plan coverage if you are one of the following:

- a Full-Service Employee, Pensioner or Survivor of the DuPont U.S. Region, or a Subsidiary Company Transferee (SCT) on assignment in the U.S.*
- a Full-Service Employee of a participating DuPont subsidiary or joint venture that has adopted this Plan
- a Pensioner or Survivor of a participating DuPont subsidiary or joint venture that has adopted this Plan for Pensioners and Survivors

Coverage for a Survivor who is a minor child will end on the last day of the month in which the child becomes age 21. **COBRA** continuation is available.

Since January 1, 1992, the BeneFlex Flexible Benefits Plan has been offered to all DuPont U.S. Region employees. However, you are not eligible for the BeneFlex Medical Care Plan if you are an employee, or dependent of such employee, in a bargaining unit represented by a union for collective bargaining unless and until the site manager has authorized the benefit, collective bargaining on the subject has taken place, and any requisite obligations thereunder have been fulfilled.

### *Eligible dependents*

You can cover certain dependents under the Medical Plan. Your eligible dependents are any of the following:

- Your lawful spouse
- Your same-sex domestic partner
- Children who meet ALL these criteria:
  — unmarried
  — under age 25
  — claimed as dependents on your federal income tax return (except unmarried, full-time students age 24 who must meet only the first two criteria), and
  — a full-time student if the child is age 19 or older.

Only those eligible dependents you list as your covered dependents will have Medical Plan coverage, including prescription drug and mental health/chemical dependency benefits.

You must promptly notify DuPont Connection at 1-800-775-5955 if an enrolled dependent no longer meets the Plan's definition of a dependent. Your dependent will be eligible for COBRA continuation coverage if you notify the Plan within 60 days of the date the dependent became ineligible. The Plan Administrator may take action to recover the value of any benefits provided while the dependent was ineligible.

---

*Former employees of INVISTA will become eligible for primary coverage three (3) years following the date of their separation from Koch Industries.

*Additional information regarding eligibility for your lawful spouse/same-sex partner*

- To be eligible for secondary coverage under the Medical Plan, working spouses/partners must enroll for primary medical care coverage with their employer if it is available and their out-of-pocket individual premium cost for the lowest priced coverage available is less than $100.00 per month for 2005.

- If both you and your spouse/partner work for a Company participating in the Medical Plan, you can cover your spouse/partner as a dependent, or your spouse/partner can elect separate employee coverage. You or your spouse/partner can't be covered as both an employee and a dependent in the Medical Plan.

- You may cover your same-sex partner while you are actively employed, provided that you have completed and filed with DuPont Connection an Affidavit of Domestic Partnership. Same-sex partners of former employees will only be eligible if they were also covered by the former employee prior to his/her retirement from the Company.

- It is responsibility of the employee to remove spouses/partners who no longer meet the Medical Plan eligibility requirements.

*Additional information regarding eligibility for your dependent children*

- The full-time student requirement and the age 25 limit do not apply to unmarried, dependent children who can't support themselves because of a physical or mental disability that existed and was certified by the DuPont Medical Plan carrier before the child reached age 25. The child must be claimed by you as a dependent for federal tax purposes. You must provide physical documentation from the child's **primary care physician** or specialist of the child's disability to the DuPont Medical Plan carrier at least 31 days before the child turns 25 and at reasonable intervals upon request to continue Medical Plan coverage.

- If you are required by court order to provide medical coverage for your children, your children are eligible for coverage if they are unmarried, under age 25 and a full-time student if the child is age 19 or older. The court order must meet the requirements of a **Qualified Medical Child Support Order (QMCSO)** and must be approved by the DuPont Legal Department. Contact DuPont Connection at 1-800-775-5955 for further information. A copy of the QMCSO procedures is available by contacting the Plan Administrator or visiting the DuPont Legal website at http://legal.lvs.dupont.com.

- Survivors can only cover as dependent children those children who were previously covered dependents of the deceased employee or Pensioner. The children and spouse/partner of a Survivor's subsequent marriage or domestic partnership cannot be covered.

- If both you and your spouse/partner work for a Company participating in the Medical Plan and you both claim your eligible child as a dependent for federal tax purposes, only you or your spouse/partner can cover your eligible child as a dependent under the Medical Plan. Both of you cannot cover your child at the same time.

- It is your responsibility to remove children who no longer meet the Medical Plan eligibility requirements.

## Enrollment and Premium Information for Employees

### Enrolling in the Plan

If you are an employee, you can enroll in the Medical Plan during the annual **BeneFlex Election Change Period** or when you first become eligible. You enroll:

• by calling DuPont Connection toll-free at 1-800-775-5955

• by visiting BeneFlex OnLine at http://resources.hewitt.com/dupont

If you are a newly hired employee, you must call DuPont Connection or visit BeneFlex OnLine to make your benefit elections within 31 days of the date on your new hire package that is mailed to you. If you do not enroll, you will be defaulted to single coverage in either the Point-of-Service Option or Indemnity Option, depending on where you work and live. In addition, you will not have coverage for your dependents, so it is important that you enroll in a timely manner.

You have a choice of Medical Plan options, depending on where you work and where you live. Options that may be available include:

### Medical Plan options for employees

National Options:

• Consumer Choice

• Point-of-Service

• High-Deductible PPO

Other Options:

• Preferred Provider Organization

• Indemnity

• Alternative Coverage

• No Coverage

Each Medical Plan option is described in this SPD.

Your benefit elections will stay in effect for the entire **Plan Year** (January 1–December 31) unless you have a **Qualifying Life Event (QLE)**. See page 5 for information regarding Qualifying Life Events.

You do not have to re-enroll each year. If you do not make a change during the annual BeneFlex Election Change Period, you will remain enrolled in the Medical Plan for the following year with no change to your elections.

### End Stage Renal Disease

Even for an active employee or a covered dependent of an active employee, Medicare becomes primary at a certain point when the diagnosis of End Stage Renal Disease has been made and kidney dialysis begins. You and all your covered family members will be moved out of managed care and into the indemnity option at that time. Call DuPont Connection to have your medical option changed if you are in this situation.

### When coverage begins

Medical coverage is effective as of your date of hire. You must enroll your eligible dependents for their coverage to become effective.

### Making changes

You may change your BeneFlex Medical Care Plan elections mid-year only if you have a Qualifying Life Event; otherwise, you may only make changes during the annual BeneFlex Election Change Period.

### Qualifying Life Events

You can change your benefit elections anytime during the year upon certain Qualifying Life Events. Your change must be consistent with and on account of your Qualifying Life Event and not for financial reasons. Changes to Medical Plan options, such as switching from the Point-of-Service Option to the Consumer Choice Option, are only permitted mid-year if you move out of a managed care service area and can no longer participate in your existing Medical Plan option.

For more information on Qualifying Life Events, contact:

• DuPont Connection at 1-800-775-5955

A Qualifying Life Event is:

• marriage or divorce
• start or termination of your domestic partnership
• birth or adoption of a child
• death of your spouse/partner or dependent child
• gain or loss of an eligible dependent (such as a child who ages out of coverage)
• the start or termination of your spouse's/partner's employment
• moving into or out of a managed care service area
• a change in your spouse's/partner's employment from part-time to full-time or vice versa
• a significant change in your spouse's/partner's medical coverage
• unpaid leave of absence by your spouse/partner

All benefit changes related to the Qualifying Life Event must be made at the same time.

If you have a Qualifying Life Event and change your BeneFlex elections within 31 days of the Event, your medical changes will be effective retroactive to the date of your Event. If you report your QLE after 31 days of the Event, your medical changes will be effective the date of your call. New payroll deduction amounts will be effective in the month following any change to elections.

Note that the date you report a Qualifying Life Event does not impact the date coverage ends for an ineligible dependent. For example, if you become divorced, your ex-spouse's coverage stops at the end of the month of your final divorce decree, regardless of whether or not you reported the event in a timely manner, as required by the Medical Plan.

### Changes during the annual BeneFlex Election Change Period

You may change your BeneFlex election once each year during the annual BeneFlex Election Change Period.

During the annual BeneFlex Election Change Period, you may do any of the following:

• elect coverage if previously waived

• elect a different Medical Plan option

• change the level of your coverage (You only, You plus spouse/partner, You plus child(ren) or You plus family*)

• add or drop one or more named dependents from coverage

• drop your coverage

All changes in your benefit elections made during the annual BeneFlex Election Change Period will become effective on the first day (January 1) of the new Plan Year.

### Special enrollment rules

If you are declining enrollment for yourself or your dependents (including your spouse/partner) because of other health insurance coverage, you may in the future be able to enroll yourself or your dependents in this Plan, provided that you request enrollment within 30 days after your other coverage ends. Coverage will be effective as retroactive to the date you lost other coverage.

### Premium costs

The Company bears a large part of the cost of your Medical Plan coverage. You pay your portion of the cost through payroll deductions (premiums) and cost-sharing benefit design features such as **copays**, **coinsurance** and **deductible** amounts. To help lower your cost, your premiums are deducted from your pay on a before-tax basis (except for same-sex partner premium costs)—that is, before any federal, and most state and local, taxes are withheld. This reduces your taxable income and, consequently, reduces the amount of income tax you pay.

*Note that coverage levels may vary for the Alternative Coverage Option.

Your premiums for medical coverage are based on the level of coverage you choose:

| Medical Plan Options for Employees | 2005 Monthly Employee Premium by Coverage Level | | | |
|---|---|---|---|---|
| | You only | You plus spouse/partner | You plus children | You plus family |
| **National Options:** | | | | |
| • Consumer Choice | $44.00 | $ 85.75 | $72.50 | $129.75 |
| • Point-of-Service | $60.75 | $118.50 | $100.25 | $179.25 |
| • High-Deductible PPO | $34.75 | $ 67.75 | $ 57.25 | $102.50 |
| **Other Options:** | | | | |
| • Preferred Provider Organization | $77.50 | $151.25 | $128.00 | $228.75 |
| • Indemnity | $60.75 | $118.50 | $100.25 | $179.25 |
| • Alternative Coverage | call* | call* | call* | call* |
| • No Coverage | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

The premiums listed are effective for the 2005 Plan Year. Your premiums are reviewed annually and are subject to change. You will be notified in advance of any premium changes.

For employees who are approved to work part-time under Flexible Work Practices, the Company contribution to your medical benefits is prorated. Refer to the next section titled "About prorated premiums" for more information.

### About prorated premiums

If you are approved to work part-time under Flexible Work Practices, the Company contribution to your Medical Plan benefits is prorated based on the number of part-time hours you work, divided by the number of hours in your normal work schedule.

For example, if you normally work a 40-hour weekly schedule and are approved to work a 20-hour-per-week Flexible Work Practices schedule, you will have the Company contribution of your medical benefit prorated on a 50-50 basis. Your premium will be 50% of what the Company would normally pay for the coverage if you were working full-time, plus the appropriate full-time employee premium amount.

If you are approved to work a 30-hour-per-week schedule, your Company contribution would be pro-rated on a 75-25 basis. Your premium will be 25% of what the Company would normally pay for the coverage if you were working full-time, plus the appropriate full-time employee premium amount.

*Alternative coverage option prices (where offered) are available by calling DuPont Connection at 1-800-775-5955.

# Participation and Premium Information for Pensioners and Survivors

## Participating in the Plan

If you are an eligible Pensioner or Survivor, you and your covered dependent(s) are automatically enrolled in the Medical Care Assistance Program (MEDCAP), which provides either:

- MEDCAP Network benefits (the Point-of-Service Option), or
- MEDCAP Standard benefits (the Indemnity Option)

depending on where you live and whether you and/or your covered dependent(s) are eligible for Medicare. Upon retirement, your coverage continues at the same coverage level (You only, You plus spouse/partner, You plus child[ren] or You plus family) that you elected as an active employee. You may change your coverage level or decline medical coverage, as described on page 8, at any time.

## Before you or your covered dependent(s) qualify for Medicare

If you live in a Point-of-Service Option network area, you will receive MEDCAP Network benefits (the Point-of-Service Option) until Medicare becomes the primary medical coverage for you or a covered family member. If you do not live in a Point-of-Service Option network area, you will receive MEDCAP Standard benefits (the Indemnity Option) unless you choose to enroll in MEDCAP Network benefits (the Point-of-Service Option). In that case, contact DuPont Connection at 1-800-775-5955.

## When you or your covered dependent(s) become eligible for Medicare

Contact the Social Security Administration to enroll in parts A (hospital) and B (medical/surgical) of Medicare.

When Medicare becomes the primary medical coverage for Pensioners, Survivors or any of their covered family members, the entire family will no longer be eligible for MEDCAP Network benefits (the Point-of-Service Option). Instead, the entire family will be covered by MEDCAP Standard (the Indemnity Option) and coverage will be automatically transferred as long as the Plan Administrator knows about the Medicare primacy. Contact DuPont Connection at 1-800-775-5955 to report the change and have your future premiums adjusted. This change in coverage is effective the first of the month in which you or a covered family member become eligible for Medicare.

Medicare will be the primary coverage for those family members on Medicare. The Medical Plan will become secondary, using maintenance of benefits (described on page 14) to calculate any claim payment. If you choose to decline Medicare Part A or Part B coverage when eligible, the Medical Plan will not reimburse for that portion of hospital/medical/surgical services normally paid by Medicare.

### Making changes

If you are a Pensioner or Survivor, you may change your benefit elections when necessary by contacting DuPont Connection at 1-800-775-5955. You may do any of the following:

- change the level of your coverage (You only, You plus spouse/partner, You plus child[ren] or You plus family)
- add or drop one or more named dependents from coverage (except that no new same-sex partners may be added to coverage following retirement)
- drop your coverage

All changes in your benefit elections will become effective on the first day of the month following the date you report the change.

A decision to decline post-employment medical coverage is permanent and irrevocable. If you decline medical coverage as a Pensioner or Survivor, you cannot later enroll in the Medical Plan unless you either:

- lose eligibility for coverage under another employer or a government plan. Loss of coverage cannot be due to non-payment of premiums; or
- decline coverage through the Company to enroll in a Medicare HMO (MHMO) and you are changing MHMO plans (with the same or different carrier) or terminating MHMO participation and returning to traditional Medicare coverage

Note that if you decline medical coverage, you will receive no medical, prescription, or mental health benefits from the Medical Plan.

### Premium costs

The Company contributes toward the cost of Medical Plan coverage. Your premiums for medical coverage are based on the level of coverage you choose:

| Medical Plan Options for Pensioners and Survivors | 2005 Monthly Premium by Coverage Level for Individuals Receiving a Full Pension Benefit | | | |
|---|---|---|---|---|
| | You only | You plus spouse/partner | You plus children | You plus family |
| Pre-Medicare | | | | |
| • Point-of-Service Option (MEDCAP Network) | $100.75 | $201.50 | $131.25 | $252.00 |
| • Indemnity Option (MEDCAP Standard) | $100.75 | $201.50 | $131.25 | $252.00 |
| Medicare eligible (Pensioner, Survivor and/or Dependents) | | | | |
| • Indemnity Option (MEDCAP Standard) | | | | |
| — One Medicare (others non-Medicare) | $ 47.50 | $148.25 | $ 78.00 | $249.00 |
| — Two Medicare (others non-Medicare) | n.a. | $ 95.00 | n.a. | $195.75 |
| — All Medicare | n.a. | n.a. | n.a. | $142.50 |

The premiums for your Medical Plan coverage are normally deducted from your pension payment, if possible. If your pension payment does not cover the amount of the premium, or if you have elected to defer your pension payments, you will be billed directly for your medical coverage. Payment is due in advance on the first of each month. A 30-day grace period applies. If you choose, you can have the amount you owe debited automatically on the 1st of each month from your checking, savings, or investment account.

Medical Plan premium costs for Pensioners and Survivors of a participating DuPont subsidiary or joint venture that has adopted the Plan may differ from those described above. Contact DuPont Connection at 1-800-775-5955 for information regarding your Medical Plan premiums.

### About prorated premiums

For DuPont Pensioners receiving less than a full pension benefit and their Survivors, the Company contribution to your medical coverage is prorated if you retired on or after January 1, 1994. The Company contribution to your Medical Plan premium is based on the same age/service Pension Percentage Factor that is used to calculate the reduced pension. The difference will be paid by the Pensioner or Survivor in the form of an additional premium. This factor will not change for the Pensioner's lifetime and will also be applied to any Survivor's Medical Plan premium. Note that the actual cost to the Pensioner or Survivor could change each year depending upon changes in the Company contribution.

For example, if your Pension Percentage Factor is 75%,* the Company will continue to provide a subsidy equal to 75% of the amount it would normally pay for medical coverage if you were receiving an unreduced pension benefit. You will be responsible for paying the remaining 25% of the Company amount plus the appropriate monthly Pensioner premium. Thus, if the full monthly Company subsidy for single retiree coverage were $400.00 per month and the monthly Pensioner premium were $100.00, the Company would pay $300.00 each month and you would pay $200.00 (25% of the Company subsidy plus the regular Pensioner premium).

## Cost-sharing Plan Design Provisions

### Deductible

The deductible is the amount of money you must pay each Plan Year for covered medical care before the Plan pays additional benefits. Under the Medical Plan coverage, some benefits are subject to an annual deductible as described in the "Plan Options" section, beginning on page 14. The Medical Plan has both individual and family deductibles (except for the Consumer Choice Option and the High-Deductible PPO Option, which have a combined deductible for all covered family members, and no separate individual deductible). Deductible amounts are based on your Medical Plan option and the level of coverage you elect. A new deductible applies each year.

### Individual deductible

The individual deductible applies to each covered person. Once you meet the individual deductible, the Medical Plan begins paying benefits for that individual.

---

*Factor rounded to a whole percentage for purposes of this example.

### Family deductible

The family deductible limits the combined amount of individual deductibles that apply in a Plan Year when coverage is elected for more than one person. To meet the family deductible, one family member must meet the individual deductible and the expenses of other family members can be combined to meet the balance of the family deductible.

### Coinsurance

Coinsurance is the percentage of expenses that you are responsible for paying after you meet the deductible (when applicable). The Medical Plan pays a percentage of the expenses based on the type of service; you pay the remaining amount. Coinsurance differs by Medical Plan option. Refer to the "Plan Options" section for information on the coinsurance that applies to your Medical Plan option.

### Copay

The copay is the flat dollar amount you pay for certain expenses, as shown in the "Plan Options" section, beginning on page 15.

## Plan Benefit General Information

### Medical ID cards

Appropriate ID cards will be mailed to your home address by your medical carrier. Your card will include information such as your name and your identification number. It will also include instructions on how to contact member services, a group of customer service representatives employed by your medical carrier who will answer your questions and respond to your concerns. You will receive a new ID card when changes to your personal information, carrier or Medical Plan option occur.

Remember to take your ID card with you whenever and wherever you go for health care services. It identifies you as a Medical Plan participant. If you need a second set of ID cards, contact your medical carrier.

Once all outstanding claims have been processed and resolved, destroy all ID cards you have from previous coverages.

### Pharmacy ID cards

All eligible participants will receive prescription drug ID cards from Medco Health Solutions. If you present your ID card at a Medco Health Solutions participating network retail pharmacy, you can receive up to a 30-day supply of your prescription for a discounted price. You must show your ID card when you go to have your prescription filled in order to receive in-network pharmacy benefits.

### *Reasonable and customary (R&C) amounts*

Reasonable and customary (R&C) amounts are typical fees for services, treatments or supplies charged by most providers with similar training and experience in the same geographic area. To determine the R&C amount for a particular service, the Claims Administrator (your medical carrier) reviews charges submitted by providers in your location.

The judgment on what are reasonable and customary charges is made by the Claims Administrator as an agent for the Plan Administrator based on:

• the usual fee which the doctor or facility most frequently charges the majority of patients for the particular service rendered or supply furnished; and

• the prevailing range of fees charged in the same geographical area by similar health care providers for similar services; or

• special circumstances or medical complications which require additional time, skill, experience or services to provide the necessary treatment.

Multiple surgical procedures performed during the same operative setting will have the reasonable and customary allowance for each secondary procedure reduced before benefits are paid.

Call your medical carrier with any questions about individual claims which are over R&C. Call in advance of receiving services to learn if proposed charges are within R&C. You will need to know the Current Procedural Terminology (CPT) medical procedure code (available from your provider) and the zip code of the provider in order to receive information regarding R&C in advance of receiving treatment.

If your doctor's charges for care covered by the Medical Plan are less than or equal to the reasonable and customary charges, benefits apply to the full billed charges. If your doctor charges more than what is reasonable and customary, you pay your share of the covered R&C amount plus any excess fees above R&C.

Under the managed care Medical Plan options, in-network charges are based on the pre-negotiated fee agreed to by the medical carrier and the providers, the Network Negotiated Rate, in lieu of R&C.

### *Annual medical stop-loss*

The annual medical **stop-loss** is the maximum amount you pay for your share of covered expenses each year. Once you reach the individual or family stop-loss, the Medical Plan pays 100% of R&C or, if applicable, the Network Negotiated Rate, for the remainder of the Plan Year.

Expenses that count toward your annual medical stop-loss include:

• coinsurance for medical services

• coinsurance for mental health or chemical dependency services

• deductibles

• High-Deductible PPO Option prescription drug copays or coinsurance amounts

These out-of-pocket expenses do not apply to the annual medical stop-loss:

• office visit copays

- Plan premiums
- charges above reasonable and customary when applicable
- prescription drug copays or coinsurance amounts for all options except the High-Deductible PPO
  (a separate $1,500 per person stop-loss applies to covered prescriptions)
- expenses for services that are not **medically necessary** or are not covered by the Plan
- expenses for infertility treatment and in vitro fertilization procedures
- charges that exceed individual benefit maximums

The individual stop-loss applies to each covered person. To meet the family stop-loss, one family member must satisfy the individual stop-loss, and the expenses of other family members can be combined to satisfy the balance of the family stop-loss. (Note that the Consumer Choice Option has a combined stop-loss for all covered family members, and no separate individual stop-loss.)

Under the managed care Medical Plan options, a separate stop-loss applies to in-network and out-of-network amounts. In-network stop-loss amounts do not apply to the out-of-network stop-loss and vice versa.

Refer to the "Plan Options" section for information on the annual stop-loss amounts that apply to your Medical Plan option.

### Example of how the stop-loss works

John is covered in the Indemnity Option. During the course of the year, John undergoes cancer treatment. His deductible plus his coinsurance share of the covered medical expenses are capped at the individual Indemnity Option stop-loss level of $1,600 for 2005. His remaining covered expenses will be paid at 100% for the rest of the Plan Year.

### Prescription drug annual stop-loss

The annual stop-loss for in-network prescription drugs is $1,500 per person. Your Medical Plan prescription copays and coinsurance amounts (except for infertility medications) apply toward the prescription drug annual stop-loss each year. Once an individual meets the stop-loss, covered prescriptions for the rest of the Plan Year are paid at 100% of the discounted rate for that individual.

The prescription drug stop-loss does not apply to the High-Deductible PPO Option, which includes in-network prescription copays and coinsurance amounts in the medical stop-loss.

There is no stop-loss for prescription drugs received from a pharmacy or mail order program outside the Medco network.

### Annual benefit maximum

The Medical Plan pays a benefit maximum of $1.5 million for all covered medical expenses incurred on account of any one person in any one Plan Year.

### *Lifetime maximum benefit*

The lifetime maximum benefit is the limit the Plan will pay in each covered person's lifetime. The Medical Plan has no general lifetime maximum benefit; however, a lifetime maximum benefit does apply to the following specific infertility treatment expenses:

- Infertility treatment and in vitro fertilization procedures shall not exceed a lifetime family maximum of $15,000 for infertility medical treatments and $10,000 for infertility prescription drugs. Expenses incurred under the lifetime infertility benefits are cumulative and continue to apply toward the lifetime maximum in cases of remarriage where additional covered infertility treatment and/or in vitro fertilization expenses are incurred or when coverage changes to a different Medical Plan option or medical carrier.

### *Maintenance of benefits*

If you or a covered dependent is covered by another medical plan, benefits are coordinated to prevent duplication of benefits—a feature called maintenance of benefits.

Maintenance of benefits allows two or more medical plans to work together to cover eligible expenses. The plan that has the first obligation to pay is called "primary"; the other plan is called "secondary." Typically, a secondary plan will pay any difference between what you receive from your primary plan and what you would have received if the secondary plan were your only coverage.

A participant may be covered under two or more plans. Certain rules govern which plan is primary and which is secondary; those rules follow this order:

- A plan that has no maintenance of benefits provision will be primary to a plan that does have a maintenance of benefits provision.
- A plan that covers a participant as an employee, Pensioner or Survivor will be primary to a plan that covers the person as a dependent. Thus, if your spouse/partner is enrolled in his/her employer's medical plan, your Medical Plan will be secondary for him/her (if enrolled). Similarly, if you are also covered by your spouse's/partner's employer's medical plan, your spouse's/partner's plan is your secondary coverage.
- A plan that covers a participant as an employee will be primary to a plan that covers the person as a pensioner or survivor. Thus, if you are a Pensioner or Survivor and are employed by another company, that plan is primary and this Medical Plan is secondary.
- If you have Medicare, that coverage is primary and this Medical Plan is secondary.
- If children are covered by both parents' plans, the plan of the parent whose birthday falls earlier in the calendar year is primary before the plan of the parent whose birthday falls later that year (based on month and day only). If both parents have the same birthday, the plan covering the person for the longest time is considered primary before the plan that covers the other person.

Under maintenance of benefits, the primary plan pays benefits first. The secondary plan considers for payment any eligible amounts not reimbursed by the primary plan.

When the Medical Plan is the secondary payer, the Medical Plan will determine what benefits it would have paid if you didn't have other coverage, and then deduct the amount paid by the other plan. If the other plan pays more than the Medical Plan would normally pay, then the Medical Plan won't pay any additional benefits. If the other plan pays less than the Medical Plan would pay, then the Medical Plan will pay the difference up to its normal benefit.

For example, if your spouse's/partner's primary plan (or Medicare) pays an 80% benefit, this Medical Plan will not pay additional benefits under the Indemnity Option unless you have exceeded the stop-loss. The Indemnity Option provides 80% benefits after satisfaction of the deductible, but you have already received 80% from your spouse's/partner's plan (or Medicare), so no secondary benefits will be paid.

The pharmacy program under the Medical Plan does not coordinate with other plans. If another prescription drug plan is used as primary, your Medical Plan pharmacy program will not coordinate or pay any additional benefits as secondary. You should, therefore, use your primary plan first even for prescriptions.

Contact your medical carrier with questions on how maintenance of benefits works with your coverages.

# PLAN OPTIONS

## General Information

The following Medical Plan options deliver managed care benefits:

• Consumer Choice Option

• Point-of-Service Option

• High-Deductible PPO Option

• Preferred Provider Organization Option

• Alternative Coverage Option

The Managed Care options offer a complete system of health care delivery aimed at providing quality care at negotiated prices. The options available differ by area. Each provide you with access to a network of providers and facilities managed by a medical carrier. Your managed care medical carrier prenegotiates treatment fees with network providers and facilities, which reduces costs to you and the Company.

The managed care benefit options are designed to encourage the use of network providers and facilities. Each time you need medical care, you choose the doctor you want to visit, in- or out-of-network. When using in-network providers and facilities, you receive care at network-negotiated fees, which are generally lower than normal charges. You get a higher level of benefits when you receive care in-network than when you go out-of-network for treatment.

Further information on both the specific provisions for each Plan option and the general provisions applicable to all Plan options is contained in the sections that follow.

# 2005 Medical Options

The DuPont managed care medical carriers prenegotiate fees with network providers and facilities. Benefits for in-network care are based on network-negotiated fees which are generally lower than normal charges. Out-of-network and indemnity charges are based on reasonable and customary amounts.

| | Point-of-Service and Preferred Provider Option – In-Network | Point-of-Service and Preferred Provider Option – Out-of-Network | Consumer Choice PPO – In-Network | Consumer Choice PPO – Out-of-Network | High Deductible PPO – In-Network | High Deductible PPO – Out-of-Network | Indemnity MEDCAP Standard |
|---|---|---|---|---|---|---|---|
| **Deductible** | None | $500/Individual $1,000/Family | By Coverage Level: Single / You + Spouse/Partner / You + Child(ren) / Family. Health Fund: $500 / $750 / $750 / $1,000 | You: $1,000 / $1,500 / $1,500 / $2,000. Total Deductible: $1,500 / $2,250 / $2,250 / $3,000 | By Coverage Level: Single; All other coverage levels | Total Deductible $1,100 / $2,200. Single; All other coverage levels | $500/Individual $1,000/Family |
| **Covered Preventive Care[1]** — Tests/Immunizations | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Examinations/Office Visits | $20/Office Visit Copay | 70%, after deductible | 100% | 100% | 80%, after deductible | 60%, after deductible | 80%, after deductible |
| **Medically Necessary Care** — Examinations/Office Visits | $20/Office Visit Copay | 70%, after deductible | 90%, after deductible | 70%, after deductible | 80%, after deductible | 60%, after deductible | 80%, after deductible |
| Other Services | 90% | 70%, after deductible | 90%, after deductible | 70%, after deductible | 80%, after deductible | 60%, after deductible | 80%, after deductible |
| **Stop-loss** (*Medical only*) | $1,600/Individual $3,200/Family | $4,000/Individual $8,000/Family | Single $3,500 / You + Spouse/Partner $5,250 / You + Child(ren) $5,250 / Family $7,000 | Single $5,000 / You + Spouse/Partner $7,500 / You + Child(ren) $7,500 / Family $10,000 | $2,500 Single; $5,000 All other coverage levels | $5,000 Single; $10,000 All other coverage levels | $1,800/Individual $3,200/Family |

## Mental Health/Chemical Dependency Benefits

| | Point-of-Service and Preferred Provider Option – In-Network | Point-of-Service and Preferred Provider Option – Out-of-Network | Consumer Choice PPO – In-Network | Consumer Choice PPO – Out-of-Network | High Deductible PPO – In-Network | High Deductible PPO – Out-of-Network | Indemnity MEDCAP Standard |
|---|---|---|---|---|---|---|---|
| Outpatient Care (excludes out-of-network chemical dependency treatment) | 90% | 70% | 90% | 70% | 80%, after deductible | 60%, after deductible | 90% in-network[2] 80% out-of-network after deductible |
| Inpatient Care | 90% for days 1–30 100% thereafter | 70% for days 1–60 100% thereafter | 90% for days 1–30 100% thereafter | 70% for days 1–60 100% thereafter | 80%, after deductible | 60%, after deductible | 90% for days 1–30 in-network, or 80% for days 1–60 out-of-network 100% thereafter |

## Rx Drugs Cost-Sharing

| | Point-of-Service and Preferred Provider Option | Consumer Choice PPO | High Deductible PPO – In-Network | High Deductible PPO – Out-of-Network | Indemnity MEDCAP Standard |
|---|---|---|---|---|---|
| Retail Brand (up to 30 days) | Short-term Rx 30%, $20 min. Maintenance Rx 40%, $40 min.[3] | Short-term Rx 30%, $20 min. Maintenance Rx 40%, $40 min.[3] | High Deductible PPO prescription claims must be submitted to Aetna | High Deductible PPO prescription claims must be submitted to Aetna | 30%, $20 min. maint. Rx 40%, $40 min. |
| Retail Generic (up to 30 days) | Short-term Rx 30%, $7 min. Maintenance Rx 40%, $40 min.[3] | Short-term Rx 30%, $7 min. Maintenance Rx 40%, $40 min.[3] | | | 30%, $7 min. maint. Rx 40%, $40 min. |
| Mail Brand (up to 90 days) | 25%, $45 min. | 25%, $45 min. | You pay 20% after deductible for prescriptions purchased through Medco by Mail or the Medco retail network | You pay 40% after deductible for prescriptions purchased outside the Medco preferred pharmacy network | 25%, $45 min. |
| Mail Generic (up to 90 days) | 25%, $16 min. | 25%, $16 min. | | | 25%, $16 min. |
| Rx Stop-loss[4] | $1,500/Individual | Not Applicable | $1,500/Individual | Included in medical stop-loss | $1,500/Individual |

NOTE: The prescription drug program is the same for Point-of-Service, Consumer Choice PPO and Indemnity.

[1]Refer to *Preventive Health Benefits* brochure for details.
[2]80% after deductible when for Medicare-eligible families.
[3]Applies after the third fill and does not apply to the Rx stop-loss.
[4]Applies to in-network retail pharmacy claims and mail service only. The prescription stop-loss excludes your 40% or $40 minimum share of maintenance medications filled at retail.

*Network of doctors, hospitals and ancillary service providers*

The network consists of a group of health care providers, including physicians, hospitals, pharmacies, labs and other ancillary providers that have agreed to accept negotiated fees for their services. Each health care provider and facility in the network must meet the medical carrier's strict standards and agree to follow its guidelines. These guidelines ensure that you and your family will receive the right care in the right setting at the right price.

Use of network providers and facilities is optional yet most cost-effective. The network providers are selected by your medical carrier and may change at any time.

Doctors join networks for various reasons, including:

• to keep or attract patients who belong to managed care plans

• to receive faster payment and reduce patient bad debt

• to have "formal" and "informal" affiliations with other doctors who share similar credentials and philosophies on cost-effective, high-quality care

• to be part of the growing movement to managed care and help control health care costs

• to enjoy less paperwork

The providers and facilities in the network are listed in a provider directory. You can get a copy of the directory from your medical carrier. Note that any mental health/chemical dependency providers or facilities listed in the directory are not necessarily recognized as network providers for the Medical Plan.

There is a separate network of mental health/chemical dependency treatment providers. These providers and facilities are listed in a provider directory which you can obtain from ComPsych. If you are an employee, you must contact the Employee Assistance Program at 1-800-435-7266 before treatment to receive in-network benefits. If you are a Pensioner or Survivor, or a dependent of a Pensioner or Survivor, you must contact ComPsych at 1-800-435-7266 before treatment to receive in-network benefits. A dependent of an employee can receive in-network authorization from either the EAP or ComPsych.

There is also a separate network for prescription drug benefits.

Refer to the "Coverage" section of this SPD for further information.

# Consumer Choice Option

This option is only available to employees.

The Consumer Choice Option is a managed care option available to employees across the United States. This option is not available to Pensioners and Survivors.

Benefit amounts for the Consumer Choice Option are summarized in the chart on page 16. Refer to the "Plan Benefit General Information" and "Covered Services" sections for additional information applicable to all Medical Plan options.

The Consumer Choice Option blends the features of traditional managed care benefits with a unique health fund benefit. The option is specifically designed to give you more control in managing your care and your costs. You are not required to select a Primary Care Physician (PCP) or to obtain a referral to see a specialist. Plus, special tools are available to help you manage your benefits.

Benefit amounts change as your medical costs increase over the course of the Plan Year, as illustrated below.



Benefit amounts for some services do not reduce your health fund or deductible. Specifically:

- Preventive tests, immunizations and health evaluations. Covered prevention and wellness services are paid at 100% of the reasonable and customary (R&C) amounts or, if applicable, the Network-Negotiated Rate. Refer to page 29 for more information on your preventive care benefits
- Prescription drugs
- Services, supplies or charges not covered by the Medical Plan

In addition, your health fund does not apply to mental health and chemical dependency treatment expenses. Any out-of-network mental health or chemical dependency treatment does require satisfaction of the deductible.

Special tools developed and maintained by the medical carrier, Aetna, help you manage your benefits. In addition, when you use your Consumer Choice Option benefits, you receive a monthly statement from Aetna that reflects your prior month's benefit activity. Contact Aetna for more information regarding these items.

### The Company-provided health fund

The health fund gives you the incentive, and the opportunity, to gain a financial advantage by managing your costs effectively. You begin each year with an opening health fund balance provided by the Company. The annual Company-provided health fund amount varies depending on the coverage level you elect (You only, You plus spouse/partner, You plus child[ren] or You plus family) and applies jointly to you and your covered dependents. New employees hired mid-year receive the same Company-provided health fund contribution as existing employees who enroll during the annual BeneFlex Election Change Period.

You can use the health fund to pay benefits for covered medical services received from either an in-network or out-of-network provider during the Plan Year. If you use an in-network provider, you will be charged the Network-Negotiated Rate. Network-Negotiated Rates are generally lower than the Reasonable and Customary allowance. If you use an out-of-network provider, any portion of the charges that exceed the Reasonable and Customary allowance will not be paid from the health fund or applied towards satisfaction of your deductible.

The health fund is not used to pay benefits for: prescription drugs; mental health or chemical dependency treatment expenses; preventive care services; or services, supplies or charges not covered by the Medical Plan.

> **NOTE: If you participate in both the Medical Plan and a Health Care Spending Account, you must submit your claims to the Medical Plan for payment prior to requesting reimbursement from the Health Care Spending Account. The IRS does not let you choose which claims you can have paid out of your Consumer Choice Option health fund and which ones can be paid from the Health Care Spending Account.**

### Health fund rollover amounts

You may roll over any unused health fund balance from year to year so long as your participation in the Consumer Choice Option continues uninterrupted. Rollover amounts reduce your share of the deductible. So, you can combine your annual Company-provided health fund amount with your health fund rollover amount to eliminate all or a portion of your deductible. You cannot, however, have a health fund that exceeds your total deductible. If you change coverage levels from year to year, you may still roll over any unused health fund balance from the prior year. However, if you leave the Consumer Choice Option, your remaining health fund balance is left unused and reverts to zero.

Rollover example: Suppose you had elected family coverage in year 1 and have $700 left in your health fund at the end of the year. If you elect "You only" coverage for year 2, you will receive $500 for your year 2 health fund from the Company plus your $700 unused health fund dollars rolled over from year 1. Your beginning health fund for year 2 equals $500 + $700 or $1,200. Since the total deductible for "You only" coverage equals $1,500, your share of the deductible will be $300 (which is the total deductible of $1,500 less your $1,200 health fund) for year 2.

*Your deductible*

The Consumer Choice Option has a combined deductible for all covered family members, based on the coverage level you elect. If you use your entire health fund balance and require additional medical care during the year, you will be responsible for your portion of the deductible and shared coinsurance expenses. Your deductible may be reduced by your health fund rollover amounts, if any.

The deductible applies to benefits for covered medical services received from either an in-network or out-of-network provider. If you use an in-network provider, you will be charged the Network-Negotiated Rate. If you use an out-of-network provider, any portion of the charges that exceed the Reasonable and Customary allowance will not be paid from the health fund or applied towards satisfaction of your deductible.

The deductible does not apply to benefits for prescription drugs, preventive care services, or services, supplies, or charges not covered by the Medical Plan.

***Shared costs***

The Consumer Choice Option also gives you the advantages of a managed care approach if you have expenses after you've used your health fund and satisfied your deductible. Each time you seek medical care, you decide whether to use a physician or facility that is in- or out-of-network. To receive in-network benefits, you must visit a network doctor. If you visit an out-of-network doctor, you will receive lower benefits.

In-network, after your health fund and deductible, the Consumer Choice Option pays benefits of 90% of the Network-Negotiated Rate for most covered medical services until you reach the annual stop-loss. Once you reach the annual stop-loss, the Plan pays covered expenses at 100% of the Network-Negotiated Rate for the rest of the Plan Year.

For services provided by a non-network doctor or hospital, after your health fund and deductible, the Plan pays benefits of 70% of Reasonable and Customary for covered medical services until you reach the annual stop-loss. After you reach the stop-loss, the Plan pays benefits of 100% of Reasonable and Customary of covered expenses for the rest of the Plan Year. You are responsible for charges above R&C.

Your Consumer Choice Option medical stop-loss varies based on your coverage level (You only, You plus spouse/partner, You plus child[ren] and You plus family). It is a combined stop-loss for all covered family members. A separate stop-loss applies to in-network and out-of-network charges. Note, however, that your deductible amounts apply toward both your in-network and out-of-network stop-loss. Plus, a separate $1,500/individual stop-loss applies to prescription drugs.

*More information*

Refer to the "Coverage" section of this SPD for further information about your benefits, including information on precertification, prescription drug benefits, mental health/chemical dependency treatment, covered services, and limitations and exclusions.

# Point-of-Service Option

The Point-of-Service Option combines the qualities of a network program with freedom of choice. Each time you seek medical care, you decide whether to use a physician or facility that is in- or out-of-network. To receive in-network benefits, you must first select and visit your Primary Care Physician (PCP), who will provide most of your care or refer you to an appropriate specialist, if necessary. Also, network providers will bill the Medical Plan for the service directly. If you seek medically necessary care out-of-network, or without first consulting your PCP, you will still receive benefits—but at a lower, out-of-network level. For out-of-network care, you pay the bill and file a claim for reimbursement of covered expenses.

Covered preventive tests and immunizations are paid at 100% of R&C or, if applicable, the Network-Negotiated Rate. Refer to page 29 for more information on your preventive care benefits.

In the Point-of-Service Option, there is no deductible for care that is provided or authorized by your PCP. In-network, a $20 copay applies to each office visit. For most other covered in-network services, the Plan pays benefits of 90% of the Network Negotiated Rate until you reach the annual in-network stop-loss. After you reach this limit, the Medical Plan pays benefits of 100% of the Network-Negotiated Rate of covered expenses for the rest of the Plan Year.

Note that you must have all non-emergency hospitalizations arranged by your PCP (or the Network specialist your PCP referred you to) in order to receive in-network benefits. If not, you will get out-of-network level payments. Any hospitalization that is determined to be medically inappropriate or unnecessary will not be covered.

For services provided by a non-network doctor or not authorized by your PCP, the individual $500 deductible under the Point-of-Service Option applies. The out-of-network family deductible under the Point-of-Service Option is $1,000 per year. Out-of-network, after you meet the annual deductible, the Medical Plan pays benefits of 70% of Reasonable and Customary for most covered medical services until you reach the annual out-of-network stop-loss. After you reach this limit, the Medical Plan pays benefits of 100% of Reasonable and Customary of covered expenses for the rest of the Plan Year.

## *Primary Care Physicians*

A Primary Care Physician (PCP) is a doctor you choose to manage all of your health care. Your PCP serves as the manager or advocate for all of your health care needs. Your PCP is trained to handle a wide variety of medical conditions, and to coordinate the care you receive from other providers. He/she provides preventive and routine care like office visits and diagnoses, and refers you to specialists and hospitals as needed. (Note that a separate referral process applies to mental health/chemical dependency care.)

A PCP can be an internist, a family or general practitioner, or a pediatrician for children. You choose your PCP for yourself and each of your covered dependents from the network of doctors maintained by your medical carrier. Each member of your family can have a different PCP. You can change your PCP at any time by calling your medical carrier. Your change will be effective following your call.

Some PCPs share a medical practice with other physicians. In this case, your specified PCP should still coordinate all of your care. If your PCP is on vacation or otherwise unavailable, you can see the doctor who is on call for your PCP.

If you need to be hospitalized in a non-emergency situation, your PCP, or the network specialist your PCP referred you to, will arrange it in advance. Your PCP (or the network specialist) will choose the most medically appropriate hospital for you, usually in-network. If your hospital stay is arranged by your PCP (or the network specialist) and approved by the medical carrier, it will be covered at the in-network level.

For a list of network PCPs, specialists, hospitals and other health care providers, contact your medical carrier.

### *Getting a referral to a medical specialist*

To receive in-network benefits for treatment by a network specialist, your care has to be managed by your PCP who will authorize a referral when one is appropriate. If you don't get a referral from your PCP before treatment by a specialist, you will receive out-of-network benefits for the specialist's fees even if the specialist is in the network.

Make sure you understand the specific reason for the referral, and find out how many visits to the specialist your PCP has authorized. When the referral is authorized, make an appointment to see the specialist. If the specialist needs to see you more than your PCP has authorized, contact your PCP before the additional visits. Take along your ID card when you go for your appointment.

Occasionally, a PCP may need to refer you out-of-network. This must be pre-approved by your medical carrier and will only occur if the medically necessary services are not available within the network. Be aware that your carrier doesn't have a contract with out-of-network doctors. So, you and the Company will pay based on the out-of-network doctor's normal charges, which may be higher than an in-network doctor's normal charges.

A woman doesn't need her PCP to refer her to a gynecologist or obstetrician-gynecologist (Ob/Gyn) for her annual preventive checkup. You can refer yourself to any network Ob/Gyn for this service. If you go in-network, you will pay a $20 office visit copay for your preventive examination. If you go to an out-of-network Ob/Gyn, out-of-network benefits will apply.

For mental health/chemical dependency care, your care must be authorized in order to receive in-network benefits. If you are an employee, contact the Employee Assistance Program (EAP) 1-800-435-7266 to precertify your care. If you are a Pensioner or Survivor, or a dependent of a Pensioner or Survivor, contact ComPsych at 1-800-435-7266. A dependent of an employee can receive in-network authorization from either the EAP or ComPsych.

### *Emergency care and care received away from home*

When you receive **emergency** care, regardless of which hospital you use, call your Primary Care Physician or your medical carrier within 48 hours, or on the first business day following the start of your emergency care/admission. You can make the call, a family member can call or a person at the facility where you are being treated can call. Once you are stabilized and either released or admitted to the hospital, your PCP must coordinate all follow-up care for you to continue getting in-network level benefits.

**Urgent care** may be needed if you have sudden and severe symptoms that do not qualify as a medical emergency but require care to prevent the problem from becoming an emergency. Before you seek urgent care when away from home or after normal office hours, call your PCP. You might get advice or directions over the phone for appropriate treatment. Non-emergency situations that occur away from home are almost always covered at the out-of-network benefit level of 70% of Reasonable and Customary after the deductible. Contact your medical carrier to find out how the care you received will be covered.

In situations where a family member lives away from home for an extended period of time (e.g., a college student or a transferred employee whose family has not yet relocated), contact your medical carrier to see if a "reciprocity" or "guesting" arrangement is available. If your medical carrier has a network in the other area, guest privileges with a network PCP may be available for the family member who is temporarily living away from home.

For more information on emergency care, refer to the "Covered Services" section of this SPD.

*More information*

Refer to the "Covered Services" section of this SPD for further information about your benefits, including information on precertification, prescription drug benefits, mental health/chemical dependency treatment, covered services, and limitations and exclusions.

## Preferred Provider Organization Option

This option is only available to employees.

The Preferred Provider Organization Option is available in a limited number of locations. It provides the same benefit coverage as the Point-of-Service Option; however, you are not required to select a Primary Care Physician (PCP) and you do not need a referral before visiting a specialist. Each time you need medical care, you choose the doctor you want to visit, in- or out-of-network. To receive in-network benefits, you must visit a network doctor. If you visit an out-of-network doctor, you will receive lower benefits.

Refer to the "Covered Services" section of this SPD for further information about your benefits, including information on emergency care, precertification, prescription drug benefits, mental health/chemical dependency treatment, covered services, and limitations and exclusions.

## Alternative Coverage Option

This option is not available to most Pensioners and Survivors.

If an Alternative Coverage Option (usually HMO coverage) is offered where you work, it will be listed as an option on your personal benefits enrollment materials, which you will receive prior to the BeneFlex Election Change Period. Each Alternative Coverage Option is fully insured (not self-insured by DuPont) with features that vary from carrier to carrier. You'll need to contact the carrier directly for a summary of benefits specific to your option. Keep in mind that if you elect an Alternative Coverage Option, your prescription drug coverage is provided by the carrier. If you select an Alternative Coverage Option, you may need to complete a separate enrollment form for the carrier in addition to making your BeneFlex change elections.

## High-Deductible PPO Option

This option is only available to employees.

The High-Deductible PPO option is primarily designed to provide protection against high expenses. Its coverage for routine expenses is lower than those of most other options.

The High-Deductible PPO option is a managed care option that enables you to choose any provider you wish. You don't need to choose a Primary Care Physician (PCP), or receive referrals to see a specialist.

The High-Deductible PPO option covers preventive tests and immunizations at 100% of the reasonable and customary (R&C) amounts. (Refer to page 29 for more information on your preventive care benefits.) For most other services, including prescriptions, you pay for all your health care costs until you reach your deductible. Then, the Company provides benefits of 80% for in-network or 60% of R&C out-of-network for most other covered services including prescription drugs. The stop-loss protects you against high costs. After you reach this limit, the Plan generally reimburses covered expenses at 100% of Reasonable and Customary for the rest of the Plan Year.

Refer to the "Covered Services" section of this SPD for further information about your benefits including information on emergency care, prescription drug benefits, mental health/chemical dependency treatment, covered services and limitations and exclusions.

## Indemnity Option/MEDCAP Standard

The Indemnity Option is a non-managed care option that enables you to use any licensed provider you wish. You don't need to name a Primary Care Physician (PCP) or receive referrals to see a specialist.

The Indemnity Option covers preventive tests and immunizations at 100% of the reasonable and customary (R&C) amounts. (Refer to page 29 for more information on your preventive care benefits.) For most other services, you pay for all your health care costs until you reach your deductible. Then, the Company provides benefits of 80% R&C. The stop-loss protects you against high costs. After you reach this limit, the Plan pays covered expenses at 100% of Reasonable and Customary for the rest of the Plan Year.

Refer to the "Covered Services" section of this SPD for further information about your benefits including information on emergency care, precertification, prescription drug benefits, mental health/chemical dependency treatment, covered services, and limitations and exclusions.

### *How does Medicare fit in?*

*Traditional Medicare*

If traditional Medicare is your primary coverage, it pays benefits first, and MEDCAP Standard (the Indemnity Option) is secondary.

Your secondary coverage under the Medical Plan will pay benefits only if traditional Medicare's payment is less than the MEDCAP Standard (the Indemnity Option) normal benefit. The Medical Plan's normal benefit is determined by the carrier, then Medicare's payment is subtracted. However, even if the Medical Plan pays zero as secondary to Medicare, you still get deductible and stop-loss credit based on the Medical Plan's normal benefit. Refer to the "Maintenance of benefits" section on page 14 for further information.

*Other forms of Medicare*

Medicare beneficiaries in many areas of the country can now choose Medicare plans that differ from the "traditional Part A/Part B" coverage. The most prevalent of these are Medicare HMOs, also called Medicare Advantage Plans. Medicare HMOs can be an attractive alternative to traditional Medicare. To find out what types of plans are available in your area, call the federal government's Medicare Hotline, 1-800-MEDICARE, or access their website: http://cms.hhs.gov. If you do choose one of these other forms of Medicare, you need to know how your Company medical benefits are affected.

A typical Medicare HMO will provide all of the coverage you need without any supplement from the Medical Plan, and the Medical Plan is not designed to coordinate with a Medicare HMO. However, here are some rules when you have a Medicare HMO and continue to carry Medical Plan coverage:

- You may not use the Medical Plan like a "point of service" plan. That is, you may not receive out-of-network services not covered by the Medicare HMO and submit the bills to this Medical Plan. If you do file claims for such out-of-network services, they will still be processed by "carving out" what Medicare would have paid if you were still enrolled.

- Your covered dependents who don't have other coverage (such as Medicare) may use the Medical Plan as primary coverage.

If all family members are Medicare-eligible and all choose to enroll in Medicare HMOs, you may decline Medical Plan coverage (and pay no premium). If you later decide to return all family members to traditional Medicare, you can be reinstated in the Medical Plan and begin paying the applicable premium.

## No Coverage Option

If both you and your spouse/partner work for a Company participating in the Medical Plan, or if your spouse/partner has coverage through his or her employer, you can select the No Coverage Option and be covered under your spouse's/partner's medical plan as a dependent. Be sure to check your spouse's/partner's plan for any limitations before waiving medical coverage. Remember, the No Coverage Option provides only mental health/chemical dependency coverage for you, the employee. No other medical or prescription benefits are provided.

## Covered Services

The following services are covered under the Medical Plan, subject to other Plan requirements such as copays, deductibles, coinsurance, etc. All care must be medically necessary. Plan limitations and exclusions apply.

- Allergy testing and treatment
- Chiropractic care by a licensed provider
  — services limited to X rays and manipulations of the spine, heat and ultrasound. Services must be medically necessary and "restorative" in nature. Charges for services specifically to maintain a level of well-being are not covered.
- Christian Science facility
  — out-of-network only
- Durable medical equipment
- Emergency care (see page 30 for more information)
  — in a doctor's office
  — in a hospital emergency room or urgent care center
  — professional ambulance service to the nearest health care facility capable of providing needed care
- Emergency dental treatment
  — related to the repair of sound natural teeth or other body tissues required as a result of an accidental injury
- Extended-care facility
  — limited to medically necessary skilled-care needs related to a recent hospital confinement as approved in advance by your medical carrier
- Gynecological care
- Home health care
  — limited to medically necessary skilled-care services of an RN/LPN, excluding any custodial services and services by a nurse who is a member of the family or the spouse's/partner's family or resides in the patient's home, as approved in advance by your medical carrier
- Hospice care in an approved hospice program (see page 30 for more information)
- Hospital services
  — **outpatient** hospital services
  — **inpatient** room and board—coverage is for a semi-private room. If you stay in a private room, you pay the difference between its cost and the average cost of a semi-private room in that hospital.
  — inpatient operating and recovery room
  — inpatient ancillaries (supplies, tests, medications, therapies, etc.)
- Human organ transplants (see page 38 for more information)

- Infertility services
  - — the patient must be a covered female employee or a covered dependent wife/same-sex domestic partner and she must carry the embryo. The Plan does not cover the purchase of sperm.
  - — requires advance approval; extensive coverage limitations and exclusions including $15,000 lifetime maximum for infertility medical treatment and $10,000 lifetime maximum for infertility prescription drugs apply; call your medical carrier for details.
- Kidney dialysis
  - — Medicare is primary for some End Stage Renal Disease patients. Check with your medical carrier on timing.
- Laboratory services
- Maternity care (see page 33 for more information)
  - — hospital
  - — physician
  - — qualified, free-standing birthing centers
  - — newborn infant care
- Mental health care and chemical dependency care (see page 34 for more information)
- Outpatient private-duty nursing
  - — limited to medically necessary skilled-care services of a RN/LPN, excluding any custodial services and services by a nurse who is a member of the family or the spouse's/partner's family or resides in the patient's home, as approved in advance by your medical carrier
- Physician care
  - — office visits
  - — referral physician services
  - — outpatient surgical services
  - — inpatient surgical services
  - — inpatient hospital visits
  - — inpatient hospital consultant services
  - — home/nursing home visits
  - — second surgical opinions (see page 36 for more information)
- Prescription drugs (see page 32 for more information)
- Preventive care, as outlined on pages 29–31
- Prosthetic devices
- Radiation therapy, chemotherapy and electroshock therapy
- Short-term rehabilitation (physical, occupational and speech therapy)
  - — limited to "restorative" therapy, except for certain developmental coverage for children or physical therapy for some neurological diseases such as Multiple Sclerosis, Cerebral Palsy, Polio, Spina Bifida, Amyotrophic Lateral Sclerosis, Muscular Dystrophy or Parkinson's Disease; call your

medical carrier for details. The therapy must be expected to result in significant improvement in body function lost or impaired by the disease or be aimed at slowing or preventing further deterioration of body function for the neurological diseases cited above. Charges for services specifically to maintain a level of well-being are not covered.

• Treatment for temporomandibular joint (TMJ) and associated muscles for chewing, subject to review for medical necessity

— including, but not limited to: splints, physical therapy, trigger point injections and surgery. (Charges for the diagnosis of TMJ are covered by the Company dental plan.) See the "Restrictions and Exclusions" section of this SPD for exclusions.

• X rays and other diagnostic services

Certain rules and restrictions apply. Refer to the section titled "Restrictions and Exclusions" for further information.

## Emergency Care

In the case of a life-threatening medical emergency, get the care you need as soon as possible.

Examples of conditions that would typically be considered emergencies are:

• loss of consciousness

• poisoning

• stroke

• uncontrolled bleeding

• acute asthma attack

• convulsions

• heart attack

The Medical Plan covers emergency care provided in a hospital emergency room, urgent care center or physician's office. Ambulance expenses incurred for taking you to the nearest health care facility in an emergency are also covered.

If you are admitted to the hospital as a result of an emergency, you precertify your stay by calling your medical carrier. You, a family member, a friend or a person at the hospital can make the call. Call within 48 hours or on the first business day following your admission.

Normally, the facility will file a claim for your emergency treatment with your medical carrier. The facility will bill you for any balance not covered.

If you are traveling, working or living outside of the United States, you will normally need to pay the bill and then file a claim with your medical carrier. Be sure to get written details of your treatment to submit with your claim.

If you participate in the Point-of-Service Option, you should contact your PCP within 48 hours of receiving emergency treatment in order to have your treatment considered for in-network benefits. Refer to page 22 for further information.

## Hospice Care

The Medical Plan covers hospice care for terminally ill patients. Hospice care is generally received when the patient, family and physician agree that palliative care is appropriate because the patient is in the final stage of an incurable illness and has a limited life expectancy. Services must be in an approved, licensed hospice facility or program. Call your medical carrier to precertify hospice care.

Refer to the "Precertification" section for more information.

## Preventive Care Services

Preventive health benefits are screening tests, immunizations and/or examinations that are ordered by your physician before you have developed symptoms of a disease. These are differentiated from diagnostic tests, which your physician requests when you have developed possible symptoms or signs of disease.

Prevention and wellness benefits are important features of the Medical Plan. A healthy lifestyle can improve the quality of life for you and your family. It's also less costly to prevent an illness than to treat it later. The Company supports you and your family in living a healthy lifestyle by offering comprehensive preventive benefits.

The Company pays 100% of the cost for covered preventive tests and immunizations. **You are responsible for preventive office visit copays or deductibles/coinsurance, depending on your Medical Plan option** (except under the Consumer Choice Option, in which all preventive care is covered at 100%.)

| Plan Option | Covered Tests and Immunizations | Preventive Examinations and Office Visits |
|---|---|---|
| Point-of-Service Option and Preferred Provider Organization Option | In-network = 100% Out-of-network = 100% R&C | In-network = $20 copay Out-of-network = 70% R&C, after deductible |
| Consumer Choice Option | In-network = 100% Out-of-network = 100% R&C | In-network = 100% Out-of-network = 100% R&C |
| Indemnity Option | 100% R&C | 80% R&C, after deductible |
| High-Deductible PPO Option | 100% R&C | In-network = 80% Out-of-network = 60% R&C, after deductible |

The Preventive Health Benefits booklet serves as an easy-to-read guide to covered preventive care services. A copy of the booklet is available on the employee (http://www1.lvs.dupont.com/hr/) and retiree websites (http://www.retiree.dupont.com). You are encouraged to share the Preventive Health Benefits guide with your physician.

**Covered preventive examinations:**

- Adult Health Evaluation—starting at age 19, every three years
- Gynecology examination—for women once a year in addition to your adult health evaluation, beginning at age 18 or earlier if sexually active
- Clinical breast examination—for women, once a year, beginning at age 18
- Clinical testicular examination—for men, once a year, as recommended by your physician
- Well Baby Visits—total of 9 visits beginning at birth through age 2 (at birth; 1 month; 2 months; 4 months; 6 months; 8–10 months; 12–15 months; 18 months; and 2 years)
- Well Child Visit—three visits between ages 3 and 6 years, then every two years between 7 and 18 years
- Targeted nutritional counseling visits—as recommended for individuals with diabetes (type 1 or 2), high lipids (fats) or treatment for hyperlipidemia (high fat in the blood), hypertension (high blood pressure), obesity (more than 30% over ideal body weight), food allergies, osteoporosis (brittle bones), HIV/AIDS, anemia (low red blood cells or iron deficiency), renal (kidney) disease, emphysema (lung disease), cancer, gastroesophageal reflux disorder (GERD), diverticular disease, Crohn's disease (small bowel inflammation) or a diagnosed eating disorder. Nutritional counseling services are available only in managed care areas and only as an in-network benefit for individuals enrolled in the Consumer Choice Option, Point-of-Service Option and Preferred Provider Organization Option. The benefit is not available out-of-network or for participants enrolled in the non-managed care Indemnity Option or Catastrophic Option.

**Covered preventive tests and immunizations for adults:**

- Blood glucose test—every 3 years, beginning at age 19
- Total lipid profile test—every 3 years, beginning at age 19
- Fecal occult blood test—annually, beginning at age 50
- Digital rectal exam—annually, beginning at age 40
- Colonoscopy test, sigmoidoscopy test, or double-contrast barium enema test—in addition to the fecal occult blood test, starting at age 50 (colonoscopy every 10 years; flexible sigmoidoscopy every 5 years; or double-contrast barium enema every 5 to 10 years)
- Influenza vaccine—beginning at age 2, once a year, at physician's discretion
- Mammogram test—for women, a baseline mammogram test once between the ages of 35 and 40; every 2 years, beginning at age 40; and every year after age 50
- Pap smear test—for women once a year, beginning at age 18 or earlier if sexually active
- Prostate-Specific Antigen test (PSA)—for men, once a year, beginning at age 50

- Tetanus-diphtheria toxoid booster shot—once every 10 years after age 18
- Pneumococcal vaccine—once, on or after reaching age 65
- Hearing test—once, on or after reaching age 65
- Visual acuity/glaucoma test—every 3 years, beginning at age 65
- Urinalysis—annually, beginning at age 65

**Covered preventive tests and immunizations for infants and children:**

- Ophthalmic antibiotics—at birth
- Haemophilus Influenzae Type B (Hib) vaccine—a 4-dose series for infants (at 2 months; 4 months; 6 months; and 12 months). Note: Tetrammune is a combination of the Hib and DPT vaccines and may be substituted.
- Diphtheria-Pertussis-Tetanus (DPT) vaccine—for infants and children (at 2 months; 4 months; 6 months; 12 months; and once between 4 and 6 years). Note: Tetrammune is a combination of the Hib and DPT vaccines and may be substituted.
- Influenza vaccine—annually beginning at age 2, at physician's discretion
- Measles, Mumps, Rubella Virus (MMR) vaccine—a 2-dose series (once between 12 and 15 months; and once between 4 and 6 years)
- Inactivated Poliovirus (IPV) vaccine—for infants and children (at 2 months; 4 months; 12 months; and once between 4 and 6 years)
- Tetanus-diphtheria (Td) booster—once between ages 14 and 16; every 10 years after age 18
- Hepatitis B (HBV) Series—series of 3 immunizations between ages 2 months and 15 months. The series can be obtained through age 18 if not previously completed.
- Chickenpox vaccine—once between the ages of 12 months and 13 years. Over the age of 13, a 2-dose series is recommended, 4–8 weeks apart.
- Hemoglobin and Hematocrit—once before age 2 years; then, between 24 months and 4 years; between 7 and 12 years; and between 13 and 18 years
- Urinalysis—recommended between ages 2 and 18 during Well Child Visit
- Tuberculosis test—once between ages 2 and 6 years
- Vision test (general test for the ability to see; not for eye prescriptions)—once between ages 7 and 12 years
- Hearing test—at birth; and once between ages 2 and 6 years
- Eye exam (screening for amblyopia and strabismus)—once between ages 2 and 6 years
- Phenylalanine, Thyroxine, Thyroid-Stimulating Hormone—within the first 3 to 6 days of life

## Prescription Drugs

The Medical Plan covers both **brand-name** and **generic** prescription drugs. When purchased at a retail pharmacy, the Medical Plan benefits cover up to a 30-day supply of a prescription. When utilizing the network mail service program, the Medical Plan benefits cover up to a 90-day supply. Refer to the chart in the "Plan Options" section for benefit amount information.

Reminder: If you participate in the Alternative Coverage Option, you must contact your medical carrier for prescription benefit information specific to your option.

For prescription drugs to be covered by the Medical Plan, all of the following coverage criteria must be met:

• drugs must be medically necessary as determined by the Plan,

• prescribed by a licensed physician,

• not available over-the-counter,

• approved by the FDA, and

• not considered **experimental/investigational** in nature.

Contact Medco Health Solutions at 1-800-RxDuPont (1-800-793-8766) for more information about any other restrictions that may apply.

There is a pharmacy network associated with the Medical Plan maintained by Medco Health Solutions. You may have your prescription filled through a participating retail pharmacy or the mail service. When using network pharmacies, you reduce your out-of-pocket expense for your prescriptions, save time by eliminating claim paperwork and receive the advantage of safety checks for potential drug interactions. Present your Medco Health Solutions prescription drug ID card and your benefit is automatically calculated at the time of your purchase. You pay your copay and/or coinsurance share of the cost, unless you are in the High-Deductible PPO Option, in which case you must file a paper claim with Aetna. You can get a list of network pharmacies from Medco Health Solutions at 1-800-793-8766.*

If you use a non-participating pharmacy, or if you do not show your ID card at a participating pharmacy, you will pay the full retail price for your prescription and you must file a paper claim with Medco Health Solutions, unless you are in High-Deductible PPO Option, in which case the paper claim is filed with Aetna. You will be reimbursed the difference between the copay or coinsurance you would have paid at a participating pharmacy and the discounted price that would have been charged at a participating pharmacy. Any amount above the discounted price up to the full retail price you are charged at a non-participating pharmacy will be your responsibility.

The Medical Plan uses an open formulary to cover brand-name and generic prescription drugs. A formulary is a list of commonly prescribed, cost-effective, preferred prescription drugs that have been approved for coverage. However, you are not required to use the prescription drugs on the formulary list.

---

*Note that the High-Deductible PPO Option participants receive a Medco Health Solutions identification card in order to take advantage of discount pricing at network retail pharmacies. Prescription claims for the High-Deductible PPO Option must be submitted to Aetna for reimbursement following satisfaction of the deductible.

### About maintenance medications

Maintenance medications are prescriptions that are taken over a long period of time with frequent refills. These drugs can be purchased at a lower cost through the Medco By Mail service compared to retail pharmacies. To account for the higher retail drug costs, individuals electing to fill a prescription more than three (3) times at a retail pharmacy within a 180-day period will pay a greater share of the drug cost each time the drug is subsequently filled using a retail pharmacy. In addition, the prescription drug stop/loss does not apply to maintenance medications filled at a retail pharmacy.

### About generic drugs

By law, generic drugs contain the same active ingredients and are subject to Food and Drug Administration (FDA) standards for quality, strength and purity. The FDA is the government agency responsible for ensuring that medications in the United States are safe and effective.

The price of a generic medication is usually much lower than that of the original brand-name medication. Therefore, if you use generics whenever possible, you may reduce prescription medication costs to you and the Medical Plan and, in turn, receive the most value. Your out-of-pocket costs can be significantly lower when using generic drugs instead of brand-name drugs.

### Mail service home delivery program

The mail service pharmacy program is designed to save you money on medications you know that you'll use on an ongoing basis, normally "maintenance drugs." Through this program, you can receive up to a 90-day supply of a drug for a single mail service copayment.

When taking a newly prescribed drug, it's best to fill your first prescription at a network retail pharmacy for up to a 30-day supply. This allows you time to ensure that you don't have an adverse reaction to the medication prior to starting home delivery. Subsequent prescriptions can be filled for up to a 90-day supply through the mail service program.

Contact Medco Health Solutions at 1-800-793-8766 (or online at www.medco.com) to get instructions on how to use the mail service program.

### Drug utilization review

Your drug benefit includes an important safety feature. Participating retail pharmacies and the mail service pharmacists access a computerized database to check each prescription against a record of other drugs you have purchased through this program. The system alerts the pharmacist to any potential drug interactions. It also provides an alert on the appropriateness of a limited number of specialized drugs. If there is a question, the pharmacist will work with your doctor before dispensing medication.

## Maternity Hospital Stay Limit

The Medical Plan covers the stay for mother and child in a hospital at the normal benefit level (subject to a deductible and/or coinsurance according to your Medical Plan option) for up to 48 hours for a vaginal delivery and up to 96 hours for a cesarean section. Medical complications may require longer stays. In any event, authorization is not required for prescribing a length of stay that does not exceed 48 hours (or 96 hours).

# Women's Health and Cancer Rights Act

The Medical Plan complies with the provisions of the Women's Health and Cancer Rights Act concerning coverage for reconstructive surgery in connection with mastectomies. Specifically, the Medical Plan covers: reconstruction of the breast on which the mastectomy has been performed; surgery and reconstruction of the other breast to produce a symmetrical appearance; and prostheses and treatment of physical complications of all stages of mastectomies, including lymphedemas.

# Mental Health and Chemical Dependency Treatment

Under the Medical Plan, expenses for treatment of mental health/chemical dependency conditions are considered in-network only if pre-approved. Refer to the next page for information on the precertification process. Mental health and chemical dependency treatment benefits for both inpatient and outpatient are included in the Plan's $1.5 million annual per person maximum. Plan deductibles, where applicable, apply.

### *Outpatient*

To receive full benefits for mental health or chemical dependency treatment, call to precertify your treatment. No coverage is available for outpatient chemical dependency treatment received out-of-network.

Benefits vary by coverage option, as shown in the chart on page 16. Note that intensive outpatient treatment is considered an inpatient service for benefit purposes.

Employees who elected No Coverage are eligible for outpatient mental health and chemical benefits of 90%, but only when care is received in-network.

For individuals with a Medicare-primary family member (either themselves or one of their covered dependents), the outpatient mental health/chemical dependency benefits are payable at 80% R&C subject to the deductible. The same benefit applies to in-network and out-of-network care when Medicare provides primary coverage.

### *Inpatient*

Inpatient benefits are provided for both mental health and chemical dependency treatment, when medically necessary. Emergency admissions for mental health or chemical dependency must be reported by calling 1-800-435-7266 (Medicare-eligible individuals and their covered family members call 1-800-445-7175) within 48 hours or on the first business day following the admission.

Benefits vary by coverage option. The High Deductible PPO option covers in-network inpatient treatment at 80% after the deductible with a 100% benefit available once the medical stop-loss has been met, regardless of the number of days of care. All other coverage options (except Alternative Coverage) provide an inpatient benefit of 90% for the first 30 days of treatment during the year when care is received in-network. Active employees who elected the No Coverage option also receive a 90% benefit for the first 30 days of in-network treatment. A 100% benefit applies to in-network inpatient care for the remainder of the year.

For inpatient care received out-of-network, a lower benefit applies. Employees with No Coverage receive no benefit out-of-network. Refer to the benefits table on page 16 for further information on out-of-network benefits.

The number of inpatient days used for benefit purposes apply to each covered individual and are not combined with those of other family members. Intensive outpatient treatment is treated as inpatient care for benefit purposes. Three days of intensive outpatient treatment or two days of partial outpatient treatment count as one inpatient day. For questions regarding intensive outpatient treatment benefits, you may contact ComPsych at 1-800-453-7266.

### *Employee precertification for mental health/chemical dependency treatment*

If you are an active employee, you must contact the Employee Assistance Program before treatment in order to receive the in-network mental health/chemical dependency benefit. The EAP provides assessment, evaluation and pre-authorization for mental health and chemical dependency treatment for you and your dependents. When you call the EAP, you speak to a local Employee Assistance Consultant. The Consultant will confidentially assess your situation and, if necessary, authorize treatment by a network provider who will meet your needs. By using the EAP, you receive the highest level of coverage for these expenses. Your share of these costs will be applied to your stop-loss; however, you must forward the coinsurance information to your medical carrier. You can reach a local Employee Assistance Consultant by calling the EAP at 1-800-435-7266.

For most Plan options, both you and your dependents may receive treatment through the EAP. However, if you participate in the No Coverage Option or are enrolled in an Alternative Coverage Option (usually an HMO) that may be available in your region, you as the Company employee can still receive mental health and chemical dependency treatment through the EAP, but none of your dependents may do so.

Covered dependents of employees have the choice of initiating care through the EAP or directly through ComPsych, the Medical Plan's mental health/chemical dependency administrator. ComPsych can be reached at 1-800-435-7266. The EAP may be in the best position to help your dependents because of their familiarity with, and expertise in using, the local network providers.

If you choose not to use the EAP or select an out-of-network provider not authorized by the EAP after consulting with the EAP, your share of the covered treatment charges will depend upon which Medical Plan option you have selected. Payment will be at the out-of-network level.

### *Retiree precertification for mental health/chemical dependency treatment*

If you are a pre-Medicare Pensioner or Survivor, or a dependent of a Pensioner or a Survivor, you must contact ComPsych at 1-800-435-7266 to precertify mental health/chemical dependency treatment and receive in-network benefits.

If you choose not to use ComPsych or select an out-of-network provider after consulting with ComPsych, your share of the covered treatment charges will depend upon the Medical Plan option in which you participate.

Medicare-eligible individuals and their covered family members must contact Aetna at 1-800-445-7175 to discuss benefits.

## Precertification

Precertification (for medical care other than mental health/chemical dependency treatment) is available for the following services:

• hospital admissions

• extended-care facility stays

• home health care

• hospice care in an approved hospice program

• infertility treatment and in vitro fertilization

• outpatient private-duty nursing

To obtain precertification, you or your treating physician should contact your medical carrier by phone at least five days before the service or admission is scheduled. This means that the admission or treatment will be reviewed in advance for medical necessity. (Note that hospital stays for Medicare-eligible participants do not need to be precertified.) The medical carrier's toll-free number is on your ID card.

If you are admitted to the hospital on an emergency basis, call your medical carrier within 48 hours or on the first business day following your admission—or have someone else call for you.

If you participate in the Point-of-Service Option, your PCP, or the network specialist to whom your PCP referred you, will normally call the medical carrier to precertify your care, when appropriate. If your care is arranged by your PCP (or the network specialist), it will be covered at in-network levels.

To request an extension of your ongoing treatment or your inpatient hospitalization beyond the length of time that was initially approved, you or someone on your behalf should contact your medical carrier at least 48 hours prior to the expiration of the initially approved period. If your request for an extension of your treatment or hospitalization involves **urgent care claims,** the Medical Plan will make a benefit determination as soon as possible. Your medical carrier will notify you of the benefit determination, whether favorable or not, within 24 hours after the receipt of the request.

## Second Surgical Opinions

You don't need a second surgical opinion for covered surgery. However, a second opinion is covered and may help you determine whether surgery is really necessary. The second surgical opinion must be made by a surgeon capable of performing the surgery who is not associated with or in partnership with the first surgeon. If the first and second opinions conflict, the Medical Plan will cover a third opinion.

If you are in the Point-of-Service Option, your PCP must arrange the second surgical opinion visit with a network physician to receive in-network benefits.

# Centers of Excellence

Certain highly complex surgical procedures—such as heart, kidney and bone marrow transplants—are best performed in specialized facilities. Many carriers contract with well-regarded medical facilities across the U.S. known for their specialized expertise and excellent results in performing these procedures. If you and your physician agree that your health needs would best be served by your entering one of these facilities (often called "Centers of Excellence" or "Institutes of Excellence") your physician can request that you be considered for admission by the medical carrier. If your admission is approved in advance, the services performed will be paid based on your Medical Plan Option benefits. Participants in a managed care option will have these charges covered at an in-network level.

# Restrictions and Exclusions

*Expenses not covered*

Although the Medical Plan pays benefits for a wide range of medical services and procedures, there are certain exclusions. The Medical Plan does not cover the following:

1. charges covered by any other plan of the Company
2. charges covered under any national or local law (except charges relating to a government group insurance plan for that government's own civilian employees)
3. charges due to an occupational illness or injury
4. charges for any services performed by a resident physician or intern of a hospital when billed directly—their services are included in the hospital's bill
5. charges for care rendered to a dependent child after his or her marriage or to any dependent once they cease to be eligible
6. charges for chiropractic care other than X rays, manipulations of the spine, heat and ultrasound treatment
7. charges for communication equipment such as augmentive speech devices
8. charges for cosmetic surgery, unless it is necessary for prompt repair of a nonoccupational injury or is related to a visible congenital defect of an eligible newborn child
9. charges for custodial care, regardless of who recommends or provides the care
10. charges for eyeglasses, contact lenses and hearing aids (or examinations for the prescription or fitting of them), except for one pair of eyeglasses or contact lenses following cataract surgery
11. charges for hospitalization primarily for diagnostic studies, X ray or laboratory examinations, electrocardiograms, electroencephalograms or physical therapy except when medical necessary
12. charges for immunizations required for personal international travel
13. charges for in-hospital physician visits for any day the physician does not visit the covered patient

14. charges for inpatient or outpatient hospitalization for dental care, unless confinement is due to accidental bodily injury, or when a physician other than a dentist certifies that the hospital setting is necessary to safeguard the life or health of a patient

15. charges for items available for purchase over the counter, regardless of who recommends the purchase

16. charges for missed appointments or copying medical records

17. charges for nonmedical equipment or items intended for the comfort/convenience of the patient, such as exercise cycles, hot tubs, stairway elevators, humidifiers

18. charges for orthopedic appliances (including orthotics) when they are primarily used as supportive devices for the feet

19. charges for personal services such as phone, TV, guest meals

20. charges for routine physical examinations outside the scope of the Basic Preventive Services Schedule

21. charges for services and associated expenses considered experimental or investigative

22. charges for services not widely accepted by the U.S. medical community as safe and effective treatment for illness or injury (e.g., most applications of acupuncture or non-abstinence based treatment for chemical dependency)

23. charges for services or supplies not medically necessary or appropriate for the diagnosis and treatment of the illness or injury, except for preventive procedures described herein

24. charges for services or supplies not recommended by a licensed physician or practitioner

25. charges for services or supplies not specifically defined as covered expenses

26. charges for services or supplies specifically to maintain a level of well-being

27. charges for services provided by an unlicensed physician or practitioner

28. charges for TMJ diagnosis, and for TMJ treatment involving the teeth, such as crowns, inlays/onlays, bridges, full and partial dentures, or orthodontics

29. charges for travel other than what may be authorized under "Centers of Excellence" Transplant Program

30. charges for treatment to a person after that person is no longer eligible for coverage under this Plan

31. charges for treatment to a person before that person becomes eligible for coverage under this Plan

32. charges in excess of carrier-negotiated fees or reasonable and customary charges

33. charges incurred for any medical observation or diagnostic study when no disease or injury is revealed, unless: the covered person had definite symptoms of illness or injury other than hypochondria; or the observation or studies were not part of a routine physical examination; or the request for benefit is in order in all other respects

34. charges not reported, benefits not claimed, or payments not cashed for more than two years

35. charges related to an act of war, declared or undeclared, if the injury or illness occurs after the person is covered under this Plan

36. charges related to dental treatment except charges for repair of natural teeth or other body tissues required as a result of accidental injury

37. charges relating to past or present military service

38. charges resulting from any occupation or work outside the Company for compensation or profit

39. charges which are associated with injuries suffered due to the act or omission of a third party

40. charges which would not have been made had the patient not been covered under this Plan, or charges which the participant or his or her eligible dependents are not legally obligated to pay

41. second or third opinions concerning procedures not covered by this Plan or required by a hospital

## Pre-Existing Conditions

There are no exclusions or limitations for **pre-existing conditions.**

## Filing a Claim

### *How to file a claim*

If you participate in a managed care option, you do not need to submit a claim form for in-network treatment. Payment will be sent directly to your provider. For out-of-network services, you must get claim forms from your medical carrier by calling the phone number on your ID card and submit the claim forms to your medical carrier. In some cases, your provider or facility may submit the claim form on your behalf.

You may file a claim after you've received eligible health care services or after buying prescription drugs from a non-participating pharmacy. Normally, you pay the cost of these services when you receive them, then file a claim for reimbursements. Hospitals usually file your claim for you, then bill you directly for any balance.

These items must be submitted when filing a claim:

• a description of the service provided including the dates of service and diagnostic (IDC-9) and treatment (CPT) codes for treatment received in the U.S.

• proof of payment such as an original receipt or a cancelled check

• the name and identification number of the person receiving the services

Be sure to file a separate claim for each member of your family. Make copies of all itemized bills for your records.

You have two years from the date you receive care to file a claim.

You can get a claim form from your medical carrier.

*Notification and explanation of benefits*

Your medical carrier will notify you in writing regarding a claim's benefit determination. You will receive a detailed statement called an **Explanation of Benefits** (EOB). For the Consumer Choice Option, a monthly statement will be mailed to your home and an electronic EOB will be available online. The EOB will explain what amounts have been paid and what amounts have not been paid. The EOB will explain the reason why a claim has not been paid. An EOB will be sent within the following timeframes from the receipt of your claim:

• as soon as possible taking into account medical circumstances that require action but no later than 72 hours for pre-service urgent care claims (i.e., when you await treatment pending the outcome of the claim decision and your health would be severely jeopardized if the claim is not handled in an urgent manner. Refer to page 54 for a definition of urgent care claims.)

• within 15 days for non-urgent **pre-service claims**

• within 30 days for **post-service claims**

For urgent care claims, your medical carrier will contact you orally within 72 hours if medical circumstances require action, and follow-up with written notice within a maximum of three days.

For pre-service and post-service claims, your medical carrier may extend the decision-making time-frame for one additional period of 15 calendar days after the expiration of the initial notification period, if it is necessary for reasons beyond the control of the Plan. You will receive written notification indicating the circumstances requiring the extension and when the Claims Administrator expects to provide a determination. If your claim is a pre-service urgent care claim, you will be notified orally with the circumstances requiring an extension and when your medical carrier expects to provide you a benefit determination.

*Revised notification timeframe*

If you are required to submit additional information, the initial notification deadline for your claim determination is suspended from the time you are contacted for such additional information and until you return the requested information. This is called the tolling period. The tolling period ends on the date the Plan receives your response to the notice, without regard to whether or not you have supplied all the necessary information to decide the claim or on the date such information was due if you did not respond. You must respond with the missing information within the following timeframe:

• 45 days for post-service claims

• 45 days for pre-service claims

• as soon as possible but not later than 48 hours for pre-service urgent care claims

### If a claim is denied or reduced

If your claim for benefits is denied or reduced, you will be notified in writing of the reason for the denial. The notice will include:

- the specific reasons for the denial
- references to the provisions of the benefit plan or practice involved
- a description of what additional information is necessary and why
- a copy of these procedures or comparable information about steps you need to take to resubmit it

Maximum timeframes for the Plan to notify you of a denied claim:

- as soon as possible for pre-service urgent care claims but no later than 72 hours
- 30 days for pre-service claims
- 60 days for post-service claims

### Appealing a denied claim

If the decision to deny or reduce the amount of the claim is not explained to your satisfaction or you have additional information that may change the decision, you should follow these steps to try to bring the claim denial to resolution:

- Step 1: Contact your medical carrier for a clearer explanation of the denial. If your appeal is concerning eligibility or enrollment, contact DuPont Connection at 1-800-755-5955.
- Step 2: Provide additional written information to your medical carrier or, in the case of eligibility or enrollment, to DuPont Connection that may allow reconsideration of your claim.

You also have the right to request, free of charge, access to copies of all documents, records and other information relevant to your claim for benefits. If after contacting your medical carrier and requesting additional information, you still have not received an adequate explanation concerning your claim for benefits under the Plan, you have a legal right to appeal the denial or partial denial of the claim.

Your final **appeal** is to DuPont. To appeal the denial, you should notify DuPont Connection in writing requesting a claim review. The request for the appeal should include additional clinical documentation supporting the claim and the reasons why you disagree with the decision.

The request for appeal should include:

- the specific reasons why you think the claim should be reconsidered and approved
- any additional documentation that supports the approval of the claim
- an explanation of benefits statement for the denied claim
- a copy of the denial letter(s) received from the carrier

You must make this request in a timely manner, preferably within 60 days after you receive the original claim decision or after you receive a claim denial.

You will receive information about the final decision from DuPont, which will respond within the following timeframes from when your appeal request is received:

- as soon as possible taking into account medical circumstances that require action but not later than 72 hours for pre-service urgent care claims
- 15 days for pre-service claims first level of appeal; if a second level of pre-service claim appeal is needed, then total response timeframe will not exceed 30 days
- 30 days for post-service claims first level of appeal; if second level of post-service appeal is needed, then total response timeframe will not exceed 60 days

Special circumstances may cause the review to take longer. You will be notified if the review is extended and of the reason for the extension.

When you are notified of the final decision, the notice will provide the reason for the decision and the specific Plan provisions on which it is based. DuPont, as Plan Administrator, has full discretion and authority to interpret Plan provisions, resolve any ambiguities and evaluate claims. The decision made by DuPont is final and binding.

The exhaustion of the claim and appeal procedure is mandatory for resolving any claim arising under this Plan. Applicable law requires you to pursue all claim and appeal rights on a timely basis before seeking any other legal recourse regarding claims for benefits.

### How the Plan will handle your appeal

In reviewing your appeal, all information that you submit, regardless of whether that information was considered at the time you submitted your initial claim, will be considered and a new review will be completed. The party reviewing your appeal will not have participated in the original claim determination and will not be a subordinate of the party who made the original claim determination by your medical carrier. In deciding an appeal of any adverse benefit determination that is based in whole or in part on a medical judgment, including determinations with regard to whether a particular treatment, drug or other item is experimental, investigational, or not medically necessary or appropriate, the Plan Administrator shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment.

## About Your Coverage

### If you leave the company

Your Medical Plan coverage ends at the end of the month in which you leave the company for any reason and are no longer eligible for coverage. At that time, you will be eligible for COBRA continuation coverage (refer to the "COBRA" section for more information).

### Coverage when you are not working

Taking a leave of absence does not affect your Medical Plan coverage. You are responsible for continued payment of premiums while you are on an unpaid leave of absence.

### *If you retire\**

When you retire as a Pensioner under the age, voluntary, optional, or incapability provisions of the Pension and Retirement Plan, your coverage will continue through the Medical Care Assistance Program, which provides Point-of-Service Option type benefits and Indemnity Option type benefits. Your coverage continues at the same coverage level (You only, You plus spouse/partner, You plus child[ren], You plus family) that you elected as an active employee. If you wish to change your medical coverage level or decline coverage, you may do so by calling DuPont Connection at 1-800-775-5955.

### *If you are terminated due to lack of work\**

If your employment with the Company is terminated due to lack of work, you will continue to receive Medical Plan coverage (either the Point-of-Service Option type or the Indemnity Option type, depending on where you live) through the Medical Care Assistance Program for yourself and your covered dependents for up to 12 months. You will pay the active employee premium cost during this period, even if you are a Pensioner. If you elect to remain in another Medical Plan option other than the Point-of-Service Option or Indemnity Option, COBRA rates will apply.

### *If you die\**

If you die while employed by the Company and you have less than 15 years of service, your coverage ends. Your surviving dependents may be eligible for COBRA continuation of coverage, which allows your dependents to continue coverage for up to 36 months. Refer to the "COBRA" section for more information. If you have more than 15 years of service at the time of your death, coverage continues through the Medical Care Assistance Program for your specified Survivor and his/her eligible dependents.

### *When coverage ends*

Medical Plan coverage ends at the end of the month in which you or your dependent(s) are no longer eligible for coverage.

# COBRA

This section is intended to comply with the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985 as amended, which requires continuation of medical coverage to certain eligible employees whose coverage would otherwise terminate. If this section is incomplete or in conflict with the law, the terms of the law will govern.

### *What is COBRA continuation coverage?*

COBRA continuation coverage is a continuation of Plan coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in this section. After a qualifying event, COBRA continuation coverage must be offered to each person who is a "qualified beneficiary." You, your spouse and your dependent children could become qualified beneficiaries if coverage under the Plan is lost because of the qualifying event. Under the Plan, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage.

---

\*Coverage continuation described in this section applies to Full-Service Employees of DuPont. Coverage may differ for joint venture
  or affiliated company employees.

If you are an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because either one of the following qualifying events happens:

• Your hours of employment are reduced, or

• Your employment ends for any reason other than your gross misconduct.

If you are the spouse of an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because any of the following qualifying events happens:

• Your spouse dies;

• Your spouse's hours of employment are reduced;

• Your spouse's employment ends for any reason other than his or her gross misconduct;

• Your spouse becomes entitled to Medicare benefits (under Part A, Part B or both); or

• You become divorced or legally separated from your spouse.

Your dependent children will become qualified beneficiaries if they lose coverage under the Plan because any of the following qualifying events happens:

• The parent-employee dies;

• The parent-employee's hours of employment are reduced;

• The parent-employee's employment ends for any reason other than his or her gross misconduct;

• The parent-employee becomes entitled to Medicare benefits (Part A, Part B or both);

• The parents become divorced or legally separated; or

• The child stops being eligible for coverage under the Plan as a "dependent child.".

Sometimes, filing a proceeding in bankruptcy under Title 11 of the United States Code can be a qualifying event. If a proceeding in bankruptcy is filed with respect to the Company and that bankruptcy results in the loss of coverage of any retired employee covered under the Plan, the retired employee will become a qualified beneficiary with respect to the bankruptcy. The retired employee's spouse, surviving spouse and dependent children will also become qualified beneficiaries if bankruptcy results in the loss of their coverage under the Plan.

### When is COBRA coverage available?

The Plan will offer COBRA continuation coverage to qualified beneficiaries only after the Plan Administrator has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee, commencement of a proceeding in bankruptcy with respect to the employer or the employee's becoming entitled to Medicare benefits (under Part A, Part B or both), the employer must notify the Plan Administrator of the qualifying event.

### You must give notice of some qualifying events

For the other qualifying events (divorce or legal separation of the employee and spouse or a dependent child's losing eligibility for coverage as a dependent child), you must notify the Plan Administrator within 60 days after the qualifying event occurs. You must provide this notice to DuPont Connection (1-800-775-5955).

## How is COBRA coverage provided?

Once the Plan Administrator receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. Covered employees may elect COBRA continuation coverage on behalf of their spouses, and parents may elect COBRA continuation coverage on behalf of their children.

COBRA coverage continues for up to 18, 29 or 36 months, depending on how you or your covered dependents become eligible. If you or one of your covered dependents elect to continue coverage under COBRA, you are required to pay 102% of the cost of coverage in after-tax dollars. If you are disabled as determined by the Social Security Administration, you may elect to continue COBRA for up to 29 months.

| Length of COBRA coverage | Reason coverage stops |
|---|---|
| 18 months | • Your employment with the Company ends for any reason other than gross misconduct<br>• Your regularly scheduled work hours are reduced, making you ineligible for coverage |
| 29 months | • You or your dependent is disabled (as determined by the Social Security Administration) when your coverage ends or at any time during the first 60 days of COBRA continuation coverage. |
| 36 months (for dependents) | • You become entitled to Medicare<br>• You die<br>• You divorce, have your marriage annulled or legally separate<br>• Your dependent stops being eligible for coverage |

COBRA continuation coverage is a temporary continuation of coverage. When the qualifying event is the death of the employee, the employee's becoming entitled to Medicare benefits (under Part A, Part B or both), your divorce or legal separation or a dependent child's losing eligibility as a dependent child, COBRA continuation coverage lasts for up to a total of 36 months. When the qualifying event is the end of employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare benefits less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries other than the employee lasts until 36 months after the date of Medicare entitlement. For example, if a covered employee becomes entitled to Medicare eight months before the date on which his employment terminates, COBRA continuation coverage for his spouse and children can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months). Otherwise, when the qualifying event is the end of employment or reduction of the employee's hours of employment, COBRA continuation coverage generally lasts for only up to a total of 18 months. There are two ways in which this 18-month period of COBRA coverage can be extended.

If you wish to elect COBRA coverage, you must do so no later than 60 days after the date your Company coverage ends or 60 days after the date of the notice of COBRA rights and your election is mailed to you, whichever is later. You must pay any cost necessary to avoid a gap in coverage within 45 days of the date you elect COBRA.

### Disability extension of 18-month period of continuation coverage

If you or anyone in your family covered under the Plan is determined by the Social Security Administration to be disabled and you notify the Plan Administrator in a timely fashion, you and your entire family may be entitled to receive up to an additional 11 months of COBRA continuation coverage, for a total maximum of 29 months. The disability would have to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage. You must notify DuPont Connection (1-800-775-5955) within 60 days of the determination. The notice must be received by DuPont Connection within the initial 18 months of COBRA.

### Second qualifying event extension of 18-month period of continuation coverage

If your family experiences another qualifying event while receiving 18 months of COBRA continuation coverage, the spouse and dependent children in your family can get up to 18 additional months of COBRA continuation coverage, for a maximum of 36 months, if notice of the second qualifying event is properly given to the Plan. This extension may be available to the spouse and any dependent children receiving continuation coverage if the employee or former employee dies, becomes entitled to Medicare benefits (under Part A, Part B or both), or gets divorced or legally separated, or if the dependent child stops being eligible under the Plan as a dependent child, but only if the event would have caused the spouse or dependent child to lose coverage under the Plan had the first qualifying event not occurred.

### If you have questions

Questions concerning your Plan or your COBRA continuation coverage rights should be addressed to DuPont Connection at 1-800-775-5955. For more information about your rights under ERISA, including COBRA, the Health Insurance Portability Act (HIPAA) and other laws affecting group health plans, contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit the EBSA website at www.dol.gov/ebsa. (Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website.)

### Keep your Plan informed of address changes

In order to protect your family's rights, you should keep the Plan Administrator informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Plan Administrator. To report an address change, contact DuPont Connection at 1-800-775-5955.

### HIPAA certification

The Health Insurance Portability & Accountability Act of 1996 (HIPAA) requires employers to provide certification showing evidence of your prior health coverage when you are no longer eligible for coverage. The certificate is included with the COBRA application package DuPont Connection sends you.

## Future of the Plan

While the Company intends to continue the benefits and policies described in this booklet, the Company reserves the right to suspend, modify, or terminate this Plan at its discretion at any time.

# ADMINISTRATIVE INFORMATION

The information presented in this Summary Plan Description is intended to comply with the disclosure requirements of the regulations issued by the U.S. Department of Labor under the Employee Retirement Income Security of 1974 (**ERISA**).

## Qualified Medical Child Support Order (QMSCO)

You or your dependents can obtain a description of procedures for Qualified Medical Child Support Order determinations at no charge from the Plan Administrator.

## Overpayments and other errors

If a benefit is paid that is larger than the amount allowed by the Plan, the Plan has a right to recover the excess amount from the person or agency who received it. Erroneous statements will not change the rights or obligations under the Plan and will not operate to grant additional benefits or coverage.

## Subrogation

If you become ill or injured and another person is at fault or potentially responsible, notify the Plan Administrator immediately.

The Medical Plan reserves the "right of subrogation" in the event of a loss. The Plan Administrator or Plan Sponsor may choose to take action to recover the amount of a claim paid to you or your covered dependent if the loss was caused by a third party. The Plan shall be entitled to full reimbursement first from any payments by a potentially responsible party. If you have the right to receive such a payment from a third party, the Medical Plan can claim the payment directly from the party. This means, for example, that the Medical Plan is entitled to reimbursement from you or your covered dependent for the expenses that it paid on account of the injury or illness.

The Plan is not required to participate in or pay attorney fees to the attorney hired by the Plan participant to pursue the Plan participant's damage claim.

## Assignment of benefits

When you file a claim, you can direct your medical carrier, the Claims Administrator, to issue benefit payments to the service provider. When you assign benefits, your medical carrier pays your provider directly. At the same time, an Explanation of Benefits is mailed to you. If you assign benefits, you do not have to submit claims to the Plan for reimbursement. Instead, your provider will submit claims for you.

Assignment of benefits does not apply to in-network managed care services. When the network provider submits the claim on your behalf, he or she automatically receives the benefit payment from the medical carrier. For in-network managed care office visits, you pay your office visit copay and no explanation of benefits is produced.

## Conversion rights

If you or your covered dependents do not elect COBRA, your coverage will end. You cannot convert the coverage to an individual policy.

## ERISA Rights

As a participant in the BeneFlex Medical Care Plan and/or Medical Care Assistance Program, you are entitled to certain rights and protections under ERISA. ERISA entitles you to:

- examine, at the Plan Administrator's office and other specified locations, including work sites and union halls if applicable, without charge, all Plan documents governing the Plan. These documents may include insurance contracts, collective bargaining agreements if applicable, and the latest annual report (Form 5500) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- obtain, after sending a written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements if applicable, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. You may be asked to pay a fee for the copies.

- receive a written summary of the Plan's annual financial report. The Plan Administrator is required by law to provide each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties on the people responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries," have a duty to do so prudently and in the best interest of you and other Plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are several steps you can take to enforce your rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive it within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the Plan Administrator's control.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack of decision about the qualified status of a domestic relations order or medical child support order, you may file suit in federal court. If Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about your Plan, contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, contact the nearest office of the Employee Benefits Security Administration,

U.S. Department of Labor, listed in your telephone directory. You may also contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Plan Sponsor

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

Other companies related to DuPont also adopt the Plan for the benefit of their employees from time to time. You can get a list of adopting employers and their addresses from the Plan Administrator.

## Plan Name

This summary describes benefits for the DuPont Medical Plan which includes the:

• BeneFlex Medical Care Plan

• Medical Care Assistance Program

## Type of Plan and Administration

The Plan is a welfare plan as defined by the Employee Retirement Income Security Act of 1974 (ERISA) that provides group health benefits. This Plan is administered by DuPont.

## Plan Administrator

The Plan Administrator has the authority to control and manage the operations and administration of each plan. You can reach the administrator at:

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

## Plan Sponsor's Employer Identification Number (EIN)

The EIN is 51-0014090.

## Plan Number

The Plan number is 503.

## Plan Year

The Plan Year is January 1 through December 31.

## Source of Benefits Funding

You and the Company pay the cost.

## Agent for Service of Legal Process

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

## Claims Administrator

Your medical carrier:

Consumer Choice Option: Aetna, Inc.—Dover, DE, 1-800-938-7668

Point-of-Service Option and Preferred Provider Option:
    Aetna, Inc.—Dover, DE, 1-800-938-7668
    Anthem BC/BS—Louisville, KY, 1-888-650-4047 or 1-502-261-0294
    CIGNA—Columbus, OH, 1-800-203-1742
    Companion HealthCare—Columbia, SC, 1-800-821-3023
    Independent Health—Buffalo, NY, 1-800-257-2753
    John Deere Health Care—Moline, IL, 1-800-287-1227

Indemnity Option and High-Deductible PPO Option: Aetna, Inc.—Dover, DE, 1-800-445-7175

Mental Health/Chemical Dependency and Prescription benefit claims administrators are noted separately, below.

## Pharmacy Network

Medco Health Solutions
Phone: 1-800-793-8766

## Mental Health and Chemical Dependency (MH/CD) Network

MH/CD Administrator for employees:
DuPont Employee Assistance Program—Wilmington, DE, 1-800-435-7266

MH/CD Administrator for Pensioners, Survivors and their covered dependents:
    ComPsych—1-800-435-7266 if you participate in the MEDCAP Network (Point-of-Service Option)
    Or Aetna—1-800-445-7175 if you participate in MEDCAP Standard (Indemnity Option)

If you are a dependent of an active employee, you can either contact ComPsych or the DuPont Employee Assistance Program before treatment.

# CONTACTS

## For Appealing a Claim

DuPont Connection
Medical Appeals
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955

## For Claim Forms/Issues, Precertification Information or Network Provider Information (where applicable)

Most issues about claims or benefits can be resolved informally by contacting Carrier Member Services. The toll-free number is on the member's medical ID card.

Your medical carrier:

Consumer Choice Option: Aetna, Inc.—Dover, DE, 1-800-938-7668

Point-of-Service Option and Preferred Provider Option:
    Aetna, Inc.—Dover, DE, 1-800-938-7668
    Anthem BC/BS—Louisville, KY, 1-888-650-4047 or 1-502-261-0294
    CIGNA—Columbus, OH, 1-800-203-1742
    Companion HealthCare—Columbia, SC, 1-800-821-3023
    Independent Health—Buffalo, NY, 1-800-257-2753
    John Deere Health Care—Moline, IL, 1-800-287-1227

Indemnity Option and High-Deductible PPO Option: Aetna, Inc.—High Point, NC, 1-800-445-7175

Mental Health/Chemical Dependency and Prescription benefit carrier contacts are noted separately, below.

## Getting Preapproval for Mental Health and Substance Abuse

MH/CD Administrator for employees:
DuPont Employee Assistance Program—Wilmington, DE, 1-800-435-7266

MH/CD Administrator for Pensioners, Survivors and their covered dependents:
    ComPsych—1-800-435-7266 if you participate in the MEDCAP Network (Point-of-Service Option)
    Or Aetna—1-800-445-7175 if you participate in MEDCAP Standard (Indemnity Option)

If you are a dependent of an active employee, you can either contact ComPsych at 1-800-435-7266 or the Employee Assistance Program before treatment.

## Prescription Program

Medco Health Solutions
Phone: 1-800-793-8766
http://www.medcohealth.com

## For COBRA Coverage

DuPont Connection—1-800-775-5955

# DICTIONARY TERMS

The following terms are highlighted throughout the SPDs. In this section, you will find the definitions for these terms to help clarify their meaning and to provide information to better help you understand the provisions of your benefit Plan.

*Appeal*

A request for reconsideration of a denied claim. Either the Claims Administrator or the Plan Administrator reviews the appeal and decides if the claim's previous denial should be overturned. Certain appeals are governed by requirements set forth by the Employee Retirement Income Security Act of 1974 (ERISA), including how appeals are submitted and responded to, relevant timeframes and responsibilities of the claimant, the Claims Administrator and the Plan Administrator.

*BeneFlex Election Change Period* (annual enrollment, open enrollment)

The period of time each year designated by the Company when employees may generally make changes to their benefit elections.

*Brand-name drug*

Protected by a patent issued to the original company that invented or marketed the drug. Brand-name drugs are single or multisource brand drugs, but exclude those drugs billed as generics.

*COBRA* (Consolidated Omnibus Budget Reconciliation Act)

Federal law that allows eligible people covered by a group health plan to temporarily extend coverage when their coverage would otherwise end, such as when they get divorced or leave a company.

*Coinsurance*

A percentage of expenses that you are responsible for paying after you meet your deductible.

*Company*

The association or organization you work for and that provides your benefit program.

*Copay*

The flat dollar amount you pay for a certain type of health care expense.

*Custodial care*

Treatment of persons who have reached the maximum level of recovery which can reasonably be expected, or care primarily for purposes of meeting a person's needs which could be provided by persons without professional skill or training.

### Deductible

The amount of out-of-pocket expenses you must pay for service before the Plan pays additional expenses.

### Emergency

A life-threatening medical problem such as a stroke, heart attack, serious injury, acute asthma attack, poisoning or convulsions.

### ERISA (Employee Retirement Income Security Act of 1974)

This federal law requires employee benefit plans to disclose information about the Plan to participants and establish claims procedures.

### Experimental or investigational treatment

Health care procedures and drugs which have not been broadly accepted among the relevant medical community as a standard part of medical practice.

### Explanation of benefits (EOB)

A statement you receive from your carrier giving specific details about how and why benefit payments were or were not made. It summarizes the charges submitted and processed, the amount allowed, the amount paid and your balance, if any.

### Generic drug

A multisource drug that generally contains the same ingredients and has the same effect as a brand-name drug, but is manufactured by a company other than the one that manufactures the brand-name drug. In some instances, a generic drug may not have a brand-name counterpart.

### Inpatient

When you are admitted to the hospital for treatment or observation.

### Medically necessary

A service or supply which is reasonable and necessary for the diagnosis or treatment of an illness or injury, in view of the customary practice in the geographical area, and is given at the appropriate level of care.

### Outpatient

When you visit a clinic, emergency room or health facility and receive health care without being admitted as an overnight patient.

### Plan Year

The 12-month period, or policy or fiscal year on which the Plan's records are kept. The Plan Year runs from January 1 through December 31.

### Post-service claim

A claim that involves only the payment or reimbursement of the cost of medical care that has already been provided, and any other claim for benefits that is not a pre-service claim; for example, a claim for reimbursement for already performed diagnostic tests.

### Pre-existing condition

A health problem you had and received treatment for before your current benefit elections took effect.

### Pre-service claim

Any claim for a benefit which, with respect to the terms of the Plan, conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care.

### Primary care physician (PCP)

A doctor you choose who is responsible for coordinating your medical care, from providing direct care up to and including referring you to specialists and hospital care.

### Qualified Medical Child Support Order (QMCSO)

A judgment, decree or order that meets all of the following criteria:

• is issued by a court pursuant to a domestic relations law or community property law

• creates or recognizes the right of an alternate recipient to receive benefits under a parent's employer's group or health plan

• includes certain information relating to the participant and alternate recipient

### Qualifying Life Event

An event recognized by Section 125 of the Internal Revenue Code and the Plan that entitles you to make a change in the benefit elections you made.

### Reimburse

When you are paid back for money you spend on approved expenses.

### Stop-loss

The maximum amount you have to pay toward the cost of your covered medical care expenses in the course of one year. After you have paid this amount, the Medical Plan will pay 100% of eligible health care expenses up to the calendar-year maximum of $1.5 million.

### Summary Plan Description (SPD)

A legally required document intended to help you understand your benefits, how the Plan operates, how to file claims, and your rights and responsibilities as a Plan participant. It does not describe every feature in the Plan and it is not intended to be a full statement of the Plan documents.

### Urgent care

Sudden and severe symptoms that do not qualify as a medical emergency but require care to prevent the problem from becoming a medical emergency.

### Urgent care claim

Claims for medical care or treatment that if processed under normal claims decisions processes could seriously jeopardize the claimant's life or health, jeopardize claimant's ability to regain maximum function, or subject claimant to severe pain that cannot be managed without the care or treatment that is the subject of the claim.

This document is printed on paper containing
DuPont™ RPS Vantage® titanium dioxide.

K-01436  (1/05)



**The miracles of science™**

# EXHIBIT N

# DENTAL

# ASSISTANCE PLAN

Originally Adopted - September 1, 1976

Last Amended - April 21, 2005

**E. I. du Pont de Nemours and Company**

# DENTAL ASSISTANCE PLAN

## I.   PURPOSE

The purpose of this Plan is to encourage dental health by assisting employees, former employees retired with pension, eligible survivors, and their eligible dependents in paying for dental care.

## II.   CONTRACT ADMINISTRATOR

Benefits under this Plan are paid for entirely by the Company except as provided under continuation coverage provisions of Section IX.B., and are administered by a Contract Administrator, hereinafter defined below as the Insurance Company, as agent for the Company.

## III.   DEFINITIONS

A.   The term "employee" for purposes of this Plan means a "Full Service Employee" as such term is defined in the Company's Continuity of Service Rules.

B.   The term "dependent" means

   1.   The lawful spouse of the employee.

   2.   Any child who is unmarried, claimed by the employee as a dependent for federal tax purposes (except full time students age 24), and who is

      a.   less than 19 years old, except full-time students under age 25; or

      b.   mentally or physically incapable of earning a living, regardless of age if the condition has been established prior to loss of coverage providing the employee submits proof of the child's incapacity and dependency to the Company at reasonable intervals upon request.

   3.   The natural or legally adopted unmarried child under age 25 of a divorced employee who, as the result of a court order, must be provided with dental coverage by the employee, provided such child(ren) must meet the full-time student requirement if age 19 or older..

   4.   No person may be covered both as an employee and as a dependent, and no person will be covered as a dependent of more than one employee.  If a person would otherwise qualify as both an employee and a dependent, such person shall be considered an eligible employee and not an eligible dependent.  If a dependent would otherwise qualify as a dependent of

more than one employee, such dependent shall be covered as the dependent of only one employee.

5.  The same sex partner of an employee, provided that the employee files an affidavit in the form and in the manner prescribed by the Company while actively employed by the Company affirming that the employee and domestic partner:

   (i.)    are the same sex

   (ii.)   live in a committed relationship and intend to remain each other's partner indefinitely

   (iii.)  reside together in the same permanent residence

   (iv.)   are financially interdependent and jointly responsible for the common welfare and financial obligations of the household or the partner is chiefly dependent upon the employee for care and financial assistance

   (v.)    are not (1) legally married to anyone else, (2) the domestic partner of anyone else, or (3) the common law spouse of anyone else, and they agree to marry to obtain or continue benefits coverage if marriage between same sex partners becomes a legal option

   (vi.)   do not have a blood relationship that would bar marriage under applicable laws of the state in which they reside

   (vii.)  do not live in an area where domestic partnerships are prohibited by law or where same sex marriages are recognized

   (viii.) are both at least eighteen (18) years of age.

C.  The term "Company" means E. I. du Pont de Nemours and Company, any wholly owned subsidiary or part thereof and any partnership or joint venture in which E. I. du Pont de Nemours and Company is joined which adopts this Plan with the approval of the Company, or such person or persons as the Company may designate.

D.  The term "service" means the length of an employee's period of "continuous service" as determined under the provisions of the Company's Continuity of Service Rules.

E.  The term "dentist" means a person duly licensed to practice dentistry in the locality where the service is rendered, and includes a licensed physician authorized by his license to perform the particular dental service he has rendered.

F.  The term "reasonable and customary charge" means the actual fee charged by a dentist for a service rendered or a supply furnished, but only to the extent the fee is reasonable, in the sole judgement of the Insurance Company, taking into account the following:

2.

1. The usual fee which the individual dentist most frequently charges the majority of his patients for the particular service rendered or supply furnished; and

2. The prevailing range of fees charged in the same area by dentists of similar training and experience for the particular service rendered or supply furnished; and

3. Unusual circumstances or complications requiring additional time, skill and experience in connection with the particular dental service or procedure.

G. The term "covered dental expenses" means expenses for necessary dental services and supplies for the diagnosis, prevention or treatment of dental conditions charged for and provided to the eligible employee or dependent by a dentist or by a licensed dental hygienist under the supervision of a dentist. Covered dental expenses are limited to reasonable and customary charges for services and supplies customarily employed for treatment rendered in accordance with broadly accepted standards of dental practice. Where there are two or more methods of treating a particular dental condition, covered dental expenses are limited to expenses for the least expensive method of treatment recognized by the dental profession to be adequate and appropriate in accordance with broadly accepted standards of dental practice, taking into account the individual's total current oral condition, and sufficient to accomplish a professionally adequate result.

H. The term "designated benefit schedule" means that schedule of benefits payable for particular dental services which is in effect in the service provider's locality.

I. The term "course of treatment" means a planned program of one or more covered dental services, whether rendered by one or more dentists, for the treatment of a dental condition diagnosed by the attending dentist as a result of an oral examination. The course of treatment commences on the date a dentist first renders a service to correct or treat such diagnosed dental condition.

J. The term "Plan Year" means a period of 12 consecutive months commencing January 1 and ending the following December 31.

K. The term "Insurance Company" means the Contract Administrator, as agent for the Company.

L. The term "affiliated group" means E. I. du Pont de Nemours and Company and its controlled group of corporations within the meaning of Section 1563(a) of the Internal Revenue Code, but does not include any foreign subsidiary or any domestic subsidiary which derives in excess of 50% of its gross income for a taxable year from sources without the United States (as defined in Section 7701(a)(9) of the Code).

M. The term "surviving spouse" means the spouse at death.

3.

N.  The term "Limited Option" means the type of coverage that provides benefits only for the expenses described in Section V.A, "Covered Dental Expenses - Diagnostic and Preventive."

O.  The term "Standard Option" means the type of coverage that provides benefits for the covered dental expenses described in Section V.A, "Covered Dental Expenses - Diagnostic and Preventice" and V.B, "Covered Dental Expenses - Other."

## IV.  ELIGIBILITY

A.  Except as provided below, employees who do not participate in the BeneFlex Flexible Benefits Plan as the result of collective bargaining, and former employees for whom coverage is provided by the Company shall become eligible without regard to length of Company service. Each dependent shall become eligible on the later of (l) the date of the employee's eligibility, or (2) the date such person becomes a dependent of such employee, provided, however, that the same sex partner of former employees will only be eligible for coverage under this Program if that partner was also covered under the Program by the former employee prior to his/her retirement from the Company.

B.  Benefits under this Plan as last amended shall not apply to any employee or the dependent(s) of any employee in a bargaining unit represented by a union for collective bargaining unless and until collective bargaining on the subject has taken place and any requisite obligations thereunder have been fulfilled.

C.  Benefits under this Plan shall also be provided to former employees who retired under Section IV of the Company's Pension and Retirement Plan and who meet the age and service criteria for coverage under this Plan that is defined in Appendix A, and to his dependents, except that a former employee described in Section IV.D.(1)(c) of that plan who are not otherwise eligible for retirement under Sections IV.A., IV.B., and IV.C. and his dependents will not be eligible after October 14, 1994; to former employees who, after attaining 15 years of service for purposes of this Plan, transfer to an affiliated group company and retire from the affiliated group under a provision similar to such Section IV of the Pension and Retirement Plan after attaining age 50 and to his dependents; to a surviving spouse and dependent children (as defined in Section III) or, if receiving survivor payments under Section VI.A. of the Pension and Retirement Plan, a parent or stepparent of (a) a deceased employee with 15 or more years of service, or (b) a deceased former employee who retired with pension under Section IV of the Company's Pension and Retirement Plan, and to an eligible survivor entitled to benefits under Section III(g) of the Company's Special Benefits Plan. Where the survivor is the surviving spouse, benefits will also be provided to the survivor's eligible dependents who were dependents of the deceased employee or former employee, and where the survivor is a dependent child of the deceased, coverage under this policy will cease when that child attains age 21.

4.

D.  Benefits under this Plan shall also be provided by the Company to a former employee terminating pursuant to Section XI. A. (1) of the Company's Pension and Retirement Plan for a period of one year following the date of termination. Such former employees may elect continuation coverage for an additional period of eighteen months at a cost of 102% of applicable costs.  If continuation coverage is elected, the initial premium must be paid within 45 days of the election and premium payments must be made within 30 days of the due date or coverage will end.

E.  Former employees terminated on account of lack of work will become participants for a period not to extend beyond the earlier of the last day of (a) the twelfth calendar month following the month in which the employee terminated on account of lack of work, (b) the calendar month in which the former employee dies, of (c) the calendar month in which the former employee refuses recall or returns to work at any Company location.

F.  Former employees terminated pursuant to the 2001 Directed Renewal Initiative (DRI) or the 2001 Voluntary Unit Renewal (VURI) initiative will become participants for a period not to extend beyond the earlier of the last day of (a) the twelfth calendar month following the month in which the employee terminated under the terms of the VURI or DRI programs, (b) the calendar month in which the former employee dies, or (c) the calendar month in which the former employee refuses recall or returns to work at any Company location.

G.  In order to avoid duplication of benefits, a former employee of the Company entitled to  benefits under this Plan or any plan of the Company providing similar benefits who is employed by a subsidiary or joint venture of the Company which maintains a similar plan offering comparable benefits to which the Company contributes directly or indirectly will not be eligible to participate in this Plan during the period of employment by the subsidiary or joint venture.

H.  Effective October 1, 2001, former employees of DuPont Pharmaceuticals Company who retired from employment under the terms of the DuPont Pharmaceuticals Company Pension and Retirement Plan prior to October 1, 2001 and former employees of DuPont Pharmaceuticals Company eligible to receive benefits under the DuPont Pharmaceuticals Company Total and Permanent Disability Income Plan prior to October 1, 2001 and the eligible dependents of such employee will become participants in this Plan.

I.  Former employees who are eligible to participate in the Plan will become participants in the Standard Option unless they elect:

1. The Limited Option - Former employees may elect the Limited Option within 30 days of termination of employment or after participating in the Standard Option for a minimum of 12 months post-employment.  In the event such former employees elect the Limited option, they will not be eligible to receive Standard Option benefits until they have met the conditions established by the Company.

5.

2. No Coverage - In the event former employees elect not to participate, they will have no coverage and will not be eligible to participate until they have met the conditions established by the Company.

J.  A participating employee or former employee may elect coverage on the employee only, the employee and spouse/partner, the employee and dependent child(ren), or the employee and family (spouse/partner and dependent children).

## V.    DENTAL ASSISTANCE BENEFITS

A.  **Covered Dental Expenses - Diagnostic and Preventive.**  Subject to the limits set forth in paragraph C, an eligible employee's or dependent's reasonable and customary covered dental expenses for the following diagnostic and preventive services will be paid by the Insurance Company:

1.  INITIAL AND PERIODIC ORAL EXAMINATIONS, but not more than two such examinations for any person in any Plan year, for the purpose of making diagnostic conclusions about the oral health of the patient and the dental care required.

2.  TESTS AND LABORATORY EXAMINATIONS necessary for the diagnosis, prevention, and treatment of dental disease or injury.

3.  ROUTINE PROPHYLAXIS (cleaning and scaling of teeth), but not more than twice for any person in any Plan year.

4.  FLUORIDE TREATMENTS (for dependent children under age 14 only) as follows:

   a.  Topical application of sodium fluoride, but not more than one series of four such treatments for any person in any Plan year, or

   b.  Topical application of stannous fluoride, but not more than one such treatment for any person in any Plan year, or

   c.  Topical application of acid fluoride phosphate, but not more than one such treatment for any person in any Plan year.

   Prophylaxis is not included as part of fluoride treatments.

5.  SPACE MAINTAINERS (for dependent children under age 19 only):

   a.  Installation of fixed or removable appliances designed to maintain existing space by preventing adjacent and opposing teeth from moving, but only when such appliances replace prematurely lost or extracted teeth.

    b. Subsequent adjustment of such appliances, but only when required because of relative change in the condition of the mouth.

6. DENTAL X-RAYS (radiographs):

    a. Full mouth x-rays including bitewings, but not more than once in any period of thirty-six consecutive months.

    b. Supplementary bitewing x-rays, but not more than twice in any Plan year.

    c. Any dental x-ray required in connection with the diagnosis of a specific condition requiring treatment.

7. PERIODONTAL PROPHYLAXIS, but only where there is a specific dental need, and not more than twice for any person in any Plan year.

8. APPLICATION OF SEALANTS (for dependent children under age 14 only), but not more than one such treatment for any person in any period of thirty-six consecutive months.

B. **Covered Dental Expenses - Other.** Subject to the limits set forth in paragraph C, the amount listed in the designated benefit schedule (but not in excess of the amount charged) will be paid by the Insurance Company toward an eligible employee's or dependent's other covered dental expenses. Other covered dental expenses are expenses incurred for the following types of dental services:

1. RESTORATIONS - treatment necessary to restore the structure of tooth or teeth to a state of functional acceptability because of cavities (caries) or fracture.

2. ENDODONTICS - treatment of diseases of the dental pulp, such as root canal therapy.

3. PERIODONTICS - treatment of diseases of the gums and tissues surrounding the teeth, other than routine periodontic prophylaxis that is covered under paragraph A, above.

4. PROSTHODONTICS - Services to replace one or more teeth other than wisdom teeth (third molars) lost or extracted while an individual is eligible hereunder, including but not limited to:

    a. Initial installation of fixed bridgework including inlays and crowns to form abutments.

    b. Initial installation of partial or full removable dentures, including adjustments during the six month period following installation.

    c.  Addition of teeth to an existing partial removable denture.

    d.  Installation of a permanent full denture that replaces, and is installed within twelve months of, the installation of a temporary denture.

    e.  Replacement of an existing partial denture, full removable denture or fixed bridgework, provided the existing denture or bridgework cannot be made serviceable and was installed at least five years prior to its replacement.

    f.  Repair or recementation of inlays, crowns, bridgework, or dentures, or relining of dentures.

The requirement that the teeth be lost or extracted while the individual is eligible does not apply to (e) and (f) above. Should dimensional changes to the oral cavity, additional extractions, or loss of teeth while the individual is eligible require the replacement of dentures or bridgework, the 5-year requirement of (e) above is waived.

Replacement of a full denture is covered whether or not the appliance is five years old if such replacement is made necessary by the replacement of an original opposing full denture.

5.  ORAL SURGERY - surgical procedures in and about the mouth.

6.  ORTHODONTICS - Treatment for the prevention and correction of irregularities of the teeth and malocclusion. Orthodontics is covered only for dependent children under age 19 and orthodontic coverage terminates on the day prior to such dependent's 19th birthday. In determining the date that a charge is incurred and the benefits payable, for the purpose of allocating charges and benefits between covered and non-covered periods, 25% of the reasonable and customary charge and of the scheduled benefit will be allocated to preparation and construction of the appliance. Charges and benefits for the remainder of the course of treatment will be pro-rated over the estimated months of treatment.

7.  GENERAL ANESTHESIA - When medically necessary and administered in connection with oral surgery.

8.  OTHER NECESSARY DENTAL SERVICES, such as palliative (emergency) treatment of dental pain.

C.  Limits

1.  The maximum amount payable for all covered dental expenses (except orthodontics) incurred on account of any one person in any one Plan year shall not exceed $1,100.

2.  The maximum amount payable for all covered dental expenses incurred on account of any one person for orthodontics shall not exceed $1,200 during such person's lifetime.

3.  The date on which a service is actually performed, or the date a supply or material is actually ordered, shall be considered the date on which any expenses for such service, supply or material are incurred.  Charges for root canal therapy shall be considered to have been incurred when the tooth is opened.  Charges for a crown required for the restoration of a tooth shall be considered to have been incurred when the tooth is prepared for the crown.  Charges for the prosthetic device shall be considered to have been incurred when the impressions are taken and/or abutment teeth fully prepared.

4.  The amount otherwise payable toward any covered dental expense will be reduced by the amount of benefits paid, if any, toward such expense under the Company's plans providing hospital, surgical, and medical services or benefits.  In the case of a plan providing benefits in the form of services, the reasonable cash value of each service rendered shall be deemed a benefit paid.

## VI.    PREDETERMINATION

A.  If a course of treatment, including orthodontics, can reasonably be expected to result in covered dental expenses of $200 or more, a description of the procedures to be performed, an estimate of the dentists charges, and such diagnostic and evaluative materials (including x-rays) as the Insurance Company may require shall be filed with the Insurance Company for predetermination of the benefits payable prior to commencement of the course of treatment.

B.  The Insurance Company will notify the employee through the dentist of the benefits payable on the basis of such course of treatment.  In determining the benefits payable, consideration will be given to alternative procedures, services or courses of treatment, recognized by the dental profession to be adequate and appropriate in accordance with broadly accepted standards of dental practice, that may be performed for the dental condition being treated to accomplish the desired result.

C.  If a description of the procedures to be performed and an estimate of the dentist's charges are not submitted to the Insurance Company in advance, the Insurance Company nevertheless reserves the right to determine benefits taking into account alternative procedures, services or courses of treatment based on broadly accepted standards of dental practice.

## VII.    EXCLUSIONS

A.  Charges for the following services and supplies shall in no event be considered covered dental expenses:

9.

1.   Charges for services and supplies that in the sole judgment of the Insurance Company are primarily for cosmetic or esthetic purposes, including personalization or characterization of dentures. Facings on dental structures in the rear of the mouth (crowns and pontics posterior to the second bicuspid) shall always be considered cosmetic.

2.   Charges incurred while the individual is not covered under this Plan, except as provided under Section X.

3.   Charges incurred in connection with the replacement of teeth removed or lost before an individual is eligible for coverage under this Plan. There are two exceptions to this exclusion:

    a.   Replacement of existing partial dentures, full removable dentures and fixed bridgework is a covered expense, provided the existing denture or bridgework cannot be made serviceable and was installed at least 5 years prior to its replacement; and

    b.   Replacement or installation of a denture or bridgework because of dimensional changes in the oral cavity, necessary additional extractions, or loss of teeth while the individual is eligible is a covered expense.

4.   Charges for replacement of lost or stolen prosthetic devices.

5.   Charges for any services or supplies rendered or furnished in connection with any duplicate prosthetic device or any other duplicate appliance.

6.   Charges that would not have been made if no coverage existed, or charges which the covered individual is not required to pay.

7.   Charges for services or supplies which are furnished or paid for by reason of the past or present service of any person in the armed forces of any government.

8.   Charges for services received by the employee or dependent to the extent that such charges are paid or such person is entitled to have them paid in accordance with laws or regulations of any government, or services which are obtained without cost to such person in accordance with laws or regulations of any government. If a charge is made to any such person which he is legally required to pay, any benefits will be computed in accordance with the provisions of this Plan, taking into account only such charge. "Any government" includes the federal, state, provincial or local government, or any political subdivision thereof, of the United States, Canada or any other country.

10.

9.  Charges for any services or supplies which are not necessary for the diagnosis, prevention or treatment of injury or disease or are not certified by the attending dentist as being required for the patient's dental treatment.

10.  Charges made by the dentist for the patient's failure to appear as scheduled for an appointment.

11.  Charges for completion of claim forms or filing of claims.

12.  Charges for educational programs, such as training in plaque control or oral hygiene, or for dietary instructions.

13.  Charges for any services or supplies rendered or received as a result of dental disease, defect, or injury which occurs while the individual is eligible hereunder and is due to an act of war, declared or undeclared, insurrection, participation in a riot or service in the armed forces of any government.

14.  Charges on account of any treatment due to any occupational condition, ailment, injury or disease covered by any worker's compensation or similar law.

15.  Charges for services or supplies in connection with periodontal splinting.

16.  Charges which in the sole judgement of the Insurance Company are in excess of the reasonable and customary charge for or the fair and reasonable value of the service or supply which gives rise to the expense.

17.  Charges for procedures, appliances or restorations (except full dentures) whose main purpose is to:  (a) change vertical dimension; (b) diagnose or treat conditions or dysfunction of the temporomandibular joint; (c) stabilize periodontally involved teeth; or (d) restore occlusion.

18.  Charges for experimental procedures.

19.  Charges for anesthesia, except general anesthesia when medically necessary in connection with oral surgery.

20.  Charges for repair of natural sound teeth or other body tissues required as a result of accidental injury.

## VIII.  COORDINATION OF BENEFITS

A.  If the total of benefits payable with respect to any individual under this Plan and any other dental plan would exceed 100% of such individual's allowable expenses in any Plan year, and when this Plan is secondary to such other dental

11.

plan, benefits otherwise payable hereunder shall be reduced so that the total of benefits payable under this Plan and any other dental plan does not exceed 100% of allowable expenses. The determination of which plan is secondary shall be made in accordance with the following rules:

1.  If one plan covers the individual as an employee, pensioner or survivor and the other covers him as a dependent, the plan which covers him as a dependent is secondary.

2.  If one plan covers the individual as an employee and the other plan covers him as a pensioner or survivor, the plan which covers him as a pensioner or survivor is secondary.

3.  If two plans cover an individual as a dependent child, the plan of the parent whose birthday (month and day) falls later in the year is secondary.

4.  When rules 1, 2 and 3 do not establish which plan is secondary, then the plan which has covered the individual for the shorter period of time is secondary.

When benefits otherwise payable under this Plan are reduced as a result of this section, each benefit that would be payable in the absence of this section shall be reduced proportionately, and such reduced amounts shall be charged against the applicable benefit limits of this Plan.

B.  The term "other dental plan" means any plan or plans providing benefits or services for or by reason of dental care or treatment, which benefits or services are provided by group insurance, government programs, or any other arrangement of coverage for individuals in a group, whether insured or uninsured, excluding the Company's plans providing hospital, surgical or medical services or benefits. When a plan provides benefits in the form of services, the reasonable cash value of each service rendered shall be deemed to be both a benefit paid and an allowable expense.

C.  The term "allowable expenses" means any necessary reasonable and customary charge for dental services, procedures or supplies covered in whole or in part by this Plan or any other dental plan covering an individual eligible under this Plan.

D.  For the purpose of implementing this provision or any similar provision of any other dental plan the Insurance Company may, without consent of or notice to any person, release to or obtain from the administrator of any other dental plan such information regarding benefit coverage as it deems necessary for such purpose. Any person claiming benefits under this Plan shall provide the Insurance Company with such information as may be necessary to implement this provision.

E.    Whenever payments which should have been made under this Plan have been
made under any other dental plan, the Insurance Company shall have the right,
in its sole discretion, to pay to any organizations making such other payments
such amount as it determines to be necessary to satisfy the intent of this
provision. The amount so paid shall be deemed to be benefits paid under this
Plan. Similarly, whenever the Insurance Company has made payments under
this Plan which should have been made under any other dental plan, or
payments in excess of the amount necessary to satisfy the intent of this section,
the Insurance Company shall have the right to recover such payments from any
individual to or with respect to whom such payments were made, or from any
organization making payments under any other dental plan.

## IX.    PRO RATA COVERAGE

For any participant who has retired under Section IV of the Pension and Retirement
Plan on or after January 1, 1994, who is not eligible for an unreduced (100%) pension, and
his or her survivors, the amount of premium payable under this Plan will be adjusted to
reflect the multiplication of the Company's contribution by the applicable percentage factor
from the Early Retirement table set forth in Section IV.B.(2) or the applicable percentage
factor for the Optional Retirement set forth in Section IV.D.(2) of the Pension and
Retirement Plan, except that such adjustment will not be effective for former employees
whose employment was terminated for lack of work for a period of 12 months after
termination.

For any employee who is working less than a full schedule per week, the Company's
contribution to benefits payable under this Plan will be reduced based on the reduction in the
employee's work schedule compared to a full schedule. The Company may agree to waive the
reduction of its contribution to benefits in cases where a business unit initiates the reduced
schedule to accommodate work curtailment or deferral for a period of definite duration.

## X.    DISCONTINUANCE OF COVERAGE

A.    An employee's coverage under this Plan (with respect to the employee and any
eligible dependents) shall terminate on the last day of the calendar month in
which his service terminates, and a dependent's coverage under this Plan will
terminate on the last day of the calendar month in which such individual ceases
to be a dependent as defined in Section III, subject to provisions of Section
IX.B., below, except with respect to former employees terminated on account
of lack of work. With respect to former employees who are terminated on
account of lack of work, coverage will be provided for a period not to extend
beyond the earlier of the last day of (a) the twelfth calendar month following
the month in which the employee was terminated on account of lack of work,
(b) the calendar month in which the former employee dies, or (c) the calendar
month in which the former employee refuses recall to the site from which he
was terminated.

13.

**B.** Qualified Beneficiaries

1. If Company-paid coverage under this Plan ceases with respect to a covered employee or covered dependent, continued coverage under this Plan is extended to those employees and dependents (herein designated "Qualified Beneficiaries") to whom the following qualifying event(s) have occurred resulting in a loss of Company-paid coverage under this Plan:

   a. Termination of employment for any reason except gross misconduct;

   b. Divorce or legal separation (when the latter causes loss of coverage);

   c. Death of an employee; or

   d. Loss of eligible dependency status.

2. Subject to paragraph 3, below, employees and dependents losing Plan coverage by reason of experiencing the events in B.1. above, will be qualified beneficiaries entitled to continuation of coverage for the periods stated below starting with the first occurrence of a qualifying event:

   a. 18 months in the case of termination of work;

   b. 36 months in the cases of divorce, separation, death of an employee, or loss of eligible dependency status;

3. Conditions governing the loss of continuation coverage under this provision are:

   a. subject to the conditions below, coverage is to continue for as long as the applicable premium is paid by the qualified beneficiary;

   b. coverage will end if the qualified beneficiary becomes covered under any other group health plan as an employee, or otherwise;

   c. coverage will end if the qualified beneficiary becomes eligible for Medicare;

4. Election to Continue Coverage

   a. Qualified beneficiaries may elect to continue coverage by notifying the Site Benefits Administrator within 60 days of either the qualifying event or the date at which notice of rights is conveyed to such qualified beneficiaries, whichever is later; provided that in the case of an event in 1.b. or 1.d. above, the Company has been notified by the qualified beneficiary within 60 days of the event.

      b.  Any election of coverage available under the Plan by the employee on behalf of a spouse/partner or dependents shall be considered effective as to such individuals unless:

          1.  a separate election is made by the affected dependents;

          2.  an election by a spouse/partner (or ex-spouse or former same sex partner) is made on behalf of an affected dependent.

## XI.   EXTENSION OF BENEFITS

Benefits are payable for services performed following discontinuance of coverage only as follows:

    A.  Charges for a prosthetic device will be covered if the impressions were taken and/or abutment teeth fully prepared while covered under the Plan, provided the prosthetic device is installed or delivered within two calendar months following discontinuance of Company-paid coverage.

    B.  Charges for a crown required for the restoration of a tooth will be covered if the tooth was prepared for the crown while covered under the Plan and the crown is installed within two calendar months following discontinuance of Company-paid coverage.

    C.  Charges for root canal therapy will be covered if the tooth was opened while the individual was covered under the Plan and treatment is completed within two calendar months following discontinuance of Company-paid coverage.

    D.  Benefits shall be payable pursuant to Continuation of Coverage eligibility as set forth in Section IX.

## XII.  PREMIUMS

The premiums under this Plan during each Plan Year will be determined by the Company. The premium will be deducted from the participating employee's compensation. The price of coverage for former employees receiving a pension benefit and survivors will be deducted from the pension payment or other payment, unless alternative arrangements for payment are made. If alternate arrangements for payments are made, payment must be made in advance of the month of coverage.

## XIII.  APPLICATION FOR BENEFITS

    A.  Application for benefits under this Plan must be filed with the Insurance Company on the forms provided.

B. The Insurance Company may require, at its discretion, x-rays and other appropriate diagnostic and evaluative materials as part of the basis for determining benefits payable.

C. If an application for benefits under this Plan is denied in whole or part, the Insurance Company shall furnish written notice of such denial. The employee or dependent may then submit to the Insurance Company a written request for review of the denial of his claim. Such request shall document the reasons the employee or dependent believes the original determination was incorrect.

D. The Insurance Company will reply in writing to each such request for review. The decisions of the Insurance Company on review of a claim shall be conclusive and binding.

## XIII. ADMINISTRATION OF THE PLAN

The Company shall have the authority to control and manage the operation and administration of this Plan and to designate one or more persons to carry out the responsibilities of the operation and administration of this Plan. The Company, or such person or persons as the Company may designate, may employ one or more persons to render advice with regard to any responsibility of the Company or any such person under this Plan. The Company shall have the discretionary right to determine eligibility for benefits hereunder and to construe the terms and conditions of this Plan. The decision of the Company shall be final with respect to any questions arising as to the interpretation of this Plan.

## XIV. RIGHT TO MODIFY PLAN AND BENEFIT SCHEDULES

A. The Company reserves the sole right to amend or discontinue this Plan at its discretion. Any change which has the effect of reducing or terminating benefits hereunder will not be effective until one year following announcement of such change by the Company.

B. The Company also reserves the sole right at any time and without notice to make general and specific revisions in the benefit schedules in effect at any or all employment locations and any such revision of schedules shall not be construed as a reduction, termination or withdrawal of benefits. The designated benefit schedule at any one employment location shall in no way be dependent on or subject to changes because of the designated benefit schedule, or changes in the designated benefit schedule, at any other employment location.

<div align="right">**Appendix A**</div>

<div align="center">

***Dental Assistance Plan***
Eligibility for Retiree Coverage

</div>

Former employees of the Company will be eligible for coverage under this Plan provided they (1) retire from the Company under the provisions of Section IV of the Pension & Retirement Plan (or a provision similar to Section IV of the Pension & Retirement Plan provided by an affiliated group company's pension plan) and (2) meet the following age & service criteria:

(A)     An employee is eligible for coverage under this Plan after reaching age 50 and attaining at least 15 years of service with E. I. du Pont de Nemours and Company, Inc. as determined under the provisions of the Continuity of Service Rules, or recognized by the Board of Benefits & Pensions for purposes of this Plan.

The amount of the Company subsidy toward the cost of this Plan will be determined each year by the Company. Individuals who retire from the Company after reaching age 58 with 27 years of service, as determined for purposes of this Plan, will receive the full amount of the Company subsidy each year.

Individuals who retire from the Company prior to reaching age 58 with 27 years of service, as defined above, will have the amount of the Company subsidy multiplied by the applicable percentage factor from the table below:

| AGE AT RETIREMENT | SERVICE YEARS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 15 – 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 & OVER |
| 65 | 100% | | | | | | | |
| 64 | 95 | 100% | | | | | | |
| 63 | 90 | 95 | 100% | | | | | |
| 62 | 85 | 90 | 95 | 100% | | | | |
| 61 | 80 | 85 | 90 | 95 | 100% | | | |
| 60 | 75 | 80 | 85 | 90 | 95 | 100% | | |
| 59 | 70 | 75 | 80 | 85 | 90 | 95 | 100% | |
| 58 | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100% |
| 57 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
| 56 | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 |
| 55 | 50 | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| 54 | 50 | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
| 53 | 50 | 50 | 50 | 55 | 60 | 65 | 70 | 75 |
| 52 | 50 | 50 | 50 | 50 | 55 | 60 | 65 | 70 |
| 51 | 50 | 50 | 50 | 50 | 50 | 55 | 60 | 65 |
| 50 | 50 | 50 | 50 | 50 | 50 | 50 | 55 | 60 |

*For intermediate age and service combinations, the percentage factor will be interpolated from the above.*

(B)    An employee who is terminated involuntarily by the Company for lack of work will be eligible for coverage under this Plan after (1) attaining eligibility for an Optional Retirement under the Pension & Retirement Plan and (2) after reaching age 45 and prior to reaching age 50 with at least 25 years of service with E. I. du Pont de Nemours and Company, Inc., as determined under the provisions of the Continuity of Service Rules, or recognized by the Board of Benefits & Pensions for purposes of this Plan. The length of service required for eligibility shall be reduced by two months, or a proportionate part thereof, for each month or portion thereof, which has elapsed since the employee reached age 45.

Such individuals will have the amount of the Company subsidy they receive for this Plan multiplied by the applicable factor from the table below.

| AGE AT RETIRE-MENT | SERVICE YEARS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 & OVER |
| 65 | 100% | 100% | 100% | 100% | 100% | 100% | | | | | | | |
| 64 | 95 | 95 | 95 | 95 | 95 | 97.5 | 100% | | | | | | |
| 63 | 90 | 90 | 90 | 90 | 92.5 | 95 | 97.5 | 100% | | | | | |
| 62 | 85 | 85 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | | | |
| 61 | 80 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | | |
| 60 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | | |
| 59 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% | |
| 58 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 97.5 | 100% |
| 57 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 92.5 | 95 | 95 |
| 56 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 87.5 | 90 | 90 | 90 |
| 55 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 82.5 | 85 | 85 | 85 | 85 |
| 54 | 60 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 77.5 | 80 | 80 | 80 | 80 | 80 |
| 53 | 57.5 | 60 | 62.5 | 65 | 67.5 | 70 | 72.5 | 75 | 75 | 75 | 75 | 75 | 75 |
| 52 | 55 | 57.5 | 60 | 62.5 | 65 | 67.5 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| 51 | 52.5 | 55 | 57.5 | 60 | 62.5 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 |
| 50 | 50 | 52.5 | 55 | 57.5 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| 49 | -- | -- | 52.5 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| 48 | -- | -- | -- | -- | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| 47 | -- | -- | -- | -- | -- | -- | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 46 | -- | -- | -- | -- | -- | -- | -- | -- | 40 | 40 | 40 | 40 | 40 |
| 45 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 35 | 35 | 35 |

*For intermediate age and service combinations, the percentage factor will be interpolated from the above.*

2.

### HIPAA APPENDIX
### HIPAA Privacy Compliance

**Section 1. Purpose.** The provisions of this Appendix are intended to comply with the administrative simplification provisions of the Health Insurance Portability and Accountability Act of 1996, as amended, and the regulations promulgated thereunder, as they may be amended from time to time (collectively, "HIPAA") and, in particular, the rules under HIPAA pertaining to the privacy and security of Individually Identifiable Health Information set forth in 45 C.F.R. Subtitle A, Part 164, as it may be amended from time to time (the "Privacy Rule"). This amended Appendix shall be effective as of April 21, 2005.

**Section 2. Inconsistent Provisions.** This Appendix shall supersede any provisions of the Plan to the extent those provisions are inconsistent with this Appendix.

**Section 3. Definitions.** Each capitalized term used in this Appendix that is not otherwise defined in this Appendix shall have the meaning ascribed to it under HIPAA. For purposes of this Appendix, the following terms shall have the following meanings:

    (a) Covered Individual means an individual who is enrolled in and covered under the terms of the Plan, as an employee or otherwise.

    (b) Plan Sponsor means E. I. du Pont de Nemours and Company

**Section 4. Disclosures to Plan Sponsor for Plan Administration.** The Plan may disclose *Protected Health Information to the Plan Sponsor for purposes of* administering the Plan. These purposes shall include the following:

    (a) Confirmation of and other administrative actions and decisions relating to enrollment, contributions to the Plan, premium payments, and the payment of administrative fees;

    (b) Response to individual complaints, grievances, or inquiries relating to claims or other Plan administrative matters;

    (c) Audits and investigations of claims, systems, network operations, and other matters relating to Plan administration and the review of reports relevant to Plan administration;

    (d) Placement of information on a web site or in other accessible form or media;

    (e) Legally required reporting, disclosure and other obligations, including: (i) use and disclosure to the Secretary of Health and Human Services when required by the Secretary for its investigation or determination of the compliance of the Plan with the Privacy Rule; (ii) use and disclosure in response to a valid exercise by a Plan Participant, Spouse, or Dependent/Covered Individual of that individual's rights to gain access to or amend Protected Health Information in his or her own Designated Record Set or obtain information necessary to provide an accounting of certain disclosures of his or her own Protected Health Information; and (iii) appropriate

ii

use and disclosure in connection with certain law enforcement or public health activities or judicial or administrative proceedings; and (iv) imposition of sanctions for the failure to need the requirements of HIPAA other laws, or applicable policies and procedures.

(f) De-identification and removal of certain individually identifiable information; and

(g) The transfer of assets or liabilities under the Plan or due diligence in connection with such a transfer.

The Plan may disclose Protected Health Information to the Plan Sponsor for purposes of Payment or Health Care Operations. However, all such disclosures under this Section 4, including these specifically identified must be for administration of the Plan.

Section 5. Requirements of Plan Sponsor. With respect to Protected Health Information that the Plan Sponsor receives pursuant to Section 4, the Plan Sponsor shall:

(a) Not use or disclose the Protected Health Information other than for Plan administration, or as otherwise required by law, and specifically not use or disclose the Protected Health Information for employment-related actions or decisions or in connection with any employee benefit plan or benefit provided by the Plan Sponsor other than the Plan or a health benefit provided under the Plan;

(b) Ensure that any agent (including a subcontractor) to whom the Plan Sponsor provides the Protected Health Information agrees to the same restrictions and conditions with respect to that information as apply to the Plan Sponsor under this Appendix;

(c) Report to the Plan any use or disclosure of the Protected Health Information that is inconsistent with the uses or disclosures set forth in Section 4 of this Appendix and of which the Plan Sponsor becomes aware;

(d) Make the Protected Health Information of a Covered Individual available to that individual, upon the individual's written request, in accordance with the requirements of the Privacy Rule;

(e) Incorporate amendments of information included in the Designated Record Set of a Covered Individual as and to the extent required by the Privacy Rule;

(f) Make available to a Covered Individual upon the individual's written request, the information necessary to provide an accounting of the disclosures of Protected Health Information as and to the extent required by the Privacy Rule;

(g) Make the Plan Sponsor's internal practices, books and records relating to the use and disclosure of the Protected Health Information available to the Secretary of Health and Human Services for determinations as to the compliance of the Plan with HIPAA;

iii

(h) If feasible, return or destroy all of the Protected Health Information that the Plan Sponsor maintains and retain no copies thereof; or, if such return or destruction is not feasible, limit further uses and disclosures of Protected Health Information to the purposes that make the destruction or return infeasible; and

(i) Ensure that members of its Workforce shall have access to the Protected Health Information only in connection with performance of the administrative functions that the Plan Sponsor performs for the Plan. The following individuals or classes of individuals shall have access to such Protected Health Information:

    1. Members of the Benefits Health Care Policy & Administration Team

    2. Employee Assistance Manager, U.S. Region

    3. Employee Assistance Counselors

    4. Corporate Medical, Senior Consultant

    5. Medical Director, U.S. Region

    6. Chief Privacy Officer

    7. Select Members of the following groups:

        i. Legal, Employee Benefits

        ii. Benefits Accounting

        iii. Health Care Actuarial

        iv. Internal Auditing

        v. Contract Management and Administration

        vi. HRIT

in accordance with the rules set forth in any applicable internal policies and procedures.

In addition, support staff assisting the above members of the Plan Sponsor's workforce, including clerical, mailroom, fax delivery, and information technology staff may have access to Protected Health Information.

(j) Ensure that, if the Plan Sponsor becomes aware of any issues relating to non-compliance with the requirements of Section 4 or 5 of this Appendix, the Plan Sponsor shall undertake an investigation to determine the extent, if any, of such non-compliance; the individuals, policies, or practices responsible for the non-compliance; and, to the extent feasible, appropriate means for curing or mitigating the effects of non-compliance and preventing such non-compliance in the future. Any individual who is determined by the Plan Sponsor to be responsible for such non-compliance, shall be subject to disciplinary action, as determined by the Plan Sponsor, in its sole discretion. Such disciplinary action may include one or more of the following to the extent not inconsistent with other applicable law: warning or reprimand, required additional training and education with respect to the use or disclosure of or requests for Protected Health

iv

Information, limitations on or revocation of access to Protected Health Information, diminution of duties, suspension, disqualification for bonus or other pay or promotion, demotion in pay or status, removal from position or discharge.

**Section 6. Access to Protected Health Information.** The Plan shall disclose Protected Health Information to the Plan Sponsor and to the individuals described in Section 5(i) pursuant to disclosures described in Section 4 only if the Plan Sponsor has certified to such entity that the Plan has been amended to incorporate the provisions of Sections 4 and 5 of this Appendix and that the Plan Sponsor agrees with the restrictions and other rules set forth in Section 5.

**Section 7. Personal Representative.** The Plan shall recognize an individual who is the Personal Representative of a Covered Individual as if the individual were the Covered Individual himself or herself, provided that the individual satisfies the procedures established by the Plan Sponsor for verifying a Personal Representative's status and authority.

**Section 8. Other Disclosures to Plan Sponsor.** Nothing in this Appendix shall prohibit or, in any way limit the Plan from disclosing Protected Health Information to the Plan Sponsor where HIPAA permits such disclosure in the absence of the provisions set forth in Sections 4 and 5, including the disclosure of Protected Health Information:

    (a) Pursuant to and in accordance with a valid individual authorization under the Privacy Rule;

    (b) That is Summary Health Information upon the Plan Sponsor's request for purposes of modifying, amending or terminating the Plan or obtaining bids from a Health Insurance Issuer;

    (c) Contained in a Limited Data Set pursuant to and in accordance with a valid Data Use Agreement for purposes of research, public health activities and health care operations;

    (d) Pursuant to a Business Associates Contract;

    (e) Regarding enrollment in or disenrollment from the Plan or option under the Plan;

    (f) For purposes of Treatment;

    (g) For epidemiology research; or

    (h) To employees who work in Legal to the extent necessary to respond to, defend against, and provide necessary information to outside counsel for responding to and defending against, lawsuits by Plan participants against the Plan and/or Plan Sponsor, or other lawsuits that require benefits information or Protected Health Information, or to the extent necessary to enforce subrogation provisions of the Plan;

to the extent permitted by HIPAA.

v

**Section 9. Electronic Security.** The Plan Sponsor agrees to:

    (a) implement administrative, physical and technical safeguards that reasonably and appropriately protect the confidentiality, integrity and availability of the Electronic Protected Health Information that it creates, receives, maintains or transmits on behalf of the Plan; and

    (b) ensure that the adequate separation between Plan and Plan Sponsor as required by the Privacy Rule is supported by reasonable and appropriate security measures; and

    (c) ensure that any agent, including a subcontractor, to whom it provides this information agrees to implement reasonable and appropriate security measures to protect the information; and

    (d) report to the Plan any Security Incident of which it becomes aware.

**Section 10.  Effect on Health Insurance Issuers**.  Health Insurance Issuers providing benefits under the Plan may disclose information to the Plan Sponsor under the same terms and conditions as apply to the Plan under other Sections of this Appendix.  With respect to Protected Health Information received from a Health Insurance Issuer, the Plan Sponsor shall have the same obligations to that Health Insurance Issuer that it has to the Plan with respect to Protected Health Information received from the Plan.

**Section 11.  *Action by the Plan Sponsor*.**  The Plan Sponsor may act as prescribed in this Appendix or may delegate, in writing and in its sole discretion, any and all of its functions under this Appendix to the relevant privacy officer or other officer(s) or employee(s) of the Plan Sponsor.  The Plan Sponsor or such delegate shall have the authority to establish rules and prescribe forms and procedures for performing its functions hereunder.

# EXHIBIT O

## Your DuPont Benefit Resources

# BeneFlex Dental Care Plan and Dental Assistance Plan

**July 2003**

As of July 2003, participating employers in the BeneFlex Dental Care Plan and/or the Dental Assistance Plan include:

- E. I. du Pont de Nemours and Company

- DuPont Dow Elastomers L.L.C.

- Solae, L.L.C.

- DuPont Textiles & Interiors, Inc.

- DuPont Photonics Technologies, L.L.C.

- DuPont Protective Apparel Marketing Company

All references to "the Company" in this document pertain to the specific company that employs you.



*The miracles of science™*

# TABLE OF CONTENTS

DETAILS OF THE PLAN ...................................................................................................................... 1
    PREFACE ............................................................................................................................................. 1
    INTRODUCTION .................................................................................................................................. 1
    ELIGIBILITY ........................................................................................................................................ 2
    ENROLLMENT AND PREMIUM INFORMATION FOR EMPLOYEES ..................................................... 3
    PARTICIPATION AND PREMIUM INFORMATION FOR PENSIONERS AND SURVIVORS ..................... 7
    COST-SHARING PLAN DESIGN PROVISIONS ................................................................................... 8
    PLAN BENEFIT .................................................................................................................................. 9
    COVERED SERVICES ........................................................................................................................ 12
    RESTRICTIONS AND EXCLUSIONS .................................................................................................. 15
    FILING A CLAIM .............................................................................................................................. 16
    ABOUT YOUR COVERAGE ............................................................................................................... 20
    COBRA ........................................................................................................................................... 21
    FUTURE OF THE PLAN ..................................................................................................................... 23
ADMINISTRATIVE INFORMATION .................................................................................................... 23
    ERISA RIGHTS ............................................................................................................................... 24
    PLAN SPONSOR ............................................................................................................................... 25
    PLAN NAMES .................................................................................................................................. 25
    TYPE OF PLAN AND ADMINISTRATION .......................................................................................... 25
    PLAN ADMINISTRATOR ................................................................................................................... 25
    EMPLOYER IDENTIFICATION NUMBER (EIN) ................................................................................ 25
    PLAN NUMBER ................................................................................................................................ 25
    PLAN YEAR ..................................................................................................................................... 26
    SOURCE OF BENEFITS FUNDING ..................................................................................................... 26
    AGENT FOR SERVICE OF LEGAL PROCESS ..................................................................................... 26
    CLAIMS ADMINISTRATOR ............................................................................................................... 26
CONTACTS ......................................................................................................................................... 26
    FOR APPEALING A CLAIM ............................................................................................................... 26
    FOR CLAIM FORMS/ISSUES ............................................................................................................. 26
    FOR COBRA COVERAGE ............................................................................................................... 26
DICTIONARY TERMS ......................................................................................................................... 27

# DETAILS OF THE PLAN

## Preface

This **Summary Plan Description (SPD)** provides a concise description of Plan coverage available for you and your eligible dependents.

While this SPD contains detailed and important information about your benefit Plan, every attempt has been made to communicate that information clearly and in easily understandable terms.

While the **Company** intends to continue the benefits and policies described in this booklet, the Company reserves the right to change, modify or discontinue the Plan at its discretion at any time. This SPD does not constitute a contract of employment or guarantee any particular benefit.

In the event of a discrepancy between this SPD and the Plan document, the Plan document will govern.

## Introduction

The Dental Plan assists you in maintaining good dental care for you and your family. It emphasizes preventive care and good dental habits. Under this Plan, preventive and diagnostic services are covered at 100% of the reasonable and customary allowance. Restorative and other covered dental procedure costs are shared with participants and are paid according to a regional fee schedule. Benefits for restorative and other covered dental procedures differ based on your Dental Plan option.

Most employees can select from two Dental Plan options or elect no coverage for themselves and their eligible dependents.
- **High Option (A)** pays restorative and other dental service charges at approximately 75% according to a regional fee schedule. An annual benefit maximum of $2,000 per person applies.
- **Standard Option (B)** pays restorative and other dental services at approximately 50% according to a regional fee schedule. An annual benefit maximum of $1,100 per person applies.

Eligible Pensioners and Survivors receive Standard Option (B) coverage unless they decline to participate in the Dental Plan.

You will need to satisfy the requirements described in this Summary Plan Description to receive Dental Plan coverage.

## Eligibility

### Eligible employees, Pensioners and Survivors

You are eligible for Dental Plan coverage if you are one of the following:

• a Full-Service Employee, Pensioner or Survivor of the DuPont U.S. Region or a Subsidiary Company Transferee (SCT) on assignment in the U.S.

• a Full-Service Employee of a participating DuPont subsidiary or joint venture that has adopted this Plan

• a Pensioner or Survivor of a participating DuPont subsidiary or joint venture that has adopted this Plan for Pensioners and Survivors

Coverage for a Survivor who is a minor child will end on the last day of the month in which the child becomes age 21. **COBRA** continuation is available.

Since January 1, 1992, the BeneFlex Flexible Benefits Plan has been offered to all DuPont U.S. Region employees. However, you are not eligible for the BeneFlex Dental Care Plan if you are an employee, or dependent of such employee, in a bargaining unit represented by a union for collective bargaining unless and until the site manager has authorized the benefit, collective bargaining on the subject has taken place, and any requisite obligations thereunder have been fulfilled.

### Eligible dependents

You can cover certain dependents under the Dental Plan. Your eligible dependents are any of the following:

• your lawful spouse

• children who meet ALL these criteria:

— unmarried

— under age 25, and

— claimed as dependents on your federal income tax return (except unmarried, full-time students age 24 who must meet only the first two criteria).

Only those eligible dependents you list as your covered dependents will have Dental Plan coverage.

You must promptly notify DuPont Connection at 1-800-775-5955 if an enrolled dependent no longer meets the Plan's definition of a dependent. Your dependent will be eligible for COBRA continuation coverage if you notify the Plan within 60 days of the date the dependent became ineligible. The Plan Administrator may take action to recover the value of any benefits provided while the dependent was ineligible.

### Additional information regarding eligibility for your lawful spouse

• If both you and your spouse work for a Company participating in the Dental Plan, you can cover your spouse as a dependent, or your spouse can elect separate employee coverage. You or your spouse can't be covered as both employee and dependent in the Dental Plan.

*Additional information regarding eligibility for your dependent children*

- The age 25 limit does not apply to unmarried, dependent children who can't support themselves because of a physical or mental disability that existed and was certified by the DuPont Medical Plan carrier before the child reached age 25. The child must be claimed by you as a dependent for federal tax purposes. You must provide physical documentation from the child's primary care physician or specialist of the child's disability to the DuPont Medical Plan carrier at least 31 days before the child turns 25 and at reasonable intervals upon request to continue Dental Plan coverage.

- If you are required by court order to provide dental coverage for your children, your children are eligible for coverage if they are under age 25 and unmarried. The court order must meet the requirements of a Qualified Medical Child Support Order (QMCSO) and must be approved by the DuPont Legal Department. Contact DuPont Connection at 1-800-775-5955 for further information. A copy of the QMCSO procedures is available by contacting the Plan Administrator or visiting the DuPont Legal website at http://legal.lvs.dupont.com.

- Survivors can only cover as dependent children those children who were previously covered dependents of the deceased employee or Pensioner. The children and spouse of a Survivor's subsequent marriage cannot be covered.

- If both you and your spouse work for a Company participating in the Dental Plan and you both claim your eligible child as a dependent for federal tax purposes, only you or your spouse can cover your eligible child as a dependent under the Dental Plan. Both of you cannot cover your child at the same time.

- It is your responsibility to remove children who no longer meet the Dental Plan eligibility requirements.

# Enrollment and Premium Information for Employees

### Enrolling in the Plan

If you are an employee, you can enroll in the Dental Plan during the annual **BeneFlex Election Change Period** or when you first become eligible. You enroll:

- by calling DuPont Connection toll-free at 1-800-775-5955
- by visiting BeneFlex OnLine at http://resources.hewitt.com/dupont

If you are a newly hired employee, you must call DuPont Connection or visit BeneFlex OnLine to make your benefit elections within 31 days of the date on your new hire package that is mailed to you. If you do not enroll you will be defaulted to single coverage in the Standard Option (B). In addition, you will not have coverage for your dependents, so it is important that you enroll in a timely manner.

You have a choice of two dental options, High Option (A) or Standard Option (B), or you can elect the No Coverage Option. Each of these options is described in this SPD.

Your benefit elections will stay in effect for the entire **Plan Year** (January 1–December 31) unless you have a **Qualifying Life Event (QLE)**. Refer to the section titled "Making changes" for information regarding Qualifying Life Events.

You do not have to re-enroll each year. If you do not make a change during the annual BeneFlex Election Change Period, you will remain enrolled in the Dental Plan for the following year with no change to your elections.

### *When coverage begins*

Dental coverage is effective as of your date of hire. You must enroll your eligible dependents for their coverage to become effective.

### *Making changes*

You may change your Dental Plan benefit elections mid-year only if you have a Qualifying Life Event; otherwise, you may only make changes during the annual BeneFlex Election Change Period.

### *Qualifying Life Events*

You can change your benefit elections anytime during the year upon certain Qualifying Life Events. Your change must be consistent with and on account of your Qualifying Life Event and not for financial reasons. Changes to Dental Plan options, such as switching from the High Option (A) to the Standard Option (B), are not permitted mid-year.

For more information on Qualifying Life Events, contact:

• DuPont Connection at 1-800-775-5955

A Qualifying Life Event is:

• marriage or divorce

• birth or adoption of a child

• death of your spouse or dependent child

• gain or loss of an eligible dependent

• the start or termination of your spouse's employment

• a significant change in your spouse's dental coverage

• unpaid leave of absence by your spouse

All benefit changes related to the Qualifying Life Event must be made at the same time.

If you have a Qualifying Life Event and change your benefit elections within 31 days of the Event, your dental changes will be effective retroactive to the date of your Event. If you report your QLE after 31 days of the Event, your dental changes will be effective the date of your call. New payroll deduction amounts will be effective in the month following any change to elections.

Note that the date you report a Qualifying Life Event does not impact the date coverage ends for an ineligible dependent. For example, if you become divorced, your ex-spouse's coverage stops at the end of the month of your final divorce decree, regardless of whether or not you reported the event in a timely manner, as required by the Dental Plan.

### Changes during annual BeneFlex Election Change Period

You may change your BeneFlex election once each year during the annual BeneFlex Election Change Period.

During the annual BeneFlex Election Change Period, you may do any of the following:

• elect coverage if previously waived

• elect a different dental option

• change the level of your coverage (You only, You plus one or You plus family)

• add or drop one or more named dependents from coverage

• drop your coverage

All changes in your benefit elections made during the annual BeneFlex Election Change Period will become effective on the first day (January 1) of the new Plan Year.

### Special enrollment rules

If you are declining enrollment for yourself or your dependents (including your spouse) because of other dental coverage, you may in the future be able to enroll yourself or your dependents in this Plan, provided that you request enrollment within 30 days after your other coverage ends. Coverage will be effective retroactive to the date you lost other coverage.

### Premium costs

For full-time employees, the Company pays the entire premium cost of Dental Plan Standard Option (B) coverage for you and your covered dependents.

If you elect to enroll in High Option (A), the Company still contributes an amount equal to the Standard Option (B) cost toward your coverage; you are responsible for the difference. You pay your portion of the cost through payroll deductions. To help lower your cost, your premiums are deducted from your pay on a before-tax basis—that is before any federal, and most state and local, taxes are withheld. This reduces your taxable income and, consequently, reduces the amount of income tax you pay.

Your premiums for dental coverage are based on the level of coverage you choose:

| Medical Plan Options | 2003 Monthly Premium by Coverage Level | | |
|---|---|---|---|
| | You only | You plus one | You plus family |
| High Option (A) | $32.50 | $55.25 | $71.75 |
| Standard Option (B) | $0.00 | $0.00 | $0.00 |
| Alternative Coverage Option* | call* | call* | call* |

*Alternative Coverage Option prices (where offered) are available by calling DuPont Connection at 1-800-775-5955.

For employees who are approved to work part-time under Flexible Work Practices, the Company contribution to your dental benefits is prorated. Refer to the section titled "About prorated premiums" for more information.

The premiums listed above are effective for the 2003 Plan Year. Your premiums are reviewed annually and are subject to change. Any adjustments to your premiums will be effective January 1; you will be notified in advance of any changes. Refer to your personal benefit enrollment materials (which you receive prior to the annual BeneFlex Election Change Period) for further pricing information.

### About prorated premiums

If you are approved to work part-time under Flexible Work Practices, the Company contribution to your Dental Plan benefits is prorated based on the number of part-time hours you work, divided by the number of hours in your normal work schedule.

For example, if you normally work a 40-hour weekly schedule and are approved to work a 20-hour-per-week Flexible Work Practices schedule, you will have the Company contribution of your dental benefit prorated on a 50-50 basis. Your premium will be 50% of what the Company would normally pay for the coverage if you were working full-time, plus the appropriate full-time employee premium amount.

If you are approved to work a 30-hour-per-week schedule, your Company contribution would be pro-rated on a 75-25 basis. Your premium will be 25% of what the Company would normally pay for the coverage if you were working full-time, plus the appropriate employee premium.

## Participation and Premium Information for Pensioners and Survivors

### Participating in the Plan

If you are an eligible Pensioner or Survivor, you are automatically enrolled in the Dental Assistance Plan, which provides Standard Option (B) type benefits unless you have declined to participate in the Dental Plan. Upon retirement, your Standard Option (B) coverage continues at the same coverage level (You only, You plus one or You plus family) that you elected as an active employee. If you wish to change your dental coverage level or decline coverage, you may do so by calling DuPont Connection at 1-800-775-5955.

### Making changes

If you are a Pensioner or Survivor, you may change your benefit elections when necessary by contacting DuPont Connection at 1-800-775-5955. You may do any of the following:

• change the level of your coverage (You only, You plus one or You plus family)

• add or drop one or more named dependents from coverage

• drop your coverage

All changes in your benefit elections will become effective on the first day of the month following the date you report the change.

A decision to decline post-employment dental coverage is permanent and irrevocable. If you decline dental coverage as a Pensioner or Survivor, you cannot later enroll in the Dental Plan unless you lose eligibility for coverage under another employer or a government plan. Loss of coverage cannot be due to non-payment of premiums.

### Premium costs

For DuPont Pensioners receiving a full pension benefit and their Survivors, the Company pays the entire cost of Dental Plan Standard Option (B) type coverage for you and your eligible dependents.

The premiums for your Dental Plan coverage are normally deducted from your pension payment. If your pension payment does not cover the amount of the premium, or if you have elected to defer your pension payments, you will be billed directly by State Street, the DuPont Pension Paying Agent. Payment is due in advance on the first of each month. A 30-day grace period applies. If you choose, you can have the amount you owe debited automatically on the first of each month from your checking, savings or investment account.

Dental Plan costs for Pensioners and Survivors of a participating DuPont subsidiary or joint venture that has adopted the Dental Plan may differ from those described above. Contact DuPont Connection at 1-800-775-5955 for information regarding your Dental Plan premiums.

### About prorated premiums

For DuPont Pensioners receiving less than a full pension benefit and their Survivors, the Company contribution to your dental benefits is prorated if you retired on or after January 1, 1994. The Company contribution to your Dental Plan premium is based on the same age/service Pension Percentage Factor that is used to calculate the reduced pension. The difference will be paid by the Pensioner or Survivor in the form of an additional premium. Note that the actual cost to the Pensioner or Survivor could change each year depending upon changes in the Company contribution.

For example, if you are receiving a 25% reduced pension benefit, you will have the Company contribution of your dental benefit prorated on a 75-25 basis. Your premium will be 25% of what the Company would normally pay for the coverage if you were receiving an unreduced pension benefit, plus the appropriate Pensioner premium that applies to Pensioners receiving a full pension benefit.

For more information regarding your premium, contact DuPont Connection at 1-800-775-5955.

## Cost-Sharing Plan Design Provisions

### Deductible

Dental Plan coverage does not have a deductible.

### Coinsurance

Coinsurance is the percentage of expenses that you are responsible for paying. The Dental Plan pays a percentage of the expenses based on the type of service; you pay the remaining amount. Coinsurance differs by Dental Plan option. Refer to the "Plan Benefit" section for information on the coinsurance that applies to your Dental Plan option.

# Plan Benefit

### Benefit amount

As a participant in the Dental Plan, you receive care from any dentist you choose. Benefits for High Option (A) and Standard Option (B) are summarized in the chart below.

| Type of service | High Option (A) | Standard Option (B) |
| --- | --- | --- |
| | *For employees and their covered dependents* | *For employees, Pensioners, Survivors and their covered dependents* |
| Preventive and Diagnostic | 100% of R&C | 100% of R&C |
| Restorative and Other Dental Care | 75% based on the regional scheduled amount | 50% based on the regional scheduled amount |
| Annual Maximum Benefit | $2,000/individual | $1,100/individual |
| Lifetime Orthodontic Maximum Benefit (for dependent children under age 19) | $1,200/child | $1,200/child |

### Reasonable and customary (R&C) amounts

Bills for diagnostic and preventive care—such as regular dental exams, teeth-cleaning and X rays—are paid in full if the charge falls within the reasonable and customary range.

Reasonable and customary (R&C) amounts are typical fees for services, treatments or supplies charged by most providers with similar training and experience in the same geographic area. To determine the R&C amount for a particular service, the Claims Administrator (MetLife Dental) reviews charges submitted by providers in your location.

The judgment on what are reasonable and customary charges is made by MetLife Dental as an agent for the Plan Administrator based on:

• the usual fee your dentist most frequently charges most patients for the service or supply

• the fees generally charged for the treatment by dentists in the same area

• any unusual circumstance or complications requiring more time, skill and experience

If your dentist's charges are less than or equal to the reasonable and customary charges, the full amount of your diagnostic and preventive expenses will be paid. If your dentist charges more than what is reasonable and customary, you pay the difference.

### Regional scheduled amount

Benefit payments for more than 400 restorative and other dental procedures—from common cavity fillings to more involved **root canal** therapy—are paid based on a regional scheduled amount. This schedule allows a specified number of dollars for each dental procedure. You pay the difference between what the regional schedule allows and what your dentist charges. It's important to keep in mind that the schedule has nothing to do with whether your dentist's bill is reasonable and customary. It simply defines what assistance the Dental Plan will provide. The regional schedule is updated from time to time to keep up with current dental practices and charges.

The Plan has a feature called an alternative course of treatment provision. Occasionally, accepted standards of dental practice may recognize more than one way of treating a dental condition. Under the Plan, if alternative methods of treatment are available to adequately treat your condition, the Dental Plan pays benefits based on the least expensive treatment. If you choose to have the more costly treatment, you will have to pay the additional cost.

### Annual benefit maximum

The annual benefit maximum is the maximum dollar amount the Dental Plan will pay for expenses you incur during the Plan Year.

Expenses that do not count toward the annual benefit maximum include:

• charges for services not covered by the Plan

• charges over the reasonable and customary or regional scheduled amounts

• **orthodontia** benefits which are subject to a separate lifetime benefit maximum of $1,200

Refer to the "Expenses not covered" and the "Reasonable and customary" sections for more information.

### Lifetime orthodontia maximum

Orthodontia is subject to a lifetime benefit maximum of $1,200. For all other services, no lifetime benefit maximum applies.

### Maintenance of benefits

If you or a covered dependent is covered by another dental plan, benefits are coordinated to prevent duplication of benefits—a feature called maintenance of benefits.

Maintenance of benefits allows two or more dental plans to work together to cover eligible expenses. The plan that has the first obligation to pay is called "primary"; the other plan is called "secondary." Typically, a secondary plan will pay any difference between what you receive from your primary plan and what you would have received if the secondary plan were your only coverage.

A participant may be covered under two or more plans. Certain rules govern which plan is primary and which is secondary; those rules follow this order:

- A plan that has no maintenance of benefits provision will be primary to a plan that does have a maintenance of benefits provision.

- A plan that covers a participant as an employee, Pensioner or Survivor will be primary to a plan that covers the person as a dependent. Thus, if your spouse is enrolled in his/her employer's dental plan, your Dental Plan will be secondary for him/her (if enrolled). Similarly, if you are also covered by your spouse's employer's dental plan, your spouse's plan is your secondary coverage.

- A plan that covers a participant as an employee will be primary to a plan that covers the person as a pensioner or survivor. Thus, if you are a Pensioner or Survivor and are employed by another company, that plan is primary and this Dental Plan is secondary.

- If children are covered by both parents' plans, the plan of the parent whose birthday falls earlier in the calendar year is primary before the plan of the parent whose birthday falls later that year (based on month and day only). If both parents have the same birthday, the plan covering the person for the longest time is considered primary before the plan that covers the other person.

Under maintenance of benefits, the primary plan pays benefits first. The secondary plan considers for payment any eligible amounts not **reimbursed** by the primary plan.

When the Dental Plan is the secondary payer, the Dental Plan will determine what benefits it would have paid if you didn't have other coverage, and then deduct the amount paid by the other plan. If the other plan pays more than the Dental Plan would normally pay, then the Dental Plan won't pay any additional benefits. If the other plan pays less than the Dental Plan would pay, then the Dental Plan will pay the difference up to its normal benefit.

For example, if your spouse's primary plan pays a 50% benefit for a restorative service (such as a root canal), this Dental Plan will not pay additional benefits under the Standard Option (B). The Standard Option (B) provides 50% benefits for restorative dental care, but you have already received 50% from your spouse's plan, so no secondary benefits will be paid.

Contact MetLife Dental with questions on how maintenance of benefits works with your coverages.

## Covered Services

The Dental Plan covers the following services:

### Preventive and diagnostic

The Dental Plan pays the full amount of reasonable and customary charges for diagnostic and preventive care. The idea is to encourage regular dental checkups. By seeing the dentist regularly, you can often avoid serious dental problems.

Services covered under the diagnostic and preventive category include:

- cleanings (dental prophylaxis)—two per person each Plan Year
- **fluoride** treatments—one topical application of stannous or acid fluoride each Plan Year for dependent children under age 14 only
- periodontal prophylaxis, but only where there is a diagnosed and previously treated periodontal condition—two per person each Plan Year
- routine oral exams—two per person each Plan Year
- **sealants**—once every 36 months on primary or permanent posterior teeth for dependent children under age 14 only
- **space maintainers**, for dependent children under age 19 only
- tests and laboratory examinations, when necessary for dental diagnosis, prevention and treatment
- X rays
  - full-mouth X rays, once per person every 36 months
  - supplementary **bitewing X rays**, twice per person each Plan Year
  - any dental X rays required to diagnose a specific condition needing treatment, as necessary

### Example of how the Plan works—preventive and diagnostic care

A Company employee is enrolled in the Dental Plan. He visits the dentist for his semiannual checkup. The dentist examines and x-rays his teeth, charts their present condition, then scales and cleans them. For these services, the dentist charges $110. MetLife Dental's records indicate that the $110 charge falls within the definition of reasonable and customary; therefore, the claim is paid in full.

### Restorative and other dental care

The Dental Plan pays a portion of other covered dental care expenses for you and your covered dependents. The amount that is paid for a particular service is determined by a regional benefit schedule. The regional benefit scheduled amount is not designed to show what a dentist should be charging. Its function is to let you know what part of the bill the Dental Plan pays. You can get information regarding the regional scheduled amount by calling MetLife Dental at 1-888-883-0052.

Over 400 dental procedures are covered. Services covered include:

- **bridges**
  — initial installation of fixed bridgework, including **inlays** and **crowns** to form abutments, to replace one or more teeth (except wisdom teeth) lost or extracted while you are covered under the Dental Plan
  — repair or recementing of bridgework
  — replacement of an existing bridge, provided that it is at least five years old and cannot be made serviceable

- crowns
  — initial installation of a crown to restore the structure of a tooth due to cavity or fracture
  — repair or recementing of crowns

- **dentures**
  — initial installation of removable dentures partial or full, including adjustments after the six-month period following installation, to replace one or more teeth (except wisdom teeth) lost or extracted while you are covered under the Dental Plan
  — addition of teeth to an existing partial removable denture at least six months after installation
  — repair of dentures
  — relining of dentures after six months from the date of installation
  — replacement of a temporary denture with a permanent full denture within 12 months of when it was installed
  — replacement of an existing denture, provided that it is at least five years old and cannot be made serviceable

- emergency dental services, such as emergency palliative treatment of dental pain in the case of an infection

- endodontics — treatment for diseases of the dental pulp, such as root canal therapy

- general anesthesia — when medically necessary and administered for **oral surgery** in a doctor's office

- inlays
  — initial installation of an inlay to restore the structure of a tooth due to cavity or fracture
  — repair or recementing of inlays

- implantology (placing teeth or supports in a surgically prepared cavity) where medically necessary

- oral surgery
  — surgical procedures in and around the mouth, including extractions of badly decayed or impacted teeth
  — general anesthesia, when medically necessary in connection with covered oral surgery and administered in a dentist's office. When medical necessity dictates that oral surgery be done in a hospital (inpatient or outpatient), the anesthesia and facility charges may be covered by your medical plan.

- orthodontics—teeth straightening or repositioning, for dependent children under age 19. The lifetime maximum is $1,200 per child.
- **periodontics**—treatment of gum diseases and the tissues surrounding the teeth (other than routine periodontal prophylaxis covered under diagnostic and preventive care)
- restorations—treatment to restore the structure of a tooth or teeth because of cavities or fracture. This includes fillings, inlays, onlays and crowns, along with the necessary local anesthesia.
- root planing

Refer to the "Dictionary Terms" section for a list of definitions for covered services.

### *Orthodontia*

The Dental Plan will cover orthodontic expenses incurred for corrective treatment of maloccluded or mal-positioned teeth by means of an active appliance. Orthodontic benefits are limited to your eligible dependents who are under age 19. There is a $1,200 individual lifetime maximum for orthodontic services.

Examples of some orthodontic services covered under this Plan are:

- complete orthodontic examination
- diagnostic casts (study models) for orthodontic evaluation
- surgical exposure of impacted or unerupted teeth for orthodontic purposes
- ongoing active and comprehensive orthodontic treatment
- orthodontic treatment that includes fixed or removable orthodontic appliances for tooth movement and/or guidance and the installation and monthly adjustments of the appliances

The Dental Plan generally pays orthodontia benefits for children's braces as follows:

- $300 benefit payment for the orthodontic banding
- $900 remaining benefits paid out over the course of treatment, not to exceed 24 months

Benefits are paid quarterly at the end of the quarter.

If your dependent child is already in active orthodontia treatment prior to your coverage effective date, MetLife Dental will start issuing benefit payments from the date the patient becomes eligible under the Dental Plan. Monthly payments will be calculated based on the remaining months of treatment not to exceed $900, assuming the banding was performed before the child became covered under the Plan.

# Restrictions and Exclusions

### Expenses not covered

Although the Dental Plan pays benefits for a wide range of dental services and procedures, there are certain exclusions. The Dental Plan does not cover the following:

- anesthesia, except general anesthesia when medically necessary in connection with oral surgery and administered in a doctor's office
- appliances, restorations and procedures to alter vertical dimension (changing the height of upper or lower teeth)
- charges (claims) submitted more than 24 months after services are rendered
- charges for sealants for dependents age 14 and over
- charges that would not normally be paid if you did not have insurance or charges you are not required to pay
- charges which, in the judgment of MetLife Dental, exceed the reasonable and customary charge for (or fair and reasonable value of) the service or supply provided
- completion of claim forms or filing of claims
- educational programs, such as training in plaque control or oral hygiene, or for dietary instructions
- experimental procedures or those not recognized by the dental profession
- extra sets of dentures or other appliances
- for job-related injuries or diseases paid by any Workers' Compensation or similar laws (refer to the Disability Summary Plan Description for more details)
- missed appointments
- periodontal **splinting** (temporary wiring or permanently bonding teeth together)
- replacement of lost or stolen prosthetic devices
- replacement of teeth removed or lost before coverage is effective, except in the following cases:
  - (1) when existing partial dentures, full removable dentures or fixed bridgework cannot be fixed and were installed five years before replacement, and
  - (2) when replacement or installation of a denture or bridgework is due to necessary additional extractions or loss of teeth while you are covered
- services or supplies not recommended by your dentist as necessary for proper dental treatment
- temporary procedures, services or appliances
- treatment of dental diseases or injuries resulting from declared or undeclared war, insurrection, participation in a riot or service in the armed forces of any government

- treatment of temporomandibular joint dysfunction (**TMJ**) (Note: An exam to diagnose TMJ is covered under the Dental Plan. Treatment may be covered under your medical plan.)
- work done primarily for cosmetic or appearance purposes
- work done while you are not covered under this Plan, except for certain procedures begun before you leave the Dental Plan and completed within two months. These include charges for installing a prosthetic device or a crown or for root canal therapy. If you are involved in the above procedures you need to consult MetLife Dental at 1-888-883-0052 for the appropriate guidelines.
- work furnished or paid for because of service in the armed forces of any government
- work furnished or paid for by any government—federal, state or local

### Pre-existing conditions

The Dental Plan will not pay benefits for the following pre-existing conditions:

- completing a procedure that was started before you had coverage when the work is also covered by your former plan (see "Maintenance of benefits" rules on page 10 for more information)
- replacing a tooth that was missing before your coverage started

## Filing a Claim

### How to file a claim

To receive dental benefits, it is not necessary to show an identification card or get involved in elaborate paperwork. Simply take along a claim form when you visit your dentist. Forms are available from MetLife Dental at 1-888-883-0052. Use a separate form for each family member. Many dentists already stock claim forms. You can also obtain claim forms at BeneFlex OnLine at http://resources/hewitt.com/dupont.

You or your dentist must submit a completed claim form to receive Plan benefits. Each claim should include:

- the name of the person receiving the service
- a description of the service provided, including the dates of service

You have two years to file a claim after service has been provided.

Your dentist may submit bills directly to the Dental Plan if you choose to assign benefits. Refer to the "Assignment of benefits" section on page 23 for more information. If you prefer to pay the dentist yourself and have the Plan benefit sent to you, leave the box on the claim form that reads "I authorize payment directly to the below named dentist" blank. This tells MetLife Dental to send the payment directly to you.

### Predetermination of benefits

You are strongly encouraged to file for a predetermination of benefits if the course of treatment can reasonably be expected to result in expenses of $200 or more. A predetermination of benefits tells you in advance how much of your dental bill is covered and your coinsurance cost. Your dentist is likely to be familiar with the process. It is standard practice in most dental plans. Of course, in case of an emergency, do not delay getting the care you need. You or your dentist can file a claim after treatment.

Here's how to obtain a predetermination of benefits:

Essentially, the predetermination process involves submitting an advance claim.

You or an eligible family member visits the dentist—with Part I of the claim form filled out ahead of time. Your dentist outlines a treatment plan and lists the charges for each procedure. You or the dentist submits the form directly to the MetLife Dental claim office. Your dentist may have to send along X rays or other materials.

MetLife Dental reviews the treatment plan and issues an estimated **Explanation of Benefits** statement indicating how much of the bill will be paid. Both you and your dentist receive a copy of this statement.

The next step is for your dentist and you to review the form before doing the work. Once the services have been rendered, your dentist must indicate on the statement the date(s) the service(s) were performed, sign the statement and return it to MetLife for issuance of benefits.

### Example of how the Plan works—predetermination of benefits

Employee Mary Jones visits her dentist for her semiannual checkup. She is enrolled in the Dental Plan Standard Option (B). After an examination and X rays, the dentist indicates that she needs to have two teeth extracted and replaced with a partial denture. Mary asks her dentist to file for a predetermination of benefits.

Mary's dentist will submit the planned treatment codes and cost information to MetLife for a predetermination of benefits. MetLife will inform the dentist of how much the Plan will pay, subject to eligibility at the time the procedure is performed. Mary's dentist will then discuss the procedure and Plan coverage with her prior to treatment.

### Consultant review of planned treatment or claim

Once in a while, there is a question about the treatment selected by a dentist. That can happen because some dental problems may be treated several ways.

If there is a question, a dental consultant at MetLife reviews the claim. This consultant is a practicing dentist recommended by State Dental Society or Dental Association.

Generally the consultant okays the treatment and the benefits. However, sometimes the consultant contacts your dentist to discuss your treatment plan or an alternate method. If the consultant approves benefits based on an alternate method, he makes sure your dentist understands the reasons and the benefits payable. Then, it is up to you and your dentist. You can go ahead with any course of treatment, even a more expensive one, but MetLife Dental will base payment on what it considers to be adequate, reasonable and appropriate.

### Notification and explanation of benefits

MetLife Dental will notify you in writing regarding a claim's benefit determination. You will receive a detailed statement called an explanation of benefits (EOB). The EOB will explain what amounts have been paid and what amounts have not been paid. The EOB will explain the reason why a claim has not been paid. An EOB will be sent within the following timeframes from the receipt of your claim:

• as soon as possible taking into account health care circumstances that require action but no later than 72 hours for pre-service **urgent care claims** (e.g., when you await treatment pending the outcome of the claim decision and your health would be severely jeopardized if the claim is not handled in an urgent manner. Refer to page 29 for a definition of urgent care claims.)

• within 15 days for **pre-service claims**

• within 30 days for **post-service claims**

For urgent care claims, MetLife Dental will contact you orally within 72 hours if circumstances require action, and follow up with written notice within a maximum of three days.

For pre-service and post-service claims, MetLife Dental may extend the decision-making timeframe for one additional period of 15 calendar days after the expiration of the initial notification period, if it is necessary for reasons beyond the control of the Plan. You will receive written notification indicating the circumstances requiring the extension and when MetLife Dental expects to provide a determination.

### Revised notification timeframe

If you are required to submit additional information, the initial notification deadline for your claim determination is suspended from the time you are contacted for such additional information and until you return the requested information. This is called the tolling period. The tolling period ends on the date the Plan receives your response to the notice, without regard to whether or not you have supplied all the necessary information to decide the claim or on the date such information was due if you did not respond. You must respond with the missing information within the following timeframe:

• 45 days for post-service claims

• 45 days for pre-service claims

• as soon as possible but not later than 48 hours for urgent care claims

### If a claim is denied or reduced

If your claim for benefits is denied or reduced, you will be notified in writing of the reason for the denial. The notice will include:

• the specific reasons for the denial

• references to the provisions of the benefit plan or practice involved

• a description of what additional information is necessary and why

• a copy of these procedures or comparable information about steps you need to take to resubmit it

Maximum timeframes for the Plan to notify you of a denied claim:

• as soon as possible for urgent care claims

• 30 days for pre-service claims

• 60 days for post-service claims

### *Appealing a denied claim*

If the decision to deny or reduce the amount of the claim is not explained to your satisfaction or you have additional information that may change the decision, you should follow these steps to try to bring the claim denial to resolution:

• Step 1: Contact a MetLife Dental representative for a clearer explanation of the denial.

• Step 2: Provide additional written information to MetLife Dental that may allow reconsideration of your claim.

You also have the right to request, free of charge, access to copies of all documents, records and other information relevant to your claim for benefits. If, after contacting MetLife Dental and requesting additional information, you still have not received an adequate explanation concerning your claim for benefits under the Plan, you have a legal right to appeal the denial or partial denial of the claim.

Your final **appeal** is to DuPont. To appeal the denial, you should notify DuPont in writing requesting a claim review. The request for the appeal should include additional clinical documentation supporting the claim and the reasons why you disagree with the decision.

The request for appeal should include:

• the specific reasons why you think the claim should be reconsidered and approved

• any additional documentation that supports the approval of the claim

• an explanation of benefits statement for the denied claim

• a copy of the denial

You must make this request in a timely manner, preferably within 60 days after you receive the original claim decision or after you receive a claim denial.

You will receive information about the final decision from DuPont, which will respond within the following timeframes from when your appeal request is received:

• as soon as possible taking into account medical circumstances that require action but not later than 72 hours for urgent care claims

• 15 days for pre-service claims first level of appeal; if a second level of pre-service claim appeal is needed, then total response timeframe will not exceed 30 days

• 30 days for post-service claims first level of appeal; if a second level of post-service claim appeal is needed, then total response timeframe will not exceed 60 days

Special circumstances may cause the review to take longer. You will be notified if the review is extended and of the reason for the extension.

When you are notified of the final decision, the notice will provide the reason for the decision and the specific Plan provisions on which it is based. DuPont, as Plan Administrator, has full discretion and authority to interpret Plan provisions, resolve any ambiguities and evaluate claims. The decision made by DuPont is final and binding.

The exhaustion of the claim and appeal procedure is mandatory for resolving any claim arising under this Plan. Applicable law requires you to pursue all claim and appeal rights on a timely basis before seeking any other legal recourse regarding claims for benefits.

### How the Plan will handle your appeal

In reviewing your appeal, all information that you submit, regardless of whether that information was considered at the time you submitted your initial claim, will be considered and a new review will be completed. The party reviewing your appeal will not have participated in the original claim determination and will not be a subordinate of the party who made the original claim determination, MetLife Dental. In deciding an appeal of any adverse benefit determination that is based in whole or in part on a medical or dental judgment, including determinations with regard to whether a particular treatment, drug, or other item is experimental, investigational, or not medically necessary or appropriate, shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical or dental judgment.

## About Your Coverage

### If you leave the company

Your Dental Plan coverage ends at the end of the month in which you leave the company for any reason and are no longer employed as an active Full-Service Employee. At that time, you will be eligible for COBRA continuation coverage (refer to the "COBRA" section for more information).

### Coverage when you are not working

Taking a leave of absence does not affect your Dental Plan coverage. You are responsible for continued payment of premiums while you are on an unpaid leave of absence.

### If you retire

When you retire as a Pensioner under the Age, Voluntary, Optional or Incapability provisions of the Pension and Retirement Plan, your coverage will continue through the Dental Assistance Plan, which provides Standard Option (B) type benefits. Your coverage continues at the same coverage level (You only, You plus one, You plus family) that you elected as an active employee. If you wish to change your dental coverage category or decline coverage, you may do so by calling DuPont Connection at 1-800-775-5955.

***If you are terminated due to lack of work\****

If your employment with the Company is terminated due to lack of work, you will continue to receive Dental Plan Standard Option (B) type coverage through the Dental Assistance Plan for yourself and your covered dependents for up to 12 months.

***If you die\****

If you die while employed by the Company and you have less than 15 years of service, your coverage ends. Your surviving dependents may be eligible for COBRA continuation of coverage, which allows your dependents to continue coverage for up to 36 months. Refer to the "COBRA" section below for more information. If you have more than 15 years of service at the time of your death, coverage continues through the Dental Assistance Plan for your specified survivor. If your specified survivor is your lawful spouse, coverage may also be continued for your dependent children.

***When coverage ends***

Dental Plan coverage ends at the end of the month in which you or your dependent(s) are no longer eligible for coverage.

If you or a dependent are in the middle of certain treatments, the Plan may pay additional benefits depending on how far along the treatments are. The types of work that are considered in process and covered are:

- dentures or bridges if the impression has already been taken
- restorations for teeth that are already prepared
- root canal therapy if the tooth was open while covered

Treatment must be completed within two calender months after your coverage ends.

# COBRA

This section is intended to comply with the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) as amended, which requires continuation of dental coverage to certain eligible employees whose coverage would otherwise terminate. If this section is incomplete or in conflict with the law, the terms of the law will govern.

***Continuation of coverage***

You and your covered dependents may continue your current dental coverage if it ends because of one of the following:

- you voluntarily leave the Company
- the Company ends your employment for any reason, unless you were fired because of gross misconduct
- the number of hours you are scheduled to work is reduced below that required for you to be eligible for benefits

---

*Coverage continuation described in this section applies to Full-Service Employees of DuPont. Coverage may differ for joint venture or affiliate company employees.

COBRA coverage also is available to your covered dependents if their coverage would otherwise end because of one of the following:

• your death

• your divorce, legal separation or annulment of your marriage

• a change in your employment status that results in a loss of benefits eligibility

• your dependent child becomes ineligible for coverage

COBRA coverage continues for up to 18, 29 or 36 months, depending on how you or your covered dependents become eligible. If you elect to continue coverage under COBRA, you are required to pay 102% of the cost of coverage in after-tax dollars. If you are disabled as determined by the Social Security Administration, you may elect to continue COBRA for up to 29 months.

| Length of COBRA coverage | Reason coverage stops |
|---|---|
| 18 months | • Your employment with the Company ends for any reason other than gross misconduct |
| | • Your regularly scheduled work hours are reduced, making you ineligible for coverage |
| 29 months | • You or your dependent is disabled (as determined by the Social Security Administration) when your coverage ends or at any time during the first 60 days of COBRA continuation coverage. |
| 36 months (for dependents) | • You become entitled to Medicare while on COBRA |
| | • You die |
| | • You divorce, have your marriage annulled or legally separate |
| | • Your dependent stops being eligible for coverage |

### Electing COBRA

You and your covered dependents will receive election forms and more information about COBRA from DuPont Connection (1-800-775-5955). In the case of a divorce, legal separation or the ineligibility of a dependent child, you or your covered dependents must notify DuPont Connection within 60 days of the date coverage ends in order to elect COBRA.

If you wish to elect COBRA coverage, you must do so no later than 60 days after the date your company coverage ends or 60 days after the date of the notice of COBRA rights and your election is mailed to you, whichever is later. You must pay any cost necessary to avoid a gap in coverage within 45 days of the date you elect COBRA.

If you elect COBRA coverage and the Social Security Administration determines that you or your covered dependent was permanently and totally disabled at any time within the first 60 days of the date of continuation coverage, you or your covered dependent must notify DuPont within 60 days of the determination. The notice must be received by DuPont within the initial 18 months of COBRA coverage so that you and your covered dependents can qualify for an additional 11 months of coverage.

If a 36-month event happens while a dependent is covered under COBRA, COBRA coverage may be continued for the dependent for 18 months—up to a total of 36 months.

### When COBRA ends

COBRA coverage ends when one of the following events occurs:

- the COBRA period—18, 29 or 36 months—ends
- premiums are not made on a timely basis
- the Company terminates the Plan or amends the Plan to eliminate coverage and does not provide any other group dental plans to employees
- the person who elected COBRA becomes covered under another group dental plan and meets any pre-existing condition prohibitions or limitations

## Future of the Plan

While the Company intends to continue the benefits and policies described in this booklet, the Company reserves the right to suspend, modify, or terminate this Plan at its discretion at any time.

# ADMINISTRATIVE INFORMATION

The information presented in this Summary Plan Description is intended to comply with the disclosure requirements of the regulations issued by the U.S. Department of Labor under the Employee Retirement Income Security Act of 1974 (**ERISA**).

### Qualified Medical Child Support Order (QMSCO)

You or your dependents can obtain a description of Qualified Medical Child Support Order procedures by contacting the Plan Administrator or visiting the DuPont Legal website at http://legal.lvs.dupont.com..

### Overpayments and other errors

If a benefit is paid that is larger than the amount allowed by the Plan, the Plan has a right to recover the excess amount from the person or agency who received it. Erroneous statements will not change the rights or obligations under the Plan and will not operate to grant additional benefits or coverage.

### Assignment of benefits

When you file a claim, you can direct the Claims Administrator (MetLife Dental) to issue benefit payments to the service provider. When you assign benefits, MetLife Dental pays your dentist directly. At the same time, an explanation of benefits is mailed to you. If you assign benefits, you do not have to submit claims to the Plan for reimbursement. Instead, your dentist will submit claims for you.

*Conversion rights*

If you or your covered dependents do not elect COBRA, your coverage will end. You cannot convert the coverage to an individual policy.

# ERISA Rights

As a participant in the BeneFlex Dental Care Plan and Dental Assistance Plan, you are entitled to certain rights and protections under ERISA. ERISA entitles you to:

- examine, at the Plan Administrator's office and other specified locations, including work sites and union halls if applicable, without charge, all Plan documents governing the Plan. These documents may include insurance contracts, collective bargaining agreements if applicable, and the latest annual report (Form 5500) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- obtain, after sending a written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements if applicable, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. You may be asked to pay a fee for the copies.

- receive a written summary of the Plan's annual financial report. The Plan Administrator is required by law to provide each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties on the people responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries," have a duty to do so prudently and in the best interest of you and other Plan participants and beneficiaries. No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are several steps you can take to enforce your rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive it within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the Plan Administrator's control.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack of decision about the qualified status of a domestic relations order or medical child support order, you may file suit in federal court. If Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about your Plan, contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory. You may also contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Plan Sponsor

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

Other companies related to DuPont also adopt the Plan for the benefit of their employees from time to time. You can get a list of adopting employers and their addresses from the Plan Administrator.

## Plan Names

This summary describes benefits for the Dental Plan which consists of the:

• BeneFlex Dental Care Plan

• Dental Assistance Plan

## Type of Plan and Administration

The Plan is a welfare plan as defined by the Employee Retirement Income Security Act of 1974 (ERISA) that provides group health benefits. This Plan is administered by the Company.

## Plan Administrator

The Plan Administrator has the authority to control and manage the operations and administration of each Plan. You can reach the Plan Administrator at:

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

## Employer Identification Number (EIN)

The EIN is 51-0014090.

## Plan Number

The Plan number is 507.

## Plan Year

The Plan Year is January 1 through December 31.

## Source of Benefits Funding

You and the Company pay the cost.

## Agent for Service of Legal Process

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898
Phone: 1-302-774-1000

## Claims Administrator

MetLife Dental
P.O. Box 14093
Lexington, KY 40512-4093
Phone: 1-888-883-0052

# CONTACTS

## For Appealing a Claim

DuPont Connection
Dental Appeals
P.O. Box 1407
Lincolnshire, IL 60069-1407
Phone: 1-800-775-5955

## For Claim Forms/Issues

MetLife Dental
P.O. Box 14093
Lexington, KY 40512-4093
Phone: 1-888-883-0052

## For COBRA Coverage

DuPont Connection
Phone: 1-800-775-5955

# DICTIONARY TERMS

The following terms were highlighted throughout the SPDs. In this section, you will find the definitions for these terms to help clarify their meaning and to provide information to better help you understand the provisions of your benefit Plan.

### *Appeal*

A request for reconsideration of a denied claim. Either the Claims Administrator or the Plan Administrator reviews the appeal and decides if the claim's previous denial should be overturned. Certain appeals are governed by requirements set forth by the Employee Retirement Income Security Act of 1974 (ERISA), including how appeals are submitted and responded to, relevant time frames and responsibilities of the claimant, the Claims Administrator and the Plan Administrator.

### *BeneFlex Election Change Period* (annual enrollment, open enrollment)

The period of time each year designated by the Company when you may generally make changes to their benefit elections.

### *Bitewing X ray*

The dental X ray showing the crown portions of the upper and lower teeth.

### *Bridge*

A strong connecting link between two or more teeth, replacing a missing tooth or teeth. It usually has a gold frame and porcelain that has the shape and color of the missing teeth.

### *COBRA* (Consolidated Omnibus Budget Reconciliation Act)

Federal law that allows eligible people covered by a group health plan to temporarily extend coverage when their coverage would otherwise end, such as when they get divorced or leave a company.

### *Company*

The association or organization you work for and that provides your benefit program.

### *Crown* (cap)

A porcelain or gold tooth cover for a decayed, damaged, brittle or discolored tooth that has a strong base and roots.

### *Dentures*

Removable, artificial teeth designed to help you chew, restore your bite and improve your appearance.

### *Endodontic treatment*

The care of the pulp chambers and root canals of your natural teeth; it usually involves sterilization and filling.

### *ERISA* (Employee Retirement Income Security Act of 1974)

This federal law requires employee benefit plans to disclose information about the Plan to participants and establish claims procedures.

*Explanation of benefits (EOB)*

A statement you receive whenever you file a claim, giving specific details about how and why benefit payments were or were not made. It summarizes the charges submitted and processed, the amount allowed, the amount paid and the subscriber balance, if any.

*Fluoride*

A natural substance found in minerals that works with your tooth or bone structure to make it stronger and more resistant to acid decay.

*Gingivectomy*

The surgical removal of the flaps of gum tissue that create pockets alongside teeth that have periodontal damage, designed to stop periodontal disease.

*Inlay*

A cast, precious metal filling to help restore and strengthen a tooth.

*Oral surgery*

Surgery of the oral mouth cavity, including teeth, tongue and throat. Dental oral surgery typically includes complex extractions and other surgical procedures in relation to the teeth and gums.

*Orthodontia*

The branch of dentistry that deals with detecting, preventing and correcting abnormalities between teeth.

*Periodontics*

The treatment of the supporting structure of the tooth—the gum and bone tissue.

*Plan Year*

The 12-month period, or policy or fiscal year on which the Plan's records are kept. The Plan Year runs from January 1 through December 31.

*Post-service claim*

A claim that involves only the payment or reimbursement of the cost of medical care that has already been provided, and any other claim for benefits that is not a pre-service claim; for example, a claim for reimbursement for already performed diagnostic tests.

*Pre-service claim*

Any claim for a benefit which, with respect to the terms of the Plan, conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining dental care.

*Qualifying Life Event*

An event recognized by Section 125 of the Internal Revenue Code that entitles you to make a change in the benefit elections you made.

*Reimburse*

When you are paid back for money you spend on approved expenses.

### Root canal

A procedure to save an abscessed tooth by cleaning out the pulp chamber, disinfecting it and filling it with a permanent filling.

### Sealant

The protective plastic coating applied over grooves in your teeth to prevent decay.

### Space maintainer

An appliance children use in their mouths so their teeth do not drift or crowd new teeth.

### Splinting

Splinting is connecting teeth with a fixed appliance. Periodontal splinting is not covered by the Dental Plan.

### Summary Plan Description (SPD)

A legally required document intended to help you understand your benefits, how the Plan operates, how to file claims and your rights and responsibilities as a Plan participant. It does not describe every feature in the Plan and it is not intended to be a full statement of the Plan documents.

### TMJ syndrome (temporomandibular joint syndrome)

A medical or dental problem related to the temporomandibular joint that links the jawbone and skull. TMJ treatment or applications are not covered by the Dental Plan.

### Urgent care claim

Claims for dental care or treatment that if processed under normal claims decisions processes could seriously jeopardize the claimant's life or health, jeopardize claimant's ability to regain maximum function, or subject claimant to severe pain that cannot be managed without the care or treatment that is the subject of the claim.

This document is printed on paper containing
DuPont™ RPS Vantage® titanium dioxide.

K-01437   (7/03)



The miracles of science™

# EXHIBIT P

# BENEFLEX

# FLEXIBLE BENEFITS PLAN

Originally Adopted - January 1, 1992

Amended Effective - January 1, 2005

**E. I. du Pont de Nemours and Company**

BENEFLEX
FLEXIBLE BENEFITS PLAN

## I. PURPOSE

The purpose of this Plan is to provide eligible employees with the opportunity to choose among the types and levels of benefits available to them under this Plan. The portion of this Plan that consists of qualified benefits is intended to qualify as a "cafeteria plan" under Section 125 of the Internal Revenue Code. Any benefits that are not qualified benefits under Section 125 are not intended to be included within the "cafeteria plan" and are offered outside of the "cafeteria plan". This Plan is established for the exclusive benefit of employees, their covered dependents and their beneficiaries.

## II. DEFINITIONS

1.    The term "Code" means the Internal Revenue Code of 1986, as amended.

2.    The term "Company" means E. I. du Pont de Nemours and Company, any wholly owned subsidiary or part thereof and any partnership or joint venture in which E. I. du Pont de Nemours and Company is joined which adopts this Plan with the approval of the Company, or such person or persons as the Company may designate.

3.    The term "employee" means a "Full Service Employee" as such term is defined in the Company's Continuity of Service Rules.

4.    The term "Plan" means the BeneFlex Flexible Benefits Plan as set forth herein, with any and all amendments hereto.

5.    The term "Plan Year" means the calendar year January 1 through December 31.

## III. ELIGIBILITY

Employees are eligible to participate in this Plan without regard to length of Company service.

## IV. PARTICIPATION

Benefits under this Plan shall not apply to any employee or the dependent(s) of any employee in a bargaining unit represented by a union for collective bargaining unless and until

2.

collective bargaining on the subject has taken place and any requisite obligations thereunder have been fulfilled.

A newly hired employee will be permitted to make elections after commencement of the current Plan Year in accordance with the enrollment procedures specified. Such new employee will have no coverage under this Plan until an election is made and such new employee will have coverage under any benefit plan incorporated herein only to the extent provided in such plan.

Participation in this Plan shall terminate when the employee ceases to be an employee, except that nothing herein shall have any effect on the rights of any employee or beneficiary to continuation of group medical plan benefits, as may otherwise be required by Section 4980B of the Code.

## V.    BENEFITS

An employee may choose under this Plan to participate in the benefit plans described below. The benefits will not be provided by this Plan but by the respective plans which are hereby incorporated by reference into this Plan. The types and amounts of benefits available, the requirements for participation and the other terms and conditions of such plans are as set forth in the plans.

(1)    BeneFlex Medical Care Plan

(2)    BeneFlex Dental Care Plan

(3)    BeneFlex Vision Care Plan

(4)    BeneFlex Employee Life Insurance Plan

(5)    BeneFlex Accidental Death Insurance Plan

(6)    BeneFlex Dependent Life Insurance Plan

(7)    BeneFlex Vacation Buying Plan

(8)    BeneFlex Health Care Spending Account Plan

(9)    BeneFlex Dependent Care Spending Account Plan

(10)    BeneFlex Financial Planning Plan

(11)    BeneFlex Legal Services Plan

3.

(12)     BeneFlex Health Savings Account Plan

## VI.    COMPANY CONTRIBUTIONS

Each Plan Year, the Company will determine the Company Contribution available for application towards the Benefit Cost of each BeneFlex Plan. The Company will also determine the Benefit Cost of each BeneFlex Plan. An employee may elect to use the designated portion of the Company Contribution towards other BeneFlex Plans.

## VII.    EMPLOYEE CONTRIBUTIONS

Each employee may elect to authorize deductions from or to reduce his compensation or elect to do both during a Plan Year in such amount as is required to cover the Benefit Cost after the application of the Company Contribution of any BeneFlex plan elected by the employee for the Plan Year in accordance with the provisions of Section VIII. Employee contributions shall be made by a reduction in the employee's taxable compensation to the extent the benefits elected are excluded from taxation under the Code and by after-tax deduction where the elected benefit is not exempt from taxation under the Code.

## VIII.    ELECTIONS

Prior to the commencement of each Plan Year, the Company shall provide each eligible employee with information that indicates the amount of Company Contribution available to each employee. Each employee shall elect the amounts of any salary reduction or deduction required to cover the cost of the benefits elected. The elections shall be effective on the first day of the Plan Year to which they apply except for those employees who are permitted to make elections after the commencement of a Plan Year, in which case the elections will be effective in such manner as the Company may prescribe, but only in the event of, and consistent with, a change in the employee's family status or benefit coverage related to employment.

## IX.    FAILURE TO ELECT

An eligible employee failing to make an election on or before the specified due date shall be deemed to have made the elections specified as default elections.

## X.    IRREVOCABLE ELECTIONS

Elections made under the Plan (or deemed to have been made under Section IX) shall be irrevocable and binding for the balance of the Plan Year, provided, however, that such

4.

election may be revoked or changed prospectively, as to the balance of the Plan Year as specified in the benefit plans incorporated herein.

## XI.    NONDISCRIMINATION

This Plan is intended not to discriminate in favor of highly-compensated participants as to eligibility to participate, contributions, benefits or coverages, and to comply in this respect with the requirements of the Code. If, in the judgment of the Company, the operation of the Plan in any Plan Year results in such discrimination, the Company shall exclude from coverage under this Plan such highly compensated participants or reduce such contributions, benefits or coverages under this Plan, as shall be necessary to assure that, in the judgment of the Company, this Plan thereafter does not discriminate.

## XII.    ADMINISTRATION

The Company is the Plan Administrator.  The Company shall have the authority to control and manage the operation and administration of this Plan and to designate one or more persons to carry out the responsibilities of the operation and administration of this Plan.  The Company shall have the discretionary right to determine eligibility for benefits hereunder and to construe the terms and conditions of this Plan.  The decision of the Company shall be final with respect to any questions arising as to the interpretation of this Plan.

## XIII.    MODIFICATION OR TERMINATION OF THE PLAN

The Company reserves the sole right to change or discontinue this Plan in its discretion provided, however, that any change in price or level of coverage shall be announced at the time of annual enrollment and shall not be changed during a Plan Year unless coverage provided by an independent, third-party provider is significantly curtailed or decreased during the Plan Year. Termination of this Plan or any benefit plan incorporated herein will not be effective until one year following the announcement of such change by the Company.

If any provision of this Plan is or in the future becomes contrary to any applicable law, rule, regulation or order issued by competent government authority, the Company reserves the sole right to amend or discontinue this Plan in its discretion without notice.

# EXHIBIT Q

To:     U.S. Employees
From:   Jim Borel, Senior Vice President, Human Resources

As you know, the company is taking actions to help DuPont succeed in 2006 and beyond. This includes important changes to our U.S. employee benefits offering.

Today we are announcing a number of changes that are designed to modernize the current benefits offering for our U.S. employees. These planned changes are being made with consideration of market trends and current and future employee expectations. They will enhance the portability of our retirement benefit and provide more opportunity for employees to self-manage the benefit value delivered through company plans. These changes will not impact current retirees.

While evaluating alternatives, we were guided by
- Adherence to our core values.
- Alignment of our benefits package with market trends to further support the competitiveness of our businesses.
- An objective of increasing employee control over and responsibility for individual financial well being.
- A need to provide an ongoing benefit package for current employees that supports the transition from a defined benefit to a defined contribution approach.
- A desire to design a benefits package that will attract the next generation of employees, many of whom prefer portable benefits.

Changes are highlighted below.

**U.S. Savings and Investment Plan (SIP) (Effective January 1, 2008)**
- Company contribution up to 9% of pay
- Enhancement of the SIP will include a company contribution equal to three percent of an employee's pay directly into each employee's account.
- Employees who contribute to the SIP also will receive a 100 percent match on up to the first six percent of their pay. This doubles the current company match, which is 50 percent up to six percent. The definition of compensation also will be expanded to include base pay plus variable compensation, Local Performance Based Compensation, The DuPont Sales Incentive Compensation Program and all overtime.
- By mid-2007, we will implement enhanced investment options with SIP, along with an investment advice offering that will provide support to employees in the selection of their investment options and in the ongoing management of their SIP accounts.
- The number of outstanding loans allowed by the savings plan will be reduced from five to two. This is consistent with our desire to reposition SIP as the company's primary retirement vehicle.
- Additionally, matching company contributions after 12/31/07 will be restricted from withdrawal until age 59 ½ except in the case of approved hardships.

**U.S. Pension and Retirement Plan (Effective January 1, 2008)**
- The pension benefit for existing employees will continue, with future accruals at a reduced level. For service accrued through 2007, the pension calculation will not change. For service accrued after 2007, the pension calculation will be reduced to one-third of its current level. Pay for both calculations will continue to grow until retirement.
- The company-paid survivor benefit will not continue to grow with service or pay after December 31, 2007. The benefit employees will have earned up to that date will be fully preserved.

**U.S. New Hires**
- For employees hired beginning January 1, 2007, the redesigned SIP plan will be the sole vehicle for their retirement security. They will not be eligible to participate in the Pension and Retirement Plan and they will not receive a company subsidy for retiree healthcare (medical and dental) and retiree life insurance. Their maximum annual vacation benefit will be five weeks and they will be eligible to bank no more than three weeks of vacation. They will be eligible to purchase vacation only during the first ten years of employment with DuPont.

DuPont was a leader when we introduced a pension program more than 100 years ago. Today's market environment is very different and constantly changing. With a goal of helping our businesses and the company be more competitive, our comprehensive benefits package is designed to address both employee and business needs. The redesigned package provides more portable benefits that many new employees expect. At the same time, it will ease the transition for current employees through continued accruals at a reduced rate under the Pension and Retirement Plan, coupled with a significantly enhanced Savings and Investment Plan benefit.

**Next Steps**

Over the next two weeks, your work unit will cover these changes. In the meantime, you can get more information from the following website http://www1.lvs.dupont.com/hr/hr_new/index.html or by calling 866-494-2523.

# EXHIBIT R
# PART 1 OF 2

Approval of Plan Changes
Pension and Welfare Plans

At its meeting on August 23, 2006, the Board of Directors of E. I. du Pont de Nemours and Company (the "Board") approved certain changes to the DuPont Pension and Retirement Plan and the DuPont Savings and Investment Plan. At that time, the Board granted to the Senior Vice President, Human Resources, with the concurrence of the Senior Vice President, Legal, the authority to approve such plan changes as may be appropriate to implement the proposed revisions including the creation of a new savings plan to deliver the enhanced defined contribution benefits to individuals hired after December 31, 2006.

By separate action, the Senior Vice-President, Human Resources, is approving adoption of new Retirement Savings Plan documents. Pursuant to the authority granted by the Board, the Senior Vice-President, Human Resources, hereby takes the following related actions with respect to eligibility in other benefit plans:

1. The DuPont Pension and Retirement Plan is hereby amended in the form attached as Exhibit A.

2. The Medical Care Assistance Program is hereby amended in the form attached as Exhibit B.

3. The Dental Assistance Plan is hereby amended in the form attached as Exhibit C.

4. The Beneflex Employee Life Insurance Plan is hereby amended in the form attached as Exhibit D.

5. The Vacation Plan is hereby amended in the form attached as Exhibit E.

6. The Beneflex Vacation Buying Plan is hereby amended in the form attached as Exhibit F.

Dated: December 20, 2006

E. I. du Pont de Nemours and Company

James C. Borel
Senior Vice President, Human Resources

Concurred:

Stacey J. Mobley
Senior Vice President, Legal

EXHIBIT A

**Pension and Retirement Plan
And
Continuity of Service Rules**

1.  The DuPont Pension and Retirement Plan is amended by revising Section IX.A.(1) as follows:

"(1) The term 'employee'

(a) includes all employees of the Company hired on or before December 31, 2006."

2.  Further, the DuPont Pension and Retirement Plan is amended by adding the following subsection (h) to the end of Section IXA(1):

"(h) Notwithstanding any provision of this Plan to the contrary, an individual hired or re-hired, on or after January 1, 2007, shall not accrue a benefit under the Plan for service after such hire or rehire date."

3.  Further, the DuPont Pension and Retirement Plan is amended by revising Section IX.A.(3)(f) as follows:

"(f) Each employee shall become a participant in the Plan on his first day of employment or reemployment prior to January 1, 2007, except that an employee whose service is not credited under the Continuity of Service Rules shall not be eligible to participate in the Plan prior to January 1, 1976."

4.  The Continuity of Service Rules is amended by adding a new paragraph 4, to Section II. To read as follows:

"4. For an individual hired or rehired on or after January 1, 2007, time after such hire or rehire date shall not be taken into account in calculating the service for which employees may receive credit under the Pension and Retirement Plan for purposes of benefit accrual or for purposes of eligibility."

**EXHIBIT B**

**Medical Care Assistance Program**

The Medical Care Assistance Program is amended by revising Section III.2, as follows:

"2. The term 'employee' means a 'Full Service Employee' as such term is defined in the Company's Continuity of Service Rules or former employee <u>hired on or before December 31, 2006. Notwithstanding any provision of this Program to the contrary, an individual hired or re-hired, on or after January 1, 2007, shall not be eligible to participate in the Program.</u>"

EXHIBIT C

## Dental Assistance Plan

The Dental Assistance Plan is amended by revising Section III. A. as follows:


"A. The term 'employee' for purposes of this Plan means a 'Full Service Employee' as such term is defined in the Company's Continuity of Service Rules or former employee hired on or before December 31, 2006. Notwithstanding any provision of this Plan to the contrary, an individual hired or re-hired on or after January 1, 2007, shall not be eligible to participate in the Plan. "

EXHIBIT D

**Beneflex Employee Life Insurance Plan**

The Beneflex Employee Life Insurance Plan is amended by revising the first sentence of Section XIV, as follows:

"Each participating employee <u>hired on or before December 31, 2006</u> who either . . . ."

Further, the Beneflex Employee Life Insurance Plan is amended by adding the following sentence to the end of Section XIV.:

"<u>Notwithstanding any provision of this Plan to the contrary, an individual hired or re-hired, on or after January 1, 2007, shall not be eligible to participate in the Plan following cessation of employment due to retirement as described in this Section.</u> "

EXHIBIT E

## Vacation Plan

The E.I. du Pont de Nemours and Company Vacation Plan is hereby amended as follows effective January 1, 2007:

### Section III.   ELIGIBILITY AND LENGTH OF VACATION

- Section III has been revised to provide employees hired on or after January 1, 1007 up to a maximum of five weeks of vacation during a calendar year and the ability to carry forward up to a maximum of three weeks vacation to a succeeding year or years.

III.    ELIGIBILITY AND LENGTH OF VACATION

The following shall determine when an employee is eligible for vacation with pay:

1. An employee who is on the payroll on December 31 of the preceding year is eligible for vacation in the current calendar year as shown below:

| Years of Continuous Service | Weeks of Vacation |
|---|---|
| One but less than five | Two |
| Five but less than ten | Three |
| Ten but less than twenty | Four |
| Twenty ~~but less than thirty~~ or more | Five |
| ~~Thirty or more~~ | ~~Six~~ |

2. An employee hired on or before December 31, 2006 and continuously employed by the Company shall be eligible for a sixth week of vacation in the current calendar year upon attainment of thirty or more years of continuous service. For purposes of this provision, an employee who terminates employment and is rehired subsequent to December 31, 2006 shall not be considered continuously employed by the Company.

~~2~~3. An employee placed on the roll prior to July 1 of the current calendar year is eligible for one week of vacation during the current calendar year.

~~3~~4. An employee who is placed on the roll following a period of prior employment for which immediate service credit is granted and whose adjusted service date, as determined under the provisions of the Company's Continuity of Service Rules, precedes January 1 of the current calendar year, is eligible for vacation in the current calendar year under the following conditions: a) full vacation if reemployed before July 1 of the current calendar year, b) one half of a full vacation if reemployed after June 30 but prior to September 1 of the current calendar year and c) no vacation if reemployed on or after September 1 of the current calendar year.

5.  An employee hired on or before December 31, 2006 and continuously employed by the Company may carry forward a portion of a current year's vacation to the succeeding year or years to the extent shown below; A portion of a current year's vacation may be carried forward to a succeeding year or years to the extent shown below:

| Years of Continuous Service | Weeks Carried Forward For Any Year | Maximum Weeks Carried Forward |
|---|---|---|
| Five but less than ten | One | Three |
| Ten but less than twenty | Two | Four |
| Twenty but less than thirty | Three | Five |
| Thirty or more | Four | Six |

6.  An employee hired or rehired by the Company on or after January 1, 2007 may carry forward a portion of a current year's vacation to the succeeding year or years to the extent shown below:

| Years of Continuous Service | Weeks Carried Forward For Any Year | Maximum Weeks Carried Forward |
|---|---|---|
| Five but less than ten | One | One |
| Ten but less than twenty | Two | Two |
| Twenty or more | Three | Three |

§7.  If a holiday falls within the employee's regularly scheduled vacation period and the holiday is one that has been designated at the employment point as being recognized for the purpose of extending vacations under this Plan, he shall be granted additional vacation for the holiday.

*EXHIBIT F*

## Beneflex Vacation Buying Plan

The E.I. du Pont de Nemours and Company BeneFlex Vacation Buying Plan is hereby amended as follows effective January 1, 2007:

**Section III.    ELIGIBILITY**

- Section III has been revised to allow employees hired on or after January 1, 1007 to purchase vacation only during their first ten years of employment with DuPont.

### III.    ELIGIBILITY

1. <u>Except as provided below,</u> employees are eligible to participate in this Plan without regard to length of Company Service.

2. <u>Employees hired or rehired by the Company on or after January 1, 2007 are only eligible to participate during their first ten years of service.</u>

**Section II.    DEFINITIONS**

- The definition of "service" has been added to Section II. This term is used in Section III.2.

7. <u>The term "service" means the length of an employee's period of "continuous service" as determined under the provisions of the Company's Continuity of Service Rules.</u>

# EXHIBIT R
# PART 2 OF 2

Approval of Plan Changes
And
Adoption of New Retirement Savings Plan Documents

At its meeting on August 23, 2006, the Board of Directors of E. I. du Pont de Nemours and Company (the "Board") approved certain changes to the DuPont Pension and Retirement Plan and the DuPont Savings and Investment Plan. At that time, the Board granted to the Senior Vice President, Human Resources, with the concurrence of the Senior Vice President, Legal, the authority to approve such plan changes as may be appropriate to implement the proposed revisions including the creation of a new savings plan to deliver the enhanced defined contribution benefits to individuals hired after December 31, 2006.

Pursuant to such authority, the Senior Vice President, Human Resources, hereby takes the following actions:

1. The Savings and Investment Plan is hereby amended in the form attached as Exhibit A, to provide that individuals hired by E. I. du Pont de Nemours and Company or by certain affiliated companies after December 31, 2006, will not be eligible to participate in the plan.

2. A new Retirement Savings Plan is hereby approved with substantially the same provisions as the Savings and Investment Plan, but revised as described in Exhibit B attached hereto, effective January 1, 2007, for individuals hired or rehired by E. I. du Pont de Nemours and Company or certain affiliated companies on or after January 1, 2007. Authority to finalize and approve plan language reflecting these changes is hereby delegated to Robert W. Slone, Director, Global Rewards who is directed and authorized to approve and adopt the plan document reflecting these changes.

3. The discretionary retirement savings contribution under the new Retirement Savings Plan shall be three percent (3%) of eligible participants' compensation as defined in the Retirement Savings Plan, unless and until such amount is changed by the Office of the Chief Executive or its delegate.

4. Merrill Lynch Bank & Trust Co., FSB, is hereby appointed as Trustee of the new Retirement Savings Plan. The attached Trust Agreement between Merrill Lynch Bank & Trust Co., FSB, and E. I. du Pont de Nemours and Company, effective January 1, 2007, in the form attached hereto, is hereby approved.

5. The existing Master Trust Agreement between Merrill Lynch Trust Company of America and E. I. du Pont de Nemours and Company, holding assets of the Stable Value Fund and Asset Allocation investment options, is hereby amended to include the Retirement Savings Plan in the definition of "DuPont Plan," effective January 1, 2007, in the form attached hereto.

6.    The Salary Deferral & Savings Restoration Plan will not be offered to individuals eligible to participate in the Retirement Savings Plan, since the design of the Salary Deferral & Savings Restoration Plan does not coordinate with the design of the new plan. Effective January 1, 2007, individuals eligible to participate in RSP will be eligible to participate in a new non-qualified plan as described in Exhibit C, and Robert W. Slone, Director, Global Rewards is hereby authorized and directed to execute and approve a plan document implementing such non-qualified plan.

7.    Participation by the following subsidiaries in the Retirement Savings Plan and in the new non-qualified plan described in Exhibit C, effective January 1, 2007, is hereby approved: Magellan Systems International, L.L.C., DuPont Vespel Parts & Shapes, and DuPont Performance Elastomers, L.L.C..

Dated: December 20, 2006

E. I. du Pont de Nemours and Company

James C. Borel
Senior Vice President, Human Resources

Concurred:

Stacey J. Motley
Senior Vice President, Legal

EXHIBIT A

## Savings and Investment Plan

The DuPont Savings and Investment Plan is amended by adding the following sentence to the end of Article II thereof:

"Notwithstanding any provision of this Plan to the contrary, an individual hired, or re-hired, on or after January 1, 2007, by E. I. du Pont de Nemours and Company, DuPont Performance Elastomers, L.L.C., Magellan Systems International, L.L.C., or DuPont Vespel Parts & Shapes shall not be eligible to participate in the Plan."

EXHIBIT B

## Retirement Savings Plan

December, 2006

Notice of Changes
DuPont Savings and Investment Plan (SIP)

In August, changes to the DuPont retirement plans were announced. As part of these changes, DuPont is adopting a new plan, the DuPont Retirement Savings Plan (RSP), effective January 1, 2007, for employees hired or rehired on or after that date. Current employees will join the RSP on January 1, 2008 when the Pension Plan changes, also announced in August, are implemented. With the inclusion of existing employees as participants in the new plan, SIP will be merged into the RSP effective January 1, 2008.

As part of the August announcement, the major changes of the new savings plan design were highlighted. This notice is a summary of the new plan features of the RSP.

1. The RSP has the following new employer contributions: a dollar for dollar matching contribution up to 6% of employee savings, and a 3% "Retirement Savings Contribution" of nonmatching company money. The matching contribution will be based on total employee contributions for the year and total eligible compensation paid in the year and will be credited to participant accounts with each payroll. The "Retirement Savings Contribution" will be credited to participant accounts on a monthly basis and will vest with 3 years of company service.

2. The RSP uses an expanded definition of compensation, including scheduled and unscheduled overtime, variable compensation, local performance based compensation, and sales incentive program compensation. Note: For current employees participating in SIP any variable compensation, local performance based compensation or sales incentive program compensation earned in 2007 that is paid in 2008 will not be included in eligible pay under RSP. Future awards of this type earned for 2008 and later will be considered as eligible compensation for RSP.

3. RSP participants who separate from service with DuPont may elect to take distribution of their accounts in either a lump sum or periodic payments. Previously, periodic payments were only available for retirement eligible participants. The periodic payment options in the RSP will be the same as those offered in SIP with the exception of the level periodic payment option which will be eliminated.

4. Because the RSP will be a "safe harbor" plan as defined by the Internal Revenue Code, participants will not be permitted to withdraw company matching contributions credited under the plan until age 59 ½ or when they leave DuPont and all affiliated companies. For current employees participating in SIP this withdrawal limitation will apply to matching contributions credited after January 1, 2008.

5. In the RSP the maximum number of loans outstanding at one time is reduced from five to two, and participants may no longer cancel or "deem" a loan. (Existing loans in excess of

two will continue until repaid)  Loan fees will be charged to participants for any loans initiated under the RSP plan.

6.  The company "Retirement Savings Contribution" and associated earnings will not be included in determining the funds available for a loan and will not be eligible for in-service withdrawals.

7.  Hardship withdrawals from before-tax accounts will be approved only for specific "safe harbor" reasons permitted by the IRS.  Income deficit withdrawals will not be available.

8.  The RSP will use a standard sequence for participant withdrawals – after-tax and rollover money first – and withdrawals will come from the investment option(s) in which that money is invested.  In SIP participants can designate both the fund source (after-tax or before-tax) and investment option for withdrawals.

EXHIBIT C

## New Non-Qualified Retirement Savings Restoration Plan

Eligibility: Employees eligible to participate in the DuPont Retirement Savings Plan who are hired at Grade 7 or above (or equivalent level for a participating subsidiary). Eligible employees must elect to participate within 30 days of hire date, and before the first day of each succeeding calendar year with respect to compensation paid in the calendar year.

Employee Compensation Deferral Election: Participants may elect to defer up to 6% of compensation (as defined in the Retirement Savings Plan), to the extent such compensation exceeds the amount of compensation permitted to be taken into account under the Retirement Savings Plan by Internal Revenue Code Section 401(a)(17).

Employer Contribution: The employer will credit a matching contribution equal to 100% of the employee compensation deferral.

Retirement Savings Contribution: For all employees eligible for this plan, whether or not they elect to make employee deferral contributions, the employer will credit a retirement savings contribution equal to 3% of the employee's compensation, to the extent such compensation exceeds the amount of compensation permitted to be taken into account under the Retirement Savings Plan by Internal Revenue Code Section 401(a)(17).

Distributions: Participants will elect form of distribution at time of deferral election. Participants may elect lump sum payment or installments over a period no longer than 15 years. Distributions will be made as soon as practical following termination of employment.

Funding: The plan will be unfunded.

# EXHIBIT S

# UNITED STEEL WORKERS INTL. UNION
# AND ITS LOCAL 4-786

### GRIEVANCE REPORT

Grievance No. _1867_    Subject:    Violation of Contract    Date:    9/14/06

When did grievance occur? Date – On or about    8/28/06    Time: _____    Shift:    Days

Who was involved?    Grievant:    USW Local 4-786 _____

    Others: _____

Area Manager:    Frank Ingraham _____    Unit Manager:    Robin Spangler _____

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### NATURE OF GRIEVANCE

1. Fundamental Unfairness: _____
2. Violation of Contract:    Article IX, Section1 _____
3. Violation of Policy: _____
4. Violation of Past Practice: _____
5. Violation of Safety Policy: _____

State what happened:    Changes to the Pension & Retirement Plan and the Savings &
                Investment Plan, effective January 1, 2008, for current employees and
                January 1, 2007 for new hires, violates Article IX, Section I, because
                such "modifiactions" are not permitted within the meaning of that article.

_____
_____
_____
_____
_____

Remedy requested:    Cease and Decist from making the announced changes _____    In addition,
the Union demands that the Company cease and desist from violating the Labor Agreement, that
incidents(s) be rectified, that proper compensation, including benefits and overtime, at applicable
rate of pay, be paid for all losses; and further that those affected be made whole in every respect.

Signatures:    Mark Schilling - President        Thomas M. Campbell - Vice President

## GRIEVANCE TIMELINE

Step II - 1867

**Filed By:**          **Union:**  M. Schilling          **Management:**  D. Bolin  D Bolin

Presented to Area Manager:  Frank Ingraham          Date:  9/14/06

Date Answer Due (within 14 days):  9/28/06

Date Extend To:  _____  Union:  _____  Management:  _____

Area Manager's Answer:  See attached Step II Answer Form.


**Step III**

**Filed By:**          **Union:**  _____          **Management:**  _____

Presented to Unit Manager:  _____  Date:  _____

Meeting Due (within 14 days) Date:  _____  Date Meeting Held:  _____

Date Answer Due (within 14 days of meeting):  _____

Date Extended To:  _____  Union:  _____  Management:  _____

Unit Manager's Answer:  See attached Step III Answer Form.


**Step II**

Original to Grievance Chairman
Copy to Union Representative
Copy to Grievant
Copy to Human Resources
Copy to Unit Manager

**Step III**

Copies to Union Officers*
Copies to Other Meeting Attendees
Copy to Plant Manager
Copies to Unit Managers
Original to Human Resources

*Union President, Union Vice President, Union Secretary, Grievance Chairperson, Contract Chairperson

# EXHIBIT T

## AMENDED GRIEVANCE NO. 1867

**State What Happened;**

On August 28, 2006, the Company announced changes in the terms and conditions of employment for actives and new hires in the attached e-mail incorporated herein, sent on that date to U.S. employees from Jim Borel, Senior Vice President – Human Resources. With respect to actives, the application to such persons of the changes in the Pension and Retirement Plan and Savings and Investment Plan, effective January 1, 2008, violates Article IX, Section 1 of the Collective Bargaining Agreement because such changes are not permitted "modifications" within the meaning of that article and section. With respect to new hires hired on or after January 1, 2007, the withdrawal, effective January 1, 2007, of both the Pension and Retirement Plan and the current terms of the Vacation Plan violate Article IX, Section I on two independent and sufficient grounds. First, these announced changes violate Article IX, Section 1, because such changes are not permitted "modifications" within the meaning of that Article and Section. Second, these announced changes involved "Company Plans and Practices" within the meaning of Article IX, Section 1 and their withdrawal from employees covered by this agreement, on and after January 1, 2007, violates Article IX, Section 1 because such Plans and Practices remain "in effect within the Company." In addition, with respect to new hires hired on or after January 1, 2007, the withdrawal of the subsidies for retiree health care (medical and dental) and life insurance violates Article IX, Section 3 of the Collective Bargaining Agreement.

Remedy: Cease and desist from making the announced changes.

It is requested that the further processing of this grievance, which has been filed as a precautionary measure, be held in abeyance pending the Company's response to the Union's pending information request.

# EXHIBIT U

To:　　Mark Schilling, Union President
From: Frank Ingraham, HR Consultant
Subject: Grievance #1867 – Claims/Denial Response.
Date:　25JAN2007
CC:　　Robin Spangler

We have completed our preliminary review of the grievance. This is to advise you that
we consider the grievance to invoke a dispute, on behalf of members of your bargaining
unit and/or other individuals who are or have been employed at the facility, as to whether
those individuals are eligible for certain benefits under the terms of various employee
benefit plans sponsored by DuPont. As you are aware, DuPont has communicated the
new eligibility rules to all current employees and continues to communicate these rules to
all newly hired employees. We note that any disputes over eligibility for benefits under
DuPont's benefit plans must be handled according to the procedures set forth in the
relevant plan documents and summary plan descriptions, and/or through a civil
enforcement action brought by any adversely affected individual pursuant to Section 502
of the Employee Retirement Income Security Act of 1974 ("ERISA").

Please note further that the Plan Administrators of the various ERISA plans sponsored
and maintained by DuPont have the ultimate discretionary decision-making authority to
determine whether or not individuals, including members of your bargaining unit, are
eligible for benefits under the plans. The Plan Administrators are required by ERISA to
make such eligibility determinations in accordance with the terms of those plans. Claims
alleging benefit entitlements inconsistent with the eligibility standards set forth in those
Plans will therefore be denied. Please also understand that if you wish to challenge any
such denial, you must pursue an appeal under the terms of the respective plans. Absent
such an appeal, participants and beneficiaries in the various plans will be deemed to have
failed to exhaust their administrative remedies, and any claimed entitlement to benefits
under the terms of the DuPont plans will be barred. Under ERISA, completion of this
appeal process is a prerequisite to pursuing any further legal remedies that may be
available.

If you wish to pursue such a claim, you should advise any participant or beneficiary that
he/she should follow the claim procedures as detailed in the Summary Plan Description
for each of the respective plans.

Disputes over claims for benefits under the DuPont plans are not subject to resolution
through the grievance and arbitration provisions of the CBA between your union and
DuPont. DuPont is not contractually obligated to submit the above-referenced grievance
to arbitration, and DuPont hereby refuses to submit the disputes to arbitration.

If you have any questions or, need additional information or documentation, or require
assistance in filing an appeal on behalf of a member of your bargaining unit, please
contact me.

# EXHIBIT V



DuPont Legal
Wilmington Office Buildings
1007 Market Street
Wilmington, DE 19898

Laura H. Huggett
Corporate Counsel
DuPont Legal
D7032
302-773-3421
fax: 302-774-8625

February 27, 2007

Richard J. Brean, Esquire
Senior Associate General Counsel USW
Five Gateway Center
Pittsburgh, Pa. 15222

Dear Mr. Brean:

I write in response to your letters to our Edge Moor and Chambers Works sites which were forwarded to me for response. In your letter, you threatened to file an action to compel arbitration of the grievances filed at DuPont's Edge Moor and Chambers Works facilities challenging DuPont's right to amend and apply the eligibility provisions contained in certain of its nationwide ERISA benefit plans.

DuPont does not believe the Union's grievances are arbitrable because they inevitably involve benefit eligibility determinations that must be resolved under the claims procedures set forth in the specific ERISA benefit plans under which eligibility for benefits is being asserted or in a civil action under ERISA.

In addition, the grievances appear to involve matters that are beyond the scope of the arbitration provisions set forth in the collective bargaining agreements. By its terms, the Edge Moor collective bargaining agreement only requires arbitration of disputes "as to the interpretation, or any alleged violation, of any provision of this Agreement." See Edge Moor Agreement, Article VII. Neither DuPont's Medical Care Assistance Plan ("Medcap") nor its Dental Assistance Plan is referenced in the collective bargaining agreement. Therefore, the Edge Moor grievance is not arbitrable to the extent that it involves retiree benefits provided under either Medcap or the Dental Assistance Plan. In addition, the Chambers Works collective bargaining agreement limits arbitration to "a grievance relating to the interpretation or any alleged violation of" the collective bargaining agreement itself. See Chambers Works, Agreement, Article XI. Neither DuPont's BeneFlex Employee Life Insurance Plan nor its BeneFlex Vacation Buying Plan is referenced in the collective bargaining agreement. Consequently, the grievance is not arbitrable to the extent that it involves a dispute concerning benefits provided under either the BeneFlex Life Insurance Plan or the BeneFlex Vacation Buying Plan.

Also, I write in further response to the grievance that the Union filed on September 9, 2006 at our Niagara facility, challenging DuPont's right to amend and apply the eligibility provisions contained in certain of its nationwide ERISA benefit plans. As we have stated above, DuPont does not believe this grievance is arbitrable because it inevitably involves benefit eligibility determinations that must be resolved under the claims procedures set forth in the specific ERISA benefit plans under which eligibility for benefits is being asserted or in a civil action under ERISA.

In addition, the grievance appears to involve matters that are beyond the scope of the arbitration provisions set forth in the collective bargaining agreement. By its terms, the Niagara Falls agreement only requires arbitration of disputes relating "to the interpretation, or any alleged violation, of any provision of this Agreement." See Niagara Falls Agreement X. Neither DuPont's Medical Care Assistance Plan ("Medcap") nor its Dental Assistance Plan is referenced in the collective bargaining agreement. Therefore, the grievance is clearly not arbitrable to the extent it involves retiree benefits provided under either Medcap or the Dental Assistance Plan.

DuPont is willing to arbitrate the grievance to the extent that it involves eligibility for benefits under DuPont's "Vacation Plan," however, because the Vacation Plan is specifically identified in the collective bargaining agreement, and that benefits plan does not contain a final and binding dispute resolution procedure

As you may know, DuPont has filed an action in U.S. District Court for the Eastern District of Virginia seeking a declaration that a grievance filed by the union at our Spruance Fibers Plant, Ampthill Rayon Workers Inc. ("ARWI"), concerning its members' eligibility for benefits under certain DuPont ERISA benefit plans, is not arbitrable and must be resolved under the claims procedures set forth in the specific benefit plans at issue and/or in a civil action under ERISA. DuPont also seeks a declaration that its actions in amending the ERISA benefit plans are consistent with its rights under the ARWI collective bargaining agreement. DuPont intends to file a similar action against the United Steel Workers in the same court in order to clarify the parties' rights and obligations under the relevant ERISA benefit plans and under the parties' collective bargaining agreements at DuPont's Edge Moor, Chambers Works and Niagara Falls facilities.

With kind personal regards,

Laura H. Huggett
Corporate Counsel

cc:
Howard Brian Collings, Chambers Works
Dennis P. Malloy, Chambers Works
Robin Spangler, Edge Moor
Frank B. Ingraham, Edge Moor
Marit Ogin, Niagara
Carole Sarazin, Niagara
Kris D. Meade, Esq.
Thomas P. Gies, Esq.