
Potter
Anderson
& Corroon LLP

**Kathleen Furey McDonough**
Partner
Attorney at Law
kmcdonough@potteranderson.com
302 984-6032  Direct Phone
302 778-6032  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

September 7, 2007

<u>Via E-file</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union, AFL-CIO-CLC, et. al. v. E. I. du Pont de Nemours and Company,
C. A. No. 07-126 (JJF)

Dear Judge Farnan:

      Pursuant to Rule 7.1.4 of the Local Rules of Civil Procedure, Defendant E. I. du Pont de Nemours and Company hereby requests oral argument on its Motion for Summary Judgment.

      Counsel are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      */s/ Kathleen Furey McDonough*

      Kathleen Furey McDonough (#2395)

KFM/aeo:817411
cc:  Clerk of the Court
     Susan E. Kaufman, Esquire