HEIMAN, GOUGE & KAUFMAN, LLP
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN*
DONALD L. GOUGE, JR.
SUSAN E. KAUFMAN**

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

TELEPHONE: 302-658-1800
FAX: 302-658-1473

September 7, 2007

<u>Vie Electronic Filing</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union, AFL-CIO-CLC, et al. v. E.I. duPont de Nemours and Company
           C.A. No. 07-126 (JJF)

Dear Judge Farnan:

Pursuant to Rule 7.1.4 of the Local Rules of Civil Procedure, Plaintiffs United Steelworkers and its Local 4-786 hereby request oral argument on their Motion for Judgment on the Pleadings.

Should the Court have any questions, counsel is available at the convenience of the Court.

Respectfully,

*Susan E. Kaufman*

Susan E. Kaufman (DSB # 3381)

cc:    Clerk of Court
        Kathleen Furey McDonough, Esquire (via ECF)
        Jeremiah Collins, Esquire (via ECF)