## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>    Plaintiffs,<br><br>v.<br><br>E. I . DUPONT DE NEMOURS AND COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-126 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the Plaintiffs' Motion for Leave to File Additional Subsequent Authority, filed on March 24, 2008, (D.I. 33), will be heard by the Honorable Joseph J. Farnan, Jr. on **May 9, 2008 at 2:00 p.m.**, or as soon thereafter as counsel may be heard.

                                         HEIMAN, GOUGE & KAUFMAN, LLP

                                         */s/ Susan E. Kaufman*
                                         Susan E. Kaufman (DSB # 3381)
                                         800 King Street
                                         Suite 303
                                         P.O. Box 1674
                                         Wilmington, DE 19801
                                         (302) 658-1800
                                         (302) 658-1473 (fax)
                                         [skaufman@hgkde.com](mailto:skaufman@hgkde.com)

March 24, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>        Plaintiffs,<br>v.<br><br>E.I. DuPONT de NEMOURS and COMPANY,<br><br>        Defendant. | C.A. No. 07-126 (JJF) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2008, I electronically filed the NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL SUBSEQUENT AUTHORITY with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Kathleen F. McDonough, Esquire
    Potter, Anderson & Corroon, LLP
    1313 North Market Street
    Wilmington, DE 19899

    I hereby certify that on March 24, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

    Thomas P. Gies, Esquire
    Crowell & Moring LLP
    1001 Pennsylvania Avenue, NW
    Washington, DC 20004-2595

                                       */s/ Susan E. Kaufman*
                                       Heiman, Gouge & Kaufman, LLP
                                       800 King Street, Suite 303
                                       Wilmington, DE  19801
                                       302-658-1800
                                       skaufman@hgkde.com