IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL 4-786,<br><br>  Plaintiffs,<br><br>v.<br><br>E. I. DUPONT DE NEMOURS AND COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-126 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby ORDERED that Plaintiffs' Motion for Leave to File Additional Supplemental Authority is GRANTED, and the decisions in *United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers Local Union 943 v. E.I. DuPont de Nemours and Co.*, Civ. No. 07-0965, and *United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers Local Union 943 v. DuPont Performance Elastomers, L.L.C.*, Civ. No. 07-1005, 2008 WL 557277 (D.N.J. Feb. 29, 2008) and *United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers Local Union 4-5025 v. E.I. DuPont de Nemours & Co.*, Case 1:07-cv-00122-WMS-LGF (W.D.N.Y. March 18, 2008) will be considered as supplemental authority.

Dated this the 28 day of March, 2008.

*[signature]*
The Honorable Joseph J. Farnan, Jr.