IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANU-FACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, et al., : : : : : : : Plaintiffs, : : v. : : E. I. DU PONT DE NEMOURS AND COMPANY, : : : Defendant. : | Civil Action No. 07-126 JJF |

O R D E R

At Wilmington, this 18 day of April 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  Plaintiffs' Motion for Judgment on the Pleadings (D.I. 16) is **GRANTED**;

2.  Defendant's Motion for Summary Judgment (D.I. 18) is **DENIED**;

3.  Plaintiffs' Motion to Strike Portion of Declaration of Mary Jo Anderson (D.I. 23) is **DENIED** as moot;

4.  Plaintiffs' Motions for Leave to File Supplemental Authority (D.I. 31, D.I. 33) are **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE