IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STEEL, PAPER AND          :
FORESTRY, RUBBER, MANU-          :
FACTURING, ENERGY, ALLIED        :
INDUSTRIAL AND SERVICE           :
WORKERS, INTERNATIONAL UNION,    :
AFL-CIO-CLC, et al.,             :
                                 :    Civil Action No. 07-126 JJF
          Plaintiffs,            :
                                 :
     v.                          :
                                 :
E. I. DU PONT DE NEMOURS AND     :
COMPANY,                         :
                                 :
          Defendant.             :

## FINAL JUDGMENT ORDER

   For the reasons set forth in the Court's Memorandum Opinion
and Order attached hereto;

   IT IS ORDERED AND ADJUDGED that judgment be and is hereby
entered in favor of Plaintiffs and against Defendants on all of
Plaintiffs' claims.


                              _____
                              UNITED STATES DISTRICT JUDGE

Dated: April 18, 2008


                              _____
                              (By) Deputy Clerk