## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO-CLC, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS LOCAL UNION 4-786,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DUPONT DE NEMOURS AND COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 07-126 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Notice is hereby given that E. I. du Pont de Nemours and Company, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit this Court's Order, entering judgment for Plaintiffs, granting Plaintiffs' Motion for Judgment on the Pleadings, and denying Defendant's Motion for Summary Judgment, entered and filed in this action on the 18th day of April, 2008 (D.I. 18).

POTTER ANDERSON & CORROON LLP

By _____
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

Thomas P. Gies
Kris D. Meade
Jennifer G. Knight
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Dated: May 19, 2008

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

## CERTIFICATE OF SERVICE

I hereby certify this 19th day of May 2008 that the foregoing was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing to the following

counsel of record that the document is available for viewing and downloading from CM/ECF:

Susan E. Kaufman
HEIMAN, GOUGE & KAUFMAN, LLP
800 King Street
Suite 303
Wilmington, DE 19801

Kathleen Furey McDonough (#2395)
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
kmcdonough@potteranderson.com